✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Congregation Rabbinical College of Tartikov, Inc.
Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis
Rabbi Gergely Neuman, Rabbi Akiva Pollack and Kolel Belz of Monsey

**SUMMONS IN A CIVIL ACTION**

V.

Village of Pomona, NY; Board of Trustees of
the Village of Pomona, NY; Nicholas Sanderson,
as Mayor; Ian Banks, Alma Sanders Roman, Rita
Louie and Brett Yagel, As Trustees;

CASE NUMBER: **07 CIV. 6304**

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Village of Pomona, NY<br>100 Ladentown Road<br>Pomona, New York 10970 | Nicholas Sanderson, as Mayor<br>100 Ladentown Road<br>Pomona, New York 10970 | Board of Trustees of the Village of Pomona, NY<br>100 Ladentown Road<br>Pomona, New York 10970 |
| Ian Banks<br>100 Ladentown Road<br>Pomona, New York 10970 | Alma Sanders Roman<br>100 Ladentown Road<br>Pomona, New York 10970 | Rita Louie<br>100 Ladentown Road<br>Pomona, New York 10970        Brett Yagel<br>100 Ladentown Road<br>Pomona, New York 10970 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul Savad, Esq., Paul Savad & Associates, 55 Old Turnpike Road, Suite  209, Nanuet, New York 10954

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
JUL 1 0 2007
Village of Pomona

## J. MICHAEL McMAHON

| | |
|---|---|
| CLERK | DATE    JUL 1 0 2007 |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  7·10·07 |
| NAME OF SERVER *(PRINT)*  Laura M. Kraemer | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Village Hall of Pomona, to Lisa Thoreen, Village Clerk.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7·10·07
                      Date

_Signature of Server_

55 Old Turnpike Rd., Suite 209
_Address of Server_  Nanuet, NY 10954

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.