UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI WOLF BRIEF, RABBI HERMEN KAHANA,    Case No.
RABBI MEIR MARGULIS, RABBI GERGELY        07 Civ. 6304
NEUMAN, RABBI AKIVA POLLACK and KOLEL
BELZ OF MONSEY,

                                               STIPULATION

                     Plaintiffs,

       -against-

VILLAGE OF POMONA, NY, BOARD OF
TRUSTEES OF THE VILLAGE OF POMONA,
NY, NICHOLAS SANDERSON, AS MAYOR,
IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein, as follows:

      1. That at the request of Plaintiffs, the Defendants hereby waive service of an Amended Complaint herein.

      2. That the time for Defendants to Answer or Move with respect to the

Complaint and/or the Amended Complaint is hereby extended to August 31, 2007.

Dated: Pomona, New York
July 27, 2007

~~PAUL SAVAD, ESQ. (5358)~~ Laura M. Kraemer, Esq. (2998)
Attorney for Plaintiffs
55 Old Turnpike Road - Suite 209
Nanuet, New York 10954
(845) 624-3820

DORIS F. ULMAN, ESQ. (5185)
Attorney for Defendants
134 Camp Hill Road
Pomona, New York 10970
(845) 354-6436

SO ORDERED: 7/30/07
Hon. George A. Yanthis
United States Magistrate Judge.

-2-