UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA
POLLACK and KOLEL BELZ OF MONSEY,

07 CV 06304

Plaintiffs,

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

-against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

Hon. Kenneth M. Karas

Defendants.
------------------------------------------------------------------X

Please take notice that the undersigned will bring the above motion on for hearing before this Court at the United States Court House, 300 Quarropas Street, White Plains, New York, at a date and time to be set by the Court with notification provided to all counsel.

Dated: August 30, 2007
       Nanuet, New York

Paul Savad, Esq.(PS 5358)
Susan Cooper, Esq.(SC 5433)
Paul Savad & Associates
55 Old Turnpike Road, Suite 209
Nanuet, N.Y. 10954
Phone: (845) 624-3820
Email: paul@savadlaw.com
Fax: (845) 624-3821

To:   Joseph L. Clasen, Esq.
      Robinson & Cole, LLP
      Attorneys for Defendants
      885 Third Avenue
      Suite 2800
      New York, New York 10022-4834
      (212) 451-2900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA    07 CV 06304
POLLACK and KOLEL BELZ OF MONSEY,

                                 Plaintiffs,    **MOTION TO ADMIT**
                                                             **COUNSEL**
   -against-    ***PRO HAC VICE***

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,    Hon. Kenneth M. Karas
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

                                 Defendants.
-----------------------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Susan Cooper, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:   Roman P. Storzer, Esq.
    Firm Name:   Storzer & Greene, P.L.L.C.
    Address:   1025 Connecticut Avenue, NW, Suite 1000
    City/State/Zip:   Washington, D.C. 20036
    Phone Number:   (202) 857-9766
    Fax Number:   (202) 857-9799

Roman P. Storzer, Esq., is a member in good standing of the Bar of the States of Maryland and the District of Columbia.

There are no pending disciplinary proceedings against Roman P. Storzer, Esq., in any State or Federal court.

Dated: August 30, 2007
      Nanuet, New York

                                 Respectfully submitted,

                                 _____
                                 Paul Savad, Esq.      (PS 5358)
                                 Susan Cooper, Esq.  (SC 5433)
                                 Paul Savad & Associates
                                 55 Old Turnpike Road, Suite 209
                                 Nanuet, N.Y. 10954
                                 Phone: (845) 624-3820
                                 Fax:    (845) 624-3821
                                 Email: paul@savadlaw.com

                                 *Attorneys for Plaintiffs*

tauber/rabb college/motion pro hac vice 083007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA
POLLACK and KOLEL BELZ OF MONSEY,

07 CV 06304

**AFFIDAVIT OF
SUSAN COOPER, ESQ.
IN SUPPORT OF
MOTION TO ADMIT
COUNSEL
*PRO HAC VICE***

Plaintiffs,

-against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

Hon. Kenneth M. Karas

Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF ROCKLAND  )

SUSAN COOPER, ESQ., being duly sworn, hereby deposes and says as follows:

1. I am an attorney with Paul Savad & Associates, counsel for the Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Roman P. Storzer, Esq. as counsel *pro hac vice* to represent the Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1981. I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Roman P. Storzer, Esq., since at least 2004.

4. Mr. Storzer is an attorney with Storzer & Greene, and formerly worked for The Becket Fund, specializing in the Religious Land Use and Institutionalized Persons Act (RLUIPA) and constitutional law.

5. I have found Mr. Storzer to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Roman P. Storzer, Esq., *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of Roman P. Storzer, Esq., *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Roman P. Storzer, Esq., *pro hac vice*, to represent Plaintiffs in the above-captioned matter be granted.

Dated: August 30, 2007
       Nanuet, New York

Sworn to before me on the
30th day of August, 2007

_____
Notary Public

Paul Savad
Notary Public. State of New York
No. 02SA6075754
Qualified in Rockland County
Commission Expires 06/10/

Respectfully submitted,

_____
SUSAN COOPER, ESQ. (5433)

Tauber/rabb college/affidavit of SC pro hac vice motion 083007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA   07 CV 06304
POLLACK and KOLEL BELZ OF MONSEY,

                                          Plaintiffs,

       -against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

                                          Defendants.
-----------------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

      Roman P. Storzer, a duly licensed attorney at law and a member in good standing of the bars of Maryland and the District of Columbia, respectfully requests leave of this Honorable Court to appear *pro hac vice* as co-counsel for all Plaintiffs in the above-referenced case and, in connection therewith, would respectfully show as follows:

      1.     I am a duly licensed attorney and a member in good standing of the bars of Maryland Court of Appeals and the District of Columbia Court of Appeals. (Certificates of Good Standing are enclosed.)

      2.     I request leave of Court to appear as co-counsel for Plaintiffs at the special instance and request of said parties. I am experienced in the litigation of Federal constitutional matters and RLUIPA, which are the foundations of this action, and formerly served as Director of Litigation for The Becket Fund for Religious Liberty, which is a not-for-profit constitutional law firm.

      3.     I will serve as co-counsel herein with its local counsel, Paul Savad, Esq. of Paul Savad & Associates.

4. I am familiar with and will abide by the applicable Local Rules of the Southern District of New York.

8/29/07

_____
Roman P. Storzer, Esq.

Sworn to before me on this
29th day of August, 2007

_____
Notary Public

SUSAN COOPER
Notary Public, State of New York
No. 4989636
Qualified in Rockland County
Commission Expires 12/16/09

# CERTIFICATES

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 1996,

### Roman P. Storzer

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-first day of August, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

　　　　　　　　　　　Roman P. Storzer

was on the 11th day of September, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

　　　　　　　　　　　　　　　　　In Testimony Whereof, I have
　　　　　　　　　　　　　　　　　hereunto subscribed my name
　　　　　　　　　　　　　　　　　and affixed the seal of this
　　　　　　　　　　　　　　　　　Court at the City of
　　　　　　　　　　　　　　　　　Washington, D.C., on August
　　　　　　　　　　　　　　　　　21, 2007.

　　　　　　　　　　　　　　　　　GARLAND PINKSTON, JR., CLERK

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA
POLLACK and KOLEL BELZ OF MONSEY,         Index No. 07 CV 06304

                                    Plaintiffs,    **AFFIDAVIT OF SERVICE**

- against -

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES AND IN
THEIR OFFICIAL CAPACITIES,
                                    Defendants.
-----------------------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF ROCKLAND:

Illyana Flores, being duly sworn says: I am over 18 years of age and reside at Hillcrest, New York.

On August 31, 2007, I served a true copy of the annexed Notice of Motion to Admit Counsel Pro Hac Vice, by:

(X)         by depositing the same with an overnight delivery service in a wrapper
Overnight  properly addressed. Said delivery was made prior to the latest time
Delivery    designated by the overnight delivery service for overnight delivery.
Service     The address and delivery service are indicated below:

              By United Parcel Service

              Joseph L. Clausen, Esq.
              Robinson & Cole, LLP
              885 Third Avenue, Suite 2800
              New York, New York 10022-4834

                                                          ILLYANA FLORES

Sworn to before me this
31st day of August, 2007

_____
Notary Public

SUSAN COOPER
Notary Public, State of New York
No. 4989636
Qualified in Rockland County
Commission Expires 12/16/0?