UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA      07 CV 06304
POLLACK and KOLEL BELZ OF MONSEY,

                                    Plaintiffs,          **ORDER FOR ADMISSION**
                                                         *PRO HAC VICE*
        -against-          **ON WRITTEN MOTION**

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,          Hon. Kenneth M. Karas
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

                                    Defendants.
------------------------------------------------------------------------------X

      Upon the motion of Susan Cooper, Esq., attorney for Plaintiffs and said sponsor attorney's affidavit in support, and applicant's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Roman P. Storzer, Esq. |
| Firm Name: | Storzer & Greene, P.L.L.C. |
| Address: | 1025 Connecticut Avenue, NW, Suite 1000 |
| City/State/Zip: | Washington, D.C. 20036 |
| Phone Number: | (202) 857-9766 |
| Fax Number: | (202) 857-9799 |
| Email: | Storzer@storzerandgreene.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: September 5, 2007
City, State: White Plains, New York

                                                                United ~~States District/Magistrate~~ Judge

Tauber/rabb coll/proposed pro hac vice order 083007