```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Congregation Rabbinical College of Tartikov

                                          Plaintiff(s),

    -v-

Village of Pomona

                                          Defendant(s).

07 CV 6304 (KMK)

MOTION SCHEDULING ORDER

ECF Case

**KARAS, U.S.D.J.**

       At the Pre-Motion Conference before the Court held on October 12, 2007, the Court adopted the following scheduling order:

       Plaintiff's Amended Complaint shall be served upon opposing counsel not later than November 14, 2007.

       Defendant's motion to dismiss shall be served upon opposing counsel not later than December 14, 2007. The motion shall not be longer than forty (40) pages.

       Plaintiff's opposition papers are to be served upon opposing counsel not later than January 14, 2008. The opposition papers shall not be longer than forty (40) pages.

       Reply papers are to be served upon opposing counsel not later than January 28, 2008. The reply shall not be longer than fifteen (15) pages.

       Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

       Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

       Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

       The movant shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that their papers are being filed. Courtesy copies are to be served on the opposing party[ies] by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at

the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

---

**TO BE COMPLETED BY THE COURT:**

SO ORDERED.

DATED:   New York, New York
         October 15, 2007

/s/ Kenneth M. Karas
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE