UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI AKIVA
POLLACK and KOLEL BELZ OF MONSEY,

Index No. 07 CV 06304
(KMK)(GAY)

Plaintiffs,

- against -

**AFFIDAVIT OF SERVICE**

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES AND IN
THEIR OFFICIAL CAPACITIES,

Defendants.
---------------------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF ROCKLAND:

Illyana Flores, being duly sworn says: I am over 18 years of age and reside at Hillcrest, New York.

On November 21, 2007, I served a true copy of the annexed Second Amended Summons and Complaint by:

(X) Overnight Delivery Service — by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

By United Parcel Service

Joseph L. Clausen, Esq.
Robinson & Cole, LLP
885 Third Avenue, Suite 2800
New York, New York 10022-4834

ILLYANA FLORES

Sworn to before me this
21st day of November, 2007

Notary Public

SUSAN COOPER
Notary Public, State of New York
No. 4989636
Qualified in Rockland County
Commission Expires 12/16/0_