UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Congregation Rabbinical College of Tartikov, Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Gergely Neuman, Rabbi Akiva Pollack and Kolel Belz of Monsey, <br><br> Plaintiffs, <br><br> -against- <br><br> Village of Pomona, NY; Board of Trustees of The Village of Pomona, NY; Nicholas Sanderson, as Mayor; Ian Banks, Alma Sanders Roman, Rita Louie and Brett Yagel, as Trustees and in their Official Capacities, <br><br> Defendants. | Civil Action No.: <br> 7:07-cv-06304(KMK)(GAY) |

---

**APPEARANCE**

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants.

I certify that I am admitted to practice in this court.

Dated: January 24, 2008

*s/Joseph L. Clasen*
Joseph L. Clasen, Esq. (JC 1759)
ROBINSON & COLE LLP
885 Third Avenue - Suite 2800
New York, NY 10022 -4834
Tel. No.: (212) 451-2900
Fax No.: (212) 451-2999
E-mail:  jclasen@rc.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008 a copy of foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              *s/Joseph L. Clasen*
                                              Joseph L. Clasen, Esq. (JC 1759)