UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Congregation Rabbinical College of Tartikov, Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Gergely Neuman, Rabbi Akiva Pollack and Kolel Belz of Monsey,

        Plaintiffs,

-against-

Village of Pomona, NY; Board of Trustees of The Village of Pomona, NY; Nicholas Sanderson, as Mayor; Ian Banks, Alma Sanders Roman, Rita Louie and Brett Yagel, as Trustees and in their Official Capacities,

        Defendants.

---

Civil Action No.:
7:07-cv-06304(KMK)(GAY)

**MOTION TO ADMIT MARCI A. HAMILTON *PRO HAC VICE***

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph L. Clasen, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Marci A. Hamilton
36 Timber Knoll Drive
Washington Crossing, PA 18977
Phone: 215-353-8984

    Marci A. Hamilton is an attorney and a member in good standing of the Bar of the State of Pennsylvania and the Bar of the District of Columbia. Filed herewith are the Declaration of Marci A. Hamilton and its annexed Certificates of Good Standing for those respective jurisdictions. The Certificates of Good Standing were issued in October and November 2007. Ms. Hamilton has requested new Certificates of Good Standing in accordance with the Local Rules. Upon our receipt of those new Certificates from the issuing jurisdictions, we will file them with the Court.

    There is also no pending disciplinary proceeding against Marci A. Hamilton in any State or Federal Court.

STAM1-851321-1

Dated: New York, New York
January ___, 2008

Respectfully Submitted,

ROBINSON & COLE LLP
Attorneys for Defendants

By: _____
Joseph L. Clasen, Esq. (JC 1759)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

To:  Paul Savad, Esq.
Susan Corcoran, Esq.
Paul Savad & Associates
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954

John George Stepanovich, Esq.
Lentz, Stepanovich & Bergethon P.L.C.
448 Viking Avenue
Suite 370
Virginia Beach, Virginia 10019

Robert Leo Greene, Esq.
Roman P. Storzer, Esq.
Storzer & Greene PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036