Exhibit "2"

"accessory use" may not be accessory to another "accessory use."

USE, PRINCIPAL — The main use of a structure or lot.

USE, SPECIAL PERMIT — A use allowed in a district, subject to the issuance of a special permit in accordance with the provisions of § 130-10 of this chapter.

WIRELESS TELECOMMUNICATION SERVICES — The provision of wireless telecommunication services, including those more commonly referred to as "cellular phones," which services are regulated by the Federal Communications Commission (FCC) in accordance with and as the term "personal wireless service" is defined in the Communications Act of 1996, 47 U.S.C. Section 332(c)(7)(C), or as hereafter amended. [Added 5-18-1998 by L.L. No. 2-1998]

WIRELESS TELECOMMUNICATION SERVICES FACILITY — Any equipment used in connection with the commercial operation of wireless telecommunication services, as defined herein, and as the term "personal wireless services facility" is defined in the Communications Act of 1934, as amended by the Telecommunications Act of 1996, 47 U.S.C. Section 332(c)(7)(C), or as hereafter amended, to transmit and/or receive frequencies, including but not limited to antennas, monopoles, equipment, appurtenances and structures. [Added 5-18-1998 by L.L. No. 2-1998]

YARD — Open space on the same lot as a building or structure, which open space lies between the building or structure and the nearest lot line. A "yard" shall be measured as the shortest distance between the building or structure and the lot line.

YARD, FRONT — A yard extending the entire length of the front lot line and lying between the front lot line and the nearest part of the building or structure.

YARD, REAR — A yard extending the entire length of the rear lot line and lying between the rear lot line and the nearest part of the building or structure.

YARD, REQUIRED — Open and unobstructed ground area of the plot extending inward from a plot line the distance specified in the regulations for the district in which the plot is located.

YARD, SIDE — A yard between a side lot line and the nearest part of the building and extending from the front yard to the rear yard, or, in the absence of either of such yards, to the front and rear lot line, as the case may be.

## ARTICLE III

### General Provisions

§ 130-5. District classification.

The entire area of the Village of Pomona is hereby designated as a residential district with a minimum of 40,000 square feet per lot, hereinafter referred to as the "R-40 District."

§ 130-6. Zoning Map.

The areas and boundaries of such district are hereby established as shown on a map