**Exhibit "6"**

A LOCAL LAW AMENDING THE
ZONING LAW OF THE VILLAGE
OF POMONA IN RELATION TO
DORMITORY BUILDINGS

BE IT ENACTED BY THE BOARD OF TRUSTEES OF THE VILLAGE OF POMONA as follows:

Section 1. The definition of DORMITORY in Section 130-4 of the Code of the Village of Pomona is hereby amended to read as follows:

DORMITORY - A building that is operated by an educational institution located on the same lot and accessory to a principal school use and which contains private or semi-private rooms which open to a common hallway, which rooms are sleeping quarters for administrative staff, faculty or students. Communal dining, cooking, laundry, lounge and recreation facilities may be provided. Dormitory rooms shall not contain separate cooking, dining or housekeeping facilities except that one dwelling unit with completed housekeeping facilities may be provided for use of a Superintendent or supervisory staff for every fifty dormitory rooms. Not more than one communal dining room shall be provided in any building used for dormitory purposes. Single family, two-family and/or multi-family dwelling units other than as described above shall not be considered to be dormitories or part of dormitories.

Section 2. Subparagraphs (a), (b) and (c) of paragraph (1) of subdivision F of Section 130-10 of such Code is hereby amended to read as follows:

(a) The minimum lot area for an educational institution shall be a net lot area of 10 acres.

(b) No portion of any land under water shall be counted toward the net lot area. Not more than one-fourth of any land which is defined as wetland by the U.S. Army Corps of Engineers, the New York State Department of Environmental Conservation and/or Chapter 126 of this Code or which is within a one hundred year frequency floodplain or within access, utility or drainage easements or rights-of-way shall be counted toward the net lot area.

(c) No portion of any land with unexcavated slopes over 35% shall be counted toward net lot area. Not more than 25% of any land with unexcavated slopes greater than 15% but less than 35% shall be counted toward the net lot area.

Section 3. Paragraph (12) of subdivision F of Section 130-10 if such Code is hereby amended to read as follows:

(12) A dormitory building is permitted as an accessory use to an educational use provided it is located on the same lot as the educational use and there shall be not more than one dormsitory building on the lot. A dormitory building shall not occupy more than twenty (20) percent of the total square footage of all buildings on the lot.

    (a) The minimum distance between a dormitory building and any other principal building or structure on the lot shall be 50 feet.

    (b) The minimum distance between a dormitory building and any interior driveway or other accessory structure shall be 25 feet.

    (c) The maximum height of a dormitory building shall be two stories or 25 feet, whichever is less.

    (d) No dormitory room or dwelling unit shall be permitted in any cellar.

    (e) The dormitory building shall be equipped with sprinkler and fire alarm systems and shall comply with all requirements of the New York State Fire Prevention and Building Code.

Section 4. This local law shall take effect ten days after posting, publishing and filing with the Secretary of State.