**Exhibit "9"**

```
 1  VILLAGE OF POMONA:NEW YORK                      ORIGINAL
    BOARD OF TRUSTEES
 2
    ------------------------------------------X
 3  In Re.

 4  PUBLIC HEARINGS ON:
    LOCAL LAW AMENDMENT: DORMITORIES(CONTINUED)
 5  LOCAL LAW AMENDMENT: WETLANDS

 6  ------------------------------------------X
                            Monday -- 7:30 p.m.
 7                          January 22, 2007

 8                          Town Hall
                            Pomona, New York
 9
    B E F O R E:
10
                 VILLAGE OF POMONA BOARD OF TRUSTEES
11  PRESENT:
                 HERBERT MARSHALL, MAYOR
12               NICK SANDERSON, DEPUTY MAYOR
                 IAN BANKS, TRUSTEE
13               ALAN LAMER, TRUSTEE
                 ALMA ROMAN, TRUSTEE
14               DORIS ULMAN, VILLAGE ATTORNEY
                 MICHAEL ZRELAK, BUILDING INSPECTOR
15               LESLIE SANDERSON, VILLAGE CLERK

16

17

18

19

20

21

22
                    SANDY SAUNDERS REPORTING
23                   254 South Main Street
                        Second Floor
24                  New City, New York 10956
                        (845) 634-7561
25
```

```
 1      right off the bat.
 2           FROM THE FLOOR: You know, just quick --
 3           MAYOR MARSHALL: You're jumping the line.
 4           FROM THE FLOOR: Greg Briem.  The frustration
 5      that we have is that you knew of the press that had
 6      come out, whether it be true or not.  You knew that
 7      it was out there, and you know we were very, very
 8      upset.  I think what would have helped us is if at
 9      the beginning of this meeting, you had said, this is
10      what is going on, we know that you've read this, we
11      are here to protect your interests, and the
12      amendments to this law, this project, this alleged
13      project, with the alleged attorney who is allegedly
14      sitting here, produces it, that these amendments
15      will defend us.  If you had said that in the
16      beginning, I don't think as many people would be as
17      upset as they are, because we don't know where you
18      stand.
19           MAYOR MARSHALL:  Ladies and gentlemen, let me
20      say something.  We sitting at this table have
21      limitations that are placed on us as to what we can
22      say, and what we can't say, because our attorney
23      tells us what we can say and what we can't say.  I
24      can't say what I feel -- I can't -- if I agree with
25      you, I don't agree with you, I don't have that
```

1   luxury of being able to say that here. All that I
2   can say is that every member of this board works
3   very, very hard to do what is best for this
4   community. You have your issues. Don't assume
5   because no one has gotten up and said, wow, I agree
6   with you, oh boy; don't assume that because we
7   didn't do that that we don't agree. We may or we
8   may not, but please give us the benefit of the
9   doubt. We have all been doing this -- we work very
10  hard at what we do. We try and do what is best for
11  the community, but it's our home.
12      There are limitations under the law that
13  restrict what we can say and when we can say it.
14      FROM THE FLOOR: Marvin Neiman, 14 Deer Run. I
15  have a couple of questions I'd like to get clarified
16  on Miss Ulman's presentation. I believe that you
17  said that by increasing the height to 35 feet you're
18  only doing that to make it comparable to residences
19  within the village. Residences within the village,
20  I believe, have certain restrictions, possibly as
21  far as basement exposure. I am not sure about the
22  use of basements in homes, and also I believe
23  whereas they're allowed to be 35 feet, they're
24  restricted to two stories. I'm sorry. Where
25  they're allowed to be 35 feet, they're restricted to