Exhibit "10"

# ADVERTISEMENT

of

# NICK SANDERSON

SANDY SAUNDERS REPORTING
254 South Main Street, Suite 216
New City, New York 10956
(845) 634-7561

Good morning, my name is NICK SANDERSON. I'm currently the Deputy Mayor of the Village and I'm running for election as Mayor. I've Been trustee for 9 years and before that I spent 2 years on the Village Planning Board.

This election is critical for the Village. We are facing a huge proposed or as yet unproposed development that has been leaked, but could completely change the village and the makeup of the village.

We need a strong leader as Mayor and Chief Executive Officer of the Village.

I believe that my passion for the Village, my experience in Village government, and my experience in running my own company for the last 30 years will help this Village and allow this Village to fight this proposed development.

Thank you