Exhibit "11"

Rita is looking forward to bringing her expertise in planning to help guide the village in the land use issues that face us. She also looks forward to bringing more cultural programs into the village, utilizing the Cultural Center and other village assets.

Home 354-0292
Cell 729-2310
rita@villagecommunityparty.com

## Brett Yagel
### Candidate for Trustee



Brett and his wife Lynn moved to Pomona in 1998. Having lived on Long Island and expecting their first child, they were looking for a better quality of life to raise a family. They found it here in Pomona where they are now raising their two young daughters. He is a devoted Dad. He is active in his daughter's school having served on the Computer Committee, volunteered for school events and chaperoned field trips whenever he could.

Community service and a sense of fairness is a trait that is engrained in Brett. While living on Long Island, he was a member of the Manhasset-Lakeville Volunteer Fire Department for over ten years. A graduate of Polytechnic University, Brett continues to be involved in his Alumni Association where he is a Life Director. He is a past-elected Secretary of the Alumni Association, and has served/been appointed to numerous committees, some of which included the By-laws committee, Scholarship committee, and Student Affairs Committee. He is a former President of the Student Government.

Presently he is active in both the Coalition to Keep Ramapo Green and Preserve Ramapo groups. He has been a driving force in protecting both the state and federal wetlands on the Patrick Farm along Route 202 - wetlands that directly impact the Mahwah and Ramapo Rivers, a water source for 1/3 of Rocklanders. In this matter, he has worked with federal, state, and local elected officials and government agencies in order to protect our environment as well as to raise the public's awareness. His direct efforts have led to front page articles in both national and local media (The NY Times and the Journal News). In addition, he has been assisting his 'Ladentown' neighbors in their fight for village incorporation.

A Senior Business Systems Analyst, Brett is currently working at a major US Mutual Life Insurance Company. His past work experiences have included assignments at the New York Stock Exchange, Lucent Technologies, AT&T, Computer Associates and Unisys Corporation. Brett wants to see some changes made at the village. Brett's experience as a volunteer fireman has prepared him to understand and address the concerns of the Hillcrest Fire Department. He would like to sit in on fire department meetings and give regular reports to the board. He would also work to see that Village Hall, the parks, and the Cultural Center were opened up for more events that bring children together.

Most importantly, Brett wants to unite village residents so that we can stand together and legally fight developments that threaten the environment and our quality of life. In the past four years working with the Coalition and Preserve Ramapo he has spoken to residents in front of super markets and bagel stores and has been out in the community listening to village residents and understands what it is that we all

moved here for, whether it was 40 years ago or 4 years ago, we all want a place we can raise our families in a community that is diverse and respects one another.

Home 364-8024
Cell 914-661-2111
brett@villagecommunityparty.com

NICK SANDERSON   -   RITA LOUIE   -   BRETT YAGEL

VOTE   ROW "A"   on MARCH 20th
for the future of Pomona

Home    Candidates    Issues    Links