Exhibit "12"

# VILLAGE COMMUNITY PARTY

1581 Route 202, #141
Pomona NY 10970

Nick Sanderson for Mayor
Rita Louie for Trustee
Brett Yagel for Trustee

**FIGHTING FOR THE FUTURE OF POMONA**







This says it ALL

Thank you so much to the wonderful residents of our village

and thank you to all of our courageous supporters

We pledge to re-unite the village

**The Village of Pomona Election for Mayor and Trustees is on
Tuesday, March 20th
at Village Hall, from 12 Noon until 9:00 pm**

This year it is imperative that all village residents vote for leadership that has an unwavering long-term commitment to the Village.

The Village, according to the lawyers for the Rabbinical College of Tartikoff who have purchased land on Route 306 in the village, is going to be faced with a proposal for a huge development that will include housing for thousands of adult students and their families. Their lawyers have not been shy to point out that they will use every legal avenue to pursue their plans, including the federal statute RLUIPA.

From what we know of the plan as it has been leaked to the public, it will have real environmental and safety problems; compelling interests that will allow the village to fight this plan, if and when presented to the Village Board.

In order to protect our Village, you must vote for a team that is prepared to stand up to this threat of using the fundamentally unfair RLUIPA statute as a hammer against our village. A team that is in it for the long term, and one that has already prepared themselves with a strategy to win this fight for Pomona.

Home
Candidates
Issues
Links

Contact us by email:

Nick
Rita
Brett

or call us

their telephone contact numbers are included in the Candidates page

http://villagecommunityparty.com/

8/28/2007



Nick Sanderson, Rita Louie and Brett Yagel
are the team that will fight for the future of Pomona.
They have the passion, the enthusiasm and the experience.

**PLEASE VOTE FOR NICK, RITA & BRETT ON MARCH 20th**

ROW "A"
for the future of Pomona

Home   Candidates   Issues   Links