**Exhibit "13"**



# The Journal News
Subscribe | Advertise

## Pomona candidates respond to JN endorsements

*(Original publication: March 16, 2007)*

### Yagel: New voice needed in Pomona

I was unsurprised by the Pomona incumbent endorsements. The Journal News usually endorses unqualified incumbents, current mayor and trustee included. I believe I am a much better candidate. Being extremely active in Preserve Ramapo and Coalition To Keep Ramapo Green, I have daily stood side by side with Ramapo residents (even though I live in Haverstraw) fighting downzoning and adult student housing zones. I haven't just awakened and decided to fight; I've been there, boots on the ground, prior to ASH's enactment. I've been there informing the state Department of Environmental Conservation when our water supply was being destroyed. The current trustee has not, despite being asked/invited to attend Ramapo meetings regarding land use. Yes, he is an attorney, but our village has one. Yes, he's served on the planning board, but hasn't been re-certified in seven years. We need to look to the future, not live in the past. We all have ethical standards, have been active in our children's schools but, as a member of the board, the incumbent has done little to bring the village forward; a review of board meeting minutes illustrate he rarely participates and consistently votes in step with the mayor. Pomona doesn't need more status quo. We need passionate, vocal, informed trustees, unafraid to stand up and be counted. I will not sidestep the issues like a politician. I will speak the truth as one voice with Pomona residents. This is the kind of leadership Pomona needs right now.

Brett L. Yagel

Pomona

The writer is a trustee candidate.

## Sanderson: Vision for Pomona village

I have a vision for the Village of Pomona.

The year is 2011, during the last village board meeting before the village election.

Mayor Sanderson addresses the 50 or 60 attendees. During the open period, a resident thanks the board for opening village hall for the drivers' education course. He not only saved 10 percent on his insurance, but did not have to go to Nyack to take it.

Next is a report about the Tartikov development. The State Environmental Quality Review Act process is almost finished. The village board will soon receive the application to make a decision on granting a special permit for the huge development, or deny it. The board knows that if it is denied, a Religious Land Use and Institutionalized Persons Act lawsuit will follow. Fortunately, the board has had a strong legal team in place for the last four years, and is well prepared to fight for the village.

Then comes the village treasurer's reports that expenditures and receipts are in line with the village plan, with no items over budget. A resident asks if taxes will be going up this year. She replies that the legal defense fund created four years ago is almost $1 million, ahead of target, so no tax increase is foreseen. There is a murmur from the appreciative audience. My vision does not include a gavel.

Please vote for me on Tuesday so that my vision, and much more that I have planned for the village, can come true.

Nick Sanderson

Pomona

The writer is a mayoral candidate.

## Benario: Unite to show our strength

I read with great disappointment your endorsement in Pomona of Mayor Herbert Marshall and Alan Lamer for trustee. I believe these candidates have not served the village well and are totally unprepared to face the challenges of the impending petition from a rabbinical college that potentially could envelope this beautiful, tranquil community.

I think The Journal News did not take a hard enough look at the candidates and issues to realize that without a drastic change in administration, we could be doomed.

I fervently believe that it will take a strong and determined village board with a concrete plan who are willing to go the distance. We need to protect our quality of life and not "settle" because it's expedient or will increase taxes.

The truth is, we fight now or pay dearly later.

We need to "open up" village hall so that at this crucial juncture in Pomona's history, everyone's voice can be heard.

A proactive approach is paramount, which is why the Fair Government Party has joined forces to support Nick Sanderson for mayor, and Leon Harris and myself, Peter Benario for trustee. A top-notch legal expert has already been retained to assist us.

This is a call for unity of action from all citizens of Pomona to come together and show our strength.

I know we have the talent and resources to do it. That's why I hope everyone will come out and vote Tuesday between noon and 9 p.m.

We must keep Pomona alive!

Peter Benario

Pomona

The writer is a trustee candidate.

