**Exhibit "14"**

ORIGINAL

```
 1   VILLAGE OF POMONA:NEW YORK.
     BOARD OF TRUSTEES
 2
     ------------------------------------------X
 3   In Re.

 4   PUBLIC HEARING ON:

 5   LOCAL LAW AMENDMENT: WETLANDS (CONTINUED)

 6   ------------------------------------------X

 7
                         Monday -- 7:35 p.m.
 8                       March 26, 2007
                         Town Hall
 9                       Pomona, New York
     B E F O R E:
10
                 VILLAGE OF POMONA BOARD OF TRUSTEES
11   PRESENT:
                 NICK SANDERSON, DEPUTY MAYOR
12               ALAN LAMER, TRUSTEE
                 ALMA ROMAN, TRUSTEE
13               DORIS ULMAN, VILLAGE ATTORNEY
                 MICHAEL ZRELAK, BUILDING INSPECTOR
14               PJ CORLESS, VILLAGE ENGINEER
                 CAROLYN LA CHIANA, CLERK
15

16

17

18

19   Reported by:   Neil Bostock, RMR

20
                     SANDY SAUNDERS REPORTING
21              254 South Main Street, 2nd Floor
                    New City, New York 10956
22                       (845) 634-7561

23

24

25
```

*March 26, 2007 Meeting*

PROCEEDINGS

11

```
 1    make problems for us, which we would try to avoid,
 2    because when we come in for a reasonable use of the
 3    property -- we understand, everybody understands,
 4    this is my 40th year of standing in front of boards,
 5    everybody understands that independent engineers,
 6    independent engineers such as Mr. Corless,
 7    independent traffic consultants, independent
 8    drainage, the county drainage agency, everything
 9    must be one hundred percent satisfactory to
10    independent professionals, so when we hear about
11    water and drainage and traffic, and all these sorts
12    of problems, I think they are just cover ups for the
13    real reason, which is to deny this religious use of
14    the property, which is not even proposed yet.
15         I would respectfully request that, at the
16    appropriate time, that I'd be willing to sit down
17    with the mayor, with any committee, and actually
18    discuss the proposed use of the property that makes
19    sense to the village, and it makes sense to us.
20         Now I've delivered a letter -- lastly, I'm
21    done -- I've just delivered a letter to Mrs. Ulman,
22    saying exactly what I just said, that we are
23    prepared to discuss the property, in legitimate
24    purposes and concerns of the village, and
25    Mr. Sanderson, thank you for allowing me to finish.
```