**Exhibit "15"**

# FREQUENTLY ASKED QUESTIONS

1. What is the "consent of the Commissioner?"
2. What types of corporate or organizational documents require the consent of the Commissioner of Education?
3. How do I apply for consent?
4. Do I need to include any specific disclaimers in my corporate or organizational documents?
5. Do I need to include a specific statement of purposes in my certificate of incorporation?
6. Are there any additional forms that I need to submit with my corporate or organizational document?
7. Do I need to send my original corporate or organizational document?
8. Is there a fee?
9. What form of payment do you accept?
10. Where do I send my document?
11. How long before I receive a response?
12. Are there any restrictions on the name of the entity?
13. Are there any specific requirements for a certificate of amendment?
14. Are there any specific requirements for a certificate of assumed name?
15. I am opening an incorporated private, non-degree-granting proprietary school or business school. What steps do I need to take?
16. I am opening a nonpublic nursery school, nonpublic elementary school or nonpublic secondary school. What steps do I need to take?
17. What is the difference between a day care center and a nursery school?
18. I want to form a management company to manage a charter school. Is there any special language I need to include in my certificate of incorporation or other corporate or organizational documents?
19. I am already incorporated. I want to add authority to operate a nonpublic school. What should I do?
20. What if I am forming or have formed a limited liability company to operate a school?
21. Who should I contact for a professional corporation (P.C.) or a professional limited liability company (PLLC)?
22. How do I contact the Department of State for questions regarding corporations and other business entities?

**1. What is the "consent of the Commissioner?"**

Some educational institutions must be incorporated by the Board of Regents (e.g. historical societies, libraries, museums and charter schools). Other entities may be formed under the Not-for-Profit Corporation Law, the Business Corporation Law, the Partnership Law or the Limited Liability Company Law with the consent of the Commissioner of Education.

If a corporate, limited partnership or limited liability company name and/or purposes imply educational activities or relate to any of the professions licensed under Education Law Title VIII (see http://www.op.nysed.gov/ ), the consent of the Commissioner of Education must be attached to the document as a precondition to its filing with the Department of State (See Education Law §216, Not-for-Profit Corporation Law §404[d], Business Corporation Law §301, Partnership Law §121-102, Limited Liability Company Law §204.) The consent is issued for the sole purpose of filing a corporate or organizational document with the Department of State.