Exhibit "16"

1  VILLAGE OF POMONA:NEW YORK
   BOARD OF TRUSTEES                          ORIGINAL
2
   ------------------------------------------X
3  In Re:

4  PUBLIC HEARING ON PROPOSED BUDGET

5  OPEN SESSION

6  ------------------------------------------X

7                          Thursday -- 7:30 p.m.
                           April 12, 2007
8                          Town Hall
                           Pomona, New York
9  B E F O R E:

10                 VILLAGE OF POMONA BOARD OF TRUSTEES
   PRESENT:
11                 NICK SANDERSON, MAYOR
                   BRETT YAGEL, TRUSTEE
12                 ALMA ROMAN, TRUSTEE
                   RITA LOUIE, TRUSTEE
13                 DORIS ULMAN, VILLAGE ATTORNEY
                   MALVERNE TOLL, SECRETARY
14

15

16

17  Reported by:   Neil Bostock, RMR

18

19

20

21

22

23          SANDY SAUNDERS REPORTING
         254 South Main Street, 2nd Floor
24          New City, New York 10956
                (845) 634-7561
25

3

```
 1          means that the average tax, village tax, on a home

 2          in the village, will be $558, which represents an

 3          increase of about $78 per household over the last

 4          year.

 5              A very brief synopsis of the changes, the

 6          principal changes that are made here; the first one

 7          being no change; the mayor and trustees are not

 8          getting and increase or a decrease in their

 9          salaries, but the other village employees have

10          increases of between 3 percent and 3.8 percent.

11              On page three, in 5.5410.4, which is road

12          paving, we have increased the budget from

13          twenty-five thousand to fifty thousand, to

14          accelerate our repair of village roads.

15              We have added on page two a brand new category,

16          which is 1990.4A, which is a tax stabilization fund.

17          This by the way, if all the other changes were

18          netted out against each other, represents almost the

19          entire increase in spending for the year in the

20          budget.

21              Briefly the tax stabilization fund is a method

22          whereby the village can prepare for unforeseen

23          additional costs that could -- unforeseen additional

24          costs, that could increase taxes in the future.  And

25          I can give examples of these unforeseen increases,
```

4

1    in terms of a potential of increased garbage costs

2    at some point, garbage removal costs at some time in

3    the future.  Unfortunately our garbage contract,

4    which we have been a beneficiary of a very constant

5    amount of money that we have been spending on

6    garbage for the past five to seven years, expires on

7    August the 31st 2008, so we predict that during our

8    rebidding process for this contract, there will be a

9    substantial increase, which will have to be taken

10   care of, obviously by increased taxation.

11        We also cannot predict our road maintenance

12   costs, road maintenance being the repair of the

13   roads, and the snow removal from our roads.  We rely

14   on the two towns in which the village finds itself

15   to handle this for us.  The Town of Ramapo gives us

16   a fixed price contract for a twelve month period,

17   but of course it increases from year to year.  We

18   don't know how much it's going to increase.  We hope

19   that it's going to be a small amount.

20        The Town of Haverstraw on the other hand bills

21   the village on a time and materials basis, and the

22   amount of money that the village has to reimburse

23   Haverstraw for road maintenance is therefore again

24   an unknown, and this unknown in a bad winter for

25   instance could increase our costs dramatically, and

5

1    could be representative of an increase in taxes in

2    the future.

3        This tax stabilization fund can also cover the

4    potential of increased legal costs as a result of

5    litigation against the village, again unforeseen

6    litigation.

7        We have increased the budget for our fire

8    inspector.  Again, on page three, it's category

9    3620.1A, where we have, in order to accommodate the

10   desire of our emergency services, we have increased

11   the hours that our fire inspector spends

12   in inspections, so that hopefully we can decrease

13   the amount of false alarms that our fire department

14   has to be called out on.  We have made a minor

15   change in roads and snow removal to reflect what we

16   know is going to be an increase from Ramapo, and we

17   projected an additional increase from Ramapo as

18   well.  That's category 5142.4A on page three.

