**Exhibit "17"**

LAW OFFICES OF

PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

(845) 624-3820

FAX: (845) 624-3821
e-mail: paul.savad1@verizon.net

Catskills Office:

32 Diamond Road
Ellenville, New York 12428

Reply to: Nanuet

March 26, 2007

Doris Ulman Esq.
134 Camp Hill Road
Pomona, NY 10970 (Hand Delivered)

Re. Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

On behalf of our clients, we propose to have a meeting with the Mayor and you to discuss areas of mutual concerns and interests regarding the Tartikov property.

Our client wants to work with the Village to develop a plan that accommodates its interests in protecting the public health and safety of the Village, its residents, and other land uses.

Our Client wants to be a good neighbor. It will adopt any reasonable demands placed upon it by the Village to mitigate and minimize long term environmental impacts on the community or surrounding residents.

The property at issue is large enough to accommodate a religious college having large buffers from surrounding uses and roadways. To the extent that the Village fears negative effects on traffic, water, sewer, police and fire issues (or any other legitimate concerns), the Congregation invites the Village to participate in a dialogue to determine how all parties can exist in harmony.

We propose to meet you as soon as possible. Please call me to discuss.

Very truly yours,

PAUL SAVAD
PS/mv
CC: Congregation Rabbinical College of Tartikov, Inc.

LAW OFFICES OF
PAUL SAVAD & ASSOCIATES
55 OLD TURNPIKE ROAD - SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954
(845) 624-3820

FAX: (845) 624-3821
e-mail: paul@savadlaw.com

Catskills Office:
32 Diamond Road
Ellenville, New York 12428

April 25, 2007

Reply to: Nanuet

Mayor Nick Sanderson
Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Trustee Alma Roman
Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Trustee Ian Banks
Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Trustee Brett Yagel
Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Trustee Rita Louie
Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Re. Congregation Rabbinical College of Tartikov, Inc.

Dear Mayor & Trustees:

We have invited the Village on three occasions to meet with representatives of the proposed Rabbinical College to discuss the proposed development plans and the Village's concerns, but have received no response.

On March 26, 2007, a letter was hand delivered by me to Village Attorney Doris Ulman requesting a meeting with the Mayor and the Village Attorney, to discuss the best ways to accommodate the Village's interests and to minimize the impacts of the proposed Rabbinical College on the community.

At the Village Board meeting on March 26, 2007, I told the entire board that we were prepared to meet with the Mayor and any committee the Village might designate to discuss the project

and all concerns, as conveyed in the letter delivered to the Village Attorney.

After the recent election, at the board meeting on April 12, 2007, Susan Cooper invited the newly constituted board, or anyone else they designated, to meet with us to learn about our proposal and the results of two years of study concerning the environmental impact of the development, so that we could meaningfully respond to the concerns of the Village.

It has always been our intention to accommodate the legitimate concerns of the Village. It is difficult to do so if the Village does not engage in dialog with us.

We again ask the Village to respond to our request to discuss the project with us and begin a constructive dialog.

Very truly yours,

PAUL SAVAD
PS/mv

CC: Doris Ulman, Esq.
Congregation Rabbinical College of Tartikov, Inc. (Via Email)
Roman Storzer, Esq. (Via Email)
John Stepanovich, Esq. (Via Email)

36/tauber rc/ corresp/ village/ meeting invite4 ?

**LAW OFFICES OF**

PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

**(845) 624-3820**

FAX: (845) 624-3821
e-mail: paul@savadlaw.com

Catskills Office:

32 Diamond Road
Ellenville, New York 12428

Reply to: Nanuet

May 10, 2007

Doris Ulman Esq.
Village Attorney, Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Re. Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

Based on our telephone conversation of May 9th, I advised my client of the following:

1. The Village does not hold *ad hoc* public design meetings prior to taking formal applications.

2. We agreed that the only application we can make is for a zone change, and not a use variance, since the College cannot demonstrate financial hardship.

Thank you for informative conversation so that we can advise our client accordingly.

Very truly yours,

Paul Savad

PAUL SAVAD
PS/mc

36\rabbinicalcollege\corresp\village\ulman zonechappl 051007

**LAW OFFICES OF**

PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

**(845) 624-3820**

FAX: (845) 624-3821
e-mail: paul@savadlaw.com

Catskills Office:

32 Diamond Road
Ellenville, New York 12428

Reply to: Nanuet

May 10, 2007

Doris Ulman Esq.
Village Attorney, Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Re. Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

This letter is in response to your letter of May 9, 2007.

As you know, the request for a meeting was for a Public Meeting, for an informal design and technical review of a proposed project. You advised that the Village does not have any procedure for such a pre-application meeting process.

Very truly yours,

PAUL SAVAD
PS/mc

36\rabbinicalcollege\corresp\village\ulman ltr 051007

**LAW OFFICES OF**

PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954
**(845) 624-3820**

FAX: (845) 624-3821
e-mail: paul@savadlaw.com

Catskills Office:
32 Diamond Road
Ellenville, New York 12428

Reply to: Nanuet

June 22, 2007

**Via Overnight Mail (UPS)**
Mayor Nick Sanderson
Village of Pomona
100 Ladentown Road
Pomona, New York 10970

Re: Congregation Rabbinical College of Tartikov

Dear Mayor Sanderson:

On behalf of my client, the Congregation Rabbinical College of Tartikov Inc., I am writing to request that the Village of Pomona Board of Trustees exercise its authority under federal law to grant an exemption to a religious institution to allow for the construction of the Rabbinical College of Tartikov.

As you are aware, I have attempted to contact both you and the Village Attorney several times regarding this proposal. We have since sponsored a community forum, where many residents of Pomona and surrounding communities came to provide comments regarding this use. At that meeting, we stated that we would consider their opinions and concerns, and get back to the community with more definite plans.

In the interests of cooperation with the community and the Village, we have now decided to formally seek the ability to construct and operate a Rabbinical College and accessory housing for only 250 students and their families. We are willing to leave the subject of any additional future development to a later date, permitting the Village to review and decide on the public health and safety impacts of its first phase of development and any future use.

Although our proposed use is not permitted under the Village's Zoning Ordinance, federal law grants the Village Board of Trustees great latitude to exempt a religious institution from this restrictive zoning. The Religious Land Use and Institutionalized

Persons Act specifically grants the Village the authority to exempt the Congregation's use from its Zoning Ordinance:

> (e) Governmental discretion in alleviating burdens on religious exercise
>
> A government may avoid the preemptive force of any provision of this chapter by changing the policy or practice that results in a substantial burden on religious exercise, by retaining the policy or practice and exempting the substantially burdened religious exercise, by providing exemptions from the policy or practice for applications that substantially burden religious exercise, or by any other means that eliminates the substantial burden.
>
> 42 U.S.C.A. § 2000cc-3(e) (emphasis added)

Please respond to our request by Monday, July 2nd.

Very truly yours,

PAUL SAVAD
PS/mv
CC: Lisa Thorsen, Village Clerk
Doris F. Ulman, Esq., Village Attorney (Via Overnight Mail)
Alma Roman, Trustee
Ian Banks, Trustee
Brett Yagel, Trustee
Rita Louie, Trustee
Congregation Rabbinical College of Tartikov, Inc. (Via Email)

RC/ corresp/ village/ sanderson2 letter 062207