**Affidavit of Aryeh Royde**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR         07 Civ. 6304 (KMK)(GAY)
MARGULIS, RABBI GERGELY NEUMAN, RABBI
MEILECH MENCZER, RABBI JACOB HERSHKOWITZ,
RABBICHAIM ROSENBERG, RABBI DAVID A. MENCZER,      **AFFIDAVIT IN**
RABBI ARYEH ROYDE, and KOLEL BELZ OF MONSEY,       **OPPOSITION TO**
                                                   **DEFENDANTS'**
                                   Plaintiffs,     **MOTION TO DISMISS**

         -against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

                                   Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK   )
                    )
COUNTY OF ROCKLAND  )

Aryeh Royde affirms the following under penalty of perjury:

1. I am a plaintiff in this action. I reside in Monsey, New York, with my wife and two children, and am 24 years old.

2. I am currently engaged in rabbinical studies at Congregation Kolel Belz of Monsey, New York and am a member of the Congregation Rabbinical College of Tartikov.

3. My goal is to become a rabbinical judge fully trained in all four books of the *Shulchan Aruch*.

4. I have been approved for admission by the Congregation Rabbinical College of Tartikov ("Rabbinical College"). I will be admitted into the first class

when the College opens its campus in Pomona. If the Rabbinical College does not open, there is no place for me to receive this training.

5. Rabbi Mordechai Babad will provide a rare opportunity to learn with the guidance and vision of an experienced rabbinical judge and allow me to learn in the proper environment.

6. The Rabbinical College's program also includes the long-term financial support needed to create the Torah community of scholars and their families, including a stipend and housing. This program will allow me to live at the property so that I can study at various times of the day and night and interact with other rabbinical students on a continuing basis.

7. Without this opportunity from the Rabbinical College along with the Torah community of families and long-term financial support and housing, I cannot accomplish my religious goal.

8. There are currently no other programs that I know of that are available for me to become a rabbinical judge.

9. I affirm this affidavit pursuant to my religious beliefs.

_____
RABBI ARYEH ROYDE

Affirmed before me on this 10
day of January, 2008

_____
Notary Public

MOSHE E. MALIK
Notary Public, State of New York
No. 4961978
Qualified in Rockland County
Commission Expires Feb. 12, 20 10