**Affidavit of Rabbi Gershon Fleischman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR
MARGULIS, RABBI GERGELY NEUMAN, RABBI
MEILECH MENCZER, RABBI JACOB HERSHKOWITZ,
RABBICHAIM ROSENBERG, RABBI DAVID A. MENCZER,
RABBI ARYEH ROYDE, and KOLEL BELZ OF MONSEY,

07 Civ. 6304 (KMK)(GAY)

AFFIDAVIT IN
OPPOSITION TO
DEFENDANTS'
MOTION TO DISMISS

Plaintiffs,

-against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )
COUNTY OF ROCKLAND )

Rabbi Gershon Fleishman affirms the following under penalty of perjury:

1. I am the menahel (administrator and assistant to the Dean) of Kolel Belz of Monsey, a plaintiff in this action. I have served in this role for the past six years, and previously was a student at the Kolel.

2. Belz is a Jewish Hasidic sect with a community in Monsey and a new one forming in nearby Spring Valley. Belz established the Kolel to allow its young married men and those of other sects to have a place to continue their religious studies.

3. Kolel Belz of Monsey offers a study program for Othodox Jewish married students, who are at least 18 years old, and wish to continue their

religious studies. It has approximately 90 young scholars from all over the world, most of them studying to become Rabbis to teach in Yeshivas and boys' schools.

4. We also have approximately 14 specially selected older students who are engaged in advanced studies of portions of the Talmud. Of these fourteen students, ten are members of the Congregation Rabbinical College of Tartikov, and are committed to be trained as Rabbinical Judges by the Rabbinical College. They currently pray together and engage in religious study 14 to 15 hours each day at the Kolel.

5. The Belz congregation in Monsey has over 200 members, and is growing rapidly. However, we have no *bais din* or Rabbinical Judges to serve our community. As a result, disputes often are not resolved according to our religious beliefs. People with disputes often simply leave the dispute unresolved, giving up their rights, or resort to civil courts, both of which are contrary to our religious beliefs. Most people will not go to a *bais din* outside their own sect, because *bais dins* traditionally serve their own community first, resulting in a long wait for outsiders. This often renders the process ineffective and unsatisfactory for those outside the *bais din's* own community. One or more rabbinical judges trained at the Rabbinical College will allow us to satisfy this need.

6. When a community has its own *bais din*, such religious matters are handled in the manner prescribed by our religious practices, and those called to the *bais din* readily comply as mandated by their beliefs.

7. Due to Congregation Rabbinical College of Tartikov's current support for ten of our students, and Tartikov's commitment to construct a Rabbinical

college with the required Torah community, certain of our Belz students can now, for the first time, commit to becoming Rabbinical Judges who will later serve on a *bais din* at Kolel Belz for the Belz communities. Our students' knowledge that the Belz Congregation will one day have its own Rabbinical Court encourages our students to continue their religious studies, which demands unwavering commitment and a Torah community to accomplish.

8. I affirm this affidavit pursuant to my religious beliefs.

_____
Rabbi Gershon Fleishman

Affirmed before me this 10
day of January, 2008

_____
Notary Public

MOSHE E. MALIK
Notary Public, State of New York
No. 4961978
Qualified in Rockland County
Commission Expires Feb. 12, 20 10