UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF
TARTIKOV, INC., RABBI MORDECHAI BABAD, RABBI
WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR         07 Civ. 6304 (KMK)(GAY)
MARGULIS, RABBI GERGELY NEUMAN, RABBI
MEILECH MENCZER, RABBI JACOB HERSHKOWITZ,
RABBICHAIM ROSENBERG, RABBI DAVID A. MENCZER,
RABBI ARYEH ROYDE, and KOLEL BELZ OF MONSEY,

                                    Plaintiffs,               **CERTIFICATE OF SERVICE**

    -against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA SANDERS ROMAN,
RITA LOUIE and BRETT YAGEL, AS TRUSTEES
AND IN THEIR OFFICIAL CAPACITIES,

                                    Defendants.
-------------------------------------------------------------------------X

       I, Laura M. Kraemer, hereby certify that on this 14th day of January, 2008, I caused Plaintiffs' Declaration with Exhibits and Affidavits, and Memorandum of Law in Opposition to Defendants' Motion to Dismiss to be served via overnight mail (UPS), upon the following:

    Joseph L. Clasen, Esq.
    Robinson & Cole LLP
    885 Third Avenue
    28th Floor
    New York, New York 10022

    Honorable Kenneth M. Karas
    United States District Court
    Southern District of New York
    United States Courthouse
    300 Quarropas Street
    White Plains, New York 10601-4150

PAUL SAVAD & ASSOCIATES

By: _____
Laura M. Kraemer
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

Sworn to before me on this 14th
day of January, 2008

_____
Notary Public

SUSAN COOPER
Notary Public, State of New York
No. 4989636
Qualified in Rockland County
Commission Expires 12/16/09

Tartikov/motions/cert of service 011408.doc