UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Congregation Rabbinical College of Tartikov, Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Gergely Neuman, Rabbi Akiva Pollack and Kolel Belz of Monsey,

        Plaintiffs,

-against-

Village of Pomona, NY; Board of Trustees of The Village of Pomona, NY; Nicholas Sanderson, as Mayor; Ian Banks, Alma Sanders Roman, Rita Louie and Brett Yagel, as Trustees and in their Official Capacities,

        Defendants.

---

Civil Action No.:
7:07-cv-06304(KMK)(GAY)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the concurrently-filed Motion to Dismiss dated December 14, 2007, Memorandum of Law, and Exhibits A through BB in support thereof, and upon all other papers and prior proceedings heretofore had herein, Defendants will bring this Motion, pursuant to Rules 12(6)(1) and 12(b)(6), Fed. R. Civ. P., for an Order dismissing the Second Amended Complaint for the reasons fully set forth in the Memorandum of Law in Support, and that there will be a hearing before this Court at the United States Court House, 300 Quarropas Street, White Plains, New York, and oral argument thereon will be held on a date and time designated by the Court.

**PLEASE TAKE FURTHER NOTICE**, that all responsive and reply briefs and papers will be served pursuant to the briefing schedule set by the Court.

STAM1-850087-1

Dated: New York, New York
       December 14, 2007

ROBINSON & COLE LLP
Attorneys for Defendants

By: _____
Joseph L. Clasen, Esq. (JC 1759)
William J. Kelleher III, Esq. (WK 2146)
Samantha L.H. Cassetta, Esq. (SC 3579)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

Marci A. Hamilton, Esq.
(admission *pro hac vice* pending)
36 Timber Knoll Drive
Washington Crossing, PA 18977

To:    Paul Savad, Esq.
        Susan Corcoran, Esq.
        Paul Savad & Associates
        55 Old Turnpike Road, Suite 209
        Nanuet, New York 10954

        John George Stepanovich, Esq.
        Lentz, Stepanovich & Bergethon P.L.C.
        448 Viking Avenue
        Suite 370
        Virginia Beach, Virginia 10019

        Robert Leo Greene, Esq.
        Roman P. Storzer, Esq.
        Storzer & Greene PLLC
        1025 Connecticut Avenue, N.W.
        Suite 1000
        Washington, D.C. 20036

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Congregation Rabbinical College of Tartikov, Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Gergely Neuman, Rabbi Akiva Pollack and Kolel Belz of Monsey,

    Plaintiffs,

-against-

Village of Pomona, NY; Board of Trustees of The Village of Pomona, NY; Nicholas Sanderson, as Mayor; Ian Banks, Alma Sanders Roman, Rita Louie and Brett Yagel, as Trustees and in their Official Capacities,

    Defendants.

---

Civil Action No.:
7:07-cv-06304(KMK)(GAY)

**CERTIFICATE OF SERVICE**

  I, William J. Kelleher III, Esq., hereby certify that on this 14th day of December 2007, I caused Defendants' Notice of Motion to be served via first class mail, postage prepaid, upon the following:

  Paul Savad, Esq.
  Susan Corcoran, Esq.
  Paul Savad & Associates
  55 Old Turnpike Road, Suite 209
  Nanuet, New York 10954

  John George Stepanovich, Esq.
  Lentz, Stepanovich & Bergethon P.L.C.
  448 Viking Avenue
  Suite 370
  Virginia Beach, Virginia 10019

  Robert Leo Greene, Esq.
  Roman P. Storzer, Esq.
  Storzer & Greene PLLC
  1025 Connecticut Avenue, N.W.
  Suite 1000
  Washington, D.C. 20036

Robinson & Cole LLP

By: _____
William J. Kelleher III, Esq.
885 Third Avenue, Suite 2800
New York, New York 10022
Phone: (212) 451-2900

Subscribed and sworn to
before me this 14th day December 2007

_____
Tina B. Anderson
My Commission Expires: 4/30/2012