UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
Congregation Rabbinical College of Tartikov,
Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief,
Rabbi Hermen Kahana, Rabbi Meir Margulis,
Rabbi Gergely Neuman, Rabbi Akiva Pollack and
Kolel Belz of Monsey,

        Plaintiffs,

-against-

Village of Pomona, NY; Board of Trustees of The
Village of Pomona, NY; Nicholas Sanderson, as
Mayor; Ian Banks, Alma Sanders Roman, Rita
Louie and Brett Yagel, as Trustees and in their
Official Capacities,

        Defendants.
--------------------------------------------------------------- x

Civil Action No.:
7:07-cv-06304(KMK)(GAY)

**APPENDIX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS**

*By Their Attorneys*

Joseph L. Clasen
Dwight H. Merriam
William J. Kelleher III
Samantha L.H. Cassetta
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, NY 10022

Marci A. Hamilton
36 Timber Knoll Drive
Washington Crossing, PA 18977

STAM1-850453-1

## INDEX OF EXHIBITS

| | EXHIBIT |
|---|---|
| Second Amended Complaint | A |
| *Congregation Or Yosef v. Town of Ramapo*, Nos. 5003/04 and 6545/05 (N.Y. Sup. Ct., Rockland County, Sept. 27, 2006) (Dickerson, J.), slip op at 9, 22, n. 3 & 37. | B |
| Elisa Brenner, *A Country Village Caught Up in the Times*, N.Y. TIMES, (Nov. 25, 2007) | C |
| "About Rabbinical College of Tartikov" page from College's Website www.tartikovcollege.org/index.html (December 14, 2007) | D |
| Deed from Yeshiva Spring Valley to Rabbinical College of Tartikov, recorded in the Rockland County Clerk's Office on August 31, 2004. | E |
| Copies of Vicinity and Town Maps including location of Plaintiffs' parcel | F |
| NYS Dept. of Education Protocol for Opening a College, obtained by Preserve Ramapo (December 14, 2007) | G |
| Copy of Plan for Rabbinical College of Tartikov | H |
| Member Offices page from the Rockland County Board of Realtors website www.rcbor.com/memberoffices.html (December 14, 2007) | I |
| Dennis Hevesi, *An Island in Time Weighs Growth*, N.Y. TIMES (February 1, 1998) | J |
| James Walsh, *Pomona College Planner Tried Staten Island Site*, NEW YORK JOURNAL NEWS (January 21, 2007) | K |
| James Walsh and Akiko Matsuda, *Ramapo Halts Tax Exemption for Proposed Rabbinical College* NEW YORK JOURNAL NEWS (May 12, 2007) | L |

| | |
|---|---|
| "Myths & Facts" page from college's website (December 14, 2007) | M |
| " Rabbi Mordechai Babad" page from college's website (December 14, 2007) | N |
| Village of Pomona Code – Chapter 130 (Zoning) | O |
| Excerpt from Village of Pomona Master Plan Update, adopted October 20, 1997 | P |
| Two Letters from Paul Savad, Esq. to Doris Ulman, Esq. (May 10, 2007) | Q |
| Letter from Doris Ulman, Esq. to Paul Savad, Esq. (May 14, 2007) | R |
| Letter from Paul Savad, Esq. to Mayor Nick Sanderson (June 22, 2007) | S |
| Letter from Paul Savad, Esq. to Doris Ulman, Esq. (March 26, 2007) | T |
| Letter from Mayor Nick Sanderson to Paul Savad, Esq. (July 3, 2007) | U |
| POMONA VILL. L., Local L. #1 of 2001 (showing old definition) | V |
| POMONA VILL. L., Local L. #5 of 2004 (showing amendment to definition) | W |
| "Yadin Yadin Kollel" page from Rabbi Isaac Elchanan Theological Seminary (RIETS) website (www.yu.edu/reits/index.htm) (December 3, 2007) | X |
| Directory of Colleges and Universities Accredited by the New York State Board of Regents and the Commissioner of Education, from New York State Board of Regents website (www.highered.nysed.gov/ocue/accreditation/handbook/directory.htm) (December 3, 2007) | Y |
| Directory for Faith-Based Accrediting Organizations, from Council for Higher Education Accreditation website | Z |

(www.chea.org/Directories/faith.asp) (October 11, 2007)

List of Institutions Accredited by the Association of Advanced Rabbinical             AA
and Talmudic Schools (AARTS)

Entry for Beth Medrash Govoha, Wikpedia                                               BB
(http://en.wikpedia.org/wiki/Beth_Medrash_Govoha) (December 3, 2007)

                                               Respectfully submitted,

Dated: New York, New York
       December 14, 2007                ROBINSON & COLE LLP
                                               Attorneys for Defendants
                                               Joseph L. Clasen
                                               Dwight H. Merriam
                                               William J. Kelleher III
                                               Samantha L.H. Cassetta
                                               885 Third Avenue, Suite 2800
                                               New York, NY 10022
                                               Telephone: (212) 451-2900
                                               Facsimile: (212) 451-2999


                                               Marci A. Hamilton
                                               36 Timber Knoll Drive
                                               Washington Cross, PA 18977