**EXHIBIT D**

# Rabbinical College of Tartikov

**About** | News and Events | Myths/Facts | Contact

## About

### Rabbinical College of Tartikov Helps Restore Ancient Jewish Tradition of Rabbinical Courts

The Rabbinical College of Tartikov, Inc., ("the Congregation"), a unique religious institution whose mission is the specialized education of ordained rabbis, owns 100 acres of land at the intersection of State Highways 202 and 306 in the Town of Ramapo, Village of Pomona, Rockland County, New York. The Congregation purchased the land for the express purpose of constructing and operating a religious institution dedicated to the education and training of previously ordained Rabbis as Orthodox Jewish judges, called *dayanim*. Unfortunately, current village zoning completely prohibits the operation of such a religious institution anywhere within its borders.

The Orthodox Jewish mandate of settling disputes in religious courts is an ancient tradition practiced for thousands of years. This mandate is contained in the *Chumash* (the Five Books of Moses in the Old Testament). The religious tradition of *bais din*, or rabbinical courts, is central to Orthodox Jewish beliefs, allowing for resolution of civil disputes, issues of marriage, divorce, burial, cultural certification, religious conversion and other matters.

Prior to World War II, *dayanim* were trained in rabbinical colleges throughout Europe, and every large Jewish community had a *bais din*. These *dayanim* were almost eliminated in World War II as Jewish men who could have become *dayanim* were exterminated by the Nazis.

Today, the Orthodox Jewish population in the United States is approximately 600,000. Currently, there are only a few *bais dins* in America staffed with judges who have completed the full 15-year study program necessary to rule on all four volumes of the *Shulchan Aruch* (Jewish law). These courts are extremely overburdened, thus creating the urgent need for the College. As the Orthodox Jewish population continues to grow, the need for *dayanim* will increase.

The Pomona site will be designed and developed as a religious college campus, incorporating the necessary educational, work, and support spaces, as well as student family housing units. On-campus housing is a necessary component of the development due to religious beliefs requiring the students to be immersed in their religious studies and in daily religious practices. The public spaces will include a 30,000 square foot main college building, a central courtyard, four *bais dins*, several chapels to serve members of different Jewish sects, and facilities for children.

Architectural and engineering experts hired by the Rabbinical College have determined that the site in Pomona can environmentally support up to 1,000 housing units. The initial construction phase will take between 3-5 years to complete, and will consist of the installation of access roads, an interior roadway system, utilities, and construction of the main study hall building and student housing for 250 Rabbis and their families. The ultimate enrollment figure with the attendant support services and housing will be determined through ongoing discussions with the Village and the community. This



- Lawyers for the Congregation Rabbinical College of Tartikov have filed suit against the Village of Pomona and its representatives for the right to build and operate an educational facility to train rabbinical judges, in perhaps the most prominent religious freedom case of its kind yet to be filed.

more >>

Submit

Rabbinical College of Tartikov



housing will be determined through ongoing discussions with the village and the community. This staged construction plan will allow for continued analysis of the impact on the environment, water, and sewage needs, and ensure that the infrastructures in place are able to handle the increased population.

It is anticipated that more than half of the students at the Rabbinical College will come from Rockland County and nearby communities (it is already clear that many individuals living in the Town of Ramapo seek to be trained as *dayanim*). Rabbinical students will attend the college free of tuition and housing costs. The typical Rabbi entering the college will be in his early 20s, and married with children. The children of Rabbinical students will attend private Yeshivas in nearby towns and villages. Enrollment in the East Ramapo School District will be limited to children with special needs. Upon completion of the 15-year advanced education program, the Rabbis will be certified to practice as *dayanim*.

The 100-acre site in Pomona was selected for its unique combination of size and proximity to the religious support services necessary to maintain the practices prescribed by Orthodox Jewish religious beliefs. Orthodox communities in the Town of Ramapo in the Monsey neighborhood and the villages of Wesley Hills, New Hempstead and Spring Valley have established religious infrastructures, including Yeshivas for children, ritual baths (*mikvahs*), kosher food stores, synagogues and Judaic stores and shops.

No federal or state subsidies will be sought or utilized to operate the college, and neither the Rabbinical College nor its developer will generate income from the project. Operating costs, teacher's salaries, utilities, living expenses of students and their families, and other services will be funded through private donations from the Orthodox Jewish community and through the College.

The Congregation believes the scope of the development is large enough to accommodate a religious college of this size, while maintaining forest and wetlands as buffers from surrounding uses and roadways.

The Congregation expects to pay for water and sewer services and to provide its own security, and sanitation services. The College also will provide volunteer firemen for the local fire station, ambulance services, and additional equipment as needed.

The Congregation would like to work closely with the Village of Pomona to develop a plan that accommodates its interest in protecting the public health and safety of the village, its residents, and the use of its land.

home   about   news and events   myths & facts   contact
Rabbinical College of Tartikov © 2007. All rights reserved.