**EXHIBIT E**

| ENVELOPE | ROCKLAND COUNTY, NEW YORK |
|---|---|
| | Edward Gorman |
| | RECORDING CERTIFICATE |

INSTRUMENT ID: 2004-00056777

Type of Instrument: DEED

YESHIVA OF SPRING VALLEY INC
  TO
CONGREGATION RABBINICAL COLLEGE OF TARTIKOV INC

Received From: MADISON TITLE AGENCY LLC
               1125 OCEAN AVENUE
               LAKEWOOD                NJ 08701-

Recording Charge:        101.00      Recording Pages:    6

                ** EXAMINED AND CHARGED AS FOLLOWS : **
** TRANSFER TAX **                      ** MTG/DEED AMOUNT **
    52,000.00                               13,000,000.00

RS#:   803                          Mortgage#:

Original ID#:                       Received Tax on Above Mortgage
                                             Basic:        .00
Town:                              Special Addl:        .00
                                     Additional:        .00
                                    RC Mortgage:        .00
                               Mortgage Tax Total:      .00

Total Recording Fees:    52,101.00

            ** THIS PAGE IS PART OF THE INSTRUMENT **

I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING WAS RECORDED IN THE
CLERK'S OFFICE FOR ROCKLAND COUNTY, NEW YORK

   INSTRUMENT ID#: 2004-00056777
ON (Recorded Date): 08/31/04
       AT (Time): 01:47
   Operator Init: DMD




EDWARD GORMAN
County Clerk

File#:200400056777

BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS - INDIVIDUAL OR CORPORATION

THIS INDENTURE, made the 17th day of August, two thousand-four

BETWEEN

YESHIVA OF SPRING VALLEY, INC.
Attention: President
230 Maple Avenue, Monsey, New York, NY 10952

party of the first part, and

CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC.
with a mailing address of
P.O. Box 304, Monsey, New York 10952

parties of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

All that certain plot, piece or parcel of land with the building and improvements thereon erected, situate lying and being in the Village of Pomona, Town of Ramapo, County of Rockland and State of New York as further described in Schedule "A" annexed.

Street Address:    65-67 Route 306, Pomona, New York 10970

Tax Map:    32.8-1-53

BEING the same premises conveyed to the party of the first part by deed from United Jewish Appeal - Federation of Jewish Philanthropies of New York, Inc. dated January 6, 1999, and recorded on January 25, 1999, in the Office of the Rockland County Clerk as instrument number 1999-4431.

BEING, and intended to be, all the property owned by the party of the first part at Highways Route 202 and 306, Pomona, New York.

AND the party of the first party covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law covenant that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

This conveyance has been approved by the New York State Attorney General and Order, dated July 19, 2004, of the Hon. Alfred J. Weiner, A.J.S.C., Rockland County, Index No.: 4257/04.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

The undersigned acknowledges that this conveyance is made with the consent of 100% of the board of directors and members of the grantor.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

YESHIVA OF SPRING VALLEY, INC.

BY: _____
SAM HERBSTMAN, President

STATE OF NEW YORK )
                  )ss:
COUNTY OF ROCKLAND )

On the 17th day of August in the year 2004 before me, the undersigned, a notary public in and for said state, personally appeared SAM HERBSTMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Paul Sayegh
Notary Public, State of New York
No. 02SA6075754
Qualified in Rockland County
Commission Expires 06/10/06

# OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

File No. MTANY-013878

### TITLE INSURANCE COMMITMENT
### SCHEDULE A
### LEGAL DESCRIPTION

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Village of Pomona, County of Rockland, State of New York:

in the Village of Pomona, Town of Ramapo, County of Rockland, and State of New York, as more particularly described as follows:

BEGINNING at a point on easterly side of NY 3 Highway #690-Route 306 where same is intersected by the northerly line of lands now or formerly of Elmwood Petit (the southeasterly corner of premises herein described)

