**EXHIBIT F**



