**EXHIBIT H**


Site Map (location of property)


Site Plan (layout of buildings)

*Click on left thumbnail for a larger version of the Site Map and on the right thumbnail for the larger Site Plan image. (When you open the Site Plan, you can enlarge the map by moving the cursor over the image and clicking the magnifying glass or look for the expand button when you move the cursor and click there.)*

## Religious School With 4,500 Residents Planned for Pomona

The Rabbinical College of Tartikov, Pomona, NY, will have housing for 1,000 married students. Located on 100+ acres south of Route 202 and to the east of Route 306 (see map above), the school reflects the legacy of Adult Student Housing in Ramapo with more than 90% of the buildings used as residences and less than 10% for schools. This is not the typical college campus--not with less than 10% of all buildings dedicated to classrooms.

The single school building is the smallest structure on the grounds having only three stories. All other buildings on the "campus" are four, five, and six stories. The school building has a total of 34 parking spaces. The other dwellings have parking for 1,036 vehicles. On the site map (above), the blue building is apparently the school (34 parking spaces), and the red buildings are the residences for students. You probably can't see it on this map, but the numbers on the roofs designate 4, 5, and 6 stories.

The Adult Student Housing residences will average 1,800 square feet, with either three or four bedrooms. They will house a combined population on the site of approximately 4,500, broken down in the following way:

1,000 adult students

1,000 spouses

1,250 children under the age of five

1,250 school-age children.

According to the plans, the average family will have 2.5 children and occupy a three or four-bedroom apartment.

For more information on Ramapo's Adult Student Housing Law click here. Briefly, though, in Ramapo RLUIPA (the Federal Religious Land Use Law) was used by our town board as the legal justification for its new Adult Student Housing Law (ASH). Michael Klein, our town attorney, informed the town board that under RLUIPA it could not prevent religious institutions from creating "Adult Student Housing" connected to schools providing "post-secondary education."

Rather than test the fairness and constitutionality of the RLUIPA law in court, Supervisor St. Lawrence and his Board created a number of ASH zones in Ramapo including the project on Grandview Ave. on the old Nike site and numerous others. (Photo of construction appears below)

By doing so, St. Lawrence and the Board have opened the floodgates to urbanization with high-density, multi-story apartment complexes masquerading as school campuses.

The only way out of this march over the cliff is for voters to clean house this fall in the Ramapo elections, just as they did last fall in state and national elections.

*We will continue to cover this story as the plans make their way to village boards. Meanwhile, please send this information to neighbors who might not be aware of the seismic changes that are going in Ramapo regarding overdevelopment and the failing infrastructure (water, traffic, and sewers). You can cut and paste the address for this story, or just tell them to visit www.preserveramapo.org where they can also sign up for free e-mail notifications of breaking news.*

**Preserve Ramapo**
**January 9, 2007**

Construction on Grandview Avenue (Previously the site of the Nike Base)

Click on left thumbnail for larg



http://www.preserveramapo.org/Preserve%20Ramapo%202007/Pomona_ASH_college.htm   12/5/2007



