**EXHIBIT I**

# Rockland County Board of REALTORS Member Offices

845 Realty LLC
222 Route 59, Suite 111
Suffern, NY 10901
(845) 732-5891
info@845realty.com

ABH Appraisal Services
33 Margaret Keahon Drive
Pearl River, NY 10965
(845) 620-3742
abh3@verizon.net

Albert Valuation Group, Inc
100 White Plains Road
Tarrytown, NY 10591
(914) 332-0777

Aleta Realty, Inc
45 Kinsley Grove
Pearl River, NY 10965
(845) 735-3451
aletafevola@hotmail.com

All Century Realty
311 N. Main Street
Spring Valley, NY 10977
(845) 426-0312

Allan Eisenkraft
142 Prospect Street
Nanuet, NY 10954
(845) 623-6198
aeisenkraft@yidc.com

Allied Appraisers
314 County Route 105
Highland Mills, NY 10930
(845) 928-9190
appraise@alliedabi.com

Alliyah 1 Real Estate Group
10 Esquire Road, Suite 11A
New City, NY 10956
(845) 638-6653
email: mousa002@aol.com

All State Real Estate Services Inc
520 East 3rd Street
Mount Vermon, NY 10550
(914) 237-5700

memberoffices

American Universal Realty LLC
One Kalisa Way
Suite 101
Paramus, NJ 07652
(800) 644-8814
breed@valvanoreed.com


Ann Jules
131 Jackson Street
Nyack, NY 10960
(845) 709-5040
rocklandrealtor@yahoo.com


Antonio F Reda
168-8 N Route 303
Congers, NY 10920
(845) 548-8701


Anthony Gonzalez
63 Cara Drive
Pearl River, NY 10965
(845) 735-4272


Anthony F. Pollice Realty Inc.
22 Gerke Avenue
New City, NY 10956
(845) 356-1957
fronton1@aol.com


AOM Realty
6 Eastview Road
Monsey, NY 10952
(845) 352-4569
yandrherzog@earthlink.net


Appraisal Authority LLC
47 Distler Avenue
West Caldwell, NJ 07006
(973) 808-8767
email: Kevin@RealtyInside.com


Appraisal Port
25 Jacaruso Drive
Spring Valley, NY 10977
(914) 403-5840
appraisalport@optonline.net


Appraise Rite Inc
29 Stern St. #203
Spring Valley, NY 10977
(914) 260-0972

(914) 260-0972

jacob@appraise-rite.com

Atlantic Hudson Realty
254 S. Main Street
New City, NY 10956
(845) 638-1114
email: bgn3000@yahoo.com

B.L. Angeles Real Estate, LLC
32 Greenridge Way
New Hempstead, NY 10977
(845) 406-3554
blangeles@optonline.net

Baer & McIntosh
97 S. Broadway
Nyack, NY 10960
(845) 358-9403

Baer & McIntosh
4 Roundhouse Road
Piermont, NY 10968
(845) 359-8989
email: mail@baer-mcintosh.com

Balletta Enterprises
7 New Lake Road
Valley Cottage, NY 10989
(845) 268-2121

Becker Real Estate Services
34 Forest Avenue
Lynbrook, NY 11563
(516) 887-0677
hilarybecker7@yahoo.com

Beckmann Realty & Appraisals
67 Main Street
Tappan, NY 10983
(845) 359-0070

Benjamin Michael Realty Inc
300 Saddle River Road
Airmont, NY 10952
(845) 356-8899
email: ben@adamsatlaw.com

Bert Distelburger
21 Georgetown Oval
New City, NY 10956
(845) 548-8400
bdistel21@aol.com

Bharat Realty Inc
4 Massachusetts Avenue
Congers, NY 10920
(845) 268-6782


Bill St Fleur Realty
8 Gloria Drive
New Hempstead, NY 10977
(845) 893-8308
billst.fleur@yahoo.com


Blue Sky Realty Group LLC
20 Robert Pitt Drive, Room 208
Monsey, NY 10952
(845) 371-8471
gmre@optonline.net


Brill - Tishman Company
926 Chestnut Ridge Road
Chestnut Ridge, NY 10977
(845) 356-3054
charleenbr@aol.com


