**EXHIBIT N**

Page 1 of 2

12/14/2007

# Rabbinical College of Tartikov

About    News and Events    Myths/Facts    Contact

## Rabbi Mordechai Babad

Rabbi Mordechai Babad is a wise and holy man, steeped in the traditions of the Orthodox Jewish faith. Rabbi Babad has followed in the footsteps of 10 generations before him to become a rabbinical judge, called a *dayan*. For over 200 years, Rabbi Babad's ancestors have studied the *Shulchan Aruch* (Jewish law) to become *dayanim* (judges) in the small villages of Poland and Hungary. Since he was a young boy, Rabbi Babad has dreamed of continuing this family tradition in America.

"I went the way of my ancestors, the pursuit of knowledge, and I want others to have the opportunity to continue that pursuit," says Rabbi Babad. "We're not selfish. We're against being the only ones with the knowledge. It must be shared with more, and younger, people. We cannot be Jews without the *Shulchan Aruch*. Rabbis approve the way everything is done in daily life, and there is nothing that is not governed by the *Shulchan Aruch*. We would have been assimilated if we did not pass this along from generation to generation. We need fully trained judges to protect our way of life."

Rabbi Babad was born in September of 1954 on West 100th Street and West End Avenue in Manhattan. It was there that his father, Holocaust survivor Rabbi Usher Babad, had developed a Jewish *shul* in America following World War II.

As a young child, Rabbi Babad began his formal education in the Jewish faith at a yeshiva on West 89th Street and Riverside Drive. Rabbi Babad dreamed of following the footsteps of his father and 10 previous generations to become a rabbi, and then a rabbinical judge: a *dayan*.

In September of 1976, Rabbi Babad became one of the first students to attend Mechon L'Hoyroa, a rabbinical college in Monsey, New York, which was founded by Rabbi Ezriel Tauber and dedicated to the education of *dayanim*. Eighteen years later, after in-depth study of the four volumes of Jewish Law, the *Shulchan Aruch*, Rabbi Babad was certified as a *dayan*. He then began serving as a judge on the Orthodox Jewish courts known as *bais dins*.

The Orthodox Jewish mandate of settling disputes in *bais dins* is an ancient tradition practiced for thousands of years, as contained in the Old Testament. As a *dayan*, Rabbi Babad presides over disputes dealing with all aspects Orthodox Jewish life, including, but not limited to: kosher foods, marriage, divorce, burial, cultural certification, religious conversion, and other matters. *Dayanim* also individually counsel members of the community regarding the proper application of religious rules and practices pertaining to daily life.

There are only a few *bais dins* in America currently staffed with judges who are fully certified as rabbinical judges. These courts must serve an Orthodox Jewish population of over 600,000. As a well-educated and respected *dayan*, Rabbi Babad receives phone calls from other judges and members of the community 24-hours a day from around the globe.

In order to address this shortage, Rabbi Babad is dedicated to the continued education of rabbis to become *dayanim* at the Rabbinical College of Tartikov in Pomona, New York. Rabbi Babad will be

- Lawyers for the Congregation Rabbinical College of Tartikov have filed suit against the Village of Pomona and its representatives for the right to build and operate an educational facility to train rabbinical judges in perhaps the most prominent religious freedom case of its kind yet to be filed.

more >>

Submit

Ronline

http://www.tartikovcollege.org/rabbibabad.html

Rabbinical College of Tartikov

Rabbinical College of Tartikov

appointed Dean of the College once it begins accepting students, continuing a tradition that is centuries old in both his own family and the Orthodox Jewish faith.

home    about    news and events    myths & facts    contact
Rabbinical College of Tartikov © 2007. All rights reserved.