**EXHIBIT P**

# Village of Pomona
# MASTER PLAN UPDATE



Frederick P. Clark Associates, Inc.
July 1997

Adopted by the Village Board of Trustees
October 20, 1997

## III. GOALS AND OBJECTIVES

The Basic Studies component of the Master Plan Update provided analyses of existing conditions in the Village and its "region," in order to re-assess specific policies and goals put forth in the 1974 "Development Policies Plan" as well as to examine several new issues. The following is a summary of the goals of the "Policies Development Plan" adopted in 1974, whether they have been realized in the last 20 years, and an explanation of how these goals may be affected based on findings of the recent studies and the 1997 Village Resident Survey. Policy amendments and recommendations have been included where appropriate.

### A. Update of 1974 Policies

#### 1. Residential Development

The policy to maintain the low-density residential character of the Village should remain unchanged.

This character has been reinforced as the Village has developed. There is little remaining land which has not been already developed or subdivided for one-family residence development at the prevailing low-density. Care should be taken that future development is designed so as to preserve open space and important natural features.

The development of legislation for accessory apartments would assist in meeting the need for affordable housing, while not detracting from the single-family residential character of the Village.

#### 2. Traffic Circulation

This was not a policy issue which was deemed to require further study by the Master Plan Update Committee. It is noted that the goals and policies of the 1974 Plan have been partially realized in the development of subdivisions since 1974 and by the establishment of a traffic light at the intersection of Route 202 with Camp Hill Road and Route 306.

The 1974 goals and objective of widening and realigning Quaker Road, Camp Hill Road and Old Route 202 were specifically addressed. The 1997 Village Resident Survey indicated that these are no longer concerns of Village residents.

The goal and policy for creating walking and bicycling paths between recreation and open space areas, the Village Hall and Pomona Junior High School, and other areas is specifically reaffirmed in this plan update. The 1997 Village Resident Survey identified strong support for the creation of walking and bike paths along Village roadways provided that the rural character of the Village was maintained.