**<u>EXHIBIT Q</u>**

LAW OFFICES OF

# PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(RL 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

(845) 624-3820

FAX:    (845) 624-3821
e-mail:    paul@savadlaw.com

Catskills Office:

32 Diamond Road
Ellenville, New York  12428

Reply to: Nanuet

May 10, 2007

Doris Ulman Esq.
Village Attorney, Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Re.    Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

Based on our telephone conversation of May 9th, I advised my client of the following:

    1.    The Village does not hold *ad hoc* public design meetings prior to taking formal applications.

    2.    We agreed that the only application we can make is for a zone change, and not a use variance, since the College cannot demonstrate financial hardship.

Thank you for the informative conversation so that we can advise our client accordingly.

Very truly yours,

PAUL SAVAD
PS/mc

36\rabbinicalcollege\corresp\village\ulman zonechappl 051007

LAW OFFICES OF

# PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

FAX:     (845) 624-3821
e-mail:  paul@savadlaw.com

NANUET, NEW YORK 10954

(845) 624-3820

Catskills Office:

32 Diamond Road
Ellenville, New York  12428

Reply to: Nanuet

May 10, 2007

Doris Ulman Esq.
Village Attorney, Village of Pomona
134 Camp Hill Road
Pomona, NY 10970

Re.     Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

This letter is in response to your letter of May 9, 2007.

As you know, the request for a meeting was for a Public Meeting, for an informal design
and technical review of a proposed project.  You advised that the Village does not have
any procedure for such a pre-application meeting process.

Very truly yours,

PAUL SAVAD
PS/mc