**EXHIBIT R**

DORIS F. ULMAN
ATTORNEY AT LAW
134 CAMP HILL ROAD
POMONA, N.Y. 10970

(845) 354-6436

FAX (845) 354-3861

May 14, 2007

Paul Savad, Esq.
Paul Savad & Associates
55 Old Turnpike Road
Suite 209
Nanuet, New York 10954

Dear Mr. Savad:

    I am perplexed by your letters of May 10, 2007. During our telephone conversation on May 9th you advised me that your client's project is not in compliance with the Village of Pomona Zoning Law because the educational component of the project is not accredited. You stated that your client could not demonstrate the financial hardship required for a use variance and we agreed that the first step in the process would be an application for a zone change.

    I do not understand why you would request any meeting to discuss the design of a project that is illegal until you have applied for the required zone change. At no time did your letters or discussions with me suggest that a public meeting was requested to discuss the project. In my opinion, any meeting, public or private, would be premature.

Very truly yours,

Doris F. Ulman

DFU:b