**EXHIBIT T**

LAW OFFICES OF

# PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

**(845) 624-3820**

FAX:     (845) 624-3821
e-mail:   paul.savad1@verizon.net

Catskills Office:

32 Diamond Road
Ellenville, New York  12428

Reply to: Nanuet

March 26, 2007

Doris Ulman Esq.
134 Camp Hill Road
Pomona, NY 10970      (Hand Delivered)

Re.    Congregation Rabbinical College of Tartikov, Inc.

Dear Ms. Ulman:

On behalf of our clients, we propose to have a meeting with the Mayor and you to discuss areas if mutual concerns and interests regarding the Tartikov property.

Our client wants to work with the Village to develop a plan that accommodates its interests in protecting the public health and safety of the Village, its residents, and other land uses.

Our Client wants to be a good neighbor. It will adopt any reasonable demands placed upon it by the Village to mitigate and minimize long term environmental impacts on the community or surrounding residents.

The property at issue is large enough to accommodate a religious college having large buffers from surrounding uses and roadways. To the extent that the Village fears negative effects on traffic, water, sewer, police and fire issues (or any other legitimate concerns), the Congregation invites the Village to participate in a dialogue to determine how all parties can exist in harmony.

We propose to meet you as soon as possible. Please call me to discuss.

Very truly yours,

PAUL SAVAD
PS/mv
CC:    Congregation Rabbinical College of Tartikov, Inc.

36\rabbinicalcollege\corresp\village\ulman ltr