**EXHIBIT U**

12/07/2007 13:35  8453543861  ULMAN LAW OFFICES  PAGE 07

Sent By: Nick Sanderson - Flaregas;   845 371 2506;   Jul-3-07  8:37AM;   Page 1/1
To: Doris   At: 93543861



*Doris*

**Office of Mayor**  
**Nick Sanderson**

# VILLAGE OF POMONA

100 Ladentown Road  
Pomona, NY 10970  
Tel 354-0545   Fax 354-0604  
www.pomonavillage.com  
email nick.sanderson@pomonavillage.com

Cell 845-596-9433  
Office 845-371-2505  
Fax 845-371-2506

July 3, 2007

Paul Savad  
Paul Savad & Associates  
55 Old Turnpike Rd  
Nanuet, NY 10954

Dear Mr. Savad,

We cannot grant your request to have the Board of Trustees exempt your client from the provisions of the Pomona Zoning Law. Such action by the Board would be discriminatory and violative of the Federal and State Constitutions. There are other religious institutions that exist in the Village that comply with our laws and have gone through the site plan process.

I know you are aware that educational institutions and houses of worship are permitted uses in the Pomona Zoning Law. If the proposed Rabbinical College is a legitimate educational institution there is no reason why you should request an exemption from our laws. If it is not a legitimate educational institution an applicant has the right to apply for a zone change or a use variance.

The Village Attorney has informed me that she has discussed Village procedures with you on more than one occasion. If you need any additional information please feel free to call her at 354-6436.

Very truly yours,

Nick Sanderson  
Mayor

LETTER SAVAD 7-3-07.WPD