**EXHIBIT X**

# Yadin Yadin Kollel

- Programs/Requirements
- Courses
- Application

Home   New Students   Current Students   Outreach   Administrators   Educators   Pulpit   Riets Torah   Alumni

Yeshiva University: Main Page   Site Map   Admissions   Contacts   Feedback   Alumni

