**EXHIBIT Y**

OCUE Home

**Handbook of Institutional Accreditation**

Contents
Forms
Regents
Introduction
Protocol
Ethics
Application
Part 4
Self-Study Guide
Annual Report
Policies
Advisory Council
College Directory
Accreditation Staff



# DIRECTORY OF COLLEGES AND UNIVERSITIES ACCREDITED BY THE NEW YORK STATE BOARD OF REGENTS AND THE COMMISSIONER OF EDUCATION

American Academy of Dramatic Arts
120 Madison Avenue
New York, NY 10016-7089
New York County
(212) 686-9244
Roger Croucher, President
Control: Independent (Not-for-profit)
Highest Degree Awarded: Associate
Accredited Since: 1972

Bramson ORT College
69-30 Austin Street
Forest Hills, NY 11375-4222
Queens County
(716) 261-5800
Ephraim Buhks, Director
Control: Independent (Not-for-profit)
Highest Degree Awarded: Associate
Accredited Since: 1979

Additional Location:

- Bramson ORT College Bensonhurst Campus
5815 20th Avenue
Brooklyn, NY 12230
Kings County

Interboro Institute
450 West 56th Street
New York, NY 10019-3697
New York County
(212) 399-0093
Stephen H. Adolphus, President
Control: Proprietary (For-profit)
Highest Degree Awarded: Associate
Accredited Since: 1972

New York Academy of Art
111 Franklin Street
New York, NY 10013-2911
New York County
(212) 966-0300
Wayne A Linker, Executive Director
Control: Independent (Not-for-profit)
Highest Degree Awarded: Master's, no undergraduates
Accredited Since: 1989

New York Career Institute
15 Park Row
New York, NY

(718) 261-5800
Accredited Since: 2000

### Cold Spring Harbor Laboratory
P.O. Box 100
One Bungtown Road
Cold Spring Harbor, NY 11724-0100
Suffolk County
(516) 367-8310
James D. Watson, President
Control: Independent (Not-for-profit)
Highest Degree Awarded: Doctorate, no undergraduates
Accredited Since: 1998

### Globe Institute of Technology, Inc.
291 Broadway
New York, NY 10007-1814
New York County
(212) 349-4330
Oleg Rabinovich, President
Control Proprietary (For-profit)
Highest Degree Awarded: Baccalaureate
Accredited Since: 1996

### Graduate College of Union University, The
Lamont House
807 Union Street
Schenectady, NY 12308-3103
Schenectady County
(518) 388-6148
Susan Lehrman, President
Control: Independent (Not-for-profit)

10038-2307
New York County
(212) 962-0002
David W. Reid, President
Control: Proprietary (For-profit)
Highest Degree Awarded: Associate
Accredited Since: 1982

### Northeastern Seminary
2265 Westside Drive
Rochester, NY 14624-1997
Monroe County
(585) 594-9471
Wayne McCown, Dean
Control: Independent (Not-for-profit)
Highest Degree Awarded: Master's, no undergraduates
Accredited Since: 1998

### North Shore – Long Island Jewish Graduate School of Molecular Medicine
350 Community Drive
Manhasset, NY 11030-3828
Nassau County
(718) 470-7553
Bettie Steinberg, Dean
Control: Independent (Not-for-profit)
Highest Degree Awarded: Doctorate, no undergraduates

Highest Degree
Awarded: Master
Accredited Since:
2004

Holy Trinity
Orthodox Seminary
Jordanville, NY
13361-1919
Herkimer County
(315) 858-9978
Most Rev.
Archbishop Laurus,
Rector
Control:
Independent (Not-
for-profit)
Highest Degree
Awarded:
Baccalaureate
Accredited Since:
1948

Institute of Design
and Construction
141 Willoughby
Street
Brooklyn, NY
11210-1919
Kings County
(718) 855-3661
Vincent C. Battista,
Director
Control:
Independent (Not-
for-profit)
Highest Degree
Awarded: Associate
Accredited Since:
1972

Accredited
Since: 1994

Rabbi Isaac
Elchanan
Theological
Seminary
2540 Amsterdam
Avenue
New York, NY
10033
(212) 960-5344
Rabbi Zevulun
Charlop, Dean
Control:
Independent
(Not-for-profit)
Highest Degree
Awarded:
Advanced
Certificate
Accredited
Since: 1973

The Rockefeller
University
1230 York
Avenue
New York, NY
10021-6399
New York
County
(212) 327-8000
Sir Paul M.
Nurse, President
Control:
Independent
(Not-for-profit)
Highest Degree
Awarded:
Doctorate, no
undergraduates
Accredited
Since: 1954

Salvation Army
School for
Officer Training
201 Lafayette
Avenue
Suffern, NY
10901
Rockland County
(845) 357-3501
Mark Tillsley,
Principal
Control:

Independent
(Not-for-profit)
Highest Degree
Awarded:
Associate
Accredited
Since: 2005

Sunbridge
College
285 Hungry
Hollow Road
Chestnut Ridge,
NY 10977-6398
Rockland County
(845) 425-0055
Christopher
Schaefer,
Director
Control:
Independent
(Not-for-profit)
Highest Degree
Awarded:
Master's, no
undergraduates
Accredited
Since: 1991

Technical Career
Institutes
320 West 31st
Street
New York, NY
10001-2789
New York
County
(212) 594-4000
Thomas M.
Coleman,
President
Control:
Proprietary (For-
profit)
Highest Degree
Awarded:
Associate
Accredited
Since: 1972

The King's
College
350 Fifth
Avenue, Suite
1500
New York, NY
10118

New York
County
(212) 659-7200
Jack Stanley
Oakes, Jr.,
President
Control:
Independent
(Not-for-profit)
Highest Degree
Awarded:
Baccalaureate
Accredited
Since: 1999

Utica School of
Commerce
201 Bleecker
Street
Utica, NY 13501-
2280
Oneida County
(315) 733-2307
Philip M.
Williams,
President
Control:
Proprietary (For-
profit)
Highest Degree
Awarded:
Associate
Accredited
Since: 1972

Additional
Locations:

Utica School of
Commerce
Canastota
Campus
P.O. Box 462
Route 5
Canastota, NY
13032-0462
Madison County
(315) 697-8200
Accredited
Since: 1995

Utica School of
Commerce
Oneonta
Campus
17 Elm Street
Oneonta, NY

13820-1828
Otsego County
(607) 432-7003
Accredited
Since: 1995

<u>Wood/Tobe-</u>
<u>Coburn School</u>
8 East 40th
Street
New York, NY
10016-0190
New York
County
(212) 686-9040
Sandi Gruninger,
President
Control:
Proprietary (For-
profit)
Highest Degree
Awarded:
Associate
Accredited
Since: 1972

<u>Previous</u> I <u>Next</u>