**EXHIBIT Z**

# Council for Higher Education Accreditation

| CHEA Board of Directors | The CHEA Chronicle | Database of Institutions and Programs | Upcoming Events |
| CHEA 2005 Almanac | Recognition | CHEA Home | About CHEA | Informing the Public |
| Research & Publications | Government Relations | Directories | International Quality Review | Degree Mills |

## Directories

Association for Biblical Higher Education (ABHE)

Association of Advanced Rabbinical and Talmudic Schools (AARTS)

Association of Theological Schools in the United States and Canada (ATS)

Transnational Association of Christian Colleges and Schools Accrediting Commission

**Please review these other CHEA directories:**

Regional Accrediting Organizations

Private Career Accrediting Organizations

Specialized and Professional Accrediting Organizations

## Faith-Based Accrediting Organizations 2006-2007

The accrediting organizations identified in this directory are recognized by the Council for Higher Education Accreditation (CHEA). Recognition by CHEA affirms that the standards and processes of the accrediting organization are consistent with the academic quality, improvement and accountability expectations that CHEA has established, including the eligibility standard that the majority of institutions or programs each accredits are degree-granting.

Click here to download the complete *Directory of CHEA Recognized Organizations 2006-2007* as a pdf file.

**Association for Biblical Higher Education (ABHE)**
**Commission on Accreditation**
*Formerly the Accrediting Association of Bible Colleges (AABC)*
Ralph Enlow, Interim Executive Director
5575 South Semoran Boulevard, Suite 26
Orlando, FL 32822
Phone: 407-207-0808
Fax: 407-207-0840
E-mail: info@abhe.org
Web: www.abhe.org
*Recognized by the Council for Higher Education Accreditation, January 2001*

**Association of Advanced Rabbinical and Talmudic Schools (AARTS)**
Bernard Fryshman, Executive Vice President
11 Broadway, Suite 405
New York, NY 10004
Phone: 212-363-1991
Fax: 212-533-5335
E-mail: Contact by phone or fax

CHEA • Directory of Faith-Based Accrediting Organizations

Web: Contact by phone or fax
*Recognized by the Council for Higher Education Accreditation, January 2001*

**Commission on Accrediting of the
Association of Theological Schools in the United States and Canada (ATS)**
Daniel O. Aleshire, Executive Director
10 Summit Park Drive
Pittsburgh, PA 15275
Phone: 412-788-6505
Fax: 412-788-6510
E-mail: ats@ats.edu
Web: www.ats.edu
*Recognized by the Council for Higher Education Accreditation, January 2001*

**Transnational Association of Christian Colleges and Schools (TRACS)
Accreditation Commission**
Russell Guy Fitzgerald, Executive Director
15935 Forest Road, PO Box 328
Forest, VA 24551
Phone: 434-525-9539
Fax: 434-525-9538
E-mail: info@tracs.org
Web: www.tracs.org
*Recognized by the Council for Higher Education Accreditation, May 2001*



CHEA®
Council for Higher Education Accreditation

One Dupont Circle NW • Suite 510
Washington DC 20036-1135
(tel) 202-955-6126
(fax) 202-955-6129
chea@chea.org
Last Modified: 9/7/2006

©2007 Council for Higher Education Accreditation. All rights reserved.