**EXHIBIT AA**

**Association of Advanced Rabbinical and Talmudic Schools (AARTS)**

Bernard Fryshman, Executive Vice President
11 Broadway, Suite 405
New York, NY 10004
Phone: 212-363-1991
Fax: 212-533-5335
Email: N/A
Web: N/A

The institutions listed here have been accredited or are candidates for accreditation by this accrediting organization last updated September 10, 2003

- Bais Binyomin Academy (Stamford CT)
- Beis Medrash Heichal Dovid (Far Rockaway NY)
- Beth HaMedrash Shaarei Yosher (Brooklyn NY)
- Beth HaTalmud Rabbinical College (Brooklyn NY)
- Beth Medrash Govoha (Lakewood NJ)
- Central Yeshiva Tomchei Tmimim - Lubavitch (Brooklyn NY)
- Darkei Noam Rabbinical College (Brooklyn NY)
- Kehilath Yakov Rabbinical Seminary (Brooklyn NY)
- Kol Yaakov Torah Center (Monsey NY)
- Machzikei Hadath Rabbinical College (Brooklyn NY)
- Mesivta of Eastern Parkway Rabbinical Seminary (Brooklyn NY)
- Mesivta Tifereth Jerusalem of America (New York NY)
- Mesivta Torah Vodaath Seminary (Brooklyn NY)
- Mirrer Yeshiva (Brooklyn NY)
- Ner Israel Rabbinical College (Baltimore MD)
- Ohr HaMeir Theological Seminary (Courtland Manor NY)
- Ohr Somayach - Tanenbaum Educational Center (Monsey NY)
- Rabbi Jacob Joseph School (Edison NJ)
- Rabbinical Academy Mesivta Rabbi Chaim Berlin (Brooklyn NY)
- Rabbinical College of America (Morristown NJ)
- Rabbinical College Beth Shraga (Monsey NY)
- Rabbinical College Bobover Yeshiva Bnei Zion (Brooklyn NY)
- Rabbinical College Ch'san Sofer (Brooklyn NY)
- Rabbinical College of Long Island (Long Beach NY)
- Rabbinical College of Ohr Shimon Yisroel (Brooklyn NY)
- Rabbinical College of Telshe (Wickliffe OH)
- Rabbinical Seminary Adas Yereim (Brooklyn NY)
- Rabbinical Seminary of America (Flushing NY)
- Rabbinical Seminary M'kor Chaim (Brooklyn NY)
- Shor Yoshuv Rabbinical College (Lawrence NY)
- Talmudic College of Florida (Miami Beach FL)
- Talmudical Academy of New Jersey (Adelphia NJ)
- Talmudical Institute of Upstate New York (Rochester NY)
- Talmudical Seminary Oholei Torah (Brooklyn NY)
- Talmudical Yeshiva of Philadelphia (Philadelphia PA)
- Telshe Yeshiva - Chicago (Chicago IL)
- Torah Temimah Talmudical Seminary (Brooklyn NY)
- United Talmudical Seminary (Brooklyn NY)
- U.T.A. Mesivta - Kiryas Joel (Monroe NY)
- Yeshiva Beth Moshe (Scranton PA)
- Yeshiva Beth Yehuda - Yeshiva Gedolah of Greater Detroit (Oak Park MI)
- Yeshiva Derech Chaim (Brooklyn NY)

- Yeshiva D'Monsey Rabbinical College (Monsey NY)
- Yeshiva Gedolah Imrei Yosef D'Spinka (Brooklyn NY)
- Yeshiva Gedolah Rabbinical College (Miami Beach FL)
- Yeshiva Karlin Stolin (Brooklyn NY)
- Yeshiva and Kolel Bais Medrash Elyon (Monsey NY)
- Yeshiva and Kollel Harbotzas Torah (Brooklyn NY)
- Yeshiva Mikdash Melech (Brooklyn NY)
- Yeshiva of the Nation's Capital (Silver Spring MD)
- Yeshiva of Nitra/ Yeshiva Farm Settlement (Mt. Kisco NY)
- Yeshiva Ohr Elchonon - Chabad/West Coast Talmudic Seminary (Los Angeles CA)
- Yeshiva Shaar HaTorah Talmudic Research Institute (Kew Gardens NY)
- Yeshiva Shaarei Torah of Rockland (Suffern NY)
- Yeshiva of the Telshe Alumni (Riverdale NY)
- Yeshiva Toras Chaim Talmudical Seminary (Denver CO)
- Yeshivas Novominsk (Brooklyn NY)
- Yeshivath Viznitz (Monsey NY)
- Yeshivath Zichron Moshe (South Fallsburg NY)