**EXHIBIT BB**

# Beth Medrash Govoha

From Wikipedia, the free encyclopedia

**Beth Medrash Govoha** (Hebrew: בית מדרש גבוה) is the largest Talmudical Academy in the United States. A Haredi institution, it was founded in 1943 by Rabbi Aharon Kotler in Lakewood Township, New Jersey where it remains. It commonly know as Bais Medrash Govoha, BMG, or Lakewood Yeshiva.

| Beth Medrash Govoha | |
|---|---|
| Established | 1943 |
| Type: | Yeshiva (Orthodox) |
| Location | Lakewood Township, NJ, USA |
| Campus: | Urban |

The yeshiva is licensed by the New Jersey Commission on Higher Education and accredited by the Association of Advanced Rabbinical and Talmudic Schools.[1] It is authorized to grant bachelor's degrees and master's degrees in Talmudics to those students who apply and qualify for the degrees, as well as a post-master's certificate in Talmudic studies.

## Contents

- 1 Curriculum
    - 1.1 Chaburah system
- 2 Acceptance and registration
    - 2.1 Application
    - 2.2 Testing and acceptance
    - 2.3 Registration
- 3 Semesters/Zmanim
- 4 Tumult day
- 5 References

# Curriculum

The yeshiva studies are based on classical Torah study traditions using the Talmud, Shulchan Aruch, responsa and rabbinic literature as texts and sources.

The daily schedule consists of three *sedorim*, or study sessions, devoted to study, plus daily prayers and meals. In each session there is usually a main *limud'* (field/focus of study) based on the Talmud. However there also exists a system of *chaburahs* (group study) where 10-70 scholars form a *chaburah* (group) to study specific sub-texts within the Talmud and/or Shulchan Aruch. All of these take place in one of the over eight study halls available throughout the four study buildings of Beth Medrash Govoha.

The main *limud* is usually a part of Talmud and is not a part of Shulchan Aruch. However the way the Talmud is studied might include the relevant portion of the Shulchan Aruch as an adjunct and complimentary study. Each "chaburah" may differ in the amount of time spent studying the Shulchan Aruch.

## Chaburah system

Every *chaburah* has a *Rosh Chaburah* (head/leader of the study group). It is the Rosh Chaburah's

responsibility to arrange enough seats for the members of his *chaburah* and to decide the *limud* (subject of study) that will take place for the rest of the semester, as well as make sure that there is a lecture given on the subject studied at least once a week. Many "chaburos" also require members to prepare and give lectures on a rotating basis. This is always in addition to the Rosh Chaburah's weekly lecture.

## Acceptance and registration

### Application

Applications to enroll into the yeshiva are accepted twice a year, in the summer for the winter semester, and in the winter for the summer semester. There are no enrollments for the fall semester. The deadlines vary, and they are generally close to the 1st of Elul for enrollment in the winter, and the 1st of Adar for enrollment in the summer. The cost of the application is $125.00.

### Testing and acceptance

This is generally a four part process. Only applicants who have received a "bechina (entrance exam) card" authorizing them to advance will be able to proceed with these steps:

1. The applicant completes a secondary registration application which asks for more detailed additional information that was not required on the original application.
2. The admissions officer, holds a general interview with the applicant. With him are usually one or two other members of the faculty. The meeting will usually be short, allowing the admissions department an opportunity to evaluate the candidate's general potential for success in the institute.
3. A faculty member tests the candidate in general Talmudic knowledge. A grade is issued, on a scale of one to five, reflecting the applicant's possession of the requisite knowledge.
4. One of the four roshei yeshiva (deans) listens to a Pilpul, or talmudic discourse, from the applicant. This part of the exam is to test the applicant's ability to engage in specialized Talmudic reasoning called Lomdus. Here too, a grade is issued on a scale of one to five.
5. After completing the two exams. The acceptance will depend on a combination of all the factors in the admissions process. Usually applicants are notified during Chol HaMoed about the decision. If the applicant is accepted, he and his parents are then required to set up a meeting with the tuition department to discuss tuition arrangements.

### Registration

After acceptance, tuition is negotiated, and the accepted student must complete steps required by the State of New Jersey of all students entering dormitories and post-secondary schools in New Jersey. These steps include obtaining health insurance (either through their parents or through the Yeshiva's student insurance plan), and obtaining required vaccinations for measles, mumps, and rubella; a second measles shot; and the meningococcal vaccine. In the signed acceptance agreement, the matriculating student is required to agree to abide by the rules of the institution. These include agreeing to what is commonly known as the freezer (see below). An additional rule requires students not to access the internet in the dormitory, and limits internet use to business-related activities for married students.

"The Freezer" is a term used in Beth Medrash Govoha to signify that a young student is still in the first three month of acceptance into the yeshivah. There is a rule - which every non-married student is required to sign upon acceptance into this yeshivah - that he will not date for a Shidduch during the first

four months of his coming to yeshivah. The idea behind this is that the new student should first spend some time to get to know the yeshivah, and not be busy dating, as most new non-married students come to the Lakewood yeshivah close to the time that they are interested in getting married. If one gets engaged during those three months he runs the risk of being asked to leave, unless when signing the paper above he indicated the young woman he got engaged to is one that he was already dating.[2]

## Semesters/*Zmanim*

Three *zmanim* (semesters) exist in a year, based on the Hebrew calendar:

1. Winter *zman*, which is from Rosh Chodesh Cheshvan through the seventh of Nisan.
2. Summer *zman* from *Rosh Chodesh* Iyar through the tenth of Av.
3. Elul *zman* from *Rosh Chodesh* Elul through the eleventh of Tishrei.

The three zmanim span two official semesters. The Fall semester runs through the Winter zman. The Spring semester includes the Summer zman and Elul zman.

## *Tumult* day

Tumult day is a distinct feature of Beth Medrash Gevoha. It is at this time that *chavrusos* (study partners) must be arranged. Among other things, students discuss with potential study partners what *limud* they would like to study, and also make sure that the study partnership has the potential to succeed, both on a personal level and on an intellectual level. Additionally, it is at this time that students are required to arrange entry into a particular "chaburah", or study group. This intense and highly competitive method is unique to Beth Medrash Gevoha.

## References

1. ^ NJ College & University Directory by Sector (http://www.state.nj.us/highereducation/njedge/schools.htm). State of New Jersey: Commission on Higher Education (March 7, 2007). Retrieved on 2007-11-30.
2. ^ Nachal, Ilana. "Interview With A Lakewood *Bochur* (http://www.thejewishpress.com/displayContent_new.cfm?contentid=18358&mode=a&sectionid=15&contentname=Interview_With_A_Lakewood_%3Ci%3EBochur%3C%2Fi%3E&recnum=7&subid=20738)", The Jewish Press, January 25, 2006. Retrieved on 2007-11-30.

Retrieved from "http://en.wikipedia.org/wiki/Beth_Medrash_Govoha"

Categories: Beth Medrash Govoha | Orthodox yeshivas in the United States

- This page was last modified 06:00, 3 December 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.