UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Congregation Rabbinical College of Tartikov, : x
Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, :
Rabbi Hermen Kahana, Rabbi Meir Margulis, :
Rabbi Gergely Neuman, Rabbi Akiva Pollack and :
Kolel Belz of Monsey, :
                                            :    Civil Action No.:
          Plaintiffs,                 :    7:07-cv-06304(KMK)(GAY)

    -against- :

Village of Pomona, NY; Board of Trustees of The :
Village of Pomona, NY; Nicholas Sanderson, as :    **PROPOSED ORDER**
Mayor; Ian Banks, Alma Sanders Roman, Rita :
Louie and Brett Yagel, as Trustees and in their :
Official Capacities, :
                                        :
          Defendants.              x

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

This matter having come before the Court on the motion of Joseph L. Clasen of Robinson & Cole LLP, a member in good standing of the bar of the Court, for leave to permit Marci A. Hamilton, Esq. to appear in this action *pro hac vice*, as counsel for Defendants, and the Court being sufficiently advised that Marci A. Hamilton, Esq. is licensed and admitted to practice law before the State of Pennsylvania and the District of Columbia, it hereby GRANTS said motion; and

IT IS HEREBY ORDERED that Marci A. Hamilton, Esq. is granted leave to appear in this action *pro hac vice*, as counsel for Defendants.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

Date: January 28, 2008