UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONG. RABBINICAL COLLEGE OF TARTIKOV,

                      Plaintiff,

- *against* -

VILLAGE OF POMONA,

                      Defendant.

7 Civ. 6304 (KMK)(GAY)

<u>ORDER</u>

---

      Counsel – including any separate counsel for Rubenstein Associates, Inc. wishing to be heard on the matter – are directed to appear in Courtroom 420 on **April 3, 2014 at 11:00 a.m.**, to address the subpoena-related dispute described by plaintiff's counsel in her letter dated March 13, 2014.

      Having raised a claim of privilege in connection with the subpoena, plaintiff is directed to provide to the defendant and to the Court the privilege log required under Local Civil Rule 26.2(a)(2)(A) by March 25, 2014. Any written response from defendants is due by March 31, 2014.

Dated: March 18, 2014
       White Plains, New York

                                       SO ORDERED

                                       _____
                                       Paul E. Davison
                                       United States Magistrate Judge