# ROBINSON & COLE LLP

JOHN F.X. PELOSO, JR.

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
jpeloso@rc.com
Direct (203) 462-7503

Also admitted in New York

*Via Federal Express*

May 28, 2014

The Honorable Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **SO ORDERED:**
>
> Application granted. The Court has scheduled a Status Conference for June 9, 2014 at 10:00 AM in Courtroom 421 to discuss the discovery disputes in this matter.
>
> /s/ Judith C. McCarthy  6-5-14
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re: *Congregation Rabbinical College of Tartikov, Inc., et al. v. Village of Pomona, et al.*, 7:07 CV 6304 (KMK) (JCM)

Dear Judge McCarthy:

We represent the defendants in the above captioned action.

Pursuant to Your Honor's Rules and Local Rule of Civil Procedure 37.2, we write to request an informal conference with the Court regarding two discovery matters.

The first concerns a third party subpoena served on Rubenstein Associates on February 12, 2014. By way of brief background, in response to Plaintiffs' letter motion to quash, Judge Davison ordered Plaintiffs, who have claimed a privilege, to produce a privilege log and also ordered Rubenstein to produce to Defendants all non-privileged documents without awaiting receipt of the privilege log. (ECF Documents 92 and 93). To date, Defendants have received neither the privilege log or the non-privileged documents. This subject was one of the main matters raised with Judge Karas in the recent joint motion to extend the discovery deadline (ECF Document 98).

The second issue concerns certain documents defendants have asked plaintiffs to produce and which plaintiffs have refused to produce on various grounds. The documents are related to the contractors hired to prepare building plans and studies for the Rabbinical College proposed by plaintiffs.



*Law Offices*

BOSTON
PROVIDENCE
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
ALBANY
SARASOTA

www.rc.com

12912747-v1

# ROBINSON & COLE LLP

May 28, 2014
Page 2

Defendants respectfully request that the Court schedule an informal conference for the purpose of resolving these disputes. If the Court requires any further information for the conference we can promptly provide it.

Respectfully submitted,

John F.X. Peloso, Jr.

cc:  Donna Sobel, Esq. *(ALL by E-Mail and Federal Express)*
     Roman Storzer, Esq.
     John Stepanovich, Esq.
     Marci Hamilton, Esq.
     Brian Condon, Esq.

