UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CONGREGATION RABBINICAL
COLLEGE OF TARTIKOV, INC., RABBI
MORDECHAI BABAD, RABBI WOLF
BRIEF, RABBI HERMEN KAHANA,
RABBI MEIR MARGULIS, RABBI
GERGELY NEUMAN, RABBI
MEILECH MENCZER, RABBI JACOB
HERSHKOWITZ, RABBI CHAIM
ROSENBERG, RABBI DAVID A.
MENCZER, RABBI ARYEH ROYDE,
and KOLEL BELZ OF MONSEY,

                 Plaintiffs,         **ORDER**

     -against-                 07 Civ. 6304 (KMK)(JCM)

VILLAGE OF POMONA, NY; BOARD
OF TRUSTEES OF THE VILLAGE OF
POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS, ALMA
SANDERS ROMAN, RITA LOUIE and
BRETT YAGEL, AS TRUSTEES AND
IN THEIR OFFICIAL CAPACITIES,

                 Defendants.
---------------------------------------------------------x

    Defendants request communications between Plaintiffs and Rubenstein Associates, a third-party public relations firm Plaintiffs retained prior to commencing this action. (Docket No. 114). Having reviewed the parties' submissions in this dispute (Docket Nos. 114, 115, 118), the Court **ORDERS** that Plaintiffs shall produce the withheld correspondences with Rubenstein Associates to the Court for *in camera* review on or before July 25, 2014. *See Haugh v. Schroder Inv. Mgmt. N. Am. Inc.*, No. 02 Civ. 7955, 2003 WL 21998674, at *2-5 (S.D.N.Y. Aug. 25, 2003) (analyzing the applicability of the attorney-client and work product privileges to

correspondences with a public relations consultant which were submitted for *in camera* review).

Dated: July 18, 2014
       White Plains, New York

                                       **SO ORDERED:**

                                       */s/ Judith C. McCarthy*
                                       JUDITH C. McCARTHY
                                       United States Magistrate Judge