1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  - - - - - - - - - - - - - - - - - X
   CONGREGATION RABBINICAL COLLEGE OF
4  TARTIKOV, INC., RABBI MORDECHAI
   BABAD, RABBI WOLF BRIEF, RABBI
5  HERMEN KAHANA, RABBI MEIR MARGULIS,
   RABBI GERGELY NEUMAN, RABBI MEILECH
6  MENCZER, RABBI JACOB HERSHKOWITZ,
   RABBI CHAIM ROSENBERG, RABBI DAVID A.
7  MENCZER, and RABBI ARYEH ROYDE,
                        Plaintiffs,
8                                        07-CV8304
           -against-                     (KMK)
9
   VILLAGE OF POMONA, NY; BOARD OF
10 TRUSTEES OF THE VILLAGE OF POMONA,
   NY; NICHOLAS SANDERSON AS MAYOR;
11 IAN BANKS as Trustee and in his
   official capacity, ALMA SANDERS
12 ROMAN as Trustee and in her official
   capacity, RITA LOUIE as Trustee and
13 in her official capacity, and BRETT
   YAGEL, as Trustee and in his official
14 capacity,
                        Defendants.
15 - - - - - - - - - - - - - - - - - X

16                      May 15, 2014
                        10:03 a.m.
17

18                      EXAMINATION BEFORE TRIAL of
      the Defendant, IAN BANKS, taken pursuant to
19    Notice, held at the offices of Savad
      Churgin, 55 Old Turnpike Road, Nanuet, New
20    York, before a Notary Public within and for
      the State of New York.
21

22                      *   *   *

23              SANDY SAUNDERS REPORTING
           254 South Main Street, Suite 216
24             New City, New York 10956
                    (845) 634-7561
25

A P P E A R A N C E S:


        SAVAD CHURGIN
                Attorneys for Plaintiffs
                55 Old Nyack Turnpike
                Suite 209
                Nanuet, New York 10954

        BY:   JOHN G. STEPANOVICH, ESQ.
                DONNA C. SOBEL, ESQ.


        ROBINSON & COLE, LLP
                Attorneys for Defendants
                1055 Washington Boulevard
                9th Floor
                Stamford, Connecticut 06901

        BY:   JOHN F. X. PELOSO, JR., ESQ.


        DORIS F. ULMAN, ESQ.
                Attorney for The Village of Pomona
                134 Camp Hill Road
                Pomona, New York 10970



                        *   *   *

```
 1

 2

 3

 4        IT IS HEREBY STIPULATED AND AGREED

 5   by and between the attorneys for the

 6   respective parties hereto that filing and

 7   sealing are hereby waived.

 8

 9        IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to the

11   form of the question, shall be reserved

12   to the time of the trial.

13

14        IT IS FURTHER STIPULATED AND AGREED

15   that the within examination may be signed

16   and sworn to before any Notary Public

17   with the same force and effect as though

18   signed and sworn to before this Court.

19

20

21

22

23

24

25
```

```
 1                    - Ian Banks -
 2   I A N   B A N K S, a Defendant herein, having
 3        been first duly sworn by Gale Salit, a
 4        Notary Public of the State of New York, was
 5        examined and testified as follows:
 6             THE REPORTER:  May I have your full
 7        name, please?
 8             THE WITNESS:  Ian Buell Banks.
 9             THE REPORTER:  May I have your
10        address?
11             THE WITNESS:  12 Ladentown Road,
12        Pomona, New York 10970.
13   EXAMINATION BY
14   MR. STEPANOVICH:
15        Q     Good morning, Mr. Banks.  My name is
16   John Stepanovich and this is Donna Sobel.
17        A     Right.
18        Q     We are two of the lawyers for the
19   Congregation Rabbinical College of Tartikov and
20   the other plaintiffs.
21             Have you ever given a deposition
22   before?
23        A     Yes.
24        Q     So we'll just go over a few of the
25   ground rules to refresh your recollection.  If at
```

1                  - Ian Banks -

2    any time you don't hear or understand a question

3    of mine, please let me know and I'll try to make

4    it so you can hear or understand it.  Okay?

5        A     Okay.

6        Q     Your answers have to be audible so

7    that the court reporter can take the answers

8    down.  So a shaking or a nodding of the head is

9    not an audible answer.

10       A     Okay.

11       Q     I'd appreciate if you let me finish my

12   question and I'll do my very best to let you

13   finish your answer before I go forward, so that

14   the court reporter knows who's speaking when

15   we're asking questions and answering.  Okay?

16       A     That's fine.

17       Q     And finally, if you need to take a

18   break at any time, let me know and we'll

19   accommodate you.

20       A     Okay.

21            MR. STEPANOVICH:  (Handing document to

22       be marked.)

23            (Whereupon, Notice of Deposition was

24       marked Plaintiff's Exhibit 211 for

25       identification.)

                        - Ian Banks -

1

2      Q      I'm handing you, Mr. Banks, what's

3   been marked as Plaintiff's Exhibit 211, and ask

4   if you've seen that before?

5      A      (Perusing document.)  I don't

6   specifically recall.

7      Q      What did you do to prepare for today's

8   deposition?  And again, I don't -- I'm not asking

9   for any communications you had with your attorney

10   or what you told them or what they told you.  I'm

11   just generally asking you what you did to prepare

12   for today's deposition.

13      A      I responded to the interrogatories as

14   requested some time ago.  I provided whatever

15   information my attorneys requested.  That's all.

16      Q      Did you meet with your attorneys to

17   prepare for this deposition?

18      A      Yes.

19      Q      When was that?

20      A      This morning.

21      Q      Was that the only time you met with

22   them to prepare for this deposition?

23      A      Yes.

24           MR. STEPANOVICH:  (Handing document to

25      be marked.)

                    - Ian Banks -

1                   (Whereupon, Defendant Banks'

2      Supplemental Responses To Plaintiffs' Second

3      Set of Interrogatories was marked

4      Plaintiff's Exhibit 212 for identification.)

6      Q       I'm handing you now, Mr. Banks, what's

7      been marked as Plaintiff's Exhibit 212, and if

8      you could take a look at that, please?

9      A       (Complying.)

10     Q       Have you seen Exhibit 212 before?

11     A       I received a copy of this is my

12     recollection.

13     Q       Did you participate in drafting the

14     responses in Exhibit 212?

15     A       I participated in responses to the

16     interrogatories.

17     Q       You currently sit on the Pomona

18     Village Board of Trustees?

19     A       Yes.

20     Q       How long have you been on the board of

21     trustees?

22     A       Approximately sixteen years.  I'm not

23     completely sure but I believe the first year was

24     1996, but it could be '97, '98.  I'm not sure.

25     It's about -- I'm not sure of my first year to

1                    - Ian Banks -

2    tell you the truth.

3        Q      Once you got on the board, whatever

4    year that was, have you served continuously since

5    then?

6        A      Yes.

7        Q      Prior to being elected to the board of

8    trustees did you serve the village in any other

9    capacity?

10       A      No.

11       Q      Are you currently employed?

12       A      Yes.

13       Q      Where are you employed?

14       A      I own a construction corporation,

15   which I am the president.  And I am an employee

16   of my own corporation.

17       Q      What's the name of that corporation?

18       A      Ian Banks Incorporated, General

19   Contractor.

20       Q      It's a New York corporation?

21       A      Yes.

22       Q      Its principal office is located where?

23       A      Principal office is at my property at

24   12 Ladentown Road, Pomona, New York 10970.

25       Q      Are you a general contractor?

1                    - Ian Banks -

2      A      Yes.

3      Q      What kind of contracting work do you

4  do?

5      A      The company performs residential

6  remodeling work in Manhattan, New York City.

7      Q      Is it remodeling as opposed to initial

8  construction building of homes?

9      A      Correct.  They're existing buildings

10  where the occupants are changing things and

11  putting in new bathrooms, kitchens, woodwork.

12      Q      Seeking renovations of existing homes?

13      A      Normally entire apartments.

14      Q      Is your business primarily focused in

15  Manhattan then?

16      A      It's only focused in Manhattan.  We

17  only work in Manhattan.

18      Q      How long have you been doing that?

19      A      The corporation began in 1996.

20      Q      Are you personally a licensed

21  contractor in the State of New York?

22      A      Yes.

23      Q      Do you hold a particular class

24  license?

25      A      I have a general contractor's license.

- Ian Banks -

I'm licensed in New York City.

Q    Have you ever served the Village of
Pomona as deputy mayor?

A    Yes.

Q    When was that?

A    I can't remember the exact years.  But
under Mayor Nick Sanderson I was the deputy mayor
and last year I was the deputy mayor.

Q    What's the process in Pomona in
selecting the deputy mayor, how does that happen?

A    It's my understanding that the deputy
mayor is appointed by the mayor.

Q    Does that require a vote of the board
to accept that recommendation?

A    It's my understanding that it does
not.

Q    Can you generally describe the meeting
structure of the village board of trustees?
Start with the types of meetings that the board
has on a regular basis.

A    Regularly there are typically two
meetings per month, a workshop meeting on the
second Monday of the month and a public -- I
don't know if that's -- they are both public

                    - Ian Banks -

meetings.  I should say what they call a regular

meeting on the fourth Monday of the month.

     Q     Does the board meet twelve months a
year?

     A     Yes.

     Q     The workshop meeting comes before the
regular board meeting?

     A     Yes, from a monthly standpoint, yes.

     Q     Generally, what is the purpose of the
workshop meeting?

     A     The purpose of the workshop is to give
the trustees a chance to discuss issues, things
that we're working on, projects that are coming
up.  To have a more of a discussion meeting.  And
the regular meeting is more to take action on the
decisions that we've made.  Generally that's the
idea.

     Q     Is the workshop meeting sort of a,
this is probably not the right term, but a
preparation for the regular meeting?

     A     Not necessarily.

     Q     Is there normally an agenda for the
workshop meeting?

     A     Yes.

- Ian Banks -

Q      Are there minutes for workshop meetings?

A      I haven't received any recently.

Q      Are you familiar with executive sessions meetings, executive sessions at board of trustees meetings?

A      Yes.

Q      In your experience in sixteen years has the board ever gone into executive session during a workshop meeting?

A      I don't recall that ever happening.

Q      But the board does from time to time go into executive session during the regular board meetings?

A      Yes.

Q      What is your understanding of the reasons why the board goes into executive session?

A      My understanding is that the executive sessions are to discuss items in litigation and items regarding personnel.

Q      Are minutes taken during executive session meetings?

A      No, no.

                    - Ian Banks -

1

2    Q       When the board reconvenes in open

3    session is there any record made at all in any

4    way of the executive session deliberations?  I

5    don't know if that was a clear question.  What

6    I'm trying to --

7    A       Yes, you have to explain that a little

8    bit more.

9    Q       Yes, I apologize for that.

10           When you come out of executive session

11   is there any record made, for instance, of the

12   purpose of the executive session that was entered

13   into or is there anything described in official

14   records why you went into executive session?

15   A       Well, as I said, recently I have not

16   received meeting minutes.  So there are none that

17   I'm aware of.

18   Q       How recent has it been that you have

19   not received meeting minutes?

20   A       I don't remember exactly.

21   Q       Is there a reason for that, why you

22   haven't been receiving the minutes?

23   A       I don't know.

24   Q       Can you generally describe the process

25   of how the meeting minutes get created?

1                    - Ian Banks -

2       A       We employ a person to take notes

3    during the meeting and subsequently these are

4    produced into meeting minutes and distributed to

5    the board.

6       Q       The person who takes notes, is that a

7    court reporter who takes down every word of the

8    meeting?

9       A       No, it's an employee of the village.

10      Q       I see.

11      A       Who takes notes.

12      Q       This employee, is this -- who is this

13   employee let's just say right now?

14      A       Malverne Toll I believe it is.

15      Q       So the person who takes down these

16   minutes, is the person's only job to transcribe

17   minutes?

18      A       I don't know if she has other

19   responsibilities at the village.  I'm not in

20   charge of her.

21      Q       So if you can explain for me then, do

22   the meeting minutes get circulated before they

23   are approved?

24      A       Can you rephrase that question?

25      Q       Sure.  Again, I'm not trying to put

1                    - Ian Banks -

2     words in your mouth.  I'm trying to understand.

3              Sounds like there's a person who takes

4     minutes?

5         A     Uh-huh.

6         Q     Those minutes are then put on paper;

7     is that right?

8         A     I don't know.

9         Q     Well, let me see if I can ask it in a

10    better way.

11             Do you ever receive drafts of minutes

12    of your meetings?

13        A     No.

14        Q     When is the first time you see minutes

15    of let's say the prior monthly meeting?

16        A     If meeting minutes are prepared and

17    ready to go, they are presented at a board

18    meeting.  That's the first time I see them.

19        Q     Has the process that you just

20    described been like that for your entire time on

21    the village board?

22        A     It's been like that for my entire

23    time.

24        Q     Have you ever had the opportunity to

25    correct meeting minutes?

1                    - Ian Banks -

2      A      No.

3      Q      Has the board ever had the opportunity

4   to correct meeting minutes?

5      A      I can't speak for the other members of

6   the board.

7      Q      Do you recall any opportunities at the

8   monthly board meetings to correct the meeting

9   minutes?

10     A      I do not recall any chances of that or

11  any opportunities, none.

12     Q      Then do you know, and I think you've

13  answered this and I apologize.  Do you know who

14  gets the meeting minutes from the person taking

15  the minutes?

16     A      I do not know.

17     Q      In your sixteen years on the board the

18  process that you just described has been the

19  process that occurs regarding the minutes?

20     A      Exactly.

21     Q      You do not know who prepares the final

22  minutes before they are presented to the board?

23     A      I do not know the process and I'm not

24  involved in it.

25     Q      Okay, that's fine.  I appreciate it.

- Ian Banks -

2              Have you ever served the village in any other capacity besides being on the board of trustees?

A     Other than normal assignments that we get from the mayor, such as being in charge of projects in the village, I don't have any other responsibilities.

Q     Can you give me an idea of the assignments that you have received, let's just say within the last four years if you could remember that?

A     Generally I've been in charge of capital projects, repairs, additions, buildings, parks, maintenance and expansions or improvements, things like that that involve labor and materials and work. Since I have experience in that end of things, I do a lot of those kinds of things for the village.

Q     You've never sat on the Village Planning Board; is that right?

A     That's correct.

Q     Did you review any documents in preparing for today's deposition?

A     I did not.

```
 1                    - Ian Banks -

 2            MR. STEPANOVICH:  (Handing document to

 3       be marked.)

 4            (Whereupon, Document entitled,

 5       "Document Hold And Preservation Notice -

 6       Privileged And Confidential," Bates No.

 7       POM33617, was marked Plaintiff's Exhibit 213

 8       for identification.)

 9       Q     I'm handing you now, Mr. Banks, what's

10  been marked Plaintiff's Exhibit 213.  If you can

11  take a look at that, please?   And my question

12  is:  Have you ever seen it before?

13       A     (Perusing document.)  I don't recall

14  seeing this.

15       Q     Have you ever received any

16  correspondence from the village regarding

17  preservation of documents regarding the

18  Congregation Rabbinical College of Tartikov?

19       A     Can you repeat that question one more

20  time?

21       Q     I'll have her repeat it if you don't

22  mind.

23            (The question was repeated.)

24       A     Yes, I have received correspondence

25  regarding that.
```

1                    - Ian Banks -

2       Q       Do you recall when that was?

3       A       No.

4       Q       How did you receive it, how did you

5    receive the correspondence?

6       A       I don't remember specifically.

7       Q       Was it in a letter form?

8       A       I don't remember specifically.

9       Q       What did you do in response to

10   receiving that letter?

11      A       Well, in response to the request for

12   documents I provided all of the documents in my

13   possession for a certain time period that I had

14   in storage, and I delivered them to the village

15   hall.  And where they went from there, I don't

16   know.  I assume that -- I don't know.  I provided

17   everything, all the documents I've ever received

18   that I have.  So for that time period I took all

19   of them to --

20      Q       Village hall.

21      A       -- village hall for the attorneys to

22   look at presumably.

23      Q       I may not be clear in the question.

24   Sounds to me as what you just described is your

25   efforts to produce documents to your attorneys

1                    - Ian Banks -

2    regarding this case?

3        A       Correct.

4        Q       What I'm asking, prior to that, prior

5    to being asked to produce documents to your

6    attorneys did you ever receive a letter from the

7    Village of Pomona advising you to preserve and

8    hold onto documents regarding the Rabbinical

9    College of Tartikov?

10       A       I don't remember that.

11       Q       You indicated that you provided

12   documents for a certain time period.  Do you

13   recall what that time period was?

14       A       I don't recall what the time period

15   was.

16       Q       Did you have documents in your

17   possession that you turned over to your

18   attorneys?

19       A       I did.

20       Q       Do you have a personal email address?

21       A       Yes.

22       Q       What is that?

23       A       I have one ianbanks99@aol.com and I

24   have ianbbanks@gmail.com.

25       Q       How long have you had those emails?

- Ian Banks -

A       Ianbanks99, I don't recall the
starting date to tell you the truth.  It's older
than the Gmail account.  The Gmail account is
more recent.  Exactly how -- the dates, I don't
know.

Q       Are those the only two personal emails
accounts you have?

A       Those are the only two.

Q       Do you have any business email
account?

A       Yes.

Q       What is that?

A       Ianbanksinc@aol.com.

Q       Besides those three email addresses
that you have just given us, have you had any
other email address in the last ten years?

A       No.

Q       Are all three of those email addresses
still active?

A       Yes.

Q       Do you have an email address that's
affiliated or associated with the Village of
Pomona?

A       Yes.

1                    - Ian Banks -

2        Q        What is that?

3        A        Ianbanksinc@aol.com.

4        Q        So the ianbanksinc.@aol.com, is that

5   the email you use for Village of Pomona business?

6        A        Yes.

7        Q        Do you have an email something like

8   ianbanks@pomona.com or something like that?

9        A        I have a village email address that's

10  part of the village system and that's -- I

11  believe it's ian.banks - I don't know if there's

12  a dot there - @pomonavillage.com.  All of that

13  email automatically is forwarded to

14  ianbanksinc@aol.com.

15       Q        So when you respond to email that came

16  through the village system you respond from

17  ianbanksinc?

18       A        Correct.

19       Q        Have you ever used your email to

20  communicate with other board members?

21            MR. PELOSO:  Are you talking a

22       specific email address?

23       Q        I want to be clear.  It sounds to me

24  then, again I'm not trying to put words in your

25  mouth.  It sounds to me that all of the

1                    - Ian Banks -

2    communications that you do by email regarding

3    Pomona comes from the ianbanksinc.@aol.com; is

4    that what you testified to?

5         A      That's correct.

6         Q      Have you used that email to

7    communicate with other board members?

8         A      Yes.

9         Q      Is that the email that you use to

10   communicate with other --

11        A      Yes.

12        Q      Would that be the email that you used

13   to communicate with other board members for the

14   last ten years?

15        A      I'm not sure if it's been ten years.

16   I don't know the starting date of that email

17   address.  May not -- ten years is 2004.  The

18   email address existed in 2004, so yes.  I can say

19   yes, for ten years I've used that email address.

20        Q      Do you know what Preserve Ramapo is?

21        A      Yes.

22        Q      What is it?

23        A      It's an organization in the Town of

24   Ramapo.

25        Q      Are you a member of Preserve Ramapo?

1                     - Ian Banks -

2       A       No.

3       Q       Have you ever communicated by email

4    with Preserve Ramapo?

5       A       No.

6       Q       Have you ever received any documents

7    from Preserve Ramapo?

8       A       Not that I can recall.

9       Q       Do you know if Preserve Ramapo has a

10   website?

11      A       I know that they have a website.

12      Q       Have you ever visited that website?

13      A       No.

14      Q       Do you know as we sit here today who's

15   in charge of Preserve Ramapo?

16      A       I do not know.

17      Q       Obviously over the sixteen years in

18   the Village of Pomona you have voted on passing

19   certain laws, correct?

20      A       Yes, I agree.

21      Q       Just generally if you could describe

22   not on any particular law, I'm not talking about

23   any particular law, but if you could just

24   generally describe what forms your basis for

25   voting on a law?

1                    - Ian Banks -

2              MR. PELOSO:  His individual or --

3              MR. STEPANOVICH:  His individual.

4       A     Say that again.

5       Q     Let's have her read it.  I'll clarify

6    it, I think it needs it.  But let's hear it

7    first.

8              (The question was repeated.)

9       Q     What do you take into consideration

10   when you vote on a law?  Maybe that's a better

11   question.

12      A     I think the question is confusing.

13      Q     Okay.

14      A     I vote on a law because I'm in a

15   meeting and I'm asked to vote on a law, so I need

16   to vote on it.  I think to clarify the question

17   if you have another question.

18      Q     Sure, okay.

19            Do you consider the opinions of your

20   constituents when you vote on a law?

21      A     Absolutely, yes.

22      Q     Where do you get those opinions?

23      A     In speaking to the constituents.

24      Q     Do you read the Rockland County

25   Journal News?

                        - Ian Banks -

2      A      Yes.

3      Q      Do you read it on a regular basis?

4      A      Yes, I see it regularly.  I don't
always read every article in it, but I'm a
subscriber so it comes to my house.

7      Q      Have you ever gone on the, I think
it's called lohud.com?

9      A      Yes.

10     Q      Do you read articles and comments on
lohud.com that deal with issues in the Village of
Pomona?

13     A      Occasionally.

14     Q      How long have you lived in Rockland
County?

16     A      29 years.

17     Q      How long have you lived in the Village
of Pomona?

19     A      28 years.

20     Q      So you moved to Pomona, the Village of
Pomona from where?

22     A      Nyack.

23     Q      Are you a, sounds like a song, but are
you a native New Yorker?

25     A      No.

```
                         - Ian Banks -

 1

 2      Q       Where are you from originally?

 3      A       I'm born on the island of Hawaii.

 4      Q       How long have you lived in the State

 5   of New York?

 6      A       29 years.

 7      Q       Did you come to New York from Hawaii?

 8      A       No.

 9      Q       Where did you come to New York from?

10      A       California.

11      Q       Where did you live in California?

12      A       I lived in California in Palo Alto and

13   subsequently in San Francisco.

14      Q       Were you in business when you lived in

15   California?

16      A       Yes.

17      Q       The contracting business?

18      A       Yes.

19      Q       Same kind of business you're in now?

20      A       Exactly.

21      Q       Has Rockland County changed since you

22   got here about 29 years ago?

23              MR. PELOSO:  Object to the form as

24      vague.  You can answer.

25      A       Yes.
```

- Ian Banks -

Q      Could you describe how it's changed
since you moved here?

