1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - X
    CONGREGATION RABBINICAL COLLEGE OF
4   TARTIKOV, INC., RABBI MORDECHAI
    BABAD, RABBI WOLF BRIEF, RABBI
5   HERMEN KAHANA, RABBI MEIR MARGULIS,
    RABBI GERGELY NEUMAN, RABBI MEILECH
6   MENCZER, RABBI JACOB HERSHKOWITZ,
    RABBI CHAIM ROSENBERG, RABBI DAVID A.
7   MENCZER, and RABBI ARYEH ROYDE,
                        Plaintiffs,
8                                       07-CV8304
            -against-                   (KMK)
9
    VILLAGE OF POMONA, NY; BOARD OF
10  TRUSTEES OF THE VILLAGE OF POMONA,
    NY; NICHOLAS SANDERSON AS MAYOR;
11  IAN BANKS as Trustee and in his
    official capacity, ALMA SANDERS
12  ROMAN as Trustee and in her official
    capacity, RITA LOUIE as Trustee and
13  in her official capacity, and BRETT
    YAGEL, as Trustee and in his official
14  capacity,
                        Defendants.
15  - - - - - - - - - - - - - - - - - X

16                      May 16, 2014
                        9:30 a.m.
17

18                      EXAMINATION BEFORE TRIAL of
        the Defendant, ALMA SANDERS ROMAN, taken
19      pursuant to Notice, held at the offices of
        Savad Churgin, 55 Old Turnpike Road, Nanuet,
20      New York, before a Notary Public within and
        for  the State of New York.
21

22                      *   *   *

23              SANDY SAUNDERS REPORTING
            254 South Main Street, Suite 216
24              New City, New York 10956
                    (845) 634-7561
25

1

2 A P P E A R A N C E S:

3

4

5   SAVAD CHURGIN
    Attorneys for Plaintiffs
    55 Old Nyack Turnpike
6     Suite 209
    Nanuet, New York 10954
7

  BY: DONNA C. SOBEL, ESQ.
8     JOHN G. STEPANOVICH, ESQ.

9

  ROBINSON & COLE, LLP
10     Attorneys for Defendants
    1055 Washington Boulevard
11     9th Floor
    Stamford, Connecticut 06901
12

  BY: JOHN F. X. PELOSO, JR., ESQ.
13

14

  DORIS F. ULMAN, ESQ.
15     Attorney for The Village of Pomona
    134 Camp Hill Road
16     Pomona, New York 10970

17

18
       * * *
19

20

21

22

23

24

25

1

2

3

4      IT IS HEREBY STIPULATED AND AGREED

5  by and between the attorneys for the

6  respective parties hereto that filing and

7  sealing are hereby waived.

8

9      IT IS FURTHER STIPULATED AND AGREED

10  that all objections, except as to the

11  form of the question, shall be reserved

12  to the time of the trial.

13

14      IT IS FURTHER STIPULATED AND AGREED

15  that the within examination may be signed

16  and sworn to before any Notary Public

17  with the same force and effect as though

18  signed and sworn to before this Court.

19

20

21

22

23

24

25

```
 1                    - Alma Sanders Roman -
 2              (At the request of Ms. Sobel the
 3         following document was marked.)
 4              (Whereupon, Notice of Deposition was
 5         marked Plaintiff's Exhibit 230 for
 6         identification.)
 7  A L M A   S A N D E R S   R O M A N, a Defendant
 8          herein, having been first duly sworn by Gale
 9          Salit, a Notary Public of the State of New
10          York, was examined and testified as follows:
11              THE REPORTER:  May I have your full
12         name, please?
13              THE WITNESS:  Alma Sanders Roman.
14              THE REPORTER:  May I have your
15         address?
16              THE WITNESS:  5 Camp Hill Road,
17         Pomona, New York 10970.
18  EXAMINATION BY
19  MS. SOBEL:
20      Q      Good morning, Mrs. Roman.
21      A      Good morning.
22      Q      My name is Donna Sobel.  You've seen
23  me before?
24      A      Yes.
25      Q      This is John Stepanovich.  We are two
```

                    - Alma Sanders Roman -

1    of the lawyers --

3      A      That I hadn't seen before.

4      Q      Okay.  We are two of the lawyers for

5    plaintiff Congregation Rabbinical College of

6    Tartikov, Inc. and the rest of the plaintiffs in

7    this lawsuit.  This is the court reporter who

8    will be taking down everything that you say.

9             Have you ever been deposed before?

10     A      A long time ago, yes.

11     Q      So I'm going over some of the ground

12   rules just to refresh you.

13     A      Yes.

14     Q      Everything that you say she will take

15   down and everything that I say she will take

16   down.  So it's important that you let me finish

17   my questions and then I will also let you finish

18   your answers rather than jumping on each other

19   and speaking over one another.

20            If at any time you don't understand a

21   question that I'm asking, please ask me and I

22   will either have her read it back or I will

23   repeat it.  Also, you are nodding your head right

24   now.  But when I ask questions I'll actually need

25   you to make sure that you make a verbal response

                    - Alma Sanders Roman -

1   so that she can take it down.  Because she won't

2   be able to take down head nods, only anything

3   that she hears.  Is that okay?

4      A      Okay.

5             MR. PELOSO:  One thing I would add is

6      if counsel asks a question if you would give

7      me a moment or two, I might object or not.

8      I might object during the course of the

9      deposition, but unless I tell you not to

10     answer the question please answer the

11     question.

12     Q      Do you understand that you took an

13  oath to testify truthfully today?

14     A      Yes.

15     Q      And do you understand that these

16  answers may be used at trial?

17     A      Yes.

18     Q      Your attorney already went over the

19  fact that he may make an objection, so we will

20  deal with that if and when it happens.

21            If at any time you want to take a

22  break, just let me know and we can accommodate

23  that, that's no problem.

24            Have you taken any medications today

                    - Alma Sanders Roman -

1    that will interfere with your ability to be a

2    part of this deposition or to answer these

3    questions?

4         A    No.

5         Q    Okay, great.

6              Is there any other reason that you

7    feel that you cannot accurately testify today?

8         A    No.

9         Q    Okay, good.

10             You've already stated your name and

11   address for the record.

12             You're here today pursuant to a notice

13   of deposition.  I'm going to hand you what's been

14   marked Plaintiff's Exhibit 230.  If you could

15   just look at that?

16        A    (Complying.)

17        Q    Just let me know if you've seen that

18   before.  Do you know if you've ever seen this

19   document before?

20        A    I don't recall seeing it.

21        Q    Okay.  But you were told by somebody

22   that you needed to appear today for a deposition?

23        A    I was told by the attorney.

24        Q    Yes.  Don't tell me what an attorney

                    - Alma Sanders Roman -

1

2    told you.  That's fine.

3              Are you currently employed?

4        A    Yes.

5        Q    Where are you employed?

6        A    Finkelstein Memorial Library, 24

7    Chestnut Street, Spring Valley, New York 10977.

8        Q    How long have you been working there?

9        A    Longer than I can remember.

10       Q    Okay, that's fair.

11             As far as the Village of Pomona goes,

12   you're currently a trustee, correct?

13       A    Yes.

14       Q    How long have you been a trustee?

15       A    About ten years.

16       Q    What other positions did you hold in

17   the village?

18       A    I've just had one.

19       Q    Well, you were on the planning board,

20   weren't you?

21       A    No.

22       Q    You weren't on the planning board in

23   the late nineties?

24       A    I was on the planning board, but not

25   in Pomona.

- Alma Sanders Roman -

Q    Okay, we'll get back to that.

And you were once, I think as a trustee you were on the ethics board?

A    It ran simul -- yes, yes.

Q    Is that normally how it works, that trustees serve as members of the ethics board also?

A    Yes.

Q    How long were you on the ethics board?

A    I don't remember quite the date. Probably within the last -- I don't remember quite the date.  I just don't remember the date.

Q    But you're not on the ethics board now?

A    It's the same board.

Q    What is the ethics board?

A    The ethics board is a board that determines or answers questions as to people's involvement in the village business.

Q    Do you meet regularly or only when an issue is brought to you?

A    Only when an issue is brought to us.

Q    What type of issues are brought to you?

                    - Alma Sanders Roman -

    A       Usually issues of whether or not --
conflict of interest is the only one we've had.

    Q       Are those meetings open to the public
or are they closed?

    A       They are opened, yes.

    Q       Is a record made of the meetings?

    A       Not to -- we've only had one or two,
so I don't know.

    Q       Who else serves on the ethics board
with you?

    A       One other trustee who is no longer
there.  Lamer I think.  I don't know who else.
It's kind of a -- I don't know.

    Q       But if there were a conflict of
interest, that board, you would still be dealing
with that?

    A       Yes.

    Q       Okay.  All right, great.

            As far as meetings go, the village
meets, the trustees meet twice a month; is that
correct?

    A       Correct, yes.

    Q       One is a workshop and one is a regular
board meeting?

                    - Alma Sanders Roman -

    A       Yes.

    Q       Can you explain the difference?

    A       One is preparation and one is actual

fact.

    Q       When you say actual fact, what do you

mean?

    A       When you deliberate in the interest of

the village.

    Q       Do you attend other meetings as a

trustee?  I know you already talked about the

ethics board, that you attend those.  Are there

any other meetings that you are required to

attend?

    A       No.

    Q       Are there any committees that you

oversee?

    A       That's the only committee.

    Q       Do you ever have joint meetings with

the planning board or the zoning board?

    A       Personally?

    Q       As a trustee, the board.

            MR. PELOSO:  Do you understand the

    question?

    A       I don't.  Other meetings I don't

- Alma Sanders Roman -

understand.

Q    Now I'll rephrase it, no problem.

Does the board ever have joint
meetings with another committee such as the
planning board or the zoning board?

A    About once a year.

Q    Did you do anything to prepare for
this deposition today?

A    Prayed.

Q    You prayed, okay.  I think hopefully
your prayers will be answered.

Did you speak with anybody other than
your lawyer about the deposition?

A    No.

Q    Did you meet with your lawyer?  And
don't reveal the contents of it if you did.  But
did you meet with your lawyer?

A    Yes.

Q    When did you meet?

A    I think it was yesterday.

Q    Was anyone else present during that
conversation?

A    Just the lawyers.  No.

Q    Did you bring any documents here with

1                    - Alma Sanders Roman -

2     you today?

3          A     I don't have any, no.

4          Q     Did you review any documents in

5     preparation for today?

6          A     No.

7          Q     Great.  So you just said a minute ago

8     you don't have any documents?

9          A     No.

10         Q     My question is:  Why don't you have

11    any documents, did you give them to somebody?

12              MR. PELOSO:  She said there's no

13         documents here today.

14         Q     Did you ever have documents that

15    relate to the Congregation Rabbinical College of

16    Tartikov?

17         A     No.

18         Q     Did you ever have any documents that

19    relate to the laws that were passed in, let's

20    say, 2007?  There are two laws at issue in this

21    case, Local Law No. 1 of 2007 and Local Law No. 5

22    of 2007.  Did you ever have any documents about

23    those?

24         A     Yes.

25         Q     Do you still have those documents?

1              - Alma Sanders Roman -

2      A      No.

3      Q      Where are they now?

4      A      At village hall.

5      Q      Did you give them to somebody at

6  village hall?

7      A      Everybody had document -- yes, yes.  I

8  didn't personally give them, but it was an email

9  document and everybody got it.

10     Q      What do you mean it was an email

11 document?

12     A      I mean we got the documents by email

13 and then there is a copy in the village hall.

14     Q      There's a copy in the village hall.

15     A      I don't keep personal materials of the

16 village at home.

17     Q      What about any emails that you sent to

18 somebody?

19     A      I didn't send anything to anybody.

20     Q      You didn't send anything to anybody?

21     A      No.

22     Q      You receive emails but you don't send

23 emails out?

24     A      No.

25     Q      Do you take notes at village meetings?

1              - Alma Sanders Roman -

2      A      Occasionally, yes.

3      Q      Were those notes turned over to your

4  counsel?

5      A      They were -- no.

6      Q      You made a hand gesture.  What

7  happened to them?

8      A      After the meeting we don't normally

9  keep the minutes nor the documents.

10      Q      You throw them out?

11      A      We sent them to village hall.

12      Q      You send them to village hall.  So

13  your notes are sent --

14      A      Very little notes do I have.  And it's

15  marked on the documents and they are

16  (indicating).

17      Q      So you send them to village hall.  Do

18  you know what happens to them then?

19      A      No.

20      Q      Who do you give them to?

21      A      I don't give them to anybody.  It's

22  just at the meeting I sort of got rid of the

23  materials and wait for the next meeting.

24      Q      But when you say get rid of them, are

25  you throwing them out?

1                     - Alma Sanders Roman -

2      A      I shred them.

3      Q      You shred them.  At village hall?

4      A      Yes.

5      Q      So there's a shredder in the office at

6  village hall?

7      A      Yes.

8      Q      Do the other trustees do the same

9  thing?

10      A      I can't answer for them.  I don't

11  know.

12      Q      You said you've been a trustee for

13  about ten years.  Do you know the exact date you

14  started?

15      A      Of course I don't remember.

16      Q      You don't know the exact date you

17  started, okay.

18              MS. SOBEL:  (Handing document to be

19      marked.)

20              (Whereupon, Memo dated 8/29/07, Bates

21      Nos. POM0007310-14, was marked Plaintiff's

22      Exhibit 231 for identification.)

23      Q      You've just been handed a document

24  that's been marked as Plaintiff's 231.  If you

25  can please take a look at it?

1                     - Alma Sanders Roman -

2        A        (Complying.)

3        Q        And if you could let me know if you've

4    ever seen this document before?

5        A        No, I have not seen it before.

6        Q        Did you ever receive a document

7    similar to this that talked about a document

8    hold?

9        A        No.

10       Q        For this lawsuit?

11       A        No.

12       Q        Do you have a personal email address?

13       A        Yes.

14       Q        What is it?

15       A        It's aroman@rcls.org.

16       Q        I'm sorry, at what?

17       A        Rcls.org.  R as in Richard C as in

18   Cary.

19       Q        What does that stand for?

20       A        Ramapo Catskill Library System.

21       Q        So is that your work email?

22       A        That's my only email.

23       Q        So you use it for both work and

24   personal?

25       A        Yes.

1                    - Alma Sanders Roman -

2       Q       How long have you had that email

3    address?

4       A       I don't remember.  A long time.  I

5    don't remember.

6       Q       So when you told me before that you

7    get emails, the agenda or a proposed local law,

8    does it get emailed to this email address?

9       A       Yes, anything I get is to that

10   address.

11      Q       Do you also have a village email

12   address?

13      A       No, I don't have -- I don't.

14      Q       There's not even an email address that

15   maybe things get forwarded to you?  I mean

16   @pomonavillage or something?

17      A       No, I don't get that.

18      Q       So tell me about what made you decide

19   to run to be a board member of the Village of

20   Pomona?

21      A       It's a civic duty.

22      Q       What do you mean by that?

23      A       You want to help the place you live.

24   Civic means, you know.  It's a civic duty.

25      Q       When you say help the place you live,

1                   - Alma Sanders Roman -

2    how do you know if you're helping?

3        A       Well, the law -- when you participate

4    you help.

5        Q       So you're participating by voting?

6        A       Yes, I vote.

7        Q       Do you speak to your constituents to

8    see what types of things they are interested in?

9        A       Yes.

10       Q       How do you do that?

11       A       I walk around the village and meet

12   people at the supermarket or wherever.

13       Q       Do you take that into consideration

14   when you vote on laws?

15       A       Yes.

16       Q       Do residents ever stop you to talk to

17   you about different laws or different things they

18   want to see happen?

19       A       No, they greet you, but not about

20   different laws.  They are concerned with the tax

21   or the garbage or something, but not laws.

22       Q       Do residents come to meetings to speak

23   sometimes?

