FinalRitaLouie.txt

1

1

2          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
3          - - - - - - - - - - - - - - - - - X
           CONGREGATION RABBINICAL COLLEGE OF
4          TARTIKOV, INC., RABBI MORDECHAI
           BABAD, RABBI WOLF BRIEF, RABBI
5          HERMEN KAHANA, RABBI MEIR MARGULIS,
           RABBI GERGELY NEUMAN, RABBI MEILECH
6          MENCZER, RABBI JACOB HERSHKOWITZ,
           RABBI CHAIM ROSENBERG, RABBI DAVID A.
7          MENCZER, and RABBI ARYEH ROYDE,
                               Plaintiffs,
8                                              07-CV8304
                   -against-                   (KMK)
9
           VILLAGE OF POMONA, NY; BOARD OF
10         TRUSTEES OF THE VILLAGE OF POMONA,
           NY; NICHOLAS SANDERSON AS MAYOR;
11         IAN BANKS as Trustee and in his
           official capacity, ALMA SANDERS
12         ROMAN as Trustee and in her official
           capacity, RITA LOUIE as Trustee and
13         in her official capacity, and BRETT
           YAGEL, as Trustee and in his official
14         capacity,
                               Defendants.
15         - - - - - - - - - - - - - - - - - X

16                           June 16, 2014
                             10:33 a.m.
17

18                    EXAMINATION BEFORE TRIAL of
           the Defendant, RITA LOUIE, taken pursuant
19         to Notice, held at the offices of Savad
           Churgin, 55 Old Turnpike Road, Nanuet, New
20         York, before a Notary Public within and for
           the State of New York.
21

22                       *   *   *

23              SANDY SAUNDERS REPORTING
                254 South Main Street, Suite 216
24                New City, New York 10956
                      (845) 634-7561
25


2

1

```
                    FinalRitaLouie.txt
2       A P P E A R A N C E S:

3

4

            SAVAD CHURGIN
5                   Attorneys for Plaintiffs
                    55 Old Nyack Turnpike
6                   Suite 209
                    Nanuet, New York 10954
7
        BY:  DONNA C. SOBEL, ESQ.
8            JOHN G. STEPANOVICH, ESQ.

9

            ROBINSON & COLE, LLP
10                  Attorneys for Defendants
                    1055 Washington Boulevard
11                  9th Floor
                    Stamford, Connecticut 06901
12
        BY:  ANDREA DONOVAN NAPP, ESQ.
13

14

            DORIS F. ULMAN, ESQ.
15                  Attorney for The Village of Pomona
                    134 Camp Hill Road
16                  Pomona, New York 10970

17

18
                            *   *   *
19

20

21

22

23

24

25
```

```
                                           3
1

2

3

4               IT IS HEREBY STIPULATED AND AGREED

5           by and between the attorneys for the
                    Page 2
```

FinalRitaLouie.txt

```
 6          respective parties hereto that filing and
 7          sealing are hereby waived.
 8
 9              IT IS FURTHER STIPULATED AND AGREED
10          that all objections, except as to the
11          form of the question, shall be reserved
12          to the time of the trial.
13
14              IT IS FURTHER STIPULATED AND AGREED
15          that the within examination may be signed
16          and sworn to before any Notary Public
17          with the same force and effect as though
18          signed and sworn to before this Court.
19
20
21
22
23
24
25
```

```
                                        4
 1                    - Rita Louie -
 2              (At the request of Mr. Stepanovich the
 3          following document was marked.)
 4              (Whereupon, Notice of Deposition was
 5          marked Plaintiff's Exhibit 260 for
 6          identification.)
 7     R I T A   L O U I E, a Defendant herein, having
 8          been first duly sworn by Gale Salit, a
 9          Notary Public of the State of New York, was
```

FinalRitaLouie.txt

10          examined and testified as follows:
11                  THE REPORTER:  May I have your full
12          name, please?
13                  THE WITNESS:  Rita J. Louie.
14                  THE REPORTER:  May I have your
15          address?
16                  THE WITNESS:  1 Secor Court, Pomona,
17          New York 10970.
18      EXAMINATION BY
19      MR. STEPANOVICH:
20          Q       Good morning, my name is John
21      Stepanovich.  This is Donna Sobel.  And we're two
22      of the lawyers for the Rabbinical College of
23      Tartikov and the other plaintiffs in this
24      lawsuit.
25                  I apologize for my voice and I'm


                                                    5
1                       - Rita Louie -
2       losing it, so I'm hoping that I'll make it
3       through this.  And if you don't understand my
4       question or you can't hear me, please let me know
5       and I'll do the very best I can to make myself
6       heard.
7           A       Okay.
8           Q       Have you ever given a deposition
9       before?
10          A       Yes.
11          Q       Then you understand the importance of
12      giving an audible answer as opposed to a nod of
13      the head, right?

                            Page 4

FinalRitaLouie.txt

14          A       Yes.

15          Q       If you want to take a break at any

16    time, please let me know and we'll accommodate

17    you as long as there's not a question pending.

18    Once the answer is given, then we'll allow you to

19    take a break, whatever you need.  Okay?

20          A       Okay.

21          Q       I'm handing you what's been marked as

22    Plaintiff's Exhibit No. 260, and ask if you can

23    identify that?

24          A       Yes.

25          Q       What is that?

                                                    6

1                      - Rita Louie -

2           A       This is the -- it's the notice of the

3     case.

4           Q       Is this the notice of deposition that

5     you received in order to come to your deposition

6     today?

7           A       Yes, it is.

8           Q       What did you do to prepare for your

9     deposition?

10          A       I had one meeting with the attorneys,

11    with my attorney.

12          Q       Who was that?

13          A       Doris Ulman and --

14                  MS. NAPP:  John Peloso.

15          A       John Peloso.

16          Q       Did you discuss your deposition with

17    anybody besides those two attorneys?

FinalRitaLouie.txt

18     A       No.

19     Q       Did you accumulate any documents for

20  your deposition?

21             MS. NAPP:  Object to the form.

22     Q       Did you turn over any documents to

23  your lawyers before this deposition?

24             MS. NAPP:  Object to the form.

25     Q       You can answer if you understand it.


7

1                   - Rita Louie -

2      A       My lawyers had all of my -- access to

3  all my documents.

4      Q       How did they have access to your

5  documents, what do you mean by that?

6      A       In preparation during discovery I had

7  some conversations with Andrea regarding access

8  to emails, any village documents I had on my --

9  in my possession.

10     Q       So then the documents that were in

11  your possession and relevant to this case were

12  turned over to your lawyers sometime ago?

13     A       Yes.

14     Q       When was that?

15     A       Within the last year.

16     Q       You have any idea when?

17     A       Not exactly, no.

18             MR. STEPANOVICH:  (Handing document to

19  be marked.)

20             (Whereupon, Defendants' Supplemental

21  Responses To Plaintiffs' First Interrogatory

FinalRitaLouie.txt

22      was marked Plaintiff's Exhibit 261 for

23      identification.)

24          Q      I'm handing you, Miss Louie, what's

25      been marked as Plaintiff's Exhibit 261, and ask

8

1                      - Rita Louie -

2       if you've ever seen that before?  Specifically I

3       turn your attention to Page 2.  Under your name

4       Rita Louie there's some answers there and that's

5       basically what I would like you to review.  Of

6       course, you can review the whole document but

7       that's what I'm going to ask you some questions

8       on.

9           A      Okay.  (Perusing document.)  I don't

10      remember ever seeing this particular document.

11          Q      All right.  Well, let me ask you some

12      questions then.

13                 You have an email account; is that

14      right?

15          A      Yes.

16          Q      What is your email address?

17          A      Rjlouie@optonline.net.

18          Q      How long have you had that email

19      address?

20          A      Many years.

21          Q      The last ten years?

22          A      I would say seven years.

23          Q      Did you have an email address prior to

24      that?

25          A      Yes.

Page 7

FinalRitaLouie.txt

9
1                    - Rita Louie -
2          Q      What was that?
3          A      Rjldevelopment2@aol.com.
4          Q      What period of time would you have had
5      that email, rjdevelopment2@aol.com?
6          A      The late 1990s through early 2000s.  I
7      don't know specifically.
8          Q      Once you got this email,
9      rjlouie@optonline.com did you use the other
10      email, the rjldevelopment?
11          A      No.
12          Q      Besides those two email accounts, did
13      you ever have any other email accounts?
14          A      I do have an email account associated
15      with the village, rita.louie@pomonavillage.com.
16          Q      Do you use that email associated with
17      the village?
18          A      Only for village business.
19          Q      Do you have access to that email at
20      home or do you have to use that email at village
21      hall?
22          A      I have access to it at home.
23          Q      The documents that you turned over to
24      your counsel that's related to this lawsuit, how
25      did you do that, was that hard copies or --

10
1                    - Rita Louie -
2          A      All electronic.  I have no hard copy
Page 8

FinalRitaLouie.txt

3     documents related to this case in my possession.

4         Q      So electronically what do you mean,

5     did you put that on a disk or how did you get it

6     to your counsel?

7         A      I gave counsel access to all my email

8     accounts.

9         Q      Then was it counsel that retrieved

10    relevant emails and documents off of those

11    accounts?

12        A      I don't know.  I believe so.

13        Q      Just so I understand the process.

14    Your counsel had access to all your email

15    accounts and they're the ones that went through

16    your documents to see if there was relevant

17    information to this lawsuit; is that your

18    testimony?

19             MS. NAPP:  Object to the form.

20        A      I have no idea what they did with the

21    access to my email accounts.

22        Q      You didn't pick out documents that

23    were responsive to this lawsuit, did you?

24        A      No.

25             MS. NAPP:  Object to the form.  You

                                              11

1                    - Rita Louie -

2     can answer.

3         Q      Your lawyer did that, right?

4              MS. NAPP:  If you know, you can

5     answer.

6         A      I don't know.  You'd have to ask my

FinalRitaLouie.txt

 7        lawyer.

 8            Q        Were you advised at all by anyone at

 9        village hall to retain documents related to this

10        lawsuit?

11            A        Yes.

12            Q        How did you receive that advice?

13            A        I don't recall specifically, but it

14        might have been via email.

15            Q        Who would that have come from?

16            A        That would have come from the mayor.

17            Q        Mr. Sanderson?

18            A        Mr. Sanderson, yes.

19            Q        Do you recall when that happened?

20            A        No.

21            Q        Do you have social media accounts?

22            A        Yes.

23            Q        Could you tell me about those?

24            A        I have a Facebook page.  And I have a

25        Twitter account.


                                                    12
 1                     - Rita Louie -

 2            Q        How long have you had those?

 3            A        Less than five years.

 4                     MR. STEPANOVICH:  (Handing document to

 5        be marked.)

 6                     (Whereupon, Defendant Louie's

 7        Supplemental Responses To Plaintiffs' Second

 8        Set Of Interrogatories was marked

 9        Plaintiff's Exhibit 262 for identification.)

10            Q        On your email accounts -- is it Ms. or
                              Page 10

FinalRitaLouie.txt

11      Mrs., is Miss okay?

12           A      You can call me Rita.  Mrs. Louie.

13           Q      Mrs. Louie.  Thank you.

14           A      Yeah.

15           Q      On your email accounts did you delete

16      any of your emails that were relevant to this

17      lawsuit?

18           A      Not that I know of.

19           Q      Did you have any kind of automatic

20      process or program on your emails that would have

21      deleted your emails after a certain period of

22      time?

23           A      No.

24           Q      Did you save emails into a folder on

25      your computer?

                                                    13
1                     - Rita Louie -

2            A      Yes.

3            Q      So did you have a named folder for

4       village business?

5            A      Yes.

6            Q      That would have been under the name of

7       what?

8            A      Village Business, yes.

9            Q      So your emails that were relevant to

10      village business, you would have moved them into

11      that folder?

12           A      I physically moved them into that

13      folder, yes, periodically.

14           Q      You did that on your personal

FinalRitaLouie.txt

15      computer?

16           A      Yes.

17           Q      Did you have to do that on the village

18      email address as well?

19                 MS. NAPP:  Object to the form.

20           A      Any emails I had, regardless of the

21      address it came under, if it had to do with

22      village business went into the Village Business

23      folder.

24           Q      So then it was that folder or that

25      account that your lawyers had access to?


                                                        14

1                     - Rita Louie -

2                  MS. NAPP:  Object to the form.

3            A      Yes.

4            Q      Once you turned over access to your

5       emails to the lawyers, did you go back and review

6       what emails were copied or downloaded to supply

7       in this litigation?

8                  MS. NAPP:  Object to the form.

9            A      No.

10           Q      Every email related to village

11      business did you drag into that file or did you

12      delete some emails before you dragged them into

13      the Village Business file?

14                 MS. NAPP:  Object to the form.

15           Q      Do you understand?

16           A      I understand the question.

17                 If I was going to delete -- if I had

18      deleted any village business emails, it would
                         Page 12

FinalRitaLouie.txt

19          have just been meeting agendas that were
20          duplicated, any duplicates I would have deleted.
21          Other than that, every other village business
22          email went into the Village Business folder.
23               Q    So when you say Village Business, what
24          went into that, anything dealing at all with the
25          village?


                                                    15
1                         - Rita Louie -
2               A    Yes.
3               Q    Except agendas?
4                    MS. NAPP:  Object to the form.
5               Q    Is that right?
6               A    (No response.)
7               Q    That Village Business email folder was
8          something that was created after you were
9          elected?
10              A    Yes.
11              Q    Did you retain any emails while you
12         were campaigning for office?
13                   MS. NAPP:  Object to the form.
14              A    Not necessarily.
15              Q    What did you do with the emails that
16         related to your campaign?
17                   MS. NAPP:  Object to the form.
18              A    I would not have kept track of them.
19              Q    I'm sure you emailed and received
20         emails regarding your campaign for trustee,
21         right?
22                   MS. NAPP:  Object to the form.

FinalRitaLouie.txt

```
23        A       Yes.
24        Q       Do you recall deleting those emails?
25        A       Not specifically.
```

```
                                                    16
 1                      - Rita Louie -
 2        Q       What do you recall about that?
 3        A       I clean out my email folder
 4    periodically, because it would get too full.  So
 5    certainly if a campaign was over, campaign emails
 6    would have been deleted.
 7        Q       So did any of your emails regarding
 8    your campaign make it into the Village Business
 9    folder?
10        A       Possibly, I don't know.
11        Q       Do you know, did the emails that you
12    had during your campaign include emails between
13    yourself and village residents?
14                MS. NAPP:  Object to the form.
15        A       I don't recall.
16        Q       Well, give me an example then of what
17    I'm using, I'm using the term campaign emails.
18    Give me an example of what kind of emails you
19    would have had when you were running for office
20    during your campaign?
21                MS. NAPP:  Object to the form.
22        Q       If you understand the question.
23        A       No, I'm not understanding the
24    question.  It's too broad.
25        Q       Let me see if I can rephrase it.
```

FinalRitaLouie.txt

                                                        17
1                    - Rita Louie -
2               I think you've answered this question.
3      You emailed while you were campaigning for
4      office, right?
5               MS. NAPP:  Object to the form.
6         A     I'm sure I did.
7         Q     Did those emails include emails with
8      constituents?
9               MS. NAPP:  Object to the form.
10        A     Possibly.
11        Q     Who would you have emailed with during
12     your campaign?
13              MS. NAPP:  Object to the form.
14        A     I don't recall.
15        Q     Nick Sanderson?
16        A     Possibly.
17        Q     Brett Yagel?
18        A     Possibly.
19        Q     Those emails, I think you testified
20     they don't exist anymore; is that right?
21              MS. NAPP:  Object to the form.
22        A     I don't know.  That's not what I
23     testified.  I said some campaign emails could
24     have possibly been deleted during a purge of my
25     email account, but I have no way of knowing that.


                                                        18
1                    - Rita Louie -
2         Q     Did you have a campaign email address?

FinalRitaLouie.txt

3      A     No.

4      Q     Which email did you use while you were

5  campaigning?

6      A     Rjlouie@optonline.net.

7      Q     I'm handing you now what's been marked

8  as Plaintiff's Exhibit 262, and ask if you have

9  ever seen that document before?

10     A     Yes.

11     Q     Do you know what it is?

12     A     Yes.

13     Q     What is it?

14     A     It's the interrogatory questions and

15  responses.

16     Q     Did you participate in drafting this

17  document?

18     A     Yes.

19     Q     You provided the answers to these

20  questions to your attorneys; is that right?

21     A     Correct, yes.

22     Q     Where are you employed, Mrs. Louie?

23     A     I'm self-employed.

24     Q     What do you do?

25     A     I'm a construction manager and

                                              19
1                - Rita Louie -

2  property manager.

3      Q     What's the name of your company?

4      A     RJL Development, Inc.

5      Q     Is that your initials, RJL?

6      A     Yes.

FinalRitaLouie.txt

```
 7          Q      Tell me what you do.
 8          A      I manage construction jobs for
 9     residences and commercial.  I am also an
10     independent contractor for property management
11     for Rand Commercial Services at this time.
12          Q      Are you a licensed contractor?
13          A      I'm in the process of getting my
14     license.
15          Q      How long has RJL Development been in
16     business?
17          A      Since 1997.
18          Q      Did you form it in 1997?
19          A      Yes.
20          Q      Is that how you have been employed
21     since 1997?
22          A      Yes.
23          Q      Tell me what you do.
24          A      I contract with homeowners or
25     businesses to do design and build projects where
```

                                             20
```
 1                    - Rita Louie -
 2     the homeowner wants to be the general contractor
 3     but needs somebody to manage the job for them.  I
 4     pull permits, I do drawings, I do designs.  I
 5     oversee site personnel.  I've bid out contracts.
 6     As a liaison between the jobsite and the
 7     homeowners or the business owner.
 8          Q      Then would you typically hire a
 9     general contractor to do a job?
10          A      Typically my client is the general
```

FinalRitaLouie.txt

11    contractor.  And I am the project manager on the

12    job.

13         Q      Then who would hire the subcontractors

14    to do the work?

15         A      The general contractor, whether it's

16    the owner or a regular general contractor in

17    conjunction with myself.

18         Q      So you're advising the general

19    contractor in this process?

20         A      Correct.

21         Q      You don't actually sign any contracts

22    with the subcontractors yourself?

23         A      Correct.

24         Q      Does your company have any employees

25    besides you?


                                              21
1                     - Rita Louie -

2         A      I have one part-time employee.

3         Q      What position is that?

4         A      He's a laborer, general labor.

5         Q      You also indicated I think you do

6    property management?

7         A      Yes.

8         Q      What kind of property management?

9         A      I do property management exclusively

10    for Rand Commercial Services.  And Rand has 25

11    properties under the name of Better Homes and

12    Gardens Rand Realty, and I manage all their

13    properties for them.

14         Q      Is that residential?

FinalRitaLouie.txt

15          A       That's commercial.

16          Q       Office space?

17          A       Office space, yes.

18          Q       What do you do in that regard?  Just
19    generally describe that.

20          A       Repairs, take complaints, liaison with
21    the landlords if it's a rental space.  Upkeep of
22    the properties if it's our own -- if Rand owns
23    the buildings, general landscaping, maintenance,
24    contracts.

25          Q       Do you collect the rents?

22
1                          - Rita Louie -

2           A       No.

3           Q       The rents go directly to Rand?

4           A       Yes.

5           Q       How long have you been doing that?

6           A       Ten weeks.

7           Q       Those properties are located in what
8     general area?

9           A       Rockland, Westchester, Orange, Bergen
10    and Putnam Counties.

11          Q       That's run through your company RJL
12    Development?

13          A       They pay me Rita Louie as a
14    consultant.  I'm also a New York State licensed
15    salesperson.

16          Q       Real estate salesperson?

17          A       Real estate salesperson, yes.

18          Q       So you have a real estate license?

FinalRitaLouie.txt

```
19          A      Yes.
20          Q      An agent's license?
21          A      Yes.
22          Q      Do you have a broker's license?
23          A      No.
24          Q      What positions have you held with the
25    Village of Pomona?
```

```
                                                   23
 1                     - Rita Louie -
 2          A      I was a member of the planning board.
 3          Q      When was that?
 4          A      Can my attorney help me out with the
 5    dates?  2000 -- it was 2002 to 2006.
 6          Q      Who appointed you to the planning
 7    board?
 8          A      At the time I believe it was Herb
 9    Marshall.
10          Q      Was it a four-year term?
11          A      Yes.
12          Q      You served the entire four years?
13          A      Yes.
14          Q      Were you a member of the planning
15    board that whole time or were you ever elected
16    chair of the board?
17          A      I was a member the whole time.
18          Q      Who else was on the planning board
19    during your term?
20          A      Nick Winters was the chair.  There was
21    Dan Kolak (phonetic).  And there was an older
22    gentleman, I can't remember his name.  I'm so
```

FinalRitaLouie.txt

```
23       sorry.
24            Q       Mel Cook?
25            A       No.  No, not Mel.
```

                                                        24
```
 1                      - Rita Louie -
 2            Q       Was Bob Prol on the planning board
 3       when you were a member?
 4            A       No.
 5            Q       You know Bob Prol?
 6            A       I know the name.
 7            Q       You don't know him personally?
 8            A       I do not know him personally.
 9            Q       Who else, if you recall?
10            A       I can't remember.  Sorry.
11            Q       Did there come a time in March of '06
12       that you had to write to the ethics board?
13                    MS. NAPP:  Object to the form.
14            Q       Village of Pomona Ethics Board.
15            A       I believe I did, yes.
16            Q       Do you recall what that was about?
17            A       I was being hired, RJL Development, to
18       consult on a job in Pomona.  And I needed to make
19       it known that I would be working, you know, on a
20       construction project within the village and I
21       would recuse myself from anything that had to do
22       with that project.
23            Q       So was that what the letter was about?
24            A       I don't recall -- yeah, I think so,
25       yeah.
```

FinalRitaLouie.txt

25
1                    - Rita Louie -
2        Q        If I'm understanding you correctly,
3     you were hired to do a job in Pomona while you
4     were a member of the planning board?
5        A        Correct.
6        Q        Did any applications regarding that
7     job come before the planning board?
8        A        No.
9        Q        What was the name of that job or
10    project that you had?
11       A        I believe the address was at 12 High
12    Mountain, I believe, or 2 High Mountain, one of
13    those houses.
14       Q        So it was a residential project?
15       A        It was a residential project, uh-huh.
16       Q        Did you complete that project?
17       A        Yes.
18       Q        To your recollection nothing came
19    before the planning board on that?
20       A        No.
21       Q        That letter, we'll just call it the
22    letter regarding High Mountain for ease of
23    reference.  Who was that letter written to, the
24    board of trustees or the ethics board?
25       A        I believe it was written to the ethics

26
1                    - Rita Louie -
2     board.  No, I believe the original letter was
3     written to the board of trustees.  I'm sorry.  I
                          Page 22

FinalRitaLouie.txt

 4      don't recall completely.

 5                      MR. STEPANOVICH:  (Handing document to

 6          be marked.)

 7                      (Whereupon, Board of Trustees Meeting

 8          Minutes, 5/9/05, Bates No. POM17495, was

 9          marked Plaintiff's Exhibit 263 for

10          identification.)

11      Q      I'm handing you, Mrs. Louie, what's

12      been marked as Plaintiff's Exhibit 263.  I just

13      ask you to look at that.  It appears as if it's

14      minutes of a May 9th, 2005 board of trustees

15      meeting.  I turn your direction to the second

16      page, fourth paragraph under Old Business.

17                      "Mayor Marshall will have a copy of

18      Rita Louie's letter sent to the members of the

19      planning board.  A joint workshop meeting with

20      the village board and the planning board will be

21      scheduled.  Mr. Corless will be asked to attend

22      the joint meeting."

23                      Did I read that accurately?

24      A      Yes.

25      Q      Do you recall what that letter was

                                                        27
 1                      - Rita Louie -

 2      about?

 3      A      I believe that letter was about the

 4      Halley II -- not the Halley II.  The letter was

 5      about the construction up on the mountain in

 6      Pomona and my concerns regarding the village

 7      policies regarding that construction.

FinalRitaLouie.txt

8      Q       You didn't retain a copy of that

9    letter?

10     A       Not that I remember.

11     Q       Can you tell us what your concerns

12   were about the construction?

13     A       At the time I was on the planning

14   board and there were many projects coming before

15   us with houses being built on steep slopes.  And

16   we were having a lot of issues with the

17   development up on the mountain.

18     Q       What kind of issues?

19     A       Mostly developers going beyond

20   clearing limit lines.  That the sites had been

21   filled with shot rock and the builders were

22   unable to re-vegetate the areas behind the houses

23   on major portions of the site, which was causing

24   the planning board a lot of problems in making

25   their decisions.


                                                    28
1                   - Rita Louie -

2      Q       What was your objective with that

3    letter?

4      A       I would need to refresh my memory

5    with -- by seeing the letter to know what my

6    objective was, because it was in 2005.

7      Q       But this letter here that you just

8    described, this was not the ethics letter that we

9    talked about before, was it?

10     A       No.

11     Q       The letter that you wrote to the board

FinalRitaLouie.txt

12      regarding the job that you had in Pomona -- we'll
13      call it the ethics letter for now.  Does that
14      sound okay?
15          A       Yes, that's fine.
16          Q       Did the board take any action, the
17      ethics board or the village take any action on
18      your letter?
19          A       I believe that they recommended I
20      resign from the planning board.
21          Q       Do you know why?
22          A       The board felt that there was a
23      conflict of interest if I was going to be doing
24      business in the village and also sitting on the
25      planning board.


                                                      29
1                         - Rita Louie -
2           Q       Did you offer to just recuse yourself
3       from that project?
4           A       Yes, I did.
5           Q       It was then that the village then
6       recommended that instead of recusing yourself you
7       resign from the planning board?
8           A       Correct.
9           Q       Is that what you did?
10          A       Yes.
11          Q       When did you do that?
12          A       I don't recall.  Sometime in 2006 I
13      guess.
14          Q       Since that time in 2006 have you done
15      other jobs in the Village of Pomona?

FinalRitaLouie.txt

16        A      No.

17        Q      So was it just that one job, the job

18    on High Mountain, is that the only job you did in

19    Pomona?

20        A      Yes.

21        Q      I think you testified to this.  You

22    did in fact then resign from the Village Planning

23    Board; is that right?

24        A      Yes, I believe I did.

25              MR. STEPANOVICH:  (Handing document to

                                                    30
1                    - Rita Louie -

2        be marked.)

3              (Whereupon, Memo 8/29/07, Document

4        Hold and Preservation Notice - Privileged

5        and Confidential, Bates Nos. POM0007310-14,

6        was marked Plaintiff's Exhibit 264 for

7        identification.)

8        Q      I'm handing you, Mrs. Louie, what's

9    been marked as Plaintiff's Exhibit 264, and ask

10    if you've ever seen that before?

11        A      Yes.

12        Q      What is it?

13        A      It is the notice to retain documents.

14        Q      That's dated August of 2007, right?

15        A      Yes.

16        Q      When did you first see this document?

17        A      It would have been in August of 2007.

18        Q      How did you get this document?

19        A      I don't remember.

FinalRitaLouie.txt

20      Q       Were you a member of the board of
21  trustees in August of 2007?
22      A       Yes.
23      Q       Then when you received this document
24  in 2007 is that when you began to preserve your
25  documents related to the Tartikov matter?

                                                   31
1                       - Rita Louie -
2               MS. NAPP:  Object to the form.
3       A       Yes.
4       Q       You preserved those documents and
5   emails as you described earlier; is that right?
6       A       Correct.
7       Q       Just to be clear, did you have an
8   email folder that was entitled Village Business
9   that the emails went into?
10      A       I had to physically put them in that
11  folder, yes.
12      Q       But did you have any other documents
13  besides emails that were related to village
14  business?
15      A       No.
16      Q       You didn't have any Word documents or
17  scanned documents, anything like that, that was
18  related to village business?
19      A       Not that I recall that didn't come to
20  me in an email.
21      Q       So then the only, again to be clear,
22  the only village business file that you had was
23  an email file?

FinalRitaLouie.txt

24        A        Correct.

25        Q        That was titled Village Business,


                                                    32
1                        - Rita Louie -

2        right?

3        A        Yes.

4        Q        The only village business emails that

5        would have been deleted would have been those

6        emails that set agendas; is that right?

7        A        Agendas or duplicates, yes.

8        Q        You became a member of the village

9        board of trustees when?

10        A        In 2007, in the election of 2007.

11        Q        When were you sworn in?

12        A        I believe it was April or May.  I

13        don't remember the exact date.

14        Q        Do you currently sit on the board of

15        trustees?

16        A        Yes.

17        Q        When did you run for reelection?

18        A        2011.

19        Q        These are four-year terms; is that

20        right?

21        A        Correct.

22        Q        When you were elected in 2007 to the

23        board of trustees, was that the first time you

24        were elected to public office?

25        A        Yes.

FinalRitaLouie.txt

33

1                    - Rita Louie -

2        Q      Obviously since 2007 you have voted

3    and passed laws as a member of the board of

4    trustees, right?

5        A      Yes.

6        Q      Can you just tell me what, just

7    generally what you base your decisions on when

8    you vote to pass a law?

9              MS. NAPP:  Object to the form.

10       A      I base my decisions on the legality of

11   the law, whether it's enforceable and how it

12   affects our village residents.

13       Q      So let's break that apart.  On

14   legality and enforceability of the law, how do

15   you determine whether a law is legal?

16              MS. NAPP:  Object to the form.

17       Q      That's a stupid question, I

18   understand, but I'm just trying to -- Do you

19   understand the question?

20       A      Yes.  We consult with our attorney and

21   I would use my own sense of cognitive thinking.

22       Q      I think I hear what you're saying, is

23   that when a law is proposed it's obviously vetted

24   through your counsel?

25       A      Correct.


34

1                    - Rita Louie -

2        Q      And if it gets to a vote, then you

3    believe that your legal counsel has determined

FinalRitaLouie.txt
```
 4        that it's legal?
 5             A       Correct.
 6                     MS. NAPP:  Object to the form.
 7             Q       You understand the question?
 8             A       Yes.
 9             Q       Besides the legality, what else do you
10        base the decision to vote on a law on?
11             A       The information that's given me.
12             Q       By whom?
13             A       By the attorneys, by the consultants,
14        by the experts and feedback from the residents.
15             Q       How do you go about getting feedback
16        by the residents?
17             A       We have public hearings and people
18        speak.
19             Q       I'm sure that you also get feedback in
20        other ways, right?
21                     MS. NAPP:  Object to the form.
22             A       Not officially.
23             Q       I'm sure you talk to residents about
24        laws that are being proposed, right?
25             A       Not necessarily, no.
```

```
                                                        35
 1                        - Rita Louie -
 2             Q       Is it your testimony that the only
 3        public input you get on a law is that which is
 4        presented at a public hearing?
 5             A       In general, yes.
 6             Q       In general.  I think I understand
 7        that, but I mean you're not sitting here today
```

FinalRitaLouie.txt

8    saying that you had never received public input

9    on a law at the grocery store or walking your dog

10   or something like that, right?

11            MS. NAPP:  Object to the form.

12       A     On a law, no.  I can't remember a

13   single incident where I would have discussed an

14   upcoming law with residents on the street or in a

15   supermarket.

