1   VILLAGE OF POMONA:NEW YORK
    BOARD OF TRUSTEES;                          t;E;   IGINAL

    ----------------------------------------- x

4   PUBLIC HEARINGS ON:
    LOCAL LAW AMENDMENT:• DORMITORIES(CONTINUED)
5   LOCAL LAW AMENDMENT: WETLANDS

6                                  ------------·
Monday -- 7:30 p.m.
7   J a n u a r y   2 2 ,   2 0 0 7

8                              Town Hall
                               Pomona, New York
9
    B E F O R  E :
10
                    VILLAGE OF POMONA BOARD OF TRUSTEES
11  PRESENT:
                HERBERT MARSHALL, MAYOR
12                  NICK SANDERSON, DEPUTY MAYOR
                    IAN BANKS, TRUSTEE
13                  ALAN LAMER, TRUSTEE
                    ALMA ROMAN, TRUSTEE
14                  DORIS ULMAN, VILLAGE ATTORNEY
                    MICHAEL ZRELAK, BUILDING INSPECTOR
15                  LESLIE SANDERSON, VILLAGE CLERK

16

17

18

19

20

21

22              SANDY SAUNDERS REPORTING
23                2.54 South Main Street
                       Second Floor
24              New City, New York 10956
                    (845) 634-7561
25

PLAINTIFF'S
Meg
119
4/30/14
PENGAD 8X

1      (Meeting opened with Pledge of Allegiance)

2      MAYOR MARSHALL: Okay, if you want to speak

3   tonight, please fill out a participation request

    form and turn it into the village clerk.

4      All right, a couple of things before we begin

6   the meeting; to avoid any misunderstanding about

7   tonight's proceedings, this is a regularly scheduled

8   meeting of the Village Board of Trustees. Tonight's

9   agenda includes five public hearings, and a

10  significant amount of normal village business. It

11  does not include any discussion concerning any

12  proposed development of the Camp property located on

13  Route 306, at Route 202. Since no such development

14  plans have been submitted to the village, there is

15  nothing to discuss. Because of the high number of

16  public hearings on tonight's agenda, the order of

17  agenda items will be changed, moving the open period

18  to the time slot following the public hearings.

19     Now a word on the conduct of the meeting; the

20  purpose of this meeting is to allow the Board of

21  Trustees to handle the many issues involved in the

22  regular functioning of village government. It is

23  not and cannot become an open forum for public

24  debate. There simply is not enough time.

25     However, there are specific times set aside for

public comment and interaction such as the public
hearings, and the open period. Other public
involvement in the meeting cannot be allowed. During
the public comment period if you would like to be
recognized, it will be necessary to submit a
participation request form to the village clerk.
When your name is called, if you wish to address the
board, you will be required to approach the podium,
and enter your name and address into the record and
then proceed with your comments. Each speaker will
be limited to three minutes, unless questioned by
the board. I ask that you try to keep your comments as
brief *as* possible, and during the public hearing
restrict their content exclusively to the published
subject of the hearing. The scheduled duration of
the open period, in which you can say whatever you'd
like, so long as it's not a personal attack, will be
limited to 45 minutes. if the regular business of
the meeting is completed prior to 10 P. M. there
will be a second brief open period to entertain any
additional questions which may arise from the
conduct of our meeting.

All right, now that being said, we're going to
get underway. Before we do, however, is there
anyone who has filled out a form who hasn't had it

collected? Ladies and gentlemen, you cannot stand
in the doorway. If you are going to attend the.
meeting you have to move back into the room. You
cannot stand and block the doorway.

FROM THE FLOOR: (Unidentified) Why do you seem
so mad at all of us? We're just here_ Tell *us*
where to stand and we'd be happy to stand.

MAYOR MARSHALL: Why not go down the middle.
Does anyone have a participation request form that
hasn't been turned in?

Okay. We're going to begin our meeting. The
first item on the agenda is a continued public
hearing concerning the Local Law Amendment on
dormitories. Now, as I explained at the beginning of
the last public hearing, this law is a simple and
very minor amendment, as part of our normal process
of evaluating, of revising our laws, and for your
information our village laws are a work in progress.
They're amended on a regular basis, particularly
when they are influenced by new legislation that
has, or new court decisions that have come down. In
the case of the dormitory law, it is a law that has
been on the books since. 2004. The changes are very,
very minor, and they were discussed at length during
the last public hearing.

Now, at this time if the village clerk will

2    hand me the participation request form's, we will

3    open the public hearing concerning dormitories, and
     the first one to speak will be Susan Cooper.

5    FROM THE FLOOR: Put me at the end if you

6    would.

7    MAYOR MARSHALL: Second will be Paul Savad.

8    FROM THE FLOOR: I'm an attorney. My name is

9    Paul Savad. My office is in Nanuet, New York. As

10   everyone knows. I was here last time. I represent

11   Tartikov in the capacity as their attorney, and

12   wish to speak, and I'll speak as quickly as

13   possible, but I have some meaningful things I'd like

14   to say about this law. We believe that our

15   particular property of a hundred acres plus is the

16   largest undeveloped parcel in the village. We

17   believe that what may be minor changes to you is

18   discriminatory on its face, and it is designed to

19   totally and completely exclude dormitories and also

20   to exclude adult student housing.

21   The first thing I would ask is, I have a

22   question that could be -- it maybe not answered --

23   but has an EAF form been filed in connection with

24   this law? And the second question is, has a GML

25   response been received from the County of Rockland,

and if so, if someone gets to answer at some
point -- I'd like to just finish.

As I said, we believe that this dormitory law
effectively does not permit dorms and particularly
on this particular property. In 2004 the village
added dormitory to its definitions which
specifically excluded adult student housing, by not
permitting cooking, dining and housekeeping
facilities. We believe that this was a reaction to
what Ramapo was doing when it adopted adult student
housing designated for adult married students,
faculty and minor children. Both text amendments at
the public hearings were passed somewhere near
November of 2004.

Now the proposed law, which I believe is
Section 3, Paragraph 12, Subdivision F. of 130-10,
if I mischaracterized-it, that's the law I intend,
effectively, as I said, limits the dormitories and
totally prohibits adult student housing, so as to
make it impossible at all to have it. The proposal
of 2006, now 2007, effectively excludes all dorms by
the limitation of the size of the dorms, to 25
percent of all buildings on the lot, and I just want
to give an example. If you assume, as the press
assumed, a thirty thousand square foot building for

RC 1070

1 a thousand students, and if that was the only

2 building on the property, then seventy-five hundred

3 square feet would be for dorms. I have learned from

4 our architects that the architectural standard for

5 dorms is 350 square foot per student, for a dorm

6 room, which can house one or two students. Well, if

7 you take seventy-five hundred square feet, which

8 would be the maximum amount of dorms permitted, in a

9 thirty thousand square foot school, you would be

10 allowed 22 to 44 students, or 2.2 percent,. or 4.4

11 percent if there were two people in the room. This

12 effectively precludes anyone living on the property,

13 which I submit is contrary to state and federal law.

14 Let me take it a step further. If you would

15 assume a three thousand square foot building, fora

16 hundred students, you would be allowed 750 square

17 feet under this ordinance, and at 350 square feet

18 per room, which is the architectural standard, you

19 would be allowed between two and six students.

20 So I respectfully submit to the board that this

21 is a deliberate attempt to circumvent state and

22 federal laws, to totally exclude the possibility that

23 any organization, on any property, whether it's

24 secular or religious, would not be permitted under

25 this ordinance to build any school in which students

live on campus.

Just historically, pertaining to dormitories, real quick, and again I'm talking about this hundred acres; in 1991 this property was subject to a restriction .not permitting the camp to expand. They then sold it to Yeshiva Spring Valley, Yeshiva Spring Valley investigated and brought to the attention of the village that it wanted to builda Yeshiva in which no students lived on campus. That resulted in zone changes, in 2004 amending the code concerning dormitories to prohibit adult student housing, which wasn't even proposed by Yeshiva the Spring Valley, and this was just after Town of Ramapo rezoned the property across the   street.

The 2007 amendment, now in 2007, again is, we believe, effectively directed at this particular piece of property and totally excludes what is defined to permit, and by totally excluding it, it's as if you don't even allow it and by not allowing it, the original intent to follow state and federal laws to permit it, is  effectively gutted if  you pass this law. Thank you.

MAYOR MARSHALL: Thank you. Ladies and gentlemen, please limit your comments to three minutes. We have a lot of business to get through

1    tonight.

2            (Multiple comments and noise from the flood

3        MAYOR MARSHALL: If there is any more public

4    outcry I will clear this room.

5            (Multiple comments from the floor)

6        MAYOR MARSHALL: This meeting will be conducted

7    in a calm and staid order. If you cannot accept

8    that, this room only allows 49 people to attend. If

9    I have to clear it, I'll clear it. I want to be

10   fair but I don't want disorder in this meeting.

11           Now the next person --

12       FROM THE FLOOR: (Unidentified) Can you just

13   hold people accountable to your rules?

14       MAYOR MARSHALL: I can't hear you.

15       FROM THE FLOOR: One of the rules was three

16   minutes, so all we're just asking is that for the

17   sake of time, that you hold people who come up to

18   the floor accountable for the three minutes.

19       MAYOR MARSHALL: Thank you. Next person,

20   Andrew Wiley.

21       FROM THE FLOOR: I want to speak on the church

22   issue, not this public hearing.

23       MAYOR MARSHALL: Okay.

24       Ed Leventhal.

25       FROM THE FLOOR: Good evening. I did not come

1    here to discuss ARLUPA (phon). I did not come to

2    discuss what is appropriate percentages or living

3    quarters for any persons. What I did come here to

4    discuss was that if I read the paper correctly, the

5    population of Pomona is 3200 residents. I don't

6    think it's reasonable to say that one institution

7    can, by virtue of the dormitory restriction or the

8    dormitory permission, be allowed to have 4500

9    people. This would entirely change the character of

10   the village. It would entirely change the politics

11   of the village. And I think there has to be a

12   solution through the zoning laws and through the

13   amendments to the zoning laws that prohibits such a

14   large number of people being within one property,

15   and one institution. Thank you very much.

16        MAYOR MARSHALL: Thank you. Before I ask the

17   next person to come up; this public hearing has to do

18   with the amendment to our local law. Please try and

19   restrict what you say to that topic at this time,

20   okay?

21        The next person is Eloise Litman.

22     . FROM THE FLOOR: Eloise Litman. I live at 682

23   Route 306 in the Village of Pomona. I urge you not to

24   allow the type of housing that's being discussed in

25   that law. I don't think the area calls for it.

The village is too small, and I don't think that we
should have that kind of housing anywhere in the
village. Thank you for allowing me to come up.

MAYOR MARSHALL: The next person is Susan
Cooper.

**FROM THE FLOOR:** I pass. Thank you very much. MAYOR
MARSHALL: Does anyone else have a form
they would like to submit so they could speak?

Come on up.

The objective of having this form is to make
this whole process go more smoothly, to give every
one a chance to speak.

FROM THE FLOOR: My name is Howard Bleiwas, 7
Beaverdam Road, right across the street. I moved
here about five years ago. First of all I want to
respond to attorney Savad; he stated that the law
was discriminatory. I remember the dictionary
definition of discriminating; it's carefully
deciding based on the facts, and in that case I
would like to think we do, we do carefully decide
based on the facts. I've been a firefighter for
Hillcrest for almost twenty years. We don't have
the equipment to handle six story buildings, which
incidentally will be I think the third through ninth
largest buildings in the county, requiring probably

1    a transition to the first paid firefighters in

2    Rockland.

3        I also wanted to respond to attorney Savad's

4    statement about restricting the number of students.

5    Now I went to Yeshiva Hadar, I'm a member of Temple

6    Beth El, and st. Bonafice -- ask my wife about that.

7    The answer is, and I know this is going to get some

8    gasps, but I welcome the Rabbinical College of

9    Tartikov to the area. I think any religious

10   institution should take advantage of the law, should

11   use the law, and should be allowed to practice

12   freely. What I don't think should be allowed, and

13   nothing restricts the number of students. You have a

14   ten thousand square feet building, whatever the fire

15   inspector *says* is safe, you can have as many

16   students. What this issue is, and what the law is

17   about, is how many people can actually be put in a

18   given place. How big can the buildings be. When a

19   building -- my house is two stories, and I have to

20   look to the west and there is six stories,'when the

21   nature of the law *says* that we must make fair

22   accommodations for religious practice, we don't have

23   to make fair accommodations for a change in our

24   government, for a change in our neighborhood, and

25   for a change in everything that we moved to Pomona

to get. I have to say, I moved here five years ago,

2      and I love the place. As a matter of fact for

3      Halloween I bring the cotton candy machine. I look

4      forward to that. I look forward to the fishing. I

5      don't look forward to having an increased tax base. I

6      don't look forward to having blights on the

7      landscape, and a change in the nature of the

8      community, and that's really what I wanted to say.

9      Thank you.

10         MAYOR MARSHALL: Ladies and gentlemen, I want to

11     be fair and equitable. This is not a public hearing

12     on whether or not we want to have the project that

13     was talked about in the newspaper in the Village of

14     Pomona. We have not received any information, as I

15     said initially. There are no plans, there is no

16     information that this village has received, so

17     therefore it is not an issue at this time. When and

18     if such a project comes in there will be ample time

19     for public response, because the process that is

20     involved calls for a number of public hearings.

21.    There will be lots and lots of opportunity, and

22     quite frankly at that time I would think that we

23     might go into a separate facility,

24     based on this.       That is not the purpose of our

25     meeting here tonight. The purpose is to consider

changes, changes, shavings, streamlining of our existing village law.

FROM THE FLOOR: Let me just follow up with that. I encourage the law.

MAYOR MARSHALL: Okay. Is there anyone else wishing to speak who has not turned in a form? FROM

THE FLOOR: I would like to speak. MAYOR

MARSHALL: Come up to the podium. Your name, and address.

FROM THE FLOOR: My name is Gregg Briem. I am a resident of Pomona. This is a disgrace. It is an absolutely disgrace. You are in the wrong town, and the wrong village. I worked, as did many of my fellow villagers

MAYOR MARSHALL: Let me interrupt a second

FROM THE FLOOR: No, no, let me speak.

MAYOR MARSHALL: I will, just a second. No flash bulbs please at this meeting.

FROM THE FLOOR: I worked all my life to raise my children in a suburban environment where they could be safe, where they could be comfortable, where they could make friends, where I can enjoy the rest of my life. I did not bring my family to a college town, whether religious or secular. This village's infrastructure cannot handle,

logistically, it is a matter of fact, the amount of

2 students that would be at this college. It is a

3        matter of fact. Not discussion or opinion. Our

4        sewage lines cannot handle it. Our roads cannot

5        handle it. Our entire social infrastructure

6        cannot handle, whether it's a rabbinical college or

7        a state university, or a private school. This is

8 the Village of Pomona. This is where I brought my

9        family to live. If you allow this school to be

10        brought to this village, you're going to destroy

11   everything that everybody here worked for all their

12 life and I will never, ever, let that happen. Thank you.

13
14 f            FROM THE FLOOR: My name is Pat Durkin, 292

15        Quaker Road. I understand what everyone is saying.

16        My question to you now is, I do believe the

17        amendments are warranted, and I would just like to

18        know --

19        (Multiple comments from the floor)

20        MAYOR MARSHALL: Just a second. Please give

21        courtesy to the speakers. If you want to come up

22        will gavel anyone that tries to stop you, but give

23        courtesy to the speakers, and that doesn't include

24        shouting out.

25            FROM THE FLOOR: As I said, unlike Mr. Savad, I

believe these amendments are warranted. The village

2    was created to have zoning of its own. My question

3    now is, what is the procedure following and what

4    legal backing does the village have, because of

5    everything I've read that this sort of thing can be

6    railroaded through due to loopholes in the original

7    federal law. What is the next step for the village

8    to ensure that this does happen, and everyone, such

9    as I, I have to live within the acre zoning for

10   residential, others should have to live with

11   whatever zoning a village gives to dorms.

12        Thank you.

13        MAYOR MARSHALL: I am not going to respond to

14   anything that anyone says during the public hearing.

15   In some cases, for example Mr. Savad's question, and

16   your question, your comments, I will try and clarify

17   once the public hearing is closed.

18        Is there anyone else wishing to speak on the

19   dorm, the proposed amendment to our local law

20   regarding dormitories at this time?

21        FROM THE FLOOR: I didn't fill out a form but

22   I'd like to speak.

23        MAYOR MARSHALL: Come on up.

24        FROM THE FLOOR: My name is Martin Jaffe.

     live at 14 Tamarack Lane in Pomona. I have only

1       lived here for about 40 years, a short period of

2       time_ It's been a wonderful 40 years. I arrived

3       here shortly after the village had been formed.

4       understood the principles behind the village. And

5       in all honesty, our mayor, as well as his

6       predecessors, have tried to run this village in

7       keeping with the spirit that the village was formed.

8       They have tried to keep a rural community where we

9       could all enjoy life with our families and quite

10      frankly to this day, you have achieved that. They

11      have also seen tremendous growth occurring in the

12      village: I think that this administration has to

13      protect the rights of the people that have lived

14      here, have lived here for 40 some odd years, and

15      even the people who have just recently moved in. We

16      have moved here because it's a rural community. We

17      want it to be a rural community and we don't want it

18      inundated with a population density that is beyond

19      the ability of the infrastructure to handle, so

20      please, maintain the same zoning principles that

21      have kept this village a rural community. Thank

22      you. .

23           MAYOR MARSHALL: Okay, anyone else?

24           FROM THE FLOOR: Can I speak, even though I'm

25      not in Pomona?

MAYOR MARSHALL: Yes, after this gentleman.

It would be much more efficient if you folks

filled out the form. Go ahead.

FROM THE FLOOR: Dennis Rheel, 70 Pomona Road.

A journey begins with one step, and this is the

first step, and this is not a step that we haven't

seen in other areas at other times. This is the

opening of changing the entire aspects of this area,

of the county. I'm not familiar with all the

dormitory specifications or whether it meets the

requirements or whatever, but there is no denying

what is going on here tonight, and what is going on

here tonight is that there is a group who wants to

take over this village, and we live in this village

and we're saying to you, where are our rights, where

does it come from here? I mean to think of the

concept of changing the entire neighborhood hereto

accommodate people who have the federal law on their

side, if it becomes a battle between the federal law

and the Village of Pomona I don't know where it's

going to go to, or what the aspects are going to

evolve to, but at some point if we keep allowing

this journey to continue, there is not going to be a

village that we know that we belong to. This totally

changes the entire concept of the village,

1  and it puts an unfair burden on the people who are

2  here, because it's totally changing their way of

3  life, and it'.s also putting a burden on them

4  financially. I can only speak for myself. I have a

5  hard time making it here, and now to face the

6  prospect of supporting a lifestyle that is fine with

7  me, I mean, but why should I support it, why should

8  I be responsible for paying the expenses of somebody

9  else's lifestyle, whether you cloak it in religion,

10  you cloak it in anything you want to say, it just

11  seems unfair that the burden should be placed on the

12  people who have lived in the village by other people

13  who want to come in and change the whole nature of

14  the village. Where is the justice?

15      Okay, that's it.

16      MAYOR MARSHALL: Ladies and gentlemen, I know

17  that many -- Marlena, just a second -- this is a

18  public hearing on a change in our local law. This

19  is not the time to come up and to talk about whether

20  you want a project that we have gotten nothing on.

21  There is no proposed project that exists for the

22  Village of Pomona at this time. I know what you

23  read in the papers. I know what you think is

24  happening. I appreciate everything that everyone

25  wants to say. I want to give you a chance to say

it, but this is not the time to say it. The business
at hand is whether or not to vote on a proposed change
in our local law. That's the only thing we're dealing
with here. This is not a property specific *issue.*

(Multiple simultaneous comments from the floor) MAYOR
MARSHALL: This is not the forum for
that.

There will be ample time for all of you to say
whatever you want to *say* once the project has been
submitted to us. It hasn't been submitted.

FROM THE FLOOR: (Unidentified) We don't want it
submitted. You're not getting it. We don't want it
submitted, okay?

(Multiple comments, Mayor banging gavel)

MAYOR MARSHALL: Any more outbursts and the next
person that says something will be asked to leave. We
have a meeting to conduct, and I'm not going to discuss
it in an open forum. That's what I said at the outset
and I maintain it.

Now, that being said, state your name.

Please address your comments to this public
hearing.

FROM THE FLOOR: My name is Marlena Payone (phon)
and I live at 619 Route 306 in the Town of

Ramapo. Pomona is across the street from me.

have been watching the adult student housing, both on
Hillside Avenue and over on Grandview. If you all
want to see what the adult student housing looks like,
go to Grandview Avenue, take a left, and see the
monstrosity. Thank you.

MAYOR MARSHALL: Now --

FROM THE FLOOR: Let her talk.

MAYOR MARSHALL: You are not running this
meeting.

FROM THE FLOOR: Maybe we should be running this
meeting. Let her talk. You're going to throw me out,
get pictures of it, okay, because you're not letting
anybody talk. That's why the police are out there
putting us in three different parking lots. Everyone
should understand that this is not going to happen,
and we're not going to let it happen. Let's stop it
now.

(Multiple shouts of "Stop it Now")

Their counsel is here to protect their
interests. We're here, the people who live in this
village, to protect our interests, okay.

FROM THE FLOOR: Everybody calm down a minute. I
just want to say one thing.

MAYOR MARSHALL: I'll give you a chance, but I

1    said something at the outset of this meeting. Now

2    that is, to avoid any misunderstanding about

3    tonight's proceeding, this is a regularly scheduled

4    meeting of the Village Board of Trustees. Tonight's

5    agenda includes five public hearings, and a

6    significant amount of normal village business. It

7    does not include any discussion on the part of the

8    board concerning any proposed development of the

9    camp property located on Route 306 and Route 202.

10   Since no such development plans have been submitted

11   to the village, there is nothing for us to discuss.

12   Because of the high number of public hearings

13   tonight, on tonight's agenda, I changed the order of

14   the agenda to accommodate it.

15       Now if you'd like to put your name and address

16   into the record.

17       FROM THE FLOOR: Rhoda Zingali, 10 Emerald

18   Drive, Pomona. I just want to say a few things. I

19   wasn't here for the beginning. I didn't hear your

20   agenda but obviously this turnout of people gives

21   you a fair share of where you are going. The road

22   you're going to take is not going to be an easy one,

23   after things are submitted, if they get submitted.

24   My question was, or not a qUestion. The only thing

25   I wanted to say was, I lived here for ten years, and

I live right down the road. Actually my view would
be of the new college, if it does ever get up, that
would be my view of Pomona. All I want you to do is
stand as strong as you have against me getting a
sidewalk on Ledentown Road. I have been asked and I
have been laughed at, you're crazy, you'll never get
it. I have four children. I would love to walk to
Stop and Shop safely, and not have to come around
hair pin turns and be afraid that someone is going
to take me out. So just stand *as* strong against
something like this that would change our urban
environment. That's it. I don't care -- if they
were asked to put up a cathedral behind my house, I
don't want it. I like the urban-ness (sic) of
Pomona, so just stick to that, stick to your guns as
hard as you stuck to your guns about sidewalks and
everything will be fine in Pomona. Okay. Thank
you.

MAYOR MARSHALL: When and if a project is
submitted there will be --

FROM THE FLOOR: They think that's funny.

MAYOR MARSHALL: Excuse me, am I interrupting
you.

FROM THE FLOOR: You laughed at her. You all
smiled and laughed at her like --

1    FROM THE FLOOR: (Ms. Zingali) They smiled

2  because they know these are real problems.

3    MAYOR MARSHALL: We cannot run a meeting and

4  have you speak everytime somebody else speaks. *Now*

5  if I could say something, when and if a project is

6  submitted to the village, there will be many

7  opportunities for everyone who wants to say anything

8  they want to say, all the things that you've been

9  saying tonight, at those meetings. This is not the

10  time to say it. There is nothing before us. I know

11  what you have read in the paper. There is nothing

12  before us.

13    FROM THE FLOOR: (Unidentified) On the Pomona

14  Village Hall, on the web site, as for what the

15  meetings were going to be held, the first one stated

16  was, the size of the dormitories. That is what it

17  said, the discussion tonight was going to be the

18  size of the dormitories, and you're telling me lam

19  not supposed to worry.

20    MAYOR MARSHALL: Look a little further on the

21  web site and you would have seen the proposed change

22  in our local law. What we are considering tonight,

23  if it will expedite this, what we are considering

24  tonight are minor changes to an existing law which

25  defines what dormitories are allowed, the size of

1    them, and several other things. The changes that

2    we're considering are very minor changes. Very

3    minor changes. It has nothing to do with the

4    property that you all are talking about. It has

5    only

6         (Multiple simultaneous comments)

7         If you would like to find out, then read the

8    local law. Ladies and gentlemen, this is not the

9    time to discuss a project that doesn't exist for us.

10   We're here to discuss a change in our local law. It

11   is a minor change. Does anyone else want to speak

12   on the proposed change in the local law?

13        Yes.

14        FROM THE FLOOR: Hal Deutschman. I live at 7

15   Jade Court in Pomona. I understand what you're

16   saying here tonight, that we're here not to discuss

17   dormitories, but we're here to discuss the proposed

18   amendments to zoning. The problem is that you

19   started off the meeting allowing this gentleman to

20   talk about his proposal, his group's proposal about

21   dormitories. He was the one who started this off.

22   If there were three thousand people who live in

23    Pomona and I look around here, and maybe there is

29   close to three hundred, ten percent, before anything

25    is even happening about these proposed amendments,

are a major concern to the people of this village. What I am asking you to do and I think what these people are asking you to do, is not to change the zoning laws. I don't know what the amendments are. You tell us we should go read the laws. We needyou to tell us what the laws are and what the changes are being proposed, and if you do that to us, what we're here telling you is, we like it the way it is, we don't want any changes, no matter what these laws, these proposals are being brought forth, and we don't know what they are. It's almost a big secret. But if that's what you want to do, we're here to tell you that we don't want to change. We like our village the way it is. This is not a religious thing, it's not a secular thing, it's a lifestyle thing. And we're asking you, if you want us not to discuss what is not going, what has not been proposed yet, but the papers made us feel that it is, because take a look at -- you don't have this kind of group here at any kind of meeting.

We're asking you then, before you continue, to please define to us what these zoning laws are.

FROM THE FLOOR: (Unidentified) Can I ask a question? The meeting is being videotaped by the gentleman against the wall there. Can I ask him to

identify himself please.

      FROM THE FLOOR: (Unidentified) "They" do that all the time.

      MAYOR MARSHALL: He has a right.

      FROM THE FLOOR: (Unidentified) I'd like himto identify himself.

      FROM THE FLOOR: Joseph Weinberger. I was hired by a person to record it.

      (Multiple comments.)

      FROM THE FLOOR: (Unidentified) Do I have a right to object to being videotaped?

      (Multiple inaudible comments.)

      MAYOR MARSHALL: All right, before we take another step, the last gentleman said some things that made a lot of sense. Doris, will you please explain what the changes in our local law, what we're considering here, and the law that exists.

      FROM THE FLOOR: (Unidentified) Why are we considering it?

      MS. ULMAN: First I think it is important to tell you what our definition of dormitory is, because I think there is a lot of misconception out there, and the village, the proposal before the board it seems does not change any of the substance of what currently exists. Our current dormitory

definition prohibits single family, two family, or multifamily dwelling units. It is a traditional dormitory definition, the same as you would see in most of the communities in New York State, and similar to what you would see in most places that have schools, both secondary colleges, and lower' sessions. So the provision does not change. What we are doing is to make'it clear that the dormitory use is an accessory use to a school. Our prior law said the same thing but not in the specific language.

What we added in this amendment is the word that the -- must be on the same lot, an accessory to

a principal school use. That's one of the amendments in this law. Very innocuous. One of the other things that we changed was to permit two communal dining rooms in a dormitory building. We do not permit kitchens in every room. That is specifically excluded. We also changed the height limitation of the buildings to 35, not to exceed 35 feet. That's the same height limitation --

FROM THE FLOOR: 25 feet.

MS. ULMAN: That's in the current law. The board is considering raising that to 35 feet —

(Shouting)

FROM THE FLOOR: (Unidentified) That's not an innocuous change at all.

MAYOR MARSHALL: Excuse me, I'm doing this for you. If you cannot comport yourselves --

FROM THE FLOOR: Just say the old law, and new law proposed, so we know the difference. I didn't know it used to be 25. It got right past me.

So if you can just say, you know, it used to be 25 and now it's going to be 35. We'd like it to go to fifteen really. Get it in our favor. Let's change the law in our favor as opposed to accommodating, going up 25 to 35, I think we can go 25 to 15 and everybody here will we real happy.

MAYOR MARSHALL: Doris.

MS. ULMAN: 35 feet is the same height that is the required maximum height for all. other uses in our zoning law. This just makes dormitories consistent with our other laws. Your single family houses have a height limitation of 35 feet. It doesn't mean that every building is going to get to 35 feet. But that is one of the considerations **that** is before the board this evening. It has not been done yet. But it is a consideration.

We have included, and we have a thing that's called credits to net lot area. You need a specific

lot area in order'to construct any kind of a
facility. In determining the minimum lot area for
any project for any project, we as well as most
other communities, deduct certain environmental
concerns that exist on the property. For **example**, if
you have a steep slope on the property, we deduct
a certain amount based upon the percentage of
steep slope, to get to the, what we call net lot
area. You deduct wetlands, because you don't want
to build on wetlands. You deduct flood plain, you
deduct -what we added to this law was a deduction
for wetlands and utility easements, which were not
in the law before. It creates the same requirement
that we have for other uses in the village. These
are very, in my opinion, minor changes. These are
not creating new -- they are more restrictive than
they are --

MAYOR MARSHALL: The change in the law that
we're considering, please keep this in mind, is **not**
**property** specific. It *is* not directed at the **property**
that you all are concerned about. It is directed at
the entire village. There is more than one property
in the village, on which an educational facility
can be built. This law controls what goes on on
those properties, for all properties in the

1          village. It is not property specific.

2               You were next.

3               FROM .THE FLOOR: Christina Oliver. I live at

4     29 Country Club Lane, and I was wondering, are there

5     dormitories already existent in the village?

6               MAYOR MARSHALL: No.

7               FROM THE FLOOR: So if there aren't, then can we

8     get rid of the law to allow dormitories?

9               MR. LAMER: I'll take a stab at that one. Under

10    New York State Law, as well as federal law,

11    educational uses get preference, and part of the

12    educational use is the right to build dormitories.

13    What we're doing here is setting -- there is already

14    a dormitory law in the Village of Pomona. Basically

15    we're trying to take into consideration various

16    environmental impacts, like we do with other laws;

17    steep slopes, wetlands, flood plains, environment,

18    utility easements, so in effect when you're

19    measuring the amount that you can use for

20    educational use, you have to subtract out those

21    areas where you're not allowed to build. The

22    purpose of the amendment really is to tighten up the

23    existing law. We're not creating a new law. We're

24    trying to make it clear what can and can't .be used

25    in connection with the federal and state

requirements.

FROM THE FLOOR: *My* name is Larry Modell, 23 Woodfield Road, Pomona. Is there anything in this new proposal that changes the percentage of land use other than subtracting, that something going from 25 percent to 20 percent or 20 to 25?

MS. ULMAN: Basically that's what Mr. Savadhad addressed initially.

FROM THE FLOOR: Could we hear that change please.

MS. ULMAN: In the prior law dormitories were considered accessory use to a school use, which they are. There was no specific percentage as to what determined the accessory use. The new law creates a 25 percent limit on the dormitory use in relation to the total square footage of all buildings on the lot, so that if you have a hundred thousand square foot building, you would be permitted to have not more than 25 thousand square feet of dormitory.

FROM THE FLOOR: In the prior statute was it twenty percent?

MS. ULMAN: It was nothing. We have no specification. The purpose of this is to clarify what the limitation is.

MAYOR MARSHALL: It was allowed but there was no

1      specific -- there was nothing specifically thatwe

2      could point at. That    the whole purpose of this is

3      to tighten up the existing law.

4        FROM THE FLOOR: In making these changes to

5      conform to existing building code for residential

6      use, does it make this new plan in its consistency,

7      more defendable should there be a plan at some

8       future time submitted for the use of this property,

9      so that rather than have something created as a

10     reaction, you're bringing these changes into a

11     pattern that's consistent with what we already allow

12     and for which there is a well established precedent?

13       MS. ULMAN: I believe our law is legally

14     defensible, yes.

15       FROM THE FLOOR: Because I think that's

16     important to hear that these are not just arbitrary

17     changes, but that these are very considered changes

18     made to bring all of our laws into some consistent

19     *basis* for what already exists.

20       MS. ULMAN: But I think it's very important

21     what you brought up, because what we attempted to do

22     here was to clarify and take away some of the

23     ambiguity that existed in our prior law. It's very

24     difficult to defend a law that is ambiguous. If you

25     have clear statements in a law it is much easier to

1    win in court if the case should arise.

2        FROM THE FLOOR: I think it's important, it is

3    much harder to defend something that appears to be

4    an exception than it is to be the rule, and so

5    think everybody has similar concerns, but I think

6    it's important in discussing these changes that it's

7    understood what the genesis was, what the incentive

8    was, and what the ultimate outcome will be, so that

9    you can defend yourselves at some point should there

10    be a question about why they exist.

11        MS. ULMAN: And I may say that that applies to

12    all of our laws. We are constantly looking to make

13    sure that what we have on the books is legally

14    defensible, because if you can't enforce your law

15    you don't have one.

16        FROM THE FLOOR: Thank you for your efforts on

17    our behalf.

18        MAYOR MARSHALL: Thank you very much. I said

19    something earlier that perhaps wasn't clear.

20    Supporting what Doris has just said, existing case

21    law is fluid, just like our laws are fluid. In

22    other words the overall direction that we take for

23    our laws, that are weighed when we go to court on

24    issues, are influenced by case law that comes in on

25    a regular basis. Actually the laws that we, the

changes in our laws here, in almost every case, have

2   been influenced largely by that case law. So it

3   behooves us as responsible government officials to

4   adjust our law so that it's not, it's not something

5   that's hollow, it's something that is real and

6   defensible if the time comes to defend it.

7       Yes.

8       FROM THE FLOOR: Joseph Becchnelli (PHON) 30

9   Skymetal Road, Suffern, New York. I just had a

10  question. With all your experience, do you feel the

11  new law would make it more difficult for a project

'12  like this anywhere in the area to go through, or do

13  you feel it would be less difficult for the project

14  to go through with the new laws?

15      MS. ULMAN: Any project that comes into the

16  village, through any of our boards, is required to

17  comply with our existing laws.

18      FROM THE FLOOR: I think what everybody is

19  trying to say is we would like to make it tougher

20  for .these project to go on, rather than easier so if

21  you can tell us how we can vote for that.

22      MS. ULMAN: If the project complies with our

23  law --

24      FROM THE FLOOR: The change in the law, you

25  said. Aren't we working with it?

MS. ULMAN: We have a law that we believe
complies with state and case law, and if the
applicant submits a proposal that is in compliance
with our law, they will have the right to build. I
read some of the definitions of dormitories, we have
definitions of educational uses.

FROM THE FLOOR: Well, the dormitory one, you
just said they have got to have a school, okay. Now
they know that so that when they draw the plans they
will draw it for a school. I don't think it makes it
harder. It seems like the whole thing is to make it
more clear, that's why their lawyer is here, to find
out what he's got to do to get it through.

MS. ULMAN: If he can produce a plan that
conforms to our law, I think the entire village will
be protected.

FROM THE FLOOR: Okay.

MR. LAMER: I'll take a stab at your question,
if I may. You may have heard at the very beginning
that Mr. Savad was complaining that these amendments
unfairly restrict some theoretical project that
doesn't exist, as far as the village is concerned.

FROM THE FLOOR: Nevertheless everybody is here
for the whole future project. I don't even live in
Pomona, I live up the road. We don't all read the

whole web site. We are here as concerned village
people. It seems like you just make it easier for
these projects to go on and we as the people are
screaming out, how can we make it harder.

MR. LAMER: As I said, Mr. Savad may believe
that these amendments unfairly restrict some
theoretical project. The proposed amendments to the
regulations, and the inherent restrictions due to
steep slopes, environmental concerns, as well as
height restrictions, and area restrictions, are
necessary to promote the public health, safety, and
welfare of the village, and its residents. And
that's the reason why this proposal is before us
today.

MAYOR MARSHALL: All right, next.

Before you speak, we have to get past this
public hearing, how many people want to speak on
this?

Anyone else? Sure now?

Three people.

There are three more people who wish to speak
in addition to our current speaker, then I would like
that to be it, to end this public hearing. Are you
sure now that you don't want to speak, anyone
else?

All right, those three people are the only

2    three after this speaker who will come up to speak.

3        FROM THE FLOOR: My name is Michelle Diliberto

4    (phon) 383 Bridget Court, Pomona. When you were

5    speaking about dormitories, and what the changes

6    were going to be, not only just the 25 feet going up

7    ten feet, you also talked about a common area, which

8    would have a kitchen. Am I correct, was that one of

9    the changes as well, a common area for the

10   dormitories.

11       MS. ULMAN: Yes. Common dining area.

12       FROM THE FLOOR: Common dining area, okay. Now

13   I went to college, I stayed in a dormitory. I

14   stayed in a dormitory with a common area that, yes,

15   maybe it is a dormitory on paper, it's an apartment.

16   Apartments that people were living in with families.

17   So how are you going to protect our rights, if for

18   some reason there is a college or something comes to

19   this town, how are you going to protect our rights

20   from families living there, not just the students?

21       I am asking the question.

22       MAYOR MARSHALL: Are you finished? If you are

23   finished then I'll have the question answered.

24   We're not going to debate the question.

25       • MS. ULMAN: Our definition of dormitory states

that it will contain private or semi-private rooms within the dormitory. That is normal to most dormitory definitions throughout the state.

FROM THE FLOOR: That's not my question. You didn't answer the question. You just read the same thing you read to us a few minutes ago. How are you going to make sure families are not going to be moving in there, not just the students. How are you going to enforce it? Thank you. • How are you going to enforce this? That it is not just going to be students. All of a sudden they are bringing in their families, and then instead of 45 hundred you're going to triple it. How are you going to protect that from happening?

Since Irve been living here, I was born and raised in Rockland County. I'll almost 32 years old, and I want to make sure that if there is a college built, are there going to be families living there, because what you're saying, these changes are making it very easy for these people to move here, very easy -- you know what, I'm going to go to this school, and guess what, so are five of my kids and so is my wife. How are you going to help us make sure that that doesn't happen? How are you going to enforce this law?

MS. ULMAN: I don't believe four people can live in a single room.

(Shouting)

MS_ ULMAN: We're not talking about a common area. Let me finish --

(Shouting)

MAYOR MARSHALL: Doris, why don't you read the definition.

MS. ULMAN: In the dormitory, as in most dormitories, there is one communal dining room, one common dining room for all the students. That is normal. It was in the school that my children went to. I mean, that's it.

FROM THE FLOOR: Where I went to I had a four room with a common area. That's what I'm asking, is it going to be that.

FROM THE FLOOR: That's not. in here. Definitely not. Sorry for the misunderstanding.

MAYOR MARSHALL: The definition of dormitory--

FROM THE FLOOR: (Unidentified) You had said two dining areas, is it going up from one to two?

MAYOR MARSHALL: Oefinition of dormitories. I'm going to read you the definition of dormitory that exists in our existing law. To clarify for all of you who are under a misconception that was

1        brought up by the last speaker, "A dormitory isa

2        building that is operated by an educational

3        institution, located on the same lot, and accessory

4        to the principal school use, and which contains

5        private or semi-private rooms, which open onto a

6        common hallway, which rooms are sleeping quarters

7        for administrative staff, faculty or students,

• 8 communal dining, cooking, laundry, lounge and

9        recreational facilities may be provided. Dormitory

10        rooms shall not contain separate cooking and dining

11        or housekeeping facilities, except that one dwelling

12        unit with completed housekeeping facilities maybe

13        provided for a superintendent or a supervisory staff

14        for every fifth dormitory room -- excuse me, for

15        every fifty -- don't get excited -- for every fifty

16        dormitory rooms. Not more than one communal dining

17        room shall be provided in any building used for

18        dormitory purposes." Let me repeat that. "Not more

19        than one communal dining room shall be provided

20        in any building used for dormitory purposes. Single

21        family, two family and/or multifamily dwelling

22        units, other than as described above, shall not be

23        considered to be dormitories or part of -

24        dormitories."

25           That is what exists in our current law. That

1    is what is' being

2         (Shouting, multiple inaudible conversations.)

3         MAYOR MARSHALL: That is not what is being

4    proposed. That is something that will be discussed

5    afterwards to see if we want to do it.

6         The process of this law, it is proposed, itis

7    discussed, and then it is then a public hearing to

8    get the input of the public towards this issue.

9    Mr. Savad, while I don't agree with what he said,

10   was giving input to this law. Now, when we go back,

11   once all the input is in, now it's also submitted to

12   the County, which Mr. Saved asked if the County had

13   responded, yes, they have, I believe you got a copy

14   of the GML -- the County planning board responds,

15   our planning board responds, we ask other agencies,

16   depending on the law. We have gotten responses from

17   each of those, and we'll consider those. Whether

18   this board decides that they want to have two or

19   not, that's for the board to decide, you stick

20   around. We probably will try and act on this later

21   on this evening.

22        The-changes that were suggested by the other

23   agencies that we sent them to, there were two or

24   three, again all minor, nothing that will change the

25   basic substance of the law that exists. All that

we're trying to do is make this clearer and as was

said before, ensure the defensibility if it is

challenged.

FROM THE FLOOR: Can I ask a question.

MAYOR MARSHALL: Come up.

FROM THE FLOOR: Darryl Martin, 48 Ledentown

Road. Where do these proposals come from? Who

suggests these?

MAYOR MARSHALL: They come from various places.

Usually they start with the village attorney. They

are the result, as I said earlier, of case law that

develops. Perhaps a case is put forward that gives a

ruling that causes the attorney, myself, a member of

the board, to look at the local law and say, gee,

is this going to be defensible, is this in line with

the case law that is evolving and if it's not, we try

and change it. We're going to consider later on this

evening, if we ever get there, a local law on

wetlands. That is a result of what happened, of

actions, recent actions taken by the Federal

government, that puts us in a difficult position to

protect our village, so what we did is, we have  gone

back, and we are proposing a local law to help

protect the overall village, because of changes at

the federal level.

1    Now, once that law is adopted, I tell you right
2    now, that's the first step. We have a very complex
3    law dealing, for those of you who live on the
4    mountain, dealing with steep slopes. That was
5    changed. It was changed again.    It was changed
6    again. This law is a start, the    wetlands law, is
7    start, to put a law on the books   a to protect the
8    village. I fully expect over the next years for that
9    law to change and evolve just like all the other
10   laws. What we're considering·right here, what we're
11   trying to consider right here, is a law that was
12   developed through the same process. Something
13   triggered it. I don't recall quite what it was. But
14   something triggered it so that the law was written.
15   The law was written. It was discussed, public
16   hearings, it was put on the books.. Now new case law
17   has come forward to make it, to say to us, hey, you
18   better take a look at your local law, is it clear
19   enough, based on the more recent case law, so that if
20   it goes to court, it is defensible. Is it in line
21   with the rest of the laws on the books.

22   Everyone is saying, well, I want it fifteen
23   feet, I want it five feet, but you know what, for a
24   law to be defensible it has to be in line with every
25   other law. It can't be, well, this is one law, we

should change this, it should be this way, you can't

do it, because you can't defend that in court. It has

to be the same as every other building in the

village. If every other building is limited to35

feet, you can't say this should be 25 feet because

don't like it. You can't do that because the courts

will rule against you.

FROM THE FLOOR: What about being fairly

applied? What about the kitchens? Is it going from

one or two, I can't get an answer?

MAYOR MARSHALL: A common kitchen area, one for

every fifty dormitories. That's what is on the

books right now. What one of the agencies suggested

is perhaps you need two, not one, for every 50

rooms to make it fairer. I don't know. We haven't

decided yet.

FROM THE FLOOR: (Unidentified) Which agency

said that?

MAYOR MARSHALL: I'll go back and look. You'll

hear it later on in the discussion.

FROM THE FLOOR: (Unidentified) Can I explain

to-the people here why we're doing this process?

MAYOR MARSHALL: I'm not succeeding. Maybe you

can.

FROM THE FLOOR: Realize the reason that we're

here, and the reason that this gentleman here is

2   taping it, all laws have to be applied fairly *and*

3   equally. I can't say because he's white, he is

4   black, he's Christian, he's catholic, he's Jewish, I

5   cannot say those things because they're wrong. That

6   is not what our country is about.

7       We have to have fair use for everybody. Now

8   what the board is talking about is having fair use.

9   What constitutes fair use? If for example a

10  dormitory should comprise 25 percent of the space,

11  that *says* what the limit on the space is. It's not

12  saying what the limit for you is, or what the limit

13  for you is, it's saying generally. If we say in

14  response to you trying to build a building, we're

15  changing the law, the courts are going to say,

16  that's a sham, we're throwing it out. That's the

17  reason we're doing this. We're doing thib --

18      FROM THE FLOOR: (Unidentified speaker) Unless

19  you have a religious loophole.

20      FROM THE FLOOR: The point is we're a country of

21  laws.

22      MAYOR MARSHALL: Ladies and gentlemen,

23  understand something, this law, as we consider it,

24  is not a religious use law. It is part of our

25  school law, dealing with schools, not religious use.

It's for fair use.

FROM THE FLOOR: (Unidentified) You know, let me ask you one thing, it's really funny how we're talking about law, when you have a group that breaks every law there is, and we are talking about law

(Shouting, multiple inaudible conversations.)

MAYOR MARSHALL: Gentlemen, neither of you have the floor. Thank you.

FROM THE FLOOR: I'm not finished. I just think that it would have been in your better interests if instead of making those statements that you did in the beginning, if you would have said that you were having these discussions to defend laws that were going to help the village. I mean, everybody doesn't know what is going on, so you came in here and you don't realize that you treated us very badly. You don't realize that. That is why everybody is so angry.

MAYOR MARSHALL: Then I certainly do apologize.

My intention was to set guidelines so that we could get through this long process that is forced on us tonight. In addition there was a lot of misinformation that appeared in the news. Not misinformation necessarily, but information that was premature, that has no basis, based on what the

1        village has. That's why I suspect you're all out

2        there. I welcome the comments     We try and run a

3        fair and equitable thing. Everything that this board

4        does, everything, we attempt to do, we try to

5        maintain our laws and what happens in this village, to

6        be in the best interests of the village as a whole.

         That's why we have laws. Otherwise, you know, we

8        don't pass the laws just because, hey, it's fun to

9        pass the laws. We do it because it is part of our

10       charter to maintain the health, welfare, and well-

11       being of the community at large, and, I might

12       add, the community at large is not simply the village.

13       We have a responsibility in what we do to the

14       surrounding community as well.

15         I address those comments to the Town of Ramapo

16       in past public hearings, because I believe in it

17       very strongly. That's what this board does. We are

18       here to defend this community. This community of

19       neighbors that we have, we are here to defend the

20       rights of the people in this community. However, in

21       a fair and equitable manner. If someone owns a piece

22       of property, they have a right to develop that

23       property. That's not my law. That's what the federal

24       government says. We have no choice.

25         FROM THE FLOOR: (Unidentified) But we have

1  zoning codes.

2     MAYOR MARSHALL: We have zoning laws which are

3  designed to control the development'--

4     FROM THE FLOOR: (Unidentified) You've destroyed

5  our zoning and you've destroyed the community. It's

6  as simple as that.

7     MAYOR MARSHALL: Did I miss something?

8     FROM THE FLOOR: If you destroy our zoning

9  codes, you destroy the community.

10    MAYOR MARSHALL: I don't know what you're

11 talking about.

12    Come on up.

13    FROM THE FLOOR: Brett Yagel. 9 Secor Court,

14 Village of Pomona, New York. I understand that

15 there are codes on the book in the Village of

16 Pomona, and I understand that you're tweaking the

17 laws based upon the precedents, that need to be

18 addressed, because if they're not addressed, the

19 village is liable, and if the village is liable,

20 everyone in this audience is liable. Okay. So in

21 defense of the board, they're doing this to protect

22 all of us, because when this goes to court, we will

23 all be in jeopardy, that's number one, okay. I

24 truly believe that the federal law, ARLUPA, is

25 flawed. Nothing has been, on the establishment of

1          the use case and zoning, that's the side.

2                Regarding the dormitory law, on the second

3     page, number twelve, third line, there is a typo,

4     dormitory, not dormsitory. 12 C. the maximum height

5     of a dormitory building shall be two stories or 25

6     feet. I don't know whether, if I have an old copy

7     or not, but if you're saying it has to be 35 feet

8     you're informed then it should be 35 feet, I would

9     guess.

10          MAYOR MARSHALL: It is something that we have

11     to consider.

12     MS. ULMAN: The one you have is the old law

13          that was proposed in the public hearing. The

board

14     has not adopted that. That's the one that we're

15     considering, but it can be changed if the board

16     desires.

17          MAYOR MARSHALL: The public hearing we're now

18     in the middle of,    hope the end of it, is a

19     continuation of the public hearing from last week,

20     the same with the house of worship.

21          FROM THE FLOOR: Last month --

22          MAYOR MARSHALL: Last month, excuse me. We are

23     required by the process, by law, to continue the

24     public hearing based on the original law. Now there

25     is possible input that could change some of this, at

1    least tweak it in some way. That will be discussed

2    when we discuss the possible passage.

3    FROM THE FLOOR: I would ask that it be

4    considered that the set back from the front street

5    or the dormitory buildings should be in the rear of

6    the educational building. That is something that

7    has not been applied in other areas of our town.

8    I know our zoning is somewhat more restrictive. The

9    set back is not mentioned in this, and I just wanted

10   to question that.

11   MAYOR MARSHALL: You're proposing a set back.

12   FROM THE FLOOR: I'm proposing that you consider

13   a set back from the front street or the dormitory

14   building, and that the dormitory building should be

15   in the rear of the educational buildings.

16   MAYOR MARSHALL: Anything else?

17   FROM THE FLOOR: That's it.

18   MAYOR MARSHALL: Thank you.

19   FROM THE FLOOR: My name is Josephine Montella.

20   46 White Birch Drive. When I came here, we

21   established the Town of Pomona and the zoning we

22   desired, the zoning to be one acre zoning. That to

23   me is what kept the neighborhood so lovely. The

24   zoning is very important. I don't want the zoning

25   changed. We're talking about, we're talking about

six story buildings? What are we talking about?

MAYOR MARSHALL: We're talking about -- you all are talking about six story buildings -- we're talking about a 35 -- 25 foot two story building. That's what we're talking about.

FROM THE FLOOR: 25 foot?

MAYOR MARSHALL: Yes, your house, the limitation on your house is 35 feet. Now we might, this law, we might consider a change to 35 feet, so it coincides with the rest of the village. That is not a six story building. A six story building is something that was written about in the newspaper. That is not what we're considering.

FROM THE FLOOR: 1 would say that 1 don't think that would be possible in an area with the codes, with the zoning codes the way they are, unless something is happening here where somebody is paying a tremendous amount for a lot of leadway.

MAYOR MARSHALL:· We are not considering a six story building.

FROM THE FLOOR: So what are we considering? A two story building?

MAYOR MARSHALL: Let me try and explain so that you understand. This law places a limitation on the size of any dormitory that is built, on the height

of any dormitory that is built, and most importantly, that any dormitory that is built, be an accessory use, to a school that was built. What you have read, and what everyone is trying to address, is not what we're discussing here. We're discussing our local law, which says what I read before, it limits the area, the size, the height of the dormitory. Now a lot of it has been on the books, so these are just minor changes. Most of this has been on the books, limitations as to what can be built. We are not discussing six story buildings or whatever.

FROM THE FLOOR: Well, I would say that there is no possible way that you're going to get through a six story building, but what is your real objective? What are we trying to get through? That's what I'd like to know. In other words are we going to start off with a six story building, and then in the end we're going to feel very satisfied if we walk away and it's a three story building?

MAYOR MARSHALL: We're not --

FROM THE FLOOR: You don't understand what I'm trying to say. You don't understand what I'm trying to say.

MAYOR MARSHALL: We're on two separate roads.

1     FROM THE FLOOR: Please continue.

2     MAYOR MARSHALL: We are not here to considera

3     six story building. We are not here to consider

4     anything other than an adjustment of our existing

5     law.

      FROM THE FLOOR: What is that, what is that?

6     MAYOR MARSHALL: On dormitories, which allows for

8     a two story building to be built.

9     FROM THE FLOOR: And this is for higher

10    education?

11    MAYOR MARSHALL: For any school use.

12    FROM THE FLOOR: If there is a college or a

13    higher education, anyone can go to it if they desire

14    and can either afford to go to it, or they have a

15    scholastic --

16    MAYOR MARSHALL: That is not within the purview of this

17    village to say who can go to what. That solely depends

18    upon who owns the property, and who is building the

19    building. However, what is within our scope is to

20    say, you can build a building so large that will

21    house so many students, because it's in line with

22    state law and case law. Our law can say, you can

23    build a dormitory, but it can only be so big, and

24    cover so much area, and can be only so high, and has

25    to be a dormitory that is connected to

the school. That is what our law *says.* That is what
we're speaking about. We're not- talking about any
projects. We are not speaking about -- this law
does not address property specific items. We are
not -- this is not directed at the camp at 306, or
the property on 202 that has 40 acres, or the
property on the mountain that has ample acreage to
accommodate that sort of thing. If somebody builds a
school, whether it be a religious school, a
secular school, whatever it is, these are the
rules that apply, that's what we're discussing.
Did I help you?

FROM THE FLOOR: (Unidentified) May I speak for
three minutes?

MAYOR MARSHALL: You're next.

FROM THE FLOOR: Well, my whole objective here
is that I didn't want the zoning codes changed.

MAYOR MARSHALL: You're confusing what was done
in the Town of Ramapo. That is not what is
happening here. We are simply polishing our
existing law.

FROM THE FLOOR: You're not changing our zoning
codes?

MAYOR MARSHALL: What we're doing is simply
making it more easily interpreted. That is what we

1    are. doing. We are not changing the essence of our

2    codes.        This gentleman first, then Jeff, thenyou.

3        FROM THE FLOOR: Vince Grapella (phon) 29 Sky

4    Meadow Road. Mr. Mayor, I see what you're trying

5    to do. Now, there will be variances, and then our

6    worry is, in a planning board, zoning board, will

7    they give a variance. This monstrosity will have a

     set back of 20 feet from the curb, for dormitory,

8    for housing. Now I think all of us were very

10   emotional. It would be nice, this board is so

11   passive, it would be nice to hear all of you saying,

12   hey, I know how you all feel. You all look deadup

13   here. And, Mr. Mayor, I'd like to hear you say, you

14   know, you're listening to us, and you are really

15   stretching your protocol, your decorum of your

16   meeting, and I appreciate it, but I'd like to hear

17   you say, I know how you feel.

18       You know, in America, we have the sense of

19   community. That's our face. We're going to be another

20   Kiryas Joel. That's why we are emotional. You can

21   get into the environmental impact and all that•.

22 • That's all I have to say.

23       MAYOR MARSHALL: Ladies and gentlemen, there

24   isn't anyone sitting up that doesn't know how you

25   feel.

Yes.

FROM THE FLOOR: (Name and address inaudible)
I know this is a very emotional issue for everybody
I was involved probably from day one with lots of
the fighting out in the Town of Ramapo, with the
supervisor and everything like that; so I know what
it's like to be emotional and crazy about things.
think that people are misinterpreting this. They
are not, this is not the Town of Ramapo. This is
the Village of Pomona, okay. I think people are
misinterpreting this. I really feel they are
fighting for us, okay.

It's frustrating. Like I said, I've been
involved since day one with everything. It sounds
to me like they are on our side. They're not
against us. I think there is some misinterpretation
going on around here. I think the changes that they
are going to try to make are positive things, not a
negative thing. With all the negative information
that usually happens in a situation like this,
everybody just be cool. I really think that they
have our best interests in mind, in my honest
opinion.

FROM THE FLOOR: (Unidentified) I think a lot
of us would have been happier if they'd said that

right off the bat.

FROM THE FLOOR: You know, just quick --

MAYOR MARSHALL: You're jumping the line.

FROM THE FLOOR: Greg Briem. The frustration
that we have is that you knew of the press that had
come out, whether it be true or not. You knew that
it was out there, and you know we were very, very
upset. I think what would have helped us is if at
the beginning of this meeting, you had said, this
is what is going on, we know that you've read this,
we are here to protect your interests, and the
amendments to this law, this project, this alleged
project, with the alleged attorney who is allegedly
sitting here, produces 'it, that these amendments
will defend us. If you had said that in the
beginning, I don't think as many people would bees
upset as they are, because we don't know where you
stand.

MAYOR MARSHALL: Ladies and gentlemen, let me
say something. We sitting at this table have
limitations that are placed on us as to what we can
say, and what we can't say, because our attorney
tells us what we can say and what we can't say. I
can't say what I feel -- I can't -- if I agree with
you, I don't agree with you, I don't have that

luxury of being able to say that here. All thatI
can say is that every member of this board works
very, very hard to do what is best for this
community. You have your issues. Don't assume
because no one has gotten up and said, wow, I agree
with you, oh boy; don't assume that because we
didn't do that that we don't agree. We may or we
may not, but please give us the benefit of the
doubt. We have all been doing this -- we work very
hard at what we do. We try and do what is best for
the community, but it's our home.

There are limitations under the law that
restrict what we can say and when we can say it.

FROM THE FLOOR: Marvin Neiman, 14 Deer Run.
have a couple of questions I'd like to get clarified on
Miss Ulman's presentation. I believe that you said
that by increasing the height to 35 feet you're only
doing that to make it comparable to residences within
the village. Residences within the village, I
believe, have certain restrictions, possibly as far
as basement exposure. I am not sure about the use of
basements in homes, and also I believe
whereas they're allowed to be 35 feet, they're
restricted to two stories. I'm sorry. Where
they're allowed to be 35 feet, they're restricted to

two stories.

Now, by increasing -- that's not true? Homes can be three stories?

Therefore homes can be three stories plus a basement?

MS. ULMAN: Homes can be not higher than 35 feet.

FROM THE FLOOR: So a normal story in a building is, give or take, ten feet, so therefore with a basement, in theory, a building can be the basement and three stories above; is that correct?

MS. ULMAN: Depends on the grade, and the height. If you can get three stories into 35 feet, which I doubt, then it's permitted. If not, it's 35 feet.

FROM THE FLOOR: Are there any restrictions as far as basement exposure above ground?

MS. ULMAN: I don't believe so.

FROM THE FLOOR: If somebody called something a basement --

MS. ULMAN: It is not what you call it. The definition, -a basement is a.different definition, a cellar, depending on --

MAYOR MARSHALL: Let me interrupt for a second. Local law, paragraph twelve, item D. says, No

dormitory room or dwelling unit shall be permitted
in any cellar. So what you're referring to, this law
prohibits.

FROM THE FLOOR: Thank you.

MR. MAYOR: Next?

FROM THE FLOOR: Doctor Richard Neiman,
25 Haley Drive, one simple question. Given a
hypothetical project that is surrounded by two
major roads, one of them with a 50 mile an hour
speed limit, the other one with a 40 or a 45 mile an
hour speed limit, would you look at the utilization
of their property regarding a school differently than
one that's bound by a 30 mile an hour speed limit?
My question is, should we have different set backs,
different density issues when we're looking at
surrounding roads, which have traffic moving at
such a pace; does that represent an additional
hypothetical threat or potential injury, to a dense
project that's bounded by roads like that?

MR.MAYOR: Please understand that when
project development comes into the village, there
are public hearings. When it is a major project,
for example there is a 40 unit developMent that is
being considered up off of Coal Hollow Road. When
that happens there is an environmental impact study

that is done for that project. It considers all of

2  the issues; drainage, traffic, whatever it is. If

3  the project that every one is addressing here comes

4  into the village, that same requirement will apply

5  and all of the issues will be brought to the table.

6  That is during that process, that's the time

7  for every one to come in and say, what about this,

8  what about this, I don't like this, I don't like

9  that. That's the time to do that.

10  FROM THE FLOOR: It seems to me if we are

11  looking at other institutions in the area, looking

12  at other religious buildings in the area, which are

13  bound by roads that are fixed at 30 miles an hour,

14  does it make a difference regarding a set back and

15  density issues, if your set back twenty feet from a 50

16  mile an hour road, compared to a 30 mile an hour

17  road? Are there different hazards involved in

18  addressing density issues based on the surrounding

19  roadways?

20  MR. LAMER: With regard to the law that we're

21  talking about tonight, it's not specific to any

22  particular property. If there is a project proposed

23  that comes before the board for a special permit,

24  then all of those factors will be considered in

25  determining whether a project is approved and if

it's approved, the size and scope of the project.
So if it's bordered, theoretically, by high speed
roads, that very well may be a factor in how far
back the buildings would have to be from the road?

Can that be written into our regulations
somehow, our zoning regulations regarding speeds on
roads?

MAYOR MARSHALL: The only concern that I have
with doing that is you may be limiting it to a
specific property and we're trying to make this very
neutral.

FROM THE FLOOR: Do it uniformly. The entire
202 corridor I think is 50 miles an hour pretty
much, and part of that corridor falls within your
jurisdiction. Can't we establish special issues, in
a uniform fashion, when there is a fifty. mile an
hour road surrounding a school? Can't we address
that this evening as being a significant issue
regards --

MS. ULMAN: Our current law requires that all
structures on any school properties be set back a
minimum of.125 feet. That's minimum. During the
project process for the planning board, as we
stated, those issues relating to traffic and so on
are addressed. They're environmental issues. If,

for safety purposes, it's necessary for there tobe
more than a 125 foot set back, that would be
determined during the environmental review process.
Very difficult to determine in advance.

FROM THE FLOOR: But it's impossible for you to
say for a school with potential children

MS. ULMAN: 125 foot set back. That's a pretty
large set back.

FROM THE FLOOR: Within a uniform fashion from a
30 mile an hour roadway, to a fifty, that's my
question, can you establish policy?

MAYOR MARSHALL: We cannot establish a policy
that is absolutely, because each of these projects
varies. The way the process is set up, that would be
considered as part of the environmental impact
review, and if it was *determined that it was a
problem, then the applicant, whoever that applicant
might be, would be required to provide mitigation
for that sort of question. It's only one type of
question. There are lots of other things that could
come into play. Without seeing a project, without
knowing where it is, and what -- ladies and
gentlemen, I can't have side talk because we can't
hear.

Those issues are all valid issues that will be

1      addressed in the process, and also every one will

2      have a chance to speak to them in the process, and I

3      encourage, whoever cares who is here, when we have

4      that process, come out and express your concerns()

5      that we can force the addressing of those *issues.*

6      Development doesn't happen willy filly when the

7      management authority, which is us, is responsible.

8      I like to think that we're responsible. If a

9      project comes in, like the project on Coal Hollow

10      Road, a study is done, all of the issues are

11      addressed. There are things that come up that you

12      cannot envision right now, that will come into play

13      when the project, whatever that project is, is

14      considered. That's how the system works.

15      FROM THE FLOOR: Thank you.

16      MAYOR MARSHALL: Rita, you're next.

17      FROM THE FLOOR: Can I just say first of all, I

18      didn't sign a photo release, and I do not allow you

19      to use any portion of the tape that has my image on

20      it. Thank you.

21      Rita Lewis, 1 Secor Court, Pomona.

22      (Background noise)

23      MR. MAYOR: Ladies and gentlemen, please be

24      courteous, thank you --

25      FROM THE FLOOR: When you talk about the height

of 35 feet, I just want to say that in residences 35

feet is to the top of the ridge line. Most homes

have a pitched roof. Chances are if an educational

facility shoiild come in with a dormitory

they'clhave a flat roof, so 35 feet is not

consistent with residences, if you are trying to be

consistent. Maybe you need to tweak that and make it

more specific to the type of roof that's being used;

ifit's.a pitched roof, 35 feet, with an attic space;

or if it's a flat roof, you need to keep it at the

25 feet.

The other thing is there is a lot of talk in

all of these amendments about net lot use, net lot

area. However, in the codes, in the village codes

there really is no description of the net lot area,

in terms of a homeowner cannot buy all the lots

around them, and increase their lot in this area, in

order to comply with this code, so I think there

should be something a little more specific about.net

lot area, and what determines net lot area, and

checked the code, I checked all the definitions and

the net lot area is not defined clearly enough, in

order to, you know, have a homeowner, if someone up

on the mountain wants to suddenly have a ten

thousand square feet house, instead of a six

thousand square foot house, and they buy both lots

either side of them, it's not specific enough.

Thank you.

*MS*. ULMAN: I believe we do have a definition of
the net lot area, and its uses.

FROM THE FLOOR: I looked in 130, I looked in
118. Maybe I missed it.

MAYOR MARSHALL: We'll consider that.

FROM THE FLOOR: The other thing is, one more
thing is, I think it's more specific to another law
that's going to be talked about tonight, the house
of worship, the buffer zones are also unclear in
the code. And I know what happened with the Hindu
Temple, the buffer zone is really inadequate. I'd
like to see more be a conservation easement on the
set backs on all four sides, rather than just an
unclear buffer zone. Thank you.

FROM THE FLOOR: Carlos Savarello (phon) 2
Sagamore Circle, Pomona, New York. I have a
question that this proposed amendment that you're
talking about, would be -- obviously there'd be a
voting on it; when would that voting be and where?
What particular time?

MAYOR MARSHALL: I thought it would be tonight.
We'll see. Hang around.

1        It would be nice to get this off our agenda.

2    We'll try and do something for this.

3        FROM THE FLOOR: One more question. Do all the

4    members of the board reside in the village whidlyou

5    represent?

6        MR. LAMER: 2 North Ridge Road. I have one

7    graduate of Ramapo High School, two seniors.

8        FROM THE FLOOR: I just want to make sure that

9    we're on the same page here..

10        MAYOR MARSHALL: You cannot be a member of this

11    board unless you're a resident of the Village of

12    Pomona. We all live here.

13        FROM THE FLOOR: Steve (name inaudible) 12 White

14    Birch Drive. Concerning the height issue, my

15    understanding from a project, which shall remain

16    nameless, but I can see from my bedroom, is that the

17    35 feet is determined from the proposed grade. In my

18    naivety I thought it was from the existing grade,

19    and I would kind of like that clarified and perhaps

20    suggest to the board that in the future, however

21    this height is applied throughout the village,

22    whether it be residences or other uses, that it be

23    from the existing grade,-not the proposed grade,

24    because as a neighbor, you look at a piece of

25    property and say, nothing can be built more than 35

feet above that, and I can live with that. And then
they regrade and it's eight to ten feet higher, and
then they put a 35 foot structure up, so I would
suggest, I think it was explained to me that it is
the average of the four corners of the structure,
which is the point that you measure from, so I would
like that footprint put down to the existing grade,
and then measured -- not if they want to raise it ten
feet, god bless 'em, but they lose ten feet of the
height of the construction.

MAYOR MARSHALL:  You make an interesting point
and I will tell you this; that we will consider this
as part of our consideration of this law, but we will
also discuss this in terms of our overall code and
see if it has to be amended to accommodate what
you're saying.

FROM THE FLOOR: I would appreciates that.
Thank you.

MAYOR MARSHALL: Anyone else?

FROM THE FLOOR: (Name inaudible) I am just
curious and I may be mistaken, but I was listening to
what you were saying about the dormitory law, and I
didn't hear you say anything -- I mean, I went to
college, and I couldn't bring my spouse to live with
me in my college dorm. Is there anything in your

law, or can we put something in your proposed law,
that state's that it is for students only, and not
for family members, because I'm pretty sure that I
read in the paper that it said rabbinical students
and their families. That is my concern. I would
really like if you can consider that, and possibly
put something in there, otherwise any college in New
York State would be flooded with family members and
children, and all of that sort.

MR. LAMER: The dormitory law presently on the
books, and it is not going to be changed by any
amendment, presently says, administrative staff,
faculty, and students. That's all that it permits
under the dormitory law.

FROM THE FLOOR: Did you also see what I saw in
the paper, and their families?

MAYOR MARSHALL: Please understand, what you
saw in the paper was something that the paper wrote
because they saw something that we didn't see.
There is no project that has any dormitories, six
story, eight story, ten story, that is before us. I
read the paper as well. You know, it caused
everyone to come out, which is kind of interesting.
That is not what we're considering here. If a
proposal of that sort comes into the village, then

it will be gauged based on our existing law. *Now* I would comment further -- IM get in trouble, so I won't comment further. But it will we considered in terms of our existing law.

FROM THE FLOOR: Is there anything that we can put into the law to truly protect that?

MAYOR MARSHALL: I think what Alan was saying is that it's in the law. It doesn't state --

FROM THE FLOOR: A little more specific.

MAYOR MARSHALL: Accessory use really addresses that to some degree.

FROM THE FLOOR: And there is always loopholes and there is always ways around those type of things_

MAYOR MARSHALL: Let's see what Doris has to say.

MS. ULMAN: I think our current law is the same language that you'll find in almosI any other dormitory law, and as read by Alan I think it's adequate.

FROM THE FLOOR: I think maybe that that law is proposed for the state and not for particular villages that are trying to protect their --

MAYOR MARSHALL: But we're bound by that. FROM THE FLOOR: But if we're trying to protect

our village, is there a way that we can put

2 amendments to that law? That's what we're here for,

3 right, to change or make some minor amendments to

4  the law?

5      MS. ULMAN: I would not want to do that.

6      FROM THE FLOOR: Why?

7      MS. ULMAN: Because it could put our whole law

8 in jeopardy.

9      FROM THE FLOOR: How is it controlled in SUNY

10 schools, let's *say,* for only students who are

11 attending schools to be able to do that?

12      MAYOR MARSHALL: Let me read the last line of

13 our definition of dormitory. I don't know if you

14 were here when I read it. The last line of our law

1:5 in the definition of dormitory in our law, says,

16 single family, two family and/or multi-family

17 dwelling units other than as described above shall

' 18 not be considered to be dormitories or part of

19 .dormitories. That's what it says in the law.

20      FROM THE FLOOR: So they will call it something

21 else.

22      MS.'ULMAN: We only permit dormitories. It

23 doesn't matter what you call it. It has got to look

24 exactly like what we have in our law.

25      MAYOR MARSHALL: If someone calls it something

else and we feel that it doesn't fall under our
definition, we will say no and then it will got()
court and a judge will decide.

FROM THE FLOOR: One other issue that I am just
thinking also is the 35 feet height. Now, correct
me if I'm mistaken, I believe that ceilings can be
built at an eight foot level, is that true, so if
they are eight feet we could truly get quite a few
stories in there.

MS. ULMAN: There is a space in between floors.

FROM THE FLOOR: But you could still get a four
story building?

MAYOR MARSHALL: The existing law that's being
proposed says a maximum height of a dormitory shall
be two stories or 25 feet, whichever is less. We
haven't accepted 35 feet, or anything else. It is
something that is being Considered.

FROM THE FLOOR: I think a lot of the questions
that I heard other people asking is why change that?
It sounds like you're making it easier.

MAYOR MARSHALL: You're assuming that we will.

FROM THE FLOOR: Well, if it is something that is
being proposed, who proposed it?

MS. ULMAN: I did.

FROM THE FLOOR: Why?

1   MS. ULMAN: In order to make it consistent with

2   our other height requirements.

3   FROM THE FLOOR: But why change it if everyone

4   here is

5   MS. ULMAN: Because I believe that legally

6   MAYOR MARSHALL: You made your point?

7   FROM THE FLOOR: I made my point? Okay, thank

8   you.

9   MS. ULMAN: Do you have one question?

10   MAYOR MARSHALL: If I let you speak again,

11   everybody is going to want to.

12   FROM THE FLOOR: Just one question, will the

13   concept of restricting families pass the challenge, at

14   least under state education law. I remember when

15   I went to school there was married student housing.

16   So just a question, then a request to go back to

17   make sure that there is no proviso in the education

18   law for restriction of students and no spouses.

19   MS. ULMAN: We don't address that issue in our

20   law.

21   MAYOR MARSHALL: We cannot do that.

22   MS. ULMAN: Our law does not specify spouses or

23   restrict, that's correct.

24   MAYOR MARSHALL: Okay, I want to get this over

25   with guys. Does anybody have one last shot who

hasn't spoken?

2        FROM THE FLOOR: Last question.

3        Joe Keller, 7 Linden Court. Will the students

4    have a right to vote in the community?

5        MS. ULMAN: If they are residents, and they

6    register.

7        When I daughter went to college she was able to

8    vote in the community in which she lived.

9        FROM THE FLOOR: Fine, thank you.

10       MAYOR MARSHALL: Anyone else? Okay.

11        Is there a motion to close the public hearing

12   on dormitories?

13       MR. SANDERSON: So made.

14       MR. LAMER: Second.

15       MAYOR MARSHALL: All in favor? Opposed?

16       Okay, carried.

17        Is there a motion on the existing law that is

18   under consideration?

19        Ladies and gentlemen of the board, discussion

20   on the comments from the public and the local law

21   that is proposed? Alma?

22       MS. ROMAN: I am not prepared to comment,

23   because I heard so much.

24       MAYOR MARSHALL: Alan?

25       MR. LAMER: I have a couple of comments.

Firstly just a general comment. I believe that the

2      amendments, in whatever shape they finally take,

3      will allow us to have a neutral law of general

4      applicability, for the application of which will

5      involve just a numeric or mechanical assessment and

6      therefore will be sustainable in a court of law.

7      And we're getting rid of any partially subjective

8      criteria, which would make it subject to challenge.

9          I believe that the law will not allow whoever

10     approved any special permit to require an

11     individualized assessment in the implementation of

12     these land use regulations. Specifically, I think

13     that although the 35 foot height restriction is

14     consistent with the residential zoning, it's clear

15     that residential houses are different than dormitory

16     houses, and I believe that we need a different

17     height restriction, due to the fact that we have a

18     flat roof building. It should be the 25 feet. I

19     also believe that we don't need to increase the

20     communal dining rooms to two and that one would be

21     sufficient for a dormitory, as set forth in the

22     statute.

23         MR. BANKS: On the height of the building, I

24     think if in fact the dormitories are, as in the law,

25     are an accessory use, that the same law should apply

to dormitories as an accessory use, as applies to
regular houses in the village. In the village an
accessory use building is limited to twenty feet, and
the principal residence is 35, so I think to be
consistent with our law, accessory use height is
twenty feet. That's what it is everywhere else.

MR: MAYOR: Anything else.

MR.. SANDERSON: Well, I think that based on the
input from the public this evening, I think it's
very clear that there is a great deal of concern
about the additional changes from the amendments
that were first proposed on December 18th. It's my
opinion that we should go back to the December 18th
amendments. We should cut out the two dining rooms
and go back to one. We should go back from 35 feet
to 25 feet, which is clearly more acceptable, and if
we're going to do that, we should probably go back
to 20 percent coverage instead of 25 percent, and
keep it the way it was at the first public hearing.

MAYOR MARSHALL: Would someone like to make a
motion?

MR. SANDERSON: I will make the motion to adopt
the local law amending the zoning of the Village of
Pomona in relation to dormitory buildings as
presented in the December 18th public hearing,

1    without further amendment.

2        MAYOR MARSHALL: Would you like to add a

3    correction of the spelling?

4        MR. SANDERSON: We can add Brett's typo, the

5    dormsitory.

6        MR. LAMER: Second.

7        MS. ULMAN: We need a SEQRA determination with

8    that resolution.

9        MR. SANDERSON: I can do that. Are we going to

10   do that in a middle, or are we going to do that

11   before the motion, before we adopt the motion on the

12   table?

13       MS. ULMAN: You can do one motion, but start

14   with the SEQRA.

15       MR. SANDERSON: I can add to the motion at the

16   beginning.

17       MS. ULMAN: Yes.

18       MR. SANDERSON: Well, adding this to the

19   beginning of my initial motion; resolved that the

20   proposed action is an unlisted action, that will not

21   have a significant adverse impact on the environment

22   for the following reasons; that the accessory

23   dormitory use does not increase the physical size  or

24   density of the primary school use, and will not

25   increase traffic, water run off, noise, odors, or

community services, and under existing New York State case law dormitories are required to be permitted in residential neighborhoods. The proposed local law helps to mitigate any potential impacts, as do the site plan and special permit processes to which each individual application is subject. By limiting the size and creating setbacks, the local law has a beneficial rather than adverse environmental impact. And three, any other potential impacts not already addressed in the dormitory and school use legislation will be more likely to be found on a case by case basis, and addressed during the site plan, and special permit processes, to which each individual application will be subject, and be it further resolved, proposed local law, the proposed local law amending the zoning law of the Village of Pomona in relation to dormitory buildings is hereby adopted -- not as amended -- as originally proposed in the public hearing of December 18th, and will be enacted as Local Law Number One of 2007.

And be it further resolved that the General Municipal Law Review set forth in the December 18th 2006 letter issued by the Rockland County Department of Planning is hereby over ridden for the reasons

that, one, contrary to the statement set forth in
the letter, there is currently a parking
requirement for private schools in the village
zoning law, which the board believes is sufficient
for the dormitory use, and, two, the dormitory use is
related to the total square footage of all
buildings on the lots, not to the lot area, so that
the board does not believe that the minimum lot
area needs to be increased.

MAYOR MARSHALL: Is there a second to that
motion?

MR. LAMER: Second.

MAYOR MARSHALL: Any further discussion? On
the proposed resolution, all in favor?
Opposed?

Let the record show the Amendment to the Local
Law dealing with dormitories is adopted as
presented.

Motion to close the public hearing?

(So moved, seconded and carried.)

MAYOR MARSHALL: The public hearing is closed.

(Next two items not transcribed)

MAYOR MARSHALL: The next item on the agenda, a
proposed local law amending the code of the Village
of Pomona relating to wetlands protection.

Although I will probably have to go over this
again sometime, let me point out several things.
Number one, this local law in some form or other has
been under consideration by the Village of Pomona
since I believe it was 1997. During the initial
consideration of the local law it was decided to
adopt a much amended version, because there was
protection by the federal law, and the Corps of
Engineers for our wetlands. That was enough to
protect us. That was taken away fairly recently.
As a result the local law that is being presented is
an entirely new law, which in part, in large part,
correct me if I'm wrong, mirrors the state code on
wetlands.

MS. ULMAN: It's very similar to the State D.
E. C. regulations on wetlands, yes.

MAYOR MARSHALL: Taking it one step further and
then I'll defer this to Doris in a minute. The
bottom line of this is, it defines what wetlands
are. It allows us to protect a smaller wetlands,
and it does that by classifying the smaller wetlands
in the same category as protected trees, requiring
the mapping by every developer, by every parcel that
is presented. It goes a long way towards the
protection of those vital pieces of property which

1      protect drainage, which protect the actual

2      environment, the conservation, of the village in

3      general. It is something that is needed. Again, I have

4      to emphasize, it is not parcel specific. It is a law

5      that is designed to protect the entire village and

6      every parcel that is under consideration here within

7      the village.

8         That being said, Doris, would you like to add

9         anything else before I open this up to the

10        floor. MS. ULMAN: No, I think you covered it.

11         MAYOR MARSHALL: The public hearing is now

12     'open.    Betty can be first.

13         FROM THE FLOOR: Betty Hedges, 11 Ladentown

14     Road, Pomona.

15         MAYOR MARSHALL: Are you speaking for yourself

16     or the conservation association?

17         FROM THE FLOOR: I'm speaking for both, if I

18     may. Mayor Marshall and members of the board, I am

19     president emeritus of the Rockland County

20     Conservation Association, which was founded in 1930,

21     long before any of you were born, and it haS worked

22     all these years to protect and conserve our natural

23     resources. I commend you on your action to protect

24     wetlands by the addition of Chapter 126.

25        As we know, wetlands provide enormous benefits

1    to a community. They are a valuable resource, and

2    must be protected. Adoption of this amendment will

3    serve the public good, and I thank you very much.

4         MAYOR MARSHALL: Sir?

5         FROM THE FLOOR: Paul Savad. I am going to

6    repeat a few things. I'm the attorney for the

7    largest undeveloped parcel in the village. I

8    believe it is the largest undeveloped parcel. And

9    I'm speaking, to make it clear, only about this law

10   as it applies to not only our property, but also as

11   it applies to many, many other properties in the

12   village. And with all due respect, and I have

13   spoken to a few wetlands experts, I think you have

14   some problems with this law, which I'd like to bring

15   to your attention.

16        This applies again not only to the Tartikov

17   property, for which no application has been

18   submitted, nothing is before the board, and we have

19   not spoken to one member of the board about this. I

20   am speaking here only about the proposed laws which

21   happen to have come to my attention.

22        Okay, and I think this is important, the

23   ordinance is designed to regulate use. It's not

24   designed to protect wetlands. I am going to explain

25   how it could be used in a discriminatory manner, in

a subjective manner, by this particular board.

2    The first thing, the environmental aspects, so

3    say the experts, of the proposed statute is missing.

4    Where there is disturbed habitat there should be

standards for rehabilitation and restoration and/or

6    relocation. What is disturbance? Disturbance could be

7    as much as fifteen or twenty years ago. For example,

8    logging, farming, construction before SEQRA and

9    before storm water management. Missing from the

10   proposed text amendment are mitigation standards

11   present under federal and state 'environmental laws,

12   which would allow the relocation of these disturbed

13   areas to other portions of the property.

14   This ordinance is use oriented, not

15   :  environmentally oriented, because it is specifically

16   oriented towards reasonable efforts to use, when it

17   should be directed towards mitigation.

18   In respect to the Tartikov property, we believe

19   that our property has disturbed areas because of

20   cottages built many years ago, which are called

21   fingers, which were artificially created. This now

22   becomes a use control device rather than

23   environmental mitigation.

24   Further, the assumption that this ordinance is

25   to fill a void created by federal law is incorrect

1       and false. There is no substantive void because the

2       current change in the Army Corps's jurisdiction is

3       for isolated wetlands which rarely exist, like ponds

4       out in the mid west, not connected to waterways. No

5       more laws are needed, because the vast majority of

6       wetlands are under the present, current jurisdiction

7       of the Army Corps of Engineers and the DEC.

8           In fact, I respectfully refer the village

9       attorney to the fact that on March 18th 2007 the

10      Army Corps of Engineers will be publishing new

11       regulations creating buffers and yards (sic) of up

12       to 50 feet, which would apply to property in this

13 .     village. This is what is happening as a result of

14      this ordinance. It creates an additional permitting

15       layer. B., since no mitigation standards, then

16      respectfully the trustees can arbitrarily the yard

17      to what they deem to be reasonable uses, and then

18      can say, you can go to court. That's contrary to

19      the way the present federal and state laws are

20      applied, and this is a badly written law. It's

21      arbitrary and capricious.

22          The criteria should not be reasonable use

23      because it's subjective. It should be based upon

24      the ability to mitigate and that's what the

25      environmental experts talk about. Let me give you

1    an example: A 40 by 50 pond located on anybody's

2    property in this village, or by a stream on a one

3    acre property, now the one hundred foot buffer

4    sterilizes the ability to build a deck, a pool,or

5    any other structure without coming before this

6    village board. Then this village board now has to

7    decide reasonable use. Many existing lots now

8    become non-conforming and preclude any expansion,

9    without first going to the village board.

10       Oversized lots, three or four acres, will not

11   be able to be subdivided to conform to one acre

12   zoning, without this permit. What is the effect?

13   Well, speaking only to the effect on this property,

14   the Tartikov property, not talking about any

15   development, we have 37 acres right now out of the

16   hundred which are presently encumbered by DEC and

17   federal wetlands jurisdiction    Nothing was taken

18   away. This now adds an additional ten acres which

19   will nowhave to go to permit, based on reasonable

20   use, before the village board. This is an insidious

21·  law. It's arbitrary and capricious. It is not

22   constitutional. And it will not survive court

23   challenge. It will not survive court challenge, not

24   only by Tartikov, but by any other landowner that's

25   affected by this, that wants to subdivide four or

1    five acres.

2    This is not filling a void, respectfully. It

3    is not a health, safety, and welfare stop gap. There

4    is no void created by federal law. From our point of

5    view, representing a property owner, this is

6    targeted to provide another permitting layer, to

7    prevent a use, which will again wind up in court.

8    I just respectfully request that you just

9    consider whether this law is really necessary and

10   doesn't place the village in a bad position, not only

11   with respect to our particular property but with

12   respect to many, many, many other properties in the

13   village. Thank you for listening.

14   MAYOR MARSHALL: Thank you.

15   FROM THE FLOOR: (Name inaudible) 9 Secor Court

16   regarding the wetlands protection. In Mr. Savad's

17   point he *says* that the wetlands on this property are

18   already under US Army Corps of Engineer

19   jurisdiction. In the immediate area there are

20   already other wetlands which are under the US Army

21   Corps jurisdiction, as well as New York State DEC

22   jurisdiction. Those wetlands which are across the

23   road on the Patrick Farms, were damaged by a

24   developer, and the Army Corps, which had

25   jurisdiction at the time, turned it over to the DEC,

RC1151

which only had jurisdiction really on one tributary, but because of resource issues told the DEC you should handle the remediation of the damaged wetlands.           After that the DEC turned around to the Town of Ramapo and said, we don't have the resources to handle the remediation that's necessary. You handle it. No fines were ever assessed to that developer, ever, and yet, in lower Rockland County, in 1999, when a DEC protected dam was damaged, the developer was charged three million dollars in fines. Why wasn't it done in Ramapo? applaud this board for going to adopt this amendment and make it part of our local law. It is protecting our drinking water, which we all need. Thank you.

FROM THE FLOOR: Rita Louis, 1 Secor. The fines that are in this law, the three thousand dollars per day for each violation, it says pursuant to Section 71-2303 of the Environmental Conservation Law, is that a federal or local law?

MS. ULMAN: State law authorizes it.

FROM THE FLOOR: So we came up with that three thousand dollars, or is that something that's already on the books?

MS. ULMAN: Something that we came up with.

FROM THE FLOOR: Because I find it to be

1    extremely low. It's such an important issue, the

2    environmental issue, and just as Brett said before

3    me, wetlands are constantly being compromised and

4    nobody ever gets fined. So, I mean, I would rather

5    see that upwards of ten thousand dollars per

     violation, because the point of a violation is to

6    try and deter people from destroying the wetlands.

8    Three thousand dollars to a well financed developer

9    who comes into the village means nothing. Its like

10   penny change to them. So they would do whatever they

11   wanted.

12        Also in Paragraph D. there is also fines of not

13   less than five hundred, no more than a thousand

14   dollars, for violation of provisions. Those also seem

15   to be extremely minuscule considering the types of

16   violations that could occur.

17.       In response to something that Mr. Savad said

18   about rendering the lots non-conforming for decks and

19   pools, in terms of this law, I think that's very

20   consistent in terms of many jurisdictions and

21   municipalities have instituted historical districts,

22   we've instituted steep slope laws. I don't see any

23   problem with rendering lots non-conforming in terms

24   of wetlands, because it's in the best interests of

25   the village, and the environment, and certainly

1  those people who want to put a deck or pool or

2  something else on their house, and they have

3  wetlands, would come before the board, as they

4  always have come before the planning board or before

5  the zoning board. It would be considered on a per

6  case basis_ 1 think his points on that issue are

7  not valid. Thank you.

8  FROM THE FLOOR: Rachel Abenia-Drol.

9  First of all I'd like to say thank you to the

10  board. I know this has been a very difficult

11  evening for the board and I appreciate the fact that

12  you tolerated the comments and allowed the public to

13  stay. For this amendment, I support it. 1 live on

14  a parcel of land that's bordered by what is

15  considered federal wetlands, but is not considered

16  New York State wetlands. And 1 feel it is very

17  important to preserve and protect that property as

18  wetlands, because it supports a whole range of

19  ecosystems, and I don't think that it is more

20  important to develop properties than it is to

21  preserve the rural area here. And I appreciate the

22  board's effort on this amendment.

23  FROM THE FLOOR: One quick question. Andrew

24  Wiley. Who within the village is qualified to make

25  the determinations? And if there is no one who is

qualified to make a determination, who will make the enforcement or interpretations for the village? Is there a mechanism or enabling act that you can do to hire a consultant on a per basis, or how would *you* go about_ doing that? So that's something for you to consider. Thank you.

MAYOR MARSHALL: Our village engineer is qualified. And also there is a mechanism within the code that allows us to have experts brought in.

FROM THE FLOOR: David Lieber, 5 Litman Lane. Firstly I want to thank you again for"allowing us to speak. I didn't catch the woman's name for the conservation society but I strongly believe in what she is trying to do, and applaud what you have done thus far.

And I agree with what you have done, as well as the two or three people before you. However, I'm standing here because I also have land that has wetlands as part of it. Unfortunately what these particular laws, I'm sure it's going, to affect me negatively as well as other people, and I just want to go through a couple of questions which I have spoken to the village code enforcement inspector.

Firstly, like you had in the past, you ironed out the differences between the old and the new. I

understand and you did mention that previous to 1997
this was going to be changed. What are the old? What
are the new? That's first. Secondly, why now? We
don't have to figure out why this is now. We all know
and you don't have to express it.

Thirdly, I bought my residence as a single
family residence. I'm certain my builder had to go
through certain things of giving land over here and
giving land over here in order to get the lots
developed the way they are. I purchased it as a
regular citizen, as a resident of Pomona. If I ever
wanted to put a pool on my property, which is now up
until, I don't know if this is going to be passed or
not, if I want to put a pool, I wouldn't have to go
through what is going to be proposed   If I want to
put a shed, if I want to build an extension, if I
wanted to do anything outside of what is being
proposed, I don't think I am going to have to go
through what I have to go through now if this is
proposed, and don't get me wrong, I believe in the
wetlands, I believe in the ecosystem. It has to be
there. It's going to come at a cost to me, it's
going to come -- I am not even sure what is going to
happen in the event I want to do that.

As a regular resident I feel I'm being

1    victimized by laws which are made specifically for,

2    let's just say, certain types of institutions which

3    I think is the reason for most of this. Okay. If

4    this law is upheld, I think it should be done

     differently for large parcels, versus single family

6    residences.

7        I just want to quote a couple of comments that

8    were made earlier. The setback of 125 feet which

9    was the requirement for whatever was discussed

10   earlier. Somebody mentioned that's pretty large.

11   You are requesting a setback from the, from the

12   " landscape or the easement, for the conservation

13   easement, which I have both, of 100 feet. To make

14   it almost impossible, if not impossible, to do

15   anything of what I would like to do. Not that

16   have any plans right now. But in the event I wanted

17   to do, it is going to make it impossible.

18       Secondly, another quote, the reduction of the

19   wetlands specific for the net use, was done for

20   educational usage, okay. And finally, if you take a

21   specific lot, most lots are one acre in the village,

22   if not a drop larger, just because of how they were

23   cut. It's going to be almost impossible, if·not

24   impossible, for anybody to have to go through, and I

25   understand that people have to go through certain

things to get things done within the village, but

2      what is being proposed, and I went through this just

3      as an individual, I am not a hundred percent certain

4      of all the regularities of what has to be done,

5      think it's extremely hard to do what needs to be

6      done as an individual, with what is now being

7      proposed for the wetlands. Thank you.

8           MAYOR MARSHALL: Doris, do you have any

9      comment?       Anyone else?

10          Ladies and gentlemen, we have not gotten a

11     response from County Planning on this proposed law,

12     so it will be necessary for us to continue the

13     public hearing to the next board meeting which is

14     February the 26th.

15          Is there a motion to do that?

16          FROM THE FLOOR: Paul Savad. If the board is

17     going to go on to propose any possible

18     modifications, I'd like to find out how I can get a

19     copy of that before the next meeting. In other

20     words, other than passing what is already on the

21     books, which is on the web site, if the board

22     decides to make modifications I would like to know

23     how I can get that expeditiously. I didn't get the

24     GML on the dormitory law until tonight. I'd like to

25     get the GML so I can review it and I'd also like to

know any possible amendments.

MAYOR MARSHALL: Is it appropriate ʹfor us, if we consider a change after the workshop meeting, when we discuss this, to transmit it for the sake of -- what is the procedure?

MS. ULMAN: Generally the amendments that are made by the board are public record, and anybody could look at them, or get copies of them if they are filed.

FROM THE FLOOR: That's fine. If they are made for public record. I just don't know.

MS. ULMAN: We don't know either.

MAYOR MARSHALL: Our workshop meeting is an official Village Board meeting, where there are minutes. It's not a workshop in a classic sense.

MS. ULMAN: One of the reasons we don't make them public before the meeting is because it becomes very confusing as to which one you're considering as a public hearing, so that's why we continue to use the original for the public hearing, and any amendments are discussed at the public hearing by the board.

FROM THE FLOOR: Thank you.

MAYOR MARSHALL: We'll do what we can.

The GML you were supposed to get. I don't know

why you **didn't get it.**

FROM THE FLOOR: I asked for it at the last
meeting. I **was told** I would get it.

MAYOR MARSHALL: I was under the impression
that it was sent to you the **day** after the meeting.

**FROM THE FLOOR:** It wasn't.

MAYOR MARSHALL: Okay. You have it now.

When we get it, however we can cooperate, we'll
cooperate.

The workshop meeting is February 12th. There is
nothing that says that that will be the final
discussion. If we get the GML from the County that
will be some basis for us. We're starting more from
the grass roots, and, Betty, if there are any
substantive changes, I'll be happy for your input as
well on this thing. We want this to **be** a good law,
**something that** fits.

I have a question for our attorney. Do we have
mitigation standards? How do we handle mitigation
standards in the law?

MS. ULMAN: I thought we addressed that. I think
they are in the issues that are considered by the
BOard of Trustees.

**FROM THE FLOOR: They are** not defined.

MAYOR MARSHALL: We'll take a look at it.

1        In any case, is there a motion to continue the

2   public hearing relating to the change of local law

3   with relation to wetlands?

4        (Motion made and seconded)

5        MAYOR MARSHALL:   Any further discussion on the

6   motion? All in favor? Opposed.

     The public hearing *is* continued to the February

7   26th village board meeting.

9        CERTIFIED BY ME TO BE A true and accurate

10   transcript of the within proceedings,

11

12

13        \,O

14        Neil Bostock, Official Reporter

15

16

17    Dated: January 24, 2007.

18

19

20

21

22

23

24

25

## A.

A-benia,Drol 90:8
ability 17:19 85:24
  86:4
able 59:1 72:11 75:7
  86:11
about 2:6 5:14 8:3
  11:15 12:4,6,17 13:13
  17:1 19:19 22:2
' 23:16 25:4,20,20,25
  30:21 34:10 38:5,7
  40:4 45:8,9 46:6,8
  47:4,5 49:11 51:25,25
  52:1,2,3,4,5,12 55:2,2
  55:3 57:7 59:21 62:7
  62:8,21 65:25 66:13
  66:19 67:11,21 69:22
  77:11 83:9,19,20
  85:25 86:14 89:18
  91:5
above 41:22 60:11,17
  69:1 72:17
absolutely 14:12 64:13
accept 9:7
acceptable 77:16
accepted 73:16
accessory 28:9,13
  32:12,14 41:3 53:3
  71:10 76:25 77:1,3,5
  78:22
accommodate 18:18
  22:14 55:8 69:15
accommodating 29:12
accommodations 12:22
  12:23
accommodation 9:13,18
accurate 97:9
achieved 17:10 acre
  16:9 51:22 86:3,11
  93:21
acreage 55:7
acres 5:15 8:4 55:6
  86:10,15,18 87:1
across 8:14 11:14 21:1
  87:22
act 42:20 91:3
action 78:20,20 82:23
actions 43:20,20
actual 82:1
actually 12:17 23:1
  34:25
add 48:12 78:2,4,15
  82:8
added 6:6 28:12 30:11
adding 78:18
addition 37:22 47:22
  82:24
additional 3:21 61:17
  77:11 85:14 86:18
address 3:7,9 14:9
  20:22 22:15 48:15
  53:4 55:4 57:2 63:17
  74:19
addressed 32:8 49:18
  49:18 63:25 65:1,11
  79:10,13 96:21
addresses 71:10
addressing 62:3,18
  65:5

adds 86:18
adequate 71:20
adjust 35:4
adjustment 54:4
administration 17:12
administrative 41:7
  70:12
adopt 77:22 78:11 81:7
  88:12
adopted 6:30 44:1
  50:14 79:18 80:17
Adoption 83:2
adult 5:20 6:7,10,11,19
  8:11 21:2,4
advance 64:4
advantage 12:10
adverse 78:21 79:9
affect 91:20
affected 86:25
afford 54:14
afraid 23:9
after 8:13 17:3 18:1
  22:23 38:2 88:4 95:3
  96:5
afterwards 42:5
again 8:3,15 42:24 44:5
  44:6 74:10 81:2 82:3
  83:16 87:7 91:11
against 23:4,10 26:25
  45:7 57:16
agencies 42:15,23
  45:13
agency 45:17
agenda 2:9,36,17 4:12
  22:5,13,14,20 68:1
  80:23
ago 11:15 13:1 39:6
  84:7,20
agree 42:9 58:24,25
  59:5,7 91:36
ahead 18:3
Alan 1:13 71:7,19
  75:24
alleged 58:12,13
allegedly 58:13
Allegiance 2:1
allow 2:20 8:19 10:24
  15:9 31:3 33:11
  65:18 76:3,9 84:12
allowed 3:3 7:10,16,19
  10:8 12:11,12 24:25
  31:21 32:25 59:23,25
  90:12
allowing 8:19 11:3
  18:22 25:19 91:11
allows 9:8 54:7 81:20
  91:9
Alma 1:13 75:21
almost 11:22 26:11
  35:1 39:16 71:18
  93:14,23
already 31:5,13 33:11
  33:19 79:10 87:18,20
  88:23 94:20
although 76:13 81:1
always 71:12,13 90:4
ambiguity 33:23
ambiguous 33:24 •
amended 4:19 69:15
  79:19 81:7

amending 8:10 77:23
  79:16 80:24 .
amendment 1:4,5 4:13
  4:16 8:15 10:18
  16:19 28:12 31:22
  67:20 70:12 78:1
  80:16 83:2 84:10
  88:12 90:13,22
amendments 6:12 10:13
  15:17 16:1 25:18,25
  26:4 28:15 36:20
  37:6,7 58:12,14 66:13
  72:2,3 76:2 77:11,14
  95:1,6,21
America 56:18
amount 2:10 7:8 15:1
  22:6 30:7 31:19
  52:18
ample 13:19 20:9 55:7
Andrew 9:20 90:23
and/or 41:21 72:16
  84:5
angry 47:18
another 27:14 56:20
  67:10 87:6 93:18
answer 6:1 12:7 39:5
  45:10
answered 5:22 38:23
anybody 21:14 74:25
  93:24 95:7
anybody's 86:1
anyone 3:25 4:9 7:12
  11:7 14:5 15:22
  16:34,18 17:23 25:11
  37:19,24 54:13 56:24
  69:19 75:10 94:9
anything 16:14 39:10
  24:7 25:24 32:3
  51:16 54:4 69:23,25
  71:5 73:16 77:7 82:9
  92:17 93:15
anywhere 11:2 35:12
apartment 38:15
Apartments 38:16
apologize 47:19
appeared 47:23
appears 34:3
applaud 88:12 91:14
applicability 76:4
applicant 36:3 64:17
  64:17
application 76:4 79:6
  79:14 83:17
applied 45:9 46:2 51:7
  68:21 85:20
applies 34:11 77:1
  83:10,11,16
apply 55:11 62:4 76:25
  85:12
appreciate 19:24 56:16
  90:11,21
appreciates 69:17
approach 3:8
appropriate 10:2 95:2
approved 62:25 63:1
  76:10
arbitrarily 85:16
arbitrary 33:16 85:21
  86:23
architects 7:4

architectural 7:4,18
area 10:25 12:9 18:8
  29:25 30:1,2,8 35:12
  37:10 38:7,9,11,12,14
  40:5,15 45:11 52:15
  53:7 54:24 62:11,12
  66:14,15,17,20,20,22
  67:5 80:7,8 87:19
  90:21
areas 18:7 31:21 40:21
  51:7 84:13,19
arise 3:21 34:1
AIILUPA 10:1 49:24
Army 85:2,7,10 87:18
  87:20,24
around 23:8 25:23
  42:20 57:17 66:17
  67:25 71:13 88:4
arrived 17:2
artificially 84:21
aside 2:25
asked 20:17 23:5,13
  42:12 96:2
asking 9:16 26:2,3,16
  26:21 38:21 40:15
  73:19
aspects 18:8,21 84:2
assessed 88:8
assessment 76:5,11
association 82:16,20
assume 6:24 7:15 59:4
  59:6
assumed 6:25
assuming 73:21
assumption 84:24
attack 3:17
attempt 7:21 48:4
attempted 33:21
attend 4:2 9:8
attending 72:11
attention 8:8 83:15,21
attic 66:9
attorney 1:14 5:8,11
  11:16 12:3 43:10,13
  58:13,22 83:6 85:9
  96:18
audience 49:20
authority 65:7
authorizes 88:20
Avenue 21:3,5
average 69:5
avoid 2:6 22:2
away 33:22 53:20
  81:10 86:18

## B

B 1:9 85:15
back 4:3 42:10 43:23
  45:19 51:4,9,11,13
  56:8 62:14,15 63:4,2
  64:2,7,8 74:16 77:13
  77:15,15,17
Background 65:22
backing 16:4
backs 61:14 67:16
bad 87:10
badly 47:17 85:20
banging 20:15
BANKS 1:12 76:23

base 13:5
based 11:19,2113:24,
  30:7 44:19 47:25
  49:17 50:2462:18
  71:1 77:885:23
  86:19
basement 59:21 60:5
  60:10,10,17,20,22
  basements 59:22
basic 42:25
Basically 31:14 32:7
basis 4:19 33:19 34:25
  47:25 79:1290:6
  91:4 96:13
bat 58:1
battle 18:19
Beaverdani 11:14
  13ecchnelli35:8
become 2:23 86:8
becomes 18:19 84:22
  95:17
bedroom 68:16
before      2:53:2410:16
  24:10,12 25:24 26:21
  27:13,23 29:22 30:13
  37:13,1643:253:6
  62:23  70:2178:11,11
  82:9,21 83:18 84:8,9
  86:5,20 89:2 90:3,4,4
  91:17 94:1995:17
begin 2:5 4:11
beginning 4:1422:19
  36:19 47:1258:9,16
  78:16,19
begins 18:5
behalf 34:17
behind 17:423:13
behooves 35:3
being 3:23 10:14,24
  20:21 26:7,10,24
  27:11 42:1,3 45:8
  59:1 61:24 63:18
  66:8 73:13,17,23
  81:11 82:8 89:3
  92:17,25 94:2,6
believe 5:14,17 6:3,9,15
  8:16 15:1616:1
  33:13 36:137:540:1
  42:13 48:1649:24
  59:16,20,22 60:18
  67:4 73:6 74:5 76:1,9
  76:16,19 80:8 81:5
  83:8 84:18 91:13
  92:20,21
believes 80:4
belong 18:24
beneficial 79:8
benefit 59:8
benefits 82:25
best 48:6 57:22 59:3,10
  89:24
Beth 12:6
better 44:1847:10
Betty 82:32,13 96:14
between 7:1918:19
  73:10 91:25
beyond 17:18
big 12:18 26:11 54:24
Birch 51:20 68:14
black 46:4

Bleiwas 11:13
bless 69:9
blights 13:6
block 4:4
board 1:1,10 2:8,20 3:8
  3:12 7:20 22:4,8 27:24
  28:24 29:22
  42:14,15,18,19 43:14
  46:8 48:4,17 49:21
  50:13,15 56:6,6,10 59:2
  62:23 63:23 68:4,11,20
  75:19 80:4 80:7 82:18
  83:18,19 84:1
  86:6,6,9,20 88:12
  90:3,4,5,10,11
  94:13,16,21 95:7,14
  95:22 96:23 97:8
boards 35:16
board's 90:22
Bonaface 12:6
book 49:15
books 4:23 34:13 44:7
  44:16,21 45:13 53:8
  53:10 70:11 88:23
  94:21
bordered 63:2 90:14
born 39:15 82:21
Bostock 97:14 both
  6:12 23:2 28:6
  67:1 82:17 93:13
bottom 81:19
bought 92:6
bound 61:13 62:13
  71:24
bounded 61:19
  boy 59:6

breaks 47:4
Brett 49:13 89:2
Brett's 78:4
Bridget 38:4
brief 3:13,20
Briem 14:10 58:4
bring 13:3 14:23 33:18
  69:24 83:14
bringing 33:10 39:11
brought 8:7 15:8,10
  26:10 33:21 41:1
  62:5 91:9
buffer 67:12,14,17 86:3
buffers 85:11
build 7:25 8:8 30:9
  31:12,21 36:4 46:14
  54:20,23 86:4 92:16
builder 92:7
building 1:14 6:25 7:2
  7:15 12:14,19 28:17
  29:20 32:18 33:5
  41:2,17,20 45:3,4
  46:14 50:5 51:6,14,14
  52:4,11,11,20,22
  53:15,18,20 54:3,8,19
  54:19,20 60:8,10
  73:12 76:18,23 77:3
buildings 6:23 11:23,25
  12:18 28:20 32:16
  51:5,15 52:1,3 53:11
  62:12 63:4 77:24
  79:18 80:6
builds 55:8
built 30:24 39:18 52:25

C
53:1,2,3,11 54:8
  68:25 73:7 84:20
bulbs 14:18
burden 19:1,3,11
business 2:10 3:18 8:25
  20:2 22:6
buy 66:16 67:1

C
C 50:4 81:16
call 30:8 60:21 72:20
  72:23
called 3:7 29:25 60:19
  84:20
calls 10:25 13:20
  72:25 calm 9:7 21:23
came 47:15 51:20
  88:21,24
camp 2:12 8:5 22:9
  55:5
campus 8:1,9
candy 13:3
capacity 5:11
capricious 85:21 86:21
care 23:12
carefully 11:18,20
cares 65:3
Carlos 67:18
carried 75:16 80:20
case 4:22 11:19 34:1,20
  34:24 35:1,2 36:2
  43:11,12,16 44:17,19
  50:1 54:22 79:2,12,12
  90:6 97:1
cases 16:15
catch 91:12
category 81:22
cathedral 23:13
catholic 46:4
caused 70:22
causes 43:13
ceilings 73:6
cellar 60:23 61:2
certain 30:4,7 59:20
  92:7,8 93:2,25 94:3
certainly 47:19 89:25
CERTIFIED 97:9
challenge 74:13 76:8
  86:23,23
challenged 43:3
chance 11:12 19:25
  21:25 65:2
Chances 66:3
change 10:9,10 12:23
  12:24,25 13:7 19:13
  19:18 20:3 23:11
  24:21 25:10,11,12
  26:3,13 27:24 28:7
  29:2,11 30:18 32:9
  35:24 42:24 43:17
  44:9 45:1 50:25 52:9
  72:3 73:19 74:3 85:2
  89:10 95:3 97:2
changed 2:17 22:13
  28:16,19 44:5,5,5
  50:15 51:25 55:17
  70:11 92:2
changes 4:23 5:17 8:10
  14:1,1 18:25 24:24

25:1,2,3 26:6,9 27:16
  30:15 32:4 33:4,10,17
  33:17 34:6 35:1 38:5
  38:9 39:19 42:22
  43:24 53:9 57:17
  77:11 96:15
changing 18:8,17 19:2
  46:15 55:22 56:1
Chapter 82:24
character 10:9
charged 88:10
charter 48:10
checked 66:21,21
children 6:12 14:20
  23:7 40:12 64:6 70:9
choice 48:24
Christian 46:4
Christina 31:3
church 9:21
Circle 67:19
circumvent 7:21
citizen 92:31
City 1:24
clarified 59:15 68:19
clarify 16:16 32:23
  33:22 40:24
classic 95:15
classifying 81:21
clear 9:4,9,9 28:8 31:24
  33:25 34:19 36:12
  44:19 76:14 77:10
  83:9
clearer 43:1
clearly 66:22 77:16
clerk 1:15 2:4 3:6 5:1
cloak 19:9,10
close 25:24 75:11 80:19
closed 16:17 80:21
Club 31:4
Coal 61:24 65:9 code
  8:10 33:5 66:18,21
  67:13 69:14 80:24
  81:13 91:9,23
codes 49:1,9,15 52:15
  52:16 55:17,23 56:2
  66:14,14
coincides 52:10
collected 4:1
college 12:8 14:24 15:2
  15:6 23:2 38:13,18
  39:18 54:12 69:24,25
  70:7 75:7
colleges 28:6
come 4:21 9:17,25 10:1
  10:3,17 11:3,9 14:8
  15:21 16:23 18:16
  19:13,19 23:8 38:2
  43:5,7,9 44:17 49:12
  58:6 62:7 64:21 65:4
  65:11,12 66:4 70:23
  83:21 90:3,4 92:22,23
comes 13:18 34:24 35:6
  35:15 38:18 61:21
  62:3,23 65:9 70:25
  89:9
comfortable 14:21
coming 86:5
commend 82:23
comment 3:1,4 71:2,3
  75:22 76:1 94:9

comments 3:10,12 8:24
  9:2,5 15:19 16:16
  20:6,15,22 25:6 27:9
  27:12 48:2,15 75:20
  75:25 90:12 93:7
common 3:7 9,11,12
  38:14 40:4,11,15 43:6
  45:11
communal 28:17 40:10
  41:8,16,19 76:20
communities 28:4 30:4
community 13:8 17:8
  17:16,17,21 48:11,12
  48:14,18,18,20 49:5,9
  56:19 59:4,11 75:4,8
  79:1 83:1
comparable 59:18
compared 62:16
complaining 36:20
completed 3:19 41:12
completely 5:19
complex 44:2
compliance 36:3
complies 35:22 36:2
comply 35:17 66:18
comport 29:4
comprise 46:10
compromised 89:3
concept 18:17,25 74:13
concern 26:1 63:8 65:4
  70:5 77:10
concerned 30:21 36:22
  37:1
concerning 2:11 4:13
  5:3 8:11 22:8 68:14
concerns 30:5 34:5
  37:9
conduct 2:19 3:22
  20:18
conducted 9:6
conform 33:5 86:11
conforms 36:15
confusing 55:18 95:18
connected 54:25 85:4
connection 5:23 31:25
conservation 67:15
  82:2,16,20 88:18
  91:13 93:12
conserve 82:22
consider 13:25 42:17
  43:17 44:11 46:23
  50:11 51:12 52:9
  54:2,3 67:8 69:12
  70:6 87:9 91:6 95:3
consideration 29:23
  31:15 69:13 75:18
  81:4,6 82:6
considerations 29:21
considered 32:12 33:17
  41:23 51:4 61:24
  62:24 64:15 65:14
  71:3 72:18 73:17
  90:5,15,15 96:22
considering 24:22,23
  25:2 27:17,19 28:24
  30:19 44:10 50:15
  52:13,19,21 70:24
  89:15 95:18
considers 62:1
consistency 33:6

consistent 29:18 33:11
  33:18 66:5,6 74:1
  76:14 77:5 89:20
constantly 34:12 89:3
constitutes 46:9
constitutional 86:22
construct 30:1
construction 69:10
  84:8
consultant 91:4
contain 39:1 41:10
contains 41:4
content 3:14
continuation 50:19
continue 18:23 26:21
  50:23 54
  95:19 97:1
continued 4:12 97:7
contrary 7:13 80:1
  85:18
control 49:3 84:22
controlled 72:9
controls 30:24
conversations 42:2
  47:6
cooking 6:8 41:8,10
cool 57:21
Cooper 5:4 11:5
cooperate 96:8,9
copies 95:8 copy
  42:13 50:6 94:19
corners 69:5
Corps 81:8 85:7,10
  87:18,21,24
Corps's 85:2
correct 38:8 60:11 73:5
  74:23 81:13
correction 78:3
correctly 10:4
corridor 63:13,14
cost 92:22
cottages 84:20
cotton 13:3
counsel 21:20 country
  31:44 6,6,20 county
  5:25 11:25 18:9
  39:16 42:12,12,34
  79:24 82:19 88:9
  94:11 96:12
couple 2:5 59:15 75:25
  91:22 93:7
court 4:21 25:15 34:1
  34:23 38:4 44:20
  45:2 49:13,22 65:21
  73:3 75:3 76:6 85:18
  86:22,23 87:7,15
courteous 65:24
courtesy 15:21,23
courts 45:6 46:15
cover 54:24
coverage 77:18
covered 82:10 crazy
  23:6 57:7 created
  16:23 3:9 84:21
  84:25 87:4
creates 30:13 32:14
  85:14
creating 30:36 31:23
  79:7 85:11
credits 29:25

criteria 76:8 85:22
curb 56:8
curious*69:21
current 27:25 28:23
37:22 43:25 63:20
71:17 85:2,6
currently 27:25 80:2 cut
77:14 93:23

D 60:25 81:15
89:12 dam 88:9
damaged 87:23
88:3,10 Darryl 43:6
Dated 97:17
daughter 75:7
David 91:10 day
17:10 57:4,14
88:17 96:5
dead 56:12 deal
77:10 dealing
20:4 44:3,4
46:25 80:17
debate 2:24 38:24
DEC 85:7 86:16 87:21
87:25 88:2,4,9
December 77:12,13,25
79:20,23
decide 13:20 42:19
73:3 86:7
decided 45:16 81:6
decides 42:18 94:22
deciding 11:19
decisions 4:21 deck
86:4 90:1
`decks 89:38 decorum
56:15 deduct
30:4,6,9,10,10
deduction 30:11
deem 85:17 Deer
59:14 defend 33:24
34:3,9
35:6 45:2 47:13
48:18,19 58:15
defendable 33:7
defense 49:21
defensibility 43:2
defensible 33:14 34:14
35:6 43:15
44:20,24 defer 81:18
define 26:22 defined
8:18 66:22
96:24
defines 24:25 81:19
Definitely 40:18
definition 11:18 27:21
28:1,3 38:25 40:8,19
40:22,23 60:22,22
67:4 72:13,15 73:2
definitions 6:6 36:5,6
39:3 66:21
degree 71:11
deliberate 7:21
Dennis 38:4 dense
61:18 density
17:18 61:15
62:15,18 78:24
lenying 18:11
9epartment 79:24

depending 42:16 60:23
depends 54:18 60:12
DEPUTY 1:12
described 41:22 72:17
description 66:15
designated 6:11
designed 5:18 49:3 82:5
83:23,24
desire 54:13
desired 51:22
desires 50:16
destroy 15:10 49:8,9
destroyed 49:4,5
destroying 89:7
deter 89:7
determination 78:7
91:1
determinations 90:25
determine 64:4
determined 32:14 64:3
64:16 68:17
determines 66:20
determining 30:2 62:25
Deutschman 25:14
develop 48:22 90:20
developed 44:12 92:10
developer 81:23 87:24
88:8,10 89:8
development 2:12,13
22:8,10 49:3 61:21,23
65:6 86:15
develops 43:12
device 84:22
dictionary 11:17
difference 29:6 62:14
differences 91:25
different 21:15 60:22
61:34,15 62:17 76:15
76:16
differently 61:12 93:5
difficult 33:24 35:11,13
43:21 64:4 90:10
Diliberto 38:3
dining 6:8 28:17 38:11
38:12 40:10,11,21
41:8,10,16,19 76:20
77:14
directed 8:16 30:20,22
55:5 84:17
direction 34:22
discriminating 11:18
discriminatory 5:18
11:17 83:25
discuss 2:15 10:1,2,4
20:19 22:11 25:9,10
25:16,17 26:17 51:2
69:14 95:4
discussed 4:24 10:24
42:4,7 44:15 51:1
93:9 95:21
discussing 34:6 53:5,5
53:11 55:11
discussion 2:11 15:3
22:7 24:17 45:20
75:19 80:13 96:12
97:5
discussions 47:13
disgrace 14:11,12
disorder 9:10
districts 89:21

disturbance 84:6,6
disturbed 84:4,12,19
Doctor 61:6
doing 6:10 28:8 29:3
31:13 45:22 46:17,17
49:21 55:24 56:1
59:9,18 63:9 91:5
dollars 88:11,16,22
89:5,8,14
done 29:23 55:18 62:1
65:10 88:11 91:14,16
93:4,19 94:1,4,6
doorway 4:2,4
Doris 1:14 27:15 29:14
34:20 40:7 71:15
81:18 82:8 94:8 dorm
7:5 16:19 69:25
dormitories 4:14 5:3,19
6:18 8:2,11 16:20
24:16,18,25 25:17,21
29:17 31:5,8,12 32:11
36:5 38:5,10 40:10,22
41:23,24 45:12 54:7
70:20 72:18,19,22
75:12 76:24 77:1
79:2 80:17
D ORMITOMES (C...
1:4
dormitory 4:22 6:3,6
10:7,8 18:10 27:21,25
28:3,8,17 31:14 32:15
32:19 36:7 38:13,14
38:15,25 39:2,3 40:9
40:19,23 41:1,9,14,16
41:18,20 46:10 50:2,4
50:5 51:5,13,14 52:25
53:1,2,8 54:23,25 56:8
61:1 66:4 69:22
70:10,34 71:19 72:13
72:15 73:14 76:15,21
77:24 78:23 79:11,18
80:4,5 94:24
dorms 6:4,21,22 7:3,5,8
16:11
dormitory 50:4 78:5
doubt 59:9 60:14 down
4:8,21 21:23 23:1
69:7
drainage 62:2 82:1
draw 36:9,10
drinking 88:14
Drive 22:18 51:20 61:7
68:14
drop 93:22
due 16:6 37:8 76:17
83:12
duration 3:15
during 3:4,13 4:24
16:14 62:6 63:22
64:3 79:13 81:5 Durkin
15:14
dwelling 28:2 41:31,21
61:1 72:17

E

E 1:9,9 81:16 each
3:10 42:17 64:13
79:6,14 88:17
EAY 5:23

earlier 34:19 43:11
93:8,10
easement 67:15 93:12
93:13
easements 30:12 31:18
easier 33:25 35:20 37:2
73:20
easily 55:25
easy 22:22 39:20,21
ecosystem 92:1
ecosystems 90:19 Ed
9:24
education 54:10,13
74:14,17
educational 30:23
31:11,12,20 36:6 41:2
51:6,15 66:3 93:20
effect 31:18 86:12,13
7:12 8:16,21
effectively 6:4,18,21
efficient 18:2
effort 90:22
efforts 34:16 84:16
eight 69:2 70:21 73:7,8
either 54:14 67:2 95:12
El 12:6
Eloise 51:21,22
else's 19:9
em 69:9
Emerald 22:17
emeritus 82:19
emotional 56:10,20
57:3,7
emphasize 82:4 enabling
91:3
enacted 79:20
encourage 14:4 65:3
encumbered 86:16
end 5:5 37:23 50:18
53:19
enforce 34:14 39:9,10
39:25
enforcement 91:2,23
engineer 87:18 91:7
Engineers 81:9 85:7,10
enjoy 14:22 17:9
enormous 82:25
enough 2:24 44:19
66:22 67:2 81:9
ensure 16:8 43:2
enter 3:9
entertain 3:20
entire 15:5 18:8,17,25
30:22 36:15 63:12
82:5
entirely 10:9,10 81:12
environment 14:20
23:12 31:17 78:21
82:2 89:25
environmental 30:4
31:16 37:9 56:21
61:25 63:25 64:3,15
79:9 84:2,11,23 85:25
88:18 89:2
environmentally 84:15
envision 65:12
equally 46:3
equipment 11:23
equitable 13:11 48:3,21
essence 56:1

establish 63:15 64:11
64:12
established33:12
51:21 establishment
49:25 evaluating 4:17
even 8:12,1917:15,24
25:25 36:24 92:23
evening 9:25 29:22
42:21 43:1863:38
77:9 90:11
event 92:24 93:16
ever 15:12 23:2 43:18
88:7,8 89:492:11
every 11:3128:18
29:20 35:141:14,15
41:15 44:24 45:3,4,12
45:14 47:559:2 62:3
62:7 65:181:23,23
82:6
everybody 15:1121:23
29:13 34:5 35:18
36:23 46:747:14,18
57:3,21 74:11
everyone 5:1015:15
16:8 19:24 21:16
24:7 44:22 49:20
53:4 70:23 74:3
everything 12:2515:11
16:5 19:24 23:17
48:3,4 57:6,14
everytime 24:4
everywhere 77:6
evolve 18:2244:9
evolving 43:16
exactly 72:24
example 6:2416:15
30:5 46:9 61:2384:8
86:1
exceed 28:20
except 41:11
exception 34:4
excited 41:15
exclude 5:19,20 7:22
excluded 6:78 28:19
excludes 6:218:17
excluding 8:18
exclusively 3:14
excuse 53:22 29:3
41:14 50:22
exist 25:9 30:5 34:10
36:22 85:3
existed 33:23
existent 31:5
existing 14:2 24:24
31:23 33:3,5 34:20
35:17 40:24 54:4
55:21 68:18,23 69:7
71:1,4 73:13 75:37
79:1 86:7
exists 19:21 27:17,25
33:19 40:24 41:25
42:25
expand 8:5
expansion 86:8
expect 44:8
expedite 24:23
expeditiously 94:23
expenses 19:8

cpuseesscesscRC1

85:25 91:9
explain 27:16 45:21
52:23 83:24
explained 4:14 69:4
exposure 59:21 60:17
express 65:4 92:5
extension 92:16
extremely 89:1,15 94:5

**F**

F 1:9 6:16
face 5:18 19:5 56:19
facilities 6:9 41:9,11,12
facility 13:23 30:2,24
66:4
fact 13:2 15:1,3 76:17
76:24 85:8,9 90:11
factor 63:3
factors 62:24
facts 11:19,21
faculty 6:12 41:7 70:13
fair 9:10 12:21,23
13:11 22:21 46:7,8,9
47:1 48:3,21
fairer 45:15
fairly 45:8 46:2 81:10
fall 73:1
falls 63:14
false 85:1
familiar 18:9
families 17:9 38:16,20
39:7,12,18 70:5,16
74:13
family 14:23 15:9 28:1
28:1 29:18 41:21,21
70:3,8 72:16,16
92:7
93:5
far 36:22 59:21 60:17
63:3 91:15
farming 84:8
Farms 87:23
fashion 63:16 64:9
favor 29:10,11 75:15
80:14 97:6
February 94:14 96:10
97:7
federal 7:13,22 8:20
16:7 18:18,19 31:10
31:25 43:20,25 48:24
49:24 81:8 84:11,25
85:19 86:17 87:4
88:19 90:15
feel 26:18 35:10,13
53:19 56:12,17,25
57:11 58:24 73:1
90:16 92:25
feet 7:3,7,17,17 12:14
28:21,22,24 29:15,19
29:21 32:19 38:6,7
44:23,23 45:5,5 50:6
50:7,8 52:8,9 56:8
59:17,23,25 60:7,9,13
60:15 62:15 63:22
66:1,2,5,9,11,25
68:17 69:1,2,9,9 73:5
73:8,15,16 76:18 77:3
77:6,15,16 85:12 93:8
93:13
fellow 14:14

few 22:18 39:6 73:8
83:6,13
fifteen 29:10 44:22
84:7
fifth 41:14
fifty 41:15,15 45:12
63:16 64:10
fighting 57:5,12
figure 92:4
filed 5:23 95:9 fill
2:3 16:21 84:25
filled 3:25 18:3
filling 87:2
final 96:11
finally 76:2 93:20
financed 89:8
financially 19:4 find
25:7 36:13 71:18
88:25 94:18
fine 19:6 23:17 75:9
95:10
fined 89:4
fines 88:7,11,15
89:12 fingers 84:21
finish 6:2 40:5
finished 38:22,23 47:9
fire 12:15
firefighter 11:21
firefighters 12:1
first 4:12 5:4,21
11:15 12:1 18:6 24:15
27:20 44:2 56:2 65:17
77:12,19 82:12 84:2
86:9 90:9 92:3 Firstly
76:1 91:11,24 fishing
13:4
fits 96:17
five:2:9 11:15 13:1 22:5
39:22 44:23 87:1
89:13
fixed 62:13
flash 14:18
flat 46:5,10 76:18
flawed 49:25
flood 30:10 31:17
flooded 70:8
floor 1:23 4:5 5:5,8 9:2
9:5,12,15,18,21,25
10:22 11:6,13 14:3,7
14:10,16,19 15:14,19
15:25 16:21,24 17:24
18:4 20:6,12,24 21:8
21:11,23 22:17 23:21
23:24 24:1,13 25:14
26:23 27:2,5,7,10,18
28:22 29:1,5 31:3,7
32:2,9,20 33:4,15
34:2,16 35:8,18,24
36:7,17,23 38:3,12
39:4 40:14,17,20 43:4
43:6 45:8,17,21,25
46:18,20 47:2,8,9
48:25 49:4,8,13 50:21
51:3,12,17,19 52:6,14
52:21 53:13,22 54:1,6
54:9,12 55:13,16,22
56:3 57:2,24 58:2,4
59:14 60:8,16,19 61:4
61:6 62:10 63:12
64:5,9 65:15,17,25

67:6,9,18 68:3,8,13
69:17,20 70:15 71:5,9
71:12,21,25 72:6,9,20
73:4,11,18,22,25 74:3
74:7,12 75:2,9 82:9
82:13,17 83:5 87:15
88:15,21,25 90:8,23
91:10 94:16 95:10,23
96:2,6,24
floors 73:10
fluid 34:21,21
folks 18:2
follow 8:20 14:3
following 2:18 16:3
78:22
foot 6:25 7:5,9,15 32:18
52:4,6 64:2,7 67:1
69:3 73:7 76:13 86:3
footage 32:16 80:6
footprint 69:7
force 65:5
forced 47:21
form 2:4 3:6,25 4:9
5:23 11:7,10 14:6
16:21 18:3 81:3
formed 17:3,7
forms 5:2
forth 26:10 76:21 79:23
80:1
forum 2:23 20:7,19
forward 13:4,4,5,6
43:12 44:17
found 79:12
founded 82:20 four
23:7 40:1,14 67:16
69:5 73:11 86:10,25
frankly 13:22 17:10
freely 12:12
friends 14:22

from 3:21 4:5 5:5,8,25
7:3 9:2,5,12,15,21,25
10:22 11:6,13 14:3,7
14:10,16,19 15:14,19
15:25 16:21,24 17:24
18:4,16 20:6,12,24
21:1,8,31,23 22:17
23:21,24 24:1,13
25:14 26:23 27:2,5,7
27:10,18 28:22 29:1,5
31:3,7 32:2,5,9,20
33:4,15 34:2,16 35:8
35:18,24 36:7,17,23
38:3,12,20 39:4,14
40:14,17,20,21 42:16
'13:4,6,7,9 45:8,9,17
45:21,25 46:18,20
47:2,9 48:25 49:4,8
49:13 50:19,21 51:3,4
51:12,13,17,19 52:6
52:14,21 53:13,22
54:1,6,9,12 55:13,16
55:22 56:3,8 57:2,4
57:24 58:2,4 59:14
60:8,16,19 61:4,6
62:10,15 63:4,12 64:5
64:9,9 65:15,17,25
67:6,9,18 68:3,8,13
68:15,16,17,18,23
69:6,17,20 70:15 71:5
71:9,12,21,25 72:6,9

72:20 73:4,11,18,22
73:25 74:3,7,12 75:2
75:9,20 77:9,11,15
82:13,17 83:5 84:9
87:4,15 88:15,21,25
89:7 90:8,23 91:10
93:11,11 94:11,16
95:10,23 96:2,6,12,13
96:24
front 51:4,13
frustrating 57:13
frustration 58:4
fully 44:8
fun 48:9
functioning 2:22
funny 23:21 47:3
further 7:14 24:20 71:2
71:3 78:1 79:15,22
80:13 81:17 84:24
97:5
future 33:8 36:24 68:20

**G**

gap 87:3
gasps 12:8
gauged 71:1
gavel 15:22 20:15
gee 43:14
general 76:1,3 79:22
82:3
generally 46:13 95:6
genesis 34:7
gentleman 18:1 25:19
26:25 27:14 46:1
56:23
gentlemen 4:1 8:24
13:10 19:16 25:8
46:22 47:7 56:23
58:19 64:23 65:23
75:19 94:10
gets 6:1 89:4
getting 20:13 23:4 76:7
give 6:24 11:11 15:20
15:22 19:25 21:25
56:7 59:8 60:9 85:25
given 12:18 61:7
gives 16:11 22:20 43:12
giving 42:10 92:8,9
Ghli 5:24 42:14 94:24
94:25 95:25 96:12
go 4:8 11:11 13:23 18:3
18:21 21:5 26:5 29:9
29:12 34:23 35:12,14
35:20 37:3 39:21
42:10 45:19 54:13,14
54:17 73:2 74:16
77:13,15,15,17 81:1
85:18 86:19 91:5,22
92:7,14,18,19 93:24
93:25 94:17
god 69:9
goes 30:24 44:20 49:22
81:24
going 3:23 4:2,11 12:7
15:10 16:13 18:12,12
18:21,21,23 20:19
21:12,16,17 22:21,22
22:22 23:9 24:15,17
26:17 29:9,12,20 32:5

38:6,6,17,19,24 39:7
39:7,9,9,10,13,13,18
39:21,23,2440:16,21
40:23 43:15,17 45:9
46:15 47:14,15 53:14
53:18,1956:19 57:17
57:18 58:1067:11 70:11
74:1177:17 78:9,10
83:5:24 86:9 88:12
91:2092:2,13
92:15,18,22,23,23
93:17,23 94:17
gone 43:22
good 9:25 83:3 96:16
gotten 19:2042:16 59:5
94:10
government2:2212:24
35:3 43:2148:24
grade 60:1268:17,19
68:23,24 69:7
graduate 68:7
Grandview21:3,5
Grapella 56:3
grass 96:14
great 77:10
Greg 58:4
Gregg 14:10
ground 60:17
group 18:13 26:20 47:4
group's 25:20
growth 17:11
guess 39:22 50:9
guidelines 47:10
guns 23:15,16
gutted 8:21
guys 74:25

**H**

habitat 84:4
Hadar 12:5
hair 23:9
Hal 25:14
Haley 61:6
Hall 1:8 24:14
Halloween 13:3
hallway 41:6
hand 5:2 20:2
handle 2:21 11:23
14:25 15:4,5,617:19
88:3,6,7 96:19
Rang 67:25
happen 15:1216:8
21:17,17 39:24 65:6
83:21 92:24
happened 43:19 67:13
happening 19:24 25:25
39:14 52:17 55:20
85:13
happens 48:5 57:20
61:25
happier 57:25
happy 4:7 29:13 96:15
hard 19:5 23:16 59:3
59:10 94:5
harder 34:3 36:1137:4
having 11:10 13:5,6
46:8 47:13
hazards 62:17

health 37:1148:10[RC 1165]

hear 9:14 22:19 32:9
  33:16 45:20 56:11,13
  56:1664:24 69:23
heard 36:19 73:19
  75:23
hearing 3:13,15 4:13
  4:15,25 5:3 9:22
  10:17 13:12 16:14,17
  19:18 20:23 37:17,23
  42:7 50:13,17,19,24
  75:11 77:19,25 79:20
  80:19,21 82:11 94:13
  95:19,20,21 97:2,7
hearings 1:4 2:9,16,18
  3:2 6:13 13:21 22:5
  22:12 44:16 48:16
  61:22
Hedges 82:13
height 28:19,21 29:15
  29:16,19 37:10 50:4
  52:25 53:7 59:17 60:13
  65:25 68:14,21 69:10
  73:5,14 74:2
  76:13,17,23 77:5
held 24:15
help 39:23 43:23 47:14
  55:12
helped 58:8
helps 79:4
her 21:8,12 23:24,25
HERBERT 1:11 hey
  44:18 48:8 56:12 high
  2:15 22:12 54:25
  63:2 68:7
higher 54:9,13 60:6
  69:2
Hilicrest 11:22
Hillside 21:3
him 26:25 27:5
himself 27:1,6
Hindu 67:13
hire 91:4
hired 27:7
historical 89:21
historically 8:2
hold 9:13,17
hollow 35:5 61:24
  65:9 home 59:11
homeowner 66:16,23
homes 59:22 60:2,4,6
  66:2
honest 57:22
honesty 17:5
hope 50:18
hour 61:9,10,13 62:13
  62:16,16 63:13,17
  64:10
house 7:6 12:19 23:13
  50:20 52:7,8 54:21
  66:25 67:1,11 90:2
housekeeping 6:8
  41:11,12
houses 29:19 76:15,16
  77:2
housing 5:20 6:7,11,19
  8:12 10:24 11:2 21:2
  21:4 56:9 74:15
Eloward 11:13
hundred 57:15 7:2,7,16
  8:3 25:24 32:17

39:12 86:3,16 89:13
  94:3
hypothetical 61:7,18

IAN 1:12
identify 27:1,6
image 65:19
immediate 87:19
impact 56:21 61:25
  64:15 78:21 79:9
impacts 31:16 79:5,10
implementation 76:11
important 27:20 33:16
  33:20 34:2,6 51:24
  83:22 89:1 90:17,20
importantly 53:2
impossible 6:20 64:5
  93:14,14,17,23,24
impression 96:4
inadequate 67:14
inaudible 27:12 42:2
  47:6 57:2 68:13
  69:20 87:15
incentive 34:7
incidentally 11:24
include 2:11 15:23
  22:7 included 29:24
includes 2:9 22:5
incorrect 84:25
increase 66:17 76:19
  78:23,25
increased 13:5 80:9
increasing 59:17 60:2
individual 79:6,14 94:3
  94:6
individualized 76:11
influenced 4:20 34:24
  35:2
information 4:18 13:15
  13:16 47:24 57:19
informed 50:8
infrastructure 14:25
  15:5 17:19
inherent 37:8
initial 78:19 81:5
initially 13:15 32:8
injury 61:18 innocuous
  28:15 29:2 input
  42:8,10,11 50:25
  77:9 96:15
insidious 86:20
inspector 1:14 12:15
  91:23
instead 39:12 47:13
  66:25 77:18
instituted 89:21,22
institution 10:6,15
  12:10 41:3
institutions 62:11 93:2
intend 6:17
intent 8:20
intention 47:20
interaction 3:1
interesting 69:11 70:23
interests 21:21,22
  47:10 48:6 57:22
  58:11 89:24
interpretations 91:2

interpreted 55:25
interrupt 14:15 60:24
interrupting 23:22
inundated 17:18
investigated 8:7 involve
  76:5
involved 2:21 13:20
  57:4,14 62:17
involvement 3:3
ironed 91:24
isolated 85:3
issue 9:22 12:16 13:17
  20:5 42:8 57:3 63:18
  68:14 73:4 74:19
  89:1,2 90:6
issued 79:24
issues 2:21 34:24 59:4
  61:15 62:2,5,15,18
  63:15,24,25 64:25,25
  65:5,10 88:2 96:22
item 4:12 60:25 80:23
items 2:17 55:4 80:22

Jade 25:15
Jaffe 16:24
January 1:7 97:17
Jeff 56:2
jeopardy 49:23 72:8
Jewish 46:4
Joe 75:3
Joel 56:20
Joseph 27:7 35:8
Josephine 51:19
journey 18:5,23
judge 73:3
jumping 58:3
jurisdiction 63:15 85:2
  85:6 86:17 87:19,21
  87:22,25 88:1
jurisdictions 89:20
just 4:6 6:2,23 8:2,13
  9:12,16 14:3,17 15:17
  15:20 37:15 19:10,17
  21:24 22:18 23:10,15
  29:5,8,17 33:1634:20
  34:21 35:9 36:8 37:2
  38:6,20 39:5,8,10 44:9
  47:9 48:8 51:9 53:9
  57:21 58:2
  65:17 66:1 67:16
  68:8 69:20 73:4
  74:12,16 76:1,5 87:8
  87:8 89:2 91:21 93:2
  93:7,22 94:2 95:11
justice 19:14

keep 3:12 17:8 18:22
  30:19 66:10 77:19
keeping 17:7
Keller 75:3
kept 17:21 51:23
kids 39:22
kind 11:2 26:20,20 30:1
  68:19 70:23
Kiryas 56:20
kitchen. 38:8 45:11
kitchens 28:18 45:9

knew 58:5,6
  know 12:7 15:18 18:20
  18:24 19:16,22,23
  24:2,10 26:4,11 29:6
  29:7,8 36:9 39:21
  44:23 45:15 47:2,15
  48:8 49:10 50:6 51:8
  53:17 56:12,14,17,18
  56:24 57:3,6 58:2,7
  58:10,17 66:23 67:13
  70:22 72:13 82:25
  90:10 92:5,13 94:22
  95:1,11,12,25
knowing 64:22
knows 5:10

L

Ladentown 82:13
ladies 4:1 8:23 13:10
  19:36 25:8 46:22
  56:23 58:19 64:22
  65:23 75:19 94:10
LAMER 1:13 31:9
  36:18 37:5 62:20
' 68:6 70:10 75:14,25
  78:6 80:12
land 32:4 76:12 90:14
  91:18 92:8,9
landowner 86:24
landscape 13:7 93:12
Lane 16:25 31:4 91:10
language 28:11 71:18
large 10:14 48:11,12 .
  54:21 64:8 81:12
  93:5,10
largely 35:2
larger 93:22
largest 5:16 11:25 83:7
  83:8
Larry 32:2
last 4:15,25 5:10 27:14
  41:1 50:19,21,22
  72:12,14 74:25 75:2
  96:2
later 42:20 43:17 45:20
laughed 23:6,24,25
laundry 41:8

law 1:4,5 4:13,15,22,22
  5:14,24 6:3,15,17 7:13
  8:22 10:18,25 11:16
  12:10,11,16,21 14:2,4
  18:18 18:18 18:19
  19:18 20:3 24:22,24
  25:8,10,12 27:16,17
  28:9,15,23 29:5,6,11,17
  30:11,13 30:18,24
  31:8,10,10 31:14,23,23
  32:11,14
  33:3,13,23,24,25
  34:34,21,24 35:2,4,11
  35:23,24 36:1,2,4,15
  39:25 40:24 41:25
  42:6,10,16,25 43:11
  43:14,16,18,23 44:1,3
  44:6,6,7,9,11,14,15
  44:17,18,19,24,25,25
  46:15,23,24,25 47:4,5
  47:5 48:23 49:24
  50:2,12,23,24 52:8,24

53:6 54:5,22,22,22
  55:1,3,2158:12 59:12
  60:25 61:3 62:20
  63:20 67:1069:13,22
  70:1,1,10,1471:1,4,6
  71:8,17,19,21 72:2,4
  72:7,14,15,19,24
  73:13 74:14,18,20,22
  75:17,20 76:3,6,9,24
  76:25 77:5,23 79:2,4
  79:8,16,16,17,21,23
  80:3,17,24 81:3,6,8
  81:11,1282:583:9,14
  84:25 85:20 86:21
  87:4,9 88:13,16,18,19
  88:20 89:1993:4
  9401,2496:16,20 97:2
laws 4:17,187:22 8:21
  10:12,1326:4,5,6,10
  26:22 29:1831:16
  33:18 34:12,21,23,25
  35:1,14,17 44:10,21
  46:2,2147:1348:5,7
  48:8,9 49:2,17 33:20
  84:11 85:5,19 89:22
  91:20 93:1
lawyer 36:12
layer 85:15 87:6
leadway 52:18
learned 7:3
least 51:1 74:14
leave 20:18
Ledentown 23:5 43:6
left 21:5
legal 16:4
legally 33:13 34:13
  74:5
legislation 4:2079:11
length 4:24
LESLIE 1:15
less 35:13 73:15 89:13
  15:12 21:8,12,17 40:5
  41:18 47:2 52:23
  58:19 60:24 72:12
  74:10 80:16 81:2
  85:25
letter 79:24 80:2
letting 21:14
let's 21:17 29:1071:15
  72:10 93:2
level 43:25 73:7
Leventhal 9:24
Lewis 65:21
liable 49:19,19,20
Lieber 91:10
life 14:19,23 15:1217:9
  19:3
lifestyle 19:6,9 26:16
like 3:4,17 5:13 6:2
  11:8,20 14:715:17
  16:22 21:5 22:15
  23:11,14,2525:726:8
  26:34 27:5 29:9
  31:16 3^4:2135:12,19
  36:11 37:2,2344:9
  45:6 53:17 56:13,16
  57:6,7,13,15,20 5-
  61:19 62:8,8 65:8,

67:15 68:19 69:7 70:6
72:24 73:20
77:20 78:2 82:8 83:14
85:3 89:9 90:9 91:24
93:15 94:18,22
94:24,25
likely 79:12
limit 8:24 32:15 46:13
46:12,12 61:9,11,13
limitation 6:22 28:20
28:21 29:19 32:24
52:7,24
limitations 53:10 58:21
59:12
limited 3:11,18 45:4
77:3
limiting 63:9 79:7
limits 6:18 53:7
Linden 75:3
line 43:15 44:21,24
50:3 54:22 58:3 66:2
72:12,14 81:19
lines 15:4
listening 56:14 69:21
87:13
Litman 10:21,22 91:10
little 24:20 66:19 71:9
live 8:1 10:22 15:9 16:9
16:10,25 18:14 20:25
21:21 23:11 25:14,22
31:3 36:24,25 40:3
44:3 68:12 69:1,24
90:13
lived 8:9 17:1,13,14
19:12 22:25 75:8
living 7:12 10:2 38:16
38:20 39:15,18
local 1:4,5 4:13 10:18
16:19 19:18 20:3
24:22 25:8,10,12
27:16 43:14,18,23
44:18 53:6 60:25
75:20 77:23 79:4,8,16
79:16,21 80:16,24
81:3,6,11 88:13,19
97:2
located 2:12 22:9 41:3
86:1
logging 84:8
logistically 15:1 long
3:17 47:21 81:24
82:21
look 12:20 13:3,4,5,6
24:20 25:23 26:19
43:14 44:18 45:19
56:12 61:11 68:24
72:23 95:8 96:25
looked 67:6,6
looking 34:12 61:15
62:11,11
looks 21:4
loophole 46:19
loopholes 16:6 71:12
lose 69:9
lot 6:23 8:25 27:15,22
28:13 29:25 30:1,2,8
32:17 41:3 47:22
52:18 53:8 57:24
66:12;13,13,15,17,20
66:20,22 67:5 73:18

80:7,8 93:21
lots 13:21,21 21:15
57:4 64:20 66:16
67:1 80:6 86:7,10
89:18,23 92:9 93:21
Louis 88:15
lounge 41:8
love 13:2 23:7
lovely 51:23
low 89:1
lower 28:6 88:8 •
luxury 59:1

## Da •

M3:19
machine 13:3
mad 4:6
made 26:18 27:15
33:18 74:6,7 75:13
93:1,8 95:7,10 97:4
Main 1:23
maintain 17:20 20:20
48:5,10
major 26:1 61:8,22
majority 85:5
make 6:20 11:10 12:21
12:23 14:22 28:8
31:24 33:6 34:12
35:11,19 36:11 37:2,4
39:7,17,23 43:1 44:17
45:15 57:18 59:18
62:14 63:10 66:7 68:8
69:11 72:3 74:1 74:17
76:8 77:20,22 83:9
88:13 90:24 91:1,1
93:13,17 94:22 95:16
makes 29:17 36:10
making 19:5 33:4
39:20 47:11 55:25
73:20
management 65:7 84:9
manner 48:21 83:25
84:1
many 2:21 12:15,17
14:13 19:17 24:6
37:17 54:21 58:16
83:11,11 84:20 86:7
87:12,12,12 89:20
mapping 81:23
March 85:9
Marlena 19:17 20:24
married 6:11 74:15
Marshall 1:11 2:2 4:8
5:7 8:23 9:3,6,14,19
9:23 10:16 11:4,7
13:10 14:5,8,15,17
15:20 16:13,23 17:23
18:1 19:16 20:7:16
21:7,9,25 23:19,22
24:3,20 27:4,13 29:3
29:14 30:18 31:6 32:25
34:18 37:15 38:22
40:7,19,22 42:3 43:5,9
45:11,19,23 46:22
47:7,19 49:2,7 49:10
50:10,17,22
51:11,16,18 52:2,7,19
52:23 53:21,25 54:2,7

54:11,16 55:15,18,24
56:23 58:3,19 60:24
63:8 64:12 65:16
67:8,24 68:10 69:11
69:19 70:17 71:7,10
71:15,24 72:12,25
73:13,21 74:6,10,21
74:24 75:10,15,24
77:20 78:2 80:10,13
80:21,23 81:17 82:11
82:15,18 83:4 87:14
91:7 94:8 95:2,13,24
96:4,7,25 97:5
Martin 16:24 43:6
Marvin 59:14
matter 13:2 15:1,3 26:9
72:23
maximum 7:8 29:16
50:4 73:14
may 3:21 5:17 34:11
36:19,19 37:5 41:9,12
55:13 59:7,8 63:3,9
69:21 82:18
maybe 5:22 21:11
25:23 38:15 45:23
66:7 67:7 71:21
mayor 1:11,12 2:2 4:8
5:7 8:23 9:3,6,14,19
9:23 10:16 11:4,7
13:10 14:5,8,15,17
15:20 16:13,23 17:5
17:23 18:1 19:16
20:7,15,16 21:7,9,25
23:19,22 24:3,20 27:4
27:13 29:3,14 30:18
31:6 32:25 34:18
37:15 38:22 40:7,19
40:22 42:3 43:5,9
45:11,19,23 46:22
47:7,19 49:2,7,10
50:10,17,22 51:11,16
51:18 52:2,7,19,23
53:21,25 54:2,7,11,16
55:15,18,24 56:4,13
56:23 58:3,19 60:24
61:5 63:8 64:12
65:16,23 67:8,24
68:10 69:11,19 70:17
71:7,10,15,24 72:12
72:25 73:13,21 74:6
74:10,21,24 75:10,15
75:24 77:7,20 78:2
80:10,13,21,23 81:17
82:11,15,18 83:4
87:14 91:7 94:8 95:2
95:13,24 96:4,7,25
97:5
Meadow 56:4 mean
18:16 19:7 29:20
40:13 47:14 69:23
89:4
meaningful 5:13
means 89:9
measure 69:6
measured 69:8
measuring 31:19
mechanical 76:5
mechanism 91:3,8
meeting 2:1,6,8,19,20
3:3,19,22 4:3,11 9:6

9:10 13:25 14:18
20:18 21:10,12 22:1,4
24:3 25:19 26:20,24
56:16 58:9 94:13,19
95:3,13,14,17 96:3,5
96:10 97:8
meetings 24:9,15
meets 18:10
member 12:5 43:13
59:2 68:10 83:19
members 68:4 70:3,8
82:18
mention 92:1
mentioned 51:9 93:10
MICHAEL 1:14
Michelle 38:3 mid
85:4
middle 4:8 50:18 78:10
might 13:23 48:11 52:8
52:9 64:18
mile 61:9,10,13 62:16
62:16 63:16 64:10
miles 62:13 63:13
million 88:10
mind 30:19 57:22
minimum 30:2 63:22
63:22 80:8
minor 4:16,24 5:17
6:12 24:24 25:2,3,11
30:15 42:24 53:9
72:3
minuscule 89:10
minute 21:23 81:18
minutes 3:11,18 8:25
"9:16,18 39:6 55:14
95:15
mirrors 81:13
mischaracterized 6:17
misconception 27:22
40:25
misinformation 47:23
47:24
misinterpretation
57:16
misinterpreting 57:8
57:11
miss 49:7 59:16
missed 67:7
missing 84:3,9
mistaken 69:21 73:6
misunderstanding 2:6
22:2 40:18
mitigate 79:4 85:24
mitigation 64:18 84:10
84:17,23 85:15 96:19
96:19
Modell 32:2
modifications 94:18,22
Monday 1:6
monstrosity 21:6 56:7
Montella 51:19
month 50:21,22
more 9:3 11:11 18:2
20:16 30:16,22 32:19
33:7 35:11 36:12
37:21 41:16,18 44:19
51:8 55:25 64:2 66:7
66:19 67:9,10,15 68:3
68:25 71:9 77:16
79:11 85:5 89:13

90:19 96:13
most 28:4,5 30:3 39:2
40:9 53:1,9 66:2 93:3
93:21
motion 75:11,17 77:21
77:22 78:11,11,1'3,15
78:19 80:11,19 94:15
97:1,4,6
mountain 44:4 55:7
66:24
move 4:3 39:20
moved 11:14 12:25
13:1 17:15,16 80:20
moving 2:17 39:8 63:16
MILMAYOR 61:20
much 10:15 11:6 18:2
33:25 34:3,18 54:24
63:14 75:23 81:7
83:3 84:7
multifamily 38:24 1:21
multiple 9:2,5 15:19
20:6,15 21:19 25:6
27:9,12 42:2 47:6
multi-family 72:16
Municipal 79:23
municipalities 89:21
must 12:21 28:1 38:3 2
myself 19:4 43:13

## N

naivety 68:16
name 3:7,9 5:8 11:13
14:9,10 15:14 16:24
20:21,24 22:15 32:2
38:3 51:19 57:2
68:13 69:20 87:15
91:12
nameless 68:16
'gannet 5:9
natural 82:22
nature 12:21 13:7
19:13
near 6:13
necessarily 47:24
necessary 3:5 37:11
64:1 87:9 88:7 94:12
need 26:5 29:25 45:14
49:17 66:7,10 76:16
76:19 78:7 88:14
needed 82:3 85:5
needs 80:8 94:5
negative 57:19,19
negatively 91:21
neighbor 68:24
neighborhood 12:24
18:17 51:23
neighborhoods 79:3
neighbors 48:19
Neil 97:14
Neiman 59:14 61:6
neither 47:7
net 29:25 30:8 66:13,13
66:15,19,20,22 67:5
93:19
neutral 63:11 76:3
never 15:12 23:6
Nevertheless 36:23
new 1:8,24,24 4:20,21
59 23 2 28 4 29 5 RC 1167

30:16 31:10,23 32:4
32:14 33:6 35:9,11,14
44:16'49:14 67:19
70:7 79:1 81:12 85:10
87:21 90:16 91:25
92:3
news 47:23
newspaper 33:13 52:12
next 9:11,19 10:17,21
11:4 16:7 20:1731:2
3':15 44:8 55:15 61:5
65:16 80:22.23
94:13,19
nice 56:10,11 68:1
NICK 1:12
nilly 65:6
ninth 11:24
nobody 89:4
noise 9:2 65:22 78:25
non-conforming 86:8
89:18,23
normal 2:10 4:16 22:6
39:2 40:32 60:8
North 68:6
nothing 2:15 12:13
19:20 22:11 24:10,11
25:3 32:22 33:1
42:24 49:25 68:25
83:18 86:17 89:9
·96:11
November 6:14
number 2:15 10:14
12:4,13 13:20 22:12
49:23 50:3 79:21
81:3
·Numeric 76:5

0

0 1:9
object 27:11
objective 11:10 53:16
55:16
obviously 22:20
67:21 occur 89:16
occurring 17:11
odd 17:14
odors 78:25
off 25:19,21 53:18 58:1
61:24 68:1 78:25
office 5:9
official 95:14 97:14
officials 35:3
oh 59:6
okay 2:2 4:11 9:23
10:20 14:5 17:23
19:15 20:14 21:13,22
23:17 36:8,17 38:12
49:20,23 57:10,12
74:7,24 75:10,16
83:22 93:3,20 96:7
old 29:5 39:17 50:6,12
91:25 92:2
Oliver 31:3
once 16:17 20:10 42:11
44:1
one 5:4 7:6 9:15 10:6
•    10:14,15 11:12
18:5 21:24 22:22 24:15
25:21 28:14,15 29:21

30:23 31:9 34:15 36:7
38:8 40:10,10,21
41:11,16,19 44:25
45:10,11,13,14 47:3
49:23 50:12,14 51:22
57:4,14 59:5 61:7,8
61:10,12 62:3,7 64:19
65:1 67:9 68:3,6 73:4
74:9,12,25 76:20
77:15 78:13 79:21
80:1 81:3,17 83:19
86:2,3,11 88:1 90:23
90:25 93:21 95:16,18
only 7:1 9:8 16:25 19:4
20:3 22:24 25:5 38:1
38:6 54:23,24 59:18
63:8 64:19 70:2
72:10,22 83:9,10,16
83:20 86:13,24 87:11
88:1
onto 41:5
open 2:17,23 3:2,16,20
5:3 20:19 41:5 82:9
82:12
opened 2:1
opening 18:8
operated 41:2
opinion 15:3 30:15
57:23 77:13
opportunities 24:7
opportunity 13:22
opposed 29:11 75:15
80:15 97:6
order 2:16 9:7 22:13
30:1 66:18,23 74:1
92:9
ordinance 7:17,25
83:23 84:14,24 85:14
organization 7:23
oriented 84:14,15,16
original 8:20 16:6
50:24 95:20
originally 79:19
other 3:2 18:7,7 19:12
25:1 28:16 29:16,18
30:4,14 31:16 32:5
34:22 41:22 42:15,22
44:10,25 45:3,4 51:7
53:17 54:4 61:10
62:11,12 64:20 66:12
67:9 68:22 71:18
72:17 73:4,19 74:2
79:9 81:3 83:11
84:13 86:5,24 87:12
87:20 91:21 94:19,20
others 16:10
otherwise 48:7 70:7
out 2:3 3:25 15:24
16:21 18:3 21:13,14
23:10 25:7 27:22
31:20 36:13 37:4
46:16 48:1 57:5 58:6
58:7 65:4 70:23
77:14 81:2 85:4
86:15 91:25 92:4
94:18
outbursts 20:16
outcome 34:8
outcry 9:4
outset 20:20 22:1

outside 92:17 over
18:14 21:3 44:8
74:24 79:25 81:1
87:25 92:8,9
overall 34:22 43:24
69:14
Oversized 86:10
own 16:2
owner 87:5
owns 48:21 54:18

P

P 3:19
pace 61:17
page 50:3 68:9
paid 12:1
paper 10:4 24:11 38:15
70:4,16,18,18,22
papers 19:23 26:18
paragraph 6:16 60:25
89:12
parcel 5:16 81:23 82:4
82:6 83:7,8 90:14
parcels 93:5
parking 21:15 80:2
part 4:16 22:7 31:11
41:23 46:24 48:9
63:14'64:15 69:13
72:18 81:12,12 88:13
91:19
partially 76:7
participation 2:3 3:6
4:9 5:2
particular 5:15 6:5
8:16 62:22 67:23
71:22 84:1 87:11
91:20
particularly 4:39 6:4
pass 8:21 11:6 48:8,9
74:13
passage 51:2
passed 6:13 92:13
passing 94:20
passive 56:11 past
29:7 37:16 48:16
91:24
Pat 15:14
Patrick 87:23
pattern 33:11
Paul 5:7,9 83:5 94:16
paying 19:8 52:17
Payone 20:24
penny 89:10
people 7:11 9:8,13,17
10:9,14 12:17 17:13
17:15 18:18 19:1,12
19:12 21:21 22:20
25:22 26:1,3 37:2,3
37:37,20,21 38:1,16
39:20 40:1 45:22
48:20 57:8,10 58:16
73:19 89:7 90:1
91:17,21 93:25
per 7:5,18 88:16 89:5
90:5 91:4
percent 6:23 7:10,11
25:24 32:6,6,15,21
46:10    77:18,18    94:3
percentage 30:7 32:4

32:13
percentages 10:2
perhaps 34:19 43:12
45:14 68:20
period 2:17 3:2,4,16,20
17:1
permission 10:8
permit 6:4 8:18,21
28:16,18 62:23 72:22
76:10 79:5,13 86:12
86:19
permits 70:13
permitted 7:8,24 32:18
60:14 61:1 79:3
permitting 6:8 8:5
85:14 87:6
person 9:11,19 10:17
10:21 11:4 20:17
27:8
personal 3:17
persons 10:3
pertaining 8:2 phon
10:1 20:25 35:8
38:4 56:3 67:18
photo 65:18
physical 78:23
pictures 21:13
piece 8:17 48:22 68:24
pieces 81:25
pin 23:9
pitched 66:3,9
place 12:18 13:2 87:10
placed 19:11 58:21
places 28:5 43:9 52:24
plain 30:10
plains 31:17
plan 33:6,7 36:14 79:5
79:13
planning 42:14,15 56:6
63:23 79:25 90:4
94:11
plans 2:14 13:16 22:10
36:9 93:16
play 64:21 65:12
please 2:3 8:24 10:18
14:18 15:20 17:20
20:22 26:22 27:1,15
30:19 32:10 54:1
59:8 61:20 65:23
70:17
Pledge 2:1
plus 5:15 60:4
podium 3:8 14:8
point 6:2 18:22 33:2
34:9 46:20 69:6,11
74:6,7 81:2 87:5,17
89:6
points 90:6
police 21:14
policy 64:11,12
polishing 55:20
politics 10:10
Pomona 1:10 5:23
12:25 13:14 14:11
15:8 16:25 17:25
18:4,20 19:22 21:1
22:18 23:3,15,17
24:13 25:15,23 31:14
32:3 36:25 38:4
49:14,16 51:21 57:10

65:21 67:1968:12
77:24 79:1780:25
81:4 82:1492:11
POMONA:NEW 1:1
pond 86:1
ponds 85:3
pool 86:4 90:192:12,14
pools 89:19
population 10:5 17:1 8
portion 65:19
portions 84:13
position 43:21 87:10
positive 57:18
possibility 7:22
possible3:13 5:13
50:25 51:2 52:15
53:14 94:17 95:1
possibly 59:20 70:6
potential 61:18 64:6
79:4,10
practice 12:11,22
precedent 33:12
precedents49:17
preclude 86:8
precludes 7:12
predecessors 17:6
preference 31:11
premature 47:25
prepared 75:22 present
I:1184:11 85:6
85:19
pre'sentation 59:16
presented 77:25 80:18
81:11,24
presently 70:10,12
86:16
preserve 90:17,21
president 82:19
press 6:24 58:5
pretty 63:13 64:7 70:3
93:10
prevent 87:7
previous 92:1
primary 78:24
principal 28:14 41:4
77:4
principles 17:4,20
prior 3:19 28:9 32:11
32:20 33:23
private 15:739:141:5
80:3
probably 11:2542:20
57:4 77:17 81:1
problem 25:1864:17
89:23
problems 24:2 83:14
procedure 16:395:5
proceed 3:10
proceeding 22:3
proceedings 2:7 97:10
process 4:1611:11
13:20 42:6 44:12
45:22 47:21 50:23
62:6 63:23 64:3,14
65:1,2,4
processes 79:6,14
produce 36:14
produces 58:14
progress 4:18
prohibit 8:11

prohibits 6:19 10:13
28:1 61:3
project 13:13,18 19:20
19:21 20:10 23:19 24:5
25:9 30:3,3
35:11,13,15,20,22
36:21,24 37:7 58:12
58:13 61:8,19,21,22
62:1,3,22,25 63:1,23
64:21 65:9,9,13,13
68:15 70:20
projects 37:3 55:3
64:13
promote 37:11
properties 30:25,25
63:21 83:11 87:12
90:20
property 2:12 5:15 6:5
7:2,12,23 8:4,14,17
10:14 20:5 22:9 25:4
30:5,6,20,21,23 31:1
33:8 48:22,23 54:18
55:4,6,7 61:12 62:22
63:10 68:25 81:25
83:10,17 84:13,18,19
85:12 86:2,3,13,14
87:5,11,17 90:17
92:12
proposal 6:20 25:20,20
27:23 32:4 36:3
37:13 70:25
proposals 26:10 43:7
propose 94:17
proposed 2:12 6:15
8:12 16:19 19:21
20:3 22:8 24:21
25:12,17,25 26:7,18
29:6 37:7 42:4,6
50:13 62:22 67:20
68:17,23 70:1 71:22
73:14,23,23 75:21
77:12 78:20 79:4,15
79:16,19 80:14,24
83:20 84:3,10 92:15
92:18,20 94:2,7,11
proposing 43:23
51:11 51:12
prospect 19:6
protect 17:13 23:20,22
38:17,19 39:14 43:22
43:24 44:7 49:21
58:11 71:6,23,25
81:10,20 82:1,1,5,22
82:23 83:24 90:17
protected 36:16 81:22
83:2 88:9
protecting 88:13
protection 80:25 81:8
81:25 87:16
protocol 56:15
provide 64:18 82:25
87:6
provided 41:9,13,17,19
provision 28:7
provisions 89:14
proviso 74:17
'public 1:4 2:9,16,18,23
3:1,1,2,4,13 4:12,15
4:25 5:3 6:13 9:3,22
10:17 13:11,19,21

16:14,17 19:18 20:22
22:5,12 37:11,17,23
42:7,8 44:16 48:16
50:13,17,19,24 61:22
75:11,20 77:9,19,25
79:39 80:19,21 82:11
83:3 90:12 94:13
95:7,11,17,19,20,21
97:2,7
published 3:14
publishing 85:10
purchased 92:10
purpose 2:20 13:24,25
31:22 32:23 33:2
purposes 41:18,20
64:1 pursuant 88:17
purview 54:16 put
5:5 12:17 22:15
23:13 43:12 44:7,16
69:3,7 70:1,7 71:6
72:1,7 90:1 92:12,14
92:16
puts 19:1 43:21
putting 19:3 21:15
p.m 1:6

Q

Quaker 15:15
qualified 90:24 91:1,8
quarters 10:3 41:6
question 5:22,24 15:16
16:2,15,16 22:24,24
26:24 34:10 35:10
36:18 38:21,23,24
39:4,5 43:4 51:10
61:7,14 64:11,19,20
67:20 68:3 74:9,12,16
75:2 90:23 96:18
questioned 3:11
questions 3:21 59:15
73:18 91:22
quick 8:3 58:2 90:23
quickly 5:12
quite 13:22 17:9 44:13
73:8
quote 93:7,18

R

R 1:9
rabbinical 12:8 15:6
70:4
Rachel 90:8
railroaded 16:6
raise 14:19 69:8
raised 39:16
raising 28:24
Ramapo 6:10 8:14 21:1
48:15 55:19 57:5,9
68:7 88:5,11
range 90:18
rarely 85:3
rather 33:9 35:20
67:16 79:8 84:22
89:4
Re 1:3
reaction 6:9 33:10
read 10:4 16:5 19:23
24:11 25:7 26:5 36:5
36:25 39:5,6 40:7,23

53:4,6 58:10 70:4,22
71:19 72:12,14
real 8:3 24:2 29:13 35:5
53:15
realize 45:25 47:16,17
really 13:8 29:10 31:22
47:3 56:14 57:11,21
66:15 67:14 70:6
71:10 87:9 88:1
rear 51:5,15
reason 37:13 38:18
45:25 46:1,17 93:3
reasonable 10:6 84:16
85:17,22 86:7,19
reasons 78:22 79:25
95:16
recall 44:13
received 5:25 13:14,17
recent 43:20 44:19
recently 17:15 81:10
recognized 3:5
record 3:9 22:16 27:8
80:16 95:7,11
recreational 41:9
reduction 93:18
refer 85:8
referring 61:2
regard 62:20
regarding 16:20 50:2
61:12 62:14 63:6
87:16
regards 63:19
register 75:6
regrade 69:2
regular 2:22 3:18 4:19
34:25 77:2 92:11,25
regularities 94:4
regularly 2:7 22:3
regulate 83:23
regulations 37:8 63:5,6
76:12 81:16 85:11
rehabilitation 84:5
related 80:5
relating 63:24 80:25
97:2
relation 32:15 77:24
79:17 97:3
release 65:18
religion 19:9
religious 7:24 12:9,22
14:24 26:15 46:19,24
46:25 55:9 62:12
relocation 84:6,12
remain 68:15
remediation 88:3,6
remember 11:17 74:14
rendering 89:18,23
repeat 41:18 83:6
Reporter 97:14
REPORTING 1:22
represent 5:10 61:17
68:5
representing 87:5
request 2:3 3:6 4:9 5:2
74:16 87:8
requesting 93:11
require 76:10
required 3:8 29:16
35:16 50:23 64:18
79:2

requirement 30:13
62:4 80:2 93:9
requirements 18:11
32:1 74:2
requires 63:20
requiring 11:25 81:22
reside 68:4
residence 77:4 92:6,7
residences 59:18,19
66:1,6 68:22 93:6
resident 14:11 68:11
92:11,25
residential 16:10 33:5
76:14,15 79:3
residents 10:5 37:12
75:5
resolution 78:8 80:14
resolved 78:19 79:15
79:22
resource 83:1 88:2
resources 82:23 88:6
respect 83:12 84:18
87:11;12
respectfully 7:20 85:8
85:16 87:2,8
respond 11:16 12:3
16:13
responded 42:13
responds 42:14,15
response 5:25 13:19
46:14 89:17 94:11
responses 42:16
responsibility 48:13
responsible 19:8 35:3
65:7,8
rest 14:23 44:21 52:10
restoration 84:5
restrict 3:14 10:19
36:21 37:6 59:13
74:23
restricted 59:24,25
restricting.12:4 74:13
restriction 8:5 10:7
74:18 76:13,17
restrictions 37:8,10,10
59:20 60:16
restrictive 30:16 51:8
restricts 12:13
result 43:11,19 81:11
85:13
resulted 8:10
review 64:3,16 79:23
94:25
revising 4:17
rezoned 8:14
Rheel 18:4
Rhoda 22:17
Richard 61:6
rid 31:8 76:7
ridden 79:25
ridge 66:2 68:6
right 2:5 3:23 11:14
23:1 27:4,11,13 29:7
31:12 36:4 37:15
38:1 44:1,10,11
45:13 48:22 58:1
65:12 72:3 75:4
86:15 93:16
rights 17:13 18:15
38:17,19 48:20

Rita 65:16,2188:15
road 11:1415:15 18:4
22:21 23:1,532:3
35:9 36:2543:7 56:4
61:24 62:16,1763:4
63:17 65:1068:6
82:14 87:23
roads 15:453:2561:8
61:16,1962:13
63:3,7 roadway 64:10
roadways 62:19
Rockland 5:2512:2
39:16 79:24 82:19
88:9
ROIVIAN 1:13 75:22
roof 66:3,5,8,9,10
76:18
room 4:3 7:6,11,18 9:4
9:8 28:18 40:2,10,11
40:15 41:14,17,19
61:1
rooms 28:1739:141:5
41:6,10,1645:14
76:20 77:14
roots 96:14
Route 21:1,1310:23
20:25 22:9,9
rule 34A 45:7
rules 9:13,15 55:10
ruling 43:13
run 17:6 24:3 48:2
59:14 78:25
running 21:9,11
rural 17:8,16,17,21
90:21

S

safe 12:1514:21
safely 23:8
safety 37:11 64:187:3
Sagamore 67:19
sake 9:17 95:4
.same 17:20 28:3,10,13
28:21 29:15 30:13
39:5 41:344:1245:3
50:20 62:4 68:9
71:17 76:25 81:22
SANDERSON 1:12,15
75:13 77:8,22 78:4,9
78:15,18
SANDY 1:22
satisfied 53:19
SAUNDERS 1:22
Savad 5:7,9 11:16
15:25 32:7 36:20
37:5 42:9,12 83:5
89:17 94:16
Savad's 12:3 16:15
87:16
Savarello 67:18
saw 70:15,18,19
saying 15:15 18:15
24:9 25:16 39:19
44:22 46:12,13 50:7
56:11 ⁹9:16,2271:⁷
says 12:15,21 16:14
20:17 46:11 48:24
53:6 55:1 60:25
70:12 72:15,1⁹ 73

87:17 88:17 96:11
scheduled 2:7 3:15
22:3 scholastic 54:15
school 7:9,25 15:7,9
28:9,14 32:12 36:8,10
39:22 40:12 41:4
46:25 53:3 54:11
55:1,9,9,10 61:12
63:17,21 64:6 68:7
74:15 78:24 79:11
schools 28:6 46:25
72:10,11 80:3 scope
54:20 63:1 screaming
37:4 second 1:23 3:20
5:7,24
14:15,17 15:20 19:17
50:2 60:24 75:14
78:6 80:10,12
secondary 28:6
seconded 80:20 97:4
Secondly 92:3 93:18
Secor 49:13 65:21
'87:15 88:15
secret 26:12
Section 6:16 88:17
secular 7:24 14:24
26:15 55:10
see 21:4,5 28:3,5 42:5
56:4 67:15,25 68:16
69:15 70:15,19 71:15
89:5,22
seeing 64:21
seem'4:5 89:11
seems 19:11 27:24
36:11 37:2 62:10
seen 17:11 18:7 24:21
semi-private 39:1 41:5
seniors 68:7
sense 27:15 56:18
95:15
sent 42:23 96:5
separate 13:23 41:10
53:25
SEQRA 78:7,14 84:8
serve 83:3
services 79:1
sessions 28:7
set 2:25 47:20 51:4,9,11
51:13 56:8 61:14
62:14,15 63:21 64:2,7
64:8,14 67:16 76:21
79:23 80:1
setback 93:8,11
setbacks 79:8
setting 31:13 seventy-
five 7:2,7 several
25:1 81:2 sewage
15:4
sham 46:16
shape 76:2
share 22:21
shavings 14:1
shed 92:16
Shop 23:8
short 17:1
shortly 17:3
shot 74:25
shouting 15:24 28:25
40:3,6 42:2 47:6
shouts 21:19

show 80:16
sic 23:14 85:11 side
18:19 50:1 57:15
64:23 67:2
sides 67:16
sidewalk 23:5
sidewalks 23:16
sign 65:18
significant 2:10 22:6
63:18 78:21
similar 28:5 34:5 81:15
simple 4:15 49:6 61:7
simply 2:24 48:12
55:20,24
simultaneous 20:6 25:6
since 2:13 4:23 22:10
39:15 57:14 81:5
85:15
single 28:1 29:18 40:2
41:20 72:16 92:6
93:5
Sir 83:4
site 24:14,21 37:1 79:5
79:13 94:21
sitting 56:24 58:14,20
situation 57:20 six
7:19 11:23 12:20
52:1,3,11,11,19 53:11
53:15,18 54:3 66:25
70:20
size 6:22 24:16,18,25
52:25 53:7 63:1
78:23 79:7
Sky 56:3
Skymetal 35:9
sleeping 41:6
slope 30:6,8 89:22
slopes 31:17 37:9 44:4
slot 2:18
small 11:1
smaller 81:20,21
smiled 23:25 24:1
smoothly 11:11
social 15:5
society 91:13
sold 8:6
solely 54:18
solution 10:12
some 5:13 6:1 12:7
16:15 17:14 18:22
27:14 33:7,18,22 34:9
36:5,21 37:6 38:18
50:25 51:1 57:16
71:11 72:3 81:3
83:14 96:13
somebody 19:8 24:4
52:17 55:8 60:19
93:10
somehow 63:6
someone 6:1 23:9
48:2] 66:23 72:25
77:20 something 20:17
22:1 23:11 24:5 32:5
33:9 34:3,19 35:4,5
38:18 42:4 44:12,14
46:23 49:7 50:10 51:6
52:12,17 58:20 60:19
66:19 68:2 70:1,7,18
70:19 72:20,25 73:17
73:22 82:3 88:22,24

89:17 90:2 91:5
96:17
sometime 81:2
somewhat 51:8
somewhere 6:13
sorry 40:18 59:24
sort 16:5 55:8 64:19
70:9,25
sounds 57:14 73:20
South 1:23
space 46:10,11 66:9
73:10
speak 2:2 5:4,12,12 9:21
11:8,12 14:6,7 14:16
16:18,22 17:24 19:4
24:4 25:11
37:16,17,21,24 38:2
55:13 65:2 74:10
91:12
speaker 3:10 37:22
38:2 41:1 46:18
speakers 15:21,23
speaking 38:5 55:2,3
82:15,17 83:9,20
86:13
speaks 24:4
special 62:23 63:15
76:10 79:5,13
specific 2:25 20:5 28:10
29:25 30:20 31:1
32:13 33:1 55:4
62:21 63:10 66:8,19
67:2,10 71:9 82:4
93:19,21
specifically 6:7 28:19
33:1 76:12 84:15
93:1
specification 32:23
specifications 18:10
specify 74:22
speed 61:9,10,13 63:2
speeds 63:6
spelling 78:3
spirit 17:7
spoken 75:1 83:13,19
91:23
spouse 69:24
spouses 74:18,22
Spring 8:6,7,13
square 6:25 7:3,5,7,9
7:15,16,17 12:14
32:16,17,19 66:25
67:1 80:6
St 12:6
stab 31:9 36:18
staff 41:7,13 70:12
staid 9:7
stand 4:1,4,7,7 23:4,10
58:18
standard 7:4,18
standards 84:5,10
85:15 96:19,20
standing 91:18
start 43:10 44:6,7
53:18 78:13
started 25:19,21
starting 96:13
state 7:13,21 8:20 15:7
20:21 28:4 31:10,25
36:2 39:3 54:22 70:8

71:8,22 74:14 79:2
81:13,15 84:11 85:19
87:21 88:20 90:16
stated 11:16 24:15
63:24
statement 12:4 80:1
statements 33:25 47:11
states 38:25 70:2
statute 32:20 76:22
84:3
stay 90:13
stayed 38:13,14
steep 30:6,7 31:17 37:9
44:4 89:22
step 7:14 16:7 18:5,6,6
27:14 44:2 81:17
sterilizes 86:4
Steve 68:13
stick 23:15,15 42:19
still 73:11
stop 15:22 21:18,19
23:8 87:3
stories 12:19,20 50:5
59:24 60:1,3,4,11,13
73:9,15
storm 84:9
story 11:23 52:1,3,4,11
52:11,20,22 53:11,15
53:18,20 54:3,8 60:8
70:21,21,21 73:12
stream 86:2
streamlining 14:1
street 1:23 8:14 11:14
21:1 51:4,13
stretching 56:15
strong 23:4,10
strongly 48:17 91:13
structure 69:3,5 86:5
structures 63:21
stuck 23:16
student 5:20 6:7,10,19
7:5 8:11 21:2,4 74:15
students 6:11 7:1,6,10
7:16,19,25 8:9 12:4
12:33,16 15:2 38:20
39:8,11 40:11 41:7
54:21 70:2,4,13 72:10
74:18 75:3
study 61:25 65:10
subdivide 86:25
subdivided 86:11
Subdivision 6:16
subject 3:15 8:4 76:8
79:7,15
subjective 76:7 84:1
85:23
submit 3:5 7:13,20 11:8
submits 36:3
submitted 2:14 20:11
20:11,13,14 22:10,23
22:23 23:20 24:6
33:8 42:11 83:18
substance 27:24 42:25
substantive 85:1 96:15
subtract 31:20
subtracting 32:5
suburban 14:20
succeeding 45:23
sudden 39:11
suddenly 66:24

Suffern 35:9
sufficient 76:2180:4
suggest 68:20 69:4
suggested 42:22 45:13
suggests 43:8
SIJNY 72:9
superintendent 41:13
supervisor 57:6
supervisory41:13
support 19:790:13
supporting 19:6 34:20
supports 90:18
supposed 24:19 95:25
sure 34:13 37:19,24
39:7,17,24 59:21 68:8
70:3 74:17 91:20
92:23
surrounded 61:8
surrounding 48:14
61:16 62:18 63:17
survive 86:22,23
Susan 5:4 11:4
suspdct 48:1
sustainable 76:6
system 65:14

table 58:20 62:5 78:12
take 7:7,14 12:1018:14
21:5 22:22 23:10
26:19 27:1331:9,15
33:22 34:22 36:18
44:18 60:9 76:2
93:20 96:25
taken 43:20 81:10
86:17
Taking 81:17
talk 19:19 21:8,12,14
25:20 64:23 65:25
66:12 85:25
talked 13:13 38:7 67:11
talking 8:3 25:4 40:4
46:8 47:4,5 49:11
51:25,25 52:1,2,3,4,5
55:2 62:21 67:21
86:14
Tamarack 16:25
tape 65:19
taping 46:2
targeted 87:6
Tartikov 5:11 12:9
83:16 84:18 86:14,24
tax 13:5
tell 4:6 26:5,6,13 27:21
35:21 44:1 69:12
telling 24:18 26:8
tells 58:23
Temple 12:5 67:14
ten 12:14 22:25 25:24
38:7 60:9 66:24 69:2
69:9,9 70:21 86:18
89:5
terms 66:16 69:14 71:4
89:19,20,23
text 6:12 84:10
thank 8:22,23 9:19
10:15,16 11:3,613:9
15:12 16:12 17:21

21:6 23:17 34:14c 1.170

39:9 47:8 51:18 61:4
65:15,20,24 67:3,17
69:18'74:7 75:9 83:3
87:13,14 88:14 90:7,9
91:6,11 94:7 95:23
their 3:14 5:31 15:11
18:18 19:2 21:20,20
36:12 39:12 61:11
66:17 70:5,16 71:23
90:2
theoretical 36:21
37:7 theoretically 63:2
theory 60:10
they'd 57:25 66:4
thing 5:21 16:5 20:4
21:24 22:24 26:15,15
26:16 28:10 29:24
36:11 39:6 47:3 48:3
55:8 57:19 66:12
67:9.10 84:2 96:16
things 2:5 5:13 22:18
22:23 24:8 25:1
27:14 28:16 46:5
57:7,18 64:20 65:11
71:14 81:2 83:6 92:8
94:1,1
think 10:6,11,25 11:1
11:20,24 12:9,12
13:23 17:12 18:16
19:23 23:21 26:2
27:20,22 29:12 33:15
33:20 34:2,5,5 35:18
36:10,15 47:9 52:14
56:9 57:8,10;16,17,21
57:24 58:8,16 63:13
65:8 66:18 67:10
69:4 71:7,17,19,21
73:18 76:12,24 77:4,8
77:9 82:10 83:13,22
89:19 90:6,19 92:18
93:3,4 94:5 96:22
thinking 73:5
third 11:24 50:3
Thirdly 92:6
thirty 6:25 7:9
though 17:24
thought 67:24 68:18
96:21
thousand 6:25 7:1,9,15
12:14 25:22
32:17,19 66:25 67:1
88:16,22 89:5,8,13
threat 61:18
three 3:11 7:15 8:24
9:15,18 21:15 25:22
25:24 37:20,21 38:1,2
42:24 53:20 55:14
60:3,4,11,13 79:9
86:10 88:10,16,21
89:8 91:17
through 8:25 10:12,12
11:24 16:6 35:12,14
35:16 36:13 44:12
47:21 53:14,16 91:22
92:8,15,19,19 93:24
93:25 94:2
:throughout 39:3 68:21
throw21:12
throwing 46:16
tighten 31:22 33:3

time 2:18,24 5:1,10
9:17 10:20 13:18,19
13:22 16:20 17:2
19:5,19,22 20:1,9
24:10 25:9 27:3 33:8
35:6 62:6,9 67:23
87:25
times 2:25 18:7
today 37:14
told 88:2 96:3
tolerated 90:12
tonight 2:3 9:1 13:25
18:12,13 22:13 24:9
24:17,22,24 25:16
47:22 62:21 67:11,24
94:24
tonight's 2:7,8,16 22:3
2:4,13
top 66:2
topic 10:19
total 32:16 80:6
totally 5:19 6:19 7:22
8:17,18 18:25
19:2 tougher 35:19
towards 42:8 81:24
84:16,17
town 1:8 8:13 14:12,24
20:25 38:19 48:15
51:7,21 55:19 57:5,9
88:5
traditional 28:2
traffic 61:16 62:2 63:24
78:25
transcribed 80:22
transcript 97:10
transition 12:1
transmit 95:4
treated 47:16
trees 81:22
tremendous 17:11
52:18
tributary 88:1
tried 17:6,8
tries 15:22
triggered 44:13,14
triple 39:13
trouble 71:2
true 58:6 60:2 73:7
97:9
truly 49:24 71:6 73:8
TRUSTEE 1:12,13,13
trustees 1:1,10 2:8,21
22:4 85:16 96:23
try 3:12 10:18 16:16
42:20 43:17 48:2,4
52:23 57:18 59:10
68:2 89:7
trying 31:15,24 35:19
43:1 44:11 46:14
53:4,16,23,23 56:4
63:10 66:6 71:23,25
91:14
turn 2:4
turned 4:10 14:6 87:25
88:4
turnout 22:20
turns 23:9
tweak 51:1 66:7
tweaking 49:16
twelve 50:3 60:25

twenty 11:22 32:21
62:15 77:3,6 84:7
two 7:6,11,19 12:19
21:6,1,16 40:20,21
41:21 42:18,23 45:10
45:14 50:5 52:4,22
53:25 54:8 59:24
60:1 61:8 68:7 72:16
73:15 76:20 77:14
80:5,22 91:17
type 10:24 64:19 66:8
71:13
types 89:15 93:2
typo 50:3 78:4

U
ULMA_N 1:14 27:20
28:23 29:15 32:7,11
32:22 33:13,20 34:11
35:15,22 36:1,14
38:11,25 40:1,4,9
50:12 60:6,12,18,21
63:20 64:7 67:4 77:17
72:5,7,22 73:10 73:24
74:1,5,9,19,22 75:5
78:7,13,17 81:15
82:10 88:20,24 95:6
95:12,16 96:21
tllman's 59:16
ultimate 34:8
unclear 67:12,17
under 7:17,24 31:9
40:25 59:12 70:14
73:1 74:14 75:18
79:1 81:4 82:6 84:11
85:6 87:18,20 96:4
understand 15:15
21:16 25:15 46:23
49:14,16 52:24
53:22 53:23 61:20
70:17 92:1 93:25
understanding 68:15
understood 17:4 34:7
underway 3:24
undeveloped 5:16
83:7 83:8
unfair 19:1,11
unfairly 36:21 37:6
Unfortunately 91:19
Unidentified 4:5 9:12
20:12 24:13 26:23
27:2,5,10,18 29:1
40:20 45:17,21 46:18
47:2 48:25 49:4
55:13 57:24
uniform 63:16 64:9
uniformly 63:12 unit
41:12 61:1,23 units
28:2 41:22 72:17
university 15:7
unless 3:11 46:18 52:16
68:11
unlike 15:25
unlisted 78:20
until 92:13 94:24
upheld 93:4
upset 58:8,17
upwards 89:5
urban 23:11

urban-ness 23:14
urge 10:23
usage 93:20
use 12:11 28:9,9,14
31:12,19,20 32:4,12
32:12,14,15 33:6,8
41:4 46:7,8,9,24,25
47:1 50:1 53:3 54:11
59:22 65:19 66:13
71:10 76:12,25 77:1,3
77:5 78:23,24 79:11
80:5,5 83:23 84:14,16
84:22 85:22 86:7,20
87:7 93:19 95:19 used
29:7,8 31:24 41:17
41:20 66:8 83:25
uses29:16 30:14
31:11 36:6 67:5 68:22
85:17
usually 43:10 57:20
utility 30:12 31:18
utilization 61:11

V
valid 64:25 90:7
Valley 8:6,7,13
valuable 83:1
variance 56:7
variances 56:5
varies 64:14
various 31:15 43:9
vast 85:5
version 81:7
versus 93:5
very 4:16,23,24 10:15
11:6 25:2,2 28:15
30:15 33:17,20,23
34:18 36:19 39:20,21
44:2 47:16 48:17
51:24 53:19 56:9 57:3
58:7,7 59:3,3,9
63:3,10 64:4 77:10
81:15 83:23 89:19
90:10,16 95:18
victimized 93:1
videotaped 26:24 27:11
view 23:1,3 87:5

village 1:1,10,14,15 2:4
2:8,10,14,22 3:6 4:18
5:1,16 6:5 8:8 10:10
10:11,23 11:1,3 13:14
13:16 14:2,13 15:8,10
16:1,4,7,11 17:3,4,6,7
17:12,21 18:14,14,20
18:24,25 19:12,14,22
21:22 22:4,6,11 24:6
24:14 26:1,14 27:23
30:14,22,23 31:1,5,14
35:16 36:15,22 37:1
37:12 43:10,22,24
44:8 45:4 47:14 48:1
48:5,6,13 49:14,15,19
49:19 52:10 54:17
57:10 59:19,19 61:21
62:4 66:14 68:4,11,22
70:25 72:1 77:2,2,23
79:17 80:23,24 81:4
82:2,5,7 83:7,12 85:8
85:13 86:2,6,6,9,20

87:10,13 89:9,25
90:24 91:2,7,23 93:21
94:1 95:14 97:8
villagers 14:14
villages 71:23
village's14:25
Vince 56:3
violation 88:17
89:6,6 .89:14
violations 89:16
virtue 10:7
vital81:25 void
84:2585:187:2,4 vote
20:2 35:21 75:4,8
voting 67:22,22

walk 23:7 53:20
wall 26:25
want 2:2 6:23 9:9,10,21
11:15 13:10,1215:21
17:17,1719:10,13,20
19:25 20:10,12,13
21:4,24 22:18 23:3,14
24:8 25:1126:9,12,13
26:16 30:9 37:17,24
39:17 42:5,18 44:22
44:23 51:24 55:17
66:1 68:8 69:872:5
74:11,24 90:191:11
91:21 92:14,15,16,24
93:7 96:16
wanted 8:8 12:313:8
22:25 51:989:11
92:12,17 93:16
wants 18:13 19:25 24:7
66:24 86:25
warranted 15:1716:11
wasn't 8:12 22:19
34:19 88:1196:6
watching 21:2
water 78:25 84:9
88:14 waterways 85:4
way 19:2 26:8,14 45:1
51:1 52:1653:14
64:14 72:1 77:19
81:24 85:1992:10
ways 71:13
web 24:14,2137:1
94:21
week 50:19
weighed 34:23
Weinberger 27:7
welcome 12:8 48:2
welfare 37:12 48:10
87:3
well 7:6 17:5 30:3
31:10 33:12 36:7
37:9 38:9 44:22,25
48:14 53:13 55:16
63:3 70:22 73:22
77:8 78:18 86:13
87:21 89:8 91:16,21
96:16
well-being 48:11
went 12:5 38:13 40:12
40:34 69:23 74:15
75:7 94:2

23:13 24:15 25:22
30:12 31:2 32:11
38:4,6,16 42:22,23
47:12,13 56:9 58:7
69:22 72:14 77:12
82:21 84:21 87:23
88:7 93:8,22 95:25
west 12:20 85:4
wetlands 1:5 30:9,10
　30:12 31:17 43:19
　44:6 80:25 81:9,14,16
　81:19,20,21 82:24,25
　83:13,24 85:3,6 86:17
　87:16,17,20,22 88:4
　89:3,7,24 90:3,15,16
　90:18 91:19 92:21
　93:19 94:7 97:3
we'll 42:17 67:8,25
　68:2 95:24 96:8,25
we're 3:23 4:6,11 9:16
　18:15 20:4 21:17,21
　25:2,10,16,17 26:8,12
　26:16,21 27:17 30:19
　31:13,15,23,23 38:24
　40:4 43:1,17 44:10,11
　45:22,25 46:14,16,17
　46:17,20 47:3 50:14
　50:17 51:25,25 52:2,3
　52:5,13 53:5,5,19,21
　53:25 55:2,2,11,24
　56:19 61:15 62:20
　63:10 65:8 68:9
　70:24 71:24,25 72:2
　76:7 77:17 96:13
we've 89:22
whichever 73:15
while 42:9
white 46:3 51:20 68:13
whole 11:11 19:13 33:2
　36:11,24 37:1 48:7
　55:16 72:7 90:18
wife 12:6 39:23
Wiley 9:20 90:24
evilly 65:6
win 34:1
wind 87:7
wish 3:7 5:12 37:21
wishing 14:6 16:18
woman's 91:12
wonderful 17:2
wondering 31:4
Woodfield 32:3
word 2:19 28:12
words 34:22 53:17
　94:20
work 4:18 59:9
worked 14:13,19 15:11
　82:21
working 35:25
works 59:2 65:14
workshop 95:3,13,15
96:10
worry 24:19 56:6
worship 50:20 67:12
wouldn't 92:14
wow 59:5
vritten 44:15,15 52:12
　63:5 85:20
vrong 14:12,13 46:5
　81:13 92:20

wrote 70:18

X

X 1:2,6

Yagel 49:13
yard 85:16
yards 85:11
years 11:15,22 13:1
　17:1,2,14 22:25 39:16
　44:8 82:22 84:7,20
Yeshiva 8:6,6,9,12 12:5
York 1:1,8,24 5:9 28:4
　31:10 35:9 49:14
　67:19 70:8 79:1
　87:21 90:16

Zingali 22:17 24:1.
zone 8:10 67:14,17
zones 67:12
zoning 10:12,13 16:2,9
　16:11 17:20 25:18
　- 26:4,22 29:17 49:1,2
　49:5,8 50:1 51:8,21
　51:22,22,24,24 52:16
　55:17,22 56:6 63:6
　76:14 77:23 79:17
　80:3 86:12 90:5
ZRELAK 1:14

1

165:21 88:15
10 3:19 22:17
100 93:13
10956 1:24
11 82:13
118 67:7
12 6:16 50:4 68:13
12th 96:10
125 63:22 64:2,7 93:8
126 82:24
130 67:6
130-10 6:16
14 16:25 59:14
15 29:13
18th 77:12,13,25 79:20
　79:23 85:9
1930 82:20
1991 8:4
1997 81:5 92:1
1999 88:9

2

2 67:18-68:6
2.2 7:10
20 32:6,6 56:8 77:18
2004 4:23 6:5,14 8:10
2006 6:21 79:24
2007 1:7 6:21 8:15,15
　79:21 85:9 97:17
202 2:13 22:9 55:6
　63:13
221:7 7:10
23 32:2
24 97:17
25 6:22 28:22 29:7,9,12
　29:13 32:5,6,15,19

38:6 45:5 46:10 50:5
52:4,6 61:6 66:11
73:15 76:18 77:16,18
254 1:23
26th 94:14 97:8
29 31:4 56:3
292 15:14

3

3 6:16
30 35:8 61:13 62:13,16
　64:10
306 2:13 10:23 20:25
　22:9 55:5
32 39:16
3200 10:5
35 28:20,20,24 29:9,12
　29:15,19,21 45:4 50:7
　50:8 52:4,8,9 59:17
　59:23,25 60:6,13,14
　66:1,1,5,9 68:17,25
　69:3 73:5,16 76:13
　77:4,15
350 7:5,17
37 86:15
383 38:4

4

4.4 7:10
40 17:1,2,14 55:6 61:10
　61:23 86:1
44 7:10
45 3:18 39:12 61:10
4500 10:8
46 51:20
48 43:6
49 9:8

5

5 91:30
50 45:14 61:9 62:16
　63:13 85:12 86:1

6

619 20:25
634-7561 1:24
682 10:22

7

7 11:13 25:14 75:3
7:30 1:6
70 18:4
71-2303 88:18
750 7:16

8

8451:24

9

9 49:13 87:15

## LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |