## Another Example of Why Things Are Wrong In Ramapo...

If things weren't were worse enough with the Town of Ramapo and affiliated departments (i.e., Ramapo Town Board, Ramapo Zoning Board of Appeals, Ramapo Planning Board...), voting primarily in favor of pro-development on all recent development issues in the unincorporated area of Ramapo, it now appears that the Ramapo Town Court, is unable to remain neutral in deciding the future of not only Ramapo. Unfortunately for the surrounding Rockland communities, including those in New Jersey, everything that is wrong in Ramapo, will be affecting everyone in the near future.

If mathematics were applied to the situations that are occurring in Ramapo, stark and direct parallels could be drawn to Religious Fundamentalism...Communities which foster allegations to a single figure, whose only goal is to the

Assemblyman Ryan Karben recently established a community to discuss diversity, in order to foster a better understanding between the various communities which Assemblyman Karben servers. Perhaps the first groups to attend these discussions, should be the groups which are forcing their own way of life onto the majoritiy of Ramapo and Rockland residents, whom they themselves would not welcome into their homes. How many adds have you seen, to the general public, about housing being built

Ramapo is fostering religious fundamentalism, the establishment of religious communities,
A catch 22 continues to occur with regards to Ramapo Town Government and Religious Fundamentalism. Ramapo Town Government is condoning religious fundamentalism as well as religious discrimination.

In a XX/XX/YYY editorial, Town of Ramapo Justice Samuel Coleman publicly chastised a member of the Coalition to Keep Ramapo green, Mr. Scott Goldman. Perhaps Justice Coleman should immediately eliminate himself Was Justice Coleman absent on ethics training day for judges? Or is this yet another example of everything that is going wrong in Ramapo! Since when is a justice, who is presiding over an active case, allowed to publicly chastise an individual, when he himself knows nothing about Environment Laws.

, it shows tremendous insight into the fact that Ramapo politics is being run behind closed doors by a group of religious sects, that

by one select grou by Justice Samuel Coleman, It seems that besides the Ramapo town Board, Ramapo Zoning Board, and Ramapo Zoning Board of Appeals are all pro-developer and aIf you think that that the latest decision by Town of Ramapoa Supervisor Chris St. Lawrence doesn't affect you, wake up and take your head of the sand! Ramapo's latest actions (coupled with inaction regarding code enforcement over 30 years) are affecting us ALL! And not for the better. Take a look around and enjoy the last remnants of this historic and semi-rural area that we call Rockland. Because the

PLAINTIFF'S EXHIBIT 168 SS 5/8/14

over-development machine emanating from Ramapo is moving in all directions. And now, it is pushing to the fringes of the northern part of the county, into an extremely environmentally sensitive area. An area from which we ALL obtain a portion of our drinking water.

In his latest decision, St. Lawrence rejected the petition for the formation of the Village of Ladentown. In essence, he rejected the wishes of 99% of the voters in this area to decide whether they should vote on establishing their own village. So much for the right to vote guaranteed by the US Constitution. So much for democracy.

While you may think that this doesn't affect you directly, it does! Not only does this affect a quality of life for all of us either directly or indirectly, (some indirectly), it will directly affect the water we drink. Why, because the area in question is direct adjoining to the Ramapo Well Fields, an area which feeds the HeadWaters of the Mahwah River. A source of water for our Public Drinking Supply.

Over the last two years, numerous public and private sector experts have spoken at length in Ramapo Town hall Public hearings regarding the current and future problems addressing our already stress water supply. Government reports regarding this area, the acquifier underneath it, were submitted. Scenarios were drawn which depicted best case and worst case Over-development would only result in more extreme measures with regards to water rationing. On the converse side, back in November 2002, a citizen spoke about having the water 'trucked in' if there is such a problem with water. This individual had their head somewhere other than the sand. On average, in an extreme drought condition, the average person would be allowed 50 gallons of water per day. Obviously this individual failed math, or doesn't own a car because none of us would be able to drive on the roads, the roads would be filled with trucks delivering water!

Ramapo heard – briefly – the majority of those who spoke. The Town's short-term concession resulted in the adoption of the Ramapo Master Plan calling for, in our particular instance, downzoing from 2 homes/acre to 1 home/acre on the Patrick Farms, instead of the proposed Planned Residential Development (PRD). However, the towns answer was extremely short-lived.

Despite the NUMEROUS public hearings concerning downzoning and it's negative effects on our environment, the Master Plan was in essence nullified; in June, at a hastily scheduled 'Special Meeting', St. Lawrence and his administration enacted the Ramapo Adult Student Housing Law. And one of the primary targets of this newly enacted law applies to the Patrick Farm property. This law would allow 16 UNITS per acre. Now do not confuse UNIT with HOME. A unit can have multiple apartments with numerous bedrooms.

Now, what is a unit, well that is a mystery to every(which can have upwards to 5 bedrooms each) where this newly enacted law would be appliedto adopt a master plan that called for a down-zoning to 1 home per acre instead of the Planned Residential

Development (PRD). answer - length about the current 'stressed' state of natural resources in this public hearings in Ramapo – As the numerous government and private sector individuals have attested to at Ramapo town hall natural water resources wise. Over-development in this area will forever damage the abilities of the aquifer to replenish itself. The aquifer and the streams which feed it and other drink sources – including the Mahwah River, would be damaged forever. While there have been many plans to build new infrastructure, Rockland still remains extremely depending on river/stream water.

The purpose behind the formation of the village is to preserve the quality of life for the residents of the area, as well as ALL Rocklanders. When St. Lawrence and his administration passed a resolution to adopt the Ramapo Master Plan, calling for the down-zoning of this area – the drive to form the village of Ladentown went into over drive. Why, because Ramapo was not listening to what the majority of the population in the region were requesting. That being, preserve our natural resources (water) – our resources are already stressed past the breaking point, as the last drought showed - and preserve our quality of life, not only for the area's residences, but all Rocklanders.

Despite expert testimony at the numerous public hearing - from both the Private and Public Sectors - against the down-zoning in this area, Ramapo adopted the Master Plan, down-zoning this area. In an effort to regain control our Ramapo Government – which incidental should be a government Of the People, By the people, and For the people - the people of this region (Haverstraw and Ramapo) sought to form a The [new] Village of Ladentown. This in effect, would allow them to maintain the original zoning. The appropriate zoning – when a litmus test was applied to the surround areas – even called for in the Rockland County Master Plan.

In his latest move, St. Lawrence has denied the people their right to vote. How? By finding that the petition to form the village is 'technically deficient'. How, because the measurements of the proposed village do not measure to the nearest tenth and hundredths of a FOOT! Hundredths of a Foot! Can he count that high? While the criteria to establish a village is stringent, the criteria applied to the petition was even more stringent than the criteria under law. More stringent than any previous application to form the current 12 villages in Ramapo.

Now, how does his latest decision affect Rockland. Well, the property manager and principals of the Patrick Farm already began clearing some of the area. In January 2004, the property owners were cited for DRAINING and FILLING IN PROTECTED wetlands, and ALTERING streams feeding the MAHWAH RIVER. A WATER SOURCE for Rockland's drinking water. Incidentally, no permits were ever issued to perform the development, and while this was being done, and when Ramapo Town government was informed about it, RAMAPO sat on the side-lines and did nothing to protect our water and protected wetlands. It was the NYS DEC and US Government that issued the injunctions. How is Ramapo protecting our region!. Ramapo is NOT.

As so eloquent stated by Mr. David McIntosh of Pomona in a recent public hearing, "…it appears that the honesty of zoning never seems to see the light of day in

Ramapo..." Ramapo is and has allowed illegal zoning, and now is officially sanctioning down-zoning of sensitive areas. And, when faced with expert testimony against their proposals – drawn out over two years, Ramapo then delays the people their right to vote – for over 10 months, before holding public hearings to find the petition – which was submitted 10 months prior – technically deficient. Why did it take Ramapo 10 months to find the petition deficient because the survey didn't measure to tenth's and hundredth's of a foot. This latest action, has denied the people of this region their right to vote – guaranteed by the US Constitution. The same constitution to which St. Lawrence swore an oath to uphold. More importantly, if it took 10 months to find this petition deficient on a mere technicality, then how come the Ramapo Town Board rushed through in only ONE Special Public Hearing the new Ramapo Adult Student Housing Law – why wasn't the appropriate amount of time be spent researching this new law. Had Ramapo investigated, then it would have come to light that 50+ respected and known US Constitutional Scholars are stating that the law upon which Ramapo's Adult Student Housing Law – will most likely be struck down by the US Supreme Court. Why enact a law that will probably be struck down? Why rush to establish a law without researching it? Why, because town officials felt they would be personally sued? Incidentally, if sued, they would be protected by the municipality insurance policy, which would pay an award. Unless there was gross negliences, which is difficult to prove.

It's time that every Rocklander call their elected officials and asked them to intercede on all our behalfs. The environment, our infrastructure, our quality of life – and most importantly our right to vote, need to be protected. Send a message to Ramapo that our lives are NOT FOR SALE!

. Six villages are already suing the Town of Ramapo because of their latest decisions – including the resently adopted Adult Student Housing Law, based upon a federal law which incidentially 50 + Constitutional scholars have stated will be struck down by the US Supreme Court - .

Well, under NYS law, How? By preserving the area, the wetlands which are located in this area would be protected further from development. Over development could cause damage to the aquifers from which all of us obtain water to drink. This is what could happen. Now to what has happened. Despite an overwhelming majority of voices against the down zoning in the area, St. Lawrence and his administration passed the Master Plan, downzoning this area. who voices opposition to the down zoning in the area of Ramapo, and despite expert testimony regarding what the area can support (i.e., Water resources, current infrastructure, required infrastructure (schools ,etc.), the town voted to down zone this area. Despite expert testimony, governmental reports backing up the majority of the people who live in the area, the town down zoned.

In January 2004, the property manager for the 200 acre Patrick Farms – and the principals of the property – Aron Lebovits and Chaim Lebovits – allowed some development work to begin on the property without the proper building permits. These individuals allowed some of the protect wetlands on the property to be drained and filled in as well as allowed streams feeding the Mahwah River – a source of drinking water for all Rocklanders – to

be altered without permission. These individuals did nothing to stop the filling in of protected Wetlands; Wetlands that are protected under both New York State and the United States Government. In addition, development on the property, which was not authorized, also damaged a stream which feeds the Mahwah River…A river from which all of us Drink Water. FACT, not Fiction. Injunctions where issued to stop all work, not by the Town of Ramapo, but by NYS and the US Gov't. once again, St. Lawrence, and his administration failed to step-in for their town.

If you think that this doesn't further affect you, These are the same acquifiers we draw water from. In doing this the acquifier from which we drink – would not be in danger of not being replenished – This is a FACT. FACTWell, the current developer (Moish kjljasdflkj) and principal owners of 200 acres of land in Ramapo (Aron Lebovits and Chaim Lebovits) want to over development the land. While this might not be something new to Ramapo – as quotes by Mr. McIntosh – the "…honesty of zoing doesn't seem to see the light of day in Ramapo…" it will affect, and has affected the water you drink. In January, the developer and owners of the Patrick Farm property began to destroy protected WetLands (protected by both New York State and the United States). The draining and filing in of protected wetlands is crime. As is the altering of any stream which feeds a public water supply. That's right, the water that you drink is affected. Injunctions have been issued, but the current principals of the property have yet (and have stated they won't) to restore the damage they've done.

Besides the water the your drink being affected, so will the utilities (water district, sewer district), etc. be affected. NONE of this was addressed in the Town of Ramapo Master Plan. If the purpose of the master plan was to remaining current, and development of this property was imminent, then why wasn't this addressed in the master plan. Now, if you think that traveling along the US Route 202 corridor and NYS Route 306 corridor is difficult now, just wait until 200+ units are built. What is a unit, well this to remains elusive; it can be a 2, 3, 4, or 5 bedroom apartment. Imagine the strain on an overwhelming strained infrastructure that 25000+ additional people will cause. This will increase the town of Ramapo population by a full-fifth. Incidentially, Ramapo is the fast growing Town in all of Rockland. Now, ask yourself, what has Ramapo done to preserve the Quality of Life for all it's citizens? Nothing…

fHis latest decision, rejection the petition for the formation of thVillage of Ladentown – will affect all Rocklanders, both in the near term (months) years to come.

As reported in the Journal News – 8/3/04, Supervisor Chris St. Lawrence is the residents in the unicorporated town of Ramapo their constitutional right to vote. How, by stating that the petition to form the Village of Ladentown is technically deficient, "…it's meets and bounds [the boundarys of the proposed village] do not have measurements to the nearest tenths and hundredths of a FOOT. Can any person visually count one hundred ticks in a foot. Perhaps most disturbing, is that when the supervisor took office, he swore an oath to upon the constitution of the united states. Isn't our right to vote guaranteed by the constitution? Well, it appears that the only one the Chris St. Lawrence feels is

important is his own vote. How self-serving. At one time, people ran for office to serve the people they represented. However, it is plainly evident that Chris St. Lawrence is catering to only one particular voting block in Rockland. Chris, if you can't adhere to the oath for which you were sworn into office with, maybe you should resign your office.

in the town odenying his residents their right to vote, a right guaranteed by the US Constitution and the Bill of Rights, to which he swore an oath when he took office. How has he denied peoples rights...but not affirming that the allowing.

Incidentally, St. Lawrence swore an oath to uphold and defend the Constitution. these his residents their right to vote, this being their ability to incorporate their area of Ramapo into the Village of Ladentown.

has denied people their right to vote – this being, validating the petition - to deny the people living in the Northern part of the unincorporated area of the Ramapo their right to vote on the formation of the Village of Ladentown - Town – their right to vote on whether to form the Village of Ladentown – think again. This decision affect ALL ROCKLANDERS. Why, this supervisor feels that although he swore an oath to uphold the constitution of the United States, which includes the right to vote, that this doesn't pertain to the people living in this part of Ramapo.

thiOnce again Chris St. Lawrence, Town of Ramapo Supervisor, is showing that he cares nothing about the quality of life in Rockland...and yes, he most recidecision about majority of the residents of his town, nor does he care for the impacts that his town is causing on the surrounding communities. His latest decision, to deny the people in the Unicorporate part of Ramapo their right to vote on the formation of the 13th. Ramapo Village - The Village of Ladentown - speaks volumns.

It appears that the oath that Supervisor St. Lawrenece swore when he took office is HOLLOW, just like the man himself. In the face of overwhelming objection to the downzoning on this property, St. Lawrence prevailed. In the face of overwhemliming facts in support of the people's petition to form the Village of Ladentown, it appears, for know at least, that St. Lawrence has had his way.

What part of the US Constition does Chris St. Lawrenece He should be immediately recalled. When he assumed the office of Supervisor, he swore to uphold the Constitution of the United States, etc., however, he seems to forget that the US Constitution guarentees a persons right to vote. However, he has selectively forgotten this fact.

In his latest decision,

His latest decision, to denie people their right to Vote speaks volumns. Supervisor St. Lawrence is telling the majority of taxpayers in this town and surrounding communities that he is reckless and cares nothing about the damage that over development will cause.

No where in the U.S. Constitution does it gaurentee that individuals have the right to destory the quality of life. Their have been, during the past While the majority of use being everyone is entitable to their right to pursue happinessselling his vot the surrounding communities and the surrounding communities. Despite an overwhelming abudence of evidence in support of the Village of Ladentown, and criteria established under the law, the Supervisor has seen fit to sell his soul (and probably his whole being) for a Block Vote.