From: BRETT YAGEL <blyagel@optonline.net>
Sent: Thursday, February 15, 2007 8:37 PM
To: Nick Sanderson <nick@the-sandersons.com>; Nick Sanderson <nick@villagecommunityparty.com>
Subject: Fw: Rockland and Ramapo Population projections

----- Original Message -----
From: deerkill@att.net
To: Joe Meyers ; Nick Sanderson ; Brett Yagel
Sent: Thursday, February 15, 2007 2:41 PM
Subject: Rockland and Ramapo Population projections

Dear Joe, Nick and Brett,

I have received an informal quote from Geolytics. They are one of the two or three leading U.S. demographic companies.

It is only going to cost us $2,000 for population projections for Ramapo and all of Rockland. The projections will be by town, village, and census tract. The most gratifying thing about their projections is that they use US Post Office change of address requests in order to estimate in-migration. I have asked them to do projections through 2030.

Of course, these projections do not take into account the major population growth that would occur if RLUIPA rules the day. Nevertheless, they will be truly shocking.

Recall, that over the last three years I have called for United Water, our County Legislature, and our Sewer District to do this study and none of them have considered it worth doing.

This data will be most useful both in court when you argue, among other things, that there is a compelling government interest in restricting large scale "religious" housing, and in the court of public opinion.

I would hope that your two villages would split the cost--only $1,000 per village. You may wish to discuss this with your boards. I expect the formal quotes within a few days.

Many thanks, Bob Rhodes



PLAINTIFF'S EXHIBIT
191
8 5/8/14

