| Reminder: AOL will never ask you to send us your password or credit card number in an email. | This message has been scanned for known viruses. |
|---|---|

| From: | preserveramapo@optonline.net |
| To: | preserveramapo@optonline.net |
| Subject: | Preserve Ramapo: Breaking News |
| Date: | Tue, 9 Jan 2007 5:32 PM |

Greetings Everyone,

This is not our usual update letter. We have posted an important story that you will not find in other media including the Journal or Channel 12. Plans are under way to build a "religious college" in Pomona at the end of Route 306 where it meets Route 202. On the 100 acres on the right side of the road a developer plans to put up an apartment complex of 4 to 6-story buildings that will house 4,500 adult students and their families. This campus will have 9 large apartment buildings and a single, much smaller 3-story building that is the sole school building. The formula used is the 90% apartments 10% school of St. Lawrence's Adult Student Housing law.

The site plan and details are at www.preserveramapo.org.

Please forward this email, or send a link to the story to your neighbors and friends. Residents need to know that the Adult Student Housing complex on the old Nike site (Grandview Ave) was just the beginning of a massive urbanization effort whose path was cleared by Supervisor St. Lawrence and his Board.

Best wishes,

Michael Castelluccio
PRESERVE RAMAPO
www.preserveramapo.org

# Religious School With 4,500 Residents Planned for Pomona

The Rabbinical College of Tartikov, Pomona, NY, will have housing for 1,000 married students. Located on 100+ acres south of Route 202 and to the east of Route 306 (see map above), the school reflects the legacy of Adult Student Housing in Ramapo with more than 90% of the buildings used as residences and less than 10% for schools. This is not the typical college campus--not with less than 10% of all buildings dedicated to classrooms.

The single school building is the smallest structure on the grounds having only three stories. All other buildings on the "campus" are four, five, and six stories. The school building has a total of 34 parking spaces. The other dwellings have parking for 1,036 vehicles. On the site map (above), the blue building is apparently the school (34 parking spaces), and the red buildings are the residences for students. You probably can't see it on this map, but the numbers on the roofs designate 4, 5, and 6 stories.

The Adult Student Housing residences will average 1,800 square feet, with either three or four bedrooms. They will house a combined population on the site of approximately 4,500, broken down in the following way:

1,000 adult students

1,000 spouses

1,250 children under the age of five

1,250 school-age children.

According to the plans, the average family will have 2.5 children and occupy a three or four-bedroom apartment.

For more information on Ramapo's Adult Student Housing Law click here. Briefly, though, in Ramapo RLUIPA (the Federal Religious Land Use Law) was used by our town board as the legal justification for its new Adult Student Housing Law (ASH). Michael Klein, our town attorney, informed the town board that under RLUIPA it could not prevent religious institutions from creating "Adult Student Housing" connected to schools providing "post-secondary education."

Rather than test the fairness and constitutionality of the RLUIPA law in court, Supervisor St. Lawrence and his Board created a number of ASH zones in

Ramapo including the project on Grandview Ave. on the old Nike site and numerous others. (Photo of construction appears below)

By doing so, St. Lawrence and the Board have opened the floodgates to urbanization with high-density, multi-story apartment complexes masquerading as school campuses.

The only way out of this march over the cliff is for voters to clean house this fall in the Ramapo elections, just as they did last fall in state and national elections.

*We will continue to cover this story as the plans make their way to village boards. Meanwhile, please send this information to neighbors who might not be aware of the seismic changes that are going in Ramapo regarding overdevelopment and the failing infrastructure (water, traffic, and sewers). You can cut and paste the address for this story, or just tell them to visit www.preserveramapo.org where they can also sign up for free e-mail notifications of breaking news.*

**Preserve Ramapo**
**January 9, 2007**





POM0013259