> Is it your position to cause damage to the village? Someone just send me a screenshot of your Facebook post! If it is your intent to jeopardize target then you are succeeding and may be causing us to loose! You should consider

‹ Messages          **Rita**           Contact

Fri, May 10, 1:27 PM

A little over the top but I understand your anger. All taken down and I reviewed all my accounts to make sure there are no other unfortunate mistakes. But no, I don't think I should consider

< Messages    Rita    Contact

should consider resigning. Can we meet today and talk about this in person please?

I am so angry right now my heads about to pop. Their lawyers will use everything. Remember he case in NJ where the

< Messages　　Rita　　Contact

Remember he case in NJ where the federal judge ruled that comments made by a public official in a non official setting led him to decide potential prejudice even though there was no final ruling but based on prior

but based on prior witness testimony. We have too much riding on this case for you to jeopardize it. Everything is fair game in the lawsuit. Judge Karas is watching this case...publicly commenting on all male gathering

> Karas is watching this case...publicly commenting on all male gathering when it's related to a religious entity, is not good!

I was not thinking. Nothing else in my threads has anything like this. It is gone and I will

threads has anything like this. It is gone and I will try to stay more focused going forward. It was stupid. I've been sick all week, the medication may have clouded my judgement. You and I need to talk, are you around?

< Messages    **Rita**    Contact

medication may have clouded my judgement. You and I need to talk, are you around?

> I am but am in conference calls and have to I to wake later pm

Fri, May 10, 7:44 PM

Let me know when