UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF            Case No. 07-CV6304(KMK)
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI WOLF BRIEF, RABBI HERMEN KAHANA,
RABBI MEIR MARGULIS, RABBI GERGELY
NEUMAN, RABBI MEILECH MENCZER,
RABBI JACOB HERSHKOWITZ, RABBI
CHAIM ROSENBERG, RABBI DAVID A.
MENCZER, and RABBI ARYEH ROYDE,

              Plaintiffs,
  -against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; SANDERSON,
AS MAYOR; IAN BANKS as Trustee and in his official capacity,
ALMA SANDERS ROMAN as Trustee and in her official capacity,
RITA LOUIE as Trustee and in her official capacity,
and BRETT YAGEL, as Trustee and in his official capacity,

              Defendants.
-------------------------------------------------------------------X

## DECLARATION OF PAUL SAVAD IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  PAUL SAVAD, an attorney duly admitted to the Bar of this State and this Court, declares as follows, pursuant to 28 U.S.C. § 1746:

  1. I am a member of Savad Churgin, attorneys for Plaintiffs Congregation Rabbinical College of Tartikov, Inc. (the "Rabbinical College"), Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Meilech Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg, and Rabbi David A. Menczer (collectively, the "Plaintiffs"). I submit this declaration in opposition to Defendants' Motion for Summary Judgment.

1

2. Attached hereto as Exhibit 334 is a true and correct copy of the Memorandum Opinion of the USDC, District of New Jersey, in the action *Al Falah Center et al. v Township of Bridgewater*, dated September 30, 2013.

3. Attached hereto as Exhibit 335 is a true and correct copy of relevant section of the Zoning Code, Town of Colden, New York.

4. Attached hereto as Exhibit 336 is a true and correct copy of a relevant section of the Zoning Code, Article V: Community Facility Districts, Town of Evans, New York.

5. Attached hereto as Exhibit 337 is a true and correct copy of a relevant section of the Zoning Code, Article IV: Residential Districts, Town of Evans, New York.

6. Attached hereto as Exhibit 338 is a true and correct copy of a relevant section of the Zoning Code, Town of Hamlin, New York.

7. Attached hereto as Exhibit 339 is a true and correct copy of a relevant section of the Zoning Code, Town of Irondequoit, New York.

8. Attached hereto as Exhibit 340 is a true and correct copy of a relevant section of the Zoning Code, Town of Orangeburg, New York.

9. Attached hereto as Exhibit 341 is a true and correct copy of the Zoning Code General Use Regulations (CO District), Town of Orangeburg, New York.

10. Attached hereto as Exhibit 342 is a true and correct copy of the Zoning Code General Use Regulations (CS District), Town of Orangeburg, New York.

11. Attached hereto as Exhibit 343 is a true and correct copy of the Zoning Code General Use Regulations (R-80 District), Town of Orangeburg, New York.

12. Attached hereto as Exhibit 344 is a true and correct copy of a relevant section of the Zoning Code, Village of Mastic Beach, New York.

13. Attached hereto as Exhibit 345 is a true and correct copy of a relevant section of the Zoning Code, Village of Patchogue, New York.

14. Attached hereto as Exhibit 346 is a true and correct copy of a relevant section of the Zoning Code, Article XII: Resident-Retail Business District Regulations, Town of Concord, New York.

15. Attached hereto as Exhibit 347 is a true and correct copy of a relevant section of the Zoning Code, Article XIV: Local Retail Business District Regulations, Town of Concord, New York.

16. Attached hereto as Exhibit 348 is a true and correct copy of a relevant section of the Zoning Code, Town of East Rochester, New York.

17. Attached hereto as Exhibit 349 is a true and correct copy of a relevant section of the Zoning Code, Town of Gates, New York.

18. Attached hereto as Exhibit 350 is a true and correct copy of a relevant section of the Zoning Code, Town of Greenburgh, New York.

19. Attached hereto as Exhibit 351 is a true and correct copy of a relevant section of the Zoning Code, Article V: Use Regulations, Town of Halfmoon, New York.

20. Attached hereto as Exhibit 352 is a true and correct copy of a relevant section of the Zoning Code, Article III: Definitions, Town of Halfmoon, New York.

21. Attached hereto as Exhibit 353 is a true and correct copy of a relevant section of the Zoning Code, Article X: Multifamily District, Town of Hamburg, New York.

22. Attached hereto as Exhibit 354 is a true and correct copy of a relevant section of the Zoning Code, Article XII: NC Neighborhood Commercial General Residential District, Town of Hamburg, New York.

23. Attached hereto as Exhibit 355 is a true and correct copy of a relevant section of the Zoning Code, Town of Johnstown, New York.

24. Attached hereto as Exhibit 356 is a true and correct copy of a relevant section of the Zoning Code, Town of Naples, New York.

25. Attached hereto as Exhibit 357 is a true and correct copy of a relevant section of the Zoning Code, Village of Scottsville, New York.

26. Attached hereto as Exhibit 358 is a true and correct copy of a relevant section of the Zoning Code, Town of Westfield, New York.

27. Attached hereto as Exhibit 359 is a true and correct copy of a relevant section of the Zoning Code, Village of Williamsville, New York.

28. Attached hereto as Exhibit 360 is a true and correct copy of the Mixed Use District Design Standards, Village of Williamsville, New York.

29. Attached hereto as Exhibit 361 is a true and correct copy of a relevant section of the Zoning Code, Article XII: (OS) Open Space District, Town of Irondequoit, New York.

30. Attached hereto as Exhibit 362 is a true and correct copy of a relevant section of the Zoning Code, Article XX: (MR) Multiple Residence District, Town of Gates, New York.

31. Attached hereto as Exhibit 363 is a true and correct copy of a relevant section of the Zoning Code, Article XXII: B N-R Business, Non-Retail District, Town of Gates, New York.

32. Attached hereto as Exhibit 364 is a true and correct copy of Civil Docket Minute Entry for a hearing on June 9, 2014.

33. Attached hereto as Exhibit 365 is a true and correct copy of a Letter from Paul Savad, Esq., to the Court, dated March 26, 2015.

34. Attached hereto as Exhibit 365(A) is a true and correct copy of Exhibit A to Exhibit 365, as submitted to the Court on March 26, 2015.

35. Attached hereto as Exhibit 365(B) is a true and correct copy of Exhibit B to Exhibit 365, as submitted to the Court on March 26, 2015.

36. Attached hereto as Exhibit 365(C) is a true and correct copy of Exhibit C to Exhibit 365, as submitted to the Court on March 26, 2015.

37. Attached hereto as Exhibit 365(D) is a true and correct copy of Exhibit D to Exhibit 365, as submitted to the Court on March 26, 2015.

38. Attached hereto as Exhibit 365(E) is a true and correct copy of Exhibit E to Exhibit 365, as submitted to the Court on March 26, 2015.

39. Attached hereto as Exhibit 365(F) is a true and correct copy of Exhibit F to Exhibit 365, as submitted to the Court on March 26, 2015.

40. Attached hereto as Exhibit 365(G) is a true and correct copy of Exhibit G to Exhibit 365, as submitted to the Court on March 26, 2015.

41. Attached hereto as Exhibit 365(H) is a true and correct copy of Exhibit H to Exhibit 365, as submitted to the Court on March 26, 2015.

42. Attached hereto as Exhibit 366 is a true and correct copy of a memorandum by Frederick P. Clark Associates, dated August 19, 2002.

43. Attached hereto as Exhibit 367 is a true and correct copy of Minutes of Board of Trustees Meeting, on November 13, 2003.

44. Attached hereto as Exhibit 368 is a true and correct copy of a printout from the lohud.com website message forum entitled "Questions for Tartikov reps" (2006-2007).

45. Attached hereto as Exhibit 369 is a true and correct copy of the Village of Pomona April 29, 2003 comments to Ramapo Comprehensive Plan DGEIS.

46. Attached hereto as Exhibit 370 is a true and correct copy of a news article, dated May 24, 2007, from the lohud.com website.

47. Attached hereto as Exhibit 371 is a true and correct copy of a printout from the lohud.com website message forum entitled "North Rockland/Pomona Rabbinical College" (2007).

48. Attached hereto as Exhibit 372 is a true and correct copy of printout from The Journal News (June 7, 2007).

49. Attached hereto as Exhibit 373 is a true and correct copy of a printout from the lohud.com website message forum entitled "Ramapo denies a property tax exemption to Congregation Rabbi" (2007).

50. Attached hereto as Exhibit 374 is a true and correct copy of a printout from the lohud.com website message forum entitled "Tartikov reps to meet with edit board" (2006-2007).

51. Attached hereto as Exhibit 375 is a true and correct copy of a printout from the lohud.com website message forum entitled "Rabbinical College should prepare for fight in Pomona" (July 20, 2007).

52. Attached hereto as Exhibit 376 is a true and correct copy of a news article published in the Journal News, dated July 10, 2007.

53. Attached hereto as Exhibit 377 is a true and correct copy of a news article published in the Journal News, dated July 11, 2007.

54. Attached hereto as Exhibit 378 is a true and correct copy of a printout from the "New Hempstead United" website.

55. Attached hereto as Exhibit 379 is a true and correct copy of a printout from the lohud.com website message forum entitled "Want To See What Rockland Will Look Like In 10 Years????" (2006-2007).

56. Attached hereto as Exhibit 380 is a true and correct copy of a printout from the lohud.com website message forum entitled "Comments for Hasidic Woman's booking insensitive" (2008).

57. Attached hereto as Exhibit 381 is a true and correct copy of a printout from The Journal News (May 27, 2007).

58. Attached hereto as Exhibit 382 is a true and correct copy of a printout of a news article from the lohud.com website (January 20, 2009).

59. Attached hereto as Exhibit 383 is a true and correct copy of a printout from the lohud.com website (October 16, 2007).

60. Attached hereto as Exhibit 384 is a true and correct copy of a printout from the lohud.com website (May, 2007).

61. Attached hereto as Exhibit 385 is a true and correct copy of a printout from the lohud.com website (February, 2007).

62. Attached hereto as Exhibit 386 is a true and correct copy of a printout of a news article published in the New York Times (January 15, 1967).

63. Attached hereto as Exhibit 387 is a true and correct copy of the home page to the Village of Pomona website.

64. Attached hereto as Exhibit 388 is a true and correct copy of the Town of Ramapo Comprehensive Plan (Housing).

65. Attached hereto as Exhibit 389 is a true and correct copy of a printout from the Preserve Ramapo website.

66. Attached hereto as Exhibit 390 is a true and correct copy of a printout from the Preserve Ramapo website.

67. Attached hereto as Exhibit 391 is a true and correct copy of a printout from the Preserve Ramapo website.

68. Attached hereto as Exhibit 392 is a true and correct copy of a printout from the Preserve Ramapo website.

69. Attached hereto as Exhibit 393 is a true and correct copy of a printout from the Preserve Ramapo website.

70. Attached hereto as Exhibit 394 is a true and correct copy of a printout from the Preserve Ramapo website.

71. Attached hereto as Exhibit 395 is a true and correct copy of a Memo and Response Report by Atzl Scatassa & Zigler, dated May 22, 2005.

72. Attached hereto as Exhibit 396 is a true and correct copy of a Resolution of the Village Planning Board, dated September 18, 2006.

73. Attached hereto as Exhibit 397 is a true and correct copy of an email dated January 6, 2014.

74. Attached hereto as Exhibit 398 is a true and correct copy of an email dated February 4, 2014.

75. Attached hereto as Exhibit 399 is a true and correct copy of a letter enclosing a Wetlands Survey, dated February 24, 2014.

76. Attached hereto as Exhibit 400 is a true and correct copy of an e-mail from Plaintiffs' counsel to Defendants' counsel, dated August 6, 2014.

77. Attached hereto as Exhibit 401 is a true and correct copy of a letter to Doris Ullman, Esq., from Paul Savad, Esq., dated May 10, 2007.

78. Attached hereto as Exhibit 402 is a true and correct copy of a letter to Doris Ullman, Esq., from Paul Savad, Esq., dated May 10, 2007.

79. Attached hereto as Exhibit 403 is a true and correct copy of a letter from Doris Ullman, Esq., to Paul Savad, Esq., dated May 14, 2007.

80. Attached hereto as Exhibit 404 is a true and correct copy of the Agenda of Board of Trustees Meeting, on September 27, 2004.

81. Attached hereto as Exhibit 405 is a true and correct copy of a relevant section of the Zoning Code, Article XII: Special Permit Standards-Planning Board, Town of Ramapo, New York.

82. Attached hereto as Exhibit 406 is a true and correct copy of a letter entitled "The Real Discrimination".

83. Attached hereto as Exhibit 407 is a true and correct copy of an article entitled "Culture Clash" which was marked at the deposition of Michael Castelluccio on August 12, 2014.

84. Attached hereto as Exhibit 408 is a true and correct copy of a printout from the lohud.com website message forum entitled "Comments for Hasidic Woman's booking insensitive" (2008).

85. Attached hereto as Exhibit 409 is a true and correct copy of a printout from the lohud.com website message forum entitled "Comments for Hasidic Woman's booking insensitive" (2008).

86. Attached hereto as Exhibit 410 is a true and correct copy of a printout from the lohud.com website message forum entitled "Fast Forward Ramapo 10 year" (2006-2007).

87. Attached hereto as Exhibit 411 is a true and correct copy of a printout from the lohud.com website message forum entitled "Pomona Takes a Stand" (2006-2007).

88. Attached hereto as Exhibit 412 is a true and correct copy of a printout from the lohud.com website message forum entitled "We Lost …..UNREAL!" (2007).

89. Attached hereto as Exhibit 413 is a true and correct copy of a letter from defendants' counsel to the Court, dated October 2, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Nanuet, New York
April 2, 2015

PAUL SAVAD (PS 5358)