UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., et. al., <br><br> Plaintiffs, <br><br> V. <br><br> VILLAGE OF POMONA, NY, et. al., <br><br> Defendants. | CIVIL NO. 07:CV 6304 (KMK) <br><br> APRIL 2, 2015 |

### AFFIDAVIT OF DORIS ULMAN, ESQ.

STATE OF NEW YORK     )
                      )   ss: Pomona
COUNTY OF ROCKLAND    )

I, Doris Ulman, being duly sworn hereby depose and state as follows:

1. I am over the age of eighteen and I understand the obligations of an oath.

2. I am an attorney duly admitted to practice law in the State of New York and the duly appointed Village Attorney of Defendant, The Village of Pomona, New York. I have served the Village in this capacity since July 2003.

3. Although I am not counsel of record, in my capacity as Village Attorney, I represent Defendants, The Village of Pomona, NY ("Village"); Board of Trustees of the Village of Pomona, NY ("Board of Trustees"); Nicholas Sanderson, as Mayor ("Sanderson"); Ian Banks as Trustee and in his official capacity ("Banks"), Alma Sanders Roman ("Roman") as Trustee and in her official capacity, Rita Louie as Trustee and in her official capacity ("Louie"), and

Brett Yagel, as Trustee and in his official capacity ("Yagel") (the Village, the Board of Trustees, the Mayor, and the Trustees are hereinafter collectively referred to as the "Village Defendants").

4. I submit this Affidavit in support of the Village Defendants' Motion in Opposition to Plaintiffs' Partial Motion for Summary Judgment filed herewith.

5. In my role as Village Attorney, I have personal knowledge of the facts stated herein.

6. In particular, in serving as Village Attorney, I have personal knowledge regarding the records and affairs of the Village of Pomona, the Village of Pomona Code, the Local Laws of the Village of Pomona, and laws of the State of New York and surrounding municipalities. My knowledge of the laws of the State of New York and surrounding municipalities is also based on my years of practice as a municipal attorney representing municipalities.

7. Attached as Exhibit A is a true and accurate copy of Village of Pomona Code § 118-32.

8. Attached as Exhibit B is a true and accurate copy of excerpts of Part 617 Regulations implementing the New York State Environmental Quality Review Act.

9. I further state that the Village is unaware of any recent impacts to wetlands in the Village caused by single-family residential uses.

_____
Doris Ulman, Esq.

Sworn to and subscribed before me
this 2nd day of April, 2015

_____
Notary Public
My Commission Expires:_____

JAN ULMAN
Notary Public, State of New York
No. 01UL4863148
Qualified in Rockland County
Commission Expires June 30, 20__