UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., et. al., : <br> : <br> Plaintiffs, : <br> V. : <br> : <br> VILLAGE OF POMONA, NY, et. al., : <br> : <br> Defendants. : | CIVIL NO. 07:CV 6304 (KMK) <br><br><br> APRIL 2, 2015 |

## AFFIDAVIT OF AMANDA E. GORDON, ESQ.

STATE OF CONNECTICUT     )
                         )  ss: Hartford
COUNTY OF HARTFORD       )

I, Amanda E. Gordon, being duly sworn hereby depose and state as follows:

1. I am over the age of eighteen and I understand the obligations of an oath.

2. I am an attorney in the law firm Robinson & Cole, LLP, duly admitted to practice law in the State of Connecticut and admitted *pro hac vice* in the Southern District of New York for purposes of the above-captioned action.

3. I am counsel of record for the Defendants, The Village of Pomona, NY ("Village"); Board of Trustees of the Village of Pomona, NY ("Board of Trustees"); Nicholas Sanderson, as Mayor ("Sanderson"); Ian Banks as Trustee and in his official capacity ("Banks"), Alma Sanders Roman ("Roman") as Trustee and in her official capacity, Rita Louie as Trustee and in her official capacity ("Louie"), and Brett Yagel, as Trustee and in his official capacity

1

("Yagel") (the Village, the Board of Trustees, the Mayor, and the Trustees are hereinafter collectively referred to as the "Village Defendants").

4.  I submit this Affidavit in support of the Village Defendants' Motion in Opposition to Plaintiffs' Partial Motion for Summary Judgment filed herewith.

5.  In my role as counsel for Defendants, I have personal knowledge of the facts stated herein.

6.  Attached as <u>Exhibit A</u> is a true and accurate copy of the expert report of Charles J. Voorhis, CEP, AICP, dated March 13, 2014.

_____
Amanda E. Gordon, Esq.

Sworn to and subscribed before me
this 2nd day of April, 2015.

_____
Notary Public
My Commission Expires:_____

DANELLE R. DECIANTIS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2019

2