PREET BHARARA
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, RABBI MORDECHAI BABAD, RABBI WOLF BRIEF, RABBI HERMEN KAHANA, RABBI MEIR MARGULIS, RABBI GERGELY NEUMAN, RABBI MEILECH MENCZER, RABBI JACOB HERSHKOWITZ, RABBI CHAIM ROSENBERG, RABBI DAVID A. MENCZER, and RABBI ARYEH ROYDE,<br><br>      Plaintiffs,<br><br>              v.<br><br>VILLAGE OF POMONA, NEW YORK; BOARD OF TRUSTEES OF THE VILLAGE OF POMONA, NEW YORK; NICHOLAS SANDERSON, as Mayor; IAN BANKS as Trustee and in his official capacity, ALMA SANDERS ROMAN as Trustee and in her official capacity, RITA LOUIE as Trustee and in her official capacity, and BRETT Y AGEL, as Trustee and in his official capacity,<br><br>      Defendants. | 07 Civ. 6304 (KMK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Brief in Intervention, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court under Federal Rule of Civil Procedure 5.1(c) for an order permitting the United States of America to intervene in this case in defense of the

constitutionality of the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C.

§ 2000cc *et seq.*

| | | |
|---|---|---|
| Dated: | April 23, 2015<br>New York, New York | Respectfully submitted,<br><br>PREET BHARARA<br>United States Attorney for the<br>Southern District of New York |
| | By: | /s/ *Peter Aronoff*<br>PETER ARONOFF<br>Assistant U.S. Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2697<br>Fax: (212) 637-2717<br>Email: peter.aronoff@usdoj.gov |