# Exhibit A

## Legal Fees and Disbursements Summary for Congregation Tartikov/Rabbinical College
## for the Period 3/18/15 to 7/15/15

|     |     | Legal Fees | Hours | Total | Billing Rate |     |
| --- | --- | --- | ---: | ---: | ---: | --- |
| (a) |     | Paul Savad, Esq. | 3.50 | $ 1,312.50 | $ 375.00 |     |
| (b) |     | Donna Sobel, Esq. | 113.50 | 42,562.50 | 375.00 |     |
| (c) |     | Roman Storzer | 14.2664 | 5,349.90 | 375.00 |     |
| (d) | (1) | John Stepanovich | 31.25 | 11,718.75 | 375.00 |     |
|     | (2) | John Stepanovich | 2.75 | 962.50 | 350.00 | *   |
|     | (3) | John Stepanovich | 8.00 | 1,500.00 | 187.50 | **  |
|     |     | Total | 173.2664 | $ 63,406.15 |     |     |

|     | Case Disbursements |     |     |
| --- | --- | ---: | --- |
| (a) | Savad Churgin | $ 99.90 |     |
| (b) | Storzer and Greene, P.L.L.C. | 541.55 |     |
| (c) | Stepanovich Law, PLC | 1,199.11 |     |
|     | Total | $ 1,840.56 |     |

|     |     |     |
| --- | ---: | ---: |
| Savad Churgin Total Legal Fees | $ 43,875.00 |     |
| Savad Churgin Total Case Disbursements | 99.90 | $ 43,974.90 |
| Storzer and Greene, P.L.L.C. | $ 5,349.90 |     |
| Storzer and Greene, P.L.L.C. | 541.55 | $ 5,891.45 |
| Stepanovich Law, PLC Legal Fees | $ 14,181.25 |     |
| Stepanovich Law, PLC Case Disbursements | 1,199.11 | $ 15,380.36 |
| Total |     | $ 65,246.71 |

\*   Due to a clerical error, $350.00 was accidently charged instead of $375.00 for 2.75 hours.
\*\*  The 8 hours is comprised of travel time. Mr. Stepanovich charges 1/2 of his hourly rate ($187.50) for travel time.