# Exhibit B

Savad Churgin
SUMMARY

| Transaction ID | Transaction Type | Timekeeper | Time Spent | Rate Value | Rate Type | Slip Value | Transaction Date | Billed on Invoice No. | Billed on Invoice Date | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42597 | TIME | Paul Savad | 1.50 | $375.00 | Hourly | $562.50 | 4/23/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review documents re Spoliation application to Court. Team Meeting, etc. |
| 42598 | TIME | Paul Savad | 2.00 | $375.00 | Hourly | $750.00 | 4/27/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Federal Court Appearance re Spoliation. |
| TOTAL | | | 3.50 | | | $1,312.50 | | | | | |

| Transaction ID | Transaction Type | Timekeeper | Time Spent | Rate Value | Rate Type | Slip Value | Transaction Date | Billed on Invoice No. | Billed on Invoice Date | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42185 | TIME | Donna Sobel | 0.50 | $375.00 | Hourly | $187.50 | 3/18/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review on-line postings regarding Pomona election and related Pomona issues. |
| 42187 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 3/19/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review on-line postings regarding Pomona election and related Pomona issues; confer with J. Stepanovich and R. Storzer regarding the same; correspond with opposing counsel regarding the same. |
| 42237 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 3/24/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review discovery demands and responses regarding social media. |
| 42241 | TIME | Donna Sobel | 0.50 | $375.00 | Hourly | $187.50 | 3/25/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review discovery demands and responses regarding social media. |
| 42243 | TIME | Donna Sobel | 2.25 | $375.00 | Hourly | $843.75 | 3/25/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft letter to Court regarding spoliation. |
| 42244 | TIME | Donna Sobel | 0.50 | $375.00 | Hourly | $187.50 | 3/25/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Correspond with opposing counsel regarding missing ESI production; review response. |
| 42245 | TIME | Donna Sobel | 0.50 | $375.00 | Hourly | $187.50 | 3/25/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Confer with J. Stepanovich regarding missing ESI production. |
| 42247 | TIME | Donna Sobel | 3.25 | $375.00 | Hourly | $1,218.75 | 3/25/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Conduct research regarding spoliation of evidence and of social media postings. |
| 42251 | TIME | Donna Sobel | 1.50 | $375.00 | Hourly | $562.50 | 3/26/2015 | G:21432 | 4/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Revise, finalize and file letter to Court regarding spoliation; identify exhibits for same. |
| 42474 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 4/13/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Confer with J. Stepanovich regarding spoliation motion and hearing. |
| 42485 | TIME | Donna Sobel | 2.00 | $375.00 | Hourly | $750.00 | 4/15/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review spoliation facts; prepare notes and exhibits for hearing reagrding the same. |
| 42486 | TIME | Donna Sobel | 2.50 | $375.00 | Hourly | $937.50 | 4/16/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to review spoliation facts; prepare notes and exhibits for hearing regarding the same. |
| 42493 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 4/17/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review spoliation facts; prepare notes and exhibits for hearing regarding the same. |
| 42494 | TIME | Donna Sobel | 1.50 | $375.00 | Hourly | $562.50 | 4/19/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review spoliation facts; prepare notes and exhibits for hearing regarding the same. |
| 42515 | TIME | Donna Sobel | 4.25 | $375.00 | Hourly | $1,593.75 | 4/20/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review spoliation facts; prepare notes and exhibits for hearing regarding the same. |
| 42518 | TIME | Donna Sobel | 3.25 | $375.00 | Hourly | $1,218.75 | 4/21/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Prepare notes and exhibits for spoliation hearing. |
| 42521 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 4/22/2015 | G:21479 | 4/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to prepare notes and exhibits for spoliation hearing. |
| 42616 | TIME | Donna Sobel | 0.50 | $375.00 | Hourly | $187.50 | 4/28/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Teleconference with J. Stepanovich regarding spoliation motion and hearing and related issues. |
| 42618 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 4/28/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Conference with P. Savad, J. Churgin and J. Stepanovich regarding spoliation motion and hearing and related issues. |
| 42644 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 5/5/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review spoliation pre-motion conference transcript. |
| 42772 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 5/14/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Prepare an outline of the spoliation memo of law. |
| 42773 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 5/14/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Conduct research in support of the spoliation memo of law. |
| 42774 | TIME | Donna Sobel | 1.25 | $375.00 | Hourly | $468.75 | 5/15/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to conduct research in support of the spoliation memo of law. |
| 42775 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 5/17/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to conduct research in support of the spoliation memo of law. |
| 42811 | TIME | Donna Sobel | 6.50 | $375.00 | Hourly | $2,437.50 | 5/18/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to conduct research in support of the spoliation memo of law; draft memo of law. |
| 42813 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 5/19/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Correspond with co-counsel and opposing counsel regarding timing of spoliaition motion. |

Savad Churgin
SUMMARY

| Transaction ID | Transaction Type | Timekeeper | Time Spent | Rate Value | Rate Type | Slip Value | Transaction Date | Billed on Invoice No. | Billed on Invoice Date | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42814 | TIME | Donna Sobel | 3.00 | $375.00 | Hourly | $1,125.00 | 5/19/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law. |
| 42816 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 5/20/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Correspond with opposing counsel and the Court regarding timing of spoliaition motion. |
| 42820 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 5/21/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law. |
| 42908 | TIME | Donna Sobel | 6.00 | $375.00 | Hourly | $2,250.00 | 5/26/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law; conduct research regarding the same. |
| 42910 | TIME | Donna Sobel | 2.75 | $375.00 | Hourly | $1,031.25 | 5/27/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law. |
| 42913 | TIME | Donna Sobel | 2.25 | $375.00 | Hourly | $843.75 | 5/28/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law; conduct research regarding the same. |
| 42914 | TIME | Donna Sobel | 4.25 | $375.00 | Hourly | $1,593.75 | 5/29/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law; incorporate research regarding the same. |
| 42915 | TIME | Donna Sobel | 3.75 | $375.00 | Hourly | $1,406.25 | 5/31/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law. |
| 42946 | TIME | Donna Sobel | 7.50 | $375.00 | Hourly | $2,812.50 | 6/1/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft spoliation memo of law; gather and review exhibits for same. |
| 42947 | TIME | Donna Sobel | 8.75 | $375.00 | Hourly | $3,281.25 | 6/2/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Draft Savad Dec in support of spoliation motion; revise memo of law; gather and review exhibits for same; draft notice of motion. |
| 42948 | TIME | Donna Sobel | 6.75 | $375.00 | Hourly | $2,531.25 | 6/3/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Revise and finalize spoliation memo of law, Savad Dec., exhibits for same and notice of motion; file and arrange for service of same. |
| 42952 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 6/4/2015 | G:21581 | 7/2/2015 | Tauber, M./Pomona.Rabbi.Colleg | Teleconference with J. Stepanovich regarding spoliation motion follow up and preparation for reply. |
| 43414 | TIME | Donna Sobel | 1.75 | $375.00 | Hourly | $656.25 | 7/8/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Review Defendants' spoliation opposition; prepare outline for spoliation reply |
| 43415 | TIME | Donna Sobel | 1.50 | $375.00 | Hourly | $562.50 | 7/8/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Conduct research for spoliation reply |
| 43416 | TIME | Donna Sobel | 4.50 | $375.00 | Hourly | $1,687.50 | 7/8/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Prepare memo of law for spoliation reply |
| 43417 | TIME | Donna Sobel | 5.75 | $375.00 | Hourly | $2,156.25 | 7/9/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to prepare memo of law for spoliation reply; review exhibits for same. |
| 43418 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 7/9/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Conduct research for spoliation reply. |
| 43419 | TIME | Donna Sobel | 0.75 | $375.00 | Hourly | $281.25 | 7/9/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Teleconference with J. Stepanovich regarding spoliation reply. |
| 43420 | TIME | Donna Sobel | 4.75 | $375.00 | Hourly | $1,781.25 | 7/10/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Continue to prepare memo of law for spoliation reply; review exhibits for same. |
| 43484 | TIME | Donna Sobel | 2.00 | $375.00 | Hourly | $750.00 | 7/14/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Revise memo of law for spoliation reply. |
| 43485 | TIME | Donna Sobel | 4.25 | $375.00 | Hourly | $1,593.75 | 7/15/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Revise and finalize memo of law for spoliation reply; find cites in support of same. |
| 43486 | TIME | Donna Sobel | 1.00 | $375.00 | Hourly | $375.00 | 7/15/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Teleconference with J. Stepanovich and R. Storzer regarding spoliation reply. |
| 43487 | TIME | Donna Sobel | 1.25 | $375.00 | Hourly | $468.75 | 7/15/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | Prepare Savad Dec. and exhibits for spoliation reply. |
| 43488 | TIME | Donna Sobel | 0.25 | $375.00 | Hourly | $93.75 | 7/15/2015 | G:21620 | 7/30/2015 | Tauber, M./Pomona.Rabbi.Colleg | File and arrange for service of courtesy copy of spoliation reply. |
| TOTAL | | | 113.50 | | | $42,562.50 | | | | | |

| Transaction ID | Transaction Type | Type | Price | Slip Value | Transaction Date | Billed on Invoice No. | Billed on Invoice Date | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|
| 42613 | EXP | Disbursement | $99.90 | $99.90 | 4/30/2015 | G:21521 | 5/28/2015 | Tauber, M./Pomona.Rabbi.Colleg | Sue Ghorayeb - Transcript |
| TOTAL | | | | $99.90 | | | | | |

**TOTAL FOR PROFESSIONAL SERVICES AND DISBURSEMENTS FOR SAVAD CHURGIN** $43,974.90