# Exhibit B-1

| 10/20/2015 | | SAVAD CHURGIN | | | |
| --- | --- | --- | --- | --- | --- |
| 11:11 AM | | Slip Listing | | | Page    1 |

## Selection Criteria

| | |
| --- | --- |
| Slip.Classification | Open |
| Clie.Selection | Include: Tauber, M./Pomona.Rabbi.Colleg |
| Slip.Transaction Dat | 4/23/2015 - 4/27/2015 |
| User.Selection | Include: Paul Savad |

Rate Info - identifies rate source and level

| Slip ID | | | User | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 42597 | TIME | | Paul Savad | 1.50 | 375.00 | 562.50 |
| 4/23/2015 | | 4/27/2015 | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Review documents re Spoliation application to Court. Team Meeting, etc. | | | | 0.00 | | |
| 42598 | TIME | | Paul Savad | 2.00 | 375.00 | 750.00 |
| 4/27/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Federal Court Appearance re Spoliation. | | | | 0.00 | | |

| Grand Total | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Billable | 3.50 | | 1312.50 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 3.50 | | 1312.50 |