# Exhibit B-2

| 10/20/2015 | | SAVAD CHURGIN | | | |
|---|---|---|---|---|---|
| 11:14 AM | | Slip Listing | | Page | 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Tauber, M./Pomona.Rabbi.Colleg |
| Slip.Transaction Dat | 3/18/2015 - 7/15/2015 |
| User.Selection | Include: Donna Sobel |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

# REDACTED

| 42185<br>3/18/2015<br>Billed       G:21432<br>Review on-line postings regarding Pomona election<br>and related Pomona issues. | TIME<br><br>4/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 0.50<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 187.50 |

# REDACTED

| 42187<br>3/19/2015<br>Billed       G:21432<br>Review on-line postings regarding Pomona election<br>and related Pomona issues; confer with J.<br>Stepanovich and R. Storzer regarding the same;<br>correspond with opposing counsel regarding the<br>same. | TIME<br><br>4/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 1.00<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 375.00 |

# REDACTED

| 10/20/2015 | SAVAD CHURGIN | | | |
|---|---|---|---|---|
| 11:14 AM | Slip Listing | | Page | 2 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

# REDACTED

| 10/20/2015 | | SAVAD CHURGIN | | | |
|---|---|---|---|---|---|
| 11:14 AM | | Slip Listing | | | Page    3 |

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 42237 | TIME | Donna Sobel | 0.75 | 375.00 | 281.25 |
| 3/24/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Review discovery demands and responses regarding social media. | | | 0.00 | | |

# REDACTED

| 42241 | TIME | Donna Sobel | 0.50 | 375.00 | 187.50 |
| 3/25/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Review discovery demands and responses regarding social media. | | | 0.00 | | |

# REDACTED

| 42243 | TIME | Donna Sobel | 2.25 | 375.00 | 843.75 |
| 3/25/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Draft letter to Court regarding spoliation. | | | 0.00 | | |

| 42244 | TIME | Donna Sobel | 0.50 | 375.00 | 187.50 |
| 3/25/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Correspond with opposing counsel regarding missing ESI production; review response. | | | 0.00 | | |

| 10/20/2015 | | SAVAD CHURGIN | | | |
|---|---|---|---|---|---|
| 11:14 AM | | Slip Listing | | | Page    4 |

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 42245 | TIME | Donna Sobel | 0.50 | 375.00 | 187.50 |
| 3/25/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Confer with J. Stepanovich regarding missing ESI production. | | | 0.00 | | |

# REDACTED

| 42247 | TIME | Donna Sobel | 3.25 | 375.00 | 1218.75 |
|---|---|---|---|---|---|
| 3/25/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Conduct research regarding spoliation of evidence and of social media postings. | | | 0.00 | | |

# REDACTED

| 42251 | TIME | Donna Sobel | 1.50 | 375.00 | 562.50 |
|---|---|---|---|---|---|
| 3/26/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21432 | 4/2/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Revise, finalize and file letter to Court regarding spoliation; identify exhibits for same. | | | 0.00 | | |

# REDACTED

| 10/20/2015 | SAVAD CHURGIN | | |
|---|---|---|---|
| 11:14 AM | Slip Listing | | Page    5 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

# REDACTED

| 10/20/2015 | SAVAD CHURGIN | | | |
|---|---|---|---|---|
| 11:14 AM | Slip Listing | | Page | 6 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

# REDACTED

| 10/20/2015 | SAVAD CHURGIN | |
|---|---|---|
| 11:14 AM | Slip Listing | Page    7 |

| Slip ID | User | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

# REDACTED

| 42474 | TIME | | Donna Sobel | 1.00 | 375.00 | 375.00 |
| 4/13/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Confer with J. Stepanovich regarding spoliation motion and hearing. | | | | 0.00 | | |

# REDACTED

```
10/20/2015                          SAVAD CHURGIN
11:14 AM                             Slip Listing                              Page      8
```

| Slip ID | | | User | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 42485 | TIME | | Donna Sobel | 2.00 | 375.00 | 750.00 |
| 4/15/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Review spoliation facts; prepare notes and exhibits for hearing reagrding the same. | | | | 0.00 | | |
| 42486 | TIME | | Donna Sobel | 2.50 | 375.00 | 937.50 |
| 4/16/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Continue to review spoliation facts; prepare notes and exhibits for hearing regarding the same. | | | | 0.00 | | |

# REDACTED

| 42493 | TIME | | Donna Sobel | 0.75 | 375.00 | 281.25 |
| --- | --- | --- | --- | --- | --- | --- |
| 4/17/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Review spoliation facts; prepare notes and exhibits for hearing regarding the same. | | | | 0.00 | | |
| 42494 | TIME | | Donna Sobel | 1.50 | 375.00 | 562.50 |
| 4/19/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Review spoliation facts; prepare notes and exhibits for hearing regarding the same. | | | | 0.00 | | |

# REDACTED

| 42515 | TIME | | Donna Sobel | 4.25 | 375.00 | 1593.75 |
| --- | --- | --- | --- | --- | --- | --- |
| 4/20/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21479 | 4/30/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Review spoliation facts; prepare notes and exhibits for hearing regarding the same. | | | | 0.00 | | |

| 10/20/2015 11:14 AM | | SAVAD CHURGIN Slip Listing | | | Page 9 |
|---|---|---|---|---|---|
| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |

**REDACTED**

| 42518 4/21/2015 Billed | TIME G:21479 | Donna Sobel As Follows: 4/30/2015 Tauber, M./Pomona.Ra | 3.25 0.00 0.00 | 375.00 C@1 | 1218.75 |
|---|---|---|---|---|---|
| Prepare notes and exhibits for spoliation hearing. | | | 0.00 | | |

**REDACTED**

| 42521 4/22/2015 Billed | TIME G:21479 | Donna Sobel As Follows: 4/30/2015 Tauber, M./Pomona.Ra | 0.75 0.00 0.00 | 375.00 C@1 | 281.25 |
|---|---|---|---|---|---|
| Continue to prepare notes and exhibits for spoliation hearing. | | | 0.00 | | |

**REDACTED**

| 10/20/2015 11:13 AM | | SAVAD CHURGIN Slip Listing | | | Page 10 |
|---|---|---|---|---|---|
| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |

**REDACTED**

| 42616 4/28/2015 Billed | TIME G:21521 | Donna Sobel As Follows: 5/28/2015 Tauber, M./Pomona.Ra | 0.50 0.00 0.00 0.00 | 375.00 C@1 | 187.50 |

Teleconference with J. Stepanovich regarding spoliation motion and hearing and related issues.

**REDACTED**

| 42618 4/28/2015 Billed | TIME G:21521 | Donna Sobel As Follows: 5/28/2015 Tauber, M./Pomona.Ra | 0.25 0.00 0.00 0.00 | 375.00 C@1 | 93.75 |

Conference with P. Savad, J. Churgin and J. Stepanovich regarding spoliation motion and hearing and related issues.

**REDACTED**

SAVAD CHURGIN  
Slip Listing

| Slip ID | User | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

**REDACTED**

| 42644 | TIME | Donna Sobel | 0.25 | 375.00 | 93.75 |
| 5/5/2015 | | As Follows: | 0.00 | C@1 | |
| Billed | G:21521 | 5/28/2015 Tauber, M./Pomona.Ra | 0.00 | | |
| Review spoliation pre-motion conference transcript. | | 0.00 | | |

**REDACTED**

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

**REDACTED**

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

# REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2015 | | SAVAD CHURGIN | | | |
| 11:14 AM | | Slip Listing | | Page | 14 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 42772<br>5/14/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 0.75<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 281.25 |
| Prepare an outline of the spoliation memo of law. | | | | | | |
| 42773<br>5/14/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 0.75<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 281.25 |
| Conduct research in support of the spoliation memo of law. | | | | | | |
| 42774<br>5/15/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 1.25<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 468.75 |
| Continue to conduct research in support of the spoliation memo of law. | | | | | | |
| 42775<br>5/17/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 1.00<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 375.00 |
| Continue to conduct research in support of the spoliation memo of law. | | | | | | |

# REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| 42811<br>5/18/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 6.50<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 2437.50 |
| Continue to conduct research in support of the spoliation memo of law; draft memo of law. | | | | | | |

# REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| 42813<br>5/19/2015<br>Billed | TIME<br>G:21521 | 5/28/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 0.25<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 93.75 |
| Correspond with co-counsel and opposing counsel regarding timing of spoliaition motion. | | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 42814<br>5/19/2015<br>Billed<br>Draft spoliation memo of law. | TIME<br><br>G:21521 | Donna Sobel<br>As Follows:<br>5/28/2015 Tauber, M./Pomona.Ra | 3.00<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 1125.00 |

**REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 42816<br>5/20/2015<br>Billed<br>Correspond with opposing counsel and the Court<br>regarding timing of spoliaition motion. | TIME<br><br>G:21521 | Donna Sobel<br>As Follows:<br>5/28/2015 Tauber, M./Pomona.Ra | 0.25<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 93.75 |

**REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 42820<br>5/21/2015<br>Billed<br>Draft spoliation memo of law. | TIME<br><br>G:21521 | Donna Sobel<br>As Follows:<br>5/28/2015 Tauber, M./Pomona.Ra | 1.00<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 375.00 |

**REDACTED**

| 10/20/2015 | | SAVAD CHURGIN | | | |
|---|---|---|---|---|---|
| 11:14 AM | | Slip Listing | | | Page 16 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

# REDACTED

| 42908 | TIME | | Donna Sobel | 6.00 | 375.00 | 2250.00 |
|---|---|---|---|---|---|---|
| 5/26/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21581 | 7/2/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Draft spoliation memo of law; conduct research regarding the same. | | | | 0.00 | | |

| 42910 | TIME | | Donna Sobel | 2.75 | 375.00 | 1031.25 |
|---|---|---|---|---|---|---|
| 5/27/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21581 | 7/2/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Draft spoliation memo of law. | | | | 0.00 | | |

# REDACTED

| 42913 | TIME | | Donna Sobel | 2.25 | 375.00 | 843.75 |
|---|---|---|---|---|---|---|
| 5/28/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21581 | 7/2/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Draft spoliation memo of law; conduct research regarding the same. | | | | 0.00 | | |

| 42914 | TIME | | Donna Sobel | 4.25 | 375.00 | 1593.75 |
|---|---|---|---|---|---|---|
| 5/29/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21581 | 7/2/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Draft spoliation memo of law; incorporate research regarding the same. | | | | 0.00 | | |

| 42915 | TIME | | Donna Sobel | 3.75 | 375.00 | 1406.25 |
|---|---|---|---|---|---|---|
| 5/31/2015 | | | As Follows: | 0.00 | C@1 | |
| Billed | G:21581 | 7/2/2015 | Tauber, M./Pomona.Ra | 0.00 | | |
| Draft spoliation memo of law. | | | | 0.00 | | |

| 10/20/2015 | | SAVAD CHURGIN | | | |
| --- | --- | --- | --- | --- | --- |
| 11:14 AM | | Slip Listing | | Page | 17 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| 42946<br>6/1/2015<br>Billed    G:21581<br>Draft spoliation memo of law; gather and review exhibits for same. | | TIME<br><br>7/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 7.50<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 2812.50 |
| 42947<br>6/2/2015<br>Billed    G:21581<br>Draft Savad Dec in support of spoliation motion; revise memo of law; gather and review exhibits for same; draft notice of motion. | | TIME<br><br>7/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 8.75<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 3281.25 |
| 42948<br>6/3/2015<br>Billed    G:21581<br>Revise and finalize spoliation memo of law, Savad Dec., exhibits for same and notice of motion; file and arrange for service of same. | | TIME<br><br>7/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 6.75<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 2531.25 |
| 42952<br>6/4/2015<br>Billed    G:21581<br>Teleconference with J. Stepanovich regarding spoliation motion follow up and preparation for reply. | | TIME<br><br>7/2/2015 | Donna Sobel<br>As Follows:<br>Tauber, M./Pomona.Ra | 0.25<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 93.75 |

# REDACTED