# Exhibit B-3

| 10/20/2015 | SAVAD CHURGIN | |
|---|---|---|
| 11:10 AM | Slip Listing | Page    1 |

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Tauber, M./Pomona.Rabbi.Colleg |
| Slip.Transaction Dat | 4/30/2015 - 4/30/2015 |
| User.Selection | Include: Assistant |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 42613<br>4/30/2015<br>Billed<br>Sue Ghorayeb - Transcript | EXP<br><br>G:21521 | <br><br>5/28/2015 | Assistant<br>$Disbursement<br>Tauber, M./Pomona.Ra | 1 | 99.90 | 99.90 |
| Grand Total | | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 99.90<br>0.00<br>99.90 |