# Exhibit C

Storzer and Greene, P.L.L.C.
SUMMARY

| Transaction ID | Transaction Type | Timekeeper Nickname 1 | Time Spent | Rate Value | Rate Type | Transaction Date | Activity Nickname 1 | Slip Value | Billing Status | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2182 | TIME | RPS | 0:40:41 | $375.00 | Hourly | 3/19/2015 | Conference | $254.27 | Billable | RC | Phone conference w/D. Sobel & J. Stepanovich re: further discovery of Louie/Yagel social media posts |
| 2381 | TIME | RPS | 0:33:18 | $375.00 | Hourly | 4/26/2015 | Preparation | $208.13 | Billable | RC | Preparation for discovery hearing 4/27/15 |
| 2386 | TIME | RPS | 1:30:00 | $375.00 | Hourly | 4/26/2015 | Travel | $562.50 | Billable | RC | Travel to NY for court hearing (billed at 1/2-time) |
| * 2391 | TIME | RPS | 4:20:00 | $375.00 | Hourly | 4/27/2015 | Court | $1,625.00 | Billable | RC | Court Appearance for spoliation motion; **REDACTED** travel to/from White Plains |
| 2393 | TIME | RPS | 1:30:00 | $375.00 | Hourly | 4/27/2015 | Travel | $562.50 | Billable | RC | Return from NY (billed at 1/2-time) |
| 2688 | TIME | RPS | 2:26:41 | $375.00 | Hourly | 6/1/2015 | Draft Documents | $916.77 | Billable | RC | Review/edit spoliation motion |
| 2696 | TIME | RPS | 0:45:34 | $375.00 | Hourly | 6/2/2015 | Draft Documents | $284.79 | Billable | RC | Review/edit spoliation motion |
| 2701 | TIME | RPS | 0:17:46 | $375.00 | Hourly | 6/2/2015 | Phone other | $111.04 | Billable | RC | Phone conference w/D. Sobel re: spoliation motion edits |
| 2714 | TIME | RPS | 0:21:24 | $375.00 | Hourly | 6/3/2015 | Draft Documents | $133.75 | Billable | RC | Draft spoliation motion |
| 3001 | TIME | RPS | 2:12:02 | $375.00 | Hourly | 7/13/2015 | Draft Documents | $825.21 | Billable | RC | Draft reply brief ISO spoliation motion |
| 3016 | TIME | RPS | 0:08:51 | $375.00 | Hourly | 7/14/2015 | Draft Documents | $55.31 | Billable | RC | Edit spoliation reply brief |
| 3021 | TIME | RPS | 0:49:30 | $375.00 | Hourly | 7/15/2015 | Phone other | $309.38 | Billable | RC | Phone conference w/D. Sobel & J. Stepanovich re: spoliation motion, MSJ |

**SUBTOTAL FOR PROFESSIONAL SERVICES**      15.5964                                                $5,848.65

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| * 2391 | Although 4.20 hours are listed on 4/27/15, we are only seeking fees for 2.87 hours because 1.33 of the hours listed was not related to the spoliation motion | | (1.33) | | | | | ($498.75) | | | |

**TOTAL FOR PROFESSIONAL SERVICES**      14.2664                                                $5,349.90

**DISBURSEMENTS**

| Transaction ID | Transaction Type | Timekeeper Nickname 1 | | | | Transaction Date | Activity Nickname 1 | Slip Value | Billing Status | Client Nickname 1 | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2256 | EXP | RPS | | | | 4/28/2015 | Travel | $176.00 | Billable | RC | Amtrak Ticket |
| 2257 | EXP | RPS | | | | 4/26/2015 | Travel | $151.00 | Billable | RC | Amtrak Ticket |
| 2258 | EXP | RPS | | | | 4/26/2015 | Travel | $190.80 | Billable | RC | Hotel Room |
| 2260 | EXP | RPS | | | | 4/27/2015 | Travel | $8.75 | Billable | RC | Train Ticket |
| 2261 | EXP | RPS | | | | 4/27/2015 | Travel | $15.00 | Billable | RC | Train Ticket |

**TOTAL FOR DISBURSEMENTS**                                                $541.55

**TOTAL FOR PROFESSIONAL SERVICES AND DISBURSEMENTS FOR STORZER AND GREEN, P.L.L.C.**      $5,891.45