# Exhibit C-1

| 10/16/2015 | Storzer & Greene, P.L.L.C. | |
|---|---|---|
| 12:18 PM | User-Defined Slip Listing | Page 1 |

### Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: RC |
| Slip.Transaction Dat | 3/18/2015 - 7/15/2015 |
| Acti.Selection | Include: Advise; Amendment; Client Dvlp; Closing; Conference; Correspondence; Court; Court Cost; Delivery; Depo. Cost; Deposition; Discovery Preparation; Document Review; Draft Documents; Fax; FedEx; Hearing; International Long Distance; Interview; Invest. Srvc; Lease; Legal Research; Meeting; Opinion; Other; Pacer; Phone Opp Atty; Phone client; Phone other; Photocopies; Postage; Prep Pleadings; Preparation; Publish Fee; Research; Review; Service Fee; Transcript; Travel; Travel; Westlaw |

| Slip ID<br>Date<br>Status<br>Description (first line) | | Timekeeper<br>Activity<br>Client<br>Reference | Hrs / Rate<br>Qty / Price | Rate Type<br>Slip Value |
|---|---|---|---|---|
| 2182<br>3/19/2015<br>Billable | TIME | RPS<br>Conference<br>RC | 0.68 / $375.00 | Hourly<br>$254.27 |
| Phone conference w/D. Sobel & J. Stepanovich re: further discovery of Louie/Yagel social media posts | | | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
|---|---|---|---|
| 12:18 PM | User-Defined Slip Listing | | Page        2 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

**REDACTED**

10/16/2015  Storzer & Greene, P.L.L.C.
12:18 PM  User-Defined Slip Listing  Page   3

| Slip ID | | Timekeeper | Hrs / Rate | Rate Type |
| Date | | Activity | Qty / Price | Slip Value |
| Status | | Client | | |
| Description (first line) | | Reference | | |

**REDACTED**

| Slip ID / Date / Status / Description | Timekeeper / Activity / Client / Reference | Hrs / Rate Qty / Price | Slip Value |
|---|---|---|---|
| 2256<br>4/28/2015<br>Billable<br>Amtrak Ticket | EXP<br><br>RPS<br>Travel<br>RC | $1 / $176.00 | $176.00 |
| 2257<br>4/26/2015<br>Billable<br>Amtrak Ticket | EXP<br><br>RPS<br>Travel<br>RC | $1 / $151.00 | $151.00 |
| 2258<br>4/26/2015<br>Billable<br>Hotel Room | EXP<br><br>RPS<br>Travel<br>RC | $1 / $190.80 | $190.80 |
| 2260<br>4/27/2015<br>Billable<br>Train Ticket | EXP<br><br>RPS<br>Travel<br>RC | $1 / $8.75 | $8.75 |
| 2261<br>4/27/2015<br>Billable<br>Train Ticket | EXP<br><br>RPS<br>Travel<br>RC | $1 / $15.00 | $15.00 |

**REDACTED**

10/16/2015        Storzer & Greene, P.L.L.C.        Page     4
12:18 PM        User-Defined Slip Listing

Slip ID        Timekeeper    Hrs / Rate    Rate Type
  Date        Activity       Qty / Price    Slip Value
  Status        Client
  Description (first line)        Reference

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
|---|---|---|---|
| 12:18 PM | User-Defined Slip Listing | Page | 5 |

| Slip ID | | Timekeeper | Hrs / Rate | Rate Type |
| Date | | Activity | Qty / Price | Slip Value |
| Status | | Client | | |
| Description (first line) | | Reference | | |

**REDACTED**

| 2381 | TIME | RPS | 0.56 / $375.00 | Hourly |
| 4/26/2015 | | Preparation | | $208.13 |
| Billable | | RC | | |
| Preparation for discovery hearing 4/27/15 | | | | |

**REDACTED**

Storzer & Greene, P.L.L.C.
User-Defined Slip Listing

Page    6

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

| 2386 | TIME | RPS | 1.50 / $375.00 | Hourly |
| 4/26/2015 | | Travel | | $562.50 |
| Billable | | RC | | |
| Travel to NY for court hearing (billed at 1/2-time) | | | | |

| 2391 | TIME | RPS | 4.33 / $375.00 | Hourly |
| 4/27/2015 | | Court | | $1,625.00 |
| Billable | | RC | | |
| Court Appearance for spoliation motion; | | | | |

travel to/from White Plains

| 2393 | TIME | RPS | 1.50 / $375.00 | Hourly |
| 4/27/2015 | | Travel | | $562.50 |
| Billable | | RC | | |
| Return from NY (billed at 1/2-time) | | | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | | Page 7 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
|---|---|---|---|
| 12:18 PM | User-Defined Slip Listing | | Page    8 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | | |
| 12:18 PM | User-Defined Slip Listing | | Page | 9 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type | |
| Date | Activity | Qty / Price | Slip Value | |
| Status | Client | | | |
| Description (first line) | Reference | | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | | Page  10 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

10/16/2015                         Storzer & Greene, P.L.L.C.
12:18 PM                           User-Defined Slip Listing                              Page    11

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

| | | | | |
|---|---|---|---|---|
| 2688 | TIME | RPS | 2.44 / $375.00 | Hourly |
| 6/1/2015 | | Draft Docum | | $916.77 |
| Billable | | RC | | |
| Review/edit spoliation motion | | | | |
| 2696 | TIME | RPS | 0.76 / $375.00 | Hourly |
| 6/2/2015 | | Draft Docum | | $284.79 |
| Billable | | RC | | |
| Review/edit spoliation motion | | | | |
| 2701 | TIME | RPS | 0.30 / $375.00 | Hourly |
| 6/2/2015 | | Phone other | | $111.04 |
| Billable | | RC | | |
| Phone conference w/D. Sobel re: spoliation motion edits | | | | |
| 2714 | TIME | RPS | 0.36 / $375.00 | Hourly |
| 6/3/2015 | | Draft Docum | | $133.75 |
| Billable | | RC | | |
| Draft spoliation motion | | | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | | Page 12 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | Page | 13 |

Slip ID  Timekeeper  Hrs / Rate  Rate Type
  Date  Activity  Qty / Price  Slip Value
  Status  Client
  Description (first line)  Reference

# REDACTED

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | | Page 14 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

**REDACTED**

| 10/16/2015 | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | User-Defined Slip Listing | | Page 15 |

| Slip ID | Timekeeper | Hrs / Rate | Rate Type |
| Date | Activity | Qty / Price | Slip Value |
| Status | Client | | |
| Description (first line) | Reference | | |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 10/16/2015 | | Storzer & Greene, P.L.L.C. | | |
| 12:18 PM | | User-Defined Slip Listing | | Page    16 |

| Slip ID | | Timekeeper | Hrs / Rate | Rate Type |
|---|---|---|---|---|
| Date | | Activity | Qty / Price | Slip Value |
| Status | | Client | | |
| Description (first line) | | Reference | | |

# REDACTED

| | | | | |
|---|---|---|---|---|
| 3001 | TIME | RPS | 2.20 / $375.00 | Hourly |
| 7/13/2015 | | Draft Docum | | $825.21 |
| Billable | | RC | | |
| Draft reply brief ISO spoliation motion | | | | |
| | | | | |
| 3016 | TIME | RPS | 0.15 / $375.00 | Hourly |
| 7/14/2015 | | Draft Docum | | $55.31 |
| Billable | | RC | | |
| Edit spoliation reply brief | | | | |
| | | | | |
| 3021 | TIME | RPS | 0.83 / $375.00 | Hourly |
| 7/15/2015 | | Phone other | | $309.38 |
| Billable | | RC | | |
| Phone conference w/D. Sobel & J. Stepanovich re: spoliation motion, MSJ | | | | |

# REDACTED