# Exhibit D

Stepanovich Law, PLC
SUMMARY

| Date | Description | Time | Rate | Extended Amount |
|---|---|---|---|---|
| 3/19/2015 | T/Call w/DS and RPS re:editing Statement of Facts | 2.00 | $ 375.00 | $ 750.00 |
| 4/13/2015 | Confer w/ DS and RPS re: spoliation and hearing | 1.00 | $ 375.00 | $ 375.00 |
| 4/14/2015 | Review spoliation facts | 1.75 | $ 375.00 | $ 656.25 |
| 4/14/2015 | TC w/ DS and RPS re: Defendants SJ and spoliation | 2.00 | $ 375.00 | $ 750.00 |
| 4/16/2015 | TC w/ DS and RPS re:Defendants SJ and spoliation and reply | 1.50 | $ 375.00 | $ 562.50 |
| 4/27/2015 | Travel to NY for spoliation hearing | 4.00 | $ 187.50 | $ 750.00 |
| 4/27/2015 | Attend spoliation Hearing; prepare for same; meet w/ PS and RPS | 5.00 | $ 375.00 | $ 1,875.00 |
| 4/27/2015 | Travel back to VA | 4.00 | $ 187.50 | $ 750.00 |
| 5/7/2015 | EM"s w/ DS and RPS and research on sanctions | 1.25 | $ 350.00 | $ 437.50 |
| 5/15/2015 | Work on Spoliation issue | 1.50 | $ 350.00 | $ 525.00 |
| 6/2/2015 | Review and revise spoliation brief | 3.50 | $ 375.00 | $ 1,312.50 |
| 6/3/2015 | More edits to spoliation brief | 2.25 | $ 375.00 | $ 843.75 |
| 6/4/2015 | T/C w/ DS re: spoliation prep | 0.25 | $ 375.00 | $ 93.75 |
| 7/9/2015 | Review and revise Reply on Spoliation | 2.50 | $ 375.00 | $ 937.50 |
| 7/9/2015 | T/C w/ DS re: Spoliation Reply | 0.75 | $ 375.00 | $ 281.25 |
| 7/9/2015 | More review and edits to Reply | 3.75 | $ 375.00 | $ 1,406.25 |
| 7/14/2015 | Review RPS edits to Spoliation and revise same | 2.50 | $ 375.00 | $ 937.50 |
| 7/15/2015 | T/C w/ RPS and DS re:Spoliation Reply | 1.00 | $ 375.00 | $ 375.00 |
| 7/15/2015 | Review and make final edits to Spoliation Reply | 1.50 | $ 375.00 | $ 562.50 |

**TOTAL FOR PROFESSIONAL SERVICES**   42.00   $ 14,181.25

**DISBURSEMENTS**

*04/20/15 US AIRWAYS* **$1,050.20**
*US AIRWAYS*
*NORFOLK INTERNATIO NEW YORK LA GUARDI ZW K*
*Ticket Number: 0372399747188 Date of Departure: 04/27*
*PassengerName: STEPANOVICH*

*04/27/15 NORFOLK AIRPORT AUTHNORFOLK VA* **$24.00**

*04/27/15 CENTER RACEWAY RESTAYONKERS NY* **$10.51**

*04/28/15 DOLLAR RAC-LA GUARDIFLUSHING NY* **$114.40**
*Rental: LAGUARDIA AIRPORT NY 15/04/27*
*Return: LAGUARDIA AIRPORT NY 15/04/27*

**TOTAL FOR DISBURSEMENTS**   $ 1,199.11

**TOTAL FOR PROFESSIONAL SERVICES AND DISBURSEMENTS FOR STEPANOVICH LAW, PLC**   $ 15,380.36