# Exhibit D-1

# STEPANOVICH LAW, PLC

# Invoice

**516 Baylor Court**
**Suite D**
**Chesapeake, Virginia 23320**
**(757)-410-9696**

| Date | Invoice # |
|---|---|
| 4/29/2015 | 201506 |

Bill To

Mr. Michael Tauber
P.O. Box 304
Monsey, NY  10952

| | Terms |
|---|---|
| | |

| Date | Description | Time | Rate | Extended Amount |
|---|---|---|---|---|
| | **REDACTED** | | | |
| 3/19/2015 | T/Call w/ DS and RPS re:editing Statement of Facts | 2 | 375.00 | 750.00 |
| | **REDACTED** | | | |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 4/29/2015 | 201506 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY  10952 |

|  | Terms |
|--|-------|
|  |  |

| Date | | Description | Time | Rate | Extended Amount |
|------|--|-------------|------|------|-----------------|

# REDACTED

# REDACTED

Page 2

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 5/15/2015 | 201507 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY  10952 |

| Terms |
|-------|
|  |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| | **REDACTED** | | | |
| 4/13/2015 | Confer w/ DS and RPS re: spoliation and hearing | 1 | 375.00 | 375.00 |
| 4/14/2015 | Review spoliation facts | 1.75 | 375.00 | 656.25 |
| 4/14/2015 | TC w/ DS and RPS re: Defendants SJ and spoliation | 2 | 375.00 | 750.00 |
| 4/16/2015 | TC w/ DS and RPS re:Defendants SJ and spoliation and reply | 1.5 | 375.00 | 562.50 |
| | **REDACTED** | | | |
| 4/27/2015 | Travel to NY for spoliation hearing | 4 | 187.50 | 750.00 |
| 4/27/2015 | Attend spoliation Hearing; prepare for same; meet w/ PS and RPS | 5 | 375.00 | 1,875.00 |
| 4/27/2015 | Travel back to VA | 4 | 187.50 | 750.00 |
| | **REDACTED** | | | |

| Total |  |
|-------|--|
| Payments/Credits |  |
| **Balance Due** |  |

Page 1

# STEPANOVICH LAW, PLC

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2015 | 201507 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY  10952 |

| | Terms |
|--|-------|
| | |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| | REDACTED | | REDACTED | |
| | April expenses | | | |
| | | | | REDACTED |

04/20/15 US AIRWAYS 800-428-4322 AZ $1,050.20
US AIRWAYS
NORFOLK INTERNATIO NEW YORK LA GUARDI ZW K
Ticket Number: 0372399747188 Date of Departure: 04/27
PassengerName: STEPANOVICH

04/27/15 NORFOLK AIRPORT AUTHNORFOLK VA $24.00
7578573306
Description Price
PARKING LOT/GARAGE $24.00

04/27/15 CENTER RACEWAY RESTAYONKERS NY $10.51

04/28/15 DOLLAR RAC-LA GUARDIFLUSHING NY $114.40
Location Date
Rental: LAGUARDIA AIRPORT NY 15/04/27
Return: LAGUARDIA AIRPORT NY 15/04/27

**REDACTED**

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 6/26/2015 | 201508 |

**Bill To**

Mr. Michael Tauber
P.O. Box 304
Monsey, NY  10952

| Terms |
|-------|
|  |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| | **REDACTED** | | | |
| 5/7/2015 | EM"s w/ DS and RPS and research on sanctions | 1.25 | 350.00 | 437.50 |
| | **REDACTED** | | | |

| Total | |
|-------|--|
| Payments/Credits | |
| **Balance Due** | |

Page 1

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 6/26/2015 | 201508 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY  10952 |



| | Terms |
|--|-------|
| | |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| | **REDACTED** | | | |
| 5/15/2015 | Work on Spoliation issue | 1.5 | 350.00 | 525.00 |
| | **REDACTED** | | | |
| | | | | **REDACTED** |

Page 2

**REDACTED**

Total: **REDACTED**

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 7/1/2015 | 201510 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY 10952 |

| Terms |
|-------|
|       |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| 6/2/2015 | Review and revise spoliation brief | 3.5 | 375.00 | 1,312.50 |
| 6/3/2015 | More edits to spoliation brief | 2.25 | 375.00 | 843.75 |
| 6/4/2015 | T/C w/ DS re: spoliation prep | 0.25 | 375.00 | 93.75 |

REDACTED

REDACTED

**REDACTED**

*Total:* **REDACTED**

# STEPANOVICH LAW, PLC

# Invoice

516 Baylor Court
Suite D
Chesapeake, Virginia 23320
(757)-410-9696

| Date | Invoice # |
|------|-----------|
| 8/3/2015 | 201513 |

| Bill To |
|---------|
| Mr. Michael Tauber<br>P.O. Box 304<br>Monsey, NY  10952 |

| | Terms |
|--|-------|
| | |

| Date | Description | Time | Rate | Extended Amount |
|------|-------------|------|------|-----------------|
| | **REDACTED** | | | |
| 7/9/2015 | Review and revise Reply on Spoliation | 2.5 | 375.00 | 937.50 |
| 7/9/2015 | T/C w/ DS re: Spoliation Reply | 0.75 | 375.00 | 281.25 |
| 7/9/2015 | More review and edits to Reply | 3.75 | 375.00 | 1,406.25 |
| 7/14/2015 | Review RPS edits to Spoliation and revise same | 2.5 | 375.00 | 937.50 |
| 7/15/2015 | T/C w/ RPS and DS re:Spoliation Reply | 1 | 375.00 | 375.00 |
| 7/15/2015 | Review and make final edits to Spoliation Reply | 1.5 | 375.00 | 562.50 |
| | **REDACTED** | | | |

**REDACTED**

*July 2015 expenses*

# REDACTED

*Total:*