# Exhibit G

LAW OFFICES OF

# PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

| | | |
|---|---|---|
| FAX: (845) 624-3821<br>e-mail: paul.savad1@verizon.net | NANUET, NEW YORK 10954<br><br>(845) 624-3820 | Catskills Office:<br>32 Diamond Road<br>Ellenville, New York 12428 |

November 30, 2006

Reply to: Nanuet

Mr. Chaim Babad
1531 57th Street
Brooklyn, New York

Re:   Congregation Rabbinical College of Tartikov, Inc. v. Village of Pomona

Dear Mr. Babad:

New York State requires every attorney to have a signed retainer agreement for legal fees and to make disclosures to you which are in the Fee Policy Memorandum enclosed.

This letter will serve to confirm that you previously retained us during May of 2004, to represent the Congregation in connection with the above matter, and related matters arising therefrom.

This letter will also serve as an agreement between us, pursuant to which you will pay a legal fees of $375 per hour for my services, $350 per hour for senior associates, and $300 per hour for junior associates.

You shall be billed more or less each month and\or after the occurrence of an event or proceeding which has required an intensive amount of our time.

Invoices shall be paid when you receive them. Our final invoice shall be paid contemporaneously with the completion of our services, or just prior thereto, at our request.

If this case requires preparation for trial and a trial, then you will have to pay an additional pre-trial deposit - retainer in advance of the trial preparation in addition to paying outstanding invoices on a weekly basis during the trial and post trial services period.

Please sign and return one copy of this letter, along with a check in the amount of $1,500 in the enclosed envelope.

Sincerely,

*[signature: Paul Savad]*

PAUL SAVAD
PS/mv
CC:    Michael Tauber

AGREED & ACCEPTED:

_____
CHAIM BABAD