# Exhibit J

Marci A. Hamilton, Esq.
36 Timber Knoll Drive
Washington Crossing, PA 18977
(215) 353-8984
(215) 493-1094 (facsimile)
hamilton02@aol.com

July 23, 2007

Mayor Nicholas Sanderson
Village of Pomona
100 Ladentown Road
Pomona, NY 10970

RE: Retainer agreement/<u>Congregation Rabbinical College of Tartikov et al. v. Village of Pomona, et al.</u>, No. 07-Civ. 6304

Dear Mayor Sanderson:

Thank you for asking me to represent the Village of Pomona in the abovementioned case with respect to constitutional issues and the Religious Land Use and Institutionalized Persons Act (RLUIPA). Please sign below to indicate your agreement to the terms of this retainer agreement.

The Village of Pomona agrees to provide a $14,000.00 retainer fee upon execution of this document, and an hourly rate of $700.00. The first 20 hours of representation will be applied against the retainer. All fees reflect only new work done by me personally for the Village of Pomona. The Village agrees to pay fees on a monthly basis.

The Village agrees to retain experienced and highly regarded trial counsel specifically for purposes of this litigation in addition to village counsel, Doris Ulman. I will work closely with both trial counsel and Ms. Ulman.

I retain the right of first refusal to draft briefing and provide oral argument on issues relating to the Constitution and RLUIPA throughout the litigation. It is expressly agreed that I will be the lead attorney for all briefing and oral arguments arising out of this litigation before the United States Court of Appeals or the United States Supreme Court.

I look forward to working with you.

Sincerely,

*[signature]*

_____

Nicholas Sanderson          July 25th 2007