**Anderson: Service to the village**

After receiving strong support and encouragement from friends and neighbors here in the village of Pomona, I decided to offer myself for service as a candidate for mayor of our village.

It fell upon my heart to do this after hearing how much people wanted to see a change in administration and how strongly they felt about reaffirming Pomona's original purpose of self-determination and, to preserve the quality of life in the village.

My background as a former telecommunications executive has served to prepare me for service by providing me with opportunities to meet with and participate in forums with government officials and executives, from CEOs to cabinet members to governors, mayors and even current and former United States presidents. It has been my privilege to both serve and to lead in many of these forums.

Community service and volunteerism on numerous boards of directors and civic organizations has also helped develop my desire to serve.

As the residents of Pomona prepare to cast their ballots on Tuesday, my thoughts were to share a little bit more about my background in the hope that it may provide additional information in helping folks make their decisions.

I want to thank The Journal News for providing this forum and a special thanks to all the residents of Pomona for their advice, counsel and support.

May God continue to protect our soldiers on the battlefield.

Joseph J. Anderson

Pomona

The writer is a mayoral candidate.

**Flood warning for Suffern Pines**

Turning "Suffern Pines" into a development could be disastrous, mainly because of the following:

Current flooding: Two inches of rain causes Memorial Drive to close due to flooding. Increased water levels in the Mahwah River causes flooding in the Brooklands Park, and flows downstream to flood Squires Gate.

Potential flooding: Suffern Pines is adjacent to the Mahwah River and across the street from the Brooklands Park. Removal of 8-plus acres of trees and replaced by blacktop for the development would increase current flooding drastically.

Safety: Currently the bend on Memorial Drive is an accident waiting to happen. No sidewalks are proposed on Memorial Drive with the new development. Children and adults would be forced to walk on Memorial Drive around the dangerous bend to get to the park and pool. This would be a danger for the pedestrians and drivers alike. The majority of vehicles currently do not obey stop signs by the Memorial pool. The proposed entrances/exits for the Suffern Pines development would make this road even more dangerous.

Increased taxes: It was said that taxes are not to be increased with new development. However, how is that possible with the following needed: Teachers, school buses, mail carrier, sanitation, police patrol, snow removal (maintenance).

This is something that all Suffern residents should be aware of and concerned about.

David Perry

Suffern

### Insulting error made in movie title

I would like to call your attention to Oscar's ballot appearing on the Jan. 25 Journal News Life & Style section. The item appearing under the documentary feature "Jesus Crap" is wrong. The title of the film is "Jesus Camp."

As it appears in the paper, it is an insult to all Christians. Whereas it could be a typo error, I doubt it. It seems someone on your staff is anti-Christian.

I expect you will correct this item and issue an apology to all Christians.

Emil Bettley

Nyack

Editor's note: A correction appeared in the Jan. 26 Journal News.

TOP OF PAGE | E-MAIL ARTICLE | PRINTER-FRIENDLY FORMAT | E-MAIL ALERTS

**STORYCHAT**  ◯ Post a Comment  ◈ View All Comments

Regarding the 'Jesus Crap' "typo", that would have to have been an awfully

large "fat fingering" of the keyboard to do that by accident. Catholic bashing is all the vogue in the lamestream media. But don't dare be a conservative and describe that a liberal politician is a faggot or you'll never hear the end of it from the queer nation and the "Brokeback Media" rump-wrangler posse! Call Obama a "Halfrican-American" and you'll be burned at the stake! Put a crucifix in a jar of piss and you get an arts grant funded by taxpayer dollars.

Posted by: **dilbert3333** on Fri Mar 16, 2007 5:14 pm

Post a Comment    View All Comments

Copyright 2006 The Journal News, a Gannett Co. Inc. newspaper serving Westchester, Rockland and Putnam Counties in New York. Use of this site signifies your agreement to the Terms of Service and Privacy Policy, updated June 7, 2005.

USA Today • USA Weekend • Gannett Co. Inc. • Gannett Foundation

ORDER PHOTO REPRINTS