19       The balance of these things, we have a

20   reduction in capital projects for the village hall.

21   We just completed painting village hall and we just

22   completed a stone wall that we needed for safety

23   purposes in village hall.  We don't really foresee

24   any major capital projects at this point.

25       Another reduction is a reduction in planner

6

1    expenses, as a result of an overall reduction in

2    activity that we see currently.  That's on page

3    three, category 8620.4.  I'm sorry.  Page four,

4    8020.4A.  You're not following along with me and

5    correcting me I see.

6        As far as revenue is concerned, this is on page

7    five, we are predicting less revenue for planning

8    and engineering fees and less revenue in building

9    department fees, both of which stem from the same

10   perceived reduction in activity in building.

11       We're also going to receive less money in

12   CHIPS, which is a state fund to help us with road

13   improvements, and that is reflected in category

14   3501.

15       At this point, if anybody -- I have one person

16   that would like to speak at the public hearing.

17   Susan, if you'd like to come up to the podium and

18   the microphone and state your name and affiliation

19   and address.

20       FROM THE FLOOR:  Thank you, mayor.  Susan

21   Cooper, 55 Turnpike Road, Nanuet.

22       Congratulations Mr. Mayor and to the new board

23   candidates.  It's the first time I've seen you

24   sitting up here.

25       MAYOR SANDERSON:  Thank you.

1        FROM THE FLOOR: I just wanted to ask a couple

2    of questions about the budget.  I'm curious, and I

3    don't know whether you're going to answer me or just

4    whether you'll make a list.

5        MAYOR SANDERSON:  It depends upon what the

6    questions are, whether I can answer it immediately.

7    I'm not going to make this into a debate.

8        FROM THE FLOOR: Exactly.

9        MAYOR SANDERSON:  However, if I can answer it

10   quickly, I will.  If not I will answer you in

11   writing afterwards.

12       FROM THE FLOOR: Okay.  On page two of the

13   budget, under the law section, 1420.4, contractual,

14   I was just curious what that's for?  I do see that

15   you budgeted 40, you anticipate spending 17, and

16   you're budgeting 40 for '07.

17       MAYOR SANDERSON:  The category contractual in

18   legal expenses, is all attorneys' costs, other than

19   our village attorney, and our deputy village

20   attorney.

21       FROM THE FLOOR: Is that a kind of contingency

22   fund as well, to the extent that you really don't

23   know what is happening this year, you anticipate 17?

24       MAYOR SANDERSON:  Well, we are in more than one

25   lawsuit that we are paying outside attorney's fees

8

1    on, so it's not really a contingency.  This is

2    something that we consider could easily be the

3    correct amount that we're going to spend in the next

4    twelve months.

5        FROM THE FLOOR: Then just below that also in

6    codes enforcement, 1421.4, contractual, you budgeted

7    1250, you spent 1900, and you're anticipating 8700.

8        MAYOR SANDERSON:  It goes along with the

9    category immediately above it, which is the code

10   enforcement officer's salary at this particular

11   point in time.  He took, for his own personal

12   reasons, a reduction in salary, and we have

13   therefore -- I have therefore put his actual salary

14   in the budget, but in the event that I have to hire

15   a different code enforcement officer, I put the

16   difference in his salary into contractual, so that

17   it can be moved back without an increase in budget,

18   back into salary, if necessary.

19       FROM THE FLOOR: Is the reduction in his salary

20   in anticipation of fewer hours?

21       MAYOR SANDERSON:  No.

22       FROM THE FLOOR: Are you able to share what

23   that's based on?

24       MAYOR SANDERSON:  It's a personal matter.  I'd

25   prefer not to discuss it.

9

1    FROM THE FLOOR: Your contingency account

2    1990.40, where you had sixty-five budgeted, you

3    spent none, and you're budgeting fifty, where does

4    that sixty-five go?

5    MAYOR SANDERSON:  If it's not used it goes into

6    surplus.  However, it hasn't been used for many

7    years.  But it is a rainy day fund.  It's -- unlike

8    the next one, which continues from year to year,

9    that does not continue from year to year.  You

10   either spend it during the year or you lose it --

11   FROM THE FLOOR: By lose it you mean it goes

12   into surplus, it doesn't remain on that line?

13   MAYOR SANDERSON:  Exactly, it does not remain

14   on the line.  However, if there was a category that

15   considerably exceeded the budget, that's where the

16   funds would come from, without having to break the

17   budget.

18   FROM THE FLOOR: Before I get into the tax

19   stabilization fund, the new fund you spoke of that's

20   a hundred thousand dollars, I'm just curious, I read

21   this quickly today, it looks to me that the

22   difference between what was budgeted for '06 and

23   what you anticipate spending in '06 is two hundred

24   forty three thousand seven hundred and some odd

25   dollars.  Is that money that's still sitting in the

1    budget or is that money you didn't collect?

2        MAYOR SANDERSON:  It is -- obviously it's money

3    that -- you know, the budget is a budget, it's a

4    guideline, and yes the funds were not spent, but you

5    can balance that, if you look further down through

6    the budget, or further down through revenue.  Our

7    anticipated revenues decreased as well so in fact

8    both sides of the coin are affected, but it is only

9    a budget after all.

10        FROM THE FLOOR: Understood.  My real question

11    is, is there a $243,000 surplus from --

12        MAYOR SANDERSON:  You have to look at the

13    revenue page as well, and equate the two together,

14    and you'll find that you can do the math quite

15    easily.

16        FROM THE FLOOR: Have you done that, what your

17    surplus is?

18        MAYOR SANDERSON:  It's basically a thousand

19    dollars or twelve hundred dollars but we haven't

20    come to the end of the year yet.  We don't actually

21    know yet.

22        FROM THE FLOOR: But if you spend what you

23    anticipate you're saying there isn't going to be a

24    lot of surplus?

25        MAYOR SANDERSON:  There is not going to be a

1     large surplus.

2         FROM THE FLOOR: There is not, okay.

3         I was wondering what you attribute the

4     reduction in building activity to?

5         MAYOR SANDERSON:  Building activity goes up and

6     down.  From the previous budget certainly there was

7     a major project that did not move along as fast as

8     we expected, so we had less cost and less revenue.

9     We do however expect that particular project to come

10    in to the village during the next twelve months.

11        FROM THE FLOOR: What project is that?

12        MAYOR SANDERSON:  It's called Halley 2.

13        FROM THE FLOOR: Now the tax stabilization fund,

14    the newspapers report, and it's hard to believe that

15    it's not a part of your consideration, the fact that

16    you believe that you'll get some litigation on the

17    proposed rabbinical college; is that correct?

18        MAYOR SANDERSON:  I don't know, but at some

19    time in the future, since your firm has threatened

20    the village in the newspaper, one can only assume

21    that that may happen.

22        FROM THE FLOOR: That's your interpretation.  We

23    did not.  But what I wanted to say, I want to ask

24    you a couple of questions about that fund, and

25    wondered, had you ever had a fund like that before?

12

1    You obviously didn't have it in '06.

2        MAYOR SANDERSON:  Not since I've been on the

3    board.

4        FROM THE FLOOR: Which is how long?

5        MAYOR SANDERSON:  Nine years.

6        FROM THE FLOOR: And is there anything

7    particular that encouraged you to do it this time?

8        MAYOR SANDERSON:  I'm a fiscal conservative,

9    and I believe in being a fiscally prudent person,

10    and I believe that there are aspects of what is

11    going to happen to the village over the next twelve

12    months, or actually fourteen months, that make the

13    creation of a fund that will stabilize taxes in the

14    future, in the event of some unforeseen cost coming

15    into the village.

16        FROM THE FLOOR:  Okay.  So you have -- you have

17    what would have been your usual contingency fund on

18    one line and now you have an additional contingency

19    fund?

20        MAYOR SANDERSON:  That is correct.

21        FROM THE FLOOR: And I understand you're

22    anticipating increased garbage with new contracts

23    and you never know what happens with snow removal

24    and road repairs; is there anything else that you

25    have in mind?

*April 12, 2007 Meeting*

1      MAYOR SANDERSON:  No.

2      FROM THE FLOOR: Are you able to tell us how

3  much you budgeted for paying Marcie Hamilton?

4      MAYOR SANDERSON:  It's a moot question.  Marcie

5  Hamilton doesn't work for the village.

6      FROM THE FLOOR: And have you budgeted a

7  specific amount for an attorney to retain in the

8  event of a lawsuit concerning the rabbinical

9  college?

10     MAYOR SANDERSON:  No.

11     FROM THE FLOOR: Then I would just like to say,

12  thank you for your time, and also say to you that we

13  have already made an overture to the village to

14  speak with us about our plans.  There is a lot in

15  the newspapers that are phantom concerns; even your

16  concept that we have threatened, from what you've

17  read in the newspaper.  Our concern is to meet with

18  the village, explain to the village what it is that

19  we propose, and to sit down and talk to whoever is

20  appropriate, whether it's, you know, the mayor,

21  whether it's the planning board, whoever you deem

22  appropriate.  Many places have CDRCs, I don't know

23  if you have it, where you sit down before projects

24  are developed and you discuss what the concerns are.

25     We spent two years developing the EIS.  We

14

1    would love to sit down with you.  We know what we'd

2    like to build, we know what we believe are real

3    issues and what are phantom issues.  We'd like to

4    share it with you.  We'd like to accommodate the

5    village's real concerns, and we'd like you to know

6    what -- we'd like to know what yours are, and we'd

7    like you to know what we see are problems and what

8    are not problems, and so, to all the new members of

9    the board, we invite you, in whatever form you want

10   to sit down with us and look at these proposals and

11   discuss them, because I believe that you're

12   envisioning a lawsuit, and probably putting aside

13   substantial funds that increase taxes on the lawsuit

14   is premature.

15       The usual pattern is to discuss it first.  You

16   say, that's crazy, we want you to do this, we want

17   you to do that, and we're prepared to do that.

18   We're prepared to accommodate any reasonable

19   concerns, and to share with you what our two years

20   of studies have shown.

21       MAYOR SANDERSON:  Thank you.

22       MS. ULMAN: May I ask her a question?

23       MAYOR SANDERSON:  By all means.

24       MS. ULMAN: Are you proposing an application or

25   a concept at this stage?

15

1    FROM THE FLOOR: We would propose a concept to

2 you, yes.

3    MS. ULMAN: Okay.

4    (Inaudible discussion between members)

5    MAYOR SANDERSON:  I think she meant all the

6 members of the board.

7    FROM THE FLOOR: No, the board, the mayor, the

8 planning board, whoever it is.

9    MAYOR SANDERSON:  You addressed the new

10 members.

11    FROM THE FLOOR: Alma, I apologize.  We already

12 offered to the existing board, and that's

13 continuing.  I'm just letting the new board members

14 know that we made that offer and it's open still,

15 and we encourage it.

16    MAYOR SANDERSON:  I have no other -- okay, come

17 on up.

18    FROM THE FLOOR: Alan Lamer, 2 North Ridge Road,

19 Pomona.  Just two items, one was pointed out by my

20 children, which is on page three, for parks; in the

21 prior year we had ten thousand dollars budgeted, and

22 spent almost the entire amount, $9,675, at least

23 that's what is projected, and I see for the next

24 fiscal year you are now budgeting $5,000.  Are we

25 cutting back on the maintenance of the parks?