Running thence along said easterly side of NYS Highway #690- Route 306 the following courses and distances:
1. North 19 degrees 41 minutes 41 seconds East 927.98 feet
2. On a curve to the left having a radius of 308.44 feet for a length of 113.25 feet
3. North 20 degrees 49 minutes 34 seconds East 711.15 feet
4. North 12 degrees 06 minutes 09 seconds East 11.37 feet to a point along the southerly line of NYS Highway #1448-us Route 202. Thence along side southerly line of NYS Highway #1448- U.C. Route 202 the following courses and distances:

    1. On a curve to the right having a radius of 2,939.13 feet for a length of 351.93 feet
    2. South 73 degrees 34 minutes 15 seconds East 320.16
    3. South 62 degrees 03 minutes 35 seconds East 207.80 feet
    4. South 79 degrees 21 minutes 02 seconds East 316.12 feet
    5. North 88 degrees 06 minutes 06 seconds East 193.12 feet
    6. South 54 degrees 00 minutes 01 seconds 278.68 feet to a point along the westerly line of lands now or formerly of Blair

Thence along said westerly line South 19 degrees 52 minutes 54 seconds West 380.75 feet to a point along the southerly line of lands now or formerly of Blair.

Thence along said Southerly line South 70 degrees 24 minutes 41 seconds East 76.24 feet to a point along the Westerly line of lands now or formerly of Hughes:

Thence along said Westerly line and continuing along the Westerly line of Lands now or formerly of Garabox Dentin South 19 degrees 34 minutes 10 seconds West 547.86 feet to a point along the Northerly line of lands now or formerly of Bickler

Thence along said Northerly line North 70 degrees 19 minutes 30 seconds West 106.35 feet to a point along the Westerly line of lands Now of formerly of Bickler

Madison Title Agency, LLC
1125 Ocean Avenue  Lakewood, NJ 08701
Telephone: 212-808-9400 Fax: 212-808-9420

File#:200400056777

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

File No. MTANY-013878

Thence along said Westerly line and continuing along the Westerly line of lands now or formerly of Kovial South 18 degrees 34 minutes 10 seconds West 447.97 feet to a point along the southerly line of lands now or formerly of Kovial

Thence along said Southerly line South 70 degrees 05 minutes 07 seconds East 895.99 feet to a point along the Westerly line of lands now or formerly of Bennett.

Thence along said Westerly line and continuing along the Westerly lines of Lands now or formerly of Babcock, Breden, Perkis & Last South 12 degrees 44 minutes 19 seconds West 957.42 feet to a point along the Northerly line of lands now or formerly of Pomona;

Thence along said Northerly line and continuing along the Northerly line of Lands now or formerly of Wilkinson, Sherwood Ridge Road (unimproved) Goldberg, Newman and Bookhammer North 73 degrees 24 minutes 28 seconds West 1,733.83 feet to a point along the Easterly Line of Lands now or formerly of Columbia Gas & Transmission Corp;

Thence along said Easterly line of Lands now or formerly of Aronov, Williams, State of New York & Elmwood & Petit Nortth 19 degrees 49 minutes 37 seconds East 550.45 feet to a point along the Northerly line of lands now or formerly of Elmwood & Petit

Thence continuing along said Northerly line North 72 degrees 38 minutes 23 seconds West 869.46 feet to the point or place of BEGINNING.

NOTE: Being Lot(s) 53, Block 1, Tax Map of the Village of Pomona, County of Rockland.

NOTE: Lot and Block shown for informational purposes only.

2

Madison Title Agency, LLC
1125 Ocean Avenue   Lakewood,NJ 08701
Telephone: 212-808-9400Fax: 212-808-9420

**BARGAIN AND SALE DEED**
**With Covenant Against Grantor's Acts**

---

YESHIVA OF SPRING VALLEY, INC.

TO

CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC

65-67 Route 306, Pomona, New York 10970

Village of Pomona
Town of Ramapo
Rockland County
State of New York

Tax Map Designation: 32.8-1-53

Record & Return To:

GARY LITKE, ESQ.
Gary Sheldon Litke Esq. Tory's LLP
237 Park Ave
New York, New York 10017