CGT Maxximum Exposure Realty, Inc
15 Dorothy Drive
Spring Valley, NY 10977
(845) 406-3690
cgtmaxximumexposure@yahoo.com


Capital Realty Group
86 E Route 59
Spring Valley, NY 10977
(845) 356-7773
sam.crg@verizon.net


Carol Czitrom Realty
1 Capricorn Lane
Chestnut Ridge, NY 10952
(845) 356-3955


Carole Novick Realty, Inc
230 N. Main Street
New City, NY 10956
(845) 638-1600
email:
Carole@CaroleNovickRealty.com


Carrie A Ciganeck
302 Gair Street
Piermont, NY 10968
(845) 353-5359


Century Properties Inc

memberoffices

61 Highview Avenue
Orangeburg, NY 10962
(845) 398-2647
frankco138@aol.com


CENTURY 21 Grand Realty
282 North Middletown Road
Pearl River, NY 10965
(845) 735-1776


CENTURY 21 Grand Realty
14 North Main Street
New City, NY 10956
(845) 634-7474
century21grand@aol.com


CENTURY 21 Grand Realty
Mt Ivy Plaza
Thiells Mt Ivy Road
Pomona, NY 10970
(845) 354-5454
century21grand@aol.com


CENTURY 21 Grand Realty
Shop Rite Plaza
785 Route 17M
Monroe, NY 10950
(845) 782-4444
century21grand@aol.com


Charles J Bocca
540 West Nyack Road
West Nyack, NY 10994
(845) 353-6789
email: cjb2k@optonline.net


Charles J Maikish
144 Old Route 304
New City, NY 10956
(845) 638-2679
email: cdmre@optonline.net


Charles J Zaba
44 Lillian Street
Pomona, NY 10970
(845) 354-2236
charliez41@aol.com


Charlotte Ramsey
1 Lacey Court
Wesley Hills, NY 10977
(845) 362-4194


Chasia Lehv

memberoffices

1 Hilltop Place
Monsey, NY 10952
(845) 426-5171

Chestnut Ridge REALTORS
83 Summit Road
Chestnut Ridge, NY 10977
(845) 425-9441

Clair Realty Co
6 Oxford Court #8001
Suffern, NY 10901
(845) 357-9100
email: honeyof16@yahoo.com

Clear Horizons LLC
One Blue Hill Plaza-4th Floor
Pearl River, NY 10965
(845) 735-7363
resiii@juno.com

Coldwell Banker Residential Brokerage
170 North Main Street
New City, NY 10956
(845) 634-0400

Coldwell Banker Residential Brokerage
23 Indian Rock
Suffern, NY 10901
(845) 357-8100

Colonial Appraisals Co
191 North Street
Ridgefield, CT 06877
(203) 438-5630
timsoleiman@comcast.net

Congers Riverby Realty
31 LaVeta Place
Nyack, Ny 10960
(845) 268-3456

Continental Homes of New York
2200 North Central Road
Fort Lee, NJ 07024
(201) 944-6847

Country Corners Real Estate
468 Route 304
New City, NY 10956
(845) 634-0403

Country Homes & Estates LLC

memberoffices

Country Homes & Estates LLC
4 Windward Lane
Wesley Hills, NY  10952
(845) 354-2060


Country Sun Realty
81 North Central Highway
Garnerville, NY  10923
(845) 947-7700
email: csuninfo@countrysunrealty.com


Coyle & Coyle Inc
37 Reservoir Drive
New City, NY  10956
(845) 639-2484
email: jscoyle@coyleandcoyle.com


David Waxman
8 Suzanne Drive
Monsey, NY  10952
(845) 352-1903


Deera Homes & Land
5 Tree Top Lane
Monsey, NY  10952
(845) 425-7484
email: sarahkschwab@hotmail.com


Delaney Realty
51 Lafayette Ave- 2 Heights Road
Suffern, NY  10901
(845) 357-2141


The DeLorenzo Real Estate Group Inc
120 Overlook Road
Pomona, NY  10970
(845)364-9010
rocklandwife@aol.com


Diamant & Associates, Inc
8 Kahan Drive
Suite 101
Monroe, NY  10950
(845) 774-7071
email: simdiam@frontiernet.net


Diamond Homes & Estates Inc.
267 Main Street
Suite C
Nyack, NY  10960
(845) 496-1412
ay_lewis@yahoo.com


DKA Realty

memberoffices

2 Joyce Plaza
Stony Point, NY 10980
(845) 942-7200
dkarealty@joyce.ws


Domenic Zagaroli Appraisal and Realty
Seminars
9 Dante Drive
Harrison, NY 10528-3903
(914) 309-3001
domzagaroli@aol.com


Edward J. Guardaro, Jr. Esq. PC
9 Emerald Drive
PO Box 384
Valley Cottage, NY 10989
(845) 906-0842


Eileen Silverman, Appraiser
2000 Linwood Avenue #4C
Fort Lee, NJ 07024
(914) 419-2938
esilverman@nj.rr.com


Elizabeth M Cuccinello, Esq.
3 Northpark Court
Garnerville, NY 10923
(845) 642-9287
liz_cuccinello2002@yahoo.com


Ellis Sotheby's Int'l Realty
76 North Broadway
Nyack, NY 10960
(845) 353-4250


ERA Tucker Associates, Inc
8 College Ave
Nanuet, NY 10954
(845) 623-5200
email: tuckerera@era.com


ERA Tucker Associates, Inc.
580 Route 303
Blauvelt, NY 10913
(845) 359-3600
tuckerera@era.com


Eric H. Selmon
19 Timber Trail
Suffern, NY 10901
(718) 974-5654
eselmon@stanfordalumni.org


Esther Ingber Realty

memberoffices

12 Keri Lane
New Hempstead, NY  10977
(845)354-6060

Eugenia G Anderson Realty
66 Bocket Rd
Pearl River, NY  10965
(845) 735-6292

Evelyn Kagan Real Estate
3 Sherri Lane
Wesley Hills, NY  10952
(845) 425-8031

Exclusive Sales & Rental Inc
P.O. Box 609
4 Route 59
Nyack, NY  10960
(845) 353-6733
email: brokerexlcus@cs.com

Exit CBC Realty
99 Mamaroneck Avenue
White Plains, NY  10601
(914) 703-6500
email: emlopez@cbcenters.com

Feiner Realty
16 Wallenberg Circle
Monsey, NY  10952
(845) 425-4580

Ferraro R.E & Insurance
6 Benton Court
New City, NY  10956
(845) 634-4453

Florio Realty LLC
24 Sheridan Avenue
Ho-Ho-Kus, NJ  07423
(201) 670-7373
mflorio5@optonline.net

Friedberg Properties and Associates
1018 Closter Dock Road
Alpine, NJ  07620
(201) 768-6868
tenafly@friedbergproperties.com

Fuerst & Fuerst, Inc
8 Pleasant Ridge Road
New Hempstead, NY  10977
(845) 354-2554

memberoffices

email: info@fuerstandfuerst.com

Full Service Realty Inc
136 N Magnolia Street
Pearl River, NY  10965
(845) 620-9610

Furumoto Realty of Scarsdale, Inc
68 Garth Road
Scarsdale, NY  10583
(914) 472-8100
westchester@furumoto.com

GMAC Real Estate ServiceMax
493 South Main Street
New City, NY  10956
(845) 639-4622
cnewman@servicemaxrealty.com

Gailen Properties, Inc
254 South Main Street
New City, NY  10956
(845) 634-7584

Glazer Realty
316 North Main Street
Hillcrest, NY  10977
(845) 425-2230
email: glazerrealty@aol.com

Greater Hudson Valley Homes
245 Main Street
Highland Falls, NY  10928
(845) 446-2657
greaterhudsonvalleyhomes@msn.com

Harold Y. Mac Cartney, Jr
13 North Broadway
Nyack, NY  10960
(845) 358-0074
lmaccartney@mmkmlaw.com

HLB Realty of Rockland Inc
6 Christine Drive
Chestnut Ridge, NY  10977
(845) 620-1422

Holli D Scott Real Estate
10 Rockingham Road
Wesley Hills, NY  10977
(845) 364-9334

Homestead Real Estate Services
17 Briarbrook Lane
Campbell Hall, NY 10916
(845) 639-4660

Honest Realty Corp
371 Saddle River Road
Monsey, NY 10952
(845) 290-2552
shaas76@gmail.com

Hudson Appraisal
99 Rockland Road
Sparkill, NY 10976-1315
(845) 359-8585
hudsonappraisal@verizon.net

Hudson House Real Estate
2 N Liberty Drive
Suite #1
Stony Point, NY 10980
(845) 942-2029

IBNA Michael Galgano R E
91 South Main Street
New City, NY 10956
(845) 639-9800
email: mgalgano@startpackingtoday.com

IBNA Spoon River
16 S Liberty Drive
Stony Point, NY 10980
(845) 942-1116
team2000@spoon-river.com

Infinity Real Estate Appraisals
156 Kearsing Pkwy
Monsey, NY 10952
(845) 425-5138
info@infinityappraisalsny.com

J G D Realty
551 Livingston Street
Norwood, NJ 07648
(201) 784-0617
j.dercole@verizon.net

Jac Rac Realty LLC
15 Sherri Lane
Spring Valley, NY 10977
(845) 362-3057

Jack A Guberman

memberoffices

199 Doxbury Lane
Suffern, NY 10901
(845) 368-0224
reojag@optonline.net


Jacob J Realty Corp
15 Calvert Drive
Monsey, NY 10952
(845) 425-9888


Jacobsen's Executive Realty
9011 5th Avenue
Brooklyn, NY 11209
(718) 748-3600
bob@executiverealestate.com


James Gizzi
131 Western Avenue
Marlboro, NY 12542
(845) 236-7059
jimgizzi@netzero.com


Jan Connor Real Estate
106 Old Mountain Road
Upper Nyack, NY 10960
(845) 358-3296
janconnor@optonline.net


Jani Realty and Investments Inc
One Blue Hill Plaza
PO Box 1669
Pearl River, NY 10965
(845) 735-0183
janirealty@yahoo.com


Jerry Lott Associates LLC
706 Executive Blvd
Suite A
Valley Cottage, NY 10989
(845) 268-5450
jerrylott@hotmail.com


Jill L. David
PO Box 731
New City, NY 10956
(845) 216-3359
jilldavid@realtyagent.com


Jo Ann Grando Realty
277 Sickletown Road
Orangeburg, NY 10962
(845) 627-8103


John Alexander Real Estate

255 N Main Street
Spring Valley, NY  10977
(845) 406-7828


John Nash
11 Jolliffe Lane
Congers, NY  10920
(845) 268-0175
nash138@juno.com


John J. Sheppard II
720 Palisade Avenue
Englewood Cliffs, NJ  07632
(551) 265-9275
john.jsheppard@gmail.com


John A. Sofia Realty
3 Brooks Circle
Garnerville, NY  10923
(845) 405-1166
johnasofiarealty@aol.com


Jordan Realty of Rockland County
588 Route 340
Sparkill, NY  10976
(845) 359-9595


Joseph Realty
3 Sherman Street
Spring Valley, NY  10977
(845) 356-1040
josephic@optonline.net


Joshua L Needelman
7 Rockford Drive
West Nyack, NY  10994
(845) 358-3529
needel@msn.com


Joyce Realty
32 S. Liberty Drive
Patriot Square Center, Suite #16
Stony Point, NY  10980
(845) 786-7500
support@joycerealty.com


Joyce Realty
292 S Main Street
New City, NY  10956
(845) 634-9200
support@joycerealty.com


Joyce Realty
41B North Broadway

memberoffices

41B North Broadway
Nyack, NY 10960
(845) 353-5558
support@joycerealty.com


Joyce Realty
21 N William Street
Pearl River, NY 10965
(845) 735-7100
support@joycerealty.com


Keller Williams Realty
229 Route 32
Central Valley, NY 10917
(845) 928-8000
chris@chrisscibelli.com


Kennedy & Kennedy
540 Piermont Avenue
Piermont, NY 10968
(845) 365-2505


Kingstone Realty
111 Route 303 #99
Tappan, NY 10983
(845) 359-3590
joonleekingstone@gmail.com


Kogel Realty
10 Manor Drive
Monsey, NY 10952
(845) 425-3006
kogelre@aol.com


LAM Real Estate Inc
41 New Main Street
Haverstraw, NY 10927
(845) 429-6200
captlmo@aol.com


Landmark International Realty Corp
60 Branchwood Lane
Nanuet, NY 10954
(845) 290-0061


Landslide Realty
11 Youmans Drive
Spring Valley, NY 10977
(845) 352-2040
landslidemh@aol.com


Laurino Realty Inc
146 Park Avenue
Harrison, NY 10528

memberoffices

(914) 376-7574
el@spazi.com

Leo Goldring Real Estate
101 Grove Street
Monsey, NY 10952
(845) 425-7144

Licata Realty
2 Spook Rock Road
Tallman, NY 10982
(845) 357-9330
dlicata3@optonline.net

Longo-Muth Real Estate
4 Reina Lane
Valley Cottage, NY 10989
(845) 268-0018

LRM Realty LLC
645 Westwood Avenue
Rivervale, NJ 07675
(201) 664-8789
lindaamichels@aol.com

Luciano Rios Property Group, Inc.
149 Baker Lane
New City, NY 10956
(845) 709-6159
rljr@optonline.net

Lydecker Realty Corp
143 Main Street
Nyack, NY 10960
(845) 358-3700
info@lydecker.com

M M & G Realty
10 Grosser Lane
Monsey, NY 10952
(845) 426-2295

M. Newhouse Realty
13 Ash Street
Monsey, NY 10952
(845) 362-3500

MacRobbie Appraisal Service
41 Grant Street
Sloatsburg, NY 10974
(845) 753-2102
drm41@optonline.net

Marcy Lawrence Realty Corp
356 Lake Street
Upper Saddle River, NJ 07458
(845) 638-6868


Marion Reichner Realty
18 Lenape Road
Pearl River, NY 10965
(845) 735-8926


Mark One Real Estate
386 Route 59
Suite 101
Monsey, NY 10952
(845) 425-9165


Mason Samett Assoc Inc
118 Main Street-Federal House
Tappan, NY 10983
(845) 359-4940
email: molly@oracledesign.com


Medallion Realty LLC
5 Stag Court
Suffern, NY 10901
(914) 906-0599
shaymah@medallionrealtyny.com


Michael Tauber
10 Jeffery Place
Monsey, NY 10952
(845) 425-0252


More & More Real Estate
299 Route 303
Orangeburg, NY 10962
(845) 359-7676


Morning Glory Realty
2 Nottingham Court
Nanuet, NY 10954
(845) 352-3995
angela@angelachan.com


Mountainside Realty Inc
163 E Central Avenue
Pearl River, NY 10965
(845) 735-2585


O.R.C. Realty & Mgmt Co
PO Box 222
410 Route 210
Stony Point, NY 10980
(845) 786-0051

memberoffices

OB-1 Appraisal Services Inc
5 W Burda Place
New City, Ny 10956
(845) 356-6857


Olicon Realty, LLC
666 Old Country Road
Suite 605
Garden City, NY 11530
(516) 794-0857
descoffery@nemeancapital.com


Open Door Realty
450 Route 304
New City, NY 10956
(845) 634-9100
opendoorrealty@optonline.net


Optimum Realty Group
241 Viola Road
Monsey, NY 10952
(845)425-6585
daniella.sabo@gmail.com


Partridge Real Estate
18 Riverside Avenue
Haverstraw, NY 10927
(845) 429-0609


Patrick J. Moloney/REPS Realty Group
173 Oak Tree Road
Tappan, NY 10983
(845) 359-7377


Paul Simon Realty, LLC
40 Greenridge Way
New Hempstead, NY 10977
(845) 461-7344
paulsimonrealty@aol.com


Peter Banyan, LLC
14 Ver Valen Street
Closter, NJ 07624
(201) 768-5200
peterbanyan@msn.com


Peterkin & Fitzgerald Real Estate Ltd
44 Franklin Avenue
Pearl River, NY 10965
(845) 735-7900
thegap@optonline.net

memberoffices

Phyllis Simon Appraisals
157 N Camp Hill Road
Pomona, NY  10970
(845) 634-4079


Property Research Inc
702 Midwood Road
Ridgewood, NJ  07450
(201) 873-8919
rmsnorth@optonline.net


Provident Bank Appraisals
400 Rella Blvd.
Suffern, NY  10901
(845) 369-8040
goldaj@pbcpny.com


Prudential Rand Realty
19 E Central Avenue
Pearl River, NY  10965
(845) 735-3700


Prudential Rand Realty
146 S Liberty Street
Route 9W
Stony Point, NY  10980
(845) 429-1500


Prudential Rand Realty
19 New Main Street
Haverstraw, Ny  10927
(845) 429-4401


Prudential Rand Realty
268 S Main Street
New City, NY  10956
(845) 634-4202


Prudential Rand Realty
95 S. Middletown Road
Nanuet, NY  10954
(845) 624-8100


Prudential Rand Realty
46 S Broadway
Nyack, NY  10960
(845) 358-7171


Prudential Rand Realty
164 Lafayette Avenue
Suffern, NY  10901
(845) 357-6666

Quinn Commercial Properties
119 Rockland Center
Suite 66
Nanuet, NY 10954
(914) 461-3366
colleen@quinncommercialproperties.com

RS Enterprises Co
197 Sickles Avenue
#A5
Nyack, NY 10960
(845)596-2170
rrutas@aol.com

Ralph Colon Real Estate
1816 Crotona Ave
Bronx, NY 10457
(888) 331-6100
fast_appraisals@yahoo.com

Realty Executives-Baratta Realty
120 North Main Street
New City, NY 10956
(845) 708-5072
joeisarealtor@aol.com

Realty Teams Corp.
1609 Route 202
Pomona, NY 10970
(845) 364-0007
naomi@realtyteams.com

ReMax Cornerstone Realty
1581 Route 202
Pomona, NY 10970
(845) 364-0040
ron@ronchromey.com

ReMax Professional Realtors
455 Route 304
Bardonia, NY 10954
(845) 624-6500
pjudel@mindspring.com

Regional Real Estate & Appraisal
Services, Ltd.
117 Route 9W, Suite 201
Haverstraw, NY 10927
(845) 786-7374

Reliable Appraisers, Inc.
4424 18th Avenue
Brooklyn, NY 11204

(718) 972-9077
mendyappraise@prodigy.net


Renee Kaminetzky Real Estate
29 Hilltop Place
Monsey, NY  10952
(845) 290-5045


Reval Inc
316 West 103rd Street
New York, NY  10025
(212) 316-7043
revalinc@nyc.rr.com


RGH Realty #1 Inc
124 Park Avenue
New City, NY  10956
(845) 708-2900
rghrealty1robin@optonline.net


Richard A. Weisman & Assoc.
PO Box 262
New City, NY  10956
(845) 639-6612
rweis70340@aol.com


Risk Free Realty Corp
5 Park Avenue
New City, NY  10956
(845) 634-0023


Robert G. Realty, Inc.
12 Belaire Terrace
New City, NY 10956
(845) 638-0968
robertgrealty@optonline.net


Rockland Country Realty Inc
10 Esquire Road, Suite 10
New City, NY  10956
(845) 638-2889


Rockland Realty
106 Airport Executive Park
Nanuet, NY  10954
(845) 359-2400
syassky@rocklandrealty.com


Rockwood Realty LLC
25 Sherwood Ridge Road
Pomona, NY  10970
(845) 364-5445

memberoffices

Rodeo Realty
10 Jay Court
Monsey, NY  10952
(845) 364-0195


Rosenberg Realty
23 Cortland Road
Monsey, NY  10952
(845) 354-8445


Rosenberg Realtor Group, LLC
13 Deronde Road
Monsey, NY  10952
(347) 423-8490
realty13@verizon.net


RSG Realty Services, Inc
7 Arrowhead Lane
Suffern, NY  10901
(917) 648-4486
solg@aol.com


S Preston Realty Inc
220 Sickletown Road
Orangeburg, NY  10962
(845) 639-8538


Samuel Pollak
750 Chestnut Ridge Road
Suite 21
Chestnut Rigde, NY  10977
(845) 425-3748
sampollak1@yahoo.com


Sanders Properties
69 S Broadway
Nyack, NY  10960
(845) 358-7200
info@sandershomes.com


Shan Bhongir Real Estate
6 Hobe Street
West Nyack, NY  10994
(845) 358-4688
shanbhongir@hotmail.com


Sheehan Realty
1 Piermont Avenue
Nyack, NY  10960
(845) 358-4460
dsheehan25@aol.com


Sheila Berg Realty
61 Demarest Avenue

memberoffices

61 Demarest Avenue
West Nyack, NY 10994
(845) 353-4600


Raymond W. Sheridan, Jr
19 E Washington Avenue
Pearl River, NY 10965
(845) 735-8080


Side Porch Realty
4 Hemlock Road
West Nyack, NY 10994
(914) 907-8234


Snyder Realty
277 South Main Street
New City, NY 10956
(845) 639-3496


Sohn Real Estate Corp
191 South Main Street
New City, NY 10956
(845) 634-7368
getitsoldwthsohn@aol.com


Sohn Real Estate Corp
185 S. Route 9W
Haverstraw, NY 10927
(845) 942-4663
getitsoldwthsohn@aol.com


Sold On Site Inc
66 N Grant Avenue
Congers, NY 10920
(845) 268-4437


Star Realty of Rockland Inc
130 Main Street
Nyack, NY 10960
(845) 348-4747
dennis@lawyermiami.com


Stewart G Einwohner
4 Arbor Court
Pomona, NY 10970
(845) 494-1963
stewart@einwohnerlaw.com


Stop Realty
105 Ladentown Road
Pomona, NY 10970
(845) 354-5300
stoprealtyinc@aol.com

Suburban Realty Inc
31 Drexel Court
New City, NY 10956
(845) 425-3379

Sunshine Realty Group
8 S Remsen Street
Monsey, NY 10952
(845) 371-1817
david@sunshinerealtygroup.com

Sure Stop Realty Inc
68 East Sandford Blvd
Mt. Vernon, NY 10550
(914) 663-1700
surestop@nyc.rr.com

Teger Commercial, LLC
45 South Route 9W, Suite 20
West Haverstraw, NY 10993
(845) 947-7118
lteger@aol.com

The Lenox Group Ltd
80 Burd Street
PO Box 382
Nyack, NY 10960
(845) 358-1154

Thomas Griffith Commercial Ltd
59 E Central Avenue
Pearl River, NY 10965
(845) 735-2222

Top Team Realty Corp
78 Lafayette Avenue
Suffern, NY 10901
(845) 368-3000

Total Realty Corp
29 Third Street
New City, NY 10956
(845) 634-7100

Town & Country Appraisal Co
538 East 84th Street
2-C
New York, NY 10028
(212) 288-4779

Ugell Realty Corp
10 Esquire Road
Suite 10

New City, NY  10956
(845) 639-7005
esqjudge@aol.com


United Realty NY Inc
6 Ridgeway Terrace
Wesley Hills, NY  10977
(845) 364-0198


Universal Realty Inc
434 Little Tor Road
New City, NY  10956
(845) 634-2530
itty.koshy@gmail.com


Vicus Real Estate Inc
530 Western Highway
Blauvelt, NY  10913
(845) 398-6277
mstarvaggi@startitle.net


VK Homes Realty Inc
85 New York Avenue
Congers, NY  10920
(914) 804-1680
vkunjupilla@optonline.net


Wayne Town Realty Corp
15 S Liberty Drive
Stony Point, NY  10980
(845) 942-1555


Weichert Realtors
128 East Route 59
Nanuet, NY  10954
(845) 624-1700


Weichert Realtors
217 Route 59
Suffern, NY  10901
(845) 357-4747


Weichert Realtors
114 Ramapo Plaza
Route 202
Pomona, NY  10970
(845) 354-0700


Weichert Realtors
174 S Main Street
New City, NY  10956
(845) 634-1668

Weichert Realtors
142 Oakland Ave
Closter, NJ 07624
(201) 767-8600
sbrine@weichertrealtors.net


Weld Realty
2 Raymond Avenue
Chestnut Ridge, NY 10977
(845) 352-4212
s.weld@verizon.net


Your Choice Realty of NY Inc
67 North Main Street
New City, NY 10956
(845) 639-9393
mtgeapproved@aol.com


Thomas C. Yu
38 W 32nd Street #1306
New York, NY 10001
(212) 268-6200


Zuber Realty Inc
176 S Conger Avenue
Congers, NY 10920
(845) 362-6974