A      Well, there's been more development,
it's a little bit more traffic.  We see shopping
centers and things that we didn't have before, a
certain amount of residential development.
That's all.

Q      Are you familiar with the East Ramapo
School District?

A      Yes.

Q      Did you have any children that
attended the East Ramapo School District?

A      Yes.

Q      You still have children in the East
Ramapo School District?

A      No.

Q      When was it that your last child left
the East Ramapo School District?

A      Roughly five years ago.

Q      Have you seen a change in the East
Ramapo School District since the time you moved
into the county?

A      Yes.

Q      Can you describe that, please?

- Ian Banks -

A     I have seen over the period when my
children were in East Ramapo a general lowering
of quality of the education that they got from
the time my older daughter attended to the time
that my younger daughter attended.  And
subsequent to my younger daughter's graduation
from East Ramapo I just have heard that they have
fewer and fewer programs.  The band, for example,
has been eliminated.  The advanced placement
courses are far fewer now than there used to be
when my first daughter went there.  And I just
see a lowering in the quality of education that
goes on there now.  For the last five years I've
not been that involved since I don't have
children there at the moment.

Q     Do you have any opinion on the, I
don't know if I accurately restate your words.
But do you have any idea on why there's been a
lowering of the standards at the school?

A     I do not know why.

MR. STEPANOVICH:  (Handing document to
be marked.)

(Whereupon, Board of Trustees
Corrected Meeting Minutes, 4/28/97, Bates

```
 1                    - Ian Banks -
 2        Nos. POM0003064-75, was marked Plaintiff's
 3        Exhibit 214 for identification.)
 4        Q      I'm handing you now, Mr. Banks, what's
 5   been marked as Plaintiff's Exhibit 214, and ask
 6   you to look at it.  I'm going to turn your
 7   attention ultimately to Page POM3072.  And those
 8   are at the bottom.
 9             MR. PELOSO:  Bates numbers right here
10        (indicating).
11        A      Okay.
12        Q      Item No. 17.  If you could look at
13   that, I just have a question or two about that.
14        A      (Complying.)  Okay.
15        Q      This appears -- I want to make sure I
16   get the record straight.  This appears to be
17   corrected minutes of an April 28th, 1997 Village
18   Board of Trustees meeting.  Do you agree with
19   that?
20        A      I would agree that that's what it
21   says.
22        Q      Then turning to Item 17.  I want to
23   ask you just a couple of questions.
24             Do you have any recollection back, now
25   I understand it's 1997, discussing the village
```

                    - Ian Banks -

1    taxes as it relates to the Orthodox community?

2        A       No, I have no recollection of that.

3        Q       The last sentence in Item 17 says --

4    well, it looks like, let me read it for

5    completeness.  "Deputy Mayor, Herbert Marshall,

6    Trustees, Ian Banks and Buff Blass felt the need

7    to move quickly; they suggested the meeting be

8    held early in June."

9            Does that refresh your recollection at

10   all about the Orthodox community and the issue of

11   taxes in the Village of Pomona?

12       A       Well, it doesn't say anything about

13   the meeting having to do with taxes.  The meeting

14   is about schools.  And my recollection is we had

15   members of the public asking -- coming to us,

16   asking us to help with issues in the schools.

17   And the meeting was to discuss -- I believe this

18   meeting was to discuss with the residents what

19   the village could do or could not do as the

20   Village of Pomona is not directly in charge of

21   the schools.  I do not remember the issue of

22   taxes as being the purpose of the meeting.

23       Q       Well, what do you remember the purpose

24   of the meeting being then?

- Ian Banks -

1

2      A      The purpose of the meeting would be to

3  find out from the residents what they wanted the

4  village to do so that we could try to do whatever

5  was within our power to do with the schools.

6      Q      I'm trying to find out what the issue

7  was that the citizens approached the board on.

8  The topic says East Ramapo School District.  I'm

9  just trying to focus in on what it was exactly

10 that was the issue before the board.

11     A      Well, I don't recall specifically what

12 the issue was in this case.  However, over the

13 years we have had many members of the public

14 coming to the board meetings, asking us to do

15 something about the deteriorating nature of the

16 East Ramapo schools.  So I believe they were

17 asking us -- I don't recall, for example, taxes

18 as being one of the issues but it could have

19 been.  But I don't recall that.

20     Q      Could you explain what you meant by

21 deteriorating nature I thought you said of the

22 East Ramapo public schools?

23     A      It was the deteriorating nature of the

24 programs that I talked about before.  The AP

25 programs, the sports programs, the music

- Ian Banks -

programs.  East Ramapo was one of the best

schools in the United States 30 years ago and it

had all of these great programs for students.

And they were constantly being eliminated and

residents couldn't understand why it was going

downhill so much.  And so they would come to us

and ask us to try to support some of these

programs in the schools that used to be so great

and kept falling apart.

And to the best of my knowledge, they

are still going downhill.  And there's an effort

that I'm not involved in to try to swing things

around and improve the schools.

Q     Do you have any idea of the cause of

that deteriorating nature of the school district?

MR. PELOSO:  Asked and answered.  You

can answer.

A     I do not know what the cause is

specifically.

Q     Would it have anything to do with the

Orthodox, Hasidic population using the schools?

A     I would not know.  Don't know.

Q     Has there been an increase in the

Orthodox, Hasidic populations' enrollment in the

                    - Ian Banks -

East Ramapo School District?

    A     I don't know the facts.

    Q     I apologize if you've answered this.
But can you just give me a time frame when the
concerns of your constituents began regarding the
nature of the school district?

    A     According to this, they began in 1997
very soon after I took office.

    Q     Do you know what a voting bloc is, Mr.
Banks?

    A     No.

    Q     You've never heard that term before?

    A     I've heard the term.

    Q     How have you heard the term?

    A     It's used in the newspapers.

    Q     What is your understanding of the term
voting bloc?

          MR. PELOSO:  Well, he said he doesn't
    know what it means.

    Q     Well, do you have an understanding
what the term voting bloc is?

    A     I don't have a definition for it.

    Q     I'm not asking you to define it
properly.  I'm asking if you have any

```
 1                    - Ian Banks -
 2   understanding of what it means?
 3        A      Well, it means a group of votes.
 4        Q      Have you heard of that term "voting
 5   bloc" in elections in Rockland County?
 6        A      I read about it in the Journal News.
 7   That term is used in the Journal News.
 8        Q      As that term is used in the Journal
 9   News who does it relate to?
10        A      I don't know.
11        Q      Does it relate to the Orthodox,
12   Hasidic community?
13             MR. PELOSO:  Object to the form.
14        A      It could relate to any voting bloc.
15   I'm not sure how they use it.  I've seen the
16   term.
17        Q      Voting bloc?
18        A      Voting bloc.
19        Q      Have you ever lost an election for the
20   village board?
21        A      Yes.
22        Q      You have?  When was that?
23        A      Before my election in 1996 I ran
24   previously in a write-in campaign.  The first
25   time I tried to become a trustee I lost.  So I
```

```
 1                    - Ian Banks -
 2    tried it again.
 3        Q      The first time you were not on the
 4    ballot; is that accurate as a --
 5        A      That's correct.
 6        Q      Do you have any idea how many tax
 7    exempt properties exist in the Village of Pomona?
 8        A      No.
 9        Q      What do you know about Hasidic and
10    Orthodox Jews and their customs and cultures?
11        A      Could you rephrase that a little bit?
12    I don't understand the question.
13        Q      Has the population of Orthodox and
14    Hasidic Jews increased in Rockland County since
15    you moved here?
16        A      It appears yes.  I do not have any
17    specific information.
18        Q      Do you have any knowledge of the
19    customs of the Orthodox, Hasidic Jews?
20        A      No.
21        Q      Can you generally, can you generally
22    identify an Orthodox or Hasidic Jew by just their
23    dress?
24        A      Not with a hundred percent accuracy.
25        Q      In other words, you wouldn't be able
```

```
1                      - Ian Banks -
2     to identify if they are from one particular sect
3     or another, right?
4          A     No, right.
5          Q     From their dress could you identify
6     that they are an Orthodox or a Hasidic Jew?
7               MR. PELOSO:  I think you just asked
8          that.
9               MR. STEPANOVICH:  I think I have,
10         but...
11         A     I don't understand the question
12    exactly.  Are you talking, are you talking about
13    how people are dressed?  I don't understand this
14    exactly.
15         Q     That's what I was talking about.  For
16    instance, when you see a man in a long black coat
17    and a black hat, long beard, do you know if that
18    man is an Orthodox or Hasidic Jew?
19              MR. PELOSO:  Object to the form.
20         A     You don't really know.  Could be a
21    fake.  But, you know, I don't know.  I wouldn't
22    know.
23         Q     Do you know anything at all about the
24    religious customs of Orthodox and Hasidic Jews?
25         A     No.
```

- Ian Banks -

Q    Has the population of Orthodox and
Hasidic Jews increased in the Village of Pomona
since you arrived?

A    I don't know.

Q    Have you ever spoken to the media
about land use issues in the Village of Pomona?

A    Yes.

Q    What particular land use issues have
you spoken to the media about?

A    Next to the property where I live
there is a Hindu temple.  And at one point early
in the life of the temple after it was opened I
was interviewed by the New York Times as a
neighbor.  And there's a small article, I spoke
to the reporter from the New York Times.

It's possible I also spoke to the
Journal News about this, but I don't specifically
recall that conversation.  But I do recall
speaking to the New York Times.

Q    Have you ever spoken to the media on
any other issue besides the Hindu temple?

A    Yes.  When I am running for election I
occasionally get a call from a reporter at the
Journal News and I've spoken to them.  I don't

1                    - Ian Banks -

2    recall exactly what I've spoken to them about.

3    It's been some time.  I was not interviewed the

4    last -- at the last election, which was about two

5    years ago.  But previously I have spoken to the

6    press.

7        Q      Have you ever run on a slate of

8    candidates for the board of trustees?

9        A      I have a -- how do we say this,

10   established an independent party early in my

11   involvement in politics in the Village of Pomona

12   and we have our own independent party.  And I

13   have participated in that independent party with

14   a number of different people.  Presently

15   participate with Alma Roman, who is on the board.

16       Q      Have you ever run for election for the

17   board of trustees as a member of the Independent

18   Party?

19       A      I am a member of the Independent

20   Party.

21       Q      Do you use that affiliation in your

22   campaign?

23       A      Yes.

24       Q      When you have run -- what I'm trying

25   to find out is have you ever run alongside

1                    - Ian Banks -

2    another candidate, for instance, vote for row A

3    or row B?

4         A      I don't understand alongside.

5         Q      That's a bad question.

6                When you have run for election have

7    you ever campaigned to be elected with another

8    individual?

9         A      Yes.

10        Q      When have you done that?

11        A      Well, there have been several people

12   who I campaigned with.  I campaigned with Buff

13   Blass, I campaigned with Arthur Bedrosian, I

14   campaigned with Bill Baker, I campaigned with

15   Alma Roman.  Those are the only ones that come to

16   mind at the moment.

17        Q      I think I've asked this, but I'm not

18   sure.  Have you ever posted on any Internet forum

19   or blog any comments that you have to any stories

20   on the newspaper?

21        A      No.

22        Q      Are you aware of the lead plaintiff in

23   this case which is the Congregation Rabbinical

24   College of Tartikov, Inc.?

25        A      I'm aware of them.

                        - Ian Banks -

1

2     Q     When did you become aware of them?

3     A     I don't recall.

4     Q     Are you aware that they own property

5  at the intersections of Routes 202 and 306 in

6  Pomona?

7     A     Yes.

8     Q     From time to time today I'll use the

9  term property and I just want to make sure that

10  you understand what I'm referring to.  And when I

11  use that term I'm referring to that property

12  owned by the Congregation Rabbinical College of

13  Tartikov at 202 and 306.  Okay?

14     A     It's okay.

15     Q     When did you first become aware that

16  the Congregation Rabbinical College of Tartikov

17  owned the property?

18     A     I don't recall the exact date.

19     Q     What about the approximate date?

20     A     I wouldn't even speculate because it's

21  been some time.  I don't really remember.

22     Q     Do you remember how you became aware

23  that the Congregation owned the property?

24     A     No, I don't remember that either.

25     Q     Do you personally know Michael Tauber?

1                    - Ian Banks -

2      A      No.

3      Q      Are you familiar with the Patrick Farm

4  development?

5      A      Yes.

6      Q      Do you support or oppose that

7  development?

8      A      Oppose.

9      Q      Why?

10     A      Because of the density change that

11  they made changing the zoning from two acre

12  zoning into multiple housing units.  I'm not sure

13  how dense it is now, but it's certainly way

14  denser than the original zoning.  When I moved to

15  the Village of Pomona the original zoning in that

16  area was rural residential two acre zoning, the

17  same as across the street from me.  So that's the

18  reason.

19     Q      Do you know who owns the Patrick Farm

20  property?

21     A      I do not know who the present owner is

22  exactly.

23     Q      Have you heard of the name Mr.

24  Lebovits in relationship to the Patrick Farm

25  property?

- Ian Banks -

1

2     A      Not specifically.  I don't tie that

3  name into that property myself.

4     Q      Do you know if that development,

5  Patrick Farms, was intended for any specific

6  group of people to reside there?

7     A      I do not know.

8     Q      Are you familiar with the term "adult

9  student housing"?

10    A      I've heard it used.

11    Q      What do you understand that term to

12  mean?

13    A      Well, I understand it to mean what it

14  says, it's housing for adult students.

15    Q      Do you know if that was a piece of

16  legislation passed in any local municipality,

17  adult student housing ordinance?

18    A      Can you repeat that question?

19    Q      Strike that.  I'm trying to ask you

20  good questions and I'm failing, a couple of

21  times.

22           Is adult student housing a piece of

23  legislation passed in the Town of Ramapo?

24    A      I do not know specifically.

25    Q      Tell me what you know about adult

- Ian Banks -

student housing?

    A       Very little.  I know that there's a
desire for it.  I don't know how much of it
exists.  I'm really not an expert in this field
and I don't have statistics.  I know that people
want it.  And I believe -- I don't know really
much about it, other than there's a desire for it
in the Town of Ramapo.

    Q       You said you know that people want it.
Do you know what type of people want it?

    A       No, other than members of the public.
What I mean by that is members of the public want
it.

    Q       Do you know if Orthodox, Hasidic Jews
are a group who wants adult student housing?

    A       I don't know.

    Q       Do you know of any locations other
than the Town of Ramapo that has legislation for
adult student housing?

    A       I'm not aware of any.

    Q       What you just described regarding
adult student housing, is that the extent of your
knowledge of the adult student housing in Ramapo?

    A       Well, adult student housing exists all

1          - Ian Banks -

2    over the United States.  They have adult student

3    housing where I went to school in California.  So

4    I'm not an expert in following this issue, where

5    it may or may not exist.  It's an issue in the

6    Town of Ramapo I would agree, but it may be an

7    issue all over.

8        Q     Where did you go to school in

9    California?

10       A     I went to Stanford.  It's in Palo

11   Alto.

12       Q     What type of adult student housing did

13   you have there in Stanford?

14       A     Stanford has all kinds of dormitories

15   with different kinds of uses, which changed from

16   time to time.  But there were certain apartment

17   buildings which are for adult student housing.

18   To the best of my recollection it was for

19   graduate students and not for undergraduate

20   students.  And I'm speaking of the time I was a

21   student there.  I graduated in 1970.  But adult

22   student housing did exist.

23       Q     So that I'm making sure I'm

24   understanding.  Would that adult student housing

25   be for families, students and their families?

1           - Ian Banks -

2           MR. PELOSO:  Object to the form.  You

3     mean was it for?

4     Q      Was it for, yes.

5     A      To the best of my knowledge, yes.

6     Q      To the best of your knowledge, did

7  that housing contain cooking facilities?

8     A      That I don't know.

9     Q      I think I'm understanding.  So the

10  adult student housing would be a housing

11  component that would house a student and his or

12  her family?

13          MR. PELOSO:  Object to the form.

14     Q      As opposed to let's say a single

15  dormitory room.

16          MR. PELOSO:  Are you talking at

17     Stanford?

18     Q      At Stanford.

19          MR. PELOSO:  At the time?

20     Q      At the time.

21     A      At the time there were apartments for

22  married people.  I'm not sure for a fact that

23  they could have kids but we assume yes, probably

24  they could.  Whether they had cooking facilities,

25  I'm not sure.  But they were for adult students

```
 1                    - Ian Banks -
 2   who were married and possibly had families.  I
 3   don't know if they could have families, but
 4   probably yes.  Speculation.
 5        Q      Besides Stanford, are you familiar
 6   with any other locations that have adult student
 7   housing?
 8        A      Not personally, not with direct
 9   experience like that there.
10        Q      I think a few minutes ago you
11   responded by saying that, and again I'm not
12   trying to mischaracterize your testimony.  I want
13   to just go back to it.  That the adult student
14   housing was an issue in Ramapo.  I thought those
15   were your words.  If it is, I wanted to ask you
16   some questions about that.  Was that what you
17   said?
18        A      I may have used the word issue.
19   There's a desire for it.
20        Q      Is that what you mean by issue?
21        A      Yes.
22        Q      In the Town of Ramapo?
23        A      And in possible other towns.
24        Q      In Rockland County?
25        A      Yes.
```

1                      - Ian Banks -

2      Q      Do you know what the Power of Ten is?

3      A      No.

4      Q      Are you familiar with the former owner

5  of the property of Camp Dora Golding?

6             MR. PELOSO:  Do you mean does he know

7      who the former owner is?

8      Q      Have you ever heard of the term "Camp

9  Dora Golding"?

10     A      Yes.

11     Q      Were they a prior owner of the

12 property?

13     A      To the best of my knowledge, yes.

14     Q      What do you know about Camp Dora

15 Golding when they owned the property?

16            MR. PELOSO:  Object as vague.  You can

17     answer.

18     A       It was used as a summer day camp to

19 the best of my knowledge.  Other than that,

20 specifically very little.

21     Q      Was it used as a summer day camp for a

22 Jewish organization?

23     A      That I wouldn't know.  I don't know

24 which people went there.  I know it was a summer

25 day camp.

1                    - Ian Banks -

2      Q      Are you familiar with Yeshiva Spring

3 Valley?

4      A      I know the name.

5      Q      Do you know if Yeshiva Spring Valley

6 bought the property from the prior owner, Camp

7 Dora Golding?

8      A      I believe they did.

9      Q      Do you know when that purchase

10 occurred?

11      A      I do not remember.

12      Q      Do you remember how you personally

13 found out about the sale from Camp Dora Golding

14 to Yeshiva Spring Valley?

15      A      I do not remember.

16      Q      Do you know who Rabbi Fromowitz is?

17      A      No.

18      Q      Have you ever heard that name before?

19      A      It doesn't sound familiar to me.

20             MR. STEPANOVICH:  (Handing document to

21      be marked.)

22             (Whereupon, Transmittal dated

23      2/4/2000, Re Proposed Primary School and

24      Pre-School and Village's Zoning Regulations

25      Regarding Schools, Bates Nos. POM0014737-40,

                    - Ian Banks -

 2    was marked Plaintiff's Exhibit 215 for

 3    identification.)

 4    Q      I'm handing you now, Mr. Banks, what's

 5  been marked as Plaintiff's Exhibit 215, and ask

 6  if you can take a look at it?

 7    A      (Complying.)  Okay.

 8    Q      Do you know what Exhibit 215 is?

 9    A      Yes.

10    Q      What is it?

11    A      It's a memorandum from our planning

12  consultant, Frederick P. Clark, addressed to the

13  mayor, Mayor Herb Marshall, and the members of

14  the board of trustees with recommendations on

15  planning issues.

16    Q      Do you remember seeing this memo back

17  in January of 2000?

18    A      I don't specifically remember, but I'm

19  sure I received it.

20    Q      Do you have any recollection at all

21  about how this memorandum got generated?

22    A      No, I have no recollection on the

23  generation of this memo.

24    Q      Reading this memo now, Exhibit 215,

25  does that refresh your recollection at all

```
 1                    - Ian Banks -
 2   regarding Yeshiva Spring Valley?
 3              MR. PELOSO:  Object to the form,
 4        vague.
 5        A     I don't see anything in this memo
 6   about the Yeshiva Spring Valley.
 7        Q     If you look at the subject line it
 8   reads, "Proposed Primary School and Pre-School
 9   (YSV-Pomona) and the Village's Zoning Regulations
10   Regarding Schools."
11              Do you see that, first page?  First
12   page of the memo.
13              MS. SOBEL:  It's the second page of
14        your document.
15        A     Yes, YSV.
16              MR. PELOSO:  Are you talking about the
17        cover page?
18              MR. STEPANOVICH:  It's on both pages.
19              MR. PELOSO:  It's on both pages.  He's
20        talking about that and he's talking about
21        that (indicating).
22        Q     I'm asking you now, does that refresh
23   your recollection regarding Yeshiva Spring
24   Valley?
25        A     I'm not sure what you're asking me
```

                      - Ian Banks -

here.

     Q     Do you -- I'm sorry, do you want to
finish?

     A     Well, I said that I remembered the
Yeshiva of Spring Valley purchasing the property.
That's what I said.

     Q     Do you recall the intended use for the
property by Yeshiva Spring Valley?

     A     No, I don't recall being informed or
how I was informed, other than this memo, of the
use of the property.  This memo presupposes, says
here, "The board has been approached regarding a
proposed school," blah blah blah.  I wasn't
approached, though, other than via the memo.

     Q     Do you recall at the time whether or
not schools were a permitted use in the Village
of Pomona, back in January of 2000?

     A     I don't recall.

     Q     Did you ever walk the property, go out
to the site and walk it, been on it?

     A     Yes, I did.

     Q     Can you tell me about that, please?

     A     I recall walking the property at one
point many years ago.  I cannot recall

1                    - Ian Banks -

2    specifically what the purpose of that walk was.

3    But I did participate in a walk of the property.

4        Q      Was that with other members of the

5    board or the planning board, do you recall?

6        A      I believe it was with other members of

7    the planning board just to familiarize ourselves

8    with what the property was like.  The exact

9    purpose of the walk I don't remember.

10       Q      And you don't remember the date?

11       A      I do not remember when it was.

12       Q      Do you have any recollection, Mr.

13   Banks, of the village's zoning laws regarding

14   schools back in January of 2000?

15              MR. PELOSO:  Object to the form.

16       Q      If you understand it, you can answer.

17       A      Yeah, but I don't know exactly what

18   the law says.  I'm aware that we have a law that

19   relates to schools.  Exactly what it says I don't

20   remember off the top of my head.  I would have to

21   look it up.

22       Q      Did you ever participate in any

23   meeting with Frederick P. Clark regarding this

24   memo, January 24th, 2000?

25       A      No.

                        - Ian Banks -

1    Q      The memo appears to make certain
2    suggestions as to the construction of schools;
3    for instance, a. Lot Area, b. Development
4    Intensity.
5           Based on what you said earlier, your
6    professional expertise being a contractor, did
7    you have any input at all regarding these
8    recommendations to Frederick P. Clark?
9    A      No, because these issues are all
10   planning issues.  I'm not involved with the
11   planning board or any of this kind of stuff
12   really.  I may have been aware of what was going
13   on, but I'm not involved in executing plans or
14   discussions with -- was not involved with the
15   planner other than to receive this.  I was not
16   involved in working with them directly on
17   something like this.
18   Q      It is the village board's
19   responsibility to pass the laws in Pomona; is
20   that right?
21   A      That's correct.
22   Q      What recollection do you have of any
23   law passed regarding schools in the Village of
24   Pomona?

1                    - Ian Banks -

2              MR. PELOSO:  Object to the form as

3        vague.

4        Q     Do you understand the question?

5        A     I don't think the question is specific

6     enough for me to answer.

7        Q     Okay.  All right.

8              Do you recall passing a local law that

9     changed the definition of schools in Pomona?

10       A     I don't remember doing that.

11             (Off-the-record discussion.)

12             (At this time a luncheon recess was

13       held, after which the deposition resumed.)

14    CONTINUED EXAMINATION

15    BY MR. STEPANOVICH:

16       Q     Mr. Banks, you talked about I think it

17    was the independent party that you -- was it

18    independent party or independent platform that

19    you --

20       A     They're called independent parties.

21    The format in the Village of Pomona for elected

22    officials, although they could run on a

23    Democratic or Republic ticket, came to be on

24    what's called independent parties, the way it's

25    organized by the State of New York.  And

1                  - Ian Banks -

2    typically different groups of people form their

3    Independent Party and you can have as many people

4    in your party as you want to.  And you run on an

5    Independent Party ticket and you file your

6    nomination for election using that format.

7        Q      So you file as an Independent as

8    opposed to filing under a Democrat or Republican

9    affiliation?

10       A      That's correct.

11       Q      How long did you run under that

12   format?

13       A      Since the beginning.  Since the first

14   time I ran for election I've always ran under the

15   same Independent Party that I helped organize

16   whenever it was, roughly 18 years ago.

17       Q      So that party I guess -- can I refer

18   to it as a party, is that a fair representation,

19   the Independent Party?

20       A      Yes.

21       Q      Is it still in existence today?

22       A      Yes.

23       Q      Does it have meetings?

24       A      The party itself does not have

25   meetings.

- Ian Banks -

Q    But do the individuals attached to the party have meetings?

A    Well, there are meetings at election time.

Let me correct that.  At election time there are meetings.  There are people listed on the paperwork that are officers for the party. We have an address.  So to be exact or more correct, there are meetings preceding the elections to organize whatever we were doing for the election.

Q    Are you currently an officer of the Independent Party?

A    To tell you the truth, I don't know without looking at the paperwork.

Q    Would you know who the current officers are?

A    I do not off the top of my head.

Q    We talked earlier, Mr. Banks.  Does the Independent Party have a platform?

A    It's called, the name of the party is called the Preservation Party.  We do not have a written platform.  We are interested in improving and maintaining the quality of life in the

```
 1                  - Ian Banks -
 2    Village of Pomona.  There's no written platform.
 3        Q     Is there any written mission statement
 4    of the party?
 5        A     There is a newsletter sent out in
 6    advance of an election stating our goals for the
 7    coming time and the achievements that we have
 8    done previously informing people of where we
 9    stand.
10        Q     Did you produce any of those
11    newsletters in response to the production request
12    that was asked of you?
13        A     I don't recall.
14        Q     So are the newsletters just produced
15    during the election campaign period?
16        A     Correct.
17        Q     Generally the election campaign period
18    is when?  What months of the year I guess is a
19    better...
20        A     The elections in the village are in
21    mid March and currently the terms are for four
22    years, so we meet before each election.  It's
23    possible that we could run candidates every two
24    years.  There's elections in the village every
25    two years.  So the party is active before the
```

1
2    elections if we have candidates who are running
3    for office.
4        Q      Besides you, is there any current
5    member of the board of trustees that is a member
6    of the Independent Party?
7        A      Yes.
8        Q      Who is that?
9        A      Alma Roman.
10       Q      Is she the only member of the board of
11   trustees who's currently sitting and is an
12   Independent Party member?
13       A      She's the only member involved in my
14   party.
15       Q      What about just recently.  If we go
16   back four years, were there any members of the --
17   strike that.  I'm sorry.
18              When you say my party, you are talking
19   about the Independent Party?
20       A      The Independent Party, right, that I'm
21   associated with.
22       Q      Within the last, let's start with four
23   years.  If we go back four years, any other
24   members of the Independent Party that were
25   elected to the board of trustees?

1                          - Ian Banks -

2        A       Four years ago Alma Roman ran with me

3    and was also elected, the same.

4        Q       How about the prior election?

5        A       That I can't remember.  I can't

6    remember who was on it then.

7        Q       Mr. Banks, we talked at the beginning

8    about documents.  And you indicated that you had

9    produced documents that you had.  Did those

10   documents include emails that you turned over to

11   your lawyers?

12       A       Yes.

13       Q       How did you produce those, how did

14   those documents get produced on paper?

15       A       I did not produce the documents on

16   paper.  My attorney was given access to my

17   accounts so that they could be reviewed.

18       Q       So the documents that were responsive

19   then to this litigation, who determined that, you

20   or your attorney?

21              MR. PELOSO:  Obviously any

22          conversations with counsel are privileged.

23          So I'm going to object to the form to that

24          extent.

25       A       Well, I was asked to produce anything

```
 1                    - Ian Banks -
 2   that was relevant to the case and I believe I
 3   produced that.  My attorney was given an open
 4   book to look at the emails.
 5       Q      So it wasn't you then that would
 6   determine if a particular email was responsive to
 7   the litigation?
 8              MR. PELOSO:  Object to the form.
 9       Q      Right?  Did you understand that
10   question?
11       A      No, I don't really understand what you
12   are saying.  Would you rephrase that a little
13   bit?
14       Q      I will gladly.
15              The person who determined whether or
16   not your emails were responsive to this
17   litigation demand, was that you or your
18   attorneys?
19              MR. PELOSO:  Object to the form.
20       A      I would say both.  I was asked to
21   provide whatever it was I thought was responsive,
22   you know, was relevant to this case.  And it was
23   reviewed by my attorneys.  So we both had a look
24   at it.
25       Q      Have all of your emails been saved?
```

1              - Ian Banks -

2              MR. PELOSO:  Are you talking about

3    presently?

4    Q       The ones that were --

5    A       You need to give a date.

6    Q       The ones that were -- you were asked

7    to produce documents, correct?  And in meeting

8    that request you reviewed your email accounts,

9    correct?

10   A       Correct.

11   Q       And certain emails were produced to

12   your attorneys; is that fair?

13   A       All the emails were.

14   Q       And so all of those emails that were

15   produced, are the original emails still saved

16   somewhere?

17   A       Yes, up to a certain point the

18   original emails are saved on AOL.

19   Q       When you say a certain point, what is

20   that point?

21   A       I'm not sure of the exact date.  Being

22   a contracting company we're not that high tech.

23   We always used AOL.  We always had the same

24   address, everything came into that.  But in the

25   original AOL, AOL did not save everything.  After

1                    - Ian Banks -

2    30 days it dumped it.  So the saving everything

3    only goes back so far and after that we have no

4    record and we have no backup and it doesn't exist

5    anymore and there's no way we can get it.

6              I mean I'm not sure of the exact date

7    that AOL changed their program and saves all the

8    email.  Like now they save all the email, but I'm

9    not sure when that started.  It wasn't ten years

10   ago.  Ten years ago it wasn't like this.

11        Q    Did you delete any emails --

12        A    No.

13        Q    -- that would be responsive to this

14   litigation?

15        A    No.

16        Q    I asked you earlier, Mr. Banks, if you

17   knew when the Congregation Rabbinical College of

18   Tartikov purchased the property.  And I want to

19   hand you a document now and see if this helps you

20   remember.

21             (Whereupon, Board of Trustees Meeting

22        and Grievance Day Minutes, 2/15/05, Bates

23        Nos. POM0011723-27, was marked Plaintiff's

24        Exhibit 216 for identification.)

25        Q    I'm handing you now, Mr. Banks, what's

1                    - Ian Banks -

2    been marked as Plaintiff's Exhibit 216.

3        A        (Perusing document.)  Okay.

4        Q        Can you identify that document,

5    please?

6        A        It's a copy of the adopted Village of

7    Pomona meeting minutes, adopted on March 28th,

8    2005.

9        Q        The first page, four paragraphs down.

10   If you could read that.

11               I'll read it.  "Deputy Mayor Sanderson

12   moved to grant the tax exemption request of

13   Congregation Rabbinical College of Tartikov,

14   Inc., Tax Lot No. 32.1-8-53 (sic) at 65-67 Routes

15   306 202.  Seconded by Trustee Lamer.  Motion

16   carried 4-0."

17               Is that what it says, is that

18   accurate?

19       A        Yes.

20       Q        Does that refresh your recollection

21   now about when you became aware that the

22   Congregation Rabbinical College of Tartikov owned

23   the property?

24               MR. PELOSO:  When they purchased or

25       when they owned?

```
 1                    - Ian Banks -
 2      Q     Just approximately when they owned the
 3  property.
 4      A     Well, it's clear that I knew that they
 5  owned it on March 28th, 2005.
 6      Q     These are minutes, though, of a
 7  meeting that occurred February 15th, 2005; is
 8  that right?
 9      A     Correct.
10      Q     And you were present at this meeting;
11  is that right?
12      A     Yes.
13            MR. STEPANOVICH:  (Handing document to
14      be marked.)
15            (Whereupon, Email dated 1/9/07, with
16      attachments, Bates Nos. POM0013255-59, was
17      marked Plaintiff's Exhibit 217 for
18      identification.)
19      Q     I'm handing you now, Mr. Banks, what's
20  been marked as Plaintiff's Exhibit 217, and ask
21  if you could take a look at that, please?
22      A     (Complying.)  Okay.
23      Q     Have you ever seen this Exhibit No.
24  217 before?
25      A     I can't recall.
```

1             - Ian Banks -

2      Q      If you turn to the last two pages,

3   13258, 13259.  You recall seeing those two pages?

4             MR. PELOSO:  Before today obviously?

5      Q      Before today, yes.

6      A      This page?

7             MR. PELOSO:  I think he's talking

8      about this one.

9      Q      Yes.

10     A      Starting there?

11     Q      Yes.

12     A      I don't recall seeing this plan.

13     Q      You don't recall seeing --

14     A      I don't recall seeing it.  It's

15  possible that I saw it, but I don't recall seeing

16  it.

17     Q      So is it possible that you before

18  today saw Exhibit 217?

19     A      It's possible.

20     Q      Have you ever seen any proposal or any

21  plan by the Rabbinical College of Tartikov for

22  the use of the property?

23     A      No.

24     Q      Do you recall any discussions that you

25  had with anyone regarding Exhibit 217?

- Ian Banks -

          MR. PELOSO:  Well, this is a couple of
     different documents.  I'm going to object.
     I don't know which one you're referring to.
     Q     We are giving it to you the way it was
produced to us.
     A     There's been speculation --
          MR. PELOSO:  Do you remember the
     question?
          THE WITNESS:  Yeah.
     Q     Go ahead, Mr. Banks.
     A     There was speculation about what was
going on there, but nothing formal that I've
heard say in hearsay or had heard over a period
of time from neighbors, friends, people who live
in the area.  Speculation.
     Q     What was that speculation that you
heard?
     A     Speculation that it was a project with
a lot of buildings, but nothing specific.
     Q     Did you read the Complaint in this
lawsuit?
     A     I don't remember exactly.  I don't
know if I've read the entire Complaint.
     Q     Did you read the Complaint in

```
1                    - Ian Banks -
2   preparing for today's deposition?
3        A      No.
4        Q      What you testified to a question
5   before about the -- I asked you what you heard
6   about the, quote, speculation.  Is that the
7   extent of what you heard about the proposed use
8   of the property?
9        A      That's the extent.
10       Q      Did you ever hear that it was going to
11  be used as a rabbinical college?
12       A      Not specifically.
13       Q      What did you hear generally regarding
14  that?
15       A      I can't remember the conversations
16  exactly.  I can remember speaking with neighbors
17  in the area who told me that a big project was
18  being proposed for there, but without specifics,
19  without sizes, without numbers.  Where they got
20  the information, I don't know.  It's speculation.
21       Q      When did you first become aware, Mr.
22  Banks, that the property was going to be proposed
23  to be used as a rabbinical college?
24              MR. PELOSO:  Object to the form.  I
25       don't think he testified as to that.
```

                    - Ian Banks -

1

2      Q       Prior to today what was the first time

3   you understood that the property was going to be

4   used as a rabbinical college?

5               MR. PELOSO:  Object to the form.

6      A       Well, I think I replied to this

7   question before in saying that I can't remember

8   exactly when.  Obviously at some point I

9   understood that there was being proposed a

10  rabbinical college, but I don't remember when

11  that was.  I just don't know.

12     Q       Okay.  Did you know -- and if I asked

13  you this, I apologize.  As you sit here today do

14  you know what a rabbinical college is?

15     A       Not really.

16     Q       What do you know what a rabbinical

17  college is?

18     A       I know very little, because I've never

19  seen any formal plan and I do not know much,

20  anything to tell you the truth about rabbinical

21  colleges.  I've never seen one or been on a

22  campus of one and have very little information

23  about them.

24     Q       That's all I have on that.

25              One or two more questions.  Did you

1                    - Ian Banks -

2    ever have any discussions with any village

3    officials about this exhibit, 217?

4        A      Not that I can recall.

5        Q      That Exhibit 217, you said you don't

6    recall -- was your testimony you don't recall

7    seeing it?

8        A      I don't recall seeing it.

9        Q      Do you recall talking to any Pomona

10   residents regarding the information contained in

11   217?

12       A      Could you be a little more specific?

13   There's a lot of information there.

14       Q      I was trying to start out very

15   general, but I'll be more specific.

16              Did you ever talk with any resident in

17   the Village of Pomona about the plan for a

18   rabbinical college in Pomona?

19              MR. PELOSO:  At any time?

20       Q      At any time.

21       A      Yes.

22       Q      Who was that?

23       A      Anyone who would ask me.  People want

24   to know what's going on.  They hear about there's

25   a lawsuit, they hear, you know, what's going on.

                        - Ian Banks -

1    There's, you know, articles in the Journal News.

2    They have questions.  And if I run into a

3    resident, a friend, maybe some of them aren't

4    even neighbors.  They're not necessarily

5    residents of the Village of Pomona.  They're

6    neighbors who live across the street or in

7    unincorporated Ramapo.  They could ask, well,

8    you're a village official.  What's going on up

9    there?  I tell them we don't really know.

10        Q      You never personally had any

11   discussions with any representatives of

12   Congregation Rabbinical College of Tartikov,

13   right; is that right?

14        A      No, I never did.

15        Q      Okay, I'm done with that now, Mr.

16   Banks.

17             MR. STEPANOVICH:  (Handing document to

18        be marked.)

19             (Whereupon, Letter dated 1/12/95,

20        Bates Nos. POM0009863-64, was marked

21        Plaintiff's Exhibit 218 for identification.)

22        Q      I'm handing you now, Mr. Banks, what's

23   been marked as Plaintiff's Exhibit No. 218, and

24   ask if you can review that, please?

1                    - Ian Banks -

2      A      (Complying.)

3      Q      The letter references a Bais Yaakov

4  Chofetz Chaim of Pomona.  And my question is:  Do

5  you recall the village taking any position on the

6  Bais Yaakov Chofetz Chaim of Pomona project at

7  all?

8            MR. PELOSO:  Object as vague.

9      Q      I think he's objecting that I may have

10  asked you this question and if I did, I

11  apologize.

12            MR. PELOSO:  No, I said it's vague.  I

13      don't know what position regarding.

14      Q      Well, any position.

15      A      Restate the question one more time.

16      Q      I'll ask a better question.

17            Do you know what Bais Yaakov Chofetz

18  Chaim of Pomona is?

19      A      Well, correct me if I am wrong, but

20  my --

21            MR. PELOSO:  Are you answering the

22      question?

23            THE WITNESS:  I'm answering the

24      question.

25            MR. PELOSO:  I don't want you to ask a

1                    - Ian Banks -

2       question.  You can answer the question.

3       A       Let's do it this way then.  Could you

4    give me an address for Bais Yaakov, where are

5    they located?

6       Q       No.  I wish I could.  I can't right

7    now.

8       A       Okay.  Then I'm not sure.

9       Q       As long as you've been on the board of

10   trustees do you recall the board taking a

11   position regarding -- at all, any position

12   whatsoever, regarding developments within 500

13   feet or construction within 500 feet of village

14   boundaries?

15      A       We have taken positions on things that

16   are near the village boundaries.

17      Q       When you say we have taken positions,

18   you mean it's the board of trustees?

19      A       The board of trustees has taken a

20   position, correct.

21      Q       Then that position, is that normally

22   -- how is that formalized; would that be in a

23   resolution or something?

24      A       Not sure if there's always the same

25   format.  I'm not sure about the format.

```
 1                  - Ian Banks -
 2             MR. STEPANOVICH:  (Handing document to
 3      be marked.)
 4             (Whereupon, Email dated 7/11/07, Bates
 5      No. POM16958, was marked Plaintiff's Exhibit
 6      219 for identification.)
 7      Q      I'm handing you now, Mr. Banks, what's
 8 been marked as Plaintiff's Exhibit 219.  If you
 9 could take a look at that, please?
10      A      (Complying.)  Okay.
11      Q      First of all, do you know who Bob Prol
12 is?
13      A      I believe he's a member of our
14 planning board.
15      Q      Do you know him personally?
16      A      No.
17      Q      Do you recall receiving this?  This is
18 apparently an email from Bob Prol.  Do you recall
19 receiving this email?
20      A      I don't recall receiving it.
21      Q      The email makes a reference, third
22 line.  "Please do not allow the Babad family to
23 intimidate you or force you to compromise in this
24 battle."
25             Do you have any idea who he means by
```

1              - Ian Banks -

2    the Babad family?

3        A      None.

4        Q      That is your email there,

5    ian.banks@pomonavillage.com, correct?

6        A      Correct.

7        Q      That would have been the email address

8    that was forwarded to your account that you use;

9    is that right?

10       A      Correct, assuming everything is

11   working properly, yes.

12       Q      Have you had any issues with your home

13   email or your business email?

14       A      I never have any issues with the

15   business email normally.  I think on rare

16   occasions there have been issues where I didn't

17   receive something from the village, but it would

18   be very rare.  There occasionally are server

19   problems, blah blah blah, that come up from time

20   to time.  So with absolute certainty, you know,

21   it's hard to say.  I mean I probably got this,

22   but I couldn't say with absolute certainty.

23       Q      Do you recall hearing any similar

24   sentiment in this email from anybody else?

25              MR. PELOSO:  Object to the form.

1                    - Ian Banks -

2       Q       If you understand the question, you

3   can answer it.  If not, I'll rephrase it.

4       A       No, I don't -- I don't recall getting

5   anything from residents or anyone else saying

6   that we are being intimidated.

7       Q       You recall getting any comment from

8   any residents telling you to stand up and support

9   your long-standing zoning laws?

10      A       I don't recall hearing that from --

11  no, I don't recall hearing that from residents.

12      Q       You testified earlier that you did

13  hear from residents and nonresidents regarding

14  the Exhibit 217 regarding the sketch of the use

15  of the property.

16              When you heard those residents on that

17  issue did any of them express the sentiment to

18  stand up and support your long-standing zoning

19  laws?

20              MR. PELOSO:  Object to the form.  You

21      can answer.

22      A       I can answer the question?

23      Q       Yes.

24      A       Well, most residents don't really know

25  what the zoning laws say.  They know what the

                    - Ian Banks -

1

2    nature and character of the village as it exists

3    is.  And what the people are concerned about as

4    residents there are the status quo and having the

5    village carry on more or less the way it exists,

6    you know, with changes that are allowed.  But

7    they are talking about maintaining the rural

8    residential quality of the area without specific

9    knowledge of laws and all of that stuff is their

10   main concern.  And I do have people who contact

11   me from time to time and express this desire.

12        Q      That's all I have on that.

13               I think you previously touched on it

14   earlier, Mr. Banks, I just want to follow up

15   briefly on it.

16               What do you know about the efforts to

17   incorporate a village called Ladentown?

18        A      I know that the residents of the Diltz

19   Lane area which is directly across the street

20   from where I live, were involved in trying to

21   incorporate their own village.  I know that it

22   was headed by a lady named Amy Heick.  I'm also

23   friends with some of the other residents of the

24   Diltz Lane area who were active in that attempt

25   at organizing a village.  Other than that, the

1                    - Ian Banks -

2    specifics I don't know too much about.  But I

3    know it was something they tried to do.

4        Q      Can you just describe the extent of

5    your knowledge?  I recognize you said you don't

6    know the specifics.  But if you could just tell

7    me the extent of what you knew the Village of

8    Ladentown was being formed for?

9        A      Well, I don't know if I ever knew the

10   purpose of why they were doing it.  But my

11   understanding is they wanted to -- since it was

12   part of unincorporated Ramapo, they wanted to

13   break off and have a little village in the same

14   way that the Village of Pomona or the other

15   villages in the Town of Ramapo have their own --

16   have control over their own little area and just

17   to be a village.  Exactly why, I don't know.

18       Q      Since you've been on the village board

19   for some time now, do you know anything about the

20   village's attempts to annex the Patrick Farm

21   property?

22              MR. PELOSO:  Object to the form.

23       A      I don't know about any attempts to

24   annex Patrick Farm.

25       Q      Do you know of any efforts by the

```
 1                      - Ian Banks -
 2    Village of Pomona to support the Ladentown
 3    movement?
 4              MR. PELOSO:  By village you are
 5         talking about the officials?
 6         Q     Yes, the village officials.
 7         A     Can you just restate the question?
 8              (The question was repeated.)
 9         A     By the Ladentown movement, do you mean
10    the movement to form an independent Village of
11    Ladentown?
12         Q     Fair question.  And my answer is yes.
13         A     Okay.  With the question understood, I
14    do not know specifically of actual efforts from
15    the Village of Pomona to support the movement in
16    the Village of Ladentown.  I do not know specific
17    actions.
18              MR. STEPANOVICH:  (Handing document to
19         be marked.)
20              (Whereupon, Newsletter "The Village
21         Green" July 2004, Bates Nos. POM0013281-84,
22         was marked Plaintiff's Exhibit 220 for
23         identification.)
24         Q     Mr. Banks, I'm handing you now what's
25    been marked as Plaintiff's No. 220, and ask you
```

1                    - Ian Banks -

2    to review that specifically on -- I'm going to

3    ask you some questions about the third page.

4         A      (Complying.)  Okay.

5         Q      Mr. Banks, do you have any idea who

6    wrote this portion of the newsletter, this

7    village newsletter there that's contained in the

8    box regarding the Village of Ladentown?

9              MR. PELOSO:  On Page 3?

10        Q      Yes, it's on Page 3.

11        A      On Page 3?

12        Q      Yes.

13        A      Absolutely no idea.

14        Q      Do you recall -- I think I've asked

15   you this, but I just want to maybe make it a

16   little more specific.  Do you recall the Village

17   of Pomona taking any official action regarding

18   the formation of the Village of Ladentown?

19              MR. PELOSO:  Object to the form.

20        A      I can't recall any official action

21   that we took.

22        Q      Do you recall there ever being sent a

23   postcard from the Village of Pomona to its

24   residents notifying them about the formation or

25   the movement to form the Village of Ladentown?

                    - Ian Banks -

1

2      A      No, I don't recall something like

3   that -- anything like that.

4      Q      In all your years, your eighteen years

5   on the Village Board of Trustees, to your

6   knowledge has the village ever sent a postcard or

7   a notification to its residents regarding

8   anything?

9      A      Yes.

10      Q      Could you give me some examples?

11      A      Well, typically we send announcements

12   for -- we have a cultural center, so any events

13   that happen at the cultural center; openings, art

14   openings, activities that might happen there

15   postcards are sent out.  We also have other

16   recreational events.  We have a fish-in in June,

17   we have a Halloween party, recreational types of

18   things, a music festival.  Typically

19   announcements are sent out for those purposes.

20   Announcements for events in general.

21            Other kinds of announcements I think

22   are rare, but maybe not unheard of.  But I can't

23   think of -- such as, you know, other kinds of

24   announcements, I'm not aware of any.

25      Q      Mr. Banks, what do you know about the

1           - Ian Banks -

2   Village of Pomona's participation in litigation

3   against the Town of Ramapo and its master plan?

4       A       Well, I know what's reported to me in

5   meetings by the village attorney.

6       Q       Is that litigation still going on?

7       A       I'm not sure.

8       Q       Let's go back to this for a second,

9   Mr. Banks.  First page is a message from Mayor

10  Marshall.  If you can read that.

11      A       Okay.  (Complying.)  Okay.

12      Q       In the first paragraph there's a

13  reference to a bloc vote.  And I think in order

14  for clarification I think I'll read that.  "The

15  town's master plan engineered by Supervisor St.

16  Lawrence and passed by his rubber stamp town

17  board draws a clear line in the sand.  It now

18  seems unfortunately clear that they consider

19  their responsibility to the 75 percent of town

20  residents living in its 12 villages and to those

21  of us living in the surrounding community fully

22  subordinate to their pandering to the special

23  interest groups to deliver the critically

24  important bloc vote which has become so essential

25  to those seeking office in Ramapo."

1                    - Ian Banks -

2              Did I read that accurately?

3       A      Yes.

4              MR. PELOSO:  I think able to deliver.

5       You missed the able.

6       Q      "Able to deliver the critically

7  important bloc vote which has become so essential

8  to those seeking office in Ramapo."

9              Do you know what the mayor was

10 referring to when he referenced bloc vote?

11      A      Not specifically.  I think it's a

12 little vague.

13      Q      Well, this is a reference to an

14 election in Ramapo; is that a fair statement?

15      A      Yes.

16      Q      Are you familiar with the bloc vote in

17 the Town of Ramapo?

18      A      I'm familiar with the term as I said,

19 but I'm not totally sure what accurately it

20 means.  So I just really don't know.

21      Q      In the eighteen years that you've

22 served on the board of trustees in Pomona have

23 you ever heard the term bloc vote associated with

24 an election in the Town of Ramapo?

25      A      Yes.

1                    - Ian Banks -

2      Q      And who do you understand that bloc

3  vote to represent?

4            MR. PELOSO:  Asked and answered.

5      Objection.

6      A      I don't know.  I don't associate it

7  necessarily.  That's what I'm saying, it's a

8  vague term.

9      Q      Have you ever heard the term bloc vote

10  associated with the Orthodox, Hasidic Jewish

11  community in Ramapo?

12            MR. PELOSO:  Objection.  Asked and

13      answered.

14      A      I can't specifically remember when

15  that was said to me or a specific instance of

16  that.

17      Q      Well, I'm not asking for a specific

18  instance.  I'm just asking if you've ever

19  associated the Orthodox, Hasidic community to a

20  bloc vote in the Town of Ramapo?

21            MR. PELOSO:  Object to the form.

22      A      I don't necessarily myself make that

23  association.

24      Q      You don't?

25      A      It could be made, but I don't.

                    - Ian Banks -

Q       That's all I have on that.

         What is your understanding, Mr. Banks,
of the village's challenge to the Town of
Ramapo's master plan as it relates to the
litigation?

A       Well, my understanding in general
terms is that we're objecting to the downzoning,
as I said earlier, of the changes when they
changed the two acre zoning into much smaller
zoning allowing much denser housing and allowing
an imbalance between the village which is on
the -- close to the Patrick Farm area where we
have one acre zoning and to have far smaller
housing units or multiple housing units.  Have a
completely different zoning right next door.

         So I believe our litigation is geared
toward having a more similar type of zoning to
what we have in the interests of having a more
homogeneous community going with what's there
now, what we have.  We would like their zoning to
be closer to our zoning to have a more of a
unified zone, the way it is today and the way
it's been for many years.  I think that's the
basis of our litigation.

1          - Ian Banks -

2     Q     There's a Hindu temple in Pomona,

3 correct?

4     A     Correct.

5     Q     Did you say you live next to it?

6     A     I own property next to it.

7     Q     Were you ever on the board of trustees

8 that had to pass any -- had to vote on any issues

9 dealing with the Hindu temple?

10    A     Yes.

11    Q     Could you tell me what those were?

12    A     In my tenure on the board I believe

13 there were only issues where they added a

14 building at one point, a chariot storage in the

15 back.  I was on the board when that came in.  I

16 was not on the board when they received a special

17 permit or building permits for the temple.

18    Q     Besides the Hindu temple, are you

19 aware of any other religious structure in the

20 Village of Pomona?

21    A     My property borders on the other side

22 with the Ladentown church.  I have a church on

23 the other side of my property.  And I know people

24 there, I occasionally attend church services.

25 And there's also a Zoroastrian center in another

1                    - Ian Banks -

2  neighborhood in the village.  Those are the three

3  religious organizations I'm aware of.  There may

4  be others, but I can't recall any others at the

5  moment.

6      Q      Did the Ladentown church that you

7  refer to, was there ever a time that it was

8  experiencing a decline in its membership?

9      A      I don't know what their membership is.

10  I could only speculate, so I won't do that.

11      Q      Do you recall ever speaking at the

12  board of trustees regarding assisting the

13  Ladentown church in any way?

14      A      I can't recall ever doing that, no.

15      Q      Were you ever asked by the Ladentown

16  church or any representative of the Ladentown

17  church for assistance at all?

18      A      Yes.

19      Q      Can you tell me about that?

20      A      At one point they had to rebuild part

21  of the church because of the age and dry rot and

22  this, that and the other thing.  And I was asked

23  to help them.

24      Q      In your capacity as a contractor or

25  as --

- Ian Banks -

A     In my capacity as a neighbor, because
I'm directly the neighbor the same way as with
the temple.

Q     Did the request for assistance require
any action by the board?

A     It had nothing to do with the Village
of Pomona.

Q     Are you familiar with a statute called
the Religious Land Use and Institutionalized
Persons Act?

A     Is this also referred to as RLUIPA?

Q     Yes.  That was going to be the next
question.  But yes, sir.

A     I've heard of this.

Q     What is your understanding of the
statute?

MR. PELOSO:  You're asking him what he
    knows of it, what it means?

Q     What do you understand it to mean?

A     Well, I understand that it's a Federal
statute that has to do with rights.  And to tell
you the truth, I don't have a good or clear
understanding and I'm not an attorney and don't
have a really specific or deep understanding of

                    - Ian Banks -

1  how the law works, other than it has to do with

2  people's rights and it's Federally mandated.

3       Q       Do you recall any efforts by the

4  Village of Pomona to ask Congress to amend that

5  law?

6       A       I can't recall any.

7            MR. STEPANOVICH:  (Handing document to

8       be marked.)

9            (Whereupon, Board of Trustees Meeting

10      Minutes, 2/12/07, Bates No. POM16289, was

11      marked Plaintiff's Exhibit 221 for

12      identification.)

13      Q       Mr. Banks, you have been handed

14 Plaintiff's Exhibit 221, and I ask you if you can

15 identify that document, please?

16      A       This appears to be a copy of Village

17 of Pomona Board of Trustees meeting minutes, the

18 meeting of February 12th, 2007.

19      Q       Those were adopted when?

20      A       Adopted on April 23rd, 2007.

21      Q       If you turn to the second page, Mr.

22 Banks, the third paragraph.  If you could read

23 that, and I'm going to ask you if that refreshes

24 your recollection as to the village's efforts to

1                     - Ian Banks -

2    urge Congress to hold hearings on amendments on

3    RLUIPA.

4         A       (Complying.)  Okay.  Well, I've read

5    what it says.

6         Q       Does that refresh your recollection as

7    to the village's resolution on the RLUIPA Act?

8         A       I still don't have a good recollection

9    of what this means.  Or I don't believe I ever

10   got a copy of a request for an amendment if it

11   was sent out.  And additionally, it looks like I

12   voted no.

13        Q       Well, that was going to be my last

14   question.

15        A       So I don't know.

16        Q       Well, for the record, you voted no on

17   the resolution urging Congress to hold hearings

18   on amendments of RLUIPA; is that accurate?

19        A       That's accurate.

20        Q       Do you recall why you voted no?

21        A       I do not recall exactly the details of

22   this issue.

23              MR. STEPANOVICH:  (Handing document to

24       be marked.)

25              (Whereupon, Notes for meeting, April

1          - Ian Banks -

2      9th, Bates No. POM33666, was marked

3      Plaintiff's Exhibit 222 for identification.)

4      Q      I'm handing you now, Mr. Banks, what's

5  marked as Plaintiff's Exhibit 222.

6      A      (Perusing document.)

7      Q      I'm going to ask you, No. 2 reads,

8  "There's a rumor going" -- First of all, have you

9  ever seen 222 before?

10     A      I don't recall seeing this.

11     Q      No. 2 reads, "There's a rumor going

12  around that the Anna Mann property was sold to

13  Orthodox for another yeshiva.  Scott Shedler

14  checked the deed and it's still in Katz/Mann."

15             Did I read that accurately?

16     A      I believe so.

17     Q      Did you ever hear that, quote, rumor

18  as it's referenced in 222?

19     A      I believe there was a rumor to this

20  effect.

21     Q      And what do you know about that?

22     A      Not much other than there was a rumor

23  like it says here in 2.  I do not recall getting

24  this memo and it doesn't have a date on it.  I

25  don't know when this would have been.  But there

1                    - Ian Banks -

2  were rumors, I had heard a rumor.  I recall a

3  rumor circulating.  Beyond that, nothing.

4       Q       I was going to ask you approximately

5  when you would have heard that, but I think

6  you've already answered that you don't recall.

7       A       I don't recall.  We don't know when

8  this memo is from either, so I don't know.

9       Q       What is the property, the Katz/Mann

10  property, where is it located in Pomona?

11      A       I believe this is adjacent to village

12  hall.  It's the old Burgess Meredith property,

13  which is in the Town of Ramapo on the other side

14  of Camp Hill Road from village hall.  That's what

15  I believe.

16      Q       That's all I have on that.  Thank you.

17              MR. STEPANOVICH:  (Handing document to

18       be marked.)

19              (Whereupon, Printout of article, "In a

20       Town Divided, a Wispy Boundary Between Land

21       Use and Religion," Bates Nos. RC1618-19, was

22       marked Plaintiff's Exhibit 223 for

23       identification.)

24      Q       I'm handing you now, Mr. Banks, what's

25  marked as Plaintiff's Exhibit 223.  Ask you if

                    - Ian Banks -

1   you've ever seen that before?

2       A       (Perusing document.)  I don't have a

3   specific recollection of this, but I may have

4   seen it at some point.  But I don't specifically

5   remember when or how I would have seen it or I

6   don't know.  So I don't have a specific

7   recollection of this.

8       Q       Do you need to take a break?

9       A       No, that's okay.  I'm just trying to

10  turn my phone off.  I'm sorry.

11      Q       Take your time, please.

12      A       Okay, sorry.

13      Q       That's okay.

14              This is an article that is dated

15  October 23rd, 2005.  Do you recall speaking to

16  any Pomona residents about this article?

17      A       No.

18      Q       The second paragraph reads -- I'm just

19  going to read a sentence.  "Now, nearby residents

20  look at Patrick Farm and envision a clone of New

21  Square.  It's a common concern in a town diverse

22  and divided that may have the most permanently

23  contentious politics in suburban New York."

24              The reference to New Square, do you

1             - Ian Banks -

2     know generally whether or not New Square is a

3     town that's inhabited by Orthodox and Hasidic

4     Jews?

5          A     I don't know for a fact.  I've never

6     been there.  I know what -- never having, you

7     know, been there, but according to the newspapers

8     it is.

9          Q     Mr. Banks, do you recall voting for

10    Local Law No. 1 of 2001 that dealt with the issue

11    of schools in Pomona?

12         A     You would have to refresh my memory

13    and give me a copy of Local Law 1.

14              MR. STEPANOVICH:  You want to take a

15         break?  Let's take a ten minute break and

16         then we're just real close, John and Doris.

17              (Recess held.)

18         Q     Mr. Banks, do you recall a hearing on

19    January 22nd, 2007?  It was a public hearing at

20    village hall and it dealt with the local law

21    amending dormitories and wetlands.  Do you recall

22    that, January 22nd, 2007?

23         A     I don't specifically remember the

24    meeting.  I remember issues and laws coming up

25    about wetlands and dormitories and things like

```
 1                    - Ian Banks -
 2    that and discussions about those things in
 3    various meetings.
 4        Q     The meeting on January 22nd, 2007 I
 5    represent to you was a, for lack of a better
 6    term, a packed house.  And see if that refreshes
 7    your recollection at all about that meeting on
 8    January 22nd, 2007.
 9        A     No, I don't specifically remember the
10    meeting.
11              MR. STEPANOVICH:  (Handing document to
12         be marked.)
13              (Whereupon, Minutes of Public Hearing,
14         Pomona Board of Trustees, 1/22/07, Bates
15         Nos. RC1065-1173, was marked Plaintiff's
16         Exhibit 224 for identification.)
17        Q     If you take a look at that.  I don't
18    expect you to read it all.  I'm just going to
19    reference a few different pages.  But feel free
20    to take a look at it.  Take as much time as you
21    want.  And then I'm going to point you to the
22    pages that I want to discuss with you.
23              MR. PELOSO:  You don't have to read
24         through it.
25        Q     You don't have to read the whole
```

1                    - Ian Banks -

2    thing.

3         A     Could you tell me who produced this

4    document?

5         Q     It's produced by Sandy Saunders

6    Reporting.

7         A     Who was the court reporter?

8         Q     Yes, sir.

9         A     Okay.  Okay, it's a public hearing.

10        Q     Yes, sir.

11        A     Go ahead.

12        Q     I turn your attention to Page 1069,

13   Line 8.  "From the floor:  I'm an attorney.  My

14   name is Paul Savad."

15              Do you know who Paul Savad is?

16        A     Yes.

17        Q     Who is he?

18        A     He's an attorney and I believe he

19   works for the Tartikov group.

20        Q     If you can read that page, 1069,

21   through Line 14 of the next page.  And then I'm

22   just going to ask you a question or two.

23        A     (Complying.)  Okay.

24        Q     Now, reading that, Mr. Banks, does

25   that refresh your recollection about the issue

```
 1                - Ian Banks -

 2   for discussion that night on January 22nd, 2007?

 3        A      All I remember, Mr. Savad being at a

 4   meeting.  May have been at other meetings.  I

 5   remember him speaking to the board and I was here

 6   at this.  Specifically I don't remember all of

 7   the issues.

 8        Q      Why don't we turn to Page 1073?

 9        A      (Complying.)

10        Q      Does the description that you just

11   read from Mr. Savad, does that refresh your

12   recollection at all regarding the intended use as

13   a rabbinical college of the property?

14        A      No.

15        Q      Do you have any recollection at all,

16   Mr. Banks, regarding Mr. Savad's representations

17   either on this night or other nights regarding

18   this issue, that Tartikov was seeking to have

19   students on the property with their families,

20   live on the property with their families; do you

21   have any recollection of that?

22        A      I don't have any recollection that's

23   clear of a proposal for the use of this property,

24   including whatever Mr. Savad may have said.  He

25   may have said it -- he may have described things,
```

1          - Ian Banks -

2    but I don't have a clear recollection of what he

3    was proposing.  He may have discussed a lot of

4    things.  I don't at this point have a clear

5    recollection of what that was.

6        Q      I understand you used the word

7    proposal, and I don't want to quibble with you on

8    that word.  But did you understand at any time

9    that the property was intended to be used as a

10   rabbinical college?

11           And I think I've asked you that, I

12   apologize.  I'm not trying to have you answer

13   that ten times.  But I'm just trying to get some

14   understanding of your knowledge of the use of the

15   property.

16           MR. PELOSO:  Object to the form.

17       A      Well, I'm agreeing with you.  I'm

18   trying to get an understanding of the proposed

19   use of the property, but I don't have one.  And a

20   lot of things are discussed.  This is in a

21   meeting where a lot of people are talking, a lot

22   of people are discussing, a lot of things are

23   said.  I mean for me I have a hard time

24   understanding this until we get sort of a

25   condensed proposal or something formal.  Because

1          - Ian Banks -

2    a lot of things can be discussed.  That doesn't

3    mean I know really what is finally being proposed

4    or what people want.  It's a discussion.  So

5    there was a discussion of all of these things, I

6    would agree with that.

7        Q      And that discussion, I'm focusing on

8    this night, included discussions -- included

9    statements from the people in attendance at the

10   meeting besides Mr. Savad; is that right?

11       A      Yes, that's right, there's other

12   people in here.

13       Q      For instance, if you turn to the

14   bottom of 1073, Line 24.  "Ed Leventhal.  From

15   the floor:  Good evening.  I did not come here to

16   discuss ARLUPA (phonetic).  I did not come to

17   discuss what is appropriate percentages or living

18   quarters for any persons.  What I did come here

19   to discuss was that if I read the newspaper (sic)

20   correctly, the population of Pomona is 3200

21   residents.  I don't think it's reasonable to say

22   that one institution can, by virtue of the

23   dormitory restriction or the dormitory

24   permission, be allowed to have 4500 people.  This

25   would entirely change the character of the

1          - Ian Banks -

2    village.  It would entirely change the politics

3    of the village.  And I think there has to be a

4    solution through the zoning laws and through the

5    amendments to the zoning laws that prohibits such

6    a large number of people being within one

7    property, and one institution.  Thank you very

8    much."

9          Do you recall hearing that statement

10   on January 22nd, 2007?

11      A    I don't exactly recall at this point.

12   But if I was at the meeting, I heard him say

13   this.

14      Q    Did you hear that sentiment, what I

15   just read, from any residents of the Village of

16   Pomona outside of this hearing on January 22nd,

17   2007?

18      A    Well, as I said previously, there were

19   rumors and speculation that a big project was

20   being proposed there, and that people were

21   worried about it.  They asked me about it.  I

22   can't, you know, I couldn't confirm the size of

23   it or anything else.  But people were just

24   worried about the size of the project that might

25   be coming in.  I had heard comments like that

1                    - Ian Banks -

2    from residents and neighbors.

3         Q      If you go to Page 1093?

4         A      What is it.

5         Q      1093?

6         A      Okay.

7         Q      Beginning Line 5 reads -- Well,

8    actually Line 3.  It reads, "Mayor Marshall:

9    Excuse me.  I'm doing this for you.  If you

10   cannot comport yourselves" --

11              And then, "From the floor:  Just say

12   the old law, and new law proposed, so we know the

13   difference.  I didn't know it used to be 25.  It

14   got right past me.  So if you could just say, you

15   know, it used to be 25 and now it's going to be

16   35.  We would like it to go to 15 really.  Get it

17   in our favor.  Let's change the law in our favor

18   as opposed to accommodating, going up to 25 or

19   35.  I think we can go 25 to 15 and everybody

20   here will be real happy."

21              Did I read that accurately?

22        A      I think so.

23        Q      Do you recall hearing that statement

24   at the meeting?

25        A      I don't recall hearing that.

- Ian Banks -

Q    But it's here in the record, here in
this transcript.  You don't have any reason to
dispute that that statement was made, do you?

A    No, I don't.

Q    The sentiment that's expressed there,
"Get it in our favor.  Let's change the law in
our favor as opposed to accommodating, going 25
to 35.  I think we can go 25 to 15 and everybody
here will be real happy."

Do you have any idea of what the
reference is there to 25, 35?

A    I believe they are speaking about the
height of buildings.  I'd have to read the
previous page to find out.

Q    Please do.

A    (Reading document.)

So there's a discussion about the
height of buildings and I believe our law now is
35 feet for a house.  I'm not sure what the 25
and 15 are, what that's about without looking
into it.

Q    Turn your attention now to RC1111,
Line 2.  "From the floor.  (Unidentified)  You
know, let me ask you one thing, it's really funny

```
 1                    - Ian Banks -
 2     how we're talking about law, when you have a
 3     group that breaks every law there is, and we are
 4     talking about law."
 5               Did I read that accurately?
 6       A     Yes.
 7       Q     You have any idea who the reference is
 8     to a group that breaks every law?
 9       A     No.
10       Q     During your eighteen years on the
11     board of trustees, Mr. Banks, were there ever any
12     public meetings where you had a packed house?
13       A     Yes.
14       Q     Can you just tell me what those would
15     have been?
16       A     What comes to mind immediately is when
17     we changed the fire inspector one time we had a
18     packed house full of firemen who were unhappy.
19       Q     When was that?
20       A     It was during the Sanderson
21     administration, so it would have been four or
22     five years ago.  There are other instances.  I
23     can't think of all of them off the top of my
24     head.  That's maybe the most recent.
25               It's been rare in the last few years
```

1                    - Ian Banks -

2    that we've had a lot of controversy.  And now

3    recently there hasn't been too much.  That was

4    the most recent thing that I can recall.  But

5    there are occasionally issues, sometimes things

6    like snowplowing, stuff like that.  People are

7    unhappy.

8              We have what's called the Mountain in

9    Pomona and we have all these big houses.  They

10   have some snowplowing issues there and they've

11   come down and packed the house and complained

12   about some things like that.  There are issues,

13   but they are rare.

14       Q     That's all I have on that.

15             MR. STEPANOVICH:  (Handing document to

16       be marked.)

17             (Whereupon, Packet of documents, Bates

18       No. POM0015636, was marked Plaintiff's

19       Exhibit 225 for identification.)

20       Q     I'm handing you now, Mr. Banks, what's

21   been marked as Plaintiff's Exhibit 225, and ask

22   if you have ever seen this before, this entire

23   document?

24       A     (Perusing document.)

25       Q     Have you ever seen that before?

```
 1                   - Ian Banks -
 2      A      Is this a single document?  It's a
 3  collection of things, but it came as one
 4  document?
 5      Q      That's how we received it, Mr. Banks.
 6  That's why we kept it all together.  When I say
 7  received it, we received it from the Village of
 8  Pomona in that way.
 9             Did you create this document?
10      A      No.  I don't think I've even seen this
11  as a complete document.  I believe I may have
12  seen parts of this, but I've never seen it all
13  put together as one document.  To the best of my
14  knowledge I have not seen it like this.  I think
15  at one point there's a judgment against -- I
16  don't even know if this is it.  This is a
17  partial.  I've never seen this document as one
18  document.
19      Q      The writing, the handwriting on this
20  document, is this your handwriting?
21             MR. PELOSO:  Which page?
22             MR. STEPANOVICH:  That's a good
23      question.
24      Q      Let's just say Page 15637, top
25  right-hand corner.
```

1              - Ian Banks -

2              MR. PELOSO:  Page 2.

3      Q      Page 2.

4      A      That's not my handwriting, no.

5      Q      What about Page 3, the writing in the

6  margins, is that your handwriting?

7      A      None of that is mine.

8      Q      I don't have anything else on that,

9  Mr. Banks.

10             I stand corrected by my very competent

11  co-counsel.  Three pages from the end, Mr. Banks.

12             MR. PELOSO:  15649.

13     A      It was fax transmittal to Ian Banks.

14             MR. PELOSO:  There's no question yet.

15     Q      Yes, it says fax transmittal to Ian

16  Banks from John Kavanagh.  Four pages -- Looks

17  like three pages.  Who is John Kavanagh?

18     A      John Kavanagh is a former resident of

19  the Village of Pomona who was involved with my

20  Independent Party when we originally organized it

21  some eighteen years ago.  Who was involved a

22  little bit in politics and had an interest in

23  things in the village.  However, he never ran for

24  office with us to the best of my knowledge and

25  was supportive of getting my party going.  He now

```
 1                    - Ian Banks -
 2    no longer lives in the village.  And he was
 3    interested in selected issues and would
 4    occasionally contact me by email, or apparently
 5    this was faxed to me, with items that he was
 6    interested in and thought I should know about.
 7         Q     Do you recall receiving this fax?
 8         A     No.
 9         Q     I have nothing further on that, Mr.
10    Banks.
11              MR. STEPANOVICH:  (Handing document to
12         be marked.)
13              (Whereupon, Board of Trustees Meeting
14         Minutes, 5/29/96, Bates Nos. POM0002978-80,
15         was marked Plaintiff's Exhibit 226 for
16         identification.)
17         Q     You have been handed, Mr. Banks,
18    Plaintiff's Exhibit 226.
19              You were not on the board of trustees
20    on May 29th, 1996, were you, if you can recall?
21         A     I can't recall the exact date.  But
22    according to the list of trustees here, if Arnold
23    Friedman is a still a trustee, then I wouldn't
24    have been a trustee.  So I would have come in
25    after.  Because I replaced Arnold on the board.
```

1        - Ian Banks -

2    So I would agree that I wasn't a trustee on this

3    date.

4        Q     The second page, it says, "Ian Banks,

5    89 Old Route 202, said he is in favor of a

6    building moratorium, asked that religious

7    institutions be included, treated like anyone

8    else."

9             You recall making that statement back

10   in 1996?

11       A     Yeah, I remember asking -- there was

12   some discussion about a building moratorium, so I

13   was supportive of that proposal.  I don't know if

14   it was ever -- we were looking into the general

15   thing -- the general item they were talking about

16   was the master plan.  So that was in relationship

17   to the master plan.

18       Q     I see.  If I'm not mistaken, the

19   master plan update was issued in 1997.  Does that

20   sound accurate?

21       A     I'm not sure of the exact date, but

22   that's more or less accurate.

23       Q     Why were you in favor of a building

24   moratorium?

25       A     Because my recollection is that I

                    - Ian Banks -

1  thought a building moratorium would be good until

2  the master plan was updated and everybody was on

3  the same page about what kinds of things we

4  wanted to build in the village.  So that was

5  related to master plan.

6      Q      Do you recall participating in

7  discussions regarding the amendment to the master

8  plan with village officials other than this

9  comment?

10     A      No, I was not involved in meetings

11 with the village officials, other than when I

12 attended a public meeting.

13     Q      I just want to make sure I understand

14 your testimony.  It's fair to say the moratorium

15 that you speak about here was intended to be a

16 moratorium until the new master plan came out and

17 you saw the results of that; is that accurate,

18 sir?

19     A      Correct.  To give the village a chance

20 to redo their master plan so that the approved

21 buildings would then fit into the master plan.

22     Q      You make a specific reference there,

23 that you asked that religious institutions be

24 included, treated like anyone else.

1                    - Ian Banks -

2  thought a building moratorium would be good until

3  the master plan was updated and everybody was on

4  the same page about what kinds of things we

5  wanted to build in the village.  So that was

6  related to master plan.

7      Q      Do you recall participating in

8  discussions regarding the amendment to the master

9  plan with village officials other than this

10 comment?

11     A      No, I was not involved in meetings

12 with the village officials, other than when I

13 attended a public meeting.

14     Q      I just want to make sure I understand

15 your testimony.  It's fair to say the moratorium

16 that you speak about here was intended to be a

17 moratorium until the new master plan came out and

18 you saw the results of that; is that accurate,

19 sir?

20     A      Correct.  To give the village a chance

21 to redo their master plan so that the approved

22 buildings would then fit into the master plan.

23     Q      You make a specific reference there,

24 that you asked that religious institutions be

25 included, treated like anyone else.

```
1                  - Ian Banks -
2            What did you mean by that?
3       A     It's sort of a self-explanatory
4  statement.
5       Q     Sure.  In other words, the building
6  moratorium that you were suggesting would include
7  religious institutions; is that --
8       A     Everybody would be treated the same.
9       Q     I have nothing further.
10            MR. STEPANOVICH:  (Handing document to
11      be marked.)
12            (Whereupon, Emails, Bates No.
13      POM16944, was marked Plaintiff's Exhibit 227
14      for identification.)
15      Q     There you go, Mr. Banks.  I've handed
16  you now what's marked as Plaintiff's Exhibit 227.
17  Take a look at that.
18      A     (Complying.)  Okay.
19      Q     Do you remember receiving this email?
20      A     I don't remember receiving it.
21      Q     There's an email that appears to be
22  from Nick Sanderson talking about planning on
23  activities to raise money for what appears to be
24  the litigation that we're involved in right now.
25      A     Uh-huh.
```

1                    - Ian Banks -

2        Q       Are you familiar with any private

3    funding efforts for this litigation?

4        A       I'm not aware of any.

5                MR. STEPANOVICH:  (Handing document to

6        be marked.)

7                (Whereupon, Emails, Bates No.

8        POM21217, was marked Plaintiff's Exhibit 228

9        for identification.)

10       Q       You've been handed now, Mr. Banks,

11   Exhibit 228.

12       A       (Perusing document.)  Okay.

13       Q       Who is Carol Novick?

14       A       Carol Novick is a resident of the

15   Village of Pomona.  She is someone I've known for

16   a long time.  She's a real estate agent.

17       Q       That email at the top is one of the

18   emails that you testified was your email account;

19   is that right?

20       A       That's correct.

21       Q       Dated March 6, 2007.  You write,

22   "Carol, thanks for your concern, but it's true,

23   I'm not up for election for two years.  The as

24   faces a difficult time ahead with changes

25   happening on 306, but we will have to persevere

```
 1                    - Ian Banks -
 2   as best we can.  Best, Ian."
 3            Did I read that accurately?
 4        A    You read it accurately, but there's
 5   something missing here.  I don't know, it's
 6   either a typo or there's a part of the email
 7   missing.  Because of the A-S.  I don't know what
 8   that is.  I don't know why it's like this.
 9        Q    Actually, the subject of the email is
10   entitled, Mistake, right?
11        A    So there's some --
12            MR. PELOSO:  He's just asking you
13        whether --
14        A    It's, yeah, mistake.
15        Q    Does something seem amiss to you about
16   this email?
17        A    Yes.
18        Q    What is that?
19        A    Well, it's not in English, it doesn't
20   make any sense.  So the word -- there's a
21   typographical error or some kind of problem with
22   the email, a part of it is missing.  So it
23   doesn't -- it's not a complete sentence, so it's
24   hard to say what it means.
25        Q    Putting aside the beginning of the
```

- Ian Banks -

1

2  sentence that we're referring to, there's a

3  reference, it begins with "faces."  "Faces a

4  difficult time ahead with changes happening on

5  306, but we will have to persevere as best we

6  can."

7           What is that reference to?

8     A     Changes on 306 probably refer to

9  downzoning, that's mostly what's happening.  The

10  neighbors were concerned about the downzoning,

11  which is not only happening on 306, but that was

12  where most of it's going on.

13    Q     That's all I have.

14           MR. STEPANOVICH:  (Handing document to

15      be marked.)

16           (Whereupon, Newspaper article, Bates

17      Nos. POM0013252-53, was marked Plaintiff's

18      Exhibit 229 for identification.)

19    Q     I believe this is the final exhibit,

20  Mr. Banks.  You've been handed No. 229.  And I'm

21  going to point you to what is a newspaper article

22  there on the right-hand side of this first page

23  and it continues onto the next page.  I'm going

24  to ask you a few questions.

25    A     Okay. (Perusing document.)  All right.

```
 1                    - Ian Banks -
 2        Q       On the second page, first column.
 3   First of all, Alison Miller is your wife,
 4   correct?
 5        A       Correct.
 6        Q       There's a statement that's attributed
 7   to her in this article.  "There are a lot of
 8   people, including me, who ask, 'Why don't federal
 9   laws protect us?'" Miller said of land use
10   legislation that had given preference to
11   religious development in other Ramapo
12   neighborhoods.  "'Why doesn't federal law protect
13   our way of life?' asked Miller, who is married to
14   Pomona Trustee Ian Banks."
15                Did I read that accurately?"
16        A       Uh-huh, yes.
17        Q       Have you ever seen this quote before
18   by your wife?
19        A       Not that I can recall.
20        Q       Do you have any idea who your wife is
21   referencing when she says, "Why don't federal
22   laws protect us"; do you know who she means by
23   protecting us?
24        A       I don't know.  I would assume -- no, I
25   don't know.  I could only speculate.
```

- Ian Banks -

Q    Would she mean the current residents

of Pomona?

    MR. PELOSO:  Object to the form.

A    I don't know.

Q    The next paragraph, "Why doesn't

federal law protect our way of life?"

    Do you know what she meant by our way

of life?

A    Not specifically.

Q    Well, you have a general understanding

of what she meant by our way of life?

A    Well, I could speculate.  You're

asking me to speculate, but I don't think I'm

required to do that.

Q    Do you recall having any discussions

with -- Absolutely, you're absolutely correct,

Mr. Banks.  Not only are you not required, I'm

not asking you to do that.

    So having said all that, do you recall

having any discussions with your wife regarding

this federal law that she refers to and

protecting, quote, our way of life?

A    No, I don't recall discussing the

federal law with her.  I don't know.

- Ian Banks -

Q      In the middle column, fourth paragraph
from the bottom.  "I personally feel it's just a
matter of time before the Village of Pomona will
be overtaken politically," Miller said at her
kitchen table.  "I think that's inevitable."

            Did I read that accurately?

A      I can't find that.  Where are you?

Q      Middle column.  See the middle column?

            MR. PELOSO:  (Indicating.)

A      Okay, I see it.  Okay.

Q      Four paragraphs from the bottom.  I'll
repeat.  "I personally feel it's just a matter of
time before the Village of Pomona will be
overtaken politically," Miller said at her
kitchen table.  "I think that's inevitable."

            Did I read that accurately?

A      Yes.

Q      First of all, were you present when
your wife was interviewed for this article?

A      No.

Q      Do you recall being interviewed for
this article in the Rockland County Journal News?

A      No, I don't believe I was interviewed
for this article.

1                    - Ian Banks -

2       Q       Do you have any understanding what

3  your wife meant by "I personally feel it's just a

4  matter of time before the Village of Pomona will

5  be overtaken politically"?  Do you know what she

6  meant by that?

7              MR. PELOSO:  Object to the form.

8       A       No, other than what it says, I don't

9  know exactly what she meant.

10      Q       Did you ever have any discussion with

11 your wife about it just being a matter of time

12 before the Village of Pomona was overtaken

13 politically?

14      A       That's her opinion.

15      Q       Was that your opinion?

16             MR. PELOSO:  Object to the form.

17      Q       You can answer if you understand.

18      A       It's not my opinion.

19      Q       Besides your wife, have you ever heard

20 anyone else express this opinion, that it was

21 just a matter of time before the Village of

22 Pomona will be overtaken politically?

23             MR. PELOSO:  Object to the form.

24      Q       You can answer if you understand.

25      A       No, but I haven't heard other people

1                    - Ian Banks -

2    express that opinion.

3        Q     You have not you're saying?

4        A     I have not.

5        Q     You had never heard that sentiment

6    from any residents in the Village of Pomona?

7             MR. PELOSO:  Object to the form.

8        A     No, I haven't.

9        Q     Have you ever heard any residents in

10   the Village of Pomona indicate the sentiment that

11   the village will be, quote, overtaken; did you

12   ever hear that sentiment?

13       A     Not specifically.

14       Q     I don't have anything else.  That's

15   it.

16            MR. PELOSO:  I have no questions.

17            (Time Noted:  2:50 p.m.)

18                    *   *   *

19

20            _____

21            Ian Banks

22
     Subscribed and sworn to
23   before me this     day
     of            , 2014
24

25   _____

1

2                    E X H I B I T S

3

4
                                      For Ident.
5      Plaintiff's      Description        Page/Line No.

6

7
         Ex 211 Notice of Deposition        5    23
8

9        Ex 212 Defendant Banks'            7     2
                Supplemental Responses
10               To Plaintiffs' Second
                 Set of Interrogatories
11
         Ex 213 Document entitled,          18    4
12               "Document Hold And
                 Preservation Notice
13               - Privileged And
                 Confidential"
14       Bates No. POM33617

15       Ex 214 Board of Trustees           29   24
                 Corrected Meeting
16               Minutes, 4/28/97
         Bates Nos. POM0003064-75
17
         Ex 215 Transmittal dated           49   22
18               2/4/2000, Re Proposed
                 Primary School and
19               Pre-School and
                 Village's Zoning
20               Regulations Regarding
                 Schools
21       Bates Nos. POM0014737-40

22       Ex 216 Board of Trustees           63   21
                 Meeting and Grievance
23               Day Minutes, 2/15/05
         Bates Nos. POM0011723
24

25

```
 1

 2                    E X H I B I T S

 3

 4
                                        For Ident.
 5    Plaintiff's      Description       Page/Line No.

 6


 7
      Ex 217 Email dated 1/9/07,         65   15
 8           with attachments
      Bates Nos. POM0013255-59
 9
      Ex 218 Letter dated 1/12/95        71   20
10    Bates Nos. POM0009863-64

11    Ex 219 Email dated 7/11/07         74    4
      Bates No. POM16958
12
      Ex 220 Newsletter "The             79   20
13           Village Green" 7/2004
      Bates Nos. POM0013281-84
14
      Ex 221 Board of Trustees           89   10
15           Meeting Minutes,
             2/12/07
16    Bates No. POM16289

17    Ex 222 Notes for meeting,          90   25
             April 9th
18    Bates No. POM33666

19    Ex 223 Printout of article,        92   19
             "In a Town Divided, a
20           Wispy Boundary Between
             Land Use and Religion"
21    Bates Nos. RC1618-19

22    Ex 224 Minutes of Public           95   13
             Hearing, Pomona Board
23           of Trustees, 1/22/07
      Bates Nos. RC1065-1173
24


25
```

1

2                    E X H I B I T S

3

4
                                     For Ident.
5    Plaintiff's     Description      Page/Line No.

6

7
     Ex 225 Packet of documents      104   17
8    Bates No. POM0015636

9    Ex 226 Board of Trustees        107   13
           Meeting Minutes,
10         5/29/96
     Bates Nos. POM0002978-80
11
     Ex 227 Emails                   110   12
12   Bates No. POM16944

13   Ex 228 Emails                   111    7
     Bates No. POM21217
14
     Ex 229 Newspaper article        113   16
15   Bates Nos. POM0013252-53

16

17

18

19

20

21

22

23

24

25

```
 1
 2   STATE OF NEW YORK  )
                        )      ss.
 3   COUNTY OF ROCKLAND )
 4
 5
 6          I, Gale Salit, a shorthand reporter and
 7      Notary Public within and for the State of New
 8      York, do hereby certify:
 9          That IAN BANKS, the witness whose
10      examination is hereinbefore set forth, was

11      duly sworn by me and that the transcript

12      of said examination is a true record of the

13      testimony given by the witness.

14          I further certify that I am not related

15      to any of the parties to this action by blood

16      or marriage and that I am in no way interested

17      in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19      my hand this 6th day of June, 2014.

20

21

22      _____

23      Gale Salit
        Shorthand Reporter

24

25
```

```
 1   Errata Sheet

 2

 3   NAME OF CASE: CONGREGATION RABBINICAL COLLEGE OF TARTIKOV -against- VILLAGE OF POMONA, NY

 4   DATE OF DEPOSITION: 05/15/2014

 5   NAME OF WITNESS: IAN BANKS

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                   _____
```

## 1

**1** 94:10,13

**1/12/95** 71:20 120:9

**1/22/07** 95:14 120:23

**1/9/07** 65:15 120:7

**10** 120:14

**104** 121:7

**1069** 96:12,20

**107** 121:9

**1073** 97:8 99:14

**1093** 101:3,5

**10970** 4:12 8:24

**110** 121:11

**111** 121:13

**113** 121:14

**12** 4:11 8:24 82:20 121:11

**12th** 89:19

**13** 120:22 121:9

**13258** 66:3

**13259** 66:3

**14** 96:21

**15** 101:16,19 102:9,21 120:7

**15637** 105:24

**15649** 106:12

**15th** 65:7

**16** 121:14

**17** 30:12,22 31:4 121:7

**18** 56:16 119:11

**19** 120:19

**1970** 45:21

**1996** 7:24 9:19 35:23 107:20 108:10

**1997** 30:17,25 34:8 108:19

## 2

**2** 91:7,11,23 102:24 106:2,3 119:9

**2/12/07** 89:11

**2/15/05** 63:22 119:23

**2/4/2000** 49:23 119:18

**20** 120:9,12

**2000** 50:17 52:18 53:14,24

**2001** 94:10

**2004** 23:17,18 79:21

**2005** 64:8 65:5,7 93:16

**2007** 89:19,21 94:19,22 95:4,8 97:2 100:10,17 111:21

**2014** 118:23 122:19

**202** 41:5,13 64:15 108:5

**21** 119:22

**211** 5:24 6:3 119:7

**212** 7:5,7,10,14 119:9

**213** 18:7,10 119:11

**214** 30:3,5 119:15

**215** 50:2,5,8,24 119:17

**216** 63:24 64:2 119:22

**217** 65:17,20,24 66:18,25 70:3,5,11 76:14 120:7

**218** 71:22,24 120:9

**219** 74:6,8 120:11

**22** 119:17

## 3

**3** 80:9,10,11 101:8 106:5

**30** 33:3 63:2

**306** 41:5,13 64:15 111:25 113:5,8,11

**32.1-8-53** 64:14

**220** 79:22,25 120:12

**221** 89:12,15 120:14

**222** 91:3,5,9,18 120:17

**223** 92:22,25 120:19

**224** 95:16 120:22

**225** 104:19,21 121:7

**226** 107:15,18 121:9

**227** 110:13,16 121:11

**228** 111:8,11 121:13

**229** 113:18,20 121:14

**22nd** 94:19,22 95:4,8 97:2 100:10,16

**23** 119:7

**23rd** 89:21 93:16

**24** 99:14 119:15

**24th** 53:24

**25** 101:13,15,18, 19 102:8,9,12,20 120:17

**28** 26:19

**28th** 30:17 64:7 65:5

**29** 26:16 27:6,22 119:15

**29th** 107:20

**2:50** 118:17

## 4

**3200** 99:20

**35** 101:16,19 102:9,12,20

## 4

**4** 120:11

**4-0** 64:16

**4/28/97** 29:25 119:16

**4500** 99:24

**49** 119:17

## 5

**5** 119:7

**5/29/96** 107:14 121:10

**500** 73:12,13

## 6

**6** 111:21

**63** 119:22

**65** 120:7

**65-67** 64:14

**6th** 122:19

## 7

**7** 119:9 121:13

**7/11/07** 74:4 120:11

**7/2004** 120:13

**71** 120:9

**74** 120:11

**75** 82:19

**79** 120:12

## 8

**8** 96:13

**89** 108:5 120:14

## 9

**90** 120:17

**92** 120:19

**95** 120:22

**97** 7:24

**98** 7:24

**9th** 91:2 120:17

## @

**@ pomonavillage. com** 22:12

## A

**A-s** 112:7

**absolute** 75:20, 22

**absolutely** 25:21 80:13 115:17

**accept** 10:15

**access** 60:16

**accommodate** 5:19

**accommodating** 101:18 102:8

**account** 21:4,11 75:8 111:18

**accounts** 21:8 60:17 62:8

**accuracy** 36:24

**accurate** 36:4 90:18,19 108:20, 22 109:18

**accurately** 29:18 83:2,19 91:15 101:21 103:5 112:3,4 114:15 116:7,17

**achievements** 58:7

**acre** 42:11,16 85:10,14

**Act** 88:11 90:7

**action** 11:16 80:17,20 88:6 122:15

**actions** 79:17

**active** 21:20 58:25 77:24

**activities** 81:14 110:23

**actual** 79:14

**added** 86:13

**additionally** 90:11

**additions** 17:14

**address** 4:10 20:20 21:17,22 22:9,22 23:17,18, 19 57:9 62:24 73:4 75:7

**addressed** 50:12

**addresses** 21:15, 19

**adjacent** 92:11

**administration** 103:21

**adopted** 64:6,7 89:20,21

**adult** 43:8,14,17, 22,25 44:16,20,23, 24,25 45:2,12,17, 21,24 46:10,25 47:6,13

**advance** 58:6

**advanced** 29:10

**advising** 20:7

**affiliated** 21:23

**affiliation** 39:21 56:9

**age** 87:21

**agenda** 11:23

**agent** 111:16

**agree** 24:20 30:18,20 99:6 108:2

**agreeing** 98:17

**ahead** 96:11 111:24 113:4

**Alison** 114:3

**allowed** 77:6 99:24

**allowing** 85:11

**Alma** 40:15 59:9 60:2

**alongside** 39:25 40:4

**Alto** 27:12 45:11

**amend** 89:5

**amending** 94:21

**amendment** 90:10 109:8

**amendments** 90:2,18 100:5

**amiss** 112:15

**amount** 28:7

**Amy** 77:22

**Anna** 91:12

**annex** 78:20,24

**announcements** 81:11,19,20,21,24

**answering** 5:15 72:21,23

**answers** 5:6,7

**anymore** 63:5

**AOL** 62:18,23,25 63:7

**AP** 32:24

**apartment** 45:16

**apartments** 9:13 46:21

**apologize** 13:9 16:13 34:4 69:13 72:11 98:12

**apparently** 74:18 107:4

**appears** 30:15, 36:16 54:2 89:17 110:21,23

**appointed** 10:13

**approached** 32:7 52:13,15

**approved** 14:23 109:21

**approximate** 41:19

**approximately** 7:22 65:2 92:4

**April** 30:17 89:21 90:25 120:17

**area** 42:16 54:4 67:16 68:17 77:8, 19,24 78:16 85:13

**ARLUPA** 99:16

**Arnold** 107:22,25

**arrived** 38:4

**art** 81:13

**Arthur** 40:13

**article** 26:5 38:15 92:19 93:15,17 113:16,21 114:7 116:20,23,25 120:19 121:14

**articles** 26:10 71:2

**assignments** 17:5,10

**assistance** 87:17 88:5

**assisting** 87:12

**associate** 84:6

**association** 84:23

**assume** 19:16 46:23 114:24

**assuming** 75:10

**attached** 57:2

**attachments** 65:16 120:8

**attempt** 77:24

**attempts** 78:20, 23

**attend** 86:24

**attendance** 99:9

**attended** 28:13 29:5,6 109:13

**attention** 30:7 96:12 102:23

**attorney** 6:9 60:16,20 61:3 82:5 88:24 96:13,18

**attorneys** 6:15,16 19:21,25 20:6, 61:18,23 62:12

**attributed** 114:6

**audible** 5:6,9

**automatically** 22:13

**aware** 13:17 40:22,25 41:2,4, 15,22 44:21 53:18 54:13 68:21 81:24 86:19 87:3 111:4

---

**B**

**Babad** 74:22 75:2

**back** 30:24 47:13 50:16 52:18 53:14 59:16,23 63:3 82:8 86:15 108:9

**backup** 63:4

**bad** 40:5

**Bais** 72:3,6,17 73:4

**Baker** 40:14

**ballot** 36:4

**band** 29:9

**Banks** 4:1,8,15 6:1,2 7:1,6 8:1,18 18:1,9 30:1,4 31:1, 7 34:1,11 50:1,4 53:1,13 55:1,16 57:1,20 60:1,7 63:1,16,25 65:1,19 67:1,11 68:1,22 71:1,17,23 74:1,7 77:1,14 79:1,24 80:1,5 81:1,25 82:1,9 85:1,3 89:1, 14,23 91:1,4 92:1, 24 94:1,9,18 96:1,

24 97:1,16 103:1, 11 104:1,20 105:1, 5 106:1,9,11,13,16 107:1,10,17 108:1, 4 110:1,15 111:1, 10 113:1,20 114:1, 14 115:1,18 118:1, 20 122:1

**Banks'** 7:2 119:9

**Based** 54:6

**basis** 10:21 24:24 26:3 85:25

**Bates** 18:6 29:25 30:9 49:25 63:22 65:16 71:21 74:4 79:21 89:11 91:2 92:21 95:14 104:17 107:14 110:12 111:7 113:16 119:14,16, 21,23 120:8,10,11, 13,16,18,21,23 121:8,10,12,13,15

**bathrooms** 9:11

**battle** 74:24

**beard** 37:17

**Bedrosian** 40:13

**began** 9:19 34:6,8

**beginning** 56:13 101:7 112:25

**begins** 113:3

**big** 68:17 100:19 104:9

**Bill** 40:14

**bit** 13:8 28:5 36:11 61:13 106:22

**black** 37:16,17

**blah** 52:14 75:19

**Blass** 31:7 40:13

**bloc** 34:10,18,22 35:5,14,17,18 82:13,24 83:7,10, 16,23 84:2,9,20

**blog** 40:19

**blood** 122:15

**board** 7:18,20 8:3, 7 10:14,19,20

11:4,8 12:6,10,13,
15,18 13:2 14:5
15:17,21 16:3,6,8,
17,22 17:3,21
22:20 23:7,13
29:24 30:18 32:7,
10,14 35:20 39:8,
15,17 50:14 52:13
53:5,7 54:12 59:5,
10,25 63:21 73:9,
10,18,19 74:14
78:18 81:5 82:17
83:22 86:7,12,15,
16 87:12 88:6
89:10,18 95:14
97:5 103:11
107:13,19,25
119:15,22 120:14,
22 121:9

**board's** 54:19

**Bob** 74:11,18

**book** 61:4

**borders** 86:21

**born** 27:3

**bottom** 30:8
99:14 116:3,12

**bought** 49:6

**boundaries**
73:14,16

**Boundary** 120:20

**box** 80:8

**break** 5:18 78:13
93:9 94:15

**breaks** 103:3,8

**briefly** 77:15

**Buell** 4:8

**Buff** 31:7 40:12

**build** 109:5

**building** 9:8
86:14,17 108:6,12,
23 109:2 110:5

**buildings** 9:9
17:14 45:17 67:20
102:14,19 109:22

**Burgess** 92:12

**business** 9:14
21:10 22:5 27:14,

17,19 75:13,15

---

**C**

**California** 27:10,
11,12,15 45:3,9

**call** 11:2 38:24

**called** 26:8 55:20,
24 57:22,23 77:17
88:9 104:8

**camp** 48:5,8,14,
18,21,25 49:6,13
92:14

**campaign** 35:24
39:22 58:15,17

**campaigned**
40:7,12,13,14

**campus** 69:22

**candidate** 40:2

**candidates** 39:8
58:23 59:2

**capacity** 8:9 17:3
87:24 88:2

**capital** 17:14

**Carol** 111:13,14,
22

**carried** 64:16

**carry** 77:5

**case** 20:2 32:12
40:23 61:2,22

**center** 81:12,13
86:25

**centers** 28:6

**certainty** 75:20,
22

**certify** 122:1,14

**Chaim** 72:4,6,18

**challenge** 85:4

**chance** 11:13
109:20

**chances** 16:10

**change** 28:21
42:10 99:25 100:2
101:17 102:7

**changed** 27:21
28:2 45:15 55:9
63:7 85:10 103:17

**changing** 9:10
42:11

**character** 77:2
99:25

**charge** 14:20
17:6,13 24:15
31:21

**chariot** 86:14

**checked** 91:14

**child** 28:18

**children** 28:12,15
29:3,16

**Chofetz** 72:4,6,17

**church** 86:22,24
87:6,13,16,17,21

**circulated** 14:22

**circulating** 92:3

**citizens** 32:7

**City** 9:6 10:2

**clarification**
82:14

**clarify** 25:5,16

**Clark** 50:12 53:23
54:9

**class** 9:23

**clear** 13:5 22:23
65:4 82:17,18
97:23 98:2,4

**clone** 93:21

**close** 85:13 94:16

**closer** 85:22

**co-counsel**
106:11

**coat** 37:16

**collection** 105:3

**college** 4:19
18:18 20:9 40:24
41:12,16 63:17
64:13,22 66:21
68:11,23 69:4,10,
14,17 70:18 97:13
98:10

**colleges** 69:21

**column** 116:2,9

**comment** 76:7
109:10

**comments** 26:10
40:19 100:25

**common** 93:22

**communicate**
22:20 23:7,10,13

**communicated**
24:3

**communications**
6:9 23:2

**community** 31:2,
11 35:12 82:21
84:11,19 85:20

**company** 9:5
62:22

**competent**
106:10

**complained**
104:11

**Complaint** 67:21,
24,25

**complete** 105:11
112:23

**completely** 7:23
85:16

**completeness**
31:6

**Complying** 7:9
30:14 50:7 65:22
72:2 74:10 80:4
82:11 90:4 96:23
97:9 110:18

**component**
46:11

**comport** 101:10

**compromise**
74:23

**concern** 77:10
111:22

**concerned** 77:3
113:10

**concerns** 34:6

**colleges** 69:21

**condensed** 98:25

**Confidential** 18:6
119:13

**confirm** 100:22

**confusing** 25:12

**Congregation**
4:19 18:18 40:23
41:12,16,23 63:17
64:13,22 71:13

**Congress** 89:5
90:2,17

**consideration**
25:9

**constantly** 33:5

**constituents**
25:20,23 34:6

**construction**
8:14 9:8 54:3
73:13

**consultant** 50:12

**contact** 77:10
107:4

**contained** 70:10
80:7

**contentious**
93:24

**CONTINUED**
55:14

**continues** 113:23

**continuously** 8:4

**contracting** 9:3
27:17 62:22

**contractor** 8:19,
25 9:21 54:7 87:24

**contractor's** 9:25

**control** 78:16

**controversy**
104:2

**conversation**
38:19

**conversations**
60:22 68:15

**cooking** 46:7,24

**copy** 7:11 64:6
89:17 90:10 94:13

**corner** 105:25

**corporation** 8:14, 16,17,20 9:19

**correct** 9:9 15:25 16:4,8 17:22 20:3 22:18 23:5 24:19 36:5 54:22 56:10 57:6,10 58:16 62:7,9,10 65:9 72:19 73:20 75:5, 6,10 86:3,4 111:20 114:4,5 115:17

**corrected** 29:25 30:17 106:10 119:15

**correctly** 99:20

**correspondence** 18:16,24 19:5

**counsel** 60:22

**county** 25:24 26:15 27:21 28:23 35:5 36:14 47:24 116:23 122:1

**couple** 30:23 43:20 67:2

**courses** 29:11

**court** 5:7,14 96:7

**cover** 51:17

**create** 105:9

**created** 13:25

**critically** 82:23 83:6

**cultural** 81:12,13

**cultures** 36:10

**current** 57:17 59:4 115:2

**customs** 36:10, 19 37:24

— D —

**date** 21:3 23:16 41:18,19 53:10 62:5,21 63:6 91:24 107:21 108:3,21

**dated** 49:22 65:15 71:20 74:4 93:15

111:21 119:17 120:7,9,11

**dates** 21:5

**daughter** 29:5,6, 12

**daughter's** 29:7

**day** 48:18,21,25 63:22 119:23 122:19

**days** 63:2

**deal** 26:11

**dealing** 86:9

**dealt** 94:10,20

**decisions** 11:17

**decline** 87:8

**deed** 91:14

**deep** 88:25

**Defendant** 7:2 119:9

**define** 34:24

**definition** 34:23 55:9

**delete** 63:11

**deliberations** 13:4

**deliver** 82:23 83:4,6

**delivered** 19:14

**demand** 61:17

**Democrat** 56:8

**Democratic** 55:23

**dense** 42:13

**denser** 42:14 85:11

**density** 42:10

**deposition** 4:21 5:23 6:8,12,17,22 17:24 55:13 68:2 119:7

**deputy** 10:4,8,9, 11,12 31:6 64:11

**describe** 10:18

13:24 24:21,24 28:2,25 78:4

**description** 97:10 121:5

**desire** 44:4,8 47:19 77:11

**details** 90:21

**deteriorating** 32:15,21,23 33:16

**determine** 61:6

**determined** 60:19 61:15

**development** 28:4,7 42:4,7 54:4 114:11

**developments** 73:12

**difference** 101:13

**difficult** 111:24 113:4

**Diltz** 77:18,24

**direct** 47:8

**directly** 31:21 54:17 77:19 88:3

**discuss** 11:13 12:21 31:18,19 95:22 99:16,17,19

**discussed** 98:3, 20 99:2

**discussing** 30:25 98:22 115:24

**discussion** 11:15 55:11 97:2 99:4,5, 7 102:18 108:12 117:10

**discussions** 54:15 66:24 70:2 71:12 95:2 109:8 115:16,21

**dispute** 102:4

**distributed** 14:4

**district** 28:10,13, 16,19,22 32:8 33:16 34:2,7

**diverse** 93:22

**divided** 92:20 93:23 120:19

**document** 5:21 6:5,24 18:2,4,5,13 29:22 49:20 51:14 63:19 64:3,4 65:13 71:18 74:2 79:18 89:8,16 90:23 91:6 92:17 93:3 95:11 96:4 102:17 104:15,23,24 105:2,4,9,11,13, 17,18,20 107:11 110:10 111:5,12 113:14,25 119:11, 12

**documents** 17:23 18:17 19:12,17,25 20:5,8,12,16 24:6 60:8,9,10,14,15,18 62:7 67:3 104:17 121:7

**Donna** 4:16

**door** 85:16

**Dora** 48:5,9,14 49:7,13

**Doris** 94:16

**dormitories** 45:14 94:21,25

**dormitory** 46:15 99:23

**dot** 22:12

**downhill** 33:7,12

**downzoning** 85:8 113:9,10

**drafting** 7:13

**drafts** 15:11

**draws** 82:17

**dress** 36:23 37:5

**dressed** 37:13

**dry** 87:21

**duly** 4:3 122:11

**dumped** 63:2

— E —

**earlier** 54:6 57:20

63:16 76:12 77:14 85:9

**early** 31:9 38:12 39:10

**East** 28:9,13,15, 19,21 29:3, 32:8, 16,22 34:2

**Ed** 99:14

**education** 29:4, 13

**effect** 91:20

**effort** 33:12

**efforts** 19:25 77:16 78:25 79:14 89:4,25 111:3

**eighteen** 81:4 83:21 103:10 106:21

**elected** 40:7 55:21 59:25 60:3

**election** 35:19, 38:23 39:4,16 56:6,14 57:4,6,12 58:6,15,17,22 60:4 83:14,24 111:23

**elections** 35:5 57:11 58:20,24 59:2

**eliminated** 29:10 33:5

**email** 20:20 21:10, 15,17,19,22 22:5, 7,9,13,15,19,22 23:2,6,9,12,16,18, 19 24:3 61:6 63:8 65:15 74:4,18,19, 21 75:4,7,13,15,24 107:4 110:19,21 111:17,18 112:6,9, 16,22 120:7,11

**emails** 20:25 21:7 60:10 61:4,16,25 62:11,13,14,15,18 63:11 110:12 111:7,18 121:11, 13

**employ** 14:2

**employed** 8:11, 13

**employee** 8:15
14:9,12,13

**end** 17:18 106:11

**engineered** 82:15

**English** 112:19

**enrollment** 33:25

**entered** 13:12

**entire** 9:13 15:20,
22 67:24 104:22

**entitled** 18:4
112:10 119:11

**envision** 93:21

**error** 112:21

**essential** 82:24
83:7

**established**
39:10

**estate** 111:16

**evening** 99:15

**events** 81:12,16,
20

**exact** 10:7 41:18
53:8 57:9 62:21
63:6 108:21

**examination** 4:13
55:14 122:10,12

**examined** 4:5

**examples** 81:10

**Excuse** 101:9

**executing** 54:14

**executive** 12:5,6,
10,14,18,20,23
13:4,10,12,14

**exempt** 36:7

**exemption** 64:12

**exhibit** 5:24 6:3
7:5,7,10,14 18:7,
10 30:3,5 50:2,5,8,
63:24 64:2 65:17,
20,23 66:18,25
70:3,5 71:22,24
74:5,8 76:14 79:22
89:12,15 91:3,5
92:22,25 95:16
104:19,21 107:15,

18 110:13,16
111:8,11 113:18,
19

**exist** 36:7 45:5,22
63:4

**existed** 23:18

**existence** 56:21

**existing** 9:9,12

**exists** 44:5,25
77:2,5

**expansions**
17:15

**expect** 95:18

**experience** 12:9
17:17 47:9

**experiencing**
87:8

**expert** 44:5 45:4

**expertise** 54:7

**explain** 13:7
14:21 32:20

**express** 76:17
77:11 117:20
118:2

**expressed** 102:6

**extent** 44:23
60:24 68:7,9 78:4,
7

---

### F

**faces** 111:24
113:3

**facilities** 46:7,24

**fact** 46:22 94:5

**facts** 34:3

**failing** 43:20

**fair** 56:18 79:12
83:14 109:15

**fake** 37:21

**falling** 33:10

**familiar** 12:5 28:9
42:3 43:8 47:5
48:4 49:2,19
83:16,18 88:9

111:2

**familiarize** 53:7

**families** 45:25
47:2,3 97:19,20

**family** 46:12
74:22 75:2

**Farm** 42:3,19,24
78:20,24 85:13
93:21

**Farms** 43:5

**favor** 101:17
102:7,8 108:5,23

**fax** 106:13,15
107:7

**faxed** 107:5

**February** 65:7
89:19

**federal** 88:21
114:8,12,21 115:7,
22,25

**Federally** 89:3

**feel** 95:19 116:3,
13 117:3

**feet** 73:13 102:20

**felt** 31:7

**festival** 81:18

**fewer** 29:9,11

**field** 44:5

**file** 56:5,7

**filing** 56:8

**final** 16:21 113:19

**finally** 5:17 99:3

**find** 32:3,6 39:25
102:15 116:8

**fine** 5:16 16:25

**finish** 5:11,13
52:4

**fire** 103:17

**firemen** 103:18

**fish-in** 81:16

**fit** 109:22

**floor** 96:13 99:15
101:11 102:24

**focus** 32:9

**focused** 9:14,16

**focusing** 99:7

**follow** 77:14

**force** 74:23

**form** 19:7 27:23
35:13 37:19 46:2,
13 51:3 53:15 56:2
60:23 61:8,19
68:24 69:5 75:25
76:20 78:22 79:10
80:19,25 84:21
98:16 115:4 117:7,
16,23 118:7

**formal** 67:13
69:19 98:25

**formalized** 73:22

**format** 55:21
56:6,12 73:25

**formation** 80:18,
24

**formed** 78:8

**forms** 24:24

**forum** 40:18

**forward** 5:13

**forwarded** 22:13
75:8

**found** 49:13

**fourth** 11:3 116:2

**frame** 34:5

**Francisco** 27:13

**Frederick** 50:12
53:23 54:9

**free** 95:19

**Friedman** 107:23

**friend** 71:4

**friends** 67:15
77:23

**Fromowitz** 49:16

**full** 4:6 103:18

**fully** 82:21

**funding** 111:3

**funny** 102:25

---

### G

**Gale** 4:3 122:1,23

**geared** 85:17

**general** 8:18, 9:25
29:3 70:15 81:20
85:7 108:14,15
115:11

**generally** 6:11
10:18 11:10,17
13:24 17:13 24:21,
24 36:21 58:17
68:13 94:2

**generated** 50:21

**generation** 50:23

**give** 11:12 17:9
62:5 73:4 81:10
94:13 109:20

**giving** 67:5

**gladly** 61:14

**Gmail** 21:4

**goals** 58:6

**Golding** 48:5,9,15
49:7,13

**good** 4:15 43:20
88:23 90:8 99:15
105:22 109:2

**graduate** 45:19

**graduated** 45:21

**graduation** 29:7

**grant** 64:12

**great** 33:4,9

**Green** 79:21
120:13

**Grievance** 119:22

**ground** 4:25

**group** 35:3 43:6
44:16 96:19 103:3,
8

**groups** 56:2
82:23

**guess** 56:17
58:18

## H

**hall** 19:15,20,21 92:12,14 94:20

**Halloween** 81:17

**hand** 122:19

**handed** 89:14 107:17 110:15 111:10 113:20

**handing** 5:21 6:2, 24 7:6 18:2,9 29:22 30:4 49:20 50:4 63:25 65:13, 19 71:18,23 74:2,7 79:18,24 89:8 90:23 91:4 92:17, 24 95:11 104:15, 20 107:11 110:10 111:5 113:14

**handwriting** 105:19,20 106:4,6

**happen** 10:11 81:13,14

**happening** 12:12 111:25 113:4,9,11

**happy** 101:20 102:10

**hard** 75:21 98:23 112:24

**Hasidic** 33:22,25 35:12 36:9,14,19, 22 37:6,18,24 38:3 44:15 84:10,19 94:3

**hat** 37:17

**Hawaii** 27:3,7

**head** 5:8 53:20 57:19 103:24

**headed** 77:22

**hear** 5:2,4 25:6 68:10,13 70:24,25 76:13 91:17 100:14 118:12

**heard** 29:8 34:13, 14,15 35:4 42:23 43:10 48:8 49:18 67:14,18 68:5,7 76:16 83:23 84:9

88:15 92:2,5 100:12,25 117:19, 25 118:5,9

**hearing** 75:23 76:10,11 94:18,19 95:13 100:9,16 101:23,25 120:22

**hearings** 90:2,17

**hearsay** 67:14

**Heick** 77:22

**height** 102:14,19

**held** 31:9 55:13 94:17

**helped** 56:15

**helps** 63:19

**Herb** 50:13

**Herbert** 31:6

**hereinbefore** 122:10

**hereunto** 122:18

**high** 62:22

**Hill** 92:14

**Hindu** 38:12,22 86:2,9,18

**hold** 9:23 18:5 20:8 90:2,17 119:12

**home** 75:12

**homes** 9:8,12

**homogeneous** 85:20

**house** 26:6 46:11 95:6 102:20 103:12,18 104:11

**houses** 104:9

**housing** 42:12 43:9,14,17,22 44:2,16,20,23,24, 25 45:3,12,17,22, 24 46:7,10 47:7,14 85:11,15

**hundred** 36:24

## I

**Ian** 4:1,8 8:1,18 31:1,7 106:1,13,15 108:1,4 112:1,2 114:1,14 118:1,20 122:1

**ian.banks** 22:11

**ian.banks@ pomonavillage. com** 75:5

**Ianbanks99** 21:2

**ianbanks99@ aol.com** 20:23

**ianbanks@ pomona.com** 22:8

**ianbanksinc** 22:17

**ianbanksinc.@ aol.com** 22:4 23:3

**ianbanksinc@ aol.com.** 21:14 22:3,14

**ianbbanks@ gmail.com.** 20:24

**idea** 11:18 17:9 29:19 33:15 36:6 74:25 80:5,13 102:11 103:7 114:20

**Ident** 121:4

**identification** 5:25 7:5 18:8 50:3 63:24 65:18 71:22 74:6 79:23 89:13 91:3 92:23 95:16 104:19 107:16 110:14 111:9 113:18

**identify** 36:22 37:2,5 64:4 89:16

**imbalance** 85:12

**immediately** 103:16

**important** 82:24 83:7

**improve** 33:14

**improvements** 17:16

**improving** 57:24

**include** 60:10 110:6

**included** 99:8 108:7 109:25

**including** 97:24 114:8

**incorporate** 77:17,21

**Incorporated** 8:18

**increase** 33:24

**increased** 36:14 38:3

**independent** 39:10,12,13,17,19 55:17,18,20,24 56:3,5,7,15,19 57:14,21 59:6,12, 19,20,24 79:10 106:20

**indicating** 30:10 51:21 116:10

**individual** 25:2,3 40:8

**individuals** 57:2

**inevitable** 116:6, 16

**information** 6:15 36:17 68:20 69:22 70:10,13

**informed** 52:10, 11

**informing** 58:8

**inhabited** 94:3

**initial** 9:7

**input** 54:8

**inspector** 103:17

**instance** 13:11 37:16 40:2 54:4 84:15,18 99:13

**instances** 103:22

**institution** 99:22 100:7

**Institutionalized** 88:10

**institutions** 108:7 109:24 110:7

**intended** 43:5 52:8 97:12 98:9 109:16

**Intensity** 54:5

**interest** 82:23 106:22

**interested** 57:24 107:3,6 122:16

**interests** 85:19

**Internet** 40:18

**interrogatories** 6:13 7:4,16 119:10

**intersections** 41:5

**interviewed** 38:14 39:3 116:20, 22,24

**intimidate** 74:23

**intimidated** 76:6

**involve** 17:16

**involved** 16:24 29:15 33:13 54:11, 14,15,17 59:13 77:20 106:19,21 109:11 110:24

**involvement** 39:11

**island** 27:3

**issue** 31:11,22 32:6,10,12 38:22 45:4,5,7 47:14,18, 20 76:17 90:22 94:10 96:25 97:18

**issued** 108:19

**issues** 11:13 26:11 31:17 32:18 38:7,9 50:15 54:10,11 75:12,14, 16 86:8,13 94:24 97:7 104:5,10,12

107:3

**item** 30:12,22 31:4
108:15

**items** 12:21,22
107:5

## J

**January** 50:17
52:18 53:14,24
94:19,22 95:4,8
97:2 100:10,16

**Jew** 36:22 37:6,18

**Jewish** 48:22
84:10

**Jews** 36:10,14,19
37:24 38:3 44:15
94:4

**job** 14:16

**John** 106:16,17,
18

**Journal** 25:25
35:6,7,8 38:18,25
71:2 116:23

**judgment** 105:15

**July** 79:21

**June** 31:9 81:16
122:19

## K

**Katz/mann** 91:14
92:9

**Kavanagh**
106:16,17,18

**kids** 46:23

**kind** 9:3 27:19
54:12 112:21

**kinds** 17:18
45:14,15 81:21,23
109:4

**kitchen** 116:6,16

**kitchens** 9:11

**knew** 63:17 65:4
78:7,9

**knowledge** 33:11

36:18 44:24 46:5,6
48:13,19 77:9 78:5
81:6 105:14
106:24

## L

**labor** 17:16

**lack** 95:5

**Ladentown** 4:11
8:24 77:17 78:8
79:2,9,11,16 80:8,
18,25 86:22 87:6,
13,15,16

**lady** 77:22

**Lamer** 64:15

**land** 38:7,9 88:10
92:20 114:9
120:20

**Lane** 77:19,24

**large** 100:6

**law** 24:22,23,25
25:10,14,15,20
53:18 54:24 55:8
89:2,6 94:10,13,20
101:12,17 102:7,
19 103:2,3,4,8
114:12 115:7,22,
25

**Lawrence** 82:16

**laws** 24:19 53:13
54:20 76:9,19,25
77:9 94:24 100:4,5
114:9,22

**lawsuit** 67:22
70:25

**lawyers** 4:18
60:11

**lead** 40:22

**Lebovits** 42:24

**left** 28:18

**legislation** 43:16,
23 44:19 114:10

**letter** 19:7,10 20:6
71:20 72:3 120:9

**Leventhal** 99:14

**license** 9:24,25

**licensed** 9:20
10:2

**life** 38:13 57:25
115:7,9,12,23

**life?'** 114:13

**list** 107:22

**listed** 57:7

**litigation** 12:21
60:19 61:7,17
63:14 82:2, 85:6,
17,25 110:24
111:3

**live** 38:11 67:15
71:7 77:20 86:5
97:20

**lived** 26:14,17
27:4,12,14

**lives** 107:2

**living** 82:20,21
99:17

**local** 43:16 55:8
94:10,13,20

**located** 8:22 73:5
92:10

**locations** 44:18
47:6

**lohud.com** 26:8,
11

**long** 7:20 9:18
20:25 26:14,17
27:4 37:16,17
56:11 73:9 111:16

**long-standing**
76:9,18

**longer** 107:2

**lost** 35:19,25

**lot** 17:18 54:4
64:14 67:20 70:13
98:3,20,21,22
104:2 114:7

**lowering** 29:3,13,
20

**luncheon** 55:12

## M

**made** 11:17 13:3,

42:11 84:25 102:4

**main** 77:10

**maintaining**
57:25 77:7

**maintenance**
17:15

**make** 5:3 30:15
41:9 54:2 80:15
84:22 109:14,23
112:20

**makes** 74:21

**making** 45:23
108:9

**Malverne** 14:14

**man** 37:16,18

**mandated** 89:3

**Manhattan** 9:6,
15,16,17

**Mann** 91:12

**March** 58:21 64:7
65:5 111:21

**margins** 106:6

**marked** 5:22,24
6:3,25 7:4,7 18:3,
7,10 29:23 30:2,5
49:21 50:2,5 63:23
64:2 65:14,17,20
71:19,21,24 74:3,
5,8 79:19,22,25
88:9,12 90:24
91:2,5 92:18,22,25
95:12,15 104:16,
18,21 107:12,15
110:11,13,16
111:6,8 113:15,17

**marriage** 122:16

**married** 46:22
47:2 114:13

**Marshall** 31:6
50:13 82:10 101:8

**master** 82:3,15
85:5 108:16,17,19
109:3,6,8,17,21,22

**materials** 17:17

**matter** 116:4,13
117:4,11,21
122:17

**mayor** 10:4,8,9,
11,13 31:6 50:13
64:11 83:9 101:8

**means** 34:20
35:2,3 74:25 83:22
88:19 90:9 112:24
114:22

**meant** 32:20
115:8,12 117:3,6,9

**media** 38:6,10,21

**meet** 6:16 11:4
58:22

**meeting** 10:18,23
11:3,7,8,11,15,16,
19,21,24 12:11
13:16,19,25 14:3,
4,8,22 15:15,16,
18,25 16:4,8,14
25:15 29:25 30:18
31:8,14,18,19,23,
25 32:2 53:23 62:7
63:21 65:7, 89:10,
18,19 90:25 94:24
95:4,7,10 97:4
98:21 99:10
100:12 101:24
109:13 119:15,22
120:15,17 121:9

**meetings** 10:20,
23 11:2 12:3,6,7,
15,24 15:12 16:8
32:14 56:23,25
57:3,4,7,10 82:5
95:3 97:4 103:12
109:11

**member** 23:25
39:17,19 59:5,10,
12, 74:13

**members** 16:5
22:20 23:7,13
31:16 32:13 44:12,
50:13 53:4,6
59:16,24

**membership**
87:8,9

**memo** 50:16,23,
24 51:5,12 52:11,
12,15 53:24 54:2
91:24 92:8

**memorandum**
50:11,21

**memory** 94:12

**Meredith** 92:12

**message** 82:9

**met** 6:21

**Michael** 41:25

**mid** 58:21

**middle** 116:2,9

**Miller** 114:3,9,13 116:5,15

**mind** 18:22 103:16

**mine** 5:3 106:7

**minute** 94:15

**minutes** 12:2,23 13:16,19,22,25 14:4,16,17,22 15:4,6,11,14,16,25 16:4,9,14,15,19,22 29:25 30:17 47:10 63:22 64:7 65:6 89:11,18 95:13 107:14 119:16,23 120:15,22 121:9

**mischaracterize** 47:12

**missed** 83:5

**missing** 112:5,7, 22

**mission** 58:3

**mistake** 112:10, 14

**mistaken** 108:18

**moment** 40:16 87:5

**Monday** 10:24 11:3

**money** 110:23

**month** 10:23,24 11:3

**monthly** 11:9 15:15 16:8

**months** 11:4 58:18

**moratorium** 108:6,12,24 109:2,

15,17 110:6

**morning** 4:15 6:20

**Motion** 64:15

**Mountain** 104:8

**mouth** 15:2 22:25

**move** 31:8

**moved** 26:20 28:3,22 36:15 42:14 64:12

**movement** 79:3, 9,10,15 80:25

**multiple** 42:12 85:15

**municipality** 43:16

**music** 32:25 81:18

**N**

**named** 77:22

**native** 26:24

**nature** 32:15,21, 23 33:16 34:7 77:2

**nearby** 93:20

**necessarily** 11:22 71:5 84:7,22

**neighbor** 38:15 88:2,3

**neighborhood** 87:2

**neighborhoods** 114:12

**neighbors** 67:15 68:16 71:5,7 101:2 113:10

**News** 25:25 35:6, 7,9 38:18,25 71:2 116:23

**newsletter** 58:5 79:20 80:6,7 120:12

**newsletters** 58:11,14

**newspaper** 40:20 99:19 113:16,21 121:14

**newspapers** 34:16 94:7

**Nick** 10:8 110:22

**night** 97:2,17 99:8

**nights** 97:17

**nodding** 5:8

**nomination** 56:6

**nonresidents** 76:13

**normal** 17:5

**Nos** 30:2 49:25 63:23 65:16 92:21 95:15 107:14 113:17 119:16,21, 23 120:8,10,13,21, 23 121:10,15

**Notary** 4:4 122:1

**Noted** 118:17

**notes** 14:2,6,11 90:25 120:17

**Notice** 5:23 18:5 119:7,12

**notification** 81:7

**notifying** 80:24

**Novick** 111:13,14

**number** 39:14 100:6

**numbers** 30:9 68:19

**Nyack** 26:22

**O**

**object** 27:23 35:13 37:19 46:2, 13 48:16 51:3 53:15 55:2 60:23 61:8,19 67:3 68:24 69:5 72:8 75:25 76:20 78:22 80:19 84:21 98:16 115:4 117:7,16,23 118:7

**objecting** 72:9 85:8

**Objection** 84:5, 12

**occasionally** 26:13 38:24 75:18 86:24 104:5 107:4

**occasions** 75:16

**occupants** 9:10

**occurred** 49:10 65:7

**occurs** 16:19

**October** 93:16

**off-the-record** 55:11

**office** 8:22,23 34:9 59:3 82:25 83:8 106:24

**officer** 57:13

**officers** 57:8,18

**official** 13:13 71:9 80:17,20

**officials** 55:22 70:3 79:5,6 109:9, 12

**older** 21:3 29:5

**open** 13:2 61:3

**opened** 38:13

**openings** 81:13, 14

**opinion** 29:17 117:14,15,18,20 118:2

**opinions** 25:19, 22

**opportunities** 16:7,11

**opportunity** 15:24 16:3

**oppose** 42:6,8

**opposed** 9:7 46:14 56:8 101:18 102:8

**order** 82:13

**ordinance** 43:17

**organization** 23:23 48:22

**organizations** 87:3

**organize** 56:15 57:11

**organized** 55:25 106:20

**organizing** 77:25

**original** 42:14, 62:15,18,25

**originally** 27:2 106:20

**Orthodox** 31:2,11 33:22,25 35:11 36:10,13,19,22 37:6,18,24 38:2 44:15 84:10,19 91:13 94:3

**outcome** 122:17

**overtaken** 116:5, 15 117:5,12,22 118:11

**owned** 41:12,17, 23 48:15 64:22,25 65:2,5

**owner** 42:21 48:4, 7,11 49:6

**owns** 42:19

**P**

**p.m.** 118:17

**packed** 95:6 103:12,18 104:11

**Packet** 104:17 121:7

**Page/line** 121:5

**pages** 51:18,19 66:2,3 95:19,22 106:11,16,17

**Palo** 27:12 45:10

**pandering** 82:22

**paper** 15:6 60:14, 16

**paperwork** 57:8, 16

**paragraph** 82:12 89:23 93:19 115:6

116:2

**paragraphs** 64:9 116:12

**parks** 17:15

**part** 22:10 78:12 87:20 112:6,22

**partial** 105:17

**participate** 7:13 39:15 53:3,22

**participated** 7:15 39:13

**participating** 109:7

**participation** 82:2

**parties** 55:20,24 122:15

**parts** 105:12

**party** 39:10,12,13, 18,20 55:17,18 56:3,4,5,15,17,18, 19,24 57:3,8,14, 21,22,23 58:4,25 59:6,12,14,18,19, 20,24 81:17 106:20,25

**pass** 54:20 86:8

**passed** 43:16,23 54:24 82:16

**passing** 24:18 55:8

**past** 101:14

**Patrick** 42:3,19,24 43:5 78:20,24 85:13 93:21

**Paul** 96:14,15

**PELOSO** 22:21 25:2 27:23 30:9 33:17 34:19 35:13 37:7,19 46:2,13, 16,19 48:6,16 51:3,16,19 53:15 55:2 60:21 61:8,19 62:2 64:24 66:4,7 67:2,8 68:24 69:5 70:19 72:8,12,21, 75:25 76:20 78:22 79:4 80:9,19 84:4,

12,21 88:18 95:23 98:16 105:21 106:2,12,14 112:12 115:4 116:10 117:7,16, 23 118:7,16

**people** 37:13 39:14 40:11 44:6, 10,11 46:22 48:24 56:2,3 57:7 58:8 67:15 70:23 77:3, 10 86:23 98:21,22 99:4,9,12,24 100:6,20,23 104:6 114:8 117:25

**people's** 89:3

**percent** 36:24 82:19

**percentages** 99:17

**performs** 9:5

**period** 19:13,18 20:12,13,14 29:2 58:15,17 67:14

**permanently** 93:23

**permission** 99:24

**permit** 86:17

**permits** 86:17

**permitted** 52:17

**persevere** 111:25 113:5

**person** 14:2,6,15 15:3 16:14 61:15

**person's** 14:16

**personal** 20:20 21:7

**personally** 9:20 41:25 47:8 49:12 71:11 74:15 116:3, 13 117:3

**personnel** 12:22

**persons** 88:11 99:18

**perusing** 6:5 18:13 64:3 91:6 93:3 104:24 111:12 113:25

**phone** 93:11

**phonetic** 99:16

**piece** 43:15,22

**placement** 29:10

**plaintiff** 40:22

**Plaintiff's** 5:24 6:3 7:5, 18:7,10 30:2,5 50:2,5 63:23 64:2 65:17, 20 71:22,24 74:5,8 79:22,25 89:12,15 91:3,5 92:22,25 95:15 104:18,21 107:15,18 110:13, 16 111:8 113:17 121:5

**plaintiffs** 4:20

**Plaintiffs'** 7:3 119:10

**plan** 66:12,21 69:19 70:17 82:3, 15 85:5 108:16,17, 19 109:3,6,9,17, 21,22

**planner** 54:16

**planning** 17:21 50:11,15 53:5,7 54:11,12 74:14 110:22

**plans** 54:14

**platform** 55:18 57:21,24 58:2

**point** 38:12 52:25 62:17,19,20 69:8 86:14 87:20 93:5 95:21 98:4 100:11 105:15 113:21

**politically** 116:5, 15 117:5,13,22

**politics** 39:11 93:24 100:2 106:22

**POM0002978-80** 107:14 121:10

**POM0003064-75** 30:2 119:16

**POM0009863-64** 71:21 120:10

**POM0011723** 119:23

**POM0011723-27** 63:23

**POM0013252-53** 113:17 121:15

**POM0013255-59** 65:16 120:8

**POM0013281-84** 79:21 120:13

**POM0014737-40** 49:25 119:21

**POM0015636** 104:18 121:8

**POM16289** 89:11 120:16

**POM16944** 110:13 121:12

**POM16958** 74:5 120:11

**POM21217** 111:8 121:13

**POM3072** 30:7

**POM33617** 18:7 119:14

**POM33666** 91:2 120:18

**Pomona** 4:12 7:17 8:24 10:4,10 20:7 21:24 22:5 23:3 24:18 26:12, 18,20,21 31:12,21 36:7 38:3,7 39:11 41:6 42:15 52:18 54:20,25 55:9,21 58:2 64:7 70:9,17, 18 71:6 72:4,6,18 78:14 79:2,15 80:17,23 83:22 86:2,20 88:8 89:5, 18 92:10 93:17 94:11 95:14 99:20 100:16 104:9 105:8 106:19 111:15 114:14 115:3 116:4,14 117:4,12,22 118:6, 10 120:22

**Pomona's** 82:2

**population** 33:22 36:13 38:2 99:20

**populations'** 33:25

**portion** 80:6

**position** 72:5,13, 14 73:11,20,21

**positions** 73:15, 17

**possession** 19:13 20:17

**possibly** 47:2

**postcard** 80:23 81:6

**postcards** 81:15

**posted** 40:18

**power** 32:5 48:2

**Pre-school** 49:24 51:8 119:19

**preceding** 57:10

**preference** 114:10

**preparation** 11:21

**prepare** 6:7,11, 17,22

**prepared** 15:16

**prepares** 16:21

**preparing** 17:24 68:2

**present** 42:21 65:10 116:19

**presented** 15:17 16:22

**presently** 39:14 62:3

**preservation** 18:5,17 57:23 119:12

**preserve** 20:7 23:20,25 24:4,7,9, 15

**president** 8:15

**press** 39:6

**presupposes** 52:12

**previous** 102:15

**previously** 35:24 39:5 58:8 77:13 100:18

**primarily** 9:14

**Primary** 49:23 51:8 119:18

**principal** 8:22,23

**Printout** 120:19

**prior** 8:7 15:15 20:4 48:11 49:6 60:4 69:2

**private** 111:2

**privileged** 18:6 60:22 119:13

**problem** 112:21

**problems** 75:19

**process** 10:10 13:24 15:19 16:18, 19,23

**produce** 19:25 20:5 58:10 60:13, 15,25 62:7

**produced** 14:4 58:14 60:9,14 61:3 62:11,15 67:6 96:3,5

**production** 58:11

**professional** 54:7

**program** 63:7

**programs** 29:9 32:24,25 33:2,4,9

**prohibits** 100:5

**project** 67:19 68:17 72:6 100:19, 24

**projects** 11:14 17:7,14

**Prol** 74:11,18

**properly** 34:25 75:11

**properties** 36:7

**property** 8:23 38:11 41:4,9,11, 17,23 42:20,25 43:3 48:5,12,15 52:6,9,12,20,24 53:3,8 63:18 64:23 65:3 66:22 68:8,22 69:3 76:15 78:21 86:6,21,23 91:12 92:9,10,12 97:13, 19,20,23 98:9,15, 19 100:7

**proposal** 66:20 97:23 98:7,25 108:13

**proposed** 49:23 51:8 52:14 68:7, 18,22 69:9 98:18 99:3 100:20 101:12 119:18

**proposing** 98:3

**protect** 114:9,12, 22 115:7

**protecting** 115:23

**provide** 61:21

**provided** 6:14 19:12,16 20:11

**public** 4:4 10:24, 25 31:16 32:13,22 44:12,13 94:19 95:13 96:9 103:12 109:13 120:22 122:1

**purchase** 49:9

**purchased** 63:18 64:24

**purchasing** 52:6

**purpose** 11:10, 13:12 31:23,24 53:2,9 78:10

**purposes** 81:19

**put** 14:25 15:6 22:24 105:13

**putting** 9:11 112:25

**Q**

**quality** 29:4,13 57:25 77:8

**quarters** 99:18

**question** 5:2,12 13:5 14:24 18:11, 19, 19:23 25:8,11, 12,16,17 30:13 36:12 37:11 40:5 43:18 55:4,5 61:10 67:9 68:4 69:7 72:4,10,15,16,22, 24 76:2,22 79:7,8, 12,13 90:14 96:22 105:23 106:14

**questions** 5:15 30:23 43:20 47:16 69:25 80:3 113:24 118:16

**quibble** 98:7

**quickly** 31:8

**quo** 77:4

**quote** 68:6 114:17 115:23 118:11

**R**

**Rabbi** 49:16

**rabbinical** 4:19 18:18 20:8 40:23 41:12,16 63:17 64:13,22 66:21 68:11,23 69:4,10, 14,16,20 70:18 97:13 98:10

**raise** 110:23

**Ramapo** 23:20, 24,25 24:4,7,9,15 28:9,13,16,19,22 29:3, 32:8,16,22 34:2 43:23 44:9, 19,24 45:6 47:14, 22 71:8 78:12,15 82:3,25 83:8,14, 17,24 84:11,20 92:13 114:11

**Ramapo's** 85:5

**ran** 35:23 56:14 60:2 106:23

**rare** 75:15,18 81:22 103:25 104:13

**RC1065-1173** 95:15 120:23

**RC1111** 102:23

**RC1618-19** 120:21

**read** 25:5,24 26:3, 5,10 31:5 35:6 64:10,11 67:21,24, 25 82:10,14 83:2 89:23 90:4 91:15 93:20 95:18,23,25 96:20 97:11 99:19 100:15 101:21 102:14 103:5 112:3,4 114:15 116:7,17

**reading** 96:24 102:17

**reads** 51:8 91:7, 11 93:19 101:7,8

**ready** 15:17

**real** 94:16 101:20 102:10 111:16

**reason** 13:21 42:18 102:3

**reasonable** 99:21

**reasons** 12:18

**rebuild** 87:20

**recall** 6:6 12:12 16:7,10 18:13 19:2 20:13,14 21:2 24:8 32:11,17, 38:19 39:2 41:3,18 52:8, 10,16,19,24,25 53:5 55:8 58:13 65:25 66:3,12,13, 14,15,24 70:4,6,8, 9 72:5 73:10 74:17,18,20 75:23 76:4,7,10,11 80:14,16,20,22 81:2 87:4,11,14 89:4,7 90:20,21 91:10,23 92:2,6,7 93:16 94:9,18,21 100:9,11 101:23, 25 104:4 107:7,20, 21 108:9 109:7

**rare** 75:15,18 81:22 103:25 104:13

**receive** 15:11 19:4,5 20:6 54:16 75:17

**received** 7:11 12:4 13:16,19 17:10 18:15,24 19:17 24:6 50:19 86:16 105:5,7

**receiving** 13:22 19:10 74:17,19,20 107:7 110:19,20

**recent** 13:18 21:5 103:24 104:4

**recently** 12:4 59:15 104:3

**recess** 55:12 94:17

**recognize** 78:5

**recollection** 4:25 7:12 30:24 31:3, 10,15 45:18 50:20, 22,25 51:23 53:12 54:23 64:20 89:25 90:6,8 93:4,8 95:7 96:25 97:12,15,21, 22 98:2,5 108:25

**recommendation** 10:15

**recommendations** 50:14 54:9

**reconvenes** 13:2

**record** 13:3,11 30:16 63:4 90:16 102:2 122:12

**records** 13:14

**recreational** 81:16,17

**redo** 109:21

**refer** 56:17 87:7 113:8

**reference** 74:21 83:13 93:25 95:19 102:12 103:7 109:23 113:3,7

**referenced** 83:10 91:18

114:19 115:16,20, 24 116:22

**references** 72:3

**referencing** 114:21

**referred** 88:12

**referring** 41:10, 11 67:4 83:10 113:2

**refers** 115:22

**refresh** 4:25 31:10 50:25 51:22 64:20 90:6 94:12 96:25 97:11

**refreshes** 89:24 95:6

**regular** 10:21 11:2,8,16,21 12:14 26:3

**regularly** 10:22 26:4

**Regulations** 49:24 51:9 119:20

**relate** 35:9,11,14

**related** 109:6 122:14

**relates** 31:2 53:19 85:5

**relationship** 42:24 108:16

**relevant** 61:2,22

**Religion** 92:21 120:20

**religious** 37:24 86:19 87:3 88:10 108:6 109:24 110:7 114:11

**remember** 10:7 13:20 17:12 19:6,8 20:10 31:22,24 41:21,22,24 49:11, 12,15 50:16,18 53:9,10,11,20 55:10 60:5,6 63:20 67:8,23 68:15,16 69:7,10 84:14 93:6 94:23,24 95:9 97:3,5,6 108:11 110:19,20

**remembered**

52:5

**remodeling** 9:6,7

**renovations** 9:12

**repairs** 17:14

**repeat** 18:19,21 43:18 116:13

**repeated** 18:23 79:8

**rephrase** 14:24 36:11 61:12 76:3

**replaced** 107:25

**replied** 69:6

**reported** 82:4

**reporter** 4:6,9 5:7, 14 14:7 38:16,24 96:7 122:1,23

**Reporting** 96:6

**represent** 84:3 95:5

**representation** 56:18

**representations** 97:16

**representative** 87:16

**representatives** 71:12

**Republic** 55:23

**Republican** 56:8

**request** 58:11 62:8 64:12 88:5 90:10

**requested** 6:14, 15

**require** 10:14 88:5

**required** 115:15, 18

**reside** 43:6

**resident** 70:16 71:4 106:18 111:14

**residential** 9:5 28:7 42:16 77:8

**residents** 31:19 32:3 33:6 70:10 71:6 76:5,8,11,13, 16,24 77:4,18,23 80:24 81:7 82:20 93:17,20 99:21 100:15 115:2 118:6,9

**resolution** 73:23 90:7,17

**respond** 22:15,16

**responded** 6:13 47:11

**response** 19:9, 58:11

**responses** 7:3, 14,15 119:9

**responsibilities** 14:19 17:8

**responsibility** 54:20 82:19

**responsive** 60:18 61:6,16,21 63:13

**restate** 29:18 72:15 79:7

**restriction** 99:23

**results** 109:18

**resumed** 55:13

**review** 17:23 71:25 80:2

**reviewed** 60:17 61:23 62:8

**right-hand** 105:25 113:22

**rights** 88:22 89:3

**RLUIPA** 88:12 90:3,7,18

**Road** 4:11 8:24 92:14

**Rockland** 25:24 26:14 27:21 35:5 36:14 47:24 116:23 122:1

**Roman** 40:15 59:9 60:2

**room** 46:15

**rot** 87:21

**roughly** 28:20 56:16

**Route** 108:5

**Routes** 41:5 64:14

**row** 40:2,3

**rubber** 82:16

**rules** 4:25

**rumor** 91:8,11,17, 19,22 92:2,3

**rumors** 92:2 100:19

**run** 39:7,16,24,25 40:6 55:22 56:4,11 58:23 71:3

**running** 38:23 59:2

**rural** 42:16 77:7

**S**

**sale** 49:13

**Salit** 4:3 122:1,23

**San** 27:13

**sand** 82:17

**Sanderson** 10:8 64:11 103:20 110:22

**Sandy** 96:5

**sat** 17:20

**Saunders** 96:5

**Savad** 96:14,15 97:3,11,24 99:10

**Savad's** 97:16

**save** 62:25 63:8

**saved** 61:25 62:15,18

**saves** 63:7

**saving** 63:2

**school** 28:10,13, 16,19,22 29:20 32:8 33:16 34:2,7 45:3,8 49:23 51:8

52:14 119:18

**schools** 31:15,17, 22 32:5,16,22 33:3,9,14,22 49:25 51:10 52:17 53:14, 19 54:3,24 55:9 94:11 119:20

**Scott** 91:13

**Seconded** 64:15

**sect** 37:2

**seeking** 9:12 82:25 83:8 97:18

**selected** 107:3

**selecting** 10:11

**self-explanatory** 110:3

**send** 81:11

**sense** 112:20

**sentence** 31:4 93:20 112:23 113:2

**sentiment** 75:24 76:17 100:14 102:6 118:5,10,12

**serve** 8:8

**served** 8:4 10:3 17:2 83:22

**server** 75:18

**services** 86:24

**session** 12:10,14, 19,24 13:3,4,10, 12,14

**sessions** 12:6,21

**set** 7:4 122:10,18

**shaking** 5:8

**Shedler** 91:13

**shopping** 28:5

**shorthand** 122:1, 23

**sic** 64:14 99:19

**side** 86:21,23 92:13 113:22

**similar** 75:23 85:18

**single** 46:14
105:2

**sir** 88:14 96:8,10
109:19

**sit** 7:17 24:14
69:13

**site** 52:21

**sitting** 59:11

**sixteen** 7:22 12:9
24:17

**size** 100:22,24

**sizes** 68:19

**sketch** 76:14

**slate** 39:7

**small** 38:15

**smaller** 85:10,14

**snowplowing**
104:6,10

**Sobel** 4:16 51:13

**sold** 91:12

**solution** 100:4

**song** 26:23

**sort** 11:19 98:24
110:3

**sound** 49:19
108:20

**sounds** 15:3
19:24 22:23,25
26:23

**speak** 16:5 109:16

**speaking** 5:14
25:23 45:20 68:16
87:11 93:16 97:5
102:13

**special** 82:22
86:16

**specific** 22:22
36:17 55:5 67:20
70:12,15 77:8
80:16 84:15,17
88:25 93:4,7
109:23

**specifically** 19:6,
8 32:11 33:20
38:18 43:2,24

48:20 50:18 53:2
68:12 79:14 80:2
83:11 84:14 93:5
94:23 95:9 97:6
115:10 118:13

**specifics** 68:18
78:2,6

**speculate** 41:20
87:10 114:25
115:13,14

**speculation** 47:4
67:7,12,16,17,19
68:6,20 100:19

**spoke** 38:15,17

**spoken** 38:6,10,
21,25 39:2,5

**sports** 32:25

**Spring** 49:2,5,14
51:2,6,23 52:6,9

**Square** 93:22,25
94:2

**ss** 122:1

**St** 82:15

**stamp** 82:16

**stand** 58:9 76:8,
18 106:10

**standards** 29:20

**standpoint** 11:9

**Stanford** 45:10,
13,14 46:17,18
47:5

**start** 10:20 59:22
70:14

**started** 63:9

**starting** 21:3
23:16 66:10

**State** 4:4 9:21
27:4 55:25 122:1

**statement** 58:3
83:14 100:9
101:23 102:4
108:9 110:4 114:6

**statements** 99:9

**States** 33:3 45:2

**stating** 58:6

**statistics** 44:6

**status** 77:4

**statute** 88:9,17,22

**Stepanovich**
4:14,16 5:21 6:24
18:2 25:3 29:22
37:9 49:20 51:18
55:15 65:13 71:18
74:2 79:18 89:8
90:23 92:17 94:14
95:11 104:15
105:22 107:11
110:10 111:5
113:14

**storage** 86:14

**stories** 40:19

**straight** 30:16

**street** 42:17 71:7
77:19

**strike** 43:19 59:17

**structure** 86:19

**student** 43:9,17,
22 44:2,16,20,23,
24,25 45:2,12,17,
21,22,24 46:10,11
47:6,13

**students** 33:4
43:14 45:19,20,
46:25 97:19

**stuff** 54:12 77:9
104:6

**subject** 51:7
112:9

**subordinate**
82:22

**Subscribed**
118:22

**subscriber** 26:6

**subsequent** 29:7

**subsequently**
14:3 27:13

**suburban** 93:24

**suggested** 31:8

**suggesting** 110:6

**suggestions**
54:3

**summer** 48:18,
21,24

**Supervisor** 82:15

**Supplemental**
7:3 119:9

**support** 33:8 42:6
76:8,18 79:2,15

**supportive**
106:25 108:13

**surrounding**
82:21

**swing** 33:13

**sworn** 4:3 118:22
122:11

**system** 22:10,16

_____

**T**

**table** 116:6,16

**takes** 14:6,7,11,15
15:3

**taking** 16:14 72:5
73:10 80:17

**talk** 70:16

**talked** 32:24
55:16 57:20 60:7

**talking** 22:21
24:22 37:12,15
51:16,20 59:18
62:2 66:7 70:9
77:7 79:5 98:21
103:2,4 108:15
110:22

**Tartikov** 4:19
18:18 20:9 40:24
41:13,16 63:18
64:13,22 66:21
71:13 96:19 97:18

**Tauber** 41:25

**tax** 36:6 64:12,14

**taxes** 31:2,12,14,
23 32:17

**tech** 62:22

**telling** 76:8

**temple** 38:12,13,
22 86:2,9,17,18
88:4

**ten** 21:17 23:14,
15,17,19 48:2
63:9,10 94:15
98:13

**tenure** 86:12

**term** 11:20 34:13,
14,15,17,22 35:4,
7,8,16 41:9,11
43:8,11 48:8
83:18,23 84:8,9
95:6

**terms** 58:21 85:8

**testified** 4:5 68:4,
25 76:12 111:18

**testimony** 47:12
70:6 109:15
122:13

**thing** 87:22 96:2
102:25 104:4
108:15

**things** 9:10 11:13
17:16,18,19 28:6
33:13 73:15 81:18
94:25 95:2 97:25
98:4,20,22 99:2,
104:5,12 105:3
106:23 109:4

**thought** 32:21
47:14 61:21 107:6
109:2

**ticket** 55:23 56:5

**tie** 43:2

**time** 5:2,18 6:14,
21 12:13 15:14,18,
20,23 18:20 19:13,
18 20:12,13,14
28:22 34:5 35:25
39:3 41:8,21
45:16,20 46:19,20,
21 52:16 55:12
56:14 57:5,6 58:7
67:15 69:2 70:19,
20 72:15 75:19,20
77:11 78:19 87:7
93:12 95:20 98:8,
23 103:17 111:16,
24 116:4,14 117:4,
11,21 118:17

**times** 38:14,16,20
43:21 98:13

**today** 24:14 41:8

56:21 66:4,5,18 69:2,13 85:23

**today's** 6:7,12 17:24 68:2

**told** 6:10 68:17

**Toll** 14:14

**top** 53:20 57:19 103:23 105:24 111:17

**topic** 32:8

**totally** 83:19

**touched** 77:13

**town** 43:23 44:9, 19 45:6 47:22 78:15 82:3,16,19 83:17,24 84:20 85:4 92:13,20 93:22 94:3 120:19

**town's** 82:15

**towns** 47:23

**traffic** 28:5

**transcribe** 14:16

**transcript** 102:3 122:11

**transmittal** 49:22 106:13,15 119:17

**treated** 108:7 109:25 110:8

**true** 111:22 122:12

**trustee** 35:25 64:15 107:23,24 108:2 114:14

**trustees** 7:18,21 8:8 10:19 11:13 12:7 17:4 29:24 30:18 31:7 39:8,17 50:14 59:5,11,25 63:21 73:10,18,19 81:5 83:22 86:7 87:12 89:10,18 95:14 103:11 107:13,19,22 119:15,22 120:14, 23 121:9

**truth** 8:2 21:3 57:15 69:20 88:23

**turn** 30:6 66:2 89:22 93:11 96:12 97:8 99:13 102:23

**turned** 20:17 60:10

**turning** 30:22

**twelve** 11:4

**type** 44:11 45:12 85:18

**types** 10:20 81:17

**typically** 10:22 56:2 81:11,18

**typo** 112:6

**typographical** 112:21

---

**U**

**Uh-huh** 15:5 110:25 114:16

**ultimately** 30:7

**undergraduate** 45:19

**understand** 5:2,4 15:2 30:25 33:6 36:12 37:11,13 40:4 41:10 43:11, 13 53:16 55:4 61:9,11 84:2 88:20,21 98:6,8 109:14 117:17,24

**understanding** 10:12,16 12:17,20 34:17,21 35:2 45:24 46:9 78:11 85:3,7 88:16,24,25 98:14,18,24 115:11 117:2

**understood** 69:3, 9 79:13

**unhappy** 103:18 104:7

**unheard** 81:22

**Unidentified** 102:24

**unified** 85:23

**unincorporated** 71:8 78:12

**United** 33:3 45:2

**units** 42:12 85:15

**update** 108:19

**updated** 109:3

**urge** 90:2

**urging** 90:17

**us?'** 114:9

---

**V**

**vague** 27:24 48:16 51:4 55:3 72:8, 83:12 84:8

**Valley** 49:3,5,14 51:2,6,24 52:6,9

**village** 7:18 8:8 10:3,19 14:9,19 15:21 17:2,7,19,20 18:16 19:14,20,21 20:7 21:23 22:5,9, 10,16 24:18 26:11, 17,20 30:17,25 31:12,20,21 32:4 35:20 36:7 38:3,7 39:11 42:15 52:17 54:19,24 55:21 58:2,20,24 64:6 70:2,17 71:6,9 72:5 73:13,16 75:17 77:2,5,17, 21,25 78:7,13,14, 17,18 79:2,4,6,10, 15,16,20 80:7,8, 16,18,23,25 81:5,6 82:2,5 85:12 86:20 87:2 88:7 89:5,17 92:11,14 94:20 100:2,3,15 105:7 106:19,23 107:2 109:5,9,12,20 111:15 116:4,14 117:4,12,21 118:6, 10,11 120:13

**village's** 49:24 51:9 53:13 78:20 85:4 89:25 90:7 119:19

**villages** 78:15 82:20

**virtue** 99:22

**visited** 24:12

**vote** 10:14 25:10, 14,15,16,20 40:2 82:13,24 83:7,10, 16,23 84:3,9,20 86:8

**voted** 24:18 90:12,16,20

**votes** 35:3

**voting** 24:25 34:10,18,22 35:4, 14,17,18 94:9

---

**W**

**walk** 52:20,21 53:2,3,9

**walking** 52:24

**wanted** 32:3 47:15 78:11,12 109:5

**website** 24:10,11, 12

**wetlands** 94:21, 25

**whatsoever** 73:12

**WHEREOF** 122:18

**wife** 114:3,18,20 115:21 116:20 117:3,11,19

**Wispy** 120:20

**woodwork** 9:11

**word** 14:7 47:18 98:6,8 112:20

**words** 15:2 22:24 29:18 36:25 47:15 110:5

**work** 9:3,6, 17:17

**working** 11:14 54:17 75:11

**works** 89:2 96:19

**workshop** 10:23 11:7,11,12,19,24 12:2,11

**worried** 100:21, 24

**write** 111:21

**write-in** 35:24

**writing** 105:19 106:5

**written** 57:24 58:2,3

**wrong** 72:19

**wrote** 80:6

---

**Y**

**Yaakov** 72:3,6,17 73:4

**year** 7:23,25 8:4 10:9 11:5 58:18

**years** 7:22 10:7 12:9 16:17 17:11 21:17 23:14,15,17, 19 24:17 26:16,19 27:6,22 28:20 29:14 32:13 33:3 39:5 52:25 56:16 58:22,24,25 59:16, 23 60:2 63:9,10 81:4 83:21 85:24 103:10,22,25 106:21 111:23

**yeshiva** 49:2,5,14 51:2,6,23 52:6,9 91:13

**York** 4:4,12 8:20, 24 9:6,21 10:2 27:5,7,9 38:14,16, 20 55:25 93:24 122:1

**Yorker** 26:24

**younger** 29:6,7

**YSV** 51:15

**YSV-POMONA** 51:9

---

**Z**

**zone** 85:23

**zoning** 42:11,12, 14,15,16 49:24 51:9 53:13 76:9,

18,25 85:10,11,14,
16,18,21,22 100:4,
5 119:19

**Zoroastrian**
86:25