24       A       Sometimes, yes.

25       Q       Do you take their comments into

                    - Alma Sanders Roman -

consideration when making decisions?

    A      Yes.

    Q      And when voting on laws?

    A      Yes.

    Q      How long have you lived in Rockland
County?

    A      Since 1962.

    Q      How long have you lived in Pomona?

    A      Since 1962.

    Q      So before the village was formed?

    A      Yes.

    Q      Has the county changed since you first
got here?

            MR. PELOSO:  Object to the form as
        vague.

    Q      Has the county changed?

    A      No.

    Q      No?

    A      No, it's the same county.  It didn't
change anything.

    Q      So in terms of amount of development
is it changed at all, is there more development
now than there was in 1962?

    A      Yes.

1          - Alma Sanders Roman -

2     Q     Residential development, more

3 residential development?

4     A     In Pomona it's only residential

5 development.

6     Q     But I'm asking about Rockland County

7 in general.

8     A     Rockland County, I don't have any

9 knowledge.

10     Q     Or in Pomona, in the general area

11 around Pomona?

12     A     There has been some changes, yes, some

13 new buildings.

14     Q     Is there more traffic than there used

15 to be?

16     A     Yes.

17     Q     Are there more stores?

18     A     More stores?

19     Q     Not just in the village, in the

20 general area surrounding the village.

21     A     They only have one -- we have no

22 stores in the village.

23     Q     Right.  But let's say in Ramapo, in

24 the Town of Ramapo is it more built up than it

25 was when you first got here?

```
 1              - Alma Sanders Roman -

 2      A      I would say yes.

 3      Q      How do you feel about all that?

 4      A      That's -- I don't have an opinion.  I

 5   mean, I don't have an opinion on that.

 6      Q      Do you worry that at some point that

 7   too much development will be too much?

 8      A      I don't understand what you mean, too

 9   much development.

10      Q      Okay.  I'll restate it.

11             Do you worry that if there keeps being

12   more development that it will be too much

13   development?

14      A      I don't worry.

15      Q      Do you have any environmental concerns

16   about living here?

17      A      Yes.

18      Q      Can you tell me about them?

19      A      Roads, water.

20      Q      What about the roads and water?

21      A      We have a large problem with our roads

22   because they are just country roads and we

23   continue to rehab them or try to keep them going.

24   They are mostly two lanes and it's very difficult

25   with the new cars and the old cars and everybody.
```

1              - Alma Sanders Roman -

2     So yes, I am concerned about the roads.  I just

3     feel that they are overused.

4         Q      Now, is the concern about traffic or

5     is it the wear and tear of the roads themselves?

6         A      Traffic.

7         Q      And then you said water also?

8         A      Yes, we have some issues with water

9     and flooding, part of the Minisceongo.

10        Q      What's the last name you said?

11        A      Minisceongo.

12        Q      Tell me about what those problems are.

13        A      We have floods in people's basements.

14    People call us and say they have floods.  It's

15    water level changes and so on we've had.

16        Q      Is there anything you attribute those

17    water changes to?

18        A      Yes, it's use.

19        Q      What about, have the schools changed

20    since you first got here?

21        A      In Pomona?

22        Q      Let's say the East Ramapo School

23    District.

24               MR. PELOSO:  Object to the form as

25          vague.

1              - Alma Sanders Roman -

2      Q      You can answer the question.

3             MR. PELOSO:  Answer.

4      A      Yes.

5      Q      How have they changed?

6      A      They have changed.  We were sort of

7    the number one educational institution.  Now we

8    are down to, I think there are seven of us, and

9    we are number seven.

10     Q      Is that in the county, seven in the

11   county?

12     A      No, you asked me about --

13     Q      You said you're number seven.

14     A      Of the school districts.

15     Q      Of the school districts in the county?

16     A      Right, yes.

17     Q      What do you attribute that decline to?

18     A      I don't know.

19     Q      You don't know?

20     A      No.

21     Q      You don't have an opinion?

22     A      I don't know how you go from one to

23   zero.  I don't know.

24     Q      What kind of changes happened in the

25   schools?

                     - Alma Sanders Roman -

1

2      A      Academic excellence, you know, the

3  schools are rated by the state, and we have lost

4  our ratings.

5      Q      Were there cuts in programs?

6      A      Yes, there's been some cuts in

7  programs.

8      Q      What types of programs?

9      A      Well, there have been some cuts in the

10  secondary and the elementary.  You know, each

11  year it changes.

12      Q      Who made those cuts?

13      A      The board and superintendent.

14      Q      Who comprises the board?

15      A      There are nine members on the board.

16      Q      Do you know who those members are?

17      A      Personally, no.

18      Q      Do you know anything about those

19  members?

20      A      No, I just know there are nine school

21  board members.

22      Q      Do you know if they are Hasidic or

23  Orthodox Jews?

24      A      Sitting where I'm sitting, how would I

25  know?

1          - Alma Sanders Roman -

2               MR. PELOSO:  I'm going to object.  She

3      said she doesn't know who they are, so how

4      can she know what religion they are?

5      Q     You can answer the question.

6      A     How would I know whether they are

7   Orthodox or Hasidic?

8      Q     Do you know what the traditional dress

9   of an Orthodox or Hasidic Jew is?

10      A     Not in detail, no.

11      Q     Have you seen or ever met an Orthodox

12   or Hasidic Jew?

13      A     Yes.  After you related to me that

14   they were Orthodox.  But I can't tell by looking

15   that they're Orthodox.  See, I have a different

16   issue.  You can tell what I am by my color.  But

17   I can't tell anybody's religion by showing up

18   unless they tell me, unless you say to me.  For

19   example, I don't know whether you are or not, I

20   don't know.

21      Q     Understood.  If you see a man wearing

22   a skull cap or a kippah, does that generally

23   indicate that they are an Orthodox Jew?

24               MR. PELOSO:  Object to the form.

25      Q     You can answer.

- Alma Sanders Roman -

1

2      A      Yes.

3      Q      What about when you see a man wearing

4  a long black coat, maybe a black hat, does that

5  usually indicate that they are an Orthodox or

6  Hasidic Jew?

7      A      I don't know.

8      Q      Have you heard people talk about the

9  fact that there are people on the school board

10  who send their kids to yeshivas?

11      A      To me, no.

12      Q      You've never heard anyone say that?

13      A      To me, no.  No one has said that to

14  me, no.

15      Q      Do you know what a yeshiva is?

16      A      What a yeshiva is?

17      Q      What a yeshiva is.

18      A      Yes, it's a religious school.  A

19  religious -- not school.  A religious -- well,

20  place of worship as far as I know.

21      Q      For Jewish children?

22      A      Uh-huh, yes.

23      Q      You used to serve on the East Ramapo

24  School Board?

25      A      Yes.

1                  - Alma Sanders Roman -

2       Q       When was that?

3       A       That was back in the sixties, way back

4   then.

5       Q       How come you no longer choose to do

6   that?

7       A       I lost the election.

8       Q       Have you ever run for election again?

9       A       No.

10      Q       So how come you choose not to run?

11      A       Because after I lost the election I

12  didn't run again.

13      Q       Okay, that's fair.  That's fair.

14              How about the Ramapo Town Board, has

15  that changed over the years?

16      A       I don't think so.  I don't know.

17      Q       Have you heard the term "voting bloc"?

18      A       Yes.

19      Q       Can you tell me what a voting bloc is?

20      A       It's when one group, political group

21  votes as one person.

22      Q       Have you heard that term used about

23  any group in Ramapo?

24      A       No, just a generic term.

25      Q       So you've never heard it used to talk

1                    - Alma Sanders Roman -

2     about Hasidic or Orthodox --

3         A       No.  Not to me, no.

4         Q       Do you get the sense that there is a

5     voting bloc in Ramapo elections?

6                 MR. PELOSO:  Object to the form.

7         Q       You can answer.

8         A       I just don't know.  You know, because

9     it's a secret ballot, I don't know.

10        Q       Are you familiar with the concept of

11    tax exempt properties?

12        A       Yes.

13        Q       How do you feel about them?

14        A       I feel that it's a village -- what is

15    the word I want to use?  I feel if it's

16    appropriate, it's okay.  It's the right to do so.

17        Q       You say if it's appropriate.  What

18    would make it appropriate?

19        A       Well, according to the statutes in the

20    village, there is a certain criteria for tax

21    exempt, and we use that.

22        Q       Do you know what that criteria is?

23        A       That you have -- that you have to be

24    of a -- we do it for religious institutions, for

25    educational institutions.  That's what we do in

1                    - Alma Sanders Roman -

2    the village if I recall.  I'd have to get the

3    statute here.  But that's usually what comes to

4    us.  If you open a church or a synagogue or, what

5    do you call the other thing?  Religious or

6    educational institutions are exempt by their use,

7    just by their use.

8        Q      Does that create more of a burden on

9    the people who do pay taxes?

10       A      No.

11       Q      No?

12       A      No.

13       Q      It doesn't cause the taxpayer's amount

14   that they pay to go up?

15       A      We have not had that issue, no.

16       Q      So if there were 100 properties in a

17   municipality and there were no tax exempt

18   properties, all 100 would pay towards the

19   municipality's costs for the year; is that

20   correct?

21              MR. PELOSO:  Object to the form.

22       Q      You can answer.

23       A      I don't know what you mean.  I don't

24   know.

25       Q      I'll restate that.  That's very fair.

1                    - Alma Sanders Roman -

2    It sounded like a math problem.  No problem.

3              If the village had all the properties

4    where people are paying taxes as opposed to only

5    some properties where people are paying taxes,

6    wouldn't the taxes be lower if all the people

7    were paying tax?

8              MR. PELOSO:  Object to the form.

9        A     I don't know.  I don't have -- I don't

10   know because our -- I don't know.

11       Q     Tell me, what do you know about

12   Hasidic and Orthodox Jews and their culture?

13       A     Nothing.

14       Q     Nothing?

15       A     I've never been part of the

16   organization, so I don't know anything.  I don't

17   know.

18       Q     Have you heard of the words keeping

19   kosher?

20       A     Yes.

21       Q     Do you know what that is?

22       A     Yes, I know what that is.

23       Q     Can you tell me what it is?

24       A     I know that from the library.  It's a

25   food issue where they use certain foods for

1          - Alma Sanders Roman -

2    certain days and certain -- it's a food -- from

3    what I can understand, food cookery.  Because we

4    get -- I get it at the library.  Keeping kosher

5    is a particularly culinary art for Jewish people.

6    That's what I think.

7        Q     You say you get it at the library.

8    What is your exact job at the library?

9        A     I'm a reference librarian.

10       Q     Do you meet a number of Orthodox or

11   Hasidic people at the library?

12       A     I don't know whether they are -- I

13   meet Jewish.  I don't know whether they are

14   Orthodox or Hasidic.  I can't tell the

15   difference.  But we do have, yes.

16       Q     Can you generally tell who they are

17   based on how they dress?

18       A     I don't -- no.

19       Q     So how do you know that they are

20   Orthodox?

21       A     Because they will come and ask for

22   something that has to do with what they are

23   looking for.  As a reference librarian you go and

24   try to find information.

25       Q     Have you ever heard the word mikvah?

                    - Alma Sanders Roman -

     A      I've heard mikvah, but I don't know
what it is.

     Q      What about the word shul?

     A      Yes, I've heard the word shul.

     Q      Do you know what it is?

     A      But I've never been to shul, I don't
know.

     Q      Do you know what a shul is?

     A      I know a shul is a religious group,
but I don't know anything more than that.

     Q      Are there more Hasidic and Orthodox
Jews in the area than when you first got here in
1962?

     A      I would say yes.  From what I can
understand, there's a couple of villages.

     Q      Tell me, what do you mean by a couple
of villages?

     A      We have New Square.  I understand
that's -- I don't -- I have never been, I don't
go there.  But I understand that's a purely
Jewish village.

     Q      What else makes you think there's more
now than there were before?

     A      Well, there have been two or three

                    - Alma Sanders Roman -

villages that have formed that I'm to understand

they were run by the Jewish faith.

    Q     Do you have any opinion about that?

    A     Live and let live, no.

    Q     What about, has anyone ever expressed

any opinions to you?

    A     About what?

    Q     About the fact that there's more

Orthodox and Hasidic Jews in the county?

    A     No.  Welcome everybody.

    Q     Do you read the Journal News?

    A     Yes, I read the Journal.

    Q     Do you not like the Journal News, is

that why it's funny?

    A     No, we read the Journal News.  It was

a little bit of a quirk.

    Q     Do you ever visit its website?

    A     Of the Journal News?

    Q     Yes.  LoHud I think it's called.

    A     No.

    Q     You just read the physical paper?

    A     Yes, when it comes out.  They throw it

in the driveway.

    Q     Do you ever get correspondence from

```
 1                  - Alma Sanders Roman -
 2    village constituents?
 3        A       Written to me personally?  No, not as
 4    a person, no.  Not as a person, no.
 5        Q       Have you ever spoken to the media
 6    about land use issues in the village?
 7        A       No, ma'am.
 8        Q       Do you ever speak to the media when
 9    you're running for office?
10        A       Yes.  We have a meet the candidates
11    night or meet the candidates day, whatever.
12        Q       When is the last time you ran for
13    office?
14        A       About three years ago.
15        Q       Did you run on a ticket with anybody
16    else?
17        A       Yes, I ran with -- two of us ran
18    together.
19        Q       Who was the other person?
20        A       Ian Banks.
21        Q       Did you run with him other times
22    before the last one?
23        A       The time before, yes.
24        Q       Did you guys have a platform that you
25    were running on?
```

1                    - Alma Sanders Roman -

2        A       Platform, I don't think so.

3        Q       Was there a political party that you

4    were associated with?

5        A       Yes, it was called like the Green

6    Party.  It was not a -- the village is not

7    partisan, so it's not --

8        Q       The party that you were running with,

9    did it have any sort of principles that it was

10   standing for?

11       A       Yes.

12       Q       Do you know what they were?

13       A       Yes, we wanted to continue in the

14   positions in which we held as trustees of the

15   Village of Pomona.

16       Q       Why did you want to continue?

17       A       Because we also believed it was a

18   civic duty.

19       Q       Have you ever posted on any Internet

20   forum or column or blog?

21       A       No.

22       Q       Are you aware of the lead plaintiff in

23   this case, the Congregation Rabbinical College of

24   Tartikov?

25       A       What does that mean?

                        - Alma Sanders Roman -

1

2      Q      Have you heard of it?

3             MR. PELOSO:  Have you heard the name?

4      A      Yes, I have heard the name, but I've

5   never seen anything.

6      Q      When you say you've never seen

7   anything, what do you mean?

8      A      I've not put on any election material

9   or anything, no.

10     Q      But you've heard of the college?

11     A      I've heard of it, yes.

12     Q      Are you aware of what they intend to

13  build on the property that they own?

14     A      No, I've not seen an application, no.

15     Q      Just to make sure we are on the same

16  page.  When I say for the rest of the day, when I

17  say the property do you know the 100 acre parcel

18  of property that is owned by Rabbinical College

19  of Tartikov?

20     A      Do I know where it is?

21     Q      Yes.

22     A      Yes.

23     Q      So when I say the property, we both

24  understand that we're talking about that piece of

25  property, right?

                    - Alma Sanders Roman -

1

2      A      Yes.

3      Q      Okay, I just want to make sure we are

4  on the same page.

5             So you say you've never seen an

6  application?

7      A      No.

8      Q      But have you heard about what they

9  intend to build?

10     A      Directly, no.

11     Q      What do you mean directly?

12     A      I mean no one has come to say, Alma,

13  we are going to do this or that, no.

14     Q      What about indirectly?

15     A      I've heard this was going to be an

16  intent just generally, but I don't know anything

17  specific.

18     Q      What have you heard was intended?

19     A      To build a school.

20     Q      Do you know what kind of school?

21     A      No, I didn't see an application so I

22  can't make that determination.

23     Q      Right.  But you said informally you

24  heard things.

25     A      I heard that it was going to be -- it

1                    - Alma Sanders Roman -

2    was a camp and it was going to be a school.

3    That's all I know.

4         Q      But you don't know if it was going to

5    be a Jewish school?

6         A      I don't know -- until I see the

7    application I don't know what the parameters are.

8         Q      Right.  No, I understand that you

9    haven't seen an application.  But you said you

10    heard things informally.  So I'm trying to get a

11    sense of what you heard informally.

12         A      No, I don't know anything about what

13    they were going to put there.

14         Q      Have you seen the Complaint in this

15    action?

16         A      What Complaint?

17         Q      There was a Complaint that was filed

18    that makes certain allegations.  It's what starts

19    the lawsuit.  Have you ever seen that Complaint?

20         A      No.

21         Q      You understand it's called

22    Congregational Rabbinical College, correct, the

23    name of the plaintiff?  It has the words

24    rabbinical college.

25         A      I didn't see the Complaint, so I don't

                    - Alma Sanders Roman -

know.

    Q    But you said you've heard of the plaintiff.  So you understand it has the words rabbinical college in the name?

         MR. PELOSO:  You can answer yes or no.

    A    No, I don't know.

    Q    You've never heard the words rabbinical college used in reference to the plaintiff in this case?

    A    Heard and seen, I don't know.  I mean I don't know that I have ever taken any -- I don't know.

    Q    Who do you think owns the property?

    A    I thought it was a group of persons that bought the property from the camp and there it sits.

    Q    What do you think they want to do with it?

    A    I'm waiting for the application.

    Q    Has anyone ever come to a meeting representing the owner and said that they have any plans for the property?

    A    I was not -- I don't know of any plans.

1                    - Alma Sanders Roman -

2        Q      Do you know who Paul Savad is?

3        A      Yes.

4        Q      Who is he?

5        A      He's an attorney here in town.  I

6    think we are sitting in his place, right?

7        Q      Yes, you are sitting in his place.  He

8    might walk through the door any minute.

9               So do you recall him coming to at

10   least one village board meeting?

11       A      Yes, I think I've seen him once or

12   twice.

13       Q      Do you remember what he talked about?

14       A      No, I don't remember at this point.

15       Q      Did you ever receive letters from him

16   requesting to speak informally about developing

17   the property?

18              MR. PELOSO:  Are you talking about

19       Miss Roman personally?

20       Q      Well, as a trustee.

21              MR. PELOSO:  Okay, fine.

22       A      I don't recall anything.

23       Q      Are you familiar with the Patrick Farm

24   development?

25       A      Familiar, I don't know anything about

1                    - Alma Sanders Roman -

2     that either.

3        Q      Is the village a party to a lawsuit

4     about Patrick Farm?

5        A      What do you mean a party to a lawsuit?

6        Q      Is there a lawsuit that the village is

7     in that has to do with Patrick Farm?

8        A      Yes.

9        Q      Can you tell me about that?

10       A      No, it was just -- we and several

11    other municipalities joined in with an objection.

12    I think it was -- I don't know the details.

13       Q      Did you vote in favor?

14       A      Of the Patrick Farms?

15       Q      Of the lawsuit.

16       A      Yes.

17       Q      How come?

18       A      Because I thought that the essence was

19    it would not be able to handle the

20    infrastructures because it was bordering our

21    village.  I thought it was an environmental

22    issue.

23       Q      What kind of things made it an

24    environmental issue?

25       A      Water, sewage, air, everything.

1                    - Alma Sanders Roman -

2        Q       What concerns do you have about this

3    property particularly?

4        A       It borders the village.  It's the next

5    property to the village.  That's the only reason.

6        Q       Do you generally oppose any

7    development that borders the village?

8                MR. PELOSO:  Object to the form,

9        vague.

10       A       No, I don't generally do anything.

11       Q       But so how come this property?

12       A       No, it came to our attention, and

13   several other villages, that this was going to

14   have an impact on the environmental issues in

15   that it has to do with water, it would have

16   something to do with the wetlands, it had

17   something to do with sewers, it had something to

18   do with roads.  And I didn't think that we could

19   entertain the amount of housing that would come

20   from Patrick Farm.  And it would be -- because

21   the water table, the water, you know, is what it

22   is.  I didn't think we could -- I don't think it

23   would be in the best interests of the

24   environment, which is next door, for us to not

25   object to that kind of development.

1              - Alma Sanders Roman -

2      Q      Have you heard of Preserve Ramapo?

3      A      Yes.

4      Q      Can you tell me what it is?

5      A      No.

6      Q      No?

7      A      I don't know what it is.  I'm not a

8  member.  I saw Preserve Ramapo on a sign.  I

9  don't know what it is.

10     Q      So you said you're not a member of

11 Preserve Ramapo?

12     A      No, I'm not a member.

13     Q      Did they ever contact you?

14     A      No, they have not contacted me.

15     Q      What about Rosa For Rockland?

16     A      What?

17     Q      Rosa For Rockland, R-O-S-A.

18     A      I don't know that name.

19     Q      What about Power of Ten?

20     A      I don't know.  That's in a book

21 somewhere, the Power of Ten.  It has nothing to

22 do with us.

23     Q      Are you a member of any other local

24 group or organization?

25     A      Salvation Army.

1                    - Alma Sanders Roman -

2        Q      Are you familiar with the former owner

3    of the property Camp Dora Golding -- Withdrawn.

4               Do you know that the property was once

5    owned by Camp Dora Golding?

6        A      Yes, it was on the map.

7        Q      It's on the map in village hall,

8    right?

9        A      Yes.

10       Q      Are you familiar with how they use the

11   property?

12       A      It was a camp.

13       Q      Do you know whether it was a Jewish

14   camp?

15       A      It didn't say that on the map.

16       Q      Do you know why they eventually left

17   the property?

18       A      No.  I mean that would be something I

19   couldn't know.

20       Q      Do you know who they sold the property

21   to?

22       A      No, I didn't have anything to do with

23   that transaction.

24       Q      Have you heard of Yeshiva Spring

25   Valley?

1                 - Alma Sanders Roman -

2       A       Yes.

3       Q       What can you tell me about Yeshiva

4    Spring Valley?

5               MR. PELOSO:  Objection, vague.  You

6         can answer.

7       A       Yeshiva Spring Valley is a yeshiva

8    that's on Main Street.  I pass it every day.  And

9    they have a school.

10      Q       Do you recall that they wanted to

11   build in the Village of Pomona?

12      A       No, I didn't have any application for

13   Yeshiva of Spring Valley.

14      Q       That they wanted to build on the

15   property?

16      A       No, I don't know anything about that.

17              MS. SOBEL:  (Handing document to be

18        marked.)

19              (Whereupon, Planning Board Agenda and

20        Meeting Minutes, 12/15/99, Bates Nos.

21        POM0004680-93, was marked Plaintiff's

22        Exhibit 232 for identification.)

23      Q       You've just been handed what's been

24   marked Plaintiff's 232.

25      A       Uh-huh.

1            - Alma Sanders Roman -

2       Q       It says on the front page that it's a

3   planning board agenda from December 15th, 1999.

4   Is that accurate if you go back to the front

5   page?

6               MR. PELOSO:  Is it accurate that it

7       says that?

8       A       I have no way of knowing whether it's

9   accurate or not.

10      Q       I'm just saying am I reading what it

11  says?

12      A       It says here, yes.

13      Q       If you go to Page 2, it says present.

14  And the third name down, is that your name?

15      A       Yes.

16      Q       So does this refresh your recollection

17  that you were on the Village of Pomona Planning

18  Board?

19      A       I don't recall being on the Village

20  Planning Board.  I recall being on the planning

21  board in Ramapo.  I don't remember this.

22      Q       So you said you recall being on the

23  planning board in Ramapo?

24      A       Uh-huh.

25      Q       What time frame was that?

                    - Alma Sanders Roman -

1

2      A      That was prior to this.  I don't

3    remember this.

4      Q      You don't remember being on the

5    planning board?

6      A      No.

7      Q      Is there any reason to think that

8    these minutes are not correct?

9      A      I don't remember.

10     Q      But I understand that you don't

11   remember.  But is there any reason to believe

12   that you weren't on the planning board?

13            MR. PELOSO:  Object to the form of

14        that question.

15     A      I don't remember being -- I don't

16   remember, I just don't remember.

17     Q      But you can't say for certain that you

18   weren't?

19     A      Yeah, I can't.  I just don't remember.

20   I know those names, but I don't know -- I don't

21   know.

22     Q      If you could turn to the third page,

23   which on the bottom of the pages you'll see

24   numbers POM.

25     A      Third page?

1                    - Alma Sanders Roman -

2       Q       It's 33.  But just so we are talking

3    the same language, if you look to the right of 33

4    there's a POM number right where your thumb is.

5                    MR. PELOSO:  Down here (indicating).

6       Q       That's what we lawyers called Bates

7    numbers.  Sometimes I may say turn to POM4682.

8                    So if you look at the number three it

9    says, Rabbi Fromowitz Yeshiva Spring Valley.

10      A       Uh-huh.

11      Q       If you could just sort of read that

12   portion of the page starting with number three to

13   yourself.

14                   MR. PELOSO:  To the bottom of the

15        page?

16      Q       Yes.  Just look it over yourself.  In

17   fact, you know what?  Strike that.  I'll read it.

18                   "Chairman Cook:  Rabbi Fromowitz of

19        Yeshiva Spring Valley.  Are you Rabbi Fromowitz?

20                   "Rabbi Fromowitz:  Yes, I am.

21                   "Deputy Clerk LaChiana:  Rabbi

22        Fromowitz is here on an informal appearance

23        for a private primary school and preschool.

24        He is represented by Dennis Rocks, P.E.,

25        Leonard Jackson Associates, 26 Firemen's

1          - Alma Sanders Roman -

2      Memorial Drive, Pomona, New York."

3          Did I read that accurately?

4      A      Yes.

5      Q      And then if I can just read the next

6      part.

7          "Rabbi Fromowitz:  I also have with me

8      for your pleasure this evening the architect for

9      the project, David Mayerfeld, the president of

10     the school, Joseph Kazamovsky and the chairman of

11     the board, Moshe Finkel.  Because we think this

12     is going to be an exploratory meeting with you,

13     so we'd like to have as much input as possible on

14     our side and try to figure out what it is that

15     you are looking for.  Okay, we have the narrative

16     as it was presented.  Essentially what we are

17     attempting to do is build a school building, a

18     primary school which is kindergarten through

19     eighth grades, on the site that we purchased.

20     The initial project would initial entail a

21     building of approximately 100,000 square feet and

22     we tried as best as possible to locate it on the

23     site.  The site has approximately 100 acres."

24          Did I read up to that point

25     accurately?

1          - Alma Sanders Roman -

2          MR. PELOSO:  Please answer.

3     A     Yes, you read it accurately.

4     Q     Does this refresh your recollection as

5   to --

6     A     I don't remember.

7          MR. PELOSO:  Let counsel finish the

8     question.

9          MS. SOBEL:  Thank you.

10    Q     Does this refresh your recollection as

11  to whether Yeshiva Spring Valley ever made an

12  appearance about building in the Village of

13  Pomona?

14    A     No.

15    Q     I have no more questions on that

16  document.

17         MS. SOBEL:  (Handing document to be

18    marked.)

19         (Whereupon, Memorandum dated

20    1/14/2000, Bates Nos. POM4314-19, was marked

21    Plaintiff's Exhibit 233 for identification.)

22    Q     You've just been handed what's been

23  marked Plaintiff's 233.  If you could turn to the

24  third page.  At the top it says Frederick P.

25  Clark Associates.  Do you know who they are?

1                  - Alma Sanders Roman -

2        A       Yes.

3        Q       Can you tell me who they are?

4        A       They were consultants for the village.

5        Q       It's a memorandum dated January 14th,

6    2000 to the Village of Pomona Planning Board; is

7    that correct?

8        A       Yes, that's correct.

9        Q       It says YSV dash Pomona?

10       A       Uh-huh.

11       Q       Do you remember receiving this memo?

12       A       No, I don't.  No.

13       Q       That's all I have for that document.

14               When did you first learn that the

15   property was owned by a rabbinical school?

16               MR. PELOSO:  Object to the form.

17       Q       You can answer.

18       A       When did I first know?  I don't

19   remember.

20       Q       Do you remember ever receiving any tax

21   exempt applications for the property?

22       A       No, I don't recall that.  For this

23   Yeshiva of Spring Valley?

24       Q       Not for Yeshiva Spring Valley.  Just

25   for the property, for any owners of the property.

1           - Alma Sanders Roman -

2     A      I don't recall.

3            MS. SOBEL:  (Handing document to be

4     marked.)

5            (Whereupon, Email dated 1/9/07 with

6     attachments, Bates Nos. POM0013255-59, was

7     marked Plaintiff's Exhibit 234 for

8     identification.)

9     Q      You've been handed what's been marked

10    as Plaintiff's 234.  If you could just take a

11    look at it for a minute and then I'll ask you

12    some questions.

13    A      (Complying.)

14    Q      You don't have to read the whole

15    thing.  If you just look at the front, it appears

16    to be an email dated January 9th, 2007 with a

17    subject "Preserve Ramapo: Breaking News."

18           Do you know if you've ever seen this

19    email?

20    A      I've never seen this email.

21    Q      If you turn to the second and third

22    page, it seems to be -- it's entitled, "Religious

23    School With 4500 Residents Planned For Pomona."

24           Do you know if you've ever seen that?

25    A      I've never seen that.

1          - Alma Sanders Roman -

2     Q     Then if you go to the last two pages,

3 it appears to be maps and a site plan.  If you go

4 to the very last page.

5     A     Yes.

6     Q     Are you missing -- is there --

7          MR. PELOSO:  You're not on the last

8     page.

9     Q     Do you know if you've ever seen either

10 of these?

11    A     I don't recall seeing either of these.

12    Q     If you can just go back to the second

13 to last page.  You see it's blocked off and it

14 says, Site?

15    A     Uh-huh.

16    Q     Does that appear to be the property as

17 we are talking about it today?

18    A     Yes.

19    Q     Okay, that's all for that document.

20          You said you're not a member of

21 Preserve Ramapo, correct?

22    A     No.

23    Q     Do you know who Robert Rhodes is?

24    A     Yes, I know who Robert Rhodes is.

25    Q     Who is he?

1                  - Alma Sanders Roman -

2      A      He was my son's camp counselor.

3      Q      Do you know who he is with respect to

4  Preserve Ramapo?

5      A      No.

6      Q      Have you ever heard him speak about

7  any issues about Ramapo or anything political or

8  about land use?

9      A      No, I did not hear him speak.

10     Q      Do you know if some of the other

11  people who have run for village office have been

12  endorsed by Preserve Ramapo?

13     A      I don't know.

14     Q      Did you have any campaign materials

15  when you ran for office, any fliers that you sent

16  out?

17     A      Yes, one flier.  It just says, Vote

18  for Ian and Alma.

19     Q      Did you give that flier to a lawyer or

20  anyone at village hall to produce in this

21  litigation?

22     A      No.

23     Q      Are you aware of the movement to

24  incorporate the Village of Ladentown?

25     A      Aware of the movement.

1          - Alma Sanders Roman -

2     Q     Have you heard of the proposed Village

3  of Ladentown?

4     A     I've heard, and it came and it died.

5     Q     In between when it came and it died,

6  what can you tell me about it?

7     A     Nothing.

8     Q     Nothing?

9     A     I don't know.  I wasn't part of that.

10    Q     Did you know where it was proposed to

11 be?

12    A     The Village of Ladentown?

13    Q     Yes.

14    A     I didn't see the circumference of it.

15    Q     Do you have a general idea?

16    A     General idea, it was on Ladentown Road

17 is what I would think.

18    Q     Do you know why it was proposed?

19    A     No, I don't know that.  I can't tell

20 you, I don't know that.

21    Q     Did the village take any steps to

22 oppose the Town of Ramapo master plan?

23          MR. PELOSO:  At any time?

24    Q     At any time.

25    A     I don't remember.  I don't know.

- Alma Sanders Roman -

Q       Are there any lawsuits against Ramapo?

A       I don't know.  There are several lawsuits against Ramapo.  I don't know.

Q       You said there were several.  Can you tell me about some of them?

A       I do know that, you know, another issue.  It has nothing to do with this.  It had to do with the ballpark.  That's all I can recall.

Q       There's a lawsuit about the ballpark?

A       There was -- yes.  I don't know whether it was a lawsuit or a protest.  It might have been just a protest.

Q       But are there any lawsuits regarding adult student housing?

        MR. PELOSO:  Object to the form.

A       I don't know.

Q       Do you know what adult student housing is?

A       You mean -- do I know what it is?

Q       Have you heard the term "adult student housing"?

A       I've heard the term, but I've never seen one.

1          - Alma Sanders Roman -

2     Q     Do you know if Ramapo changed their

3  master plan to allow for adult student housing?

4     A     I do not know that.

5     Q     Have you heard people talk about adult

6  student housing in Ramapo?

7     A     Talk about it, no.

8     Q     Do you have a personal opinion about

9  adult student housing?

10          MR. PELOSO:  Object to the form.

11    A     No.

12    Q     Would you be okay with adult student

13  housing in the Village of Pomona?

14          MR. PELOSO:  Object to the form.

15    Q     You can answer.

16    A     Would you repeat that, because I don't

17  quite understand?

18    Q     Sure.

19          MS. SOBEL:  Can you read it back,

20     please?

21          (The question was repeated.)

22          MR. PELOSO:  And I object.  But you

23     can answer the question.

24    A     No.

25    Q     How come?

1          - Alma Sanders Roman -

2      A      Because we -- if it's within the law,

3   I would go whatever the -- you know, within the

4   law if we had that, I would go for -- I would

5   agree if we had all of the -- if we could

6   accommodate any religious institution.  I'm not

7   putting out anyone.  This puts me at a -- as a

8   human being I kind of object to that question.

9      Q      Okay, I understand.

10     A      I'm objecting to -- you know, as a

11  woman and as an African-American woman I'm

12  objecting to anybody to exclude anyone.  So this

13  is against my religious ethics.  No, I can't do

14  that, no.

15     Q      Have you heard of a law called RLUIPA?

16     A      Yes, I've heard of a law.

17     Q      What do you know about RLUIPA?

18     A      Not very much.

19     Q      Can you tell me what little you have

20  heard?

21     A      I just heard that it was a federal law

22  that allowed religious institutions to go file in

23  communities where they had not been before, and

24  that's all I know.

25     Q      How do you feel about that?

```
 1              - Alma Sanders Roman -
 2              MR. PELOSO:  Object to the form.  You
 3      can answer the question.
 4      Q      You can answer it.
 5      A      As a person, as a black American I
 6  object to any exclusions.
 7      Q      As a trustee of the Village of Pomona
 8  how do you feel about it?
 9      A      As a trustee of the Village of Pomona
10  I would adhere to the laws of the Village of
11  Pomona.  But I personally, me personally, I am
12  not in the board of exclusion.
13      Q      Are other people?
14      A      Oh, I can't answer for anyone else.
15  I'm the only black member on the board, so how
16  would I know what they think?
17      Q      Did people of the village talk about
18  RLUIPA?
19      A      No.  You know, no, not to me.  They
20  may have talked, I don't know.  Not to me.
21              MS. SOBEL:  (Handing document to be
22      marked.)
23              (Whereupon, Board of Trustees Meeting
24      Minutes, 2/12/07, Bates Nos. POM0016289-94,
25      was marked Plaintiff's Exhibit 235 for
```

                    - Alma Sanders Roman -

1

2       identification.)

3       Q       You've been handed what's been marked

4    as Plaintiff's 235.

5       A       Uh-huh.

6       Q       It says at the top, Village of Pomona

7    Board of Trustees Meeting, February 12th, 2007.

8    Is that accurate, that's what it says?

9       A       That's what it says.

10      Q       It says adopted April 23rd, 2007?

11      A       Yes.

12      Q       If you could first tell me, when it

13   says adopted does that mean you vote to approve

14   the minutes?

15      A       Yes.

16      Q       Do you still do that?

17      A       Yes, we still do that.

18      Q       If you could turn to the last page.

19   Actually, I'm sorry.  If you could go to the

20   second to last page.  At the very bottom, the

21   last paragraph.  It starts, "Ms. Ulman."  I'm

22   just going to read that.  You can tell me if I'm

23   reading that accurately.

24              "Ms. Ulman distributed a draft

25   resolution regarding the Religious Land Use and

```
 1              - Alma Sanders Roman -
 2   Institutionalized Persons Act (RLUIPA) urging
 3   Congress to hold hearings on amendments to the
 4   act and to obtain testimony from towns and
 5   villages that are burdened with the improper use
 6   of the act.  A copy of the resolution is attached
 7   to the minutes."
 8              Did I read that accurately?
 9     A      Yes.
10     Q      Does that refresh your recollection as
11   to whether the village ever took any action about
12   RLUIPA?
13     A      I remembered this part.  I don't
14   know -- Would you rephrase, because I don't
15   understand what you're asking?
16     Q      Sure.  But I think you may not be on
17   the same page anymore.  It's was the second to
18   last page.
19              MR. PELOSO:  Page 5 of 6?
20              MS. SOBEL:  Page 5 of 6, yes.
21              MR. PELOSO:  Counsel is asking you the
22        last question again or maybe she'll have it
23        read back.  And this is what she read --
24     Q      I just want to know, does that refresh
25   your recollection as to whether the village took
```

```
 1                  - Alma Sanders Roman -
 2     any action regarding RLUIPA?
 3                  MR. PELOSO:  This paragraph.
 4          A     Yes, a copy of the resolution is
 5     attached, yes.
 6          Q     I will represent to you that this is
 7     how this was produced to us.  It wasn't attached
 8     to this.  So I know it does say the words that it
 9     was attached here.  But from what I read, it said
10     it was urging Congress to hold hearings on
11     amendments to the act.
12          A     Yes.
13          Q     Do you remember the village voting on
14     that resolution?
15          A     Yes.
16          Q     If you turn to the next page, which is
17     the last page, I'll read it.  "Trustee Lamer
18     moved the resolution regarding the Religious Land
19     Use and Institutionalized Persons Act (RLUIPA)
20     urging Congress to hold hearings on amendments to
21     the act and to obtain testimony from towns and
22     villages that are burdened with the improper use
23     of the act.  Seconded by Deputy Mayor Sanderson.
24     Motion carried 4 to 1.  Trustee Banks voted no."
25                  Did I read that accurately?
```

1                    - Alma Sanders Roman -

2     A      Correct.

3     Q      And if you turn to Page 1, it does

4  indicate that you were at that meeting, correct?

5     A      Yes.

6     Q      So if the motion carried 4 to 1 and

7  Trustee Banks voted no, then you voted yes?

8     A      I voted yes.

9     Q      Why did you vote yes?

10    A      Because I just felt -- let me see.

11 Now do I remember why I voted yes.  I thought it

12 was the right thing to do.

13    Q      Why was it the right thing to do?

14    A      Because it says that -- because the

15 law indicated in the minutes that this is a

16 federal law that we were trying to, what do you

17 call it, understand what it was.  I don't think

18 it was very clear to us what it was.  To me

19 rather.

20    Q      And it talks about obtaining testimony

21 from towns and villages that are burdened by the

22 law?

23    A      Yes.  I think that was true.

24    Q      How are towns and villages burdened by

25 the law?

1                - Alma Sanders Roman -

2      A      Because it affected zoning of the

3    villages.  And that was part of the jurisdiction

4    of the Village of Pomona and all the villages and

5    they wanted clarity.

6      Q      I'm done with that document.

7             MS. SOBEL:  Why don't we take a ten

8        minute break?

9             (Recess held.)

10            MS. SOBEL:  (Handing document to be

11       marked.)

12            (Whereupon, Email dated 7/11/07, Bates

13       No. POM16958, was marked Plaintiff's Exhibit

14       236 for identification.)

15     Q      You've just been handed Plaintiff's

16   236.  If you can look at that.  It appears to be

17   an email from Bob Prol dated July 11th, 2007.

18            Do you know who Bob Prol is?

19     A      No.

20     Q      If you look at the To line.

21     A      Look where?

22            MR. PELOSO:  To, right here

23       (indicating).

24     A      To Rita Louie and -- all right.

25     Q      This was sent to

```
 1                  - Alma Sanders Roman -
 2   nick.sanderson@pomonavillage.com and a few
 3   others.  You're not listed on here.  Do you have
 4   an email address at pomonavillage.com?
 5       A       Yes.
 6       Q       Do you know what it is?
 7       A       It's just aroman@pomonavillage, but I
 8   never use it.
 9       Q       Do you know if things get sent there
10   and then would get forwarded on?
11       A       No.  I get things through rcls.  I
12   don't get things sent here.
13       Q       It exists, but you don't use it?
14       A       I don't use it.
15       Q       That's the only question I have on
16   that.
17               MS. SOBEL:  (Handing document to be
18           marked.)
19               (Whereupon, Printout of article, "In a
20           Town Divided, a Wispy Boundary Between Land
21           Use and Religion," Bates Nos. RC1618-19, was
22           marked Plaintiff's Exhibit 237 for
23           identification.)
24       Q       You've been handed what's been marked
25   as Plaintiff's 237, which says that it's a New
```

```
1              - Alma Sanders Roman -
2    York Times article from October 23rd, 2005,
3    entitled, "In a Town Divided, a Wispy Boundary
4    Between Land Use and Religion."
5              Do you know if you've ever seen this
6    article?  And it doesn't have to be in this form,
7    it could have been in the newspaper itself.
8         A     No.
9         Q     The article talks about Patrick Farm.
10   Can you tell me a little bit about the Patrick
11   Farm property?
12             MR. PELOSO:  Object to the form.
13        A     I don't know anything about the
14   Patrick Farm, except that it's across the street
15   from the Village of Pomona.
16        Q     If you look at the second paragraph?
17        A     Yes, okay.
18        Q     Second full sentence says, "Now nearby
19   residents look at Patrick Farm and envision a
20   clone of New Square."
21             Did I read that accurately?
22        A     Yes.
23        Q     And you testified earlier that New
24   Square is a Jewish village?
25        A     It's a -- yes.
```

                    - Alma Sanders Roman -

1

2      Q      Have you heard people say that they
3  look at Patrick Farm and envision a clone of New
4  Square?
5      A      No.
6      Q      Have you ever attended a Ramapo town
7  meeting?
8      A      Yes.
9      Q      If you look at the bottom of the first
10 page it says, "So local board meetings can be
11 like weddings, with people from New Square and
12 other Jewish communities on one side of the
13 room" --
14     A      Now I see it.
15     Q      -- "and other residents on the other."
16            Did I read that accurately?
17            MR. PELOSO:  She's just asking if she
18     read it accurately.
19     Q      Did I read it accurately?
20     A      Yes, you read it accurately.  I'm
21 trying to think about it.
22            MR. PELOSO:  There's no question yet.
23     Q      Have you seen that at town meetings?
24            MR. PELOSO:  Objection.
25     A      No.

1          - Alma Sanders Roman -

2          MR. PELOSO:  I object.  But you've

3     answered already.  Just give me a minute

4     after the question.

5     Q     So you haven't seen people from New

6  Square and other Jewish communities separating

7  themselves or sitting on the other side of the

8  room from other residents?

9          MR. PELOSO:  Where?  I'll object.

10    Q     Do you understand the question?

11    A     No, because -- no, no.

12         MS. SOBEL:  Can you read back the

13    question, please?

14         (The question was repeated.)

15    Q     To be clear, we are talking about at

16  town board meetings.

17    A     No, I haven't seen that.

18    Q     What types of issues have you gone to

19  Ramapo Town Board meetings for?

20    A     Just general meetings, you know.

21  General meetings, nothing specific.

22    Q     What kind of issues have been

23  discussed at these general meetings?

24    A     Personnel of whose appointments,

25  various things like that.  Issues that come

1               - Alma Sanders Roman -

2    before about whether or not we could -- whether

3    or not they would be able to -- let me see if I

4    can even remember.  It's so far back I can't even

5    remember.  Just general stuff about who hires and

6    fires and buildings and grounds and that kind of

7    thing.  It's not much in open meetings that they

8    discuss.

9         Q     Do they discuss it in closed meetings?

10        A     I don't know.  I only have gone to an

11   open meeting.  I never have gone to a closed

12   meeting.

13        Q     Are there any accusations that they

14   discuss things in closed meetings?  No, you are

15   shaking your head no?

16        A     No.

17        Q     Okay, all right.  That's it for this

18   document.

19             MS. SOBEL:  (Handing document to be

20        marked.)

21             (Whereupon, Article entitled, "Culture

22        Clash," Bates Nos. RC1810-1817, was marked

23        Plaintiff's Exhibit 238 for identification.)

24        Q     You've been handed what's called

25   Plaintiff's 238, which is an article entitled,

1              - Alma Sanders Roman -

2    "Culture Clash."

3         A      Yes.

4         Q      And it appears both in a looks like a

5    magazine form and then a website form is attached

6    to that, but it appears to be the same article

7    without pictures on the second one.

8              Have you ever seen this article?

9         A      No, I have not.

10        Q      If you look at the very beginning of

11   the article under "Culture Clash," it says, "A

12   booming population of Hasidic Jews and a proposed

13   rabbinical school threaten to change Ramapo

14   forever."

15             Did I accurately say what it says?

16        A      Yes, you did.

17        Q      Do you know what a rabbinical school

18   is?

19        A      No.

20        Q      If you look at the first paragraph of

21   text, it says, "The mood was tense in the

22   ballroom of the Nanuet Comfort Inn this May.

23   About 75 people had gathered to listen to a group

24   of Hasidic Jewish developers, their lawyers and

25   paid environmental experts explain why the

1                    - Alma Sanders Roman -

2     group's intention to build a rabbinical college

3     in the heart of Pomona was not as devastating as

4     some would make it seem."

5                    Did I read that accurately?

6          A     Yes, ma'am.  Yes.

7          Q     Do you remember that there was a

8     meeting in the Comfort Inn in Nanuet?

9          A     I do not, no.  I don't know of any

10    meeting.  I wasn't there.

11         Q     Did you receive an invitation?

12         A     No.

13         Q     You didn't receive an invitation?

14         A     No.

15         Q     Did you know there was going to be a

16    meeting?

17         A     No.

18         Q     Did you discuss with anybody whether

19    or not to attend a meeting?

20               MR. PELOSO:  Object to the form.

21         A     No.

22         Q     Was there a village board meeting

23    where people came back and reported about a

24    meeting at the Comfort Inn in Nanuet with the

25    developers of the Tartikov?

1                    - Alma Sanders Roman -

2        A       There was no agenda, no.

3        Q       I didn't ask if it was on the agenda.

4    Nobody came in open period?

5        A       No, nobody came and talked to us.

6        Q       If you turn to the second page?

7        A       Of the "Culture Clash"?

8        Q       Yes.  There's a picture.  It's blocked

9    a little bit by the Bates numbers.  But it says,

10   Michael Tauber, the developer behind, and it

11   looks like it's the word the, controversial and

12   it looks like it's the word project.  I realize

13   it's sort of blurry.  But have you ever seen this

14   individual before?

15              MR. PELOSO:  The photo or the person?

16       Q       The picture.

17              MR. PELOSO:  Have you ever seen the

18       picture before?

19       A       No.

20       Q       Have you ever seen any picture of this

21   person?

22       A       No.

23       Q       Do you know who Michael Tauber is?

24       A       No, I really don't know who Michael

25   Tauber is.

1                 - Alma Sanders Roman -

2      Q      Do you know anything about Michael

3  Tauber?

4      A      No.

5      Q      Have you heard of Michael Tauber?

6      A      I don't know a thing about Michael

7  Tauber.

8      Q      You say you've never seen this

9  article?

10     A      No, I didn't see this article.

11     Q      Okay, I have no further questions on

12  that.

13            Have you heard people talk about the

14  birth rate of Hasidic and Orthodox Jews?

15            MR. PELOSO:  At any time?

16     Q      At any time.

17     A      No, they wouldn't, no.

18     Q      Do you know anything about the size of

19  Hasidic and Orthodox families?

20     A      Yes.  I just know they are large

21  families, but I don't have any particulars.

22     Q      In January of 2007 there was a law

23  that was voted in the village, Local Law No. 1 of

24  2007.  Do you remember voting in favor of that

25  law?

```
 1                  - Alma Sanders Roman -

 2       A     Yes.

 3       Q     Can you tell me anything about that

 4   law?

 5       A     I don't understand the question,

 6   anything about that law.

 7       Q     Okay.  Withdrawn.  I'll make it

 8   simpler for you.

 9             You said you voted in favor of that

10   law?

11       A     Yes.

12       Q     Why were you in favor of that law?

13       A     I think it was -- after discussing it

14   I thought that it served the residents of the

15   village.

16       Q     Did you listen to what residents had

17   to say?

18       A     Well, yes, I listened and, you know,

19   yes.

20             MS. SOBEL:  (Handing document to be

21       marked.)

22             (Whereupon, Minutes of Public Hearing,

23       Pomona Board of Trustees, 1/22/07, Bates

24       Nos. RC1065-1173, was marked Plaintiff's

25       Exhibit 239 for identification.)
```

```
 1                   - Alma Sanders Roman -

 2        Q      You've just been handed Plaintiff's

 3   239.

 4        A      Yes.

 5        Q      If you look at the front page, it

 6   says, Public Hearing on Local Law Amendment

 7   Dormitories (continued), Local Law Amendment

 8   Wetlands, and it says January 22nd, 2007.

 9        A      Uh-huh.

10        Q      The Village of Pomona Board of

11   Trustees.  And if you're still on the front page

12   your name is listed there as trustee?

13        A      Yes.

14        Q      And this was transcribed by a court

15   reporting agency.  You see at the bottom Sandy

16   Saunders?

17        A      Yes, I see it.

18        Q      If you could turn to please Page

19   RC1139, which is towards the back.  If you look

20   at Line 19.

21        A      Uh-huh.

22        Q      It says, "Ladies and gentlemen of the

23   board, discussion on the comments from the public

24   period (sic) and the local law that is proposed?

25   Alma?
```

1          - Alma Sanders Roman -

2          "Ms. Roman:  I'm not prepared to

3     comment because I heard so much."

4          Did I read that accurately?

5     A     Yes, correct.

6     Q     Is there any reason to believe that's

7     not what you said?

8     A     No.

9     Q     Then if we go to Page 1144.

10    A     Here.

11    Q     If you look at Line 13 -- actually,

12    I'm sorry.  I'm going to go back a little more.

13    If you go back to RC1142, Mr. Sanderson reads a

14    resolution on 1142, 1143 through the beginning of

15    1144; is that correct?

16    A     Where is it?

17    Q     If you look at 1142, beginning at Line

18    18.

19    A     Uh-huh.

20    Q     Through 1144, Line 9.

21    A     Uh-huh.

22    Q     Is that him reading the resolution

23    into the record?

24    A     Yes.

25    Q     And then at Line 10 Mayor Marshall

1          - Alma Sanders Roman -

2    asks for a second to the motion?

3              MR. PELOSO:  On 1144?

4    Q     Page 1144.  Sorry.

5    A     I'm getting there.  Yes.  It was

6    seconded by --

7              MR. PELOSO:  You've answered the

8       question.

9    Q     There was a second by Mr. Lamer on

10   Line 12.  So beginning on Line 14 Mayor Marshall

11   says, "On the proposed resolution, all in favor?

12   Opposed?

13             "Let the record show the amendment to

14   the local law dealing with dormitories is adopted

15   as presented."

16             Did I read that accurately?

17   A     Yes.

18   Q     So you voted in favor of that law?

19   A     Yes.

20   Q     No further questions on this document.

21             MS. SOBEL:  (Handing document to be

22      marked.)

23             (Whereupon, Minutes of Pomona Board of

24      Trustees Meeting, 4/23/07, Bates Nos.

25      RC1339-1381, was marked Plaintiff's Exhibit

1          - Alma Sanders Roman -

2     240 for identification.)

3     Q     You've just been handed what's been

4  marked as Plaintiff's 240, which is -- if you

5  look at the front page it says, it's a board of

6  trustees meeting.  It indicates that you were

7  there?

8     A     Uh-huh.

9     Q     It was April 23rd, 2007.  And it was

10 transcribed by Sandy Saunders Reporting.  If you

11 could turn to Page 1350.  If you look back again

12 starting at Page 1348, it's a motion regarding

13 wetlands.  You can take the time to look.

14    A     I'm at 50.

15          MR. PELOSO:  They want you to start

16    looking at 48.

17    Q     You can take the time to look at it

18 and let me know if this is the wetlands law that

19 became Local Law No. 5 of 2007.

20    A     (Perusing document.)

21    Q     And on Page 1350.  So is that the

22 wetlands law that you just read?

23          MR. PELOSO:  I object.

24    A     It's two pages -- I'm not so good at

25    that.  I don't know.

1          - Alma Sanders Roman -

2     Q     If you look at Page 1348, Line 8,

3 Mayor Sanderson says, "We now move to adopt or at

4 least discuss the motion concerning the adoption

5 of local law amending the code in relation to

6 wetlands protection."

7     A     Yes.

8     Q     Did I say that accurately?

9     A     Correct, yes.

10     Q     And then if you look at Page 1348,

11 Line 24, it says, "I would like somebody to make

12 the motion that it is resolved that it is hereby

13 determined that the proposed local law entitled

14 local law amending the code of the Village of

15 Pomona, in relation to wetlands protection, will

16 not have a significant adverse impact on the

17 environment for the reasons that by preserving

18 wetlands areas storm water runoff will be

19 lessened and storm water will be contained within

20 these areas; water quality will be enhanced

21 because of the natural filtration provided by

22 these areas; the rights of private property

23 owners will be protected because of the due

24 process requirements of the proposed law; and no

25 adverse impacts on traffic, air quality, noise or

1          - Alma Sanders Roman -

2   other similar impacts have been identified with

3   respect to the adoption of the proposed law, and

4   be it further resolved that the proposed local

5   law entitled a local law amending the code of the

6   Village of Pomona in relation to wetlands

7   protection is hereby adopted as amended and

8   enacted as Local Law No. 5 2007.  And be it

9   further resolved that paragraph two of the GML

10  review later dated January 3rd, 2007 (sic) issued

11  by the Rockland County Department of Planning is

12  hereby overwritten for the reasons that the board

13  of trustees believes that the percentage of lands

14  to be included in the special permit to permit

15  construction within the wetlands area must be

16  considered on a case by case basis within the

17  standards set forth in the local law."

18          Did I read that accurately?

19     A     Yes.

20     Q     Thank you.

21          So this is the reading of Local Law

22  No. 5 of 2007?

23     A     Okay, yes.

24     Q     And that was the wetlands law?

25     A     Yes.

                    - Alma Sanders Roman -

    Q      Now, if you look at Page 1350, Line 14
to 15, it says, "Ms. Roman:  Thank you very much.
I've reviewed it."

           Did I read that accurately?

    A      Yes.

    Q      Is there any reason to believe that's
not what you said?

    A      No.

    Q      Then on Line 22 of Page 1350 it says,
"On the motion, all in favor?  Show it passing
five to nothing, to zero.  Thank you, members of
the board."

    A      Yes.

    Q      Did I read that accurately?

    A      Yes.

    Q      So you voted in favor of the wetlands
law?

    A      Yes.

    Q      Why were you in favor of the wetlands
law?

    A      To preserve the wetlands.

    Q      How does the wetlands law preserve the
wetlands?

    A      It prevents people from -- it prevents

```
 1                  - Alma Sanders Roman -
 2    building on the wetlands.
 3         Q     On all wetlands in the village?
 4         A     I don't know about all wetlands.  But
 5    it says here on a case by case basis.  We would
 6    look at it on a case by case basis.
 7         Q     You would look at it on a case by case
 8    basis --
 9         A     That's what this says, yes.
10         Q     -- for all people who want to build in
11    the village?
12         A     Yes.
13               MR. PELOSO:  Just give me a chance to
14         object.  Object to the form.  You've already
15         answered.
16         Q     Do you need her to read it back?
17         A     No.
18         Q     Why is it important to you to protect
19    the wetlands?
20               MR. PELOSO:  Personally or as a
21         trustee?
22         Q     Do you understand the question?
23         A     No, I don't.
24         Q     You voted to --
25         A     Yes.
```

1                    - Alma Sanders Roman -

2        Q     Did you vote personally?

3        A     I voted as a trustee.

4        Q     Why did you think -- you just stated

5    that you voted in favor of it because you wanted

6    to protect the wetlands.

7        A     Yes.

8        Q     Why do you think that you should be

9    protecting the wetlands or that the village

10   should be protecting the wetlands?

11       A     Because of the environment.

12       Q     What do you mean by that?

13       A     If you disturb the wetlands, you

14   disturb the infrastructure of the village.  That

15   is, you have floods, you have -- that's why it's

16   called the wetlands, because it's a protected

17   area in the environment.

18       Q     No further questions on this document.

19             MS. SOBEL:  (Handing document to be

20        marked.)

21             (Whereupon, Board of Trustees Meeting

22        Minutes, 3/27/06, Bates No. POM19136, was

23        marked Plaintiff's Exhibit 241 for

24        identification.)

25       Q     You've just been handed Plaintiff's

1          - Alma Sanders Roman -

2    241, which is entitled, "Board of Trustees

3    Meeting, March 27, 2006."  And you were listed as

4    one of the trustees, correct?

5          A     Yes.

6          Q     If you turn to Page 6 of 10 in the

7    middle of the page where it says, "B. Planning

8    and Zoning," it says, "Attached is a copy from

9    Trustee Roman, Chairman of the Ethics Committee

10   to Rita Louie (sic).  Mayor Marshall read a

11   letter of resignation he received from Rita Louie

12   regarding her membership on the planning board. A

13   copy of the letter is attached to the minutes.

14   Mayor Marshall recommended accepting her

15   resignation and he will send her a letter

16   thanking her for her service to the community.

17   The board was unanimous in accepting the

18   resignation from Rita Louie."

19               Did I read that correctly?

20         A     Yes.

21         Q     I will represent that although it says

22   attached is a copy of the letter, this was

23   produced to us as is without an attachment.

24               Can you tell me about this situation,

25   what happened?

1          - Alma Sanders Roman -

2          MR. PELOSO:  Object to the form,

3     vague.

4     Q      You can answer.

5     A      It was -- came before us as a

6  resignation from a member of one of our boards

7  and we accepted it.

8     Q      Why did it come to the ethics

9  committee?

10    A      Because it was understood that, I

11 think -- it was understood or I understood that

12 she had been involved in some building issues in

13 the Village of Pomona.  I don't know what they

14 were.  But you couldn't be on both sides of

15 the -- you could not be on the planning board and

16 a village board doing -- it was a conflict of

17 interest.

18    Q      Is she a developer?

19    A      No, she was a land something or other.

20 But it was conflict of interest.

21    Q      Were there allegations made against

22 her?

23          MR. PELOSO:  Object to the form.

24    A      I don't know.

25    Q      Do you know how it got to the ethics

                    - Alma Sanders Roman -

1

2  board?

3      A      Mayor -- anything to do with conflicts

4  of interest is referred to the ethics board.

5      Q      Right.  But who brought it to --

6      A      It was the mayor.

7      Q      Do you know who brought it to the

8  mayor's attention that there was a conflict of

9  interest?

10     A      No, I don't know who brought it to the

11 mayor.

12     Q      Did the ethics committee make a

13 decision?

14     A      She resigned so there was no decision

15 to be made.

16     Q      She resigned before you made a

17 decision?

18     A      Correct.

19     Q      Before when we talked about the ethics

20 board you said you only met once.  Is this the

21 one time?

22     A      We met this time, yes.  This was one

23 of the times.

24     Q      So there may have been a few other

25 times?

1                    - Alma Sanders Roman -

2      A      There may have been a few other times.

3  I don't recall at this time.

4      Q      Miss Louie is now on the board of

5  trustees, correct?

6      A      Excuse me?

7      Q      Miss Louie is now on the board of

8  trustees?

9      A      Yes.

10      Q      Are there any conflicts of interest

11  now?

12      A      No.

13      Q      So whatever action happened then

14  doesn't exist now?

15      A      No.

16      Q      Okay, no further questions on this.

17             MS. SOBEL:  (Handing document to be

18      marked.)

19             (Whereupon, Board of Trustees Meeting

20      Minutes, 3/27/06, Bates Nos. RC1007-16, was

21      marked Plaintiff's Exhibit 242 for

22      identification.)

23      Q      You've been handed what's been marked

24  Plaintiff's 242, which is minutes from a March

25  27, 2006 board of trustees meeting; is that

1                    - Alma Sanders Roman -

2    correct?  Is that what it says?

3         A     Yes.

4         Q     If you turn to Page RC1015, which is

5    the second to last page.  I'm going to read.  It

6    says during Trustees Period, "Deputy Mayor

7    Sanderson reported on a meeting that he and

8    Trustee Roman attended with board members from

9    the four villages involved in the two lawsuits

10   against the Town of Ramapo.  It was the consensus

11   of those present to proceed with the appeal of

12   the lawsuit which was described as Ramapo II,

13   which is the lawsuit contesting the validity of

14   the of the adult student housing local law."

15              Did I read that accurately?

16        A     Yes.

17        Q     The "of the of the" was written that

18   way, not me stumbling, correct?  You don't have

19   to answer.

20              So does this refresh your recollection

21   about the Ramapo lawsuit?

22        A     Totally forgotten.

23        Q     Totally forgotten?

24        A     I don't remember.

25        Q     Are any of those lawsuits going on

1                    - Alma Sanders Roman -

2    now?

3        A      I don't know.

4        Q      A lawsuit contesting the validity of

5    the adult student housing local law.  Do you know

6    what the adult student housing local law was?

7                MR. PELOSO:  As it's referenced here?

8        Q      Yes.

9                Do you know what it was?

10       A      Do I know --

11       Q      What the adult student housing local

12   law was?

13       A      I don't remember at this point.

14       Q      But you voted in favor of going

15   forward?

16       A      No, it was -- I went with the mayor.

17   But I wanted to hear, but I don't know -- I

18   didn't get a copy of that.

19       Q      And you voted in favor of going

20   forward with the appeal?

21       A      Yes.

22       Q      Do you remember why?

23       A      Because I thought it was in the

24   interest of all of the towns and villages

25   concerned.  I think it was in our best interest.

1               - Alma Sanders Roman -

2      Q      How come?

3      A      Well, at this point I can't remember.

4 But at that time it seemed the right thing to do.

5      Q      Do you remember anyone talking about

6 adult student housing?

7      A      No, I don't remember talking about it.

8 We just -- no, I don't remember.  You know, this

9 is 2006.

10     Q      Yes.

11     A      It's older than my car.

12            MS. SOBEL:  If we can take a five

13     minute break, we are going to see if we have

14     anything to wrap it up.

15            (Recess held.)

16            MS. SOBEL:  We're finished.  We have

17     no further questions.

18

19            (Continued on next page so that
               jurat does not stand alone.)
20

21

22

23

24

25

1                    - Alma Sanders Roman -

2              MR. PELOSO:  We don't have any

3        questions.

4                (Time Noted:  11:31 a.m.)

5                        *   *   *

6

7              _____

8              Alma Sanders Roman

9

Subscribed and sworn to
10   before me this     day
     of            , 2014
11

12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25

                    E X H I B I T S


                                          For Ident.
    Plaintiff's      Description          Page/Line No.


    Ex 230 Notice of Deposition            4     4

    Ex 231 Memo dated 8/29/07             16    20
           Bates Nos. POM0007310-14

    Ex 232 Planning Board Agenda          46    19
           and Meeting Minutes,
           12/15/99
           Bates Nos. POM0004680-93

    Ex 233 Memorandum dated               51    19
           1/14/2000
           Bates Nos. POM4314-19

    Ex 234 Email dated 1/9/07             53     5
           with attachments
           Bates Nos. POM0013255-59

    Ex 235 Board of Trustees              60    23
           Meeting Minutes,
           2/12/07
           Bates Nos. POM0016289-94

    Ex 236 Email dated 7/11/07            65    12
           Bates No. POM16958

    Ex 237 Printout of article,           66    19
           "In a Town Divided, a
           Wispy Boundary Between
           Land Use and Religion"
           Bates Nos. RC1618-19

    Ex 238 Article entitled,              70    21
           "Culture Clash"
           Bates Nos. RC1810-1817

```
1

2                    E X H I B I T S

3

4
                                        For Ident.
5    Plaintiff's     Description        Page/Line No.

6

7
     Ex 239 Minutes of Public            75    22
8            Hearing, Pomona Board
             of Trustees, 1/22/07
9                Bates Nos. RC1065-1173

10   Ex 240 Minutes of Pomona            78    23
             Board of Trustees
11           Meeting, 4/23/07
             Bates Nos. RC1339-1381
12
     Ex 241 Board of Trustees            84    21
13           Meeting Minutes,
             3/27/06
14           Bates No. POM19136

15   Ex 242 Board of Trustees            88    19
             Meeting Minutes,
16           3/27/06
             Bates Nos. RC1007-1016
17

18

19

20

21

22

23

24

25
```

```
 1
 2   STATE OF NEW YORK   )
                         )        ss.
 3   COUNTY OF ROCKLAND )
 4
 5
 6           I, Gale Salit, a shorthand reporter and
 7       Notary Public within and for the State of New
 8       York, do hereby certify:
 9           That ALMA SANDERS ROMAN, the witness whose
10       examination is hereinbefore set forth, was

11       duly sworn by me and that the transcript

12       of said examination is a true record of the

13       testimony given by the witness.

14           I further certify that I am not related

15       to any of the parties to this action by blood

16       or marriage and that I am in no way interested

17       in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto set

19       my hand this 6th day of June, 2014.

20

21
                         _____
22

23                       Gale Salit
                         Shorthand Reporter
24

25
```

1  Errata Sheet

2

3  NAME OF CASE: CONGREGATION RABBINICAL COLLEGE OF TARTIKOV -against- VILLAGE OF POMONA, NY

4  DATE OF DEPOSITION: 05/16/2014

5  NAME OF WITNESS: ALMA SANDERS ROMAN

6  Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                    _____

## 1

**1** 13:21 63:24 64:3, 6 74:23

**1/14/2000** 51:20

**1/22/07** 75:23

**1/9/07** 53:5

**10** 77:25 85:6

**100** 30:16,18 37:17 50:23

**100,000** 50:21

**10970** 4:17

**10977** 8:7

**1142** 77:14,17

**1143** 77:14

**1144** 77:9,15,20 78:3,4

**11th** 65:17

**12** 78:10

**12/15/99** 46:20

**12th** 61:7

**13** 77:11

**1348** 79:12 80:2, 10

**1350** 79:11,21 82:2,10

**14** 78:10 82:2

**14th** 52:5

**15** 82:3

**15th** 47:3

**18** 77:18

**19** 76:20

**1962** 20:8,10,24 33:14

**1999** 47:3

## 2

**2** 47:13

**2/12/07** 60:24

**2000** 52:6

**2005** 67:2

**2006** 85:3 88:25 91:9

**2007** 13:20,21,22 53:16 61:7,10 65:17 74:22,24 76:8 79:9,19 81:8, 10,22

**22** 82:10

**22nd** 76:8

**230** 4:5 7:15

**231** 16:22,24

**232** 46:22,24

**233** 51:21,23

**234** 53:7,10

**235** 60:25 61:4

**236** 65:14,16

**237** 66:22,25

**238** 70:23,25

**239** 75:25 76:3

**23rd** 61:10 67:2 79:9

**24** 8:6 80:11

**240** 79:2,4

**241** 84:23 85:2

**242** 88:21,24

**26** 49:25

**27** 85:3 88:25

## 3

**3/27/06** 84:22 88:20

**33** 49:2,3

**3rd** 81:10

## 4

**4** 63:24 64:6

**4/23/07** 78:24

**4500** 53:23

**48** 79:16

## 5

**5** 4:16 13:21 62:19, 20 79:19 81:8,22

**50** 79:14

## 6

**6** 62:19,20 85:6

## 7

**7/11/07** 65:12

**75** 71:23

## 8

**8** 80:2

**8/29/07** 16:20

## 9

**9** 77:20

**9th** 53:16

## @

**@pomonavillage** 18:16

## A

**ability** 7:2

**Academic** 25:2

**accepted** 86:7

**accepting** 85:14, 17

**accommodate** 6:23 59:6

**accurate** 47:4,6,9 61:8

**accurately** 7:8 50:3,25 51:3 61:23 62:8 63:25 67:21 68:16,18,19,20 71:15 72:5 77:4 78:16 80:8 81:18

**82:5, 89:15**

**accusations** 70:13

**acre** 37:17

**acres** 50:23

**act** 62:2,4,6 63:11, 19,21,23

**action** 39:15 62:11 63:2 88:13

**actual** 11:4,6

**add** 6:6

**address** 4:15 17:12 18:3,8,10, 12,14 66:4

**adhere** 60:10

**adopt** 80:3

**adopted** 61:10,13 78:14 81:7

**adoption** 80:4 81:3

**adult** 57:16,19,22 58:3,5,9,12 89:14 90:5,6,11 91:6

**adverse** 80:16,25

**affected** 65:2

**African-american** 59:11

**agency** 76:15

**agenda** 18:7 46:19 47:3 73:2,3

**agree** 59:5

**air** 80:25

**allegations** 39:18 86:21

**allowed** 59:22

**Alma** 4:1,13 38:1, 12 55:1,18 76:1,25 91:1

**amended** 81:7

**amending** 80:5, 14 81:5

**amendment** 76:6,7 78:13

**amendments** 62:3 63:11,20

**American** 60:5

**amount** 20:22 30:13 43:19

**answers** 5:18 6:17 9:19

**anybody's** 26:17

**anymore** 62:17

**appeal** 89:11 90:20

**appearance** 49:22 51:12

**appears** 53:15 54:3 65:16 71:4,6

**application** 37:14 38:6,21 39:7,9 40:20 46:12

**applications** 52:21

**appointments** 69:24

**approve** 61:13

**approximately** 50:21,23

**April** 61:10 79:9

**architect** 50:8

**area** 21:10,20 33:13 81:15 84:17

**areas** 80:18,20,22

**Army** 44:25

**aroman@pomonavillage** 66:7

**aroman@rcls.org.** 17:15

**art** 32:5

**article** 66:19 67:2, 6,9 70:21,25 71:6, 8,11 74:9,10

**asks** 6:7 78:2

**Associates** 51:25

**attached** 62:6 63:5,7,9 71:5 85:8, 13,22

**attachment** 85:23

**attachments** 53:6

**attempting** 50:17

**attend** 11:10,12, 14 72:19

**attended** 68:6 89:8

**attention** 43:12 87:8

**attorney** 6:19 7:24,25 41:5

**attribute** 23:16 24:17

**aware** 36:22 37:12 55:23,25

---

**B**

**back** 5:22 9:2 28:3 47:4 54:12 58:19 62:23 69:12 70:4 72:23 76:19 77:12, 13 79:11 83:16

**ballot** 29:9

**ballpark** 57:9,11

**ballroom** 71:22

**Banks** 35:20 63:24 64:7

**based** 32:17

**basements** 23:13

**basis** 81:16 83:5, 6,8

**Bates** 46:20 49:6 51:20 53:6 60:24 65:12 66:21 70:22 73:9 75:23 78:24 84:22 88:20

**beginning** 71:10 77:14,17 78:10

**believed** 36:17

**believes** 81:13

**birth** 74:14

**bit** 34:17 67:10 73:9

**black** 27:4 60:5,15

**bloc** 28:17,19 29:5

**blocked** 54:13 73:8

**blog** 36:20

**blurry** 73:13

**board** 8:19,22,24 9:4,7,10,14,16,17, 18 10:10,16,25 11:12,20,22 12:4,6 18:19 25:13,14,15, 21 27:9,24 28:14 41:10 46:19 47:3, 18,20,21,23 48:5, 12 50:11 52:6 60:12,15,23 61:7 68:10 69:16,19 72:22 75:23 76:10, 78:23 79:5 81:12 82:13 84:21 85:2, 12,17 86:15,16 87:2,4,20 88:4,7, 19,25 89:8

**boards** 86:6

**Bob** 65:17,18

**book** 44:20

**booming** 71:12

**bordering** 42:20

**borders** 43:4,7

**bottom** 48:23 49:14 61:20 68:9 76:15

**bought** 40:16

**Boundary** 66:20 67:3

**break** 6:23 65:8 91:13

**Breaking** 53:17

**bring** 12:25

**brought** 9:22,23, 24 87:5,7,10

**build** 37:13 38:9, 19 46:11,14 50:17 72:2 83:10

**building** 50:17,21 51:12 83:2 86:12

**buildings** 21:13 70:6

**built** 21:24

**burden** 30:8

**burdened** 62:5 63:22 64:21,24

**business** 9:20

---

**C**

**call** 23:14 30:5 64:17

**called** 34:20 36:5 39:21 49:6 59:15 70:24 84:16

**camp** 4:16 39:2 40:16 45:3,5,12,14 55:2

**campaign** 55:14

**candidates** 35:10,11

**cap** 26:22

**car** 91:11

**carried** 63:24 64:6

**cars** 22:25

**Cary** 17:18

**case** 13:21 36:23 40:10 81:16 83:5, 6,7

**Catskill** 17:20

**chairman** 49:18 50:10 85:9

**chance** 83:13

**change** 20:21 71:13

**changed** 20:13, 17,23 23:19 24:5,6 28:15 58:2

**Chestnut** 8:7

**children** 27:21

**choose** 28:5,10

**church** 30:4

**circumference** 56:14

**civic** 18:21,24 36:18

**clarity** 65:5

**Clark** 51:25

**Clash** 70:22 71:2, 11 73:7

**clear** 64:18 69:15

**Clerk** 49:21

**clone** 67:20 68:3

**closed** 10:5 70:9, 11,14

**coat** 27:4

**code** 80:5,14 81:5

**college** 5:5 13:15 36:23 37:10,18 39:22,24 40:5,9 72:2

**color** 26:16

**column** 36:20

**Comfort** 71:22 72:8,24

**comment** 77:3

**comments** 19:25 76:23

**committee** 11:18 12:5 86:9 87:12

**committees** 11:16

**communities** 59:23 68:12 69:6

**community** 85:16

**Complaint** 39:14, 16,17,19,25

**Complying** 7:17 17:2 53:13

**comprises** 25:14

**concept** 29:10

**concern** 23:4

**concerned** 19:20 23:2 90:25

**concerns** 22:15 43:2

**conflict** 10:3,15 86:16,20 87:8

**conflicts** 87:3 88:10

**Congregation** 5:5 13:15 36:23

**Congregational** 39:22

**Congress** 62:3 63:10,20

**consensus** 89:10

**consideration** 19:13 20:2

**considered** 81:16

**constituents** 19:7 35:2

**construction** 81:15

**consultants** 52:4

**contact** 44:13

**contacted** 44:14

**contained** 80:19

**contents** 12:17

**contesting** 89:13 90:4

**continue** 22:23 36:13,16

**continued** 76:7 91:19

**controversial** 73:11

**conversation** 12:23

**Cook** 49:18

**cookery** 32:3

**copy** 14:13,14 62:6 63:4 85:8,13, 22 90:18

**correct** 8:12 10:22,23 30:20 39:22 48:8 52:7,8 54:21 64:2,4 77:5, 15 80:9 85:4 87:18 88:5 89:2,18

**correctly** 85:19

**correspondence** 34:25

**costs** 30:19

**counsel** 6:7 15:4 51:7 62:21

**counselor** 55:2

**country** 22:22

**county** 20:7,13, 17,20 21:6,8 24:10,11,15 34:10 81:11

**couple** 33:16,17

**court** 5:7 76:14

**create** 30:8

**criteria** 29:20,22

**culinary** 32:5

**culture** 31:12 70:21 71:2,11 73:7

**cuts** 25:5,6,9,12

**D**

**dash** 52:9

**date** 9:11, 16:13, 16

**dated** 16:20 51:19 53:5,16 65:12,17 81:10

**David** 50:9

**day** 35:11 37:16 46:8

**days** 32:2

**deal** 6:21

**dealing** 10:16 78:14

**December** 47:3

**decide** 18:18

**decision** 87:13, 14,17

**decisions** 20:2

**decline** 24:17

**Defendant** 4:7

**deliberate** 11:8

**Dennis** 49:24

**Department**

81:11

**deposed** 5:9

**deposition** 4:4 6:10 7:3,14,23 12:9,14

**Deputy** 49:21 63:23 89:6

**detail** 26:10

**details** 42:12

**determination** 38:22

**determined** 80:13

**determines** 9:19

**devastating** 72:3

**developer** 73:10 86:18

**developers** 71:24 72:25

**developing** 41:16

**development** 20:22,23 21:2,3,5 22:7,9,12,13 41:24 43:7,25

**died** 56:4,5

**difference** 11:3 32:15

**difficult** 22:24

**directly** 38:10,11

**discuss** 70:8,9,14 72:18 80:4

**discussed** 69:23

**discussing** 75:13

**discussion** 76:23

**distributed** 61:24

**District** 23:23

**districts** 24:14,15

**disturb** 84:13,14

**Divided** 66:20 67:3

**document** 4:3 7:20 14:7,9,11 16:18,23 17:4,6,7 46:17 51:16,17

52:13 53:3 54:19 60:21 65:6,10 66:17 70:18,19 78:20,21 79:20 84:18,19 88:17

**documents** 12:25 13:4,8,11,13,14, 18,22,25 14:12 15:9,15

**Donna** 4:22

**door** 41:8 43:24

**Dora** 45:3,5

**dormitories** 76:7 78:14

**draft** 61:24

**dress** 26:8 32:17

**Drive** 50:2

**driveway** 34:24

**due** 80:23

**duly** 4:8

**duty** 18:21,24 36:18

**E**

**earlier** 67:23

**East** 23:22 27:23

**educational** 24:7 29:25 30:6

**eighth** 50:19

**election** 28:7,8,11 37:8

**elections** 29:5

**elementary** 25:10

**email** 14:8,10, 17:12,21,22 18:2, 8,11,14 53:5,16, 19,20 65:12,17 66:4

**emailed** 18:8

**emails** 14:17,22, 23 18:7

**employed** 8:3,5

**enacted** 81:8

**endorsed** 55:12

**enhanced** 80:20

**entail** 50:20

**entertain** 43:19

**entitled** 53:22 67:3 70:21,25 80:13 81:5 85:2

**environment** 43:24 80:17 84:11, 17

**environmental** 22:15 42:21,24 43:14 71:25

**envision** 67:19 68:3

**essence** 42:18

**Essentially** 50:16

**ethics** 9:4,7,10, 14,17,18 10:10 11:12 59:13 85:9 86:8,25 87:4,12,19

**evening** 50:8

**eventually** 45:16

**exact** 16:13,16 32:8

**EXAMINATION** 4:18

**examined** 4:10

**excellence** 25:2

**exclude** 59:12

**exclusion** 60:12

**exclusions** 60:6

**Excuse** 88:6

**exempt** 29:11,21 30:6,17 52:21

**Exhibit** 4:5 7:15 46:22 51:21 53:7 60:25 65:13 66:22 70:23 78:25 84:23 88:21

**exist** 88:14

**exists** 66:13

**experts** 71:25

**explain** 11:3

71:25

**exploratory** 50:12

**expressed** 34:6

**F**

**fact** 6:20 11:5,6 34:9 49:17

**fair** 8:10 28:13 30:25

**faith** 34:3

**familiar** 29:10 41:23,25 45:2,10

**families** 74:19,21

**Farm** 41:23 42:4,7 43:20 67:9,11,14, 19 68:3

**Farms** 42:14

**favor** 42:13 74:24 75:9,12 78:11,18 82:11,17,20 84:5 90:14,19

**February** 61:7

**federal** 59:21 64:16

**feel** 7:8 23:3 29:13,14,15 59:25 60:8

**feet** 50:21

**felt** 64:10

**figure** 50:14

**file** 59:22

**filed** 39:17

**filtration** 80:21

**find** 32:24

**fine** 8:2 41:21

**finish** 5:16,17 51:7

**finished** 91:16

**Finkel** 50:11

**Finkelstein** 8:6

**Firemen's** 49:25

**fires** 70:6

**flier** 55:17,19

**fliers** 55:15

**flooding** 23:9

**floods** 23:13,14
84:15

**food** 31:25 32:2,3

**foods** 31:25

**forever** 71:14

**forgotten** 89:22,
23

**form** 20:15 26:24
29:6 30:21 43:8
48:13 52:16 57:17
58:10,14 60:2
67:6,12 71:5 72:20
83:14 86:2,23

**formed** 20:11
34:2

**forum** 36:20

**forward** 90:15,20

**forwarded** 18:15
66:10

**frame** 47:25

**Frederick** 51:24

**Fromowitz** 49:9,
18,19,20,22 50:7

**front** 47:2,4 53:15
76:5,11 79:5

**full** 4:11 67:18

**funny** 34:15

---

**G**

**Gale** 4:8

**garbage** 19:21

**gathered** 71:23

**general** 21:7,10,
20 56:15,16 69:20,
21,23 70:5

**generally** 26:22
38:16 43:6,10

**generic** 28:24

**gentlemen** 76:22

**gesture** 15:6

**give** 6:7 13:11
14:5,8 15:20,21
55:19 69:3 83:13

**GML** 81:9

**Golding** 45:3,5

**good** 4:20,21 7:10
79:24

**grades** 50:19

**great** 7:6 10:19
13:7

**Green** 36:5

**greet** 19:19

**ground** 5:11

**grounds** 70:6

**group** 28:20,23
33:10 40:15 44:24
71:23

**group's** 72:2

**guys** 35:24

---

**H**

**hall** 14:4,6,13,14
15:11,12,17 16:3,6
45:7 55:20

**hand** 7:14 15:6

**handed** 46:23
51:22 53:9 61:3
65:15 70:24 76:2
79:3 84:25 88:23

**handing** 16:18
51:17 53:3 60:21
65:10 66:17 70:19
75:20 78:21 84:19
88:17

**handle** 42:19

**happen** 19:18

**happened** 15:7
24:24 85:25 88:13

**Hasidic** 25:22
26:7,9,12 27:6
29:2 31:12 32:11,
14 33:12 34:10
71:12,24 74:14,19

**hat** 27:4

**head** 5:23 6:3
70:15

**hear** 55:9 90:17

**heard** 27:8,12
28:17,22,25 31:18
32:25 33:2,5 37:2,
3,4,10,11 38:8,15,
18,24,25 39:10,11
40:3,8,11 44:2
45:24 55:6 56:2,4
57:22,24 58:5
59:15,16,20,21
68:2 74:5,13 77:3

**Hearing** 75:22
76:6

**hearings** 62:3
63:10,20

**hears** 6:4

**heart** 72:3

**held** 36:14 65:9
91:15

**helping** 19:2

**Hill** 4:16

**hires** 70:5

**hold** 8:16 17:8
62:3 63:10,20

**home** 14:16

**housing** 43:19
57:16,19,23 58:3,
6,9,13 89:14 90:5,
6,11 91:6

**human** 59:8

---

**I**

**Ian** 35:20 55:18

**idea** 56:15,16

**identification** 4:6
46:22 51:21 53:8
61:2 65:14 70:23
75:25 79:2 84:24
88:22

**identified** 81:2

**II** 89:12

**impact** 43:14
80:16

**impacts** 80:25
81:2

**important** 5:16
83:18

**improper** 62:5
63:22

**included** 81:14

**incorporate**
55:24

**indicating** 15:16
49:5 65:23

**indirectly** 38:14

**individual** 73:14

**informal** 49:22

**informally** 38:23
39:10,11 41:16

**information**
32:24

**infrastructure**
84:14

**infrastructures**
42:20

**initial** 50:20

**Inn** 71:22 72:8,24

**input** 50:13

**institution** 24:7
59:6

**Institutionalized**
62:2 63:19

**institutions**
29:24,25 30:6
59:22

**intend** 37:12 38:9

**intended** 38:18

**intent** 38:16

**intention** 72:2

**interest** 10:3,16
11:8 86:17,20
87:4,9 88:10
90:24,25

**interested** 19:8

**interests** 43:23

**interfere** 7:2

**impacts** 80:25
81:2

**Internet** 36:19

**invitation** 72:11,
13

**involved** 86:12
89:9

**involvement** 9:20

**issue** 9:22,23
13:20 26:16 30:15
31:25 42:22,24
57:8

**issued** 81:10

**issues** 9:24 10:2
23:8 35:6 43:14
55:7 69:18,22,25
86:12

---

**J**

**Jackson** 49:25

**January** 52:5
53:16 74:22 76:8
81:10

**Jew** 26:9,12,23
27:6

**Jewish** 27:21
32:5,13 33:22 34:3
39:5 45:13 67:24
68:12 69:6 71:24

**Jews** 25:23 31:12
33:13 34:10 71:12
74:14

**job** 32:8

**John** 4:25

**joined** 42:11

**joint** 11:19 12:4

**Joseph** 50:10

**Journal** 34:12,13,
14,16,19

**July** 65:17

**jumping** 5:18

**jurat** 91:19

**jurisdiction** 65:3

---

**K**

**Kazamovsky**

50:10

**keeping** 31:18
32:4

**kids** 27:10

**kind** 10:14 24:24
38:20 42:23 43:25
59:8 69:22 70:6

**kindergarten**
50:18

**kippah** 26:22

**knowing** 47:8

**knowledge** 21:9

**kosher** 31:19 32:4

___

**L**

**Lachiana** 49:21

**Ladentown** 55:24
56:3,12,16

**Ladies** 76:22

**Lamer** 10:13
63:17 78:9

**land** 35:6 55:8
61:25 63:18 66:20
67:4 86:19

**lands** 81:13

**lanes** 22:24

**language** 49:3

**large** 22:21 74:20

**late** 8:23

**law** 13:21 18:7
19:3 59:2,4,15,16,
21 64:15,16,22,25
74:22,23,25 75:4,
6,10,12 76:6,7,24
78:14, 79:18,19,22
81:3,5,8,17,21,24
82:18,21,23 89:14
90:5,6,12

**laws** 13:19,20
19:14,17,20,21
20:4 60:10

**lawsuit** 5:7 17:10
39:19 42:3,5,6,15
57:11,13 89:12,13,
21 90:4

**lawsuits** 57:2,4,
15 89:9,25

**lawyer** 12:14,16,
18 55:19

**lawyers** 5:2,4
12:24 49:6 71:24

**lead** 36:22

**learn** 52:14

**left** 45:16

**Leonard** 49:25

**lessened** 80:19

**letter** 85:11,13,15,
22

**letters** 41:15

**level** 23:15

**librarian** 32:9,23

**library** 8:6 17:20
31:24 32:4,7,8,11

**listed** 66:3 76:12
85:3

**listen** 71:23 75:16

**listened** 75:18

**litigation** 55:21

**live** 18:23,25 34:5

**lived** 20:6,9

**living** 22:16

**local** 13:21 18:7
44:23 68:10 74:23
76:6,7,24 78:14
79:19 80:5,13,14
81:4,5,8,17,21
89:14 90:5,6,11

**locate** 50:22

**Lohud** 34:20

**long** 5:10 8:8,14
9:10 18:2,4 20:6,9
27:4

**longer** 8:9 10:12
28:5

**lost** 25:3 28:7,11

**Louie** 65:24
85:10,11,18 88:4,7

**lower** 31:6

**M**

**made** 10:7 15:6
18:18 25:12 42:23
51:11 86:21 87:15,
16

**magazine** 71:5

**Main** 46:8

**make** 5:25 6:20
29:18 37:15 38:3,
22 72:4 75:7 80:11
87:12

**makes** 33:23
39:18

**making** 20:2

**man** 26:21 27:3

**map** 45:6,7,15

**maps** 54:3

**March** 85:3 88:24

**marked** 4:3,5
15:15 16:19,21,24
46:18,21,24 51:18,
20,23 53:4,7,9
60:22,25 61:3
65:11,13 66:18,22,
24 70:20,22 75:21,
24 78:22,25 79:4
84:20,23 88:18,21,
23

**Marshall** 77:25
85:10,14

**master** 56:22 58:3

**material** 37:8

**materials** 14:15
15:23 55:14

**math** 31:2

**Mayerfeld** 50:9

**mayor** 63:23
77:25 78:10 80:3
85:10,14 87:3,6,11
89:6 90:16

**mayor's** 87:8

**means** 18:24

**media** 35:5,8

**medications** 6:25

**meet** 10:21 12:16,
18,20 19:11 32:10,
13 35:10,11

**meeting** 10:25
15:8,22,23 40:21
41:10 46:20 50:12
60:23 61:7 64:4
68:7 70:11,12
72:8,10,16,19,22,
78:24 79:6 84:21
85:3 88:19,25 89:7

**meetings** 10:4,7,
20 11:10,13,19,25
12:5 14:25 19:22
68:10,23 69:16,19,
20,21,23 70:7,9,14

**meets** 10:21

**member** 18:19
44:8,10,12,23
54:20 60:15 86:6

**members** 9:7
25:15,16,19,21
82:12 89:8

**membership**
85:12

**memo** 16:20
52:11

**memorandum**
51:19 52:5

**Memorial** 8:6
50:2

**met** 26:11 87:20,
22

**Michael** 73:10,23,
24 74:2,5,6

**middle** 85:7

**mikvah** 32:25
33:2

**Minisceongo**
23:9,11

**minute** 13:7 41:8
53:11 65:8 69:3
91:13

**minutes** 15:9
46:20 48:8 60:24
61:14 62:7 64:15
75:22 78:23 84:22
85:13 88:20,24

**missing** 54:6

**moment** 6:8

**month** 10:21

**mood** 71:21

**morning** 4:20,21

**Moshe** 50:11

**motion** 63:24 64:6
78:2 79:12 80:4,12
82:11

**move** 80:3

**moved** 63:18

**movement** 55:23,
25

**municipalities**
42:11

**municipality**
30:17

**municipality's**
30:19

**N**

**names** 48:20

**Nanuet** 71:22
72:8,24

**narrative** 50:15

**natural** 80:21

**nearby** 67:18

**needed** 7:23

**News** 34:12,14,
16,19 53:17

**newspaper** 67:7

**nick.
sanderson@
pomonavillage.
com** 66:2

**night** 35:11

**nineties** 8:23

**nodding** 5:23

**nods** 6:3

**noise** 80:25

**Nos** 16:21 51:20
53:6 60:24 66:21
70:22 78:24 88:20

**Notary** 4:9

**notes** 14:25 15:3, 13,14

**notice** 4:4 7:13

**number** 24:7,9,13 32:10 49:4,8,12

**numbers** 48:24 49:7 73:9

---

**O**

**oath** 6:14

**object** 6:8,9 20:15 23:24 26:2,24 29:6 30:21 43:8,25 48:13 52:16 57:17 58:10,14,22 59:8 60:2,6 67:12 69:2, 9 72:20 79:23 83:14 86:2,23

**objecting** 59:10, 12

**objection** 6:20 42:11 46:5 68:24

**obtain** 62:4 63:21

**obtaining** 64:20

**Occasionally** 15:2

**October** 67:2

**office** 16:5 35:9, 13 55:11,15

**older** 91:11

**open** 30:4 70:7,11 73:4

**opened** 10:6

**opinion** 22:4,5 24:21 34:4 58:8

**opinions** 34:7

**oppose** 43:6 56:22

**opposed** 31:4 78:12

**organization** 31:16 44:24

**Orthodox** 25:23 26:7,9,11,14,15,23

27:5 29:2 31:12 32:10,14,20 33:12 34:10 74:14,19

**oversee** 11:17

**overused** 23:3

**overwritten** 81:12

**owned** 37:18 45:5 52:15

**owner** 40:22 45:2

**owners** 52:25 80:23

**owns** 40:14

---

**P**

**P.E.** 49:24

**pages** 48:23 54:2 79:24

**paid** 71:25

**paper** 34:22

**paragraph** 61:21 63:3 67:16 71:20 81:9

**parameters** 39:7

**parcel** 37:17

**part** 7:3 23:9 31:15 50:6 56:9 62:13 65:3

**participate** 19:3

**participating** 19:5

**particulars** 74:21

**partisan** 36:7

**party** 36:3,6,8 42:3,5

**pass** 46:8

**passed** 13:19

**passing** 82:11

**Patrick** 41:23 42:4,7,14 43:20 67:9,10,14,19 68:3

**Paul** 41:2

**pay** 30:9,14,18

**paying** 31:4,5,7

**PELOSO** 6:6 11:23 13:12 20:15 23:24 24:3 26:2,24 29:6 30:21 31:8 37:3 40:6 41:18,21 43:8 46:5 47:6 48:13 49:5,14 51:2,7 52:16 54:7 56:23 57:17 58:10, 14,22 60:2 62:19, 21 63:3 65:22 67:12 68:17,22,24 69:2,9 72:20 73:15,17 74:15 78:3,7 79:15,23 83:13,20 86:2,23 90:7

**people** 19:12 23:14 27:8, 30:9 31:4,5,6 32:5, 55:11 58:5 60:13, 17 68:2,11 69:5 72:23 74:13 82:25 83:10

**people's** 9:19 23:13

**percentage** 81:13

**period** 73:4 76:24 89:6

**permit** 81:14

**person** 28:21 35:4,19 60:5 73:15,21

**personal** 14:15 17:12,24 58:8

**personally** 11:21 14:8 25:17 35:3 41:19 60:11 83:20 84:2

**Personnel** 69:24

**persons** 40:15 62:2 63:19

**perusing** 79:20

**photo** 73:15

**physical** 34:22

**picture** 73:8,16, 18,20

**pictures** 71:7

**piece** 37:24

**place** 18:23,25 27:20 41:6,7

**plaintiff** 5:5 36:22 39:23 40:4,10

**Plaintiff's** 4:5 7:15 16:21,24 46:21,24 51:21,23 53:7,10 60:25 61:4 65:13,15 66:22,25 70:23,25 75:24 76:2 78:25 79:4 84:23,25 88:21,24

**plaintiffs** 5:6

**plan** 54:3 56:22 58:3

**Planned** 53:23

**planning** 8:19,22, 24 11:20 12:6 46:19 47:3,17,20, 23 48:5,12 52:6 81:11 85:7,12 86:15

**plans** 40:23,25

**platform** 35:24 36:2

**pleasure** 50:8

**point** 22:6 41:14 50:24 90:13 91:3

**political** 28:20 36:3 55:7

**POM** 48:24 49:4

**POM0004680-93** 46:21

**POM0007310-14** 16:21

**POM0013255-59** 53:6

**POM0016289-94** 60:24

**POM16958** 65:13

**POM19136** 84:22

**POM4314-19** 51:20

**POM4682** 49:7

**Pomona** 4:17

8:11,25 18:20 20:9 21:4,10,11 23:21 36:15 46:11 47:17 50:2 51:13 52:6,9 53:23 58:13 60:7, 9,11 61:6 65:4 67:15 72:3 75:23 76:10 78:23 80:15 81:6 86:13

**pomonavillage. com** 66:4

**population** 71:12

**portion** 49:12

**positions** 8:16 36:14

**posted** 36:19

**Power** 44:19,21

**prayed** 12:10,11

**prayers** 12:12

**preparation** 11:4 13:5

**prepare** 12:8

**prepared** 77:2

**preschool** 49:23

**present** 12:22 47:13 89:11

**presented** 50:16 78:15

**preserve** 44:2,8, 11 53:17 54:21 55:4,12 82:22,23

**preserving** 80:17

**president** 50:9

**prevents** 82:25

**primary** 49:23 50:18

**principles** 36:9

**Printout** 66:19

**prior** 48:2

**private** 49:23 80:22

**problem** 6:24 12:3 22:21 31:2

**problems** 23:12

**proceed** 89:11

**process** 80:24

**produce** 55:20

**produced** 63:7 85:23

**programs** 25:5,7, 8

**project** 50:9,20 73:12

**Prol** 65:17,18

**properties** 29:11 30:16,18 31:3,5

**property** 37:13, 17,18,23,25 40:14, 16,23 41:17 43:3, 5,11 45:3,4,11,17, 20 52:15,21,25 54:16 67:11 80:22

**proposed** 18:7 56:2,10,18 71:12 76:24 78:11 80:13, 24 81:3,4

**protect** 83:18 84:6

**protected** 80:23 84:16

**protecting** 84:9, 10

**protection** 80:6, 15 81:7

**protest** 57:13,14

**provided** 80:21

**public** 4:9 10:4 75:22 76:6,23

**purchased** 50:19

**purely** 33:21

**pursuant** 7:13

**put** 37:8 39:13

**puts** 59:7

**putting** 59:7

---

**Q**

**quality** 80:20,25

**question** 5:21

6:7,11,12 11:24 13:10 24:2 26:5 48:14 51:8 58:21, 23 59:8 60:3 62:22 66:15 68:22 69:4, 10,13,14 75:5 78:8 83:22

**questions** 5:17, 24 7:4 9:19 51:15 53:12 74:11 78:20 84:18 88:16 91:17

**quirk** 34:17

---

**R**

**R-o-s-a** 44:17

**Rabbi** 49:9,18,19, 20,21 50:7

**rabbinical** 5:5 13:15 36:23 37:18 39:22,24 40:5,9 52:15 71:13,17 72:2

**Ramapo** 17:20 21:23,24 23:22 27:23 28:14,23 29:5 44:2,8,11 47:21,23 53:17 54:21 55:4,7,12 56:22 57:2,4 58:2, 68:6 69:19 71:13 89:10,12,21

**ran** 9:5 35:12,17 55:15

**rate** 74:14

**rated** 25:3

**ratings** 25:4

**RC1007-16** 88:20

**RC1015** 89:4

**RC1065-1173** 75:24

**RC1139** 76:19

**RC1142** 77:13

**RC1339-1381** 78:25

**RC1618-19** 66:21

**RC1810-1817** 70:22

**rcls** 66:11

**Rcls.org.** 17:17

**read** 5:22 34:12, 13,16,22 49:11,17 50:3,5,24 51:3 53:14 58:19 61:22 62:8,23 63:9,17,25 67:21 68:16,18,19, 20 69:12 72:5 77:4 78:16 79:22 81:18 82:5,15 83:16 85:10,19 89:5,15

**reading** 47:10 61:23 77:22 81:21

**reads** 77:13

**realize** 73:12

**reason** 7:7 43:5 48:7,11 77:6 82:7

**reasons** 80:17 81:12

**recall** 7:21 30:2 41:9,22 46:10 47:19,20, 52:22 53:2 54:11 57:10 88:3

**receive** 14:22 17:6 41:15 72:11, 13

**received** 85:11

**receiving** 52:11, 20

**recess** 65:9 91:15

**recollection** 47:16 51:4, 62:10, 25 89:20

**recommended** 85:14

**record** 7:12 10:7 77:23 78:13

**reference** 32:9,23 40:9

**referenced** 90:7

**referred** 87:4

**refresh** 5:12 47:16 51:4, 62:10, 24 89:20

**regular** 10:24

**regularly** 9:21

**rehab** 22:23

**relate** 13:15,19

**related** 26:13

**relation** 80:5,15 81:6

**religion** 26:4,17 66:21 67:4

**religious** 27:18, 19 29:24 30:5 33:10 53:22 59:6, 13,22 61:25 63:18

**remember** 8:9 9:11,12,13 16:15 18:4,5 41:13,14 47:21 48:3,4,9,11, 15,16,19 51:6 52:11,19,20 56:25 63:13 64:11 70:4,5 72:7 89:24 90:13, 22 91:3,5,7,8

**remembered** 62:13

**repeat** 5:23 58:16

**repeated** 58:21 69:14

**rephrase** 12:3 62:14

**reported** 72:23 89:7

**reporter** 4:11,14 5:7

**reporting** 76:15 79:10

**represent** 63:6 85:21

**represented** 49:24

**representing** 40:22

**request** 4:2

**requesting** 41:16

**required** 11:13

**requirements** 80:24

**residential** 21:2,

3,4

**residents** 19:16, 22 53:23 67:19 68:15 69:8 75:14, 16

**resignation** 85:11,15,18 86:6

**resigned** 87:14, 16

**resolution** 61:25 62:6 63:4,14,18 77:14,22 78:11

**resolved** 80:12 81:4,9

**respect** 81:3

**response** 5:25

**rest** 5:6 37:16

**restate** 22:10 30:25

**reveal** 12:17

**review** 13:4 81:10

**reviewed** 82:4

**Rhodes** 54:23,24

**Richard** 17:17

**rid** 15:22,24

**rights** 80:22

**Rita** 65:24 85:10, 11,18

**RLUIPA** 59:15,17 60:18 62:2,12 63:2,19

**Road** 56:16

**roads** 22:19,20, 21,22 23:2,5 43:18

**Robert** 54:23,24

**Rockland** 21:6,8 44:15,17 81:11

**Rocks** 49:24

**Roman** 4:1,13,20 41:1,19 77:1,2 82:1,3 85:1,9 89:1, 8 91:1

**room** 68:13 69:8

**Rosa** 44:15,17

**rules** 5:12

**run** 18:19 28:8,10, 12 34:3 35:15,21 55:11

**running** 35:9,25 36:8

**runoff** 80:18

---

**S**

**Salit** 4:9

**Salvation** 44:25

**Sanders** 4:1,13 91:1

**Sanderson** 63:23 77:13 80:3 89:7

**Sandy** 76:15 79:10

**Saunders** 76:16 79:10

**Savad** 41:2

**school** 23:22 24:14,15 25:20 27:9,18,19,24 38:19,20 39:2,5 46:9 49:23 50:10, 17,18 52:15 53:23 71:13,17

**schools** 23:19 24:25 25:3

**secondary** 25:10

**seconded** 63:23 78:6

**secret** 29:9

**send** 14:19,20,22 15:12,17 27:10 85:15

**sense** 29:4 39:11

**sentence** 67:18

**separating** 69:6

**serve** 9:7 27:23

**served** 75:14

**serves** 10:10

**service** 85:16

**set** 81:17

**sewage** 42:25

**sewers** 43:17

**shaking** 70:15

**she'll** 62:22

**show** 78:13 82:11

**showing** 26:17

**shred** 16:2,3

**shredder** 16:5

**shul** 33:4,5,7,9,10

**sic** 76:24 85:10

**side** 50:14 68:12 69:7

**sides** 86:14

**sign** 44:8

**significant** 80:16

**similar** 17:7 81:2

**simpler** 75:8

**simul** 9:5

**site** 50:19,23 54:3, 14

**sits** 40:17

**sitting** 25:24 41:6, 69:7

**situation** 85:24

**sixties** 28:3

**size** 74:18

**skull** 26:22

**Sobel** 4:2,19,22 16:18 46:17 51:9, 17 53:3 58:19 60:21 62:20 65:7, 10 66:17 69:12 70:19 75:20 78:21 84:19 88:17 91:12, 16

**sold** 45:20

**son's** 55:2

**sort** 15:22 24:6 36:9 49:11 73:13

**sounded** 31:2

**speak** 12:13 19:7, 22 35:8 41:16 55:6,9

**speaking** 5:19

**special** 81:14

**specific** 38:17 69:21

**spoken** 35:5

**Spring** 8:7 45:24 46:4,7,13 49:9,19 51:11 52:23,24

**square** 33:19 50:21 67:20,24 68:4,11 69:6

**stand** 91:19

**standards** 81:17

**standing** 36:10

**start** 79:15

**started** 16:14,17

**starting** 79:12

**starts** 39:18 61:21

**state** 4:9 25:3

**stated** 7:11 84:4

**statute** 30:3

**statutes** 29:19

**Stepanovich** 4:25

**steps** 56:21

**stop** 19:16

**stores** 21:17,18, 22

**storm** 80:18,19

**street** 8:7 46:8 67:14

**Strike** 49:17

**student** 57:16,19, 22 58:3,6,9,12 89:14 90:5,6,11 91:6

**stuff** 70:5

**stumbling** 89:18

**subject** 53:17

**superintendent** 25:13

**supermarket** 19:12

**surrounding** 21:20

**sworn** 4:8

**synagogue** 30:4

**System** 17:20

---

**T**

**table** 43:21

**taking** 5:8

**talk** 19:16 27:8 28:25 58:5,7 60:17 74:13

**talked** 11:11 17:7 41:13 60:20 73:5 87:19

**talking** 37:24 41:18 49:2 54:17 69:15 91:5,7

**talks** 64:20 67:9

**Tartikov** 5:6 13:16 36:24 37:19 72:25

**Tauber** 73:10,23, 25 74:3,5,7

**tax** 19:20 29:11,20 30:17 31:7 52:20

**taxes** 30:9 31:4,5, 6

**taxpayer's** 30:13

**tear** 23:5

**ten** 8:15 16:13 44:19,21 65:7

**tense** 71:21

**term** 28:17,22,24 57:22,24

**terms** 20:22

**testified** 4:10 67:23

**testify** 6:14 7:8

**testimony** 62:4 63:21 64:20

**text** 71:21

**thanking** 85:16

**thing** 6:6 16:9 30:5 53:15 64:12, 13 70:7 74:6 91:4

**things** 18:15 19:8, 17 38:24 39:10 42:23 66:9,11,12 69:25 70:14

**thought** 40:15 42:18,21 64:11 75:14 90:23

**threaten** 71:13

**throw** 15:10 34:23

**throwing** 15:25

**thumb** 49:4

**ticket** 35:15

**time** 5:10,20 6:22 18:4 35:12,23 47:25 56:23,24 74:15,16 79:13,17 87:21,22 88:3 91:4

**times** 35:21 67:2 87:23,25 88:2

**today** 6:14,25 7:8, 13,23 12:9 13:2,5, 13 54:17

**told** 7:22,24 8:2 18:6

**top** 51:24 61:6

**Totally** 89:22,23

**town** 21:24 28:14 41:5 56:22 66:20 67:3 68:6,23 69:16,19 89:10

**towns** 62:4 64:21, 90:24

**traditional** 26:8

**traffic** 21:14 23:4, 6 80:25

**transaction** 45:23

**transcribed** 76:14 79:10

**trial** 6:17

**true** 64:23

**trustee** 8:12,14 9:4 10:12 11:11,22

16:12 41:20 60:7,9 63:17,24 64:7 76:12 83:21 84:3 85:9 89:8

**trustees** 9:7 10:21 16:8 36:14 60:23 61:7 75:23 76:11 78:24 79:6 81:13 84:21 85:2,4 88:5,8,19,25 89:6

**truthfully** 6:14

**turn** 48:22 49:7 51:23 53:21 61:18 63:16 64:3 73:6 76:18 79:11 85:6 89:4

**turned** 15:3

**type** 9:24

**types** 25:8 69:18

### U

**Uh-huh** 27:22 46:25 47:24 52:10 54:15 61:5 76:9,21 77:19,21 79:8

**Ulman** 61:21,24

**unanimous** 85:17

**understand** 5:20 6:13,16 11:23 12:2 22:8 32:3 33:16, 19,21 34:2 37:24 39:8,21 40:4 48:10 58:17 59:9 62:15 64:17 69:10 75:5 83:22

**understood** 26:21 86:10,11

**urging** 62:2 63:10,20

### V

**vague** 20:16 23:25 43:9 46:5 86:3

**validity** 89:13 90:4

**Valley** 8:7 45:25 46:4,7,13 49:9,19

51:11 52:23,24

**verbal** 5:25

**village** 8:11,17 10:20 11:9 14:4,6, 13,14,16,25 15:11, 12,17 16:3,6 18:11,19 20:11 21:19,20,22 29:14, 20 30:2 31:3 33:22 35:2, 36:6,15 41:10 42:3,6,21 43:4,5, 45:7 46:11 47:17,19 51:12 52:4,6 55:11,20,24 56:2,12,21 58:13 60:7,9,10,17 61:6 62:11,25 63:13 65:4 67:15,24 72:22 74:23 75:15 76:10 80:14 81:6 83:3,11 84:9,14 86:13,16

**villages** 33:16,18 34:2 43:13 62:5 63:22 64:21,24 65:3,4 89:9 90:24

**visit** 34:18

**vote** 19:6,14 42:13 55:17 61:13 64:9 84:2

**voted** 63:24 64:7, 8,11 74:23 75:9 78:18 82:17 83:24 84:3,5 90:14,19

**votes** 28:21

**voting** 19:5 20:4 28:17,19 29:5 63:13 74:24

### W

**wait** 15:23

**waiting** 40:20

**walk** 19:11 41:8

**wanted** 36:13 46:10,14 84:5 90:17

**water** 22:19,20 23:7,8,15,17 42:25 43:15,21 80:18,19, 20

**wear** 23:5

**wearing** 26:21 27:3

**website** 34:18 71:5

**weddings** 68:11

**wetlands** 43:16 76:8 79:13,18,22 80:6,15,18 81:6, 15,24 82:17,20,22, 23,24 83:2,3,4,19 84:6,9,10,13,16

**Wispy** 66:20 67:3

**Withdrawn** 45:3 75:7

**woman** 59:11

**word** 29:15 32:25 33:4,5 73:11,12

**words** 31:18 39:23 40:4, 63:8

**work** 17:21,23

**working** 8:8

**works** 9:6

**workshop** 10:24

**worry** 22:6,11,14

**worship** 27:20

**wrap** 91:14

**written** 35:3 89:17

### Y

**year** 12:7 25:11 30:19

**years** 8:15 16:13 28:15 35:14

**yeshiva** 27:15,16, 17 45:24 46:3,7,13 49:9,19 51:11 52:23,24

**yeshivas** 27:10

**yesterday** 12:21

**York** 4:10,17 8:7 67:2

**YSV** 52:9

### Z

**zoning** 11:20 12:6 65:2 85:8