16       Q     How about through emails, have

17   constituents ever expressed their opinion on an

18   upcoming law through emails to you?

19       A     Not that I remember.

20       Q     Telephone conversations?

21       A     No, I don't speak to the residents on

22   the telephone about legal matters.

23       Q     You indicated that you don't speak to

24   citizens that way on legal matters.  But have you

25   ever spoken to any Pomona resident and received


                                              36
1                  - Rita Louie -

2    their opinion on anything outside of a public

3    meeting?

4            MS. NAPP:  Object to the form.

5       A     Residents and neighbors have opinions

6    on everything, yes.

7       Q     I'm sure they do.  And is it fair then

8    to say that you have -- the answer to that

9    question is yes, you have received opinions from

10   residents on issues, correct?

11            MS. NAPP:  Object to the form.

FinalRitaLouie.txt

```
12        A       On issues, yes.
13        Q       Give me an example for instance on
14   issues.  What do you hear from citizens out
15   there?
16                MS. NAPP:  Object to the form.
17        A       Can I answer?
18        Q       Sure.
19                MS. NAPP:  If you understand the
20           question, you can answer any time I object
21           unless I tell you not to.
22        A       For example, many of our residents are
23   athletic and they go running.  And I've had a lot
24   of complaints from residents about neighbors who
25   don't pick up their dog poop and they are running
```

```
                                              37
1                   - Rita Louie -
2   and it causes a problem for them.  That would be
3   a discussion in a supermarket.
4        Q       I understand.  You have another
5   example?
6        A       When are the roads going to be paved
7   up on the mountain would be a big discussion that
8   comes up.
9        Q       Coming back to the public hearings,
10   then the way I understand how it works at the
11   village is when a law is proposed citizens have
12   the opportunity to speak at a public meeting when
13   that law is being considered, right?
14        A       Correct.
15        Q       And obviously in your presence you
```

FinalRitaLouie.txt

16    hear these opinions?

17         A     Yes.

18         Q     Do you weigh those opinions when you

19    vote on a law?

20         A     Absolutely.

21         Q     Do you read the Rockland County

22    Journal News?

23         A     Yes.

24         Q     Do you read that on a daily basis?

25         A     Not lately.

                                           38

1                   - Rita Louie -

2         Q     Let's go back to 2007.  Did you read

3    the Rockland County Journal News back then?

4         A     Yes.

5         Q     You read it on a daily basis?

6         A     Yes.

7         Q     Did you also back in 2007 time frame

8    go onto the Journal News website?  I think it's

9    lohud.com.

10        A     I don't believe so.  Back then I was

11    not on LoHud.

12        Q     When did you start to get on LoHud?

13        A     Just in the past two years.

14              MS. NAPP:  Object to the form.

15        A     I'm not a big fan of newspapers

16    online.

17        Q     How long have you lived in Rockland

18    County?

19        A     Since 1987.

FinalRitaLouie.txt

20      Q      Where did you move from?

21      A      Queens.  Flushing, Queens, New York.

22      Q      When you moved to Rockland County did

23   you move to Pomona?

24      A      No.

25      Q      Where did you move to?

                                                39

1                   - Rita Louie -

2       A      To Nanuet.

3       Q      When did you move to Pomona?

4       A      1993.

5       Q      Is that when you moved to your home on

6    Secor Court?

7       A      Yes.

8       Q      You've been there ever since?

9       A      Yes.

10      Q      1993 in Pomona.  And I'm sorry, it was

11   19 what into Rockland County?

12      A      '87.

13      Q      Has Rockland County changed since

14   1987?

15             MS. NAPP:  Object to the form.

16      A      Not too much.

17      Q      Has the traffic increased?

18      A      Yes.

19      Q      How about the water supply, has that

20   decreased?

21      A      Not that I know of.

22      Q      What about the development, has that

23   gotten -- has Rockland County been -- has its

FinalRitaLouie.txt
24      pace of development increased since 1987?
25                    MS. NAPP:  Object to the form.

                                                            40
1                        - Rita Louie -
2          A      Overall, no.
3          Q      What about the development in Pomona,
4      has that increased since 1993?
5          A      No.
6          Q      Do you believe there's been an
7      increase in development in Rockland County since
8      1987?
9                    MS. NAPP:  Object to the form.
10         A      Overall, no.
11         Q      In your opinion there's really not
12     much of a change in Rockland County since 1987?
13                   MS. NAPP:  Object to the form.
14         A      In the entire county, no.
15         Q      Has there been any change at all in
16     Rockland County since 1987 in your opinion?
17                   MS. NAPP:  Object to the form.
18         A      Yes.
19         Q      What is that change?
20         A      There has been -- actually, there's
21     been an increased development, if this is what
22     you're trying to get at, in Ramapo.
23         Q      I'm not trying really to get at
24     anything.  I understand you may think that and
25     I'm not trying to be rude.

FinalRitaLouie.txt

41

```
 1                    - Rita Louie -
 2              Is there -- let's use another word.
 3    What about the increase in population, has there
 4    been an increase in population in Rockland County
 5    since 1987?
 6        A    I don't know.
 7        Q    I'm trying to understand your answer.
 8    Ramapo has changed since 1987, is that what your
 9    testimony was?
10              MS. NAPP:  Object to the form.
11        A    There has been zoning changes in
12    Ramapo, but the rest of the county is relatively
13    the same.
14        Q    What kind of zoning changes are you
15    aware of in Ramapo?
16        A    I am aware of several areas.  The Town
17    of Ramapo changed their comprehensive plan and
18    some of their zoning on certain areas of their
19    town.
20        Q    Do you know the result of those zoning
21    changes?
22              MS. NAPP:  Object to the form.
23        A    The density increased in many areas.
24        Q    Do you recall what the zoning changes
25    were in Ramapo?
```

42

```
 1                    - Rita Louie -
 2        A    The only one specifically that I
 3    recall and am aware of is the Patrick Farm
 4    property.
```

FinalRitaLouie.txt

5        Q       Do you know how the Patrick Farm

6    property zoning has changed?

7        A       Yes.

8        Q       How?

9        A       It was originally two acre zoning.

10   And it's now I believe -- it was rezoned to one

11   acre zoning and then again downzoned to

12   multi-family zoning as far as I know.

13       Q       Do you know who owns the Patrick Farms

14   property?

15       A       No.

16       Q       What do you know about adult student

17   housing in Ramapo?

18       A       I know the term adult student housing

19   and -- but I don't believe there -- I don't know

20   that much about it.

21       Q       You understand the term, but you don't

22   know the specifics; is that what you're saying?

23       A       Correct.

24       Q       Has there been an increase in

25   population of Orthodox, Hasidic individuals in


                                                   43
1                    - Rita Louie -

2    Ramapo?

3        A       I don't know the numbers and I

4    don't -- Over what time period are you talking

5    about?

6        Q       Since 1987.

7        A       I'm only aware of the time that I've

8    lived in Pomona.

FinalRitaLouie.txt

```
 9        Q       Since 1993 then has there been an
10    increase in the Orthodox, Hasidic population in
11    Ramapo?
12        A       I don't know.
13        Q       So as you sit here today is it your
14    testimony that you don't know whether or not
15    there's been an increase in the Orthodox, Hasidic
16    population in Ramapo?
17        A       There may have been, but I don't know
18    the numbers.
19        Q       I'm not asking you for the numbers.
20    I'm just asking you for your understanding.
21        A       In my opinion?
22        Q       Yes.
23        A       Yes, possibly.  Yeah.
24            (Off-the-record discussion.)
25        Q       Do you know if the Patrick Farms
```

```
                                              44
 1                   - Rita Louie -
 2    development was intended for Orthodox, Hasidic
 3    Jews?
 4        A       I had heard that at a zoning board and
 5    also at a planning board meeting, that the
 6    developers were saying that it was.
 7        Q       Have the schools changed in Rockland
 8    County since you got here?
 9            MS. NAPP:  Object to the form.
10        A       Which schools?
11        Q       Let's just say East Ramapo School
12    District.
```

Page 38

FinalRitaLouie.txt

13        A       Yes.

14        Q       How is that?

15        A       The population of the school district

16   has changed dramatically.

17        Q       What do you mean by population?   You

18   mean number or the --

19        A       The demographics.

20        Q       Can you explain that?

21        A       When my children were in the school

22   there was about a 50/50 mix of white versus

23   minority population of children in the school

24   district and now the public schools are almost 90

25   percent minority students.


                                                    45
1                      - Rita Louie -

2         Q       When you say minority students, can

3    you just explain that, please?

4         A       Black and Hispanic.

5         Q       You say that's now about 90 percent?

6         A       Correct.

7         Q       What about the school board itself in

8    East Ramapo, do you know whether or not that has

9    changed since you've come to Rockland County?

10                MS. NAPP:  Object to the form.

11        A       Yes.

12        Q       How has it changed?

13        A       The school board is mostly made up of

14   parents who send their children to private

15   schools now.

16        Q       Who would that be?

FinalRitaLouie.txt

17            MS. NAPP:  Object to the form.

18      A      I don't know their names.

19      Q      Are you referring to Orthodox, Hasidic

20 Jews?

21      A      They're people who send their children

22 to private school.

23      Q      What kind of private school?

24      A      The religious schools.

25      Q      Jewish schools?

                                          46

1                  - Rita Louie -

2            MS. NAPP:  Object to the form.

3      A      I believe some of them send their kids

4 to Jewish schools and I think there's one board

5 member who sends their child to a Catholic school

6 or Christian school.  I'm not sure, I don't know

7 their personal lives.

8      Q      Do you know how many members on the

9 school board send their children to private

10 religious schools?

11      A      I believe all of them at this point.

12      Q      I'm sorry, I think you may have

13 testified.  Your children went to East Ramapo

14 School District?

15      A      Yes, they did.

16      Q      Did they go through the high school

17 and graduate from the high school?

18      A      My daughter graduated from high

19 school.  My son transferred to the Masters School

20 in Westchester in 11th grade, so he graduated

FinalRitaLouie.txt

21        from there.  But he went through the East Ramapo
22        schools for all the other years.
23             Q       When did your daughter graduate from
24        high school?
25             A       2000 -- oh, jeez.  2007.


                                                    47
1                        - Rita Louie -
2             Q       What was the last year your son was in
3        the East Ramapo School District?
4             A       2006.
5             Q       When did this -- I'm going to use the
6        word change.  When did you notice this change on
7        the East Ramapo School District start to come
8        about on the board, the board makeup?
9                     MS. NAPP:  Object to the form.
10            Q       If you understand what I'm saying.
11            A       Just recently in the last couple of
12        years.
13            Q       Do you ever attend any East Ramapo
14        School District board meetings?
15            A       I have, yes.
16            Q       When was the last time you've done
17        that?
18            A       Probably about a year ago.
19            Q       Do you know what a voting bloc is?
20                    MS. NAPP:  Object to the form.
21            A       Yes.
22            Q       What is it?
23            A       It's when a group of people vote all
24        in lock step for the same person directed by
                        Page 41

FinalRitaLouie.txt

25         whoever.


                                                48
1                    - Rita Louie -
2         Q      Do you know if there's any voting
3    blocs that exist in Rockland County?
4         A      Yes.
5         Q      What is that?
6         A       There's a Hispanic voting bloc in the
7    Village of Haverstraw.  There's also the voting
8    bloc, the religious voting bloc in Monsey.  I
9    believe there's also an Irish Catholic voting
10   bloc in Pearl River.
11        Q      The religious voting bloc that you
12   referred to in Monsey, would that be the
13   Orthodox, Hasidic religious group?
14        A      Yes.
15        Q      Are you familiar with the concept of
16   tax exempt properties?
17        A      Yes.
18        Q      To your knowledge are there any tax
19   exempt properties within the Village of Pomona?
20        A       I believe there's a group home.  We
21   have the Ladentown church.  We have the Hindu
22   temple.  And there's the new one, the
23   Zoro-something congregation.  I'm sorry.
24        Q      Do you have an opinion on tax exempt
25   properties?

                                                49

```
                          FinalRitaLouie.txt
 1                          - Rita Louie -
 2          A      No.
 3          Q      Do you understand just generally the
 4    legal basis for tax exempt properties?
 5          A      Yes.
 6          Q      What is that?
 7          A      Religious institutions, schools are
 8    tax exempt by law.
 9          Q      What do you know about Hasidic and
10    Orthodox Jews and their customs and practices?
11                 MS. NAPP:  Object to the form.
12          A      In terms of what?
13          Q      Just generally.
14          A      It's a religion just like any other
15    religion on earth.
16          Q      What do you mean by that?
17          A      There are many religions on earth, and
18    some people practice one religion and some people
19    practice another religion.
20          Q      Do the Orthodox, Hasidic Jews wear
21    identifiable clothing?
22          A      Yes, pretty much.
23          Q      Can you describe that?
24          A      Orthodox men wear hats, they have
25    payos, they wear long black coats for the most
```

```
                                                    50
 1                          - Rita Louie -
 2    part.
 3          Q      I think you testified that there's --
 4    I'm not trying to put words in your mouth.  But
```

FinalRitaLouie.txt

```
 5          the number of Orthodox, Hasidic Jews have
 6          increased in Ramapo, is that fair?
 7               A     Yes.
 8               Q     How do you feel about that?
 9                     MS. NAPP:  Object to the form.
10               A     I have no feeling about it.
11               Q     Do you go to Ramapo?
12               A     Do I go to Ramapo?
13               Q     Yes.
14               A     I live on the border of Ramapo, yes.
15               Q     When you say on the border, right on
16          the border?
17               A     Within one block.  I'm right over the
18          border in Haverstraw, yes.
19               Q     So you have seen Ramapo change since
20          you've moved to Pomona?
21                     MS. NAPP:  Object to the form.
22               A     Yes, there's been some building going
23          on.
24               Q     What kind of building?
25               A     Multi-family developments.
```

```
                                                51
 1                    - Rita Louie -
 2               Q     Is that near where you live?
 3               A     Within five miles.
 4               Q     Do you know whether or not that's for
 5          adult student housing?
 6               A     No, I don't know.
 7               Q     When you say multi units, what do you
 8          mean by that?
```

Page 44

FinalRitaLouie.txt

```
 9        A      High density multi-family houses,
10    three-story buildings, developments.  There are
11    several.
12        Q      Do you know how many?
13        A      No.
14        Q      How do you feel about that kind of
15    development?
16               MS. NAPP:  Object to the form.
17        A      How do I feel about that kind of
18    development.  The question is too broad.
19        Q      Do you agree with that kind of
20    development?
21               MS. NAPP:  Object to the form.
22        A      I grew up in public housing.  So yeah,
23    it's a nice place to live.
24        Q      So you're not opposed to multi-family
25    housing, are you?
```

                                                52
```
 1                    - Rita Louie -
 2        A      No.
 3        Q      Has Ramapo changed in any other way
 4    since you've moved to Rockland County, other than
 5    what you have just described?
 6               MS. NAPP:  Object to the form.
 7        A      Not that I can think of.
 8        Q      Do you do any posting on Internet
 9    forums or blogs?
10        A      Sometimes.
11        Q      What names do you use?
12        A      What names do I use?
```

**Page 45**

FinalRitaLouie.txt

```
13        Q       Yes.

14        A       I use my name, Rita or Rita J.

15        Q       What does the J stand for?

16        A       My maiden name, Jablonski.

17        Q       So have you posted under the name Rita

18   Jablonski on Internet forums, right?

19                MS. NAPP:  Object to the form.

20        A       I don't know if I've ever used that

21   name.  I don't remember.

22        Q       We'll come back to that.

23                So you have used the name, I'm sorry,

24   Rita J?

25        A       Uh-huh.
```

```
                                                    53
1                      - Rita Louie -

2         Q       Any other names that you remember

3    using on social media?

4                 MS. NAPP:  Object to the form.

5         A       No, I don't remember.

6         Q       Are you aware of the lead plaintiff in

7    this case, the Congregation Rabbinical College of

8    Tartikov, Inc.?

9                 MS. NAPP:  Object to the form.

10        A       I know the name.

11        Q       When did you become aware of the name?

12        A       When this lawsuit came up.

13        Q       July of '07?

14                MS. NAPP:  Object to the form.

15        A       Probably August of '07 sounds more

16   like it.
```

FinalRitaLouie.txt

17        Q      You were familiar with Tartikov,

18    though, prior to August of '07, right?

19              MS. NAPP:  Object to the form.

20        A      Not that I recall.

21        Q      When did you become familiar with

22    Tartikov's intentions to develop the property?

23              MS. NAPP:  Object to the form.

24        A      I don't remember.

25        Q      Did you become aware of Tartikov's

                                                    54
1                  - Rita Louie -

2    intentions to develop the property around the

3    time you were running for office in '07?

4              MS. NAPP:  Object to the form.

5        A      I don't remember.

6        Q      The Tartikov development was a major

7    issue in your campaign, wasn't it?

8              MS. NAPP:  Object to the form.

9        A      Not a major issue.  I think it might

10   have been an issue.

11       Q      It was an important issue in your

12   campaign, wasn't it?

13              MS. NAPP:  Object to the form.

14       A      It was an issue.

15       Q      You're saying it was an issue but it

16   was not an important issue in your campaign; is

17   that what your testimony is?

18              MS. NAPP:  Object to the form.

19       A      Correct.

20       Q      When you were running for office in

FinalRitaLouie.txt

21    '07 it was an issue with the citizens of Pomona,

22    right?

23              MS. NAPP:  Object to the form.

24    A       Some.

25    Q       When you campaigned did you go door to

                                                    55

1                    - Rita Louie -

2    door?

3    A       Yes.

4    Q       Did you cover the entire village?

5    A       Yes.

6    Q       You talked to people who expressed

7    their concern over Tartikov's plans, right?

8              MS. NAPP:  Object to the form.

9    A       Among other things.

10   Q       I'm sure.  I'm sure there were other

11   things.  But you did talk with village residents

12   about the Tartikov plans, right?

13             MS. NAPP:  Object to the form.

14   A       Not about the Tartikov plans, because

15   there were no plans.  But about the property,

16   possibly yes.

17   Q       What kinds of opinions did you get

18   from the residents?

19             MS. NAPP:  Object to the form.

20   A       I don't remember specifically.  But

21   some people wanted to know what's going to happen

22   on that property.

23   Q       Just generally what was your response

24   to those kind of questions?

FinalRitaLouie.txt
MS. NAPP:  Object to the form.


                                              56
1                      - Rita Louie -
2          A       Generally we assured residents that we
3     would be maintaining the zoning in the Village of
4     Pomona according to our comprehensive plan, and
5     that was our objective.
6          Q       When was the last time the village's
7     comprehensive plan was updated, do you know?
8          A       It was before my time.
9          Q       Before your time on the board?
10         A       On the board, yeah.
11         Q       So when did you first become aware of
12    what it was that Tartikov intended to build on
13    the property?
14                 MS. NAPP:  Object to the form.
15         A       I'm still really not clear what
16    Tartikov intends to build on the property,
17    because I haven't really ever heard of any plan
18    or seen any plan.
19         Q       You do know that Tartikov intends to
20    build a rabbinical college on the property?
21         A       I've heard the rabbinical college,
22    yes.
23         Q       What else have you heard?
24                 MS. NAPP:  Object to the form.
25         A       I've heard talk of a rabbinical


                                              57
1                      - Rita Louie -
                       Page 49

FinalRitaLouie.txt

```
 2        college with dormitories attached and a house,
 3        some housing.
 4            Q       Anything else?
 5                    MS. NAPP:  Object to the form.
 6            A       No.
 7            Q       Do you believe that the rabbinical
 8        college is just a front for a housing project?
 9                    MS. NAPP:  Object to the form.
10            A       I have no idea.
11            Q       Do you have any understanding what a
12        rabbinical college is?
13            A       I believe it's to train rabbis to be
14        judges in religious courts.  That's what I know
15        of it.
16            Q       Do you know who Michael Tauber is?
17            A       I know the name.
18            Q       Have you ever met him?
19            A       I don't think so.
20            Q       How do you know the name?
21            A       Just from the court cases.
22            Q       So it's your understanding that
23        Michael Tauber is associated in some way with
24        rabbinical college?
25            A       I don't know if it's rabbinical
```

```
                                                    58
 1                    - Rita Louie -
 2        college or some other developments, but, you
 3        know, I've only heard the name.  I have no idea
 4        what he's associated with.
 5            Q       What do you know about the Patrick
```

FinalRitaLouie.txt

6      Farm development?

7                     MS. NAPP:  Object to the form.

8           A       Currently, historically?

9           Q       We'll go back.  Historically.

10          A       That the property was downzoned by the

11     Town of Ramapo and there could possibly be a huge

12     development built there.

13          Q       Do you have any idea of the numbers?

14                    MS. NAPP:  Object to the form.

15          A       I have heard anywhere between, you

16     know, five hundred homes to eight thousand

17     people.

18          Q       You say you've heard this.  Where did

19     you hear this, where did you get this information

20     from?

21          A       I go to a lot of meetings, planning

22     board meetings.  I've been at the zoning board --

23     I was at the zoning board meeting when the

24     changes were being discussed in public hearings.

25          Q       Did you ever hear the developer talk

                                                    59
1                      - Rita Louie -

2      about his plan for Patrick Farms?

3           A       I saw the presentation at a -- some

4      planning board meetings.

5           Q       What's the current status of the

6      Patrick Farm development?

7           A       I believe the planning board decisions

8      have been put on hold by the court, because the

9      SEQRA process was not completed properly.  I

FinalRitaLouie.txt

10    believe the Army Corps of Engineers still has to

11    come in and evaluate the wetlands.  There's a

12    question of a major gas pipeline through the

13    property that would be in violation if housing

14    was built near a pipeline.

15        Q      Are you opposed or do you support the

16    Patrick Farm development?

17        A      I support responsible development on

18    the Patrick Farm property.

19        Q      What do you mean by that?

20        A      The issues that I just reviewed

21    regarding why it's on hold, the issues of

22    preserving wetlands, preserving the integrity of

23    the property, not building near a dangerous gas

24    pipeline.

25        Q      What do you mean by protecting

                                                60

1                    - Rita Louie -

2    integrity of the property?

3        A      The property was basically zoned two

4    acre zoning originally for a reason.  The reason

5    being because that would be in keeping with the

6    integrity of the environment and the surrounding

7    area.

8        Q      How do you know that?

9        A      How do I know that.  That the original

10    zoning was two acre zoning?

11        Q      No, the reason why it was zoned two

12    acres.  You just explained there were reasons.

13        A      As a, you know, former planning board

                        Page 52

FinalRitaLouie.txt

14        member if something is zoned a certain way,

15        there's a reason things are zoned a certain way.

16                MR. STEPANOVICH:  Can you read back

17           the answer, Madam Court Reporter?

18                (The following answer was repeated:

19                A    The property was basically zoned

20           two acre zoning originally for a reason.

21           The reason being because that would be in

22           keeping with the integrity of the

23           environment and the surrounding area.)

24           Q    So then I'm just trying to focus in,

25      Mrs. Louie, that two acre lots there on Patrick

                                                      61
1                        - Rita Louie -

2      Farms is in keeping with the surrounding

3      environment; is that what you're trying to say?

4      I'm not trying to put words in your mouth.  I'm

5      just trying to figure out the answer.

6                MS. NAPP:  Object to the form.

7           A    When zoning is laid out there's a

8      reason for it.  It's not just done haphazardly,

9      oh, let's put two acre zoning here.  When

10      something is two acre zoning it's because the

11      surrounding area is two acre zoning.  It's

12      because there are reasons for it to be zoned two

13      acres.  It's not just done for no good reason.

14           Q    The surrounding area is Pomona, right?

15                MS. NAPP:  Object to the form.

16           Q    Part of the surrounding area is

17      Pomona?

                        Page 53

FinalRitaLouie.txt

18        A        Part of the surrounding area is
19   Pomona.
20        Q        Pomona is not zoned two acres, is it?
21        A        It's zoned one acre.
22        Q        But not two, right?
23        A        Right.
24        Q        What is the other surrounding zoning
25   around Patrick Farms, if you know?

                                                    62
1                      - Rita Louie -
2               MS. NAPP:  Object to the form.
3        A        You know what, I don't know.
4        Q        Besides Pomona, what borders Patrick
5   Farms?
6        A        Montebello -- is Montebello -- I can't
7   ask her.  To the south is Suffern, Montebello
8   area.
9        Q        Do you know the zoning?
10       A        No, I don't.
11       Q        Are you a member of Preserve Ramapo?
12               MS. NAPP:  Object to the form.
13       A        No, I'm not.
14       Q        Do you know if Preserve Ramapo has
15   members?
16       A        I don't know if it's official
17   membership or just a group of people.
18       Q        What do you know about Preserve Ramapo
19   in terms of the kind of organization that it is?
20       A        I believe they were formed to preserve
21   Ramapo.  It's a grass roots organization formed
                      Page 54

FinalRitaLouie.txt

22        to oversee development in the Ramapo area.

23              Q        What are they trying to preserve, if

24        you know?

25              A        I think they are just trying to

                                                        63
1                        - Rita Louie -

2        preserve the town.

3              Q        Anything specific?

4              A        Environmentally, scenic-wise.

5              Q        Development?

6                        MS. NAPP:  Object to the form.

7              Q        Do you know?

8                        MS. NAPP:  Object to the form.

9              A        It depends.

10             Q        It depends on what?

11             A        The question is too broad.  I can't

12        answer it.

13             Q        Do you know if Preserve Ramapo is

14        opposed to increased development in Ramapo?

15             A        No, I don't know.

16             Q        Do you know Robert Rhodes?

17             A        Yes.

18             Q        Do you know him personally?

19             A        I've spoken with him.

20             Q        Do you know if he's associated with

21        Preserve Ramapo?

22             A        I believe so.  He's one of the leads

23        of Preserve Ramapo I think.

24             Q        Have you ever talked to Mr. Rhodes

25        about the Tartikov project?

FinalRitaLouie.txt

                                              64
1                     - Rita Louie -
2                MS. NAPP:  Object to the form.
3        A       Possibly, not that I remember
4    specifically.
5        Q       But it's possible?
6        A       It's possible, sure.
7        Q       Have you ever heard Mr. Rhodes speak
8    out about the increased Orthodox, Hasidic
9    population in Ramapo?
10       A       Specifically, I don't know.
11       Q       What have you heard other than
12   specifically about that?
13       A       I've heard Mr. Rhodes speak at many,
14   many planning board meetings, town hall meetings,
15   zoning board meetings.  I don't know if it's
16   specifically about any population.
17       Q       Generally what does Mr. Rhodes speak
18   out -- to use your term speak out, I don't want
19   to mischaracterize what you said.  What does he
20   speak out about at these planning board meetings?
21                MS. NAPP:  Object to the form.
22       A       I've heard Mr. Rhodes speak out many
23   times against downzoning, overdevelopment,
24   irresponsible development.
25       Q       You agree with it?

                                              65
1                     - Rita Louie -

```
                       FinalRitaLouie.txt
2                      MS. NAPP:  Object to the form.

3          A      At times.  It depends on the project.

4          Q      So then what you were talking about

5    with Mr. Rhodes, Mr. Rhodes speaks out about

6    these issues on specific projects or just as a

7    general matter?

8                  MS. NAPP:  Object to the form.

9          A      I've heard him speak out against

10   specific projects.

11         Q      Like what?

12         A      Patrick Farm.

13         Q      What have you heard him say?

14         A      I've absolutely heard him testify in

15   public hearings that it was irresponsible

16   development.

17         Q      And why?

18                MS. NAPP:  Object to the form.

19         A      Too big, too dense, wetlands, gas

20   pipeline, all of the environmental issues.

21         Q      As a member of the planning board

22   you're I'm sure aware that projects come to the

23   planning board and issues are raised regarding

24   those projects, right?

25                MS. NAPP:  Object to the form.
```

                                              66
```
1                     - Rita Louie -

2          A      Yes.

3          Q      That's happened when you've been on

4    the planning board, right?

5                  MS. NAPP:  Object to the form.
```
                    Page 57

FinalRitaLouie.txt

6      A      Sure.

7      Q      Generally there's an attempt to

8   resolve these issues, right?

9      A      Yes.

10      Q      When you were on the planning board

11   generally how did that happen?

12           MS. NAPP:  Object to the form.

13      Q      We are talking generalities now.  But

14   I mean you were on the planning board for four

15   years.  Just tell me the process of just a

16   typical kind of project that would come before

17   you.

18           MS. NAPP:  Object to the form.

19      A      When a project comes up the planning

20   board has questions and issues with certain

21   aspects of the project.  And typically the

22   petitioner would go back to their engineers and

23   come back the following month and resubmit a

24   revised set of drawings to answer the planning

25   board requests.

67

1                  - Rita Louie -

2      Q      That's a typical process, right?

3      A      That's typical, yes.

4      Q      Let's say, for instance, the first

5   issue was a traffic issue, they needed another

6   red light.  The applicant would come back and say

7   that for one reason or another that issue was

8   resolved, okay?

9           MS. NAPP:  Object to the form.

FinalRitaLouie.txt

```
10        A       Correct.
11        Q       The planning board is satisfied,
12    right?
13                MS. NAPP:  Object to the form.
14        A       Right.
15        Q       Then there's another issue and that's
16    a give and take that goes back and forth, right?
17                MS. NAPP:  Object to the form.
18        A       Correct.
19        Q       Until all the issues are resolved?
20                MS. NAPP:  Object to the form.
21        Q       Is one option, right?
22        A       Yes.
23        Q       Then when all the issues are resolved
24    then the applicant gets approval, right?
25                MS. NAPP:  Object to the form.
```

                                              68
```
 1                     - Rita Louie -
 2        A       Well, there's a vote taken.
 3        Q       By the planning board?
 4        A       Correct.
 5        Q       And the planning board either what,
 6    votes to approve?
 7        A       The planning board votes to approve or
 8    votes to not approve.
 9        Q       Are there any other options of the
10    planning board in Pomona?
11                MS. NAPP:  Object to the form.
12        Q       Approval or disapproval.  Is there any
13    other vote the planning board could take?
```

FinalRitaLouie.txt

14          A      I don't believe so.

15                 MR. STEPANOVICH:  You want to take a

16          break now?

17                 (At this time a luncheon recess was

18          held, after which the deposition resumed.)

19     CONTINUED EXAMINATION

20     BY MR. STEPANOVICH:

21          Q      Were you on the planning board of

22     Pomona when the application from the Yeshiva

23     Spring Valley was filed?

24          A      No, I don't believe I was.

25          Q      Are you familiar with the Yeshiva

                                                  69
1                      - Rita Louie -

2      Spring Valley?

3           A      No, I'm not.

4           Q      You never heard of Yeshiva Spring

5      Valley before?

6           A      I've heard the name, but I'm not

7      familiar with the project at all.

8           Q      You were on the planning board in 2002

9      to 2006?

10          A      Yes.

11          Q      And you don't recall any application

12     coming from the Yeshiva Spring Valley?

13          A      I do not.

14          Q      Did you ever recall walking the site

15     of this property?

16                 MS. NAPP:  Object to the form.

17          A      Which property?

FinalRitaLouie.txt

18          Q       Let me be clear.  When I say the
19     property, I'm talking about the approximate 100
20     acre site there at 202 and 306.
21          A       I've never taken a tour of that
22     property.
23          Q       You've never walked it?
24          A       No, I have not.
25          Q       So then Yeshiva Spring Valley's

                                                70
1                         - Rita Louie -
2      application, you have no recollection of that
3      whatsoever?
4           A       No, I do not.
5           Q       Are you familiar with Camp Dora
6      Golding?
7           A       I know the name.
8           Q       Do you know whether or not that
9      organization operated the property in the past?
10                  MS. NAPP:  Object to the form.
11          A       No, I do not.
12          Q       I'm sorry if I'm just repeating myself
13     here.  But you don't recall the name Rabbi
14     Fromowitz at all?
15                  MS. NAPP:  Object to the form.
16          A       No.
17          Q       This property that we're talking
18     about, this 100 acre property, have you heard it
19     called the Camp Dora property?
20          A       No.
21          Q       Have you heard it called Yeshiva
                           Page 61

FinalRitaLouie.txt
22      Spring Valley property?

23          A     Yes.

24          Q     That doesn't ring a bell or refresh

25      your memory about any application for that


                                                     71
1                    - Rita Louie -

2       property?

3           A     No, I don't remember any application

4       for that property.

5                 MR. STEPANOVICH:   (Handing document to

6           be marked.)

7                 (Whereupon, Affirmation of Rabbi

8           Fromowitz, Bates No. RC267, was marked,

9           Plaintiff's Exhibit 265 for identification.)

10          Q     Just take a second and review that

11      please for as long as you need.

12          A     (Complying.)  Okay.

13          Q     After reviewing 265, does that refresh

14      your recollection at all about the Yeshiva Spring

15      Valley's proposed use of the property?

16          A     No.

17                MR. STEPANOVICH:   (Handing document to

18          be marked.)

19                (Whereupon, Preserve Ramapo email,

20          1/9/07, Bates No. POM13255, was marked

21          Plaintiff's Exhibit 266 for identification.)

22          Q     I'm handing you now, Mrs. Louie,

23      what's been marked as Plaintiff's Exhibit 266,

24      and ask you to take a look through that.

25          A     (Complying.)

                      Page 62

FinalRitaLouie.txt

72

1                          - Rita Louie -

2          Q       Have you ever seen Exhibit 266 before?

3          A       Not that I recall.

4          Q       Back in '07, January of '07 that's

5     when you were running for election; is that

6     right?

7          A       Correct.

8          Q       Board of trustees.

9                  And did you receive information from

10    Preserve Ramapo back in that time in January of

11    '07?

12                 MS. NAPP:  Object to the form.

13         A       Not that I recall.

14         Q       So have you ever seen at all this

15    document?

16         A       I have never seen this document.

17         Q       Today is the first time you ever saw

18    this document?

19         A       Yes.

20         Q       How did you hear the first time about

21    the rabbinical college?

22         A       I don't remember.  I don't remember

23    the first time I heard about it.  It wasn't this

24    document if that's what you're asking.

25         Q       Again, I think you've answered it, but

73

1                          - Rita Louie -

2     I just want to make sure.  This is the first time

FinalRitaLouie.txt

3      you've seen this document; is that right?

4                  MS. NAPP:  Object to the form.

5           A     As far as I remember, this is the

6      first time I've ever seen this document.

7           Q     Have you ever seen the last two pages

8      of this document before?

9           A     I don't remember ever seeing this.

10          Q     Do you ever recall seeing any sketch,

11     any drawing or anything regarding the rabbinical

12     college's plans to develop?

13                 MS. NAPP:  Object to the form.

14          A     No, I don't.

15          Q     Did you ever have any discussions with

16     anybody on the village board about the rabbinical

17     college's plans to develop the property?

18                 MS. NAPP:  Object to the form.

19          A     I don't -- I have no idea how to

20     answer that question.

21          Q     Let me try to ask a better question.

22                 You testified this is the first time

23     you saw this document.  But did you ever talk

24     with anybody on the Village Board of Trustees and

25     they told you that they had seen a document

                                              74
1                      - Rita Louie -

2      regarding the site plan of the rabbinical

3      college?

4                  MS. NAPP:  Object to the form.

5           A     I don't remember if it was the board

6      of trustees, but I do recall -- No, I don't even

FinalRitaLouie.txt

7       know who.

8            Q       You recall somebody telling you

9       something about the site plan?

10           A       That there was a document out

11      somewhere.  Never seen it.

12           Q       You don't recall who told you that?

13           A       No.

14           Q       Do you recall when that was told to

15      you?

16           A       No.

17           Q       Could you describe from what sources

18      you have received information regarding the

19      rabbinical college's plans for development?

20                   MS. NAPP:  Object to the form.

21           A       I have not received any information

22      regarding the plans for development of this

23      property.

24           Q       So you've never seen any formal plans,

25      correct?

                                                        75
1                    - Rita Louie -

2            A       I've never seen any plans, no.

3            Q       And you testified that you never saw

4       this prior exhibit which was 265 which lays out a

5       little sketch of the plan, right?

6                    MS. NAPP:  266.

7            Q       266, I'm sorry.

8            A       No, I've never seen it.

9            Q       Is it fair to say then you've never

10      seen anything on paper regarding the rabbinical

FinalRitaLouie.txt

11    college's plans to develop; is that fair?

12              MS. NAPP:  Object to the form.

13        A    Correct, I've never seen anything on

14    paper or any plans regarding this project.

15        Q    I think you've answered this earlier,

16    but I'll ask you again.  Did you ever receive any

17    emails from Preserve Ramapo?

18        A    In what time frame?

19        Q    Back in 2007.

20        A    I don't remember if I was on their

21    email list at any time back then.

22        Q    So as you sit here today do you have

23    any recollection of receiving any emails from

24    Preserve Ramapo?

25              MS. NAPP:  Object to the form.


                                              76
1                   - Rita Louie -

2        Q    Back in 2007.

3        A    It's possible, but I don't think so.

4        Q    Beginning in 2007 were you aware of

5    the public sentiment regarding the plans for the

6    rabbinical college?

7              MS. NAPP:  Object to the form.

8        A    In 2007?

9        Q    When you were running for election.

10    Start there, January of '07.

11        A    Can you repeat the question?

12        Q    Yes, let me try to rephrase it.

13              In January of 2007 were you aware of

14    the public sentiment regarding the plans for the

FinalRitaLouie.txt

15      rabbinical college?

16              MS. NAPP:  Object to the form.

17      A       I'd have to say no, because nobody

18      really knew what the plans were for this.

19      Q       The rabbinical college was a hot topic

20      for the election, wasn't it?

21              MS. NAPP:  Object to the form.

22      A       It was one of many topics, yeah.

23      Q       What were the other topics of the

24      election in 2007?

25      A       One of the hottest topics was

                                                        77

1                       - Rita Louie -

2       development on top of the mountain.

3       Q       Would you consider that topic to be

4       more important than the rabbinical college topic?

5               MS. NAPP:  Object to the form.

6       A       Yes.

7       Q       What were the facts behind the

8       development on the mountain that you refer to?

9               MS. NAPP:  Object to the form.

10      A       I was getting considerable push back

11      from residents on the destruction of the scenic

12      view up on the mountain in Pomona, because the

13      developers were taking down too many trees.

14      Q       What time frame was that happening,

15      was that happening back in late 2006, 2007?

16      A       Yes, it started while I was on the

17      planning board.

18      Q       When you say developers, was there any

FinalRitaLouie.txt

19    developer specifically that was doing that?

20         A      There were a couple of people building

21    houses.  I don't think they were big developers.

22    You know, medium size developers just building a

23    few houses.

24         Q      Did you testify earlier that you don't

25    recall the name Michael Tauber?


                                                     78
1                      - Rita Louie -

2                 MS. NAPP:  Object to the form.

3         A      No, I know the name.  I don't really

4    know what he does.

5         Q      Do you know that he was affiliated in

6    some way with the rabbinical college?

7         A      I'm not clear on what project he would

8    be affiliated with.

9         Q      I understand your answer.  But did you

10   know back in 2007 that Michael Tauber had an

11   association with the rabbinical college?

12        A      No.

13        Q      You didn't know that?

14        A      Absolutely, no.

15                MR. STEPANOVICH:  (Handing document to

16        be marked.)

17                (Whereupon, Email dated 8/7/07, Bates

18        No. POM16497, was marked Plaintiff's Exhibit

19        267 for identification.)

20        Q      I'm handing you now what's been marked

21   for identification as Plaintiff's Exhibit 267.

22   It looks like that's an email from Brett Yagel
                         Page 68

FinalRitaLouie.txt

23      dated August 7, 2007 to

24      nicksanderson@pomonavillage.com and

25      rita.louie@pomonavillage.com.  You were using

                                                    79
1                   - Rita Louie -

2       that email, right, rita.louie@pomonavillage.com

3       in August of '07, correct?

4               MS. NAPP:  Object to the form.

5       A       Correct.

6       Q       The email reads, "Tauber Michael,

7       broker for Tartikov.  Second largest donation to

8       CSL.  Hit PR airwaves last night.  B."

9               Does this refresh your recollection at

10      all, Mrs. Louie, about who Michael Tauber was?

11              MS. NAPP:  Object to the form.

12      A       Reading this now I know who Michael

13      Tauber is or who he's affiliated with, according

14      to this email.

15      Q       Is it your testimony today as you read

16      this, this is the first time you realized that

17      Michael Tauber was associated with Tartikov?

18              MS. NAPP:  Object to the form.

19      A       I would say it wasn't that important

20      to me, so I would not have paid that much

21      attention to this.

22      Q       What was not that important to you?

23      A       Who Michael Tauber was.

24      Q       But the Tartikov project was important

25      to you, right?

FinalRitaLouie.txt

80

1                        - Rita Louie -
2                   MS. NAPP:  Object to the form.
3       A      Any project is important, but this
4    particular email wouldn't have made a very big
5    impact on me.
6       Q      When you say this particular email,
7    what part of this particular email would not have
8    made a very big impact on you?  I'm trying to
9    figure out what that is.
10                  MS. NAPP:  Object to the form.
11      A      The part of the top that came from
12   Brett Yagel.
13      Q      That talks about Michael Tauber,
14   broker for Tartikov, being the second largest
15   donation to CSL?
16      A      Yes.
17      Q      CSL, by the way, for the record that's
18   Christopher St. Lawrence, right?
19                  MS. NAPP:  Object to the form.
20      A      Correct.
21      Q      You recognize that CSL stands for
22   Christopher St. Lawrence, right?
23      A      Yes.
24      Q      Do you have any idea why Brett Yagel
25   sent this email only to you and Mr. Sanderson?

81

1                        - Rita Louie -
2                   MS. NAPP:  Object to the form.

FinalRitaLouie.txt

3      A      If it was right after the election or
4  -- we were his caucus, so he might have just
5  wanted to pass on the information.
6      Q      What do you mean, we were his caucus?
7      A      Nick, Brett and I ran together as the
8  Village Community Party.  So if Brett got some
9  information he thought we would be interested in,
10  he might have sent it to us.
11      Q      I'm trying to understand the word
12  caucus.  Beyond the fact that you ran together on
13  the same slate, does the word caucus have any
14  special meaning there on the Village Board of
15  Trustees?
16          MS. NAPP:  Object to the form.
17      A      Yeah, I mean it's the same thing, it
18  means we were a slate, that's all.
19      Q      What does that mean, we were a slate?
20  I think I know, but I would like you to explain
21  that to me.
22      A      We ran together for office on the same
23  ticket.
24      Q      The election was in March of '07,
25  right?

82

1                  - Rita Louie -
2      A      Correct.
3      Q      This is about five months after the
4  election, right?
5      A      Correct.
6      Q      What was the reason for you, Nick

FinalRitaLouie.txt

```
 7          Sanderson and Brett Yagel to still be on one
 8          slate in August of '07?
 9                    MS. NAPP:  Object to the form.
10          A        Well, we were also friends.
11          Q        Were there times when just you, Nick
12          Sanderson and Brett Yagel would discuss the
13          Tartikov project?
14          A        No.
15          Q        So you, Brett Yagel and Nick
16          Sanderson, just the three of you, never discussed
17          the Tartikov project amongst the three of you?
18                    MS. NAPP:  Object to the form.
19          A        In a meeting?
20          Q        Anywhere.
21          A        After the election, no.
22          Q        How about before?  Never after the
23          election.  But before the election did the three
24          of you ever discuss the Tartikov project?
25                    MS. NAPP:  Object to the form.
```

                                                            83
```
 1                        - Rita Louie -
 2          A        It's possible.
 3          Q        Nothing comes to mind, though?
 4          A        Not specifically.  We discussed a lot
 5          of issues during the campaign.
 6          Q        Besides the Tartikov project and the
 7          building on the side of the mountain, what were
 8          the other issues that were of concern during your
 9          election campaign?
10                    MS. NAPP:  Object to the form.
```

FinalRitaLouie.txt

11          A       People of the village were concerned
12     about communication between the local government
13     and the residents.  We had a lot of discussion
14     about that.
15          Q       Improving communications?
16          A       Improving communications, uh-huh.
17          Q       What else?
18          A       We discussed improving events in the
19     village.
20          Q       Community day things?
21          A       Community things.  We had a lot of
22     musicians in the village.  We discussed the
23     institution of a music festival, which we
24     subsequently did start.  Big and small issues,
25     many many.

                                              84
1                    - Rita Louie -
2          Q       Did you, Mr. Sanderson and Mr. Yagel
3     ever discuss the Tartikov project with anyone
4     from Preserve Ramapo?
5          A       No.
6          Q       Never?
7          A       Not that I remember, no.
8          Q       Did you ever have any personal
9     discussions with Robert Rhodes about the Tartikov
10     project?
11                  MS. NAPP:  Object to the form.
12          A       Not that I remember.
13          Q       Did you ever have any discussions with
14     Michael Castelluccio regarding the Tartikov

                         **Page 73**

FinalRitaLouie.txt

15    project?
16           MS. NAPP:  Object to the form.
17    A      No.
18    Q      Never?
19    A      No.  I don't know Michael
20    Castelluccio.
21    Q      Did you ever have any discussions with
22    Robert Prol regarding the Tartikov project?
23           MS. NAPP:  Object to the form.
24    A      No.
25    Q      I think you testified, but I just want

                                                85
1                     - Rita Louie -
2     to be clear.  Did you and Robert Prol sit on the
3     planning board together?
4     A      No.
5     Q      Have you ever met Robert Prol?
6     A      I may have met him years ago, but I
7     don't remember.  I really never knew him.
8            MR. STEPANOVICH:  (Handing document to
9            be marked.)
10           (Whereupon, Campaign Literature,
11           Endorsement, Bates No. POM20043, was marked
12           Plaintiff's Exhibit 268 for identification.)
13    Q      I'm handing you now, Mrs. Louie,
14    what's been marked as Plaintiff's Exhibit 268.  I
15    ask you to review that.
16    A      (Complying.)
17    Q      Have you ever seen Exhibit 268 before?
18    A      Not that I recall.

FinalRitaLouie.txt

19      Q       Well, you were endorsed by Preserve
20   Ramapo in your election in 2007; is that right?
21      A       Yes.
22      Q       Do you know how that happened?
23              MS. NAPP:  Object to the form.
24      Q       Did you meet with Bob Rhodes, the
25   chairman of Preserve Ramapo, prior to Preserve


                                                    86
1                    - Rita Louie -
2   Ramapo endorsing you?
3       A       I don't remember meeting with him, but
4   maybe one of the other candidates did.
5       Q       Did you speak with Bob Rhodes at all
6   regarding your desire to seek Preserve Ramapo's
7   endorsement?
8               MS. NAPP:  Object to the form.
9       A       I did not personally, no.
10      Q       Did anyone else on the slate do that?
11              MS. NAPP:  Object to the form.
12      A       I have no knowledge of it.
13      Q       Did you authorize Mr. Sanderson or Mr.
14   Yagel to speak to Preserve Ramapo on your behalf?
15              MS. NAPP:  Object to the form.
16      A       No.
17      Q       Do you disagree with anything in this
18   endorsement by Preserve Ramapo?
19              MS. NAPP:  Object to the form.
20      A       No.
21      Q       Back in 2007 you wanted the
22   endorsement from Preserve Ramapo, correct?

FinalRitaLouie.txt

23          MS. NAPP:  Object to the form.

24      A      I don't remember seeking specifically

25      their endorsement, but certainly when you are


                                                    87
1                      - Rita Louie -

2      running for office you want as many endorsements

3      as possible.

4          Q      Why would you want the endorsement

5      from Preserve Ramapo?

6              MS. NAPP:  Object to the form.

7          A      We -- I would want the endorsement of

8      any civic group or grass roots organization in

9      the community.

10          Q      In the last full paragraph the

11      endorsement reads, "Nick, Brett and Rita have

12      stood with their Ladentown neighbors knowing that

13      the fight began with the passing of RLUIPA and

14      the floodgates that opened when the Ramapo Town

15      Board led by Christopher St. Lawrence passed the

16      adult student housing law and designated Patrick

17      Farm as one of the four ASH locations."

18              Did I read that accurately?

19          A      Yes.

20          Q      How did Bob Rhodes know that, what I

21      just read, that you stood with the Ladentown

22      neighbors?

23              MS. NAPP:  Object to the form.

24          A      This is campaign speak.

25          Q      What is campaign speak, what I just

FinalRitaLouie.txt

88
1                        - Rita Louie -
2      read?
3          A       Yeah, it's campaign speak.  It's, you
4      know, the candidates, you know, will fight for
5      you and for your neighborhood basically.
6          Q       Do you know who wrote this
7      endorsement?
8          A       Well, it says it's from Bob Rhodes.
9          Q       That's what it says at the bottom,
10     right?
11         A       Uh-huh.
12         Q       Do you know whether or not Bob Rhodes
13     wrote this endorsement?
14         A       It says it's from Bob Rhodes.  I have
15     to assume he wrote it.
16         Q       And then reading again that same
17     paragraph, "knowing that the fight began with the
18     passing of RLUIPA and the floodgates that opened
19     when the Ramapo Town Board led by Christopher St.
20     Lawrence passed the adult student housing law and
21     designated Patrick Farm as one of the four ASH
22     locations."
23               Do you agree that the floodgates were
24     opened when the Ramapo Town Board passed the
25     adult student housing law?


89
1                        - Rita Louie -
2               MS. NAPP:  Object to the form.
3          A       Yes.

FinalRitaLouie.txt

4      Q       What floodgates were opened?

5              MS. NAPP:  Object to the form.

6              MR. STEPANOVICH:  And the objection,

7      excuse me, would be?

8              MS. NAPP:  Floodgates, nobody knows

9      what that means.

10     Q       Do you know what floodgates means?

11     A       Floodgates, when you open up

12     floodgates it lets everything through.

13     Q       So you agree then that the fight began

14     when the adult student housing law was passed in

15     Ramapo?

16             MS. NAPP:  Object to the form.

17     Q       Which opened up the floodgates; is

18     that right?

19     A       It's kind of like -- it's rhetoric

20     and, you know, I really can't agree with it or

21     disagree with it.  It's just campaign rhetoric.

22     Q       And so it doesn't mean anything?

23     A       No.

24     Q       But it was used in an endorsement for

25     you?

                                                    90
1                      - Rita Louie -

2      A       Yes.

3      Q       To get votes?

4      A       Sure.

5      Q       Isn't it true that what Mr. Rhodes is

6      referring to here is that once the adult student

7      housing laws were passed in Ramapo, then the
                      Page 78

FinalRitaLouie.txt

8      Orthodox Jews got to move into those houses, that
9      housing; isn't that right?
10              MS. NAPP:  Object to the form.
11     A      No.
12     Q      That's not right?
13     A      No, not necessarily at all.
14     Q      Do you know who lives in the adult
15     student housing in Ramapo?
16     A      I don't even know where there is adult
17     student housing currently in Ramapo.
18     Q      You know there are adult student
19     housing sites in Ramapo, right?
20     A      Not anything in particular.
21     Q      Well, I thought you said you lived
22     near Ramapo?
23     A      I do.
24     Q      You're not familiar with adult student
25     housing sites in Ramapo?

                                                    91
1                  - Rita Louie -
2              MS. NAPP:  Object to the form.
3      A      I don't know which sites are adult
4      student housing sites, no.
5      Q      Do you know at all who the adult
6      student housing was intended to provide housing
7      for?
8              MS. NAPP:  Object to the form.
9      A      Adult students.
10     Q      Of what, students of what?
11     A      It doesn't say.
                    Page 79

FinalRitaLouie.txt

12        Q       Religious --
13        A       It says adult student housing.  It's
14   adult students.
15        Q       Adult religious students, right?
16                MS. NAPP:  Object to the form.
17        A       No, it could be any adult students I
18   believe.  If a piece of property is designated
19   for adult student housing, it could be any adult
20   students I would imagine.
21        Q       Adult students associated with what,
22   school or --
23        A       Any kind of school.
24        Q       But you know, though, isn't it true
25   that the adult student housing in Ramapo was


                                                92
1                      - Rita Louie -
2    designed to house Orthodox, Hasidic Jews, right?
3                 MS. NAPP:  Object to the form.
4         A       No.
5         Q       You don't know that?
6         A       No.
7         Q       You do know that the intended
8    residents of Patrick Farms was going to be
9    Orthodox, Hasidic Jews, right?
10                MS. NAPP:  Object to the form.
11        A       I didn't know that until it came up
12   before the planning board, no.
13        Q       But you ultimately found out, right?
14        A       Only when the developer himself said
15   so.

FinalRitaLouie.txt

16      Q       You think Mr. St. Lawrence caters to

17      the Orthodox Jewish voting bloc?

18              MS. NAPP:  Object to the form.

19      A       No, not necessarily.

20      Q       Well, what do you mean by not

21      necessarily?

22      A       I think he caters to developers like

23      any town supervisor because they bring him tax

24      revenue.

25      Q       I think you testified, but I want to


                                                        93

1                       - Rita Louie -

2       be clear.  The Patrick Farm site was designated

3       as an adult student housing site in Ramapo,

4       correct?

5               MS. NAPP:  Object to the form.

6       A       I wasn't completely aware of that, no.

7       I thought it was designated as a multi-family

8       zone, that was my understanding.

9       Q       Mr. Rhodes indicates in the third

10      paragraph that "This team has fought alongside

11      Preserve Ramapo and has proven that if necessary

12      it's up to the challenge to face a drawn out

13      RLUIPA battle that could compromise our zoning

14      and already overburdened infrastructure and water

15      supply."

16              Did I read that accurately?

17      A       Yes.

18      Q       How did you fight alongside Preserve

19      Ramapo to do that?

FinalRitaLouie.txt

20          MS. NAPP:  Object to the form.

21      A     I have no idea what he's referring to.

22  It's campaign rhetoric.

23      Q     Okay, that's all I have on it.

24          Are you aware sitting as a board of

25  trustee member if the village has ever taken any


                                              94
1                      - Rita Louie -

2   action with respect to any other land use

3   development outside of the Village of Pomona?

4          MS. NAPP:  Object to the form.

5      A     Say that again.  Repeat the question,

6   I'm sorry.

7          (The question was repeated.)

8      A     Yes.

9      Q     Can you tell me which projects that

10  would be?

11      A     We have filed a lawsuit against the

12  developer of the Walmart property on 202 that

13  straddles the Town of Haverstraw and Town of

14  Ramapo.

15      Q     When was that?

16      A     That was over a year ago.  I don't

17  remember when, the date exactly.

18      Q     What was the basis of that lawsuit?

19          MS. NAPP:  I'm just going to caution

20          you, Rita, not to divulge any information

21          that might have been conveyed to you by

22          counsel.  Anything that you understand

23          independently you're free to explain to Mr.

FinalRitaLouie.txt

24          Stepanovich.

25               Q     What do you understand the basis of

                                                    95
1                    - Rita Louie -

2    the lawsuit to be?

3          A     I understand the basis of the lawsuit

4    to be that the zoning board acted improperly in

5    changing the parking regulations on that

6    property.

7          Q     Then is the issue of the lawsuit a

8    parking issue, a parking lot issue?

9               MS. NAPP:  Object to the form.

10         A     It's a zoning issue, yes.

11         Q     That deals with parking?

12         A     That deals with parking, parking and

13   density which are related.

14         Q     So is it an issue that deals with the

15   number of parking spaces and spots?

16         A     Yes.

17         Q     What else?

18         A     What else?

19         Q     What other lawsuit are you familiar

20   with that the village has been involved in

21   outside of the village?

22               MS. NAPP:  Object to the form.

23         A     The village was a party to a lawsuit

24   against the development on Grandview Avenue.

25         Q     Grandview?

FinalRitaLouie.txt

96

1                    - Rita Louie -

2        A       Grandview in Ramapo.

3        Q       What is that about?

4        A       I thought that was a multi-student --

5    a multi-family housing project.

6        Q       Was that an adult student housing

7    project?

8        A       I don't know if we ever called it

9    adult.  Maybe it was an adult student housing

10   project.  You know what, I don't remember.

11   There's so many things.

12       Q       Do you remember, what is your

13   understanding of the basis of that lawsuit?

14           MS. NAPP:  Again, same caution.

15       A       Again, I believe my understanding of

16   that lawsuit was the amount of density on the

17   project, that it was not in keeping with the

18   area.

19       Q       Was that the Mosdos property?

20       A       Mosdos, yes.

21       Q       What do you mean it was not in keeping

22   with the property, what do you mean by that?

23       A       That it was not -- the zoning or the

24   density of the project was very dissimilar to

25   surrounding properties.

97

1                    - Rita Louie -

2        Q       Was this a property in Ramapo?

3        A       Yes.

FinalRitaLouie.txt

```
 4          Q      Do you recall the zoning of the area
 5    where the land was located?
 6          A      I do not.
 7          Q      Do you know if it was an adult student
 8    housing zone?
 9                 MS. NAPP:  Object to the form.
10          A      I don't recall.
11          Q      What other instances has the village
12    taken action on outside of its property in
13    relationship to a land use matter?
14                 MS. NAPP:  Object to the form.
15          A      Taken legal action on?
16          Q      We could stay with that, legal action.
17          A      I believe the village is also a party
18    to the lawsuit -- some lawsuits on the Patrick
19    Farm property.
20          Q      What is your understanding of the
21    basis of those lawsuits?
22          A      The basis of those lawsuits.  My
23    understanding is that it is a -- also similar
24    action of the zoning board or town board that
25    downzoned the property in direct violation of
```

```
                                                 98
 1                      - Rita Louie -
 2    their own comprehensive plan.
 3          Q      This is the Patrick Farm property we
 4    are talking about?
 5          A      Patrick Farm property, yes.
 6          Q      Any other lawsuits?
 7                 MS. NAPP:  Object to the form.
```

FinalRitaLouie.txt

8       Q       That you're familiar with.

9               MS. NAPP:  Same objection.

10      A       I can't think of any right now.

11      Q       Are you familiar with the Nike site

12      development?

13      A       The Nike site development?

14      Q       Yes.

15      A       Isn't that the same as the Mosdos?

16      Q       That's what I was going to ask you.

17      A       Oh, okay.  Yes.

18      Q       I just wanted to make sure we were

19      talking about the same thing.

20      A       Okay.

21      Q       Are you familiar with the Bobover

22      Yeshiva?  I'm probably not saying that right

23      obviously.

24      A       I remember the name, but I don't know

25      at the moment which project that is.


                                             99
1                       - Rita Louie -

2       Q       That project would have been a project

3       outside of the Village of Pomona?

4       A       Yes.

5       Q       Other than recognizing the name, do

6       you have any recollection of that?

7       A       No, that was sometime ago.

8       Q       When did you begin your campaign for

9       the election in 2007?

10      A       It would have been sometime in January

11      2007.

FinalRitaLouie.txt

12      Q       Why did you run for the board of
13      trustees in 2007?
14      A       Because I wanted to represent my
15      village.
16      Q       What was it that you felt you had to
17      offer the citizens?
18      A       I felt as a builder myself or as a
19      construction manager I was very familiar with
20      development.  I was also familiar with the
21      village and the character of the village.  I love
22      the Village of Pomona, I loved all the people
23      there.  I specifically moved to Pomona in 1993
24      and built my house there up on that hill because
25      I wanted to be in that village.  And I felt like

                                              100
1                    - Rita Louie -
2       I could give back to the village by being a
3       trustee.
4       Q       You used the word character of the
5       village or actually the term character of the
6       village.  What do you mean by that?
7       A       It's very difficult to explain Pomona
8       unless you live there and you've been there,
9       because it's not just a place where you live and
10      have your house.  It's kind of like a state of
11      mind.  It has trails and mountains and sunsets
12      and, you know, it's just a really pretty bucolic
13      place.
14      Q       When you say character that's what
15      you're referring to, character of the village?
                        Page 87

FinalRitaLouie.txt

16     A    Yes.

17     Q    The Tartikov project then in 2007,

18  when you ran, and I think you've testified and

19  I'm not trying to go over this a million times,

20  but it was in your opinion one of the issues that

21  was important, correct?

22         MS. NAPP:  Object to the form.

23     A    It was one of the issues, yes.

24     Q    Citizens of Pomona expressed their

25  concerns to you about that Tartikov plan, right?

101

1            - Rita Louie -

2         MS. NAPP:  Object to the form.

3     A    Citizens expressed concern about all

4  the development that was going on at the time or

5  proposed development, potential development.

6     Q    Beside the Tartikov project, what

7  proposed development were the citizens talking to

8  you about?

9     A    There wasn't anything proposed as much

10  as there was potential.  Patrick Farm, Halley II,

11  certainly the Walmart project down on 202.

12     Q    Was the Walmart project a project back

13  in 2007?

14         MS. NAPP:  Object to the form.

15     A    It was a potential project because it

16  was open space.

17     Q    And so what were the citizens telling

18  you about that open space, what did they tell

19  you?

Page 88

FinalRitaLouie.txt

20               MS. NAPP:  Object to the form.

21      Q     You can answer if you understand.

22      A     The question is too big.

23      Q     Did the citizens want you to preserve

24   the open space?

25               MS. NAPP:  Object to the form.

                                       102

1             - Rita Louie -

2      Q     Is that what it was, did the citizens

3   say, look, we want to know what your position is

4   on the open space, did they say that?

5              MS. NAPP:  Object to the form.

6      A     Yes, that question was asked.

7      Q     Did they want to know what your

8   position was on open space?

9      A     Yes.

10     Q     What was your position on open space

11  back in 2007?

12     A     My position on open space was that if

13  it was zoned for -- if the Walmart property was

14  zoned for, you know, shops, that we would fight

15  to make sure that that shopping center was built

16  according to the current zoning and kept in scale

17  with what the current zoning called for.  If the

18  property was zoned for one or two acre zoning,

19  that we would fight to make sure that whatever

20  was built there is consistent with the zoning

21  that it was zoned for.

22     Q     You used the word fight.  Is it fair

23  to say your position back then - and it may be

FinalRitaLouie.txt

24          today, but I'm just concerned with it back then

25          in 2007 - was that you would fight to enforce the

                                                              103

1                           - Rita Louie -

2           village's zoning code?

3               A       Absolutely.

4               Q       What was your party affiliation back

5           in 2007?

6               A       Major party?

7               Q       No, your party affiliation that you

8           ran for in 2007 for the board.

9               A       It was the Village Community Party.

10              Q       Was Mr. Sanderson also a member of

11          that party?

12              A       Yes.

13              Q       And Mr. Yagel?

14              A       Yes.

15              Q       Was anybody else a member of the

16          Village Community Party?

17              A       No, just the three of us.

18              Q       Was that a party that was formed in

19          2007?

20              A       Yes.

21              Q       Formed by you, Mr. Sanderson and Mr.

22          Yagel?

23              A       Yes.

24              Q       Did you run with that party

25          affiliation when you ran for reelection?

FinalRitaLouie.txt

104

1                    - Rita Louie -

2        A      Yes.

3               MR. STEPANOVICH:   (Handing document to

4        be marked.)

5               (Whereupon, Email dated 8/3/07, Bates

6        No. POM21331, was marked Plaintiff's Exhibit

7        269 for identification.)

8        Q      When you ran for election in 2007 did

9     you believe that the village was at a crossroads?

10              MS. NAPP:  Object to the form.

11       Q      You understand what I mean by the word

12    crossroads?

13       A      Yes.

14       Q      Did you believe that the village was

15    at a crossroads in 2007?

16       A      Yeah, I think I did.

17       Q      What do you mean by that?

18              MS. NAPP:  Object to the form.

19       Q      What did you mean by the village being

20    at a crossroads back in 2007 when you ran for

21    election?

22       A      At the time it was at the beginning of

23    there being a lot of -- there being a lot of

24    potential for large development surrounding the

25    village and that was concerning a lot of people.


105

1                    - Rita Louie -

2        Q      In what respect?

3        A      Well, we have gone over this before.

4     That people in the village were concerned that

FinalRitaLouie.txt

5      the surrounding areas were starting to develop

6      shopping centers and housing developments.  And

7      they were concerned about the Village of Pomona

8      being caught in that crossroad.

9          Q      What is it that the Village of Pomona

10     could do about the surrounding areas' zoning,

11     what were you going to accomplish?

12             MS. NAPP:  Object to the form.

13         Q      Do you understand the question?

14         A      Yes.  I mean we could just voice our

15     opinion as an adjacent municipality or as

16     concerned citizens of the area.  We have that

17     right as Americans.

18         Q      What right?

19         A      To voice our opinion.

20         Q      The Village of Pomona, though, can't

21     officially affect a neighboring village or town's

22     zoning, can it?

23             MS. NAPP:  Object to the form.

24         A      If we could legally have any

25     influence, we would submit comments like any

                                                    106

1                     - Rita Louie -

2      citizen of the area, sure.

3          Q      The comments that you would submit

4      would be what, official comments from the Village

5      of Pomona?

6              MS. NAPP:  Object to the form.

7          A      Personally I would submit comments

8      from me personally as a citizen of the town or

                         Page 92

FinalRitaLouie.txt

```
 9    the area.
10         Q     Did you ever do that, submit personal
11    comments regarding surrounding development?
12         A     Sure, yeah.
13         Q     In what instances?
14         A     I've spoken vehemently against the
15    Patrick Farm downzoning and I spoke vehemently
16    about -- against the building of Boulder Stadium.
17    Also have spoken out and written comments about
18    the Walmart property development and against the
19    building of the desalinization plant on the
20    Hudson River, to name a few.
21         Q     Since you've been on the Village Board
22    of Trustees has the village officially voiced its
23    opinion regarding adjacent development?
24              MS. NAPP:  Object to the form.
25         Q     Because you talked about earlier the
```

                                                    107
```
 1                    - Rita Louie -
 2    lawsuits.  What I'm asking you now, has the
 3    village ever sort of passed an official
 4    resolution, we're opposed to a certain kind of
 5    development in any adjacent municipality?
 6              MS. NAPP:  Object to the form.  You
 7         can answer if you understand the question.
 8         A     Yes, I believe we have submitted
 9    comments about certain projects in other areas of
10    the county.
11         Q     Do you recall which ones?
12         A     Not off the top of my head.
```

FinalRitaLouie.txt

13          Yes, we have a resolution -- we did
14   submit a resolution against the desalinization
15   plant.  I believe we -- off the top of my head I
16   can't think of them.  But we absolutely have
17   issued resolutions against projects in other
18   parts of the county.
19       Q    I hand you what's been marked as
20   Plaintiff's Exhibit 269, and ask you to look at
21   that.  And specifically I'm just going to ask you
22   a question on the second page.
23       A    (Complying.)
24       Q    Do you recognize what's set forth
25   there under your name, Louie Election Video?


                                            108
1                  - Rita Louie -
2        A    Yes.
3        Q    Was that your election video
4   transcript?
5        A    I believe so.  I don't remember it
6   verbatim.  But if this is what they say it is, it
7   must be.
8        Q    As you indicated, the election 2007
9   was a -- the village was at a crossroads.  And
10   the election was a very important election.  Do
11   you agree with that?
12              MS. NAPP:  Object to the form.
13       A    Every election is an important
14   election.
15       Q    But that one especially in 2007, was
16   that a critical election?
                         Page 94

FinalRitaLouie.txt

17              MS. NAPP:  Object to the form.

18      A       I would say it was equally as

19      important as any other.  But for me personally it

20      was critical because it was the first time I was

21      running, sure.

22      Q       One of the issues, as you testified,

23      was the Tartikov project; is that right?

24              MS. NAPP:  Object to the form.

25      A       Yes, that was one of the issues.


                                                    109
1                       - Rita Louie -

2       Q       Were you concerned that the Tartikov

3       project would completely change the village and

4       the makeup of the village?

5               MS. NAPP:  Object to the form.

6       A       I was concerned that any large project

7       adjacent to the village could completely change

8       the village, yes.

9       Q       What about change the makeup of the

10      village?

11              MS. NAPP:  Object to the form.

12      A       I don't know what you mean by that.

13      Q       Well, if you go to the first page,

14      Mrs. Louie, under Mr. Sanderson's election video,

15      third paragraph.  "This election is critical for

16      the village.  We are facing a huge proposed, or

17      as yet un-proposed development that has been

18      leaked, that could completely change the village

19      and the makeup of the village."

20                      Did I read that accurately?

FinalRitaLouie.txt

21        A       Yes.

22        Q       Do you know what he meant by that?

23                MS. NAPP:  Object to the form.

24        A       Not specifically.

25        Q       What do you know about that phrase,

                                                    110
1                    - Rita Louie -

2        that the huge proposed or yet un-proposed

3        development that was leaked could completely

4        change the village and the makeup of the village;

5        what did you understand in that regard?

6                MS. NAPP:  Object to the form.

7        A       These are not my words, so I can't...

8        Q       But Mr. Sanderson was on your slate,

9        right?

10        A       Yeah.

11        Q       Did you talk at all to Mr. Sanderson

12        about how this election could completely change

13        the village and the makeup of the village?

14                MS. NAPP:  Object to the form.

15        A       How this election?

16        Q       Strike that.

17                Did you talk at all with Mr. Sanderson

18        about how the Tartikov project would change the

19        village and the makeup of the village?

20                MS. NAPP:  Object to the form.

21        A       He could be talking about one of

22        several developments in this paragraph, not

23        specifically the Tartikov project.  Because there

24        were several huge pieces of undeveloped land,

FinalRitaLouie.txt

25          including the Walmart property, including the

                                                    111
1                          - Rita Louie -
2          Patrick Farm property, including the Tartikov
3          property, that had potential to have large
4          developments on them that could completely change
5          the village, yes.
6               Q       Back in 2007?
7               A       Yes.
8               Q       These other projects, besides the
9          Tartikov project, they weren't located in the
10         village, were they?
11              A       No.
12              Q       So the only project that had the
13         potential of changing the village and the makeup
14         of the village was the Tartikov project, right?
15                      MS. NAPP:  Object to the form.
16              A       You know what, I'm not going to try
17         and get inside Nick Sanderson's head and what he
18         said in 2007, so I'm not going to answer.
19              Q       Were you concerned about who was going
20         to be moving in if the Tartikov project was
21         approved?
22                      MS. NAPP:  Object to the form.
23              A       I have no way of knowing, because I
24         had no knowledge of what the project was going to
25         be.

                                                    112

FinalRitaLouie.txt
- Rita Louie -

2      Q      Well, you knew it was a rabbinical
3  college, right?
4      A      I knew it could possibly potentially
5  be a rabbinical college.
6      Q      And you know rabbis are generally
7  Orthodox or Hasidic Jews, you know that, right?
8              MS. NAPP:  Object to the form.
9      A      Yes, of course.
10     Q      And also other Jews, right?
11     A      Of course.
12     Q      You understand that rabbis are
13  associated with the Jewish faith and religion,
14  right?
15     A      Of course, yes.
16     Q      You also knew back in '07 that this
17  project had a housing component, right?
18     A      Not necessarily.  I didn't know.  I
19  had no idea what this project was.  And to this
20  day still have no idea what this project is.
21     Q      But you were vehemently opposed to it,
22  though, weren't you?
23             MS. NAPP:  Object to the form.
24     A      No, I was not.  I was vehemently
25  opposed to any overdevelopment that wasn't in --

113
1                    - Rita Louie -
2  that wasn't consistent with the zoning that it
3  was designated for at the time or today.
4      Q      You know that the site is about 100

Page 98

```
                          FinalRitaLouie.txt
 5    acres, right?
 6         A     I thought it was about 120 acres.
 7         Q     So let's just agree that this site is
 8    approximately 100 acres, you know that, right?
 9         A     Yes, it's a big property.
10               MR. STEPANOVICH:  (Handing document to
11         be marked.)
12               (Whereupon, Email dated 3/17/07, Bates
13         No. POM16974, was marked Plaintiff's Exhibit
14         270 for identification.)
15         Q     I'm handing you now, Mrs. Louie,
16    what's been marked as Plaintiff's Exhibit 270,
17    and ask you to look at it?
18         A     (Complying.)
19         Q     Have you seen Exhibit 270 before?
20         A     Yes.
21         Q     Did you write this email?
22         A     I believe I did.
23         Q     It is an email from you, correct?
24         A     Yes, it is.
25         Q     And dated March 17th, sent to Brett
```

```
                                                     114
 1                    - Rita Louie -
 2    Yagel and Nick Sanderson, right?
 3         A     Yes.
 4         Q     And the subject is mass emailing
 5    letter to go out, right?
 6         A     Correct.
 7         Q     How did you disseminate this email?
 8               MS. NAPP:  Object to the form.
```

FinalRitaLouie.txt

9      A     I don't know.

10     Q     Did you send it out by email?

11     A     I don't remember if this ever went out

12     or not to the residents or to the voters.

13     Q     March 17th was right before the

14     election, right?

15     A     Yes.

16     Q     When was the election, you remember?

17     A     March 20th I think it was.  Or March

18     21st.  I don't remember the date of the election.

19     Q     At the time that was after the

20     endorsement of yourself, Mr. Sanderson and Mr.

21     Yagel by Preserve Ramapo; is that right?

22     A     Yes.

23     Q     What relationship did you have with

24     the Coalition to Keep Ramapo Green?

25     A     I don't even remember what that group

                                                        115

1                  - Rita Louie -

2      was.  I think it was a very small grass roots

3      organization, but I have no idea who they are.

4      Q     Did it have anything to do with

5      Ladentown?

6      A     Possibly.

7      Q     You write "Preserve Ramapo and the

8      Coalition to Keep Ramapo Green have endorsed the

9      Village Community Party because they believe our

10     party will most effectively be able to defeat any

11     developers who plan to take over our village and

12     our area," correct?

FinalRitaLouie.txt

13       A     Correct.

14       Q     "We have the plan, the experience, the

15    knowledge, the legal counsel and the guts,"

16    right?

17       A     Correct.

18            MS. NAPP:  Object to the form.

19       Q     What was your plan?

20            MS. NAPP:  Object to the form.

21       A     I have no idea.  Again, it's campaign

22    speak.

23       Q     So that sentence then, "We have the

24    plan, the experience, the knowledge and the legal

25    counsel and the guts," you are saying that's all

116

1                 - Rita Louie -

2    campaign rhetoric?

3       A     Sure, yes.

4       Q     Why did you need campaign rhetoric?

5       A     Because we were running for election.

6       Q     And you wanted to get elected?

7       A     Yes.

8       Q     I want to be accurate here.  Did you

9    have a plan back in '07?

10            MS. NAPP:  Object to the form.

11       A     We did not have a structured plan for

12    anything.  We just wanted to win the election.

13       Q     So then were you lying when you said

14    we have a plan?

15            MS. NAPP:  Object to the form.

16       A     We weren't lying.  We were just saying

                         FinalRitaLouie.txt
17       we want to get elected.

18            Q      So you would say whatever you needed

19       to say to get elected?

20                   MS. NAPP:  Object to the form.

21            A      Yeah.  At that time, yeah.

22            Q      Down at the end, towards the end there

23       it says, "So if you want more of the same, go

24       ahead and let the incumbents stay in office.

25       Then we'll all have to move."


                                                        117
1                     - Rita Louie -

2                    What did you mean by that, we'll all

3        have to move?  Why would you have to move?

4             A      If the -- the people who live in the

5        Village of Pomona live there because of the place

6        that it is.  That it's bucolic, that it's rolling

7        hills, that it's quiet.  And if there's a huge

8        shopping center going in with big trucks or a

9        huge housing development going in on the other

10       side and another huge housing development going

11       in on the other side and a school being built on

12       another border, the village would in fact not be

13       the place where we lived.  And that is exactly

14       what I meant.

15            Q      There's no zoning in the Village of

16       Pomona for a Walmart, right?

17            A      No, there isn't.

18            Q      And there wasn't any zoning for

19       commercial use like that back in '07, was there?

20            A      No.

FinalRitaLouie.txt
21        Q       So Pomona is just zoned for what,
22    residential?
23        A       Yes.
24        Q       Any other kind of zoning in Pomona?
25        A       No, not right -- well, we have


                                              118
1                     - Rita Louie -
2     churches, we have religious institutions.
3         Q       And residential, right?
4         A       And residential, yeah.
5         Q       So based on the zoning then in '07, it
6     wasn't possible for Walmart to be built in
7     Pomona, right?
8                 MS. NAPP:  Object to the form.
9         A       Correct, but I was talking about on
10    the borders of the village.  If you read my
11    rhetoric correctly, it says irresponsible
12    development along our borders.
13        Q       Where do you say that?  I'm sorry.
14    Oh, I see, along our borders.  Yeah, but at the
15    very beginning you talk about -- you say,
16    "Because they believe our party will most
17    effectively be able to defeat any developers who
18    plan to take over our village," and I'll give you
19    this, "and our area."
20                But you are also referring about
21    developers taking over our village, right?
22                MS. NAPP:  Object to the form.
23        A       Correct.
24        Q       And at the time in '07 there was no
                        Page 103

FinalRitaLouie.txt
25        commercial zoning in the Village of Pomona,

                                                    119
1                        - Rita Louie -

2        right?

3            A       Correct.

4            Q       The only thing developers could take

5        over in Pomona in '07 was housing projects,

6        right?

7                    MS. NAPP:  Object to the form.

8            A       Yes.

9            Q       Back in 2007 were people moving out of

10       the Village of Pomona?

11                   MS. NAPP:  Object to the form.

12           A       No, not that I know of.

13           Q       Pardon me?

14           A       Not that I know of.

15           Q       What about since 2007, has there been

16       an unusual exodus of people moving out of Pomona?

17                   MS. NAPP:  Object to the form.

18           A       No.

19                   MR. STEPANOVICH:   (Handing document to

20           be marked.)

21                   (Whereupon, Campaign Literature, Bates

22           No. POM20045, was marked Plaintiff's Exhibit

23           271 for identification.)

24           Q       I'm handing you now, Mrs. Louie,

25       what's been marked as Exhibit 271.  You've seen

                                                    120
1                        - Rita Louie -

FinalRitaLouie.txt

2       this before, I'm sure?

3           A       Yes.

4           Q       This was your campaign literature that

5       was distributed; is that right?

6           A       Correct.

7           Q       The second page, the first column

8       there.  It references the rabbinical college of

9       Tartikov plan, doesn't it?

10          A       Yes, it does.

11          Q       The third paragraph says, "From what

12      we know of the plan as it has been leaked to the

13      public, it will have real environmental and

14      safety problems."

15                  What environmental problems were you

16      aware of?

17          A       I have no idea.  I don't recall what

18      this was referencing at the time.

19          Q       Well, you saw this pamphlet before it

20      went out, right?

21          A       Yes.

22          Q       You approved it, right?

23          A       Yes.

24          Q       And you've already testified that you

25      had no idea what was planned by the rabbinical

                                                121
1                       - Rita Louie -

2       college, right?

3           A       Yes.  Right.

4           Q       So how is it that you would have an

5       idea that there were real environmental problems?
                        Page 105

FinalRitaLouie.txt

```
 6                    MS. NAPP:  Object to the form.
 7          A         It was just project -- conjection
 8     (sic).  It was saying from what we know of the
 9     plan that was leaked to the public.
10          Q         But I thought you testified you didn't
11     know anything about the plan?
12          A         We've never seen the plan.
13          Q         So what did you know about the plan?
14                    MS. NAPP:  Object to the form.
15          A         Rumors, like everybody else in the
16     community.
17          Q         Then I'm just trying to focus in on
18     what it was that formed the basis for you saying
19     in your election material that the project was
20     going to have real environmental problems?
21          A         Like I said, it was conjecture.  It
22     had potential to have environmental problems.
23          Q         How do you know that?
24                    MS. NAPP:  Object to the form.
25          A         We didn't know.
```

```
                                              122
 1                    - Rita Louie -
 2          Q         But you knew that the proposal was
 3     going to include housing, right?
 4                    MS. NAPP:  Object to the form.
 5          A         No, we didn't know.
 6          Q         You didn't know that it was going to
 7     include housing for adult students and their
 8     families?
 9          A         We only knew what the rumor mill was
```

FinalRitaLouie.txt

10      telling us and telling the residents.

11          Q      But you say here in the second

12      paragraph of this that you knew that it was going

13      to be -- the village was going to be faced with a

14      proposal for a huge development that will include

15      housing for thousands of adult students and their

16      families, right?

17          A      Yes, but that was just a rumor.  We

18      had no proof of that.  It was just what people

19      were saying.

20          Q      Did you attend the village board

21      meeting on January 22nd, 2007?

22          A      January 22nd, 2000 -- I don't recall

23      if I was there.

24          Q      It was a packed board meeting where

25      the village actually took action on a zoning law.


                                              123
1                    - Rita Louie -

2      Do you recall being there?

3                  MS. NAPP:  Object to the form.

4          A      I don't remember that, no.

5          Q      Have you ever heard Mr. Savad speak in

6      front of a board of trustees meeting?

7          A      I'm not sure I know which person Mr.

8      Savad is.

9          Q      You know the name, though, Paul Savad?

10         A      Yes.

11         Q      You know he was the attorney, one of

12     the attorneys in this case actually, but he was

13     the attorney that made presentations in front of
                        Page 107

FinalRitaLouie.txt

14      the board, did you know that?

15          A      I believe he's an attorney in the

16      county who represents a lot of different people.

17      That's how I know the name.

18          Q      What was it that you knew about the

19      plan that formed the basis for you and your slate

20      of candidates indicating that the plan would have

21      real safety problems?

22              MS. NAPP:  Object to the form.

23          Q      I'm again referring to paragraph three

24      there.

25              MS. NAPP:  Object to the form.


                                                    124
1                    - Rita Louie -

2          A      We only knew what the rumor mill was

3      spilling out.  And we knew it had a potential of

4      going above and beyond our current zoning and

5      that would have environmental problems.

6          Q      When you say you knew it had the

7      potential for going above the current zoning,

8      what do you mean by that?

9          A      That's what the rumors were, that some

10      big housing development was going to come in and

11      challenge our zoning laws.

12              MR. STEPANOVICH:  Can you read that

13          back, please?

14              (The answer was repeated.)

15          Q      Where did you hear this?

16          A      I am not sure.

17          Q      You wouldn't have heard it at any

FinalRitaLouie.txt

18    board meetings because back in March you weren't

19    on the board, right?

20         A      Correct.

21         Q      So you would have had to hear this

22    from where, your friends and neighbors in the

23    community?

24              MS. NAPP:  Object to the form.

25         A      Possibly.

125

1                    - Rita Louie -

2         Q      The third paragraph there, "You need

3    to vote for a team that is prepared to stand up

4    to this threat of using the fundamentally unfair

5    RLUIPA statute as a hammer against our village.

6    A team that is in it for the long term, and one

7    that has already prepared themselves with a

8    strategy to fight for Pomona."

9              Did I read that accurately?

10         A      Yes.

11         Q      What was the strategy that you had

12    already prepared to fight for Pomona?

13         A      Our main strategy was that we would

14    not back down against our zoning laws.

15         Q      In other words, let me see if I

16    understand that correctly, your strategy was to

17    enforce your zoning laws?

18              MS. NAPP:  Object to the form.

19         A      Correct.

20         Q      Why?

21         A      Because that's the basis of what the

                       Page 109

FinalRitaLouie.txt

22      Village of Pomona was formed on.

23           Q      To do what?

24           A      To be a mountainous, bucolic, one acre

25      zoned, rural setting.


                                                      126
1                        - Rita Louie -

2           Q      Back then you thought, and I'm just

3       concerned with that time frame back in '07.  You

4       thought that the RLUIPA statute was fundamentally

5       unfair?

6           A      Yes.

7           Q      Why?

8           A      From what I've read, the RLUIPA

9       statute was being used in many areas of the

10      country to bring in huge developments, mega

11      churches, in very small towns and disrupting

12      those communities.

13           Q      How was it disrupting those

14      communities?

15           A      By bringing in huge mega churches in

16      very small towns that are used to a simple way of

17      life.

18           Q      So is that what you mean when your

19      literature, your campaign literature uses the

20      term "as a hammer against our village"?

21                MS. NAPP:  Object to the form.

22           Q      Strike that.

23                What did you mean that RLUIPA was

24      going to be used as a hammer against our village,

25      what did you mean by that?
                        Page 110

FinalRitaLouie.txt

127
1                        - Rita Louie -
2          A      I meant -- we meant -- we meant --
3          Q      Of course, I recognize that.
4          A      No developer was going to come in
5     under a fundamentally flawed statute to try and
6     build some mega development in the middle of our
7     little simple village.
8          Q      But at the time RLUIPA was a federal
9     law, right?
10         A      And it still is, yes.
11         Q      So what's the fundamental flaw in the
12    law?
13         A      You know what, I'm not a lawyer, so I
14    don't know what it is.  But that has yet to be
15    seen.
16         Q      What has yet to be seen?
17         A      I guess what the fundamental flaw is.
18         Q      You've testified earlier that the
19    proposed project of Tartikov was to be -- you
20    used different terms.  It was one of the issues
21    that was important in the campaign, right?
22         A      Yes.
23         Q      Then why did your campaign write under
24    issues, "The single most important issue facing
25    the village is clearly the Tartikov development"?

128
1                        - Rita Louie -

FinalRitaLouie.txt

2          MS. NAPP:  Object to the form.

3      A      And the next line says, "However,

4  other issues that face us are," and there are

5  several other issues.

6      Q      Well, I agree it sure says it.  But it

7  also says -- it also doesn't say that those other

8  issues are the single most important issue facing

9  the village, right?

10     A      Yes.

11          MR. STEPANOVICH:  (Handing document to

12      be marked.)

13          (Whereupon, Campaign Literature,

14      Candidate Endorsement, Bates No. POM20296,

15      was marked Plaintiff's Exhibit 272 for

16      identification.)

17     Q      I'm handing you, Mrs. Louie, what's

18  been marked as Plaintiff's Exhibit 272, and ask

19  you to take a look at that?

20     A      (Complying.)

21     Q      Have you ever seen this before,

22  Exhibit 272?

23     A      Yes.

24     Q      Do you know who wrote it?

25     A      No, I don't.

                                              129
1                    - Rita Louie -

2      Q      Did you and your other slate of

3  candidates seek the endorsement of the Republican

4  Party?

5      A      I did not.

                    Page 112

```
                        FinalRitaLouie.txt
 6          Q       Do you know whether or not Mr.
 7     Sanderson or Mr. Yagel did?
 8          A       I don't know how this endorsement came
 9     about.
10          Q       But you recall being endorsed by the
11     Republican Party; is that right?
12                  MS. NAPP:  Object to the form.
13          A       I recall seeing this endorsement
14     letter come out, yes.
15          Q       Did you supply any information to the
16     Republican Party to be used in drafting this
17     endorsement?
18          A       No.
19          Q       Do you know who did?
20          A       No.
21                  MR. STEPANOVICH:  (Handing document to
22          be marked.)
23                  (Whereupon, Note to Rita, Bates No.
24          POM20311, was marked Plaintiff's Exhibit 273
25          for identification.)
```

```
                                               130
 1                     - Rita Louie -
 2          Q       I'm handing you what's been marked as
 3     Plaintiff's Exhibit 273, and ask if you can take
 4     a look at that?
 5          A       (Complying.)
 6          Q       Have you ever seen this exhibit
 7     before, 273?
 8          A       I don't remember this.
 9          Q       So you don't ever remember seeing this
```

FinalRitaLouie.txt

10    before?

11        A    Well, I see it's addressed to me, but

12    I don't remember seeing this.

13        Q    And you don't know who wrote this?

14        A    No, I do not know who wrote this.

15        Q    Well, they reference at the very

16    beginning at the top, "forged signatures in

17    petitions."  Do you know anything about that?

18        A    No, I know nothing about that.

19        Q    And did you recall back during the

20    campaign that there were some issues with Mr.

21    Marshall's campaign signs along --

22        A    I do not remember that, no.

23        Q    -- along the rabbinical college

24    property, do you remember that?

25        A    Nope, I do not remember this.


                                                    131
1                    - Rita Louie -

2        Q    The second full paragraph from the

3    bottom indicates that "At the opening of the

4    cultural center in February I and Nick overheard

5    the mayor discussing with another resident, whom

6    I later located in the village in my door to door

7    campaigning, that overtures with the Tartikov

8    College had been made.  I will swear in court to

9    this."

10            Did you recall hearing anything about

11    that, overtures with the Tartikov College being

12    made between Mayor Marshall and representatives

13    of the college?

FinalRitaLouie.txt

14          A       I don't remember hearing anything

15   about this.  This is a complete surprise to me,

16   this email.

17          Q       Could this have been written by Brett

18   Yagel?

19                  MS. NAPP:  Object to the form.

20          A       I have no idea who could have wrote

21   this.

22          Q       So you've never seen this before?

23          A       No.  Not that I remember.

24          Q       To the best of your recollection

25   you've never seen this before?

                                                    132
1                     - Rita Louie -

2          A       To the best of my recollection I don't

3    remember seeing this.

4          Q       I think you've answered this.  But did

5    you know that Herb Marshall's signs were on the

6    Tartikov property?

7          A       You know, if I remember correctly, I

8    remember something about that, that some of our

9    opponent's signs were along 306 and somebody had

10   made a comment about it.

11         Q       Do you know who made that comment?

12         A       No, I don't remember.  It really was

13   not a big deal.

14         Q       Are you involved at all with the

15   cultural center in the Village of Pomona?

16         A       Yes.

17         Q       When did your involvement begin?

FinalRitaLouie.txt

18          A       When I first became a trustee.

19          Q       So that would have been back in

20    April --

21          A       '07, '08.

22                  MR. STEPANOVICH:   (Handing document to

23          be marked.)

24                  (Whereupon, Campaign Literature, Bates

25          No. POM33090, was marked Plaintiff's Exhibit


                                                        133
1                       - Rita Louie -

2          274 for identification.)

3          Q       I'm handing you now what's been marked

4     as Plaintiff's Exhibit 274, and ask if you have

5     ever seen that before?

6          A       (Perusing document.)   It looks

7     familiar, yes.

8          Q       Would this have been part of your

9     campaign literature?

10         A       Yes, most probably.

11         Q       About seven bullets down.   Indicates

12    that you will or your slate will "Be proactive in

13    creating a legal defense fund that will grow in

14    the years prior to major legal expenses being

15    incurred fighting development that is not in

16    accordance with our zoning.   We must start

17    preparing now.   And to that end we will retain,

18    as a village, the most expert constitutional

19    special counsel to advise us on this flawed, but

20    well intended, RLUIPA statute."

21                  Did I read that accurately?

FinalRitaLouie.txt

22      A      Yes.

23      Q      And did you and Mr. Yagel and Mr.

24   Sanderson actually retain special counsel?

25             MS. NAPP:  Object to the form.


                                              134
1                    - Rita Louie -

2       Q      To advise you on the flawed but well

3    intended RLUIPA federal statute?

4       A      Yes.

5       Q      Who was that?

6       A      We reached out to Marci Hamilton.

7       Q      Do you know, was it you or Mr.

8    Sanderson or Mr. Yagel that did that?

9       A      I believe it was Mr. Sanderson.

10      Q      Then ultimately you three - Mr.

11   Sanderson, Mr. Yagel and yourself - then actually

12   retained Marci Hamilton; is that right?

13             MS. NAPP:  Object to the form.

14      A      I was not -- yes, as the Village

15   Community Party, yes, we did.

16      Q      So is it your understanding that it

17   was the Village Community Party that retained

18   Marci Hamilton?

19             MS. NAPP:  Object to the form, timing.

20      Q      Back in '07 when you were running.

21      A      Yes.  For advice, yes.

22      Q      Advice on what?

23      A      The RLUIPA statute.

24      Q      What was it that you were trying to

25   find out about regarding the RLUIPA statute?

FinalRitaLouie.txt

135
```
 1                    - Rita Louie -
 2            MS. NAPP:  I'm going to object here
 3        and direct Miss Louie not to answer on the
 4        basis of the privilege as we've discussed
 5        earlier.
 6            MR. STEPANOVICH:  Fair enough.
 7        Q     Just a couple of other questions.
 8            Do you recall signing a retainer
 9    agreement with Miss Hamilton?
10        A     I do not.
11        Q     Do you recall ever seeing a retainer
12    agreement with Miss Hamilton?
13        A     No, I do not.
14        Q     Do you recall who amongst your slate
15    of candidates actually talked with Miss Hamilton
16    in order to obtain her services?
17            MS. NAPP:  Object to the form.
18        Q     You didn't talk with her, correct?
19        A     I did not speak with her.
20        Q     Do you know whether or not it was Mr.
21    Sanderson or Mr. Yagel?
22        A     I don't know, no.
23            MS. SOBEL:  If I could just state for
24        the record that we've agreed with opposing
25        counsel since this issue is going to be
```

136
```
 1                    - Rita Louie -
 2        written on to the Court that we are
```

FinalRitaLouie.txt

```
 3              agreeing, we are not agreeing with, we are
 4              agreeing to your objecting right now.  We
 5              are not going to seek to call the Court
 6              right now, instead it will be part of the
 7              letter.  And when that issue is resolved we
 8              will seek to have questioning on this topic,
 9              assuming that that is what is permitted by
10              the Court.
11                   MS. NAPP:  Agree with that statement.
12                   MR. STEPANOVICH:  (Handing document to
13              be marked.)
14                   (Whereupon, Campaign Literature, Bates
15              No. POM20516, was marked Plaintiff's Exhibit
16              275 for identification.)
17         Q    I'm handing you what's been marked as
18    Plaintiff's Exhibit 275, and ask if you've seen
19    that before?
20         A    (Perusing document.)  I'm not sure
21    what this is from.  It has no reference.
22         Q    I'm giving it to you as it was turned
23    over to us by the village.  I'm not withholding
24    any papers there.  That's how it was given to us.
25              If you could look at what's described
```

                                                    137
```
 1                   - Rita Louie -
 2    as Rita's Blurb, if could you read that?
 3         A    (Complying.)  Okay.
 4         Q    Does that look familiar to you?
 5         A    It sounds like something I would say,
 6    yes.
```

FinalRitaLouie.txt

```
 7        Q        You indicate that "The Village of
 8    Pomona is a cultural, ethnic and religious model
 9    of diversity."
10              Can you explain to me how the Village
11    of Pomona is a cultural, ethnic and religious
12    model of diversity?
13        A        That's also a pretty big question.
14    The Village of Pomona, although small, has
15    residents of every ethic background, religious
16    background, cultural background.  We have
17    artists, we have musicians.  We're a very small
18    village, we are sort of a microcosm of ethnic,
19    cultural and religious diversity.
20        Q        Are there Hasidic Jews living in the
21    Village of Pomona?
22        A        Possibly.
23        Q        Do you know of any?
24        A        I don't know any Hasidic Jews
25    personally who live in the village.
```

```
                                               138
 1                   - Rita Louie -
 2        Q        What about Orthodox Jews, do you know
 3    whether or not any Orthodox Jews live in the
 4    village?
 5        A        We definitely have some Orthodox Jews
 6    living in the village, Reformed Jews, Greek
 7    Orthodox, Reformed Christians.  We have every --
 8    many, many denominations of different religions.
 9        Q        What other backgrounds are you
10    familiar with that live in the Village of Pomona?
```

Page 120

FinalRitaLouie.txt

11                    MS. NAPP:  Object to the form.

12          A       We have Asians, we have Hindus, we

13     have white, black, Indian.  We have many, many

14     diverse people.

15          Q       Are there any Jewish synagogues in the

16     Village of Pomona?

17                    MS. NAPP:  Object to the form.

18          A       No, not right now, no.

19          Q       I think you testified earlier that you

20     oversee the cultural center, the Pomona cultural

21     center, right?

22                    MS. NAPP:  Object to the form.

23          A       I don't think I ever said that.

24          Q       Are you affiliated with the Pomona

25     cultural center?

                                                      139
1                    - Rita Louie -

2                    MS. NAPP:  Object to the form.

3          A       As part of the Village of Pomona, yes.

4          Q       What capacity do you have?

5          A       I'm liaison with the art director and

6     the village board.

7          Q       What does that mean?

8          A       If the art director needs approval for

9     postcards and posters going out for his events, I

10     would approve them and talk to the art director

11     about the budget.

12          Q       Can you give me some examples of some

13     of the events that have been held at the cultural

14     center that celebrate the different cultures in
                          Page 121

FinalRitaLouie.txt

15    Pomona?

16         A      We have art exhibits of all different

17    nature.  We have Spanish dancing, Flamenco

18    dancing.  You know, most of our exhibits are

19    pretty generic and not specifically geared

20    towards any culture.

21         Q      Do you recall any Jewish events being

22    held at the cultural center?

23         A      Like I said, not specifically a Jewish

24    event.  We haven't had specifically any religious

25    events at the cultural center.  We don't do that.

                                                    140

1                    - Rita Louie -

2         Q      Any event that's held at the cultural

3    center, is it sponsored by the village?

4         A      Yes.

5         Q      Has there ever been any issue with

6    sponsoring an event at the cultural center on a

7    Saturday?

8         A      In terms of what?

9         Q      Of it being in conflict with a Jewish

10    religious observance.

11         A      We don't necessarily plan, schedule or

12    not schedule things based on religious

13    observances of any kind.

14         Q      So Saturday is just another day of the

15    week?

16              MS. NAPP:  Object to the form.

17         A      More or less, for the most part.

18              MR. STEPANOVICH:  (Handing document to

FinalRitaLouie.txt

19        be marked.)

20               (Whereupon, Emails, Bates No.

21        POM16975, was marked Plaintiff's Exhibit 276

22        for identification.)

23        Q     I'm handing you what's been marked as

24    Plaintiff's Exhibit 276.  If you'll take a look

25    at that.


                                              141
1                    - Rita Louie -

2        A     (Complying.)

3        Q     Have you ever seen this before?

4        A     Yes, it looks like I wrote it.

5        Q     Yes, you wrote part of it?

6        A     Part of it.

7        Q     Who's Judy Fleischer?

8        A     Judy Fleischer used to live in the

9    village I believe.  She was a resident.

10        Q     It looks like you're communicating

11    with her; is that right?

12        A     Yes.

13        Q     In the middle of this first page

14    there's an email from you to Judy, subject

15    RLUIPA, March 7th, 2007.  You write, "Hi Judy, I

16    was forwarded a note you sent to Preserve Ramapo

17    regarding the Pomona election and wanted to

18    briefly respond."

19               So you were receiving communications

20    from Preserve Ramapo when you were running for

21    election, right?

22               MS. NAPP:  Object to the form.

FinalRitaLouie.txt

23          A       Well, it appears Preserve Ramapo may
24     have forwarded an email to me that they could not
25     answer and thought I could respond to better.


                                                        142
1                          - Rita Louie -
2          Q       Why did the email get forwarded to
3     you?
4                  MS. NAPP:  Object to the form.
5          A       Because it was regarding the Pomona
6     election.
7          Q       Was it also regarding the Tartikov
8     property?
9          A       I don't know.
10                 MS. NAPP:  Object to the form.
11         Q       You tell Judy in March of '07 that "We
12     are extremely well versed in the RLUIPA issues
13     and are ready to defend our village from
14     unnecessary overdevelopment that will change our
15     quality of life and threaten our environment."
16                 You write that, correct?
17         A       Correct.
18         Q       You also write on the second page that
19     "Brett Yagel will be contacting you to discuss
20     our platform further.  It might be helpful if you
21     or someone you know would be willing to host a
22     chat and chew to get these issue out more in the
23     public," right?
24         A       Yes.
25         Q       What issue were you trying to get out

FinalRitaLouie.txt

143
1                    - Rita Louie -
2     into the public?
3          A     Having not -- I don't see Judy's
4     original note here that is being referred to, so
5     I'm not a hundred percent sure what I was
6     referring to.
7          Q     Well, what else besides the Tartikov
8     project were you referring to in your email there
9     to her?
10               MS. NAPP:  Object to the form.
11         A     It says overdevelopment in our area,
12    so it could have been overall projects in the
13    general area, which is what I have always said
14    was my platform.
15         Q     So it was projects in the area as
16    opposed to projects in your village, in the
17    Village of Pomona?
18         A     Correct.
19         Q     Why did you write in the very next
20    sentence, "We are extremely well versed in the
21    RLUIPA issues and we are ready to defend our
22    village from unnecessary overdevelopment that
23    will change our quality of life"?
24         A     Because certainly there were several
25    projects in Ramapo and adjacent areas that RLUIPA

144
1                    - Rita Louie -
2     was being invoked in lawsuits, which would have

FinalRitaLouie.txt

```
3      been the reason we needed to be well versed in
4      the RLUIPA issues.  And we would have been
5      professing in our campaign that we are getting
6      ahead of it in case this should occur in our
7      village also.
8               And referring to this email, I'm
9      pretty sure I was just trying to calm down a
10     resident who was concerned about development in
11     the area, nothing more than that.
12         Q      And get her vote, right?
13         A      And get her vote, right.  And try to
14     convince her to have an event at her house to
15     help us get more votes.
16         Q      At the very top she responds saying,
17     "It was great speaking with Brett.  I will try to
18     inform anyone that I know that may be able to
19     vote as to what the issues are and why not to
20     vote for the incumbent."  And then you respond,
21     "Thank you so much for your support.  The issues
22     are so very important, we can't afford to go on
23     business as usual."
24              What was business as usual?
25              MS. NAPP:  I'm just going to object.
```

145

```
1                        - Rita Louie -
2        I think you read that first part of the
3        email wrong.
4          Q      Then why don't you read the first --
5        your response then?
6                  MS. NAPP:  It was actually, "It was
```

Page 126

FinalRitaLouie.txt

```
 7              great getting to speak with Brett."
 8                   MR. STEPANOVICH:  Yes, wo Brett.
 9         A      I don't know what that means, wo
10    Brett.  I think that's a typo.
11         Q      But anyway, thank you.
12                But the focus of my question is really
13    your response.  You write, "Thank you so much for
14    your support.  The issues are so very important,
15    we can't afford to go on business as usual.  Rita
16    Louie."
17                What did you mean business as usual?
18         A      The entire campaign was based on that
19    we wanted a change in the village, because the
20    incumbents were there for a very long time and
21    they had become complacent, there was no
22    communication with the residents, nothing was
23    happening in the village dynamically, events had
24    dwindled away.  Across the board we were running
25    on a platform that we wanted to change the
```

                                                              146
```
 1                        - Rita Louie -
 2    village as far as that goes and didn't want to
 3    have business as usual in village government.
 4         Q      None of that that you just defined as
 5    business as usual was mentioned in your email to
 6    Judy down below, was it?
 7                   MS. NAPP:  Object to the form.
 8         A      No.  But again having not seen -- not
 9    seeing here the note that was sent from Judy, I
10    don't know what issues were originally -- she was
```

FinalRitaLouie.txt

11    concerned about.

12        Q      Do you have any idea where the note is

13    from Judy?

14        A      No.

15        Q      So you were forwarded something from

16    Preserve Ramapo and that would have been the note

17    from Judy, right?

18        A      Possibly, yeah.

19        Q      But you don't have that note that was

20    sent to you by Preserve Ramapo?

21        A      No, not that I know of.

22        Q      On the bottom of the first page you

23    reference that you've retained prominent

24    development counsel to guide you through this

25    election as it relates to RLUIPA and development

<br>

                                                        147
1                    - Rita Louie -

2    issues and you have a well thought out

3    comprehensive plan to deal with the issues coming

4    about without opening the village up to

5    unnecessary lawsuits; is that right?  Is that

6    what you write?

7        A      That's what I wrote, yes.

8        Q      What was this well thought out

9    comprehensive plan to deal with the issues coming

10   about?

11            MS. NAPP:  You can answer that

12        question as long as you don't divulge any

13        advice that might have been given to you by

14        Marcie.  You can answer that to the best of

FinalRitaLouie.txt

15        your own knowledge.
16        A     To the best of my knowledge I'm not
17   sure what that well thought out comprehensive
18   plan was, except to, as I've testified
19   previously, to uphold the zoning laws of the
20   village of Pomona.
21        Q     And to keep the rabbinical college out
22   of Pomona?
23             MS. NAPP:  Object to the form.
24        A     That was not part of any plan,
25   absolutely not.

148
1                  - Rita Louie -
2        Q     Did it occur to you back then in 2007
3   that as an elected official it was your duty to
4   uphold a federal statute?
5             MS. NAPP:  Object to the form.
6        A     Yes, as an elected official it's my
7   duty to uphold all the laws of the state and
8   federal government.
9        Q     It was your opinion back in '07 that
10   the RLUIPA statute was fundamentally flawed,
11   right?
12        A     It's my opinion that there is a flaw
13   possibly in the statute, yes.
14        Q     What is the flaw?
15        A     I don't know what the flaw is, like
16   I've said, since I'm not an attorney.  But the
17   RLUIPA statute has been used in communities
18   across the United States for religious

FinalRitaLouie.txt

19      institutions and some schools to build major

20      projects and circumvent zoning laws in small

21      towns.

22          Q      So is that basically your explanation

23      of what the flaw is?

24          A      That's my explanation of what the flaw

25      causes, but I don't know what the flaw is because

149

1                      - Rita Louie -

2      that would be something that needs to be

3      litigated or needs a legal expert to decipher.

4          Q      I think I understand what you're

5      saying.  Let me try, but I'll give you an

6      opportunity obviously to correct me.

7                  It's the consequence to the village

8      that you have a problem with when somebody uses

9      the RLUIPA statute?

10                 MS. NAPP:  Object to the form.

11                 MR. STEPANOVICH:  I don't blame you.

12         A      I don't think I totally agree with

13     that, because I don't understand what the

14     question is.

15         Q      Well, isn't it true, though, again

16     based on what you understand, I'm not trying to

17     get counsel's advice, you basically believe that

18     RLUIPA can be used to get something done in a

19     village that its zoning laws don't necessarily

20     permit?

21                 MS. NAPP:  Object to the form.

22         Q      Is that right?

                              FinalRitaLouie.txt
23          A     Yes, I do agree with that.

24          Q     But you understand too that the basic

25    premise of RLUIPA is that the use has to be a

                                                          150
1                       - Rita Louie -

2     religious use, do you understand that?

3           A     Not necessarily.  Isn't -- the RLUIPA

4     law, it's not just religious use.  It's also for

5     schools and special needs I believe or group

6     homes, things like that.  It's a very well

7     intentioned law.

8           Q     So that's what you understand.  You

9     understand then that the use is something beyond

10    a religious use?

11          A     Yes.

12          Q     And it's your understanding then that

13    a group or an applicant can use the RLUIPA

14    statute to build a group home in Pomona?

15                MS. NAPP:  Object to the form.

16          A     Well, I don't know.  It's the

17    Religious Land Use and Institutionalized Persons

18    Act, so I would assume it also could be used to

19    circumvent zoning laws for institutionalized

20    persons.

21          Q     Prisoners?  That's what that means.

22          A     Oh, possibly.

23          Q     I'm just trying to focus in on this.

24                So do you believe or do you understand

25    that RLUIPA could be used in a village even if

FinalRitaLouie.txt

151
1                      - Rita Louie -
2        it's not a religious use?
3            A        Yes.
4            Q        The property that you were referencing
5        in your email here is the Tartikov property,
6        right?
7            A        It doesn't say that here.
8            Q        But it could be?
9            A        It could be, yeah.
10           Q        What other property was potentially
11       the subject of a RLUIPA use back in March of '07
12       in the Village of Pomona?
13                    MS. NAPP:  Object to the form.
14           A        It could have been the Patrick Farm
15       property.
16           Q        Patrick Farms is not in the Village of
17       Pomona, right?
18           A        No, it's not.
19           Q        Could you think of any other property
20       in the Village of Pomona that potentially could
21       have a RLUIPA use?
22                    MS. NAPP:  Object to the form.
23           A        Any property in Pomona could be
24       subject to a RLUIPA designation.
25           Q        Isn't it true, though, that the


152
1                      - Rita Louie -
2        property here that you're referring to, the
3        campaign signs that Mr. Marshall was displaying,
                         Page 132

FinalRitaLouie.txt

 4    that was on the very -- that you say is on the

 5    very property that everyone is concerned about.

 6    Do you see that?

 7         A    Yes, I see that.

 8         Q    That's the Tartikov property, right?

 9         A    I think that was probably the Tartikov

10    property, sure.

11         Q    And you said that you had heard that

12    Herb Marshall was putting up signs on the

13    Tartikov property.  Where did you hear that from?

14         A    I don't remember.  Maybe it was from

15    this email.

16         Q    At the end you write, "It might be

17    helpful if you or someone you know would be

18    willing to host a chat and chew to get these

19    issue out more in the public."

20              What issue are you referring to, the

21    Tartikov issue?

22              MS. NAPP:  Objection.

23         A    I don't know.  I can't tell from this.

24    And it was so long ago I'm not going to imagine,

25    you know, which specific issues we were

                                                  153

 1                   - Rita Louie -

 2    discussing.

 3         Q    You testified earlier that you didn't

 4    have any -- I thought you testified you didn't

 5    have any affiliation with Preserve Ramapo; is

 6    that right?

 7         A    I said I was not a member of Preserve

FinalRitaLouie.txt

```
 8      Ramapo.
 9           Q     Do you know if Preserve Ramapo has
10      members?
11                 MS. NAPP:  Objection.
12           A     I don't know if they have members or
13      if they're just a group of people.
14                 MR. STEPANOVICH:  (Handing document to
15           be marked.)
16                 (Whereupon, Email dated 3/26/07, Bates
17           No. POM21291, was marked Plaintiff's Exhibit
18           277 for identification.)
19           Q     I'm handing you now what's been marked
20      as 277.  See if you can take a look at that?
21           A     (Complying.)
22           Q     This Judy, you write to Judy Fleis, I
23      mean jfleisc@optonline.  Do you know if that's
24      the same Judy that you wrote to prior in 276 that
25      we were talking about?
```

```
                                                    154
 1                      - Rita Louie -
 2           A     Yes.
 3           Q     You indicate now the hard work begins.
 4      What did you mean by that?
 5           A     The hard work of governing the
 6      village.
 7           Q     Campaign is over, now it's time to go
 8      to work so to speak.  Is that what you mean?
 9           A     Yes.
10           Q     You were indicating that you wanted
11      her help to get the word out and feedback.  And
```

FinalRitaLouie.txt

12    you wanted to get some feedback; is that right?

13          A       Correct.

14          Q       So was it important that you stayed in

15    contact with the constituents; is that right?

16                  MS. NAPP:  Object to the form.

17          A       Yes.

18          Q       And you wanted to hear what the

19    constituents had to say regarding issues going on

20    in the village, right?

21                  MS. NAPP:  Object to the form.

22          A       Yes.

23          Q       Do you recall if Judy was opposed to

24    the rabbinical college project?

25                  MS. NAPP:  Object to the form.

                                                        155
1                        - Rita Louie -

2           A       I don't remember her being

3     specifically opposed to the rabbinical college,

4     no.

5           Q       But she was definitely concerned about

6     the project, right?

7                   MS. NAPP:  Object to the form.

8           A       She like many other residents in our

9     area were concerned about development in the area

10    overall.

11          Q       Any kind of development?

12          A       Development that was not in sync with

13    the zoning of the area.

14                  MR. STEPANOVICH:  (Handing document to

15          be marked.)

FinalRitaLouie.txt

16              (Whereupon, Campaign Literature, Bates

17        No. POM21311, was marked Plaintiff's Exhibit

18        278 for identification.)

19        Q      I'm handing you what's been marked as

20   Plaintiff's Exhibit 278.  See if you can

21   recognize that?

22        A      Yes.

23        Q      Was this one of your campaign

24   placard?

25        A      Yes, that was our lawn sign.


                                                    156

1                      - Rita Louie -

2        Q      You indicate fighting for the future

3   of Pomona, right?

4        A      Yes.

5        Q      And what do you mean by that, fighting

6   for the future of Pomona?

7        A      It's a campaign slogan.

8        Q      Which means what?

9        A      Which means fighting for the future of

10   Pomona.

11        Q      Fighting to keep out the rabbinical

12   college?

13              MS. NAPP:  Object to the form.

14        A      No, fighting to keep Pomona Pomona.

15        Q      What do you mean by that?  What did

16   you mean by that?

17        A      I meant fighting to keep Pomona the

18   village that it is and not change it.

19              MR. STEPANOVICH:  (Handing document to
                      Page 136

FinalRitaLouie.txt

20          be marked.)
21                  (Whereupon, Printout of Journal News
22          article, 4/2/07, Bates Nos. RC1682-83, was
23          marked Plaintiff's Exhibit 279 for
24          identification.)
25          Q       I'm handing you now, Mrs. Louie,


                                                157
1                       - Rita Louie -
2      what's been marked as Plaintiff's Exhibit 279,
3      and ask if you've ever seen that before?
4          A       I don't remember seeing this, no.
5          Q       It was an article in the Journal News
6      I guess right after the election; is that right?
7          A       Correct.
8          Q       But you just don't recall seeing this?
9          A       About two weeks after the election it
10     looks like.  No, I don't remember seeing it.
11         Q       I'll just ask you a couple of
12     questions about it.  Down towards the bottom it
13     says, "Sanderson said he and his running mates
14     had studied the Religious Land Use and
15     Institutionalized Persons Act."
16                  What did you do to study the Religious
17     Land Use and Institutionalized Persons Act?
18                  MS. NAPP:  Object to the form.
19         A       I think that's just semantics.  We
20     just educated ourselves on the statute as much as
21     we could.
22         Q       How did you educate yourself?  I'm not
23     asking you any questions about what any lawyer
                        Page 137

FinalRitaLouie.txt

24      told you.  How did you educate yourself, outside

25      of receiving counsel from an attorney?


                                                    158

1                      - Rita Louie -

2           A       Personally I looked up the law and

3      read it.

4           Q       Did you do anything else in your

5      studies of the law?

6           A       We did reach out to Marci Hamilton and

7      asked her about the background on it.  That's

8      all.

9           Q       Did you personally do any research

10     regarding other areas of the country that had

11     RLUIPA cases?

12          A       I did not.

13          Q       So the information you were talking

14     about earlier about other communities that had

15     RLUIPA cases, that information came to you from

16     someone else?

17                  MS. NAPP:  Object to the form.

18          A       Probably while I was reading the

19     history of the RLUIPA law.

20          Q       You said you read more than just the

21     law?

22          A       I read more than just the law.  How

23     the law came about and what it was.

24          Q       And it's possible that you read about

25     some RLUIPA challenges in various parts of the

FinalRitaLouie.txt

159

1                         - Rita Louie -
2        country?
3            A      It's possible, but I don't remember
4        them specifically.
5                         MR. STEPANOVICH:   (Handing document to
6            be marked.)
7                         (Whereupon, Posting, Bates No.
8            PROL0000006, was marked Plaintiff's Exhibit
9            280 for identification.)
10           Q      I'm handing you what's been marked as
11       Plaintiff's Exhibit 280.  Have you ever seen this
12       before?
13           A      No, I have not.
14           Q      "Rita from Pomona," is that you?
15           A      Possibly, yeah.
16           Q      "Defeat RLUIPA, new member, Rita from
17       Pomona."
18           A      Uh-huh.
19           Q      "Proud to be a new member of this
20       group.  Let's keep recruiting from around the
21       country.  We're all in this together," right?
22                         MS. NAPP:  Object to the form.
23           Q      Is that what it says?
24           A      Yes.
25           Q      What do you mean by "we're all in this

160

1                         - Rita Louie -
2        together"?
3            A      I have no idea.

Page 139

FinalRitaLouie.txt

4          Q      Do you recall writing this?

5          A      No, I don't.

6                 There are several other people in

7      Pomona named Rita.  So, you know, because I don't

8      remember writing this it might not have been me.

9          Q      But you said it was possibly you,

10     right?

11         A      It could possibly have been me.  I

12     don't know.

13         Q      Do you know about the group Defeat

14     RLUIPA?

15         A      No.

16         Q      You never heard of it before?

17         A      No, I have not.  I may -- you know,

18     have been on many blogs and many sites and many

19     logs in my life.  I mean this isn't even dated.

20     I don't know what it's from.

21                MR. STEPANOVICH:  (Handing document to

22            be marked.)

23                (Whereupon, Emails, Bates No.

24            POM17112, was marked Plaintiff's Exhibit 281

25            for identification.)

                                                    161
1                      - Rita Louie -

2          Q      I'm handing you what's been marked as

3      281, Mrs. Louie.  See if that refreshes your

4      memory about the Defeat RLUIPA group.

5          A      (Perusing document.)  "Please consider

6      joining our Google group."

7          Q      So does that refresh your memory now

                      Page 140

FinalRitaLouie.txt

8    that that was a group started I think by Mr. Bob

9    Prol, does that refresh your memory now?

10        A      I see it, I'm reading the email here.

11   But I don't specifically remember anything about

12   this.

13        Q      At the top of the email it indicates

14   that it's an email from Mr. Sanderson saying that

15   he joined the group, right?

16        A      Yes.

17        Q      What do you know about the movement to

18   incorporate the Village of Ladentown?

19        A      I know at one time there was a group

20   going around taking signatures to form the group

21   of Ladentown.

22        Q      Were you involved in that group?

23        A      Not too much.  At the time I wasn't

24   that involved actively.

25        Q      Did you ever get involved in that

                                         162

1                    - Rita Louie -

2    group?

3         A      I went to some hearings as an audience

4    member.  I don't remember being actively involved

5    in the formation of Ladentown.

6         Q      Where would the Village of Ladentown

7    have been formed, what's it's geographic

8    location?

9         A      I'm not sure what the borders were,

10   but I know it included Ladentown Road and other

11   historical areas within the Village of Pomona and

FinalRitaLouie.txt

12   outside the Village of Pomona.

13        Q    Did you vote to have the Village of

14   Pomona sue the Town of Ramapo over Patrick Farms?

15        A    Yes.

16        Q    I think you testified briefly about

17   that earlier, but why did you do that?

18        A    Because the Village of Pomona is a

19   municipality adjacent to the Patrick Farm, it

20   affects our village.

21        Q    How does it affect your village?

22        A    Environmentally, scenic.

23        Q    Let's start with environmentally.  How

24   environmentally?

25        A    The Patrick Farm area is a wooded


                                            163
1                    - Rita Louie -

2    area, has streams, wetlands, trees, wildlife.

3         Q    If all of those issues, the

4    environmental issues were taken care of or

5    mitigated as you say, would you still have a

6    problem with the Patrick Farms development?

7              MS. NAPP:  Object to the form.

8         A    I would have a problem, I have a

9    problem with the downzoning of the Patrick Farm.

10        Q    So you have a problem with what, the

11   number, the density?

12        A    The density, yes.

13        Q    What was your understanding of the

14   density requirements of Patrick Farm?

15        A    At the time I did speak in front of

                    Page 142

FinalRitaLouie.txt

16      the zoning board in objection to the downzoning

17      of Patrick Farm from two acre zoning to multi

18      family.

19          Q       Do you recall what the multi-family

20      density provisions were, how many per unit?

21          A       I don't recall.

22          Q       While you have been a member of the

23      board of trustees has the village taken any steps

24      to repeal or revise RLUIPA?

25          A       No.


                                                    164
1                   - Rita Louie -

2           Q       Do you personally think RLUIPA should

3       be repealed?

4           A       I don't know.

5           Q       Do you think RLUIPA should be revised?

6           A       I think it should be discussed.

7           Q       What should be discussed?

8           A       From my understanding of how the law

9       came about, there was never a discussion on the

10      floor of the House when they voted on it, on how

11      it would affect communities.  And I think they

12      should revisit that and possibly revise the law

13      based on that.

14          Q       So your understanding is when the law

15      was passed there was never any input from the

16      villages as to the consequences of the law?

17              MS. NAPP:  Object to the form.

18          A       My understanding there was no

19      discussion in the House or Senate on the

FinalRitaLouie.txt

20    consequences of the law, that it was just passed
21    without any discussion.
22        Q      What is it that you would like if you
23    had the opportunity to discuss it as you say,
24    what is it that you would like the legislators to
25    hear from you about it?

                                              165
1                    - Rita Louie -
2              MS. NAPP:  Object to the form.
3        A      I don't know if I can answer that
4    question.
5        Q      Well, we've kind of gone around a
6    little bit, testified that the statute is flawed,
7    it's been in your campaign literature.  You've
8    indicated that a discussion needs to be had.  So
9    I mean I'm sure as you sit here today you have to
10   have an idea of how you would like to correct the
11   statute.
12             MS. NAPP:  Object to the form.
13       Q      Right?
14       A      Well, I don't believe that any federal
15   law should be big enough that it circumvents
16   local zoning.  Although there are portions of
17   that law that are probably very good and very
18   well intentioned, no federal law should be
19   allowed to come into a small town or a small
20   village or a small community and circumvent their
21   local zoning.  That portion of the RLUIPA law
22   should probably be discussed.
23       Q      Do you know anything about the Fair
                    Page 144

FinalRitaLouie.txt

24   Housing Act?

25          A        The Fair Housing Act was passed --


                                                       166
1                        - Rita Louie -

2    what was it, 1968?

3           Q        What do you know about it?

4           A        To make sure there was no

5    discrimination against people, race, creed.

6           Q        That's a federal law, right?

7           A        That's a federal law.

8           Q        That federal law also affects local

9    zoning, doesn't it?

10                 MS. NAPP:  Objection.

11          A        No, that federal law is more geared

12   towards landlords.

13          Q        So is it your understanding that the

14   Federal Fair Housing Act doesn't impose any

15   obligations on local governmental officials?

16                 MS. NAPP:  Object to the form.

17          A        Only if they are taking money from

18   the -- HUD money from the federal government.

19   Then they have to adhere to the federal housing

20   laws in their development.  And they can't

21   discriminate against anyone based on race, creed

22   or religion.

23          Q        So is it your understanding that the

24   Fair Housing Act doesn't apply to local

25   governments?


                        Page 145

FinalRitaLouie.txt
                                              167
1                    - Rita Louie -
2              MS. NAPP:  Object to the form.
3      A       Absolutely not.  Of course the Fair
4    Housing Act applies to local governments.
5      Q       Is that only when the government is
6    acting as a landlord?
7              MS. NAPP:  Object to the form.
8      A       What other time would the Fair Housing
9    Act apply to a government?
10     Q       Well, maybe when it's passed in the
11   legislation it affects housing?
12             MS. NAPP:  Objection.
13     A       Not in zoning laws.
14     Q       I just want to be clear.  So is it
15   your understanding that the zoning law passed by
16   Pomona is not subject to the Federal Fair Housing
17   Act?
18             MS. NAPP:  Object to the form.
19     A       One has nothing to do with the other.
20   That's not true.
21     Q       So tell me --
22     A       Which zoning law are you referring to?
23             MS. NAPP:  I'm lost too.  I don't mean
24         to be flip.  But objection.  I don't
25         understand that either.


                                              168
1                    - Rita Louie -
2      Q       Do you understand that the Federal
3    Fair Housing Law prohibits a village from passing
4    a law that makes housing unavailable, you with me
                         Page 146

FinalRitaLouie.txt

5        so far?

6            A      Yeah.

7            Q      If the passage of the law is based

8        upon some religious reason.

9                  MS. NAPP:  Objection.

10           Q      Do you understand that?

11           A      No, I don't understand that.

12           Q      Okay, all right.

13                  But we do agree, though, that the --

14       you agree that the Village of Pomona's zoning

15       laws are subject to the Federal Fair Housing Act,

16       you agree with that, right?

17                  MS. NAPP:  Objection.

18           A      Which zoning laws?

19           Q      Any zoning law that deals with

20       housing.

21                  MS. NAPP:  Objection.

22           A      I'm not going to agree with that.

23           Q      Why not?

24           A      Because I don't understand the

25       question as it pertains to -- as fair housing

169

1                       - Rita Louie -

2        pertains to zoning.  They are two separate issues

3        in this case.

4                  MS. NAPP:  I'm just going to state for

5                  the record, I'm trying to give you some

6                  latitude but Miss Louie is not an attorney

7                  and I think those are pretty technical

8                  questions.

FinalRitaLouie.txt

 9                    MR. STEPANOVICH:  I understand.

10          Q      Let's come back to this.  You

11   understand that the Federal Fair Housing Act is a

12   federal law, you understand that?

13          A      Yes.

14          Q      And you understand that RLUIPA is a

15   federal law, right?

16          A      Yes.

17          Q      We'll leave it at that.

18                    (Recess held.)

19                    MR. STEPANOVICH:  (Handing document to

20          be marked.)

21                    (Whereupon, Emails, Bates Nos.

22          POM16969-72, was marked Plaintiff's Exhibit

23          282 for identification.)

24          Q      I'm handing you what's been marked as

25   Exhibit 282, and ask if you've ever seen that

                                                      170
 1                    - Rita Louie -

 2   before?

 3          A      Yes.

 4          Q      This is an email from you, correct, to

 5   Mr. Sanderson and Mr. Yagel, right?

 6          A      Yes.

 7          Q      What was the purpose of this email?

 8          A      I was passing on a flier for a

 9   seminar.

10          Q      What was the seminar?

11          A      It was a discussion on RLUIPA.

12          Q      Is this right after you got elected?

FinalRitaLouie.txt

13      A      Yes.

14      Q      Why did you forward this to Mr.

15  Sanderson and Mr. Yagel?

16              MS. NAPP:  Object to the form.

17      A      Just to see if they wanted to attend

18  this event.

19      Q      And to see if they wanted to get

20  educated on RLUIPA?

21              MS. NAPP:  Object to the form.

22      A      No, I forwarded the flier to see if

23  they wanted to go to the event or pass it on to

24  their email list to see if anybody else was

25  interested in the event.


                                                171
1                   - Rita Louie -

2       Q      You write, "PS:  Brett, might want to

3  pass this onto some Pomona people on our email

4  list who might be interested in getting educated

5  on RLUIPA;" is that right?

6       A      Correct.

7       Q      That's why you passed it on, correct?

8              MS. NAPP:  Object to the form.

9       A      I passed it on to see if Brett or Nick

10  wanted to go to the event and/or pass it on to

11  their email list, like I would with any event.

12      Q      Did you go to this event?

13      A      I believe I was there for part of the

14  time.

15              MR. STEPANOVICH:  (Handing document to

16      be marked.)

                    Page 149

FinalRitaLouie.txt

```
17              (Whereupon, Document pertaining to
18          Conference August 16-18, 2007, Bates No.
19          POM11646, was marked Plaintiff's Exhibit 283
20          for identification.)
21          Q     I'm handing you what's been marked as
22      Plaintiff's Exhibit 283, and ask if you've ever
23      seen that before?
24          A     No, I have never seen this.
25          Q     So looks like it was a land use
```

172
```
 1                      - Rita Louie -
 2      conference on August 16th to 18th, 2007 regarding
 3      RLUIPA.  Did you attend that conference?
 4          A     No, I did not.
 5          Q     Have you ever seen this document?
 6          A     I have never seen this document.
 7          Q     Besides any counsel, have you ever
 8      been advised to be careful of what comments you
 9      make in public on RLUIPA cases?
10              MS. NAPP:  Object to the form.
11          A     Not that I remember.
12          Q     Have you ever been told by anyone on
13      the board to be careful not to make any off the
14      cuff remark in a public hearing?
15              MS. NAPP:  Object to the form.
16          A     Maybe.
17          Q     Maybe?
18          A     Maybe.
19          Q     What do you recall about that?
20          A     I may have had conversation with the
```

FinalRitaLouie.txt

21     mayor, Mayor Yagel, in recent years about public

22     comments being taken out of context or being

23     misconstrued.

24          Q      What about when you first came on the

25     board back in '07, did you have any similar

                                                    173
1                        - Rita Louie -

2      conversations with anybody on the board of

3      trustees?

4          A      Possibly.  I don't remember.

5          Q      Basically was the intent of what you

6      were told just to be careful of what you said in

7      public?

8               MS. NAPP:  Object to the form.

9          A      As elected officials we always have to

10     be careful about what we say in public because it

11     could be misconstrued or taken out of context by

12     the media or other people.

13              MR. STEPANOVICH:  (Handing document to

14        be marked.)

15              (Whereupon, Emails, Bates No.

16        POM17094, was marked Plaintiff's Exhibit 284

17        for identification.)

18         Q      I'm handing you what's been marked as

19     Plaintiff's No. 284, and ask if you have ever

20     seen that before?

21         A      It is an email addressed to me, so I

22     have probably seen it before.

23         Q      It's from Brett Yagel, correct?

24         A      Yes.

                    Page 151

FinalRitaLouie.txt

25          Q       Dated April 2nd, 2007, right?

                                                     174
1                        - Rita Louie -

2          A       Yes.

3          Q       He writes, "Must be very careful about

4    what we say.  Don't know who's in the audience.

5    Who knows, Savad might show up again."

6                  Is that what it said?

7          A       Yes, that's what it says.

8          Q       What did you understand that to mean?

9          A       I understood that to mean to be

10   careful what you say because someone in the

11   audience might be trying to get dirt on you or

12   trying to, you know, get a quote from you that

13   they can use against you.

14         Q       Specifically in this instance they

15   were referring -- Mr. Yagel was referring be

16   careful, Mr. Savad might show up again; is that

17   right?

18         A       Right.

19         Q       You were actually on the board at this

20   time, right, April 2nd, 2007?

21         A       Yes.  We were just new on the board,

22   yes.

23         Q       Did you receive any kind of guideline

24   or instructions from anyone else besides Mr.

25   Yagel back in '07 to be careful what you said in

FinalRitaLouie.txt
- Rita Louie -

2     public?

3                 MS. NAPP:  Object to the form.

4          A     Not that I remember.

5          Q     What do you know about the New York

6     Sunshine laws in terms of communicating with

7     other board members?

8                 MS. NAPP:  Object to the form.

9          A     That you can't have a private meeting

10    or a quorum of three or more board members

11    without notice to the public.

12         Q     From what you know, do those laws

13    prevent you from emailing to other members of the

14    board?

15         A     I believe -- I don't think that that

16    applies to the law.

17         Q     What is it that you understand

18    regarding email?

19         A     I have no knowledge of how it applies

20    to the emails.  I haven't discussed it with

21    anyone.

22         Q     So were you in fact careful what you

23    said at the public meetings?

24                MS. NAPP:  Object to the form.

25         A     I don't know.

                                              176
1                      - Rita Louie -

2          Q     Let's be more specific.  Were you

3     careful what you said when Mr. Savad was there on

4     behalf of Tartikov at any public hearing?

                      Page 153

```
                      FinalRitaLouie.txt
 5                MS. NAPP:  Object to the form.
 6        A     I was not aware of Mr. Savad being at
 7   any public meeting that I was speaking at.
 8        Q     Have you ever been at a meeting and
 9   heard Mr. Savad speak?
10                MS. NAPP:  Objection.  Asked and
11            answered.
12        A     Possibly.  But I don't know what he
13   looks like, so I don't know.
14        Q     What about anyone from his office, did
15   you ever hear anyone else from his office speak
16   at a public hearing?
17        A     I don't know.
18        Q     Did you ever talk to Mr. Yagel and Mr.
19   Sanderson in person about being careful what you
20   say in public?
21                MS. NAPP:  Object to the form.
22        A     Not that I remember.
23        Q     Is it possible that you spoke to those
24   two individuals in person about being careful
25   what you say in public?
```

```
                                                177
 1                   - Rita Louie -
 2                MS. NAPP:  Object to the form.
 3        A     Anything is possible.
 4                MR. STEPANOVICH:  (Handing document to
 5            be marked.)
 6                (Whereupon, Emails, Bates No.
 7            POM33424, was marked Plaintiff's Exhibit 285
 8            for identification.)
```

FinalRitaLouie.txt

9      Q      I'm handing you what's now been marked
10     as Plaintiff's Exhibit 285, and ask if you've
11     seen that before?  And specifically I'm going to
12     just ask you a question about the front page.
13             MS. NAPP:  Take your time and read the
14         whole thing if you like.
15     Q      Yes, read the whole thing.  And I'll
16     take just a minute.
17             (Recess held.)
18     Q      Are you done, Mrs. Louie?
19     A      Yes, I am.
20             (Off-the-record discussion.)
21     Q      This is your email at the top.  You
22     sent this to Mr. Sanderson; is that right?
23     A      Yes.
24     Q      Who's Barnaby Joyce?
25     A      I'm not really sure.  I think he was a

                                              178
1                   - Rita Louie -
2      builder up on the mountain in Pomona, building
3      houses.
4      Q      Were you trying to sort of get
5      information about some sort of understanding of
6      whether or not the village met with individuals
7      who had yet not submitted plans, formal plans, is
8      that what this email was about?
9             MS. NAPP:  Object to the form.
10     A      Yes, I was asking the mayor what the
11     policy is and to clarify it for me.
12     Q      Then you write at the end, "BTW, the

FinalRitaLouie.txt

13      assistant from Savad's office was at the planning

14      board meeting last night taking notes, as usual.

15      The planning board members didn't know who she

16      was.  Maybe the planning board needs a little

17      advice on the ground rules from Doris regarding

18      this.  Talk to you later."

19              What are the ground rules that you're

20      referring to here?

21              MS. NAPP:  Object to the form.

22      A       I don't know.  I don't know what I was

23      referring to.  I was new on the board and I

24      obviously was a little ignorant of what the

25      policies were.

179

1                   - Rita Louie -

2       Q       You mention an assistant from Savad's

3       office was there, as usual.  What are you trying

4       to relay there?

5               MS. NAPP:  Object to the form.

6       A       I guess that an assistant from Savad's

7       office was there taking notes, as usual.

8       Q       From your experience, and I know it

9       was limited experience, was that unusual, that

10      someone was there from an attorney's office

11      taking notes?

12      A       Well, I wrote as usual, so maybe it

13      wasn't unusual.

14      Q       The planning board meetings that you

15      were at, was there always an assistant from Mr.

16      Savad's office there?

                    FinalRitaLouie.txt
17          MS. NAPP:  Object to the form.

18     A     I don't remember.

19     Q     Did you get advice on the ground rules

20     regarding your request here at the end of this

21     paragraph?

22          MS. NAPP:  Object to the form.

23     A     I don't think so.  I don't remember

24     getting any response to this.

25          MR. STEPANOVICH:  (Handing document to


                                              180
1                    - Rita Louie -

2          be marked.)

3               (Whereupon, Printout of article, "In a

4          Town Divided, a Wispy Boundary Between Land

5          Use and Religion," Bates Nos. RC1618-19, was

6          marked Plaintiff's Exhibit 286 for

7          identification.)

8     Q     I'm handing you what's been marked as

9     Plaintiff's Exhibit 286, and ask if you've ever

10     seen that before?

11     A     (Perusing document.)  I don't remember

12     seeing this exact document before.

13               (Recess held.)

14     Q     Of course you've had time to review

15     this.  You probably know it verbatim now.

16     Exhibit 286, you've seen it today, right?

17     A     I've seen it just now when you gave it

18     to me, yes.

19     Q     You've never seen this article before?

20     A     I have not read this article, no.

FinalRitaLouie.txt

21       Q       Did you know anything about this

22  article prior to today?

23       A       No, I did not.

24       Q       You never heard that an article like

25  this was published in the New York Times?

                                                    181

1                     - Rita Louie -

2                     MS. NAPP:  Object to the form.

3       A       No.

4       Q       There's a statement that says, "Nearby

5  residents look at Patrick Farm and envision a

6  clone of New Square."

7                     Have you ever heard a statement like

8  that?

9                     MS. NAPP:  Object to the form.

10       A       No.

11       Q       You never heard anyone say that

12  Patrick Farms would be a clone of New Square?

13       A       No, I've never heard anyone say that.

14       Q       Did you ever hear anyone say that,

15  "You say Patrick Farm and I want to throw up, I

16  literally get nauseous."

17       A       I've never heard that, no.

18       Q       Have you ever heard anyone say, "You

19  wonder, how can someone drop their own little

20  planet on us," have you ever heard that?

21       A       I've never heard that, no.

22       Q       That's all I have on that.

23                     MR. STEPANOVICH:  (Handing document to

24              be marked.)

                          Page 158

FinalRitaLouie.txt
25                    (Whereupon, Article entitled, "Culture

                                                    182
1                         - Rita Louie -
2           Clash," Bates No. RC1810, was marked
3           Plaintiff's Exhibit 287 for identification.)
4           Q      I'm handing you now what's been marked
5     as 287, Mrs. Louie, and ask if you can review
6     that and -- just review it, please?
7           A      Okay.  (Perusing document.)
8           Q      Have you ever seen this article
9     before, "Culture Clash"?
10          A      No, I have never.
11          Q      Have you ever heard anyone indicate
12    that the -- anyone discuss the population growth
13    rate of Orthodox, Hasidic Jews?
14                 MS. NAPP:  Object to the form.
15          A      Repeat that question.
16          Q      Strike that.
17                 Did you ever hear Mr. Rhodes speak
18    about the population growth rate of the Orthodox,
19    Hasidic Jews?
20          A      Not specifically.
21          Q      Have you ever heard him generally
22    speak about that?
23          A      Not that I remember.
24          Q      Have you ever heard Mr. Rhodes call
25    for an examination of the population growth rate

                                                    183
1                         - Rita Louie -

FinalRitaLouie.txt

2      in Ramapo's Hasidic communities, have you ever
3      heard that?
4                  MS. NAPP:  Objection.
5          A      No, I never heard him say anything
6      like that.
7          Q      Have you ever heard Mr. Rhodes
8      indicate that the Hasidic communities' growth
9      rate is unusually high, did you ever hear him say
10     anything like that?
11                 MS. NAPP:  Object to the form.
12         A      No.
13         Q      How about anything -- you look like
14     you are struggling with that answer.
15         A      The question is -- you're asking about
16     specific sentences Mr. Rhodes might have said.
17     And I don't remember him saying things like that.
18         Q      Did you ever read anything authored by
19     Mr. Rhodes relative to the Orthodox, Hasidic
20     growth rate?
21         A      It's possible.  I read a lot of
22     articles about a lot of different things.
23         Q      Do you have a general understanding
24     that Orthodox, Hasidic Jews have large families?
25                 MS. NAPP:  Object to the form.


                                                     184
1                      - Rita Louie -
2          A      Yes.
3                  MR. STEPANOVICH:  (Handing document to
4      be marked.)
5                  (Whereupon, Emails, Bates No.

FinalRitaLouie.txt

```
 6          POM33312, was marked Plaintiff's Exhibit 288
 7          for identification.)
 8      Q    I'm handing you what's been marked as
 9   288, Mrs. Louie.
10      A    (Perusing document.)
11      Q    At the bottom there it looks like it's
12   an email from you to Brett Yagel.  You see where
13   I'm referring to, "I spoke to my friend Susan."
14   It looks like it's an email from you to Nick
15   Sanderson and Brett Yagel on July 26th.  You see
16   that?
17      A    Uh-huh, yes.
18      Q    You write there in the middle that
19   your friend "believes many firms will want to
20   take this case pro bono due to its high
21   visibility and potential for publicity, as this
22   may become one of the most significant cases of
23   reverse discrimination in history."  You see
24   that?
25      A    Yes, I see that.
```

185
```
 1                  - Rita Louie -
 2      Q    What did you mean by that, reverse
 3   discrimination?
 4      A    I don't know.  I think it's what this
 5   woman must have said to me, that she believed it
 6   would be a case of reverse discrimination.
 7   That's what she believed.
 8      Q    This woman who you spoke with at a law
 9   firm you mean?
```

FinalRitaLouie.txt

10                MS. NAPP:  Object to the form.

11        A     I don't know if she's from a law firm.

12        Q     Do you recall anything about the facts

13    surrounding that statement that this would be a

14    most significant case of reverse discrimination

15    in history, you recall anything about that?

16        A     I don't even remember who this Susan

17    person is.

18        Q     That's all I have.

19                MR. STEPANOVICH:  (Handing document to

20        be marked.)

21                (Whereupon, Posting, 1/21/10, Bates

22        No. POM33886, was marked Plaintiff's Exhibit

23        289 for identification.)

24        Q     I'm handing you what's been marked as

25    289.  Now that looks like it's something called

                                                    186
1                    - Rita Louie -

2     an FB post.  Would that be a Facebook post?

3         A     Yes.

4         Q     Rita Jablonski, is that you?

5         A     Yes.

6         Q     You write, "Join the group Save

7     Patrick Farm.  It's directly related to saving

8     our schools."

9         A     Yes.

10        Q     You wrote that?

11        A     Yes.

12        Q     How is saving Patrick Farms directly

13    related to saving our schools?

FinalRitaLouie.txt

14        A      I believe that a large development of

15     that nature would have overtaxed our public

16     school system.

17        Q      What do you mean overtaxed?

18        A      Well, the buildings were already full

19     to capacity and it would have hurt our school

20     district.  Any large development would hurt the

21     school district in any town.

22        Q      Was East Ramapo School District

23     closing schools around this time in January of

24     2010?

25        A      They had closed -- I don't know if

                                                    187

1                    - Rita Louie -

2      they had closed any schools at that point, no.

3         Q      You don't remember or you don't know

4      whether or not they were closing schools?

5         A      I don't believe they were closing

6      schools in 2010.

7         Q      That's all I have on that.

8                MR. STEPANOVICH:  (Handing document to

9           be marked.)

10               (Whereupon, Posting, 1/22/10, Bates

11          No. POM33884, was marked Plaintiff's Exhibit

12          290 for identification.)

13        Q      I'm handing you what has been marked

14     as Plaintiff's 290.  And is that again another

15     post from you?

16        A      Yes, it looks like it is.

17        Q      You indicate "Save Patrick Farm."

                    Page 163

FinalRitaLouie.txt

18    What do you mean by Save Patrick Farm?

19              MS. NAPP:  Object to the form.

20         A    Save Patrick Farm from

21    overdevelopment.

22         Q    You indicated earlier that you knew

23    that the developer of Patrick Farm was an

24    Orthodox, Hasidic Jew, right?

25         A    I don't know if I knew that in January

                                                    188
1                    - Rita Louie -

2     of 2010.

3          Q    When did you become aware that the

4     developer of Patrick Farms was an Orthodox,

5     Hasidic Jew?

6          A    When I saw the developer at a planning

7     board presentation meeting.

8          Q    You remember when that was?

9          A    I don't remember when that was, no.  I

10    don't know the timeline on this.

11              MR. STEPANOVICH:  (Handing document to

12         be marked.)

13              (Whereupon, Posting, 1/26/10, Bates

14         No. 33880, was marked Plaintiff's Exhibit

15         291 for identification.)

16         Q    I'm handing you now what's been marked

17    as Plaintiff's 291.  And ask you if this was

18    another post written by you?

19         A    Yes.

20         Q    You reference "poor developers."  What

21    did you mean by that?

FinalRitaLouie.txt

```
22        A       I was being sarcastic.
23        Q       In what sense?
24        A       You know, whoever owned the property
25   could have already built a housing development if
```

                                                      189
```
1                        - Rita Louie -
2    they just stuck with the original zoning.
3         Q       Which was the one acre zoning?
4                 MS. NAPP:  Object to the form.
5         A       Yes.
6         Q       So it was your opinion then what, the
7    developers were getting greedy?
8                 MS. NAPP:  Object to the form.
9         A       It was my opinion, as I wrote, that
10   the developers were dopes.
11        Q       For not sticking with the original
12   zoning?
13        A       For not sticking with the original
14   zoning, yes.
15                MR. STEPANOVICH:  (Handing document to
16        be marked.)
17                (Whereupon, Posting, 12/27/11, Bates
18        No. 33865, was marked Plaintiff's Exhibit
19        292 for identification.)
20        Q       I'm handing you now what's been marked
21   as Plaintiff's Exhibit 292, and ask again if this
22   was a post by you, a Facebook post?
23        A       Okay.
24        Q       I'm sorry, was this a -- I asked if
25   this was a Facebook post by you, but you probably
```

FinalRitaLouie.txt

190
1                          - Rita Louie -
2          didn't hear me.
3                A      Oh, I didn't hear you.
4                       Yes, it is.
5                Q      Who is Steven White?
6                A      Steve White is a community activist
7          and leader in the East Ramapo School District.
8                Q      Does he live in Pomona?
9                A      No.
10               Q      What was it that you were asking him
11         to do?
12               A      I was asking him to mobilize people
13         from the East Ramapo School District to come to a
14         Ramapo Town Board meeting.
15               Q      To oppose the Patrick Farm
16         development?
17               A      Yes.
18               Q      At this time in December of 2011 did
19         you have any idea who would occupy the homes and
20         residences in Patrick Farms?
21               A      I don't know.  I don't know if this
22         was the meeting that I went to at that point to
23         see the presentation the first time or if it was
24         after that or if it was before that.
25                      MR. STEPANOVICH:  Andrea, if we take

191
1                          - Rita Louie -
                      Page 166

FinalRitaLouie.txt

```
2         five, six minutes we are going to reduce

3         this down and we probably have another

4         twenty minutes and that's it.

5                 MS. NAPP:  Okay.

6                 (Recess held.)

7                 MR. STEPANOVICH:  (Handing document to

8         be marked.)

9                 (Whereupon, Posting, 12/17/11, Bates

10        No. POM33869, was marked Plaintiff's Exhibit

11        293 for identification.)

12        Q      I'm handing you what's been marked as

13   293, Mrs. Louie, and ask you if this is a

14   Facebook post of yours?

15        A      Yes.

16                MR. STEPANOVICH: (Handing document to

17        be marked.)

18                (Whereupon, Posting, 12/17/11, Bates

19        No. POM33868, was marked Plaintiff's Exhibit

20        294 for identification.)

21        Q      I'm handing you now what's 294 and ask

22   you if this exhibit is another Facebook post of

23   yours?

24        A      Yes.

25                MR. STEPANOVICH:  (Handing document to
```

```
                                            192
1                  - Rita Louie -

2         be marked.)

3                 (Whereupon, Minutes of Pomona Board of

4         Trustees Meeting, 4/23/07, Bates Nos.

5         RC1339-1381, was marked Plaintiff's Exhibit
```

Page 167

FinalRitaLouie.txt

```
 6              295 for identification.)
 7         Q      I'm handing you what's been marked as
 8    295, Mrs. Louie.  Now, of the laws that
 9    plaintiffs are challenging in this lawsuit, you
10    voted on one law only and that was the wetlands
11    law, correct?
12         A      Correct.
13         Q      That was on April 23rd, 2007?
14         A      Correct.
15         Q      You believe that the law was a
16    thorough law; is that right?
17         A      Yes.
18         Q      You also believe that the law complied
19    with everything that the village was looking for
20    to protect its wetlands, right?
21              MS. NAPP:  Object to the form.
22         A      Yes.
23         Q      In fact, you thought the wetlands law
24    was a great law?
25         A      Yes, I did.
```

```
                                              193
 1                   - Rita Louie -
 2         Q      Can you tell me why you thought it was
 3    a thorough law?
 4              MS. NAPP:  Object to the form.
 5         A      As a new member of the town board when
 6    this came up, I was actually thrilled that we had
 7    a wetlands law in front of us.  Because when I
 8    was on the planning board the year before we had
 9    a situation where we were reviewing an
```

FinalRitaLouie.txt

10    application of a flag lot and the back lot had
11    wetlands in front of it and the applicant had
12    to -- the application that was before us
13    presented us with a problem as a planning board
14    because you had to pass through wetlands to get
15    to the flag lot which was legal.  And we had no
16    vehicle as a planning board to deal with the
17    wetlands situation because there was no town
18    board law at the time designating wetlands.
19            So when I became a town board member
20    and we had a wetlands law being formulated, I was
21    ecstatic about it, because I knew that that would
22    help the planning board when making decisions
23    such as the one I was faced with just the year
24    before in planning board decisions.
25        Q    So then is it your understanding that

                                              194
1                    - Rita Louie -
2    the wetlands law which was passed would have been
3    applicable to the situation that you just
4    described?
5        A    Yes, it would have, because it would
6    have given us a delineation of how far the house
7    had to be from the wetlands and whether we could
8    in fact approve the site plan with the two houses
9    on it with a wetland in between.  And we would
10   have had a reason to actually deny the plan or
11   approve the plan based on real policy that the
12   village had.  But there was no policy at the
13   time.

                        Page 169

FinalRitaLouie.txt

14      Q     The Corps of Engineers wetlands

15   regulations didn't take that into consideration?

16              MS. NAPP:  Object to the form.

17      A     The Army Corps of Engineers came out

18   and used a very broad criteria to approve a small

19   bridge to build over the wetland area where a car

20   could drive and get to the back lot that was

21   going to be built on.  And to this day there is

22   still not a house built on that lot because it

23   was -- the approval was just not buildable the

24   way it was approved.

25      Q     I'm trying to follow you there.  So


                                                  195
1                   - Rita Louie -

2   the approval by the Corps was done in such a way

3   that it didn't facilitate the building of the

4   project?

5      A     Correct.  The approval by the Corps

6   was in line with the Army Corps requirements and

7   perfectly satisfied their requirements in terms

8   of protecting wetlands.  But the approval by the

9   planning board approving a flag lot with having a

10   bridge to get over it to get to that house turned

11   out to not be buildable for the developer, it

12   wasn't feasible for them.

13      Q     So this law then in your opinion it --

14   what areas of wetlands did it improve for the

15   village?

16              MS. NAPP:  Object to the form.

17      A     It didn't necessarily improve any

FinalRitaLouie.txt

18      areas of wetlands.  What it did was give the

19      village and the planning board guidelines to go

20      by when there was wetlands presented during an

21      approval process.  Which they did not have before

22      that.

23          Q       Does the wetlands law apply to every

24      piece of property in the village?

25          A       I believe it does.  I'd have to review


                                                196
1                   - Rita Louie -

2       it again just to make sure if there were any

3       exceptions, I'm not sure.

4           Q       This wetlands law that was passed that

5       you voted on, did it exempt any properties?

6           A       I'm not a hundred percent sure, but I

7       think existing houses that are already built

8       would have some exemptions because they would be

9       grandfathered in.

10          Q       You indicated that it "complies with

11      everything that we're looking for to protect our

12      wetlands."  What do you mean by that?

13                  MS. NAPP:  Object to the form.

14          Q       Page 1350, Mrs. Louie, at the bottom.

15          A       I think at the time we had extensive

16      discussions about the law.  We were getting ready

17      to vote on it.  And I just expressed my opinion

18      that I thought the law was well thought out, was

19      well discussed and was a good law.

20          Q       So in your opinion did this law

21      provide guidance where the federal law lacked?

FinalRitaLouie.txt

22              MS. NAPP:  Object to the form.

23      A       I believed it at the time, yes.

24      Q       You still believe that?

25      A       I still believe that, yes.


                                            197

1                       - Rita Louie -

2       Q       So you believe then that the wetlands

3       law was a benefit to residents of the Village of

4       Pomona?

5       A       Absolutely.

6       Q       Why is that?

7       A       Wetlands are obviously a very

8       important part of any community, because we do

9       have an aquifer, we have many residents who have

10      wells, who have well water, who need that water.

11      And if we have anybody coming in and building

12      over wetlands or filling in wetlands, that would

13      be a detriment to some of our residents.

14      Q       So in your opinion the local law, the

15      village law regarding wetlands, did it, I'm

16      trying to figure it out, did it fill a gap that

17      was necessary?

18              MS. NAPP:  Object to the form.

19      Q       If you understand what I'm --

20      A       I understand the question.  It wasn't

21      necessarily filling a gap.  It was creating a law

22      that we did not have.  And the planning board had

23      no guidelines at all to go by when it came to

24      building on wetlands.  And they needed that;

25      otherwise, they would be at a loss and it would

                        Page 172

FinalRitaLouie.txt

198
1                        - Rita Louie -
2      be a disadvantage to the village and to the
3      planning board.
4           Q      So the way you understand the wetlands
5      law then, it was a law that was necessary to help
6      residents build?
7           A      Yes.
8           Q      I see, okay.
9                  When those residents encountered
10     wetlands issues that was not covered by the
11     federal statutes; is that right?
12                 MS. NAPP:  Object to the form.
13          A      Yes.  It was a law to help residents
14     build responsibly when wetlands were involved,
15     yes.
16          Q      Did you personally compare the law to
17     the state and federal regulations regarding
18     wetlands?
19          A      I don't remember doing that, no.
20          Q      Do you recall ever seeing any reports
21     from any consultants regarding your wetlands law?
22          A      I believe we did at the time when we
23     were reviewing it, but I don't recall them at the
24     moment.
25          Q      So it's your understanding as you sit

199
1                        - Rita Louie -
2      here today that there was a consultant, a
                        Page 173

FinalRitaLouie.txt

```
 3          professional consultant that reviewed the
 4          wetlands law?
 5                     MS. NAPP:  Object to the form.
 6          Q       If you remember.
 7          A       I think we had -- well, we had a
 8          planner.  I don't know if we had a professional
 9          wetlands consultant at that time, I don't
10          remember.
11          Q       Who was the planner that you believe
12          reviewed the law?
13          A       I don't know.
14          Q       You recognize -- I think I've asked
15          you this, but I want to make sure.  You recognize
16          that the village is obligated to comply with the
17          federal wetlands law, right?
18          A       Absolutely, yes.
19          Q       In your opinion this law was necessary
20          because the type of assistance that you were
21          talking about was not provided in the federal
22          wetlands law?
23                     MS. NAPP:  Object to the form.
24          A       No, that's not what I said.
25          Q       Okay, I want to make sure.
```

```
                                                      200
 1                        - Rita Louie -
 2          A       What I said, there was no vehicle in
 3          the village code to give the planning board
 4          guidance when reviewing projects that involved
 5          wetlands.
 6          Q       Well, isn't the village supposed to
```

Page 174

FinalRitaLouie.txt

7        consider the federal wetlands law?

8                    MS. NAPP:  Object to the form.

9        Q        In reviewing projects.

10       A        Yes, but as a planning board member

11       the federal laws were way too broad to be used in

12       local planning board decisions.  It just wasn't

13       enough to help the planning board make a

14       responsible decision regarding responsible

15       development.

16       Q        And that's what I'm trying to

17       understand.  And I know I'm probably confusing

18       you.

19                    On one hand you said the laws were too

20       broad but then I thought you said the laws were

21       not enough to give the planning board guidance.

22       So that's what I'm confused --

23       A        They weren't specific enough or they

24       weren't clear enough to give the planning board

25       guidance, which on the other side really means

                                                        201
1                      - Rita Louie -

2        they were too broad.  When I sat on the planning

3        board and we were discussing projects that had

4        wetlands involved, many of the planning board

5        members were very much not sure what to do in

6        terms of responding to the developer and the Army

7        Corps, the owners and the village.  So this law

8        really laid it out and clarified it very, very

9        well.

10       Q        Since the passage of this law have you

                              Page 175

FinalRitaLouie.txt

11      had any issues where you weren't able to resolve

12      them with the application of this law?

13              MS. NAPP:  Object to the form.

14      A       I'm not -- you know, I haven't sat on

15      the planning board since this passed, so I don't

16      know if anything has come before the planning

17      board at this time.

18      Q       So you don't know whether or not this

19      law has in fact had the intended effect that the

20      village had hoped?

21              MS. NAPP:  Object to the form.

22      A       I don't know.

23      Q       That's all I have on that.

24              MR. STEPANOVICH:  (Handing document to

25      be marked.)

                                                    202

1                     - Rita Louie -

2               (Whereupon, Email dated 8/3/07, Bates

3          No. POM16948, was marked Plaintiff's Exhibit

4          296 for identification.)

5       Q       I'm handing you now, Mrs. Louie,

6       Exhibit No. 196.  See if you've ever seen this

7       before.

8       A       (Perusing document.)  I've never seen

9       this before.

10      Q       Of course that was your email, one of

11      your emails, rita.louie@pomonavillage.com, right?

12      A       Yes.

13      Q       And you say you've never seen this

14      email before?

FinalRitaLouie.txt

15          A      I don't remember seeing this email,
16      no.
17                 MR. STEPANOVICH:   (Handing document to
18          be marked.)
19                 (Whereupon, Affidavit In Opposition To
20          Defendants' Motion To Dismiss, Bates Nos.
21          RC163-165, was marked Plaintiff's Exhibit
22          297 for identification.)
23          Q      I'm handing you now -- Well, let me
24      ask you a question, first of all.
25                 Mrs. Louie, do you recall attending a


                                                        203
1                    - Rita Louie -
2       Pomona Civic Association meeting on April the
3       4th, 2007?  I know that's a while back.
4           A      I've only attended one civic
5       association meeting I believe, maybe two, in my
6       whole life.  So that could have been one of them,
7       yes.
8           Q      When you were there do you recall
9       seeing a man with a video camera?
10          A      No.
11          Q      Do you recall ever making the
12      statement at a Village of Pomona Civic
13      Association meeting that, "Do you see the man
14      with the video camera?  You better believe that
15      they will use anything you say against us, so
16      tell everyone to be careful."
17                 You ever recall making a statement
18      like that?

FinalRitaLouie.txt

19          A     I don't remember saying those words.

20          Q     Do you ever recall saying anything

21   like that?

22                MS. NAPP:  Object to the form.

23          A     Can I see this?

24          Q     Yes, you can.  And I'm specifically

25   referring to paragraph eleven, but you can look


                                            204
1                    - Rita Louie -

2    at the whole thing.

3          A     (Perusing document.)  I wasn't

4    referring to anyone with a video camera at that

5    meeting.

6          Q     Would that have been at a village

7    board meeting?

8          A     It might have been at a village board

9    meeting or at a town board meeting.  There's

10   people with video cameras at many municipal

11   meetings that I go to.

12         Q     Now, after reading all this, does that

13   refresh your recollection that you made that

14   comment that's referred there in paragraph

15   eleven?

16         A     Yes.

17         Q     At a village board meeting.

18         A     Yes, I may have made that comment.

19         Q     Did you ever speak on a Rockland

20   County radio station regarding accreditation of

21   schools?

22         A     Possibly.

FinalRitaLouie.txt

23        Q        Would that have been recently?
24        A        Possibly.  I've spoken, I speak on the
25        radio all the time.


                                                  205
1                        - Rita Louie -
2         Q        Do you recall speaking about
3         accreditation of schools in the Village of
4         Pomona?
5         A        Maybe.  I'm not sure.
6         Q        What would you -- I'm just trying to
7         get an understanding of what you know about
8         accreditation regarding schools.
9         A        Most schools are accredited by the
10        state based on their curriculum, teaching staff,
11        budgets, et cetera, as being real schools.
12        Q        So is it your opinion then a school
13        that's not accredited is not a real school?
14                 MS. NAPP:  Object to the form.
15        Q        If you understand, you can answer.
16        A        That's my personal opinion, yeah.  I
17        think if a school is not accredited, it's not a
18        real school.
19        Q        Does a school have to be accredited by
20        the state to be a real school?
21                 MS. NAPP:  Object to the form.
22        A        I would think the school has to be
23        accredited by the board of education, the state
24        board of education to be considered a real
25        school.  Otherwise, anybody could open up a

                        Page 179

FinalRitaLouie.txt

206
1                          - Rita Louie -
2       school and say I want to teach people to rip
3       paper in half and call it a school.  It's not a
4       school.
5            Q     It's not a school in your definition
6       of school?
7            A     Under my opinion, yes.  It's my
8       opinion.
9            Q     Does Mr. Nick Sanderson and his wife
10      live on Secor Court?
11           A     Yes.
12           Q     Are they your neighbors?
13           A     Yes.
14           Q     How long have they been your
15      neighbors?
16           A     They lived there before I did, so
17      twenty years.
18           Q     Prior to you becoming a member of the
19      board did you ever speak to Mr. Sanderson and
20      express your opinions to him about village
21      issues?
22                 MS. NAPP:  Object to the form.
23           A     Prior to me becoming a board member?
24           Q     Yes.
25           A     He was the mayor at the time, so

207
1                          - Rita Louie -
2       possibly.
                         Page 180

FinalRitaLouie.txt

```
 3          Q      Well, prior to him being the mayor and
 4    when he sat as a village board of trustee member
 5    did you ever speak to him about your opinions on
 6    issues within the village?
 7          A      I don't believe so.  We weren't that
 8    friendly.
 9          Q      At a certain point you became
10    friendlier?
11          A      Only would see him once or twice a
12    year at village block parties.
13          Q      How close does he live to you?
14          A      A quarter of a mile down the street.
15          Q      You wouldn't discuss village business
16    with him when you saw him in the neighborhood?
17                 MS. NAPP:  Object to the form.
18          A      No, not necessarily.
19          Q      What do you mean not necessarily?  I
20    don't want to try to force you into an answer.
21    You either did or you didn't or you don't
22    remember.
23          A      Not -- no, not specifically.  We would
24    talk about our dogs when I saw him in the
25    neighborhood.
```

```
                                                  208
 1                     - Rita Louie -
 2          Q      Who asked you to run for the board?
 3                 MS. NAPP:  Object to the form.
 4          Q      Did anybody ask you to run?
 5          A      The village board?
 6          Q      Yes.
```

FinalRitaLouie.txt

```
 7        A     It was discussed, Brett Yagel and
 8   myself and Nick Sanderson discussed running for
 9   the board together.
10        Q     When did those discussions take place?
11        A     Those discussions, I remember exactly
12   when those discussions took place.  It was
13   Christmas Eve at Brett Yagel's house in 2006.
14        Q     That was when you began your
15   discussions with Mr. Yagel and Mr. Sanderson
16   about running for the village board?
17        A     Yes.
18        Q     Then you made your decision shortly
19   thereafter?
20        A     Sometime in January 2007, yes.
21        Q     I think you answered this.  That was
22   the first time you ran for public office, back in
23   '07?
24        A     Yes, it was.
25        Q     Have you ever asked anyone to speak
```

                                                    209
```
 1                   - Rita Louie -
 2   for you in public?
 3                MS. NAPP:  Object to the form.
 4        A     No.
 5        Q     Have you ever asked anyone to say
 6   something in public that you felt you couldn't
 7   say because of your position?
 8        A     No.
 9        Q     Have you ever asked anyone to write
10   something for you under their name because of
```

FinalRitaLouie.txt

11      your position?

12                   MS. NAPP:  Object to the form.

13      A       No.

14      Q       You understand my question?

15      A       I understand your question.

16                   No, I'm very able to speak for myself.

17      Q       And sign your own name?

18      A       And sign my own name, yes.

19                   MR. STEPANOVICH:   (Handing document to

20      be marked.)

21                   (Whereupon, Email dated 2/25/07, Bates

22      No. POM19626, was marked Plaintiff's Exhibit

23      298 for identification.)

24      Q       I'm handing you now, Mrs. Louie,

25      what's been marked as Plaintiff's Exhibit 298.


                                                      210
1                       - Rita Louie -

2       Ask if you recall seeing that email before today?

3       A       (Perusing document.)  No, I don't

4       recall this at all.

5       Q       Now, that looks like it's another

6       email address.  You testified to some email

7       addresses earlier.  But that was

8       rita@villagecommunityparty.com.  Was that another

9       email you had?

10      A       That would have jumped directly to my

11      rjlouie@optonline account.  I never really

12      corresponded through villagecommunityparty.com.

13      Q       The email reads, "Nick, Rita.  I just

14      got off the phone with Bob Rhodes.  He'll have

FinalRitaLouie.txt

15   the link killed to the RLUIPA letter that PR had

16   drafted.  Incidentally, he had not reviewed this

17   prior to being posted on the site."

18          Did I read that accurately?

19   A     Yes.

20   Q     You understand who he was referring to

21   by PR, right?

22   A     Yes, Preserve Ramapo I would imagine.

23   Q     Did you ever see the link on the PR

24   website, Preserve Ramapo website to an RLUIPA

25   letter?

                                              211
1                    - Rita Louie -

2    A     No.

3    Q     Do you have any idea what he's

4    referring to here as the RLUIPA letter?

5    A     I have no idea what this is referring

6    to.

7    Q     This was during the time of your

8    campaign, right?

9    A     Yes.

10   Q     He writes, "I've saved the PDF file

11   prior to it being deleted so that we can forward

12   it to Marcie and ask for her revisions and

13   input," right?

14   A     Correct, that's what it says.

15   Q     Were you involved in forwarding any

16   letters to Miss Hamilton for input or revisions?

17   A     No, I was not.  Brett Yagel and Nick

18   Sanderson corresponded directly with Marci

FinalRitaLouie.txt

19       Hamilton.

20            Q       Did you ever speak -- again, I don't

21       want to know the substance of the communications.

22       But did you ever speak personally with Marci

23       Hamilton when you were running for reelection?

24            A       No.

25                    MS. NAPP:  Object to the form.


                                                          212
1                       - Rita Louie -

2            Q       You never talked to her on the phone?

3            A       No.

4            Q       You never spoke to her in person?

5                    MS. NAPP:  Object to the form.

6            Q       Face to face.

7            A       Only once with Brett and Nick.

8            Q       When would that have been?

9            A       I don't remember exactly.

10           Q       Was it during your campaign?

11           A       Yes, it was early in the campaign.

12           Q       Where was that?

13           A       In Marci Hamilton's office at the

14       university.

15           Q       I think you said that was early in

16       your campaign?

17           A       Yes.

18           Q       January of '07 maybe?

19           A       Maybe January.  January -- well, yeah.

20                   MR. STEPANOVICH:  (Handing document to

21               be marked.)

22                   (Whereupon, Emails, Bates No.

FinalRitaLouie.txt
23          POM19626, was marked Plaintiff's Exhibit 299
24          for identification.)
25          Q       I'm handing you now, Mrs. Louie,

                                                    213
1                         - Rita Louie -
2       what's been marked as Plaintiff's Exhibit 299,
3       and ask if you've ever seen this before?
4           A       (Perusing document.)  Yes.
5           Q       Who is D.M. Wind?
6           A       David Wind.
7           Q       Who is he?
8           A       He was -- he just helped me do my
9       website.  It's a friend of mine who helped me
10      with my website.
11          Q       So under your name there at the very
12      beginning it says Rita Louie is the deputy mayor
13      of the Village of Pomona.  So you recall seeing
14      those three paragraphs there?
15          A       Yes.  I wrote them.
16          Q       Oh, you wrote them.
17                  Then what did you mean when you say,
18      "We need to be proactive and aggressively pursue
19      the preservation of our history, our culture and
20      our open space."  What did you mean by that.
21          A       At the time I was getting ready to run
22      for office in the Town of Haverstraw.  And I was
23      very concerned about the history and the
24      historical buildings in downtown Village of
25      Haverstraw and the preservation of them.

FinalRitaLouie.txt

214
1                    - Rita Louie -
2         Q      Of the buildings?
3         A      Yes.
4         Q      So what did you mean by "the
5    preservation of our culture," what are you
6    referring to there?
7              MS. NAPP:  John, where are you reading
8         from?
9              MR. STEPANOVICH:  The second
10        paragraph.
11             MS. NAPP:  Thank you.
12        Q      What are you referring to when you say
13   that "we need to be proactive and aggressively
14   pursue the preservation of our" you just
15   described history.  And then the next term is
16   "our culture."  What culture do you believe needs
17   to be preserved?
18        A      The historical culture of the Town of
19   Haverstraw is very deep in terms of from the
20   river the brick-making community all the way up
21   to the mountains in Pomona and through the
22   Ladentown area.  The history and the culture and
23   development of that area was very significant in
24   New York State.  As well as, you know, not just
25   in Rockland County.  That's what I meant by our

215
1                    - Rita Louie -
2    culture.
3         Q      So again it sounds to me as if you

FinalRitaLouie.txt

4      were referring to some sort of building or

5      environment, what is it that --

6          A     Yes, the overall culture of the Town

7      of Haverstraw, including the Village of

8      Haverstraw, the history of it, the Hispanic

9      community, the areas in Garnerville that are rich

10     in history, the areas in Pomona and in the

11     Haverstraw section of Pomona that are rich in

12     history and Revolutionary War history.  And how

13     that all relates to each other and joins

14     together.  And as  I campaigned for town

15     supervisor I made many speeches related to this.

16         Q     You were working to -- part of your

17     platform then was to preserve the existence of

18     this culture as you describe it?

19         A     The existence of the culture of the

20     Town of Haverstraw historically and currently,

21     yes.

22         Q     So that the culture could stay the

23     same?

24         A     So that the culture could be preserved

25     and not lost.

216

1                - Rita Louie -

2         Q     You say, "I've worked successfully on

3     such matters on behalf of the residents of

4     Pomona."

5          In what capacity have you worked

6     successfully on such matters on behalf of the

7     residents of Pomona?

FinalRitaLouie.txt

```
 8                 MS. NAPP:  Object to the form.
 9         A      I have been working on creating a
10    historical district in the Village of Pomona and
11    I have been very vocal in talking to residents at
12    our music festival and at other events about the
13    history of Pomona and about making people aware
14    of our history, and the history of the entire
15    area.
16         Q      And also besides the history, are you
17    working to make people aware of the culture of
18    the Village of Pomona?
19                 MS. NAPP:  Object to the form.
20         A      In terms of -- I don't think it's -- I
21    don't think that's what that means.
22         Q      Is this more campaign rhetoric?
23         A      This is campaign related, yes.  And
24    it's very broad.
25         Q      This went on your website?
```

```
                                          217
 1                  - Rita Louie -
 2         A      Yes.
 3         Q      You indicate there's a need to
 4    celebrate and seek more representation from
 5    Hispanics.  And in fact I think that's on Page 3,
 6    if you turn to Page 3.  The third paragraph on
 7    Page 3 under "Cultural diversity and history,"
 8    five lines down.  "We should be twinned with
 9    cities in Ireland, Italy and the Dominican
10    Republic."
11         A      Yes.
```

FinalRitaLouie.txt

```
12        Q      Why did you believe it was important
13   to do that?
14        A      When I was campaigning in Haverstraw
15   the Dominican community was very strong, very
16   politically savvy, very concerned about their
17   representatives; yet many of the people in the
18   Dominican community felt they didn't have
19   adequate representation in their town hall.
20        Q      Was that the same for the Italians and
21   the Irish, that they were politically savvy there
22   in Haverstraw?
23        A      The Italians and the Irish and all the
24   people in Haverstraw are very active in their
25   political community.  But it was just a
```

218
```
1                    - Rita Louie -
2   suggestion in my campaign that we twin with some
3   of the cities in some of those countries where
4   our immigrant families come from.
5        Q      Are there any Jewish families in
6   Haverstraw that you're aware of?
7        A      In the Village of Haverstraw there are
8   probably some Jewish families, but none that I
9   had any large response from during the campaign.
10        Q      So is the reason you mentioned
11   Ireland, Italy and the Dominican Republic is
12   because you had a response from those groups of
13   people?
14             MS. NAPP:  Object to the form.
15        A      More or less, yes.
```
                    Page 190

FinalRitaLouie.txt

```
16        Q      What kind of response would you have
17   gotten from individuals of these backgrounds
18   within your campaign?
19              MS. NAPP:  Object to the form.
20        A      I had relationships with many people
21   in many parts of the town that had different
22   ancestral backgrounds.
23        Q      You didn't have any relationships with
24   any Jewish people with a Jewish background?
25              MS. NAPP:  Object to the form.
```

                                                           219
```
1                      - Rita Louie -
2         A      In Haverstraw?
3         Q      Wherever you were reaching out to.
4         A      I don't know.  Not that I know of.
5              MR. STEPANOVICH:  (Handing document to
6         be marked.)
7              (Whereupon, Emails, Bates No.
8         POM16957, was marked Plaintiff's Exhibit 300
9         for identification.)
10        Q      I asked you if you knew Bob Prol.
11        A      Correct.
12        Q      It sounded as if you didn't know Bob
13   Prol.
14        A      Correct.
15        Q      So did you ever meet Bob Prol
16   personally?
17        A      I think I may have met Bob Prol a
18   couple of times.
19        Q      But did you have a relationship, a
```
                           Page 191

FinalRitaLouie.txt

20    friendship with Bob Prol?

21              MS. NAPP:  Object to the form.

22        A      No.  I remember seeing him at some

23    meetings.  I know he used to be vocal and speak

24    out, but I didn't know him personally.

25        Q      Do you recall ever emailing with Bob

                                                     220
1                   - Rita Louie -

2     Prol?

3         A      Probably.

4         Q      I'm handing you now what's been marked

5     as Exhibit 300.  It looks like that's an email

6     from you to Bob Prol.

7         A      Okay.

8         Q      July 11th, 2007.  In response looks

9     like to an email from him, Mr. Prol.  Just take a

10    minute and look at that.

11        A      (Complying.)  Okay.

12        Q      Mr. Prol writes to you and Mr.

13    Sanderson, Mr. Banks and Mr. Yagel.  He writes,

14    "In case you haven't heard this enough, I speak

15    to many of our neighbors and have yet to find

16    even one person who disagrees that the laws of

17    our village pertain to everyone the same way."

18              Did you hear that sentiment that he

19    just explained there from other residents in the

20    village?

21              MS. NAPP:  Object to the form.

22        A      I'm sure I did.

23        Q      "Please do not allow the Babad family
                        Page 192

FinalRitaLouie.txt

24        to intimidate you or force you to compromise in

25        this battle."


                                                          221

1                        - Rita Louie -

2                    Did you understand who he was

3        referring to by the name Babad B-A capital B-A-D

4        family?

5            A     I was not sure, sure.  I don't know

6        who the Babad family is specifically.

7            Q     But generally do you have any idea

8        that the Babad family was affiliated with the

9        Rabbinical College of Tartikov?

10           A     Yes.

11           Q     You knew that?

12           A     Yes, yes, they are affiliated.

13           Q     And you knew that back in July of '07,

14       right?

15           A     I don't know if I knew that back then.

16       I know it now.

17           Q     Have you ever heard the name Chaim

18       Babad?

19           A     Chaim Babad?

20           Q     Yes.

21           A     I don't know.  Maybe.

22           Q     Then you respond -- well, he

23       continues.  "There is only one outcome acceptable

24       to the community and that is to maintain our fair

25       zoning laws and the way of life we have all


                          Page 193

FinalRitaLouie.txt

222

```
1                     - Rita Louie -
2       invested in," right?
3            A      Yes.
4            Q      I think that's what you've explained
5       what you were seeking to do as a board member,
6       right, to enforce the village's zoning laws?
7                  MS. NAPP:  Object to the form.
8            Q      Is that right?
9            A      Correct.
10           Q      And you understood that that's the
11      message that Mr. Prol was sending you, right, he
12      wanted you to enforce the village zoning laws?
13                 MS. NAPP:  Object to the form.
14           A      Yes, that's what he says.
15           Q      He wanted you to maintain not only
16      zoning laws but the way of life that we have all
17      invested in, right?
18                 MS. NAPP:  Object to the form.
19           A      That's what he says in his note.
20           Q      You understood what he meant by that?
21           A      Yes, he meant that we wanted to
22      maintain our zoning laws and the way of life we
23      have all invested in, yes.
24           Q      You agree with that?
25           A      Yes.
```

223

```
1                     - Rita Louie -
2            Q      In fact, you respond, "Thanks for your
3       kind words, Bob.  It's a little unsettling what's
```

FinalRitaLouie.txt

```
 4          going on, but we are sure we can maintain our
 5          zoning laws in Pomona and keep our neighborhood
 6          rural and diverse.  Thanks for all your support.
 7          Rita Louie," right?
 8               A     Yes.
 9               Q     You indicated it's a little
10          unsettling.  What was unsettling?
11               A     The onslaught of development that was
12          going on in the perimeter of the village, on
13          every side of the village.
14               Q     But there was no development going on
15          inside the Village of Pomona, right?
16                    MS. NAPP:  Object to the form.
17               A     No.
18               Q     You understood that, right?
19               A     I understood that, yes.
20               Q     So enforcing the Village of Pomona
21          zoning laws had nothing to do with what was going
22          on or this onslaught that you talk about,
23          onslaught of development, outside of the
24          village's jurisdiction, right?
25                    MS. NAPP:  Object to the form.
```

```
                                                      224
 1                    - Rita Louie -
 2               A     That's not completely true.  Of course
 3          it had everything to do with it.
 4               Q     So the village's zoning laws would
 5          have an effect on this onslaught of development
 6          in jurisdictions beyond Pomona?
 7               A     No, that's not what I said.
```

FinalRitaLouie.txt

8      Q     Then tell me what you said.  I'm

9     sorry, I don't want to mischaracterize.  What did

10    you say?

11     A      To maintain our fair zoning laws.  And

12    what was unsettling was that there was a lot of

13    downzoning going on in other areas.  And I was

14    once again assuring, reassuring a resident of my

15    village that we were not going to be like the

16    other areas outside of the village and that we

17    would maintain our zoning laws and keep our

18    neighborhood rural.  It was just another

19    reassurance for one of my village residents and

20    that's what he was looking for.

21     Q      But at the time this was happening the

22    only zoning issue was the Tartikov zoning issue,

23    right?

24          MS. NAPP:  Object to the form.

25     A      I was referring to any zoning laws in

225

1                - Rita Louie -

2     our village.  I wasn't specifically targeting one

3     set of zoning laws.

4      Q      You were trying to reassure a citizen

5     that you would maintain the zoning laws in the

6     Village of Pomona, right?

7      A      Correct.

8      Q      Even if those zoning laws violated a

9     federal law?

10          MS. NAPP:  Object to the form.

11     A      That had not been an issue at the

FinalRitaLouie.txt

12      time.  There was no reason for me to believe any
13      of our zoning laws violated any federal laws.
14          Q       But isn't it true, Mrs. Louie, that
15      your response here was a response that was
16      directed at a very particular piece of property,
17      right?
18                  MS. NAPP:  Object to the form.
19          A       I'm not reading that from this email
20      exchange at all.
21          Q       So what are you reading, are you
22      reading this email broader than what it says?
23          A       I am, yes.
24          Q       Did you ever talk to Mr. Prol in
25      person about this email?

                                                226
1                        - Rita Louie -
2           A       I don't believe so, no.
3           Q       Do you recall whether or not the
4       Tartikov lawsuit had been filed by the time you
5       got this email?
6           A       I don't recall.
7           Q       Do you recall when the Tartikov
8       lawsuit was filed?
9           A       No, I don't.
10          Q       Does July 10th, 2007 ring a bell?
11          A       I don't remember.  I never remember
12      dates off the top of my head.
13          Q       You indicate that you wanted to keep
14      the -- "But we are sure we can maintain our
15      zoning in Pomona and keep our neighborhood rural
                        Page 197

FinalRitaLouie.txt

16      and diverse."  What did you mean about keeping

17      the neighborhood diverse?

18          A       Maintaining the demographic makeup of

19      the village the way it is.  Accepting all people

20      in all areas of the village.

21          Q       How would you be able to maintain the

22      diversity of the village if you were going to

23      strictly enforce the village zoning laws?

24                  MS. NAPP:  Object to the form.

25          A       It has worked historically since 1967,

                                                   227
1                       - Rita Louie -

2       so there's no reason for me to believe that it

3       wouldn't be maintained, the cultural and economic

4       diversity that it has now.

5           Q       You're familiar with Monsey, right?

6           A       Yes.

7           Q       Isn't it true that the Orthodox,

8       Hasidic Jews make up a large segment of the

9       population of Monsey?

10          A       Yes, they do.

11          Q       Isn't it also true that the Orthodox,

12      Hasidic community makes up now a large segment of

13      the population of Ramapo?

14          A       Not all but some sections, yes.

15          Q       What sections would that be?

16          A       The Monsey section.

17          Q       Beyond that are there any other

18      sections in Ramapo that the Orthodox, Hasidic

19      community makes up a significant portion of?

FinalRitaLouie.txt

20          A      New Square Village.

21          Q      Do you believe that once the Orthodox,

22     Hasidic community moves in they tend to take over

23     the community?

24                 MS. NAPP:  Object to the form.

25          A      Not necessarily.


                                                      228
1                    - Rita Louie -

2           Q      Do you believe that in any way?  You

3      said not necessarily, so I'm trying to find out

4      whether or not you believe that in any way?

5           A      No, not always.  There's many

6      communities that are made up of some Orthodox,

7      some Christians, some Muslims.  All over, in

8      Rockland, in Brooklyn, New York, Long Island,

9      Ohio.  There's many mixed communities that have

10     Orthodox and Hasidic people living in them.

11          Q      And they seem to all get along?

12          A      And they seem to all get along in most

13     cases.

14          Q      Are you aware of any cases where they

15     don't get along, the Orthodox, Hasidic community?

16          A      No, I'm not.

17          Q      That's not the case in Pomona, is it?

18     There's no Orthodox, Hasidic community in Pomona,

19     is there?

20                 MS. NAPP:  Object to the form.

21          A      Not in the village, no.

22                 MR. STEPANOVICH:  (Handing document to

23          be marked.)

FinalRitaLouie.txt
24          (Whereupon, Email, 5/11/07, Bates No.
25      POM36709, was marked Plaintiff's Exhibit 301

                                                229
1                      - Rita Louie -
2          for identification.)
3          Q       I'm handing you now, Mrs. Louie,
4      what's been marked as Exhibit 301, and ask if you
5      recognize that?
6          A       I am not completely familiar with
7      this.  I don't remember it that well.
8          Q       Well, it's an email that you wrote?
9          A       But it looks like an email I wrote, so
10     I must have written it.
11         Q       You wrote it to Nick Sanderson and
12     Brett Yagel, right?
13         A       Yes.
14         Q       You indicate, "The Journal News is
15     being used as a pawn in the Tartikov public
16     relations scam and they seem to be falling for it
17     hook, line and sinker."
18                 What did you mean by that?
19         A       I have no idea.  I don't know what
20     editorial this is talking about.
21         Q       How did you know in May of 2007 that
22     Tartikov was "paying Rubenstein over $100,000 to
23     make themselves look good"?
24         A       I don't know.
25         Q       Do you know who told you that?

                      Page 200

FinalRitaLouie.txt

230
1                          - Rita Louie -
2           A      I don't know who told me that or where
3      I found that out.
4           Q      So was it your understanding that back
5      in May of '07 the Village of Pomona was looking
6      bad and Tartikov was looking good?
7                  MS. NAPP:  Object to the form.
8           Q      I'm just using your words.
9           A      It looks like somebody wrote an
10     editorial or the Journal News wrote an editorial
11     that was slanted against the village I guess.
12     But not having the editorial in front of me, I
13     have no idea.
14          Q      You write, "I agree with Marci, the
15     best thing we could do is ignore them."
16                 Them, who are you referring to by
17     them?
18          A      The Journal News.
19          Q      "But how can we get the rest of Pomona
20     to do it?"
21                 Are you asking how can you get the
22     rest of Pomona to ignore the Journal News?
23          A      The Journal News -- it looked like it
24     means the Journal News editorial.
25          Q      Were you bothered that the public


231
1                          - Rita Louie -
2      sentiment regarding the Tartikov issue was making
3      the village look bad?
4                  MS. NAPP:  Object to the form.

FinalRitaLouie.txt

```
5          A     I don't think so -- I don't know.  It
6     appears to me in this email that I was bothered
7     that the Journal News was printing a very biased
8     editorial.
9          Q     Editorial is an opinion that the
10    newspaper writes, correct?
11         A     Correct.
12         Q     Why is it that you believed the best
13    thing you could do was to ignore them?
14         A     Because there was no reason to flame
15    the flames -- what is it, fan the flames on an
16    editorial that was meaningless.
17         Q     What flames do you think would be --
18    would fan?
19         A     I have no idea unless -- Do you have
20    this editorial?  Because I don't know what I was
21    referring to.
22         Q     Is it true that you didn't want to say
23    anything in public that would be termed to be
24    discriminatory?
25               MS. NAPP:  Object to the form.
```

```
                                            232
1                      - Rita Louie -
2          A     No, that's not what this is about at
3     all.
4          Q     You just didn't want the debate to
5     continue?  I'm trying to figure out what it is
6     that you are trying to ignore here.
7                MS. NAPP:  Object to the form.
8          Q     Do you know what it is that you are
```

FinalRitaLouie.txt

9        trying to ignore?

10               MS. NAPP:  Objection.  Asked and

11        answered.  You can answer again.

12        A        It seems to me that the developer had

13        very deep pockets and was able to pay a very high

14        expensive public relations firm, whereas the

15        Village of Pomona did not.  So we could not

16        battle against that, so the best thing to do

17        would be to just ignore them and let them spend

18        all the money they want in public relations

19        scams.

20        Q        It was in your opinion a scam, a

21        public relations scam?

22        A        It was in my opinion a scam.

23        Q        Why?

24        A        Because developers do it all the time,

25        it's a trick developers use.  They pay a lot of

                                                          233
1                         - Rita Louie -

2        money to public relations firms to make

3        themselves look like they are doing wonderful

4        things and it's not always the truth.

5        Q        That's what you think Tartikov did in

6        this case?

7        A        I wasn't sure.  I don't know for sure,

8        but it could have.

9        Q        That's what you thought back in --

10        A        That's what I thought back in 2007

11        apparently when I wrote this email, yes.

12        Q        So you thought the public relations

FinalRitaLouie.txt

13      firm was lying for Tartikov?

14              MS. NAPP:  Object to the form.

15      A       I thought the public relations firm

16      was doing their job.

17      Q       Which is?

18      A       What they were being paid for.

19      Q       Which was?

20      A       To try and sway public opinion.

21      Q       Do you know if it was working?

22              MS. NAPP:  Object to the form.

23      A       No, I don't.

24      Q       The sentiment in your community in

25      Pomona regarding the Tartikov project, is it

234

1                       - Rita Louie -

2       still about the same today as it was back in '07?

3               MS. NAPP:  Object to the form.

4       A       I would say the sentiment about

5       development overall is the same as it was, yes.

6       Q       So it looks like Tartikov lost a lot

7       of money.

8               MS. NAPP:  Objection.

9       Q       I'll retract it.

10              I think I've asked you this Mrs.

11      Louie, and I apologize.  The sentiment in Pomona

12      back in 2007 on the Tartikov project was

13      generally negative, right?

14              MS. NAPP:  Object to the form.

15      A       The sentiment was generally

16      uncertainty.  Nobody really knew what was going

FinalRitaLouie.txt

17    on, because there were too many rumors floating
18    around.
19        Q     Do you have any personal knowledge
20    that Mr. Savad reached out to the village board
21    to meet and explain some of the specifics about
22    the project, do you know that?
23        A     I think -- I don't know -- I think
24    they may have wanted to meet with the village.
25    But I don't know what the premise was to meet

                                                    235
1                    - Rita Louie -
2    with the village board.
3        Q     Do you know anything about a meeting
4    that the Tartikov group had at the Comfort Inn in
5    May of 2007?
6        A     No, I was not at that meeting.
7        Q     Why not?
8        A     I don't know why.  I don't think I
9    knew about it, actually.
10       Q     So this is about a month after you get
11    elected, right?
12       A     Right.
13       Q     And the developers of the largest
14   project in Pomona is holding a public meeting,
15   right?
16             MS. NAPP:  Object to the form.
17       A     Correct.
18       Q     And it was the single most important
19   factor in your campaign, right?
20             MS. NAPP:  Object to the form.
                   Page 205

FinalRitaLouie.txt

21      A       Correct, yes.

22      Q       And you didn't go?

23      A       I don't think I knew about it.

24      Q       So it's your testimony that you were

25      not informed of this meeting in May of '07?

236

1                       - Rita Louie -

2                       MS. NAPP:  Object to the form.

3       A       It's my testimony that I don't believe

4       I was informed in advance of this meeting at the

5       Comfort Inn.  And if I was, I don't know why I

6       wouldn't have gone.

7       Q       Do you know of anybody else in the

8       village that went to the meeting?

9       A       I don't remember talking to anybody

10      about this meeting.

11      Q       You don't recall receiving an

12      invitation to the meeting at your home address?

13      A       I don't recall receiving an invitation

14      to this meeting, no.

15      Q       And you don't recall talking to anyone

16      else on the board about this meeting?

17      A       I don't.

18      Q       What about talking to anybody else on

19      the board after the meeting, did you talk to

20      anybody then?

21                      MS. NAPP:  Object to the form.

22      A       I have no recollection of this Comfort

23      Inn meeting at all.

24      Q       Did you read the article in the

FinalRitaLouie.txt

25      Journal News the day after the meeting about the

                                                    237
1                     - Rita Louie -
2       meeting?
3                     MS. NAPP:  Object to the form.
4           A      I don't know what meeting you're
5       referring to.  I have absolutely no recollection
6       of this meeting at the Comfort Inn.  I don't even
7       remember that it happened, seriously.  I may have
8       been out of town.  You know what, I should check
9       the dates.  Maybe I was away, because I don't
10      remember it at all.
11          Q      Do you recall anybody speaking at the
12      village meeting after May of 2007 and telling
13      what happened at the meeting?
14                    MS. NAPP:  Object to the form.
15          A      It's possible, but I'd have to review
16      the meeting minutes to see.
17          Q      Again, I think this will be the last.
18      It's hard for me to believe and I'm not implying
19      anything by that.
20                    So it's your testimony that you have
21      absolutely no recollection about this meeting
22      held by Tartikov in May of 2007 at the Comfort
23      Inn?
24          A      That is my testimony.  Unless my brain
25      is on a glitch or maybe I was away that week.

                                                    238

FinalRitaLouie.txt
- Rita Louie -

1
2      But I have no idea how I missed that.
3           Q      Had you known about it would you have
4      gone?
5           A      I would imagine so, yeah.
6           Q      Why?
7           A      Because I go to all the meetings.  I
8      go to a lot of meetings.
9           Q      You would have gone because you
10     thought it's important as a village official to
11     go to a meeting like that, right?
12                 MS. NAPP:  Object to the form.
13          A      I would have gone as a concerned
14     citizen, not just as a village official.
15                 MR. STEPANOVICH:  (Handing document to
16          be marked.)
17                 (Whereupon, Emails, Bates No.
18          POM16952, was marked Plaintiff's Exhibit 302
19          for identification.)
20          Q      Do you know how much Tartikov paid for
21     the property?
22          A      I'm not sure.  I want to say -- I
23     don't know.  I don't know.
24          Q      Back in '07 do you have any idea what
25     that property was worth?

239
1                     - Rita Louie -
2           A      I probably did at the time, but right
3      now I don't remember.
4           Q      I'm handing you now, maybe this will

FinalRitaLouie.txt

5      help, No. 302.  It looks like it's an email
6      chain, but I'm not going to ask you about all of
7      that.  I'm going to ask you about the middle
8      there.  It looks like it's an email from you to
9      Brett Yagel, copies to deerkill@att.net.  which,
10     by the way, do you recall whose email address
11     that is, deerkill@att.net?
12          A       No.  Deerkill is probably Bob Rhodes
13     because he's the Deerkill guy.
14          Q       Then Bob Prol, Nick Sanderson.
15     Tartikov suit.  You write, "Here's a better
16     question.  Where did the money come from to buy
17     this property?  I can't imagine any legitimate
18     investor dishing out four times the value for a
19     piece of property that will generate no income.
20     I say follow the money and the truth will be
21     revealed."
22              That's what you write, correct?
23          A       Correct.
24          Q       Now does that, first of all, refresh
25     your recollection what Tartikov to your knowledge

                                                     240
1                      - Rita Louie -
2      paid for the property?
3          A       Evidently at the time I thought it was
4      four times the value of the property.
5          Q       Of course you're in -- you have an
6      understanding of the value of property, correct?
7          A       Somewhat, sometimes.
8          Q       You say, "I can't imagine any
                        Page 209

FinalRitaLouie.txt

9      legitimate investor dishing out four times the
10     value for a piece of property that will generate
11     no income."
12             So did you believe back on July 16th,
13     2007 that the purchase was a scam?
14     A      I may have believed that.  I may have
15     believed that there was something strange about
16     the price of the property.  I may have believed
17     that there was something crazy going on with the
18     amount that was paid for the property.  You know,
19     I asked the question, like how did this happen?
20     That was a question I was asking.  I had a
21     question in my mind, why would somebody pay so
22     much for this piece of property?
23     Q      Well, it's 100 acres, right?
24     A      Yes.
25     Q      In the middle of this beautiful

                                                    241
1                      - Rita Louie -
2      village, right?
3      A      Yes.
4      Q      Winding streams.
5      A      Bucolic rolling hills.
6      Q      Bucolic rolling hills.
7              MS. NAPP:  Objection.  Question.
8      Q      So there is some value to property in
9      Pomona, right?
10     A      Absolutely.
11     Q      You say, "I say follow the money and
12     the truth will be revealed."

FinalRitaLouie.txt

13                When you say truth that means -- what
14     do you mean by that?
15          A      That means, you know, that there may
16     have been some underlying motivation for buying
17     this piece of property that was not being
18     revealed to the public at the time.
19          Q      Did you have any reason back in July
20     of '07 to believe that the property was not going
21     to be used as a rabbinical college?
22          A      I had no idea what the property was
23     going to be used for at that time.
24          Q      We understand there weren't any
25     specific plans.  I know that you've talked about

                                                          242
1                    - Rita Louie -
2      that.  But you did know that the general plan was
3      to use it for a rabbinical college, correct?
4           A      Correct.
5           Q      With housing for the students and
6      their families, right?
7           A      I did not know that, no.
8           Q      You did not know that?
9           A      I didn't know the whole plan, no.  I
10     never knew the whole plan.  I still don't know
11     the whole plan.
12          Q      I understand that, but what I'm asking
13     is a specific question.  Did you know back in
14     July of '07 that the plan had at least a general
15     concept for housing?
16          A      The plan had a general concept for a
                          Page 211

FinalRitaLouie.txt

17        college with dormitories and that I knew, yes.

18            Q      Dormitories, housing.  And did you

19        understand at the time that families would live

20        in these dormitories?

21            A      That's what the rumor was.

22                   MR. STEPANOVICH:  (Handing document to

23            be marked.)

24                   (Whereupon, Emails, Bates No.

25            POM21286, was marked Plaintiff's Exhibit 303


                                                    243
1                        - Rita Louie -

2            for identification.)

3            Q      I'm handing you now, Mrs. Louie,

4        what's been marked as Exhibit 303.  And do you

5        know who spookrock@gmail.com is?

6            A      Spookrock is Mike Parietti.

7            Q      Who is Mike Parietti?

8            A      Mike Parietti is -- he lives in Ramapo

9        and he's an activist in the community.  And I

10        believe he has run for office, but he helped me

11        on some of my campaigns also.

12            Q      Who is Tina Frawley?

13            A      Tina Frawley was a resident, and I

14        don't even know where she lives.  I thought she

15        lived in the village, but she might not.

16            Q      In the middle there it looks like an

17        email from you January 20th, 2010 writing to

18        Tina.  You see where I'm at?

19            A      Yes.

20            Q      Towards the middle there you write,

                        Page 212

FinalRitaLouie.txt

```
21        "In addition, at the public hearing the applicant
22        said 'religious people' would be living here and
23        not going to public schools."
24              A       I don't see that.
25                      Oh, it's right in the middle.
```

                                                               244
```
 1                      - Rita Louie -
 2              Q       "In addition, at the public hearing
 3        the applicant said 'religious people' would be
 4        living here and not going to public schools."
 5                      This I think is in reference to a
 6        development in Ramapo if I'm not mistaken.
 7              A       Yes.
 8              Q       What do you mean by, quote, religious
 9        people?  Orthodox, Hasidic Jews?
10                      MS. NAPP:  Object to the form.
11              A       This is in reference to the downzoning
12        of the Patrick Farm development.  And in the
13        public hearing the developer, who was an Orthodox
14        religious Jew, specifically said that religious
15        people would be living there and would not be
16        going to the public schools.
17              Q       You heard that because you were at the
18        meeting?
19              A       I heard that because I was there at
20        the meeting, yes.
21              Q       Why do you have religious people in
22        quotes?
23              A       That was a quote.
24              Q       I see.  You were just capturing it in
```
                         Page 213

FinalRitaLouie.txt
25          terms used.

                                                    245
1                        - Rita Louie -
2          A      That's what the applicant said.
3          Q      The developer.
4          A      Yes.
5          Q      Then you write the next sentence, "The
6      town cannot in good conscience change the
7      comprehensive plan and zoning to accommodate the
8      development of a segregated community."
9                 Did I read that accurately?
10         A      Correct, yes.
11         Q      What do you mean by -- who are you
12     referring to by segregated community?
13                MS. NAPP:  Object to the form.
14         A      I'm referring to the applicant's
15     reference to religious people who would be living
16     there and not going to the public schools, where
17     he was absolutely indicating that the community
18     would be segregated.
19         Q      Meaning they would what, in your view
20     not assimilate into the surrounding community?
21                MS. NAPP:  Object to the form.
22         A      Meaning they would be a community of
23     religious people not going to the public schools.
24         Q      Do you find that to be a -- Wouldn't
25     that be a good thing for the public schools?

                                                    246
1                        - Rita Louie -

FinalRitaLouie.txt

2                MS. NAPP:  Object to the form.

3        A       It would be a very good example of a

4    town in reference to your previous questions

5    approving zoning that was in violation of the FHA

6    laws.

7        Q       What would be?

8        A       Changing the zoning laws to

9    accommodate a community of religious people who

10   are not sending their children to public schools

11   as this applicant wanted to do.

12       Q       I think I missed something there.  Are

13   you saying to do that would be a violation of the

14   Fair Housing laws?

15       A       You know, I'm trying to go back to

16   what you were asking about before.  I would see

17   it that way.  It could be construed that way.

18       Q       Why, because the town is catering to a

19   specific religious group?

20               MS. NAPP:  Object to the form.

21       A       Not catering to.  But spot zoning

22   to -- yeah, to create a zone of one religious

23   group, yes.

24       Q       Have you ever heard of Kiryas Joel?

25       A       Yes, I have.


                                                    247
1                   - Rita Louie -

2        Q       Isn't that what's happening in Kiryas

3    Joel?

4        A       I'm not aware of what's happened in

5    Kiryas Joel over the years.  I wasn't involved in

                        Page 215

FinalRitaLouie.txt

6      the zoning changes there.

7          Q      Have you ever been to Kiryas Joel?

8          A      No, I have not.

9          Q      Do you know who lives in Kiryas Joel?

10         A      Kiryas Joel residents.

11         Q      Orthodox, Hasidic Jews, is that true?

12     Do you understand that?

13         A      That's what I heard.

14         Q      Do you understand that the entire

15     village is made up of Orthodox, Hasidic Jews?

16         A      Yes, I have heard that.

17         Q      So you personally have an issue with

18     a, quote, segregated community to use your words?

19              MS. NAPP:  Object to the form.

20         A      Yes, I personally have an issue with

21     any segregated community, absolutely.

22         Q      What is that, what is -- why?

23         A      I would vehemently object to anybody

24     coming in to any area and creating a community of

25     one specific group on purpose, absolutely.

                                                    248

1                    - Rita Louie -

2          Q      Why?

3          A      It's -- this is America.  We are a

4      melting pot.  You keep one group out of one area

5      and another group out of another area

6      specifically, that would be discriminatory.

7          Q      Well, the residents in Patrick

8      Farms -- this is related to Patrick Farms, right,

9      this email?

FinalRitaLouie.txt

10        A        This is related to Patrick Farm, yes.

11        Q        The residents in Patrick Farms would

12    have a choice as to whether or not they wanted to

13    live there, right?

14        A        Yes.

15        Q        And if they wanted to live amongst

16    people of a similar background, is there a

17    problem with that?

18                 MS. NAPP:  Object to the form.

19        Q        In your view.

20        A        No, not at all.

21        Q        Do you believe the Orthodox, Hasidic

22    community intentionally segregates itself from

23    assimilating into the general community?

24                 MS. NAPP:  Object to the form.

25        A        Yes, I do at times.  Depends on the

                                                    249
1                      - Rita Louie -

2    extremity of the sect.

3        Q        What sect would be the most extreme in

4    that regard?

5        A        I'm not familiar enough to comment on

6    that.

7        Q        Do you have any understanding then of

8    any religious basis for the Orthodox, Hasidic

9    Jews to segregate themselves in a community?

10        A        The conversations I've had with some

11    rabbis, they have told me that the leaders in the

12    community want to keep their religion pure.

13    That's a quote.
                         Page 217

FinalRitaLouie.txt

14          Q      Do you know, did you understand what
15     he meant by that?
16          A      That was an explanation of why they
17     don't want their community to assimilate.
18          Q      Do you agree with that?
19          A      I don't agree or disagree.  It's just
20     the way it is.
21               MR. STEPANOVICH:  (Handing document to
22          be marked.)
23               (Whereupon, Emails, Bates No.
24          POM16954, was marked Plaintiff's Exhibit 304
25          for identification.)

                                        250
1                    - Rita Louie -
2          Q      I'm handing you now, Mrs. Louie,
3     what's been marked as Plaintiff's Exhibit No.
4     304.  It looks like an email exchange, at least
5     on the first page because that's all I'm
6     concerned about, another email exchange with you
7     and Bob Prol.
8          A      Yes.
9          Q      And you write to Bob Prol, this is
10     July 12, 2007.  "Thanks Bob.  I'm assuming you've
11     forwarded these comments to Preserve Ramapo,
12     et. al.  Let's try to get a new group together as
13     a spin-off of Preserve Ramapo, made up of mainly
14     Orthodox Jews and other Monsey residents.  There
15     are many, many people that want to get involved,
16     but I cannot do it because of my position.  We
17     must get rid of St. Lawrence and get Ramapo back

FinalRitaLouie.txt

18       on the right track.  Thanks again for all your
19       support.  Rita."
20                Now, that's your email that you wrote
21       to Mr. Prol, correct?
22            A     Correct.
23            Q     So on July 12, 2007 you were a member
24       of the board of trustees, correct?
25            A     Yes, I was.

                                                    251
1                      - Rita Louie -
2            Q     Is that why you couldn't get involved
3       in this, putting together a new spin-off of
4       Preserve Ramapo?
5                MS. NAPP:  Object to the form.
6            A     Possibly.
7            Q     I'm just trying to get an
8       understanding why you felt that you couldn't get
9       involved in a public grass roots organization.
10               MS. NAPP:  Object to the form.
11           A     I think again at the time, you know, I
12      was still new to the board.  There was the
13      lawsuit.  I guess it was already filed.  And I
14      did not want to get involved in any new
15      organizations.
16           Q     Is that because you didn't want your
17      name associated with any of those kinds of
18      organizations?
19               MS. NAPP:  Object to the form.
20           A     No, not necessarily.  My name is
21      associated with many, many organizations back

FinalRitaLouie.txt

22     then and going forward and since then.  So I

23     don't know why at that time I wouldn't have

24     wanted to be involved in putting together a new

25     organization, unless it was something I didn't

252

1                    - Rita Louie -

2      feel like I could do at the time.

3          Q       Well, if you could just take a minute.

4      This whole email chain really is in reference to

5      the Tartikov lawsuit, right?

6          A       Uh-huh, yes.  Tartikov sues village,

7      yes.

8                  MS. NAPP:  I'm just going to interpose

9             a belated objection there.

10                 (Off-the-record discussion.)

11         Q       The subject of the email is, "Even the

12     Jewish blogs support Pomona and want to testify

13     on our behalf."

14                 And what is it that you were

15     attempting to communicate here to Mr. Prol in

16     this email?

17                 MS. NAPP:  Object to the form.

18         A       I think we were just brainstorming

19     about how the Jewish community feels about the

20     proposed, you know, about the lawsuit that had

21     just been filed.

22         Q       So isn't it true that you were trying

23     to get the word out that even Orthodox Jews and

24     other Monsey residents oppose the Tartikov

25     project?

FinalRitaLouie.txt

253
1                    - Rita Louie -
2         A     Yes, absolutely.
3         Q     You thought it was important that that
4    fact, that Orthodox Jews and Monsey residents are
5    opposed to the Tartikov project, you thought it
6    was important to get that word out, right?
7              MS. NAPP:  Object to the form.
8         A     Yes, I thought it was important to get
9    that word out.
10        Q     But you didn't want to have your name
11   associated with that purpose, right?
12             MS. NAPP:  Object to the form.
13        A     I don't know if that's the reason I
14   couldn't get involved at the time.  I may have
15   been too busy with other things, because I was
16   new on the board.  I can't imagine any group that
17   I wouldn't want my name associated with.  Because
18   like I said, I am involved with many, many groups
19   and I'm not afraid to put my name out there.
20        Q     Why do you believe you had to get rid
21   of St. Lawrence and then get Ramapo back on the
22   right track?
23        A     I was very angry at the time that the
24   Patrick Farm property had been downzoned.  And
25   St. Lawrence sat as the chair and as the

254
1                    - Rita Louie -

FinalRitaLouie.txt
```
2        supervisor on that board who was the lead agency
3        on that decision.
4            Q      In your opinion back in July of '07
5        Ramapo was on the wrong track?
6            A      Correct.
7            Q      Why was it on the wrong track?
8            A      Because of all the downzoning that had
9        gone on within the year before, in that year.
10           Q      And the adult student housing as well?
11           A      All of the downzoning.  Two acre to
12       one acre, one acre to multi-family, multi-family
13       to adult student housing.
14                  MR. STEPANOVICH:  (Handing document to
15           be marked.)
16                  (Whereupon, Article written to Journal
17           News Editorial Page, Bates No. POM20042, was
18           marked Plaintiff's Exhibit 305 for
19           identification.)
20           Q      You've been handed Exhibit 305, Mrs.
21       Louie.  If you could take a look at that?
22           A      (Complying.)  Yes.
23           Q      Now, this is an email to the Journal
24       News editorial page from Rita J. Louie, 1 Secor
25       Court, Pomona, 845-354-0292.  Regarding:  Pomona
```

                                                    255
```
1                        - Rita Louie -
2        Rabbinical College Not a Natural Progression.
3                   Is that what the heading says?
4            A      Yes.
5            Q      You wrote this email?
```
                        Page 222

```
                         FinalRitaLouie.txt
  6                MS. NAPP:  Objection.
  7         Q      Strike that.
  8                Did you write this document 305?
  9         A      I wrote it together with Brett Yagel.
 10         Q      So the edits here in this document,
 11    were they done by you or Mr. Yagel?
 12         A      Mr. Yagel.
 13         Q      So when you say you wrote it with Mr.
 14    Yagel, you and he originally drafted it?
 15         A      I believe I drafted the -- would have
 16    drafted the original letter and sent it to Mr.
 17    Yagel and he edited it and sent it out.
 18         Q      Sent it on to the Journal News?
 19         A      Correct.
 20                MR. STEPANOVICH:  (Handing document to
 21         be marked.)
 22                (Whereupon, Article entitled, "Pomona
 23         rabbinical college not a 'natural'
 24         progression," Bates No. RC1656, was marked
 25         Plaintiff's Exhibit 306 for identification.)
```

```
                                                    256
  1                     - Rita Louie -
  2         Q      I'm handing you now, Mrs. Louie,
  3    what's been marked as 306.  Ask if you've ever
  4    seen this before, Mrs. Louie?
  5         A      (Perusing document.)  It's the same
  6    letter.
  7         Q      But the author is Lynn Yagel, right?
  8         A      Yes.
  9         Q      And if you and Mr. Yagel wrote this
```

FinalRitaLouie.txt

```
10        same letter, why was it submitted to the Journal
11        News by Lynn Yagel?
12                 MS. NAPP:  Object to the form.
13            A        Probably because -- the only reason I
14        could think of is that I probably had a letter
15        already submitted to the Journal News just before
16        that and you can't submit more than one letter
17        within thirty days from the same person.  So we
18        had drafted the letter but could not send it out
19        because the Journal News would not have accepted
20        it.  So we may have asked Lynn if she would sign
21        her name to it.
22            Q        But you and Mr. Yagel wrote the
23        letter?
24            A        Yes, probably.  I mean it appears so,
25        yes.
```

257
```
1                       - Rita Louie -
2            Q        You remember writing this letter?
3            A        I vaguely remember writing a lot of
4        letters.
5            Q        Do you remember writing this letter?
6            A        This particular letter?
7            Q        You indicated that you wrote it.
8            A        I vaguely remember writing this
9        letter, because I remember making reference to
10        the Revolutionary War.
11            Q        This was what, about a month or so
12        before the election, right?
13            A        Yes.
```

FinalRitaLouie.txt

14      Q       The regarding line on 305 and then the

15   title of the letter on 306, "Pomona rabbinical

16   college not a natural progression."

17              So what did you mean by that, that the

18   Pomona rabbinical college is not a natural

19   progression?

20              MS. NAPP:  Object to the form.

21      A       I believe we were responding to a

22   statement in a previous letter in the Journal

23   News that it was a natural progression.

24      Q       Do you recall, I think you may be

25   referring to maybe a comment by Mr. Savad that

258

1                    - Rita Louie -

2    the rabbinical college was just a natural

3    progression of the sort of change in population

4    in Pomona; is that what you're referring to?

5       A       Yes.

6       Q       And your opinion is that it was not a

7    natural progression, right?

8       A       In my opinion it was not a natural

9    progression.

10      Q       Why not?

11      A       A natural progression indicates a slow

12   progressive evolution of demographics and changes

13   in a town or a village that happens naturally due

14   to climate or due to areas or due to jobs, not

15   necessarily putting in a large development.

16      Q       So a natural progression is something

17   that has to start and then develop; is that

FinalRitaLouie.txt

18    right?

19              MS. NAPP:  Object to the form.

20        Q     Over a period of time.  Is that right?

21        A     Correct.

22        Q     The third paragraph says, "To say that

23    a virtual mini-city within the village that will

24    house thousands of homogenous individuals is

25    natural in any way is simply not true."

                                              259

1                      - Rita Louie -

2              So the homogenous individuals that you

3     refer to there, those are the Orthodox, Hasidic

4     Jews, right?

5         A     Yes.

6         Q     And you knew back then in February of

7     '07 that the inhabitants living in the housing in

8     the rabbinical college would be Orthodox, Hasidic

9     Jews, right?

10             MS. NAPP:  Object to the form.

11        A     If this was in response to a statement

12    made in Mr. Savad's letter, that's what I would

13    have been referring to.

14        Q     Isn't it true that you didn't want

15    this letter submitted under your name because you

16    were running for election and you didn't want

17    your name associated with this article?

18             MS. NAPP:  Object to the form.

19        A     On the contrary.  I would think we

20    would have wanted an article in the paper because

21    we were running for election and you want as much

FinalRitaLouie.txt

22      publicity as you can get.  But I believe we had

23      already submitted a letter or were about to

24      submit another letter so we couldn't submit it

25      under our name.

                                                    260
1                      - Rita Louie -

2          Q      So if you could have signed your name

3      and submitted this letter under your name, you

4      would have done it?

5          A      Absolutely.

6          Q      I have nothing further.

7               MS. NAPP:  No questions.

8               MR. STEPANOVICH:  Again, I thank you

9      very much.

10              We'll just I think hold this open on

11      the issue only of the Marci Hamilton

12      retainer.

13              MS. NAPP:  Yes.

14              MR. STEPANOVICH:  Okay.

15              MS. NAPP:  Agreed.

16              (Time Noted:  6:57 p.m.)

17                      *   *   *

18

19              _____
                        Rita Louie
20

21

22      Subscribed and sworn to
        before me this     day
23      of             , 2014

24      _____

25

FinalRitaLouie.txt

```
                                                    261
1
2                       E X H I B I T S
3
4                                           For Ident.
5        Plaintiff's     Description        Page/Line No.
6
7
         Ex 260 Notice of Deposition        4     4
8
         Ex 261 Defendants'                 7    20
9               Supplemental Responses
                To Plaintiffs' First
10              Interrogatory

11       Ex 262 Defendant Louie's          12     6
                Supplemental Responses
12              To Plaintiffs' Second
                Set Of Interrogatories
13
         Ex 263 Board of Trustees          26     7
14              Meeting Minutes,
                5/9/05
15              Bates No. POM17495

16       Ex 264 Memo 8/29/07, Document     30     3
                Hold and Preservation
17              Notice - Privileged
                and Confidential
18              Bates Nos. POM0007310-14

19       Ex 265 Affirmation of Rabbi       71     7
                Fromowitz
20              Bates No. RC267

21       Ex 266 Preserve Ramapo email,     71    19
                1/9/07
22              Bates No. POM13255

23       Ex 267 Email dated 8/7/07         78    17
                Bates No. POM16497
24

25
```

```
                                                    262
1
2                       E X H I B I T S
                        Page 228
```

FinalRitaLouie.txt

```
 3

 4
                                               For Ident.
 5       Plaintiff's     Description           Page/Line No.

 6

 7
         Ex 268 Campaign Literature,        85    10
 8              Endorsement
                Bates No. POM20043
 9
         Ex 269 Email dated 8/3/07         104     5
10              Bates No. POM21331

11       Ex 270 Email dated 3/17/07        113    12
                Bates No. POM16974
12
         Ex 271 Campaign Literature        119    21
13              Bates No. POM20045

14       Ex 272 Campaign Literature,       128    13
                Candidate Endorsement
15              Bates No. POM20296

16       Ex 273 Note to Rita               129    23
                Bates No. POM20311
17
         Ex 274 Campaign Literature        132    24
18              Bates No. POM33090

19       Ex 275 Campaign Literature        136    14
                Bates No. POM20516
20
         Ex 276 Emails                     140    20
21              Bates No. POM16975

22       Ex 277 Email dated 3/26/07        153    16
                Bates No. POM21291
23
         Ex 278 Campaign Literature        155    16
24              Bates No. POM21311

25
```

```
                                              263
 1

 2                    E X H I B I T S

 3

 4
                                           For Ident.
 5       Plaintiff's     Description       Page/Line No.

 6
```

FinalRitaLouie.txt

```
7
                Ex 279 Printout of Journal      156   21
8                      News article, 4/2/07
                       Bates Nos. RC1682-83
9
                Ex 280 Posting                  159    7
10                     Bates No. PROL0000006

11              Ex 281 Emails                   160   23
                       Bates No. POM17112
12
                Ex 282 Emails                   169   21
13                     Bates Nos. POM16969-72

14              Ex 283 Document pertaining to   171   17
                       Conference August
15                     16-18, 2007
                       Bates No. POM11646
16
                Ex 284 Emails                   173   15
17                     Bates No. POM17094

18              Ex 285 Emails                   177    6
                       Bates No. POM33424
19
                Ex 286 Printout of article,     180    3
20                     "In a Town Divided, a
                       Wispy Boundary Between
21                     Land Use and Religion"
                       Bates Nos. RC1618-19
22
                Ex 287 Article entitled,        181   25
23                     "Culture Clash"
                       Bates No. RC1810
24

25
```

```
                                              264
1

2                        E X H I B I T S

3

4
                                    For Ident.
5       Plaintiff's     Description   Page/Line No.

6

7
                Ex 288 Emails                   184    5
8                      Bates No. POM33312

9               Ex 289 Posting, 1/21/10         185   21
                       Bates No. POM33886
10
```

Page 230

```
                        FinalRitaLouie.txt
            Ex 290 Posting, 1/22/10        187    10
11                 Bates No. POM33884

12          Ex 291 Posting, 1/26/10        188    13
                   Bates No. 33880
13
            Ex 292 Posting, 12/27/11       189    17
14                 Bates No. 33865

15          Ex 293 Posting, 12/17/11       191     9
                   Bates No. POM33869
16
            Ex 294 Posting, 12/17/11       191    18
17                 Bates No. POM33868

18          Ex 295 Minutes of Pomona       192     3
                   Board of Trustees
19                 Meeting, 4/23/07
                   Bates Nos. RC1339-1381
20
            Ex 296 Minutes of Pomona       192     3
21                 Board of Trustees
                   Meeting, 4/23/07
22                 Bates Nos. RC1339-1381

23          Ex 297 Email dated 8/3/07      202     2
                   Bates No. POM16948
24

25
```

```
                                                   265
 1

 2                    E X H I B I T S

 3

 4                                    For Ident.
            Plaintiff's    Description  Page/Line No.
 5

 6

 7          Ex 298 Affidavit In          202    19
                   Opposition To
 8                 Defendants' Motion To
                   Dismiss
 9                 Bates Nos. RC163-165

10          Ex 299 Email dated 2/25/07   209    21
                   Bates No. POM19626
11
            Ex 300 Emails                 212    22
12                 Bates No. POM19626

13          Ex 301 Emails                 219     7
                   Bates No. POM16957
14
```

```
                    FinalRitaLouie.txt
          Ex 302 Email, 5/11/07          228   24
15               Bates No. POM36709

16        Ex 303 Emails                  238   17
                 Bates No. POM16952
17
          Ex 304 Emails                  242   24
18               Bates No. POM21286

19        Ex 305 Emails                  249   23
                 Bates No. POM16954
20
          Ex 306 Article written to      254   16
21               Journal News Editorial
                 Page
22               Bates No. POM20042

23        Ex 307 Article entitled,       255   22
                 "Pomona rabbinical
24               college not a
                 'natural' progression"
25               Bates No. RC1656
```

                                                            266

```
 1

 2        STATE OF NEW YORK  )
                             )         ss.
 3        COUNTY OF ROCKLAND )

 4

 5

 6                      I, Gale Salit, a shorthand reporter and

 7               Notary Public within and for the State of New

 8               York, do hereby certify:

 9                      That RITA LOUIE, the witness whose

10               examination is hereinbefore set forth, was

11               duly sworn by me and that the transcript

12               of said examination is a true record of the

13               testimony given by the witness.

14                      I further certify that I am not related

15               to any of the parties to this action by blood

16               or marriage and that I am in no way interested

17               in the outcome of this matter.

18                      IN WITNESS WHEREOF, I have hereunto set
                              Page 232
```

FinalRitaLouie.txt

19              my hand this 26th day of June, 2014.

20

21

22              _____

23              Gale Salit
                Shorthand Reporter

24

25