**Pre-Trial Order Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONGREGATION RABBINICAL COLLEGE          :
OF TARTIKOV, INC., et. al.,              :
                                         :
                                         :      CIVIL NO. 07:CV 6304 (KMK)
          Plaintiffs,                    :
                                         :
V.                                       :
                                         :
                                         :
VILLAGE OF POMONA, NY, et. al.,          :
                                         :
                                         :
          Defendants.                    :

**PLAINTIFFS' *PRELIMINARY* PROPOSED EXHIBIT LIST**
**PER JOINT PRE-TRIAL ORDERS AND F.R.C.P.§ 26(a)(3)**

Plaintiffs respectfully submit the following list of tentative proposed trial exhibits to be included in the parties Joint Pre-Trial Order.

At this time, Plaintiffs do not claim that all exhibits identified herein are admissible as full exhibits.  These documents are being listed so as to comply with the Court's Trial Management Order rules are and subject to modification, amendment or addition at any time prior to filing of the parties' Joint Trial Management Report.  Plaintiffs expressly reserve the right to supplement this list prior to filing of the Joint Pre-Trial Order.

2

Plaintiffs further reserve the right to use other exhibits not identified herein for rebuttal and/or impeachment purposes.

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1 | 8/5/2004 | RC 2806 | 8 | Certificate of Incorporation Congregation Rabbinical College of Tartikov | | | ** |
| 2 | 1/9/2008 | | D 4 | Letter from Dr. Bernard Fryshman to Michael Tauber | | | ** |
| 3 | | RC 1810 | 340 | Culture Clash article | | | * |
| 4 | 1/14/2007 | | 691 | E-mail from M. Castelluccio to Tina Frawley | | | |
| 5 | 5/4/2008 | Cook 2 | 29 | Journal letter to editor "Paying the lawyers is worth it in Pomona" by Mel Cook | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 6 | 7/24/2007 | | 30 | Journal letter to editor "Rabbinical college plans stirs questions" by Mel Cook | | | * |
| 7 | 6/8/2009 | LSAN11 | 348 | E-mail from Leslie Sanderson to Carole Novick | | | * |
| 8 | 5/15/2011 | LSAN6 | 354 | E-mail from Leslie Sanderson to Emily Orletti re: Airmont zoning case | | | * |
| 9 | 5/7/2007 | POM 21335 | 352 | E-mail from Leslie Sanderson to Carole Novick re: horse farm | | | |
| 10 | 8/16/2006 | POM 17173 | 351 | E-mail from Leslie Sanderson re: surveyors | | | ** |
| 11 | 5/10/2007 | POM 21332 | 353 | E-mail from Leslie Sanderson to Carole Novick re: horse farm | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 12 | 10/23/2005 | RC 1618 | 247 | News Article Published by New York Times re: Patrick Farm | | | * |
| 13 | 4/2/2007 | POM 17094 | 284 | E-mail from Brett Yagel re: Civic Association Meeting | | | ** |
| 14 | 7/12/2007 | POM 16954 | 69 | E-mail from Bob Prol re: Jewish blogs | | | * |
| 15 | 7/11/2007 | POM 16957 | 300 | E-mail from Rjlouie to Bob Prol re: support | | | *<br>(Louie only) |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 16 | 3/17/2007 | POM 16974 | 270 | E-mail from Rjlouie re: mass e-mail | | | * (Louie only) |
| 17 | | POM 20042 | 305 | Letter from Rita Louie and Brett Yagel to Journal News re: Pomona Rabbinical College | | | * |
| 18 | 1/20/2010 | POM 21286 | 303 | E-mail from Spook Rock to Rjlouie re: meeting with Fran Hutter | | | * (Louie only) |
| 19 | | | P 149 | Unsigned e-mail to Rita Louie | | | |
| 20 | 7/11/2007 | POM 16958 | 68 | E-mail from Bob Prol re: support | | | |

6

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 21 | | PROL 19 | P 59 | Defeat RLUIPA Update | | | * |
| 22 | | PROL 7 | 682 | Correspondence from M. Castelluccio re: Form letters to download at preserveramapo.org | | | |
| 23 | | PROL1 | 496 | Correspondence from Bob Prol re: RLUIPA | | | * |
| 24 | 3/26/2007 | POM 13270 | | Letter from Paul Savad to Doris Ulman | | | ** |
| 25 | 4/23/2007 | POM 16304 | | Village of Pomona Board of Trustees Meeting Minutes | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 26 | 7/24/2007 | POM 16919 | | E-mail from John McDowell regarding grant for municipalities | | | |
| 27 | 7/20/2007 | POM 16922 | | E-mail from Nick Sanderson regarding agenda | | | |
| 28 | 7/23/2007 | POM 16923 | | Board of Trustees Meeting Agenda | | | * |
| 29 | 7/23/2007 | POM 16924 | | E-mail from Nick Sanderson regarding agenda | | | |
| 30 | 7/23/2007 | POM 16925 | | Board of Trustees Agenda | | | * |
| 31 | 7/23/2007 | POM 16926 | | Board of Trustees Agenda | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 32 | 9/21/2007 | POM 16933 | | E-mail from Nick Sanderson regarding agendas | | | |
| 33 | 9/24/2007 | POM 16934 | | Board of Trustees Agenda | | | * |
| 34 | 8/13/2007 | POM 16944 | P 524 | E-mail from Nick Sanderson re: Tartikov project | | | *  (Sanderson Only) |
| 35 | 4/19/2007 | POM 17039 | 808 | E-mail from Malverne to N.Sanderson re: minutes | | | |
| 36 | 4/11/2007 | POM 17084 | | E-mail from Nick Sanderson to Malverne Toll regarding proposed minutes | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 37 | 3/28/2007 | POM 17095 | 497 | E-mail from Nock Sanderson to John McDowell re: wetlands | | | ** (Sanderson only) |
| 38 | 3/26/2007 | POM 17101 | 482 | E-mail from Nick Sanderson to Mel Cook re 3/21 letter | | | ** |
| 39 | 12/15/2006 | POM 17143 | | E-mail from Herb Marshall  re: agenda | | | |
| 40 | 12/7/2006 | POM 17145 | | E-mail from Leslie Sanderson to Nick Sanderson regarding public hearing | | | |
| 41 | | POM 20036 | 489 | Sanderson, Yagel and Louie Election Material | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 42 |  | POM 20045 | 487 | Sanderson, Yagel and Louie Election Material |  |  | ** |
| 43 | 4/11/2007 | POM 20390 | 536 | E-mail from N. Sanderson re: Tentative Budget |  |  | * |
| 44 |  | POM 20516 | 275 | Candidates' blurbs for election N. Sanderson; R. Louie and B. Yagel |  |  |  |
| 45 |  | POM 21311 | 159 | Pomona Village Campaign Flyer posting for Sanderson, Yagel and Louie |  |  | ** |
| 46 | 11/8/2005 | POM 21327 | 479 | E-mail from Mvilson re 5 hours to go |  |  |  |
| 47 | 8/3/2007 | POM 21331 | 488 | E-mail from Brett Yagel to N. Sanderson |  |  | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 48 | 3/18/2007 | POM 33090 | 492 | Village of Pomona Vote Rally Announcement | | | |
| 49 | 5/16/2007 | POM 33142 | 355 | E-mail from Leslie Sanderson to Nick Sanderson re: things said | | | |
| 50 | 11/4/2005 | POM 33277 | 465 | E-mail from N. Sanderson to Brett Yagel re: committee to protect shuls and yeshivas in Ramapo | | | ** (Sanderson only) |
| 51 | 5/21/2007 | POM 33330 | 518 | E-mail from N. Sanderson to Kurt Nordman re: meeting on the Rabbinical College | | | * |
| 52 | 5/16/2007 | POM 33333 | 516 | E-mail from Judi Newman to N. Sanderson re: meeting on May 21st | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 53 | 5/11/2007 | POM 33335 | 34 | E-mail from N. Sanderson to M. Cook re: fromMel Cook | | | * |
| 54 | 6/15/2007 | POM 33389 | 35 | E-mail from M. Cook to N. Sanderson | | | * |
| 55 | 5/30/2007 | POM 33403 | 809 | E-mail from N. Sanderson to Malverne Toll re: open minutes | | | |
| 56 | 5/11/2007 | POM 33424 | 285 | E-mail from Rjlouie to N. Sanderson re: SWPPP | | | * |
| 57 | 2/15/2005 | POM 36112 | 468 | Letter from Paul Savad & Assoc to Scott Shedler | | | ** |
| 58 | 2/12/2007 | POM 8592 | 505 | Village of Pomona Adoption of RLUIPA resolution | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 59 | 7/3/2007 | RC 42 | 485 | Letter from Village of Pomona to Paul Savad & Associates | | | * |
| 60 | 3/16/2007 | RC 9 | 539 | Journal News Article Pomona candidates respond to endorsements | | | |
| 61 | 4/12/2007 | | 499 | Village of Pomona Board of Trustees Special Meeting | | | ** |
| 62 | 1/14/2008 | | | Affidavit of Laura Kramer in Opposition to Motion to Dismiss | | | |
| 63 | 2/22/1999 | | P 111 | Village Board Minutes | | | ** |
| 64 | 3/20/2007 | POM  20039 | 152 | Village Board election flyer | | | ** |

14

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 65 | 1/9/2007 | POM 13255 | 470 | Letter from Michael Castelluccio to Preserve Ramapo e-mail list | | | ** |
| 66 | 7/15/2007 | POM 16953 | P 137 | E-mail from Brett Yagel re: Tartikov suit | | | * (Yagel only) |
| 67 | | POM 20314 | 155 | Candidate Questions and Answers | | | |
| 68 | 8/11/2003 | POM 20330 | | E-mail from Brett Yagel to Nick Sanderson re: Village elections | | | |
| 69 | 1/11/2007 | POM 21307 | 185 | E-mail from Brett Yagel to M. Castelluccio re: Camp Dora property | | | * |
| 70 | 8/3/2007 | POM 33298 | 188 | E-mail from Brett and Lynn Yagel re: from the yeshivaworld.com | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 71 | 12/11/2006 | POM 37692 | | Proposed Wetlands Law | | | ** |
| 72 | 5/10/2013 | Spoliation letter Ex. G | | Text messages between Rita Louie and Brett Yagel | | | * |
| 73 | 6/23/2003 | POM 1222 | 114 | Local Law No. 1-2003 | | | ** |
| 74 | 4/28/2003 | POM 1415 | 113 | Village of Pomona Board of Trustees Meeting | | | * |
| 75 | 1/22/2007 | POM 16277 | 412 | Village of Pomona Board of Trustees Meeting Summary of motions | | | ** |
| 76 | 2/26/2007 | POM 16295 | | Board of Trustees Meeting Minutes | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 77 | 12/5/2006 | POM 17146 | | Public Hearing Notice regarding Dormitory Law | | | ** |
| 78 | 12/5/2006 | POM 17147 | | Public Hearing Notice re Houses of Worship | | | ** |
| 79 | 11/24/2006 | POM 17148 | | E-mail from Herb Marshall enclosing agenda | | | ** |
| 80 | 11/27/2006 | POM 17149 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 81 | 11/14/2006 | POM 17152 | | E-mail from Herb Marshall to Nicholas Sanderson regarding data storage | | | * |
| 82 | 11/10/2006 | POM 17153 | | E-mail from Herb Marshall regarding agenda | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 83 | 11/13/2006 | POM 17154 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 84 | 11/6/2006 | POM 17155 | | E-mail from Nick Sanderson to Malverne Toll re: minutes | | | |
| 85 | 10/30/2006 | POM 17157 | | Board of Trustees Meeting Agenda | | | ** |
| 86 | 10/13/2006 | POM 17158 | | E-mail from Herb Marshall re: agenda | | | ** |
| 87 | 10/16/2006 | POM 17159 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 88 | 9/27/2006 | POM 17162 | | E-mail from Leslie Sanderson to Nick Sanderson re: RLUIPA case against Suffern | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 89 | 9/25/2006 | POM 17166 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 90 | 9/11/2006 | POM 17170 | | Board of Trustees Meeting Agenda | | | ** |
| 91 | 8/14/2006 | POM 17175 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 92 | 7/24/2006 | POM 17184 | | Pomona Board Meeting Agenda | | | ** |
| 93 | | | | Intentionally Left Blank | | | |
| 94 | 12/12/2002 | POM 18969 | P 110 | Statement by Mayor Marshall re Ladentown | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 95 | 6/27/2005 | POM 27740 | | Village of Pomona Joint Board Meeting Workshop | | | ** |
| 96 | 9/27/2004 | POM 665 | | Village of Pomona Board of Trustees Agenda | | | ** |
| 97 | 10/27/2003 | POM 965 | | Village of Pomona Board of Trustees Agenda | | | * |
| 98 | 2/12/2007 | RC 1047 | 504 | Village of Pomona Board of Trustees Meeting | | | ** |
| 99 | 5/29/2007 | RC 1382 | | Village of Pomona Board of Trustees Agenda | | | |
| 100 | 4/1/2008 | RC 68 | | Village Green Newsletter | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 101 | 6/22/2007 | POM 11625 | 484 | Letter from Paul Savad & Assoc to Scott Shedler | | | * |
| 102 | 5/9/2007 | POM 11670 | | Letter from Doris Ulman to Paul Savad | | | * |
| 103 | 2/15/2005 | POM 11723 | 384 | Village of Pomona Board of Trustees Meeting  Minutes | | | ** |
| 104 | January, 2002 | POM 11820 | | Village Green Newsletter | | | ** |
| 105 | 12/18/2006 | POM 11933 | | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 106 | 4/25/2007 | POM 11945 | 483 | Letter from Paul Savad & Assoc to Mayor and Trustees | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 107 | 10/22/2001 | POM 13014 | | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 108 | 10/20/1997 | POM 13145 | | Board of Trustees Minutes | | | ** |
| 109 | Jul-04 | POM 13281 | P 112 | Village Green Newsletter | | | ** |
| 110 | 4-Mar | POM 13365 | | The Village Green Newsletter | | | ** |
| 111 | 1/24/2000 | POM 14125 | 459 | Frederick P. Clark Associates Memo to Mayor Herbert Marshall re Proposed Primary School | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 112 | 1/25/1999 | POM 14402 | 411 | Village of Pomona Board of Trustees Meeting | | | ** |
| 113 | 5-Oct | POM 15785 | | The Village Green Newsletter | | | ** |
| 114 | 18-Dec | POM 16211 | 98 | Village Board Meeting Minutes | | | ** |
| 115 | 11/27/2006 | POM 16252 | | Pomona Board of Trustees Meeting Minutes | | | ** |
| 116 | 3/6/2007 | POM 16308 | | Draft Wetlands Protection Law | | | ** |
| 117 | 2/12/2007 | POM 17120 | 119 | E-mail from Herb Marshall re: agenda | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 118 | 12/16/2006 | POM 17141 | | E-mail from Herb Marshall re: agenda | | | ** |
| 119 | 12/18/2006 | POM 17142 | 388 | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 120 | 7/10/2006 | POM 17188 | | Village of Pomona Board of Trustees Meeting Agenda | | | ** |
| 121 | 9/25/2006 | POM 19147 | | Village of Pomona Board of Trustees Minutes | | | ** |
| 122 | 5/12/2009 | POM 19303 | | E-mail from John McDowell re: camphill citizens association | | | |
| 123 | 12/11/2006 | POM 20051 | | Draft Wetlands Protection Law | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 124 | 5/21/2002 | POM 2019 | 371 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 125 | 5/20/1996 | POM 2983 | 409 | Board Meeting Minutes | | | ** |
| 126 | 1/26/2004 | POM 3 | | Board Meeting Minutes | | | ** |
| 127 | | POM 36717 | 186 | Letter to Senator Charles Schumer | | | |
| 128 | 9/7/2004 | POM 427 | | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 129 | 1/24/2001 | POM 4287 | 314 | Local Law Filing Local Law No. 1 of 2001 | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 130 | 1/14/2000 | POM 4314 | 201 | Memo to Village of Pomona Planning Board from Frederick P. Clark Assoc. | | | ** |
| 131 | 9/27/2004 | POM 432 | 207 | Village of Pomona Board of Trustees Meeting  Minutes | | | ** |
| 132 | 6/8/2001 | POM 4694 | | Planning Board Meeting Minutes | | | ** |
| 133 | 8/15/2001 | POM 4709 | | Planning Baord Agenda | | | ** |
| 134 | 4/29/2003 | POM 5690 | | Mayor Marshall Statements re Ramapo Comp Plan | | | * |
| 135 | 8/29/2007 | POM 7310 | | Pomona Litigation Hold Notice | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 136 | | Ramapo Code § 376-1215 (L) | | Ramapo ASH Law | | | * |
| 137 | 1/22/2007 | RC 1065 | 118 | Public Hearing on: Local Law Amendment: Dormitories and Local Law Amendment: Wetlands | | | |
| 138 | 2/12/2007 | RC 1174 | | Workshop Meeting of the Planning Board of the Village of Pomona | | | ** |
| 139 | 6/16/2004 | RC 1616 | | Journal News Article re: Adult student homes approved in Ramapo | | | * |
| 140 | 12/11/2014 | Spoliation motion Ex. 35 | | E-mail from John Peloso regarding documents requested at Doris Ulman's deposition | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 141 | 7/1/1997 | | 313 | Village of Pomona Master Plan Update Adopted by the Village Board of Trustees 10/20/1997 | | | ** |
| 142 | 12/15/1999 | | 316 | Village of Pomona Planning Board Agenda | | | ** |
| 143 | 4/21/2000 | | 331 | Memo to Vilage Planning Board re:site plan | | | |
| 144 | 5/5/2006 | | 800 | Doris Ulman addendum to 30(b)(6) | | | ** |
| 145 | 1/22/2013 | | | Defendants' Answer to Second Amended Complaint | | | ** |
| 146 | 4/21/2014 | | | Defendants' Responses to Plaintiffs' Requests for Admission | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 147 | 12/11/2013 | | | Defendants' Amended Responses to Certain of Plaintiffs' Second Set of Interrogatories | | | ** |
| 148 | 11/15/2007 | | | Second Amended Complaint | | | |
| 149 | 5/20/2009 | | | Court transcript USDC Southern District of NY Judge Kenneth M. Karas | | | |
| 150 | | | | Village of Pomona Code (not included on disk) | | | **<br>(subject to seeing proposed disk) |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 151 | 7-Jan | | 325 | Local Law Filing (Local Law No. 1 of 2007) | | | ** |
| 152 | 5/21/2007 | | 811 | Invitation for Rabbinical College of Tartikov meeting at Comfort Inn | | | ** |
| 153 | | | | Docket No. 224- Def. MOL in support of Reconsideration | | | |
| 154 | | | | Highest Dorm Room Coverage_ All Colleges and Universities | | | |
| 155 | 5/27/2004 | POM 25124 | | Airmont Ramapo Petition | | | |
| 156 | 10/6/2004 | | | Chestnut Ridge Ramapo Petition | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 157 | 1/12/2007 | RC 1634 | | Journal News article Pomona to get Rabbinical college plan | | | *<br><br>(as to article only; not comments) |
| 158 | 1/23/2007 | RC 1649 | 205 | lo-hud article Pomona residents come out to voice opposition to rabbinical college plan | | | * |
| 159 | 2/1/2007 | RC 1656 | 258 | lo-hud.com article Pomona Rabbinical College not a Natural progression | | | * |
| 160 | 2/1/2007 | RC 1657 | | Journal News article Hostility palpable at Pomona meeting | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 161 | 5/8/2007 | RC 1694 | 27 | Journal News letters to editor | | | * |
| 162 | 5/24/2007 | RC 1719 | | lo-hud.com article Ramapo gets plans for a school, dormitories on Camp Hill Road | | | * (as to article only; not comments) |
| 163 | 6/7/2007 | RC 1729 | | Journal News article Sure Signs of Sewer System Problems | | | * |
| 164 | 7/2/2007 | RC 1736 | 63 | lohud.com article Rabbinical College should prepare for a fight in Pomona | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity <br><br> ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 165 | 7/11/2007 | RC 1750 | | Lo-hud.com article Tartikov sues Pomona over plan for rabbinical college | | | * <br> (as to article only; not comments) |
| 166 | 7/31/2007 | RC 1776 | 74 | lohud.com article re: Rabbinical college asserts tax exception sues Ramapo | | | * |
| 167 | 8/4/2007 | RC 1787 | P 75 | LoHud article and comments- Paying the Lawyers in Pomona is Worth It | | | * <br> (as to article only; not comments) |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 168 | | RC 410 | | Journal News Article re: Robert Rhodes looks at Ramapo housing | | | * |
| 169 | 1/20/2007 | RC 4137 | 195 | NY Times article written by Peter Appelbome | | | * |
| 170 | 7/15/2005 | RC 554 | | The Jewish Week article re: Whiff of Foul Air in Airmont | | | * |
| 171 | 1/6/2005 | RC 589 | | Village Hall Meeting announcement re Mayor Frankl | | | |
| 172 | 4/28/2006 | RC 606 | | lo-hud.com article Why is Terry Rice still Suffern Village Attorney? | | | |
| 173 | 10/4/2006 | RC 609 | | lo-hud.com article East Ramapo Central School District | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 174 | 2/7/2007 | RC 614 | | lo-hud.com article Rabbinical College-Village of Pomona you failed in 1st round | | | |
| 175 | 2/11/2007 | RC 632 | | lo-hud.com article North Rockland Pomona Rabbinical College | | | |
| 176 | 4/9/2007 | RC 635 | | lo-hud.com article Questions for Tartikov reps | | | |
| 177 | 5/11/2007 | RC 640 | 64 | lohud.com article Tartikov reps to visit with Edit Board | | | |
| 178 | 11/6/2007 | RC 688 | | lo-hud.com article We Lost.....UNREAL! | | | |
| 179 | 9/17/2007 | RC 699 | | lo-hud.com article Want to See What Rockland Will Look Like in Ten Years? | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 180 | 8/28/2007 | RC 7 | 490 | Print-out of March, 2007 Election Material | | | ** |
| 181 | 10/16/2007 | RC 709 | | Lohud.com Want to See What Rockland Will Look Like in 10 Years | | | |
| 182 | 6/23/2008 | RC 731 | | lo-hud.com article Comments for Hasidic woman's booking "insensitive" | | | |
| 183 | 6/23/2008 | RC 748 | | lo-hud.com article Comments for Hasidic woman's booking "insensitive" | | | |
| 184 | 6/28/2008 | RC 854 | | lo-hud.com article Comments for Hasidic woman's booking "insensitive" | | | |
| 185 | 6/21/2008 | RC 859 | | lo-hud.com article Comments for Hasidic woman's booking "insensitive" | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 186 | 11/7/2007 | RC 923 | | lo-hud.com article Fast forward Ramapo 10 years | | | |
| 187 | 5/2/2006 | RC 929 | | lo-hud.com article Tartikov reps to visit with Edit Board | | | |
| 188 | 4/24/2008 | RC 934 | 495 | lo-hud.com article written by Nancy Cutler re Pomona's Budget | | | |
| 189 | 1/20/2008 | RC 942 | | lo-hud.com article Ramapo houses spared in yeshiva plan | | | * <br><br>(as to article only; not comments) |
| 190 | | Beall Report, p.11 | | Regulatory Guidance Letter No. 08-02 Subject: JurisdictionalDeterminations. | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 191 | | Beall Report, p.13 | | Westchester County Soil and Water Conservation District Model Ordinance for Wetland Protection, Sections 5.4.1 and 5.4.2 -- **PART 11A** | | | ** |
| 192 | | Beall Report, p.13 | | Westchester County Soil and Water Conservation District Model Ordinance for Wetland Protection, Sections 5.4.1 and 5.4.2 -- **PART 11B** | | | ** |
| 193 | | Beall Report, p.18 | | US Army Corps of Engineers. 2008b. Clean Water Act Jurisdiction Following the U.S., Supreme Court's Decision in Rapanos v. United States & Carabell v. United States. December 2, 2008 | | | * |
| 194 | | Beall Report, p.27 | | Article 24 of the NYS Environmental Conservation Law- Freshwater Wetlands Act | | | ** |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 195 | | Beall Report, p.29 | | Stormwater Management Guidance Manual for Local Officials | | | * |
| 196 | | Beall Report, p.41 | | New York State Stormwater Management Design Manual (August 2010).pdf | | | * |
| 197 | | Beall Rebuttal at 5 | | U.S Census Geographic Terms and Concepts - Urban and Rural | | | * |
| 198 | | Beall Report at 10, 12, 18, 34, 35, 36, 37, 38, 39, 54, 82; Beall Rebuttal Report at 11; Beall Declaration ¶¶ 126, 140, 144, 186 | | NYCRR Provisions: 73A Use and Protection of Waters | | | * |
| 199 | | " | | NYCRR Provisions: 73B SEQRA | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 200 | | " | | NYCRR Provisions: 73C Freshwater Wetlands Permit Requirements | | | |
| 201 | | Beall Report at 6, 15, 25, 37, 55; Beall Rebuttal at 2 | | CFR Provisions: 74A 33 CFR Part 320 | | | * |
| 202 | | " | | CFR Provisions: 74B 33 CFR Part 323 | | | * |
| 203 | | " | | CFR Provisions: 74C 33 CFR Part 328 | | | * |
| 204 | | Declaration Exhibit A | Beall Declaration | Beall Resume | | | |
| 205 | | Declaration Exhibit G | Beall Declaration | Desktop Review of Aquatic Resources within the Village of Pomona | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 206 | | Declaration Exhibit T | Beall Declaration | Wetlands Survey | | | |
| 207 | | Declaration Exhibit V | Beall Declaration | Mapping of NYSDEC MS4 overlain on Google Earth | | | |
| 208 | | Affidavit¶19, Ex. E | Beall Affidavit | Slopes -- Schapiro Property | | | |
| 209 | | Expert Report Aerial Photo 01 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 01 | | | |
| 210 | | Expert Report Aerial Photo 01 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 02 | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 211 | | Expert Report Aerial Photo 08 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 08 | | | |
| 212 | | Expert Report Aerial Photo 14 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 14 | | | |
| 213 | | Expert Report Aerial Photo 18 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 18 | | | |
| 214 | | Expert Report Aerial Photo 19 | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 19 | | | |
| 215 | | Expert Report Aerial Photo 35b | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 35b | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 216 | | Expert Report Aerial Photo 35c | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 35c | | | |
| 217 | | Expert Report Aerial Photo 36a | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 36a | | | |
| 218 | | Expert Report Aerial Photo 36b | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 36b | | | |
| 219 | | Expert Report Aerial Photo 37b | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 37b | | | |
| 220 | | Expert Report Aerial Photo 30a | Beall Expert Report; Beall Declaration Exhibit N | Aerial Photo 30a | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 221 | | Expert Report Map 1; Declaration Exhibit E | Beall Expert Report; Beall Declaration | Map 1: Impaired Waterbodies Map | | | |
| 222 | | Expert Report Map 10; Declaration Exhibit D | Beall Expert Report; Beall Declaration | Map 10: Current FEMA FIRM Floodplain Mapping in Village of Pomona | | | |
| 223 | | Expert Report Map 2 | Beall Expert Report | Map 2: NYSDEC Streams and Wetlands Map | | | |
| 224 | | Expert Report Map 3; Declaration Exhibit I | Beall Expert Report; Beall Declaration | Map 3: NWI Wetlands Map | | | |
| 225 | | Expert Report Map 4; Declaration Exhibit J | Beall Expert Report; Beall Declaration | Map 4: Soil Map | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 226 | | Expert Report Map 5; Declaration Exhibit K | Beall Expert Report; Beall Declaration | Map 5: Land Use Map (2012) | | | |
| 227 | | Expert Report Map 6; Declaration Exhibit L | Beall Expert Report; Beall Declaration | Map 6: Parcel Map with Aquatic Resource Overlay | | | |
| 228 | | Expert Report Map 7; Declaration Exhibit C | Beall Expert Report; Beall Declaration | Map 7: Parcel Map with Land Uses and Aquatic Resource Overlay | | | |
| 229 | | Expert Report Map 8; Declaration Exhibit M | Beall Expert Report; Beall Declaration | Map 8: Photo Location Map | | | |
| 230 | | Expert Report Map 9; Declaration Exhibit B | Beall Expert Report; Beall Declaration | Map 9: Parcels Regulated/Not Regulated by Village WPL 100' Adjacent Area | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 231 | | Rebuttal Attachment 2; Declaration Exhibit F | Beall Rebuttal Report; Beall Declaration | Local Regulation of Wetlands | | | |
| 232 | | Rebuttal Report Figure 1 (pg. 7); Declaration Exhibit U | Beall Rebuttal Report; Beall Declaration | US Census Bureau Map of Urbanized Areas and Urban Clusters: 2010 | | | |
| 233 | | Rebuttal Report Figure 2 (pg. 7); Declaration Exhibit U | Beall Rebuttal Report; Beall Declaration | Expansion of Figure 1 for the New York New Jersey Metropolitan Statistical Area | | | |
| 234 | | Rebuttal Report Figure 3 (pg. 8); Declaration Exhibit V | Beall Rebuttal Report; Beall Declaration | Mapping of NYSDEC MS4 overlain on Google Earth | | | |
| 235 | | Drake Declaration Paragraph 23 | Drake Declaration | Declaration College Photos | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 236 | | Drake Report Figure 1; Drake Declaration Figure 1 | Drake Report; Drake Declaration | Drake Report College Photos-Plans | | | |
| 237 | | Drake Report Figure 13 | Drake Report | Figure 13 -- Harvard Real Estate web site | | | |
| 238 | | Drake Report Figure 3; Drake Declaration Figure 4 (3d) | Drake Report; Drake Declaration | Figure 3 -- Pomona Jurisdictional Boundary | | | |
| 239 | | Drake Report Figure 4; Drake Declaration Figure 4 (2d) | Drake Report; Drake Declaration | Figure 4 -- Cul-de-sac pattern | | | |
| 240 | | Drake Report Figure 5 | Drake Report | Figure 5 -- Pomona view from 202 | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 241 | | Drake Report Figure 6 | Drake Report | Figure 6 -- Pomona cul-de-sac neighborhood | | | |
| 242 | | Drake Report Figure 7 | Drake Report | Figure 7 -- Pomona property | | | |
| 243 | | Fitzpatrick Decl. ¶ 107 & Exh. E | Fitzpatrick Decl. Exh. E | SEQR Environmental Impact Assessment in New York State | | | * |
| 244 | | Fitzpatrick Declaration Exhibit E | Fitzpatrick Declaratoin | Fitzpatrick Declaration Exhibit E -- SEQR - NYS Dept. of Environmental Conservation.pdf | | | |
| 245 | | Fitzpatrick Report at 10 | | NYS Highway Work Permits | | | * |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 246 | | Fitzpatrick Report at 27 | | SEQR | | | * |
| 247 | | Fitzpatrick Report at 9 | | NYS Highway Law, Art. 3 section 52 | | | * |
| 248 | | Fitzpatrick Report Exhibit A | Fitzpatrick Report | Exhibit A: C.V. | | | |
| 249 | | Fitzpatrick Report Exhibit B | Fitzpatrick Report | Exhibit B: Aerial View of Village | | | |
| 250 | | Fitzpatrick Report Exhibit C | Fitzpatrick Report | Exhibit C: Aerial View of Intersection | | | |
| 251 | | Fitzpatrick Report Exhibit D | Fitzpatrick Report | Exhibit D: LOS for At-Grade Intersections | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 252 | | Fitzpatrick Report Exhibit E | Fitzpatrick Report | Exhibit E: New York Highway Law Article 52 | | | * |
| 253 | | Fitzpatrick Report Exhibit F | Fitzpatrick Report | Exhibit F: Synchro 8 Light Report | | | |
| 254 | | Fitzpatrick Report Exhibit G | Fitzpatrick Report | Exhibit G: NYSDOT Safety Information Report | | | |
| 255 | | Fitzpatrick Report Table 1 | Fitzpatrick Report | Table 1: Trip Generation Rates and Volumes | | | |
| 256 | | Fitzpatrick Report Table 2 | Fitzpatrick Report | Table 2: Trip Generation Rate Comparison | | | |
| 257 | | | | Fitzpatrick Report Exhibit H | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 258 | 7/25/2014 | | 453 | NYSED Office of College and University Evaluation Approval and Registration | | | |
| 259 | 7/26/2014 | | 454 | NYSED Office of College and University Evaluation Approval and Registration | | | |
| 260 | | Resnicoff Report Attach. 1 | | Hebrew texts (and underlying resources) | | | |
| 261 | | Resnicoff Report Attach. 2 | | Proposed Rabbinical College of Tartikov Program Schedule | | | ** |
| 262 | | Weinstein Declaration Exhibit A | Weinstein Declaration | Exhibit A: C.V. | | | |
| 263 | | Weinstein Declaration Exhibit C | Weinstein Declaration | Exhibit C: NYS Theological Housing | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 264 | | Weinstein Declaration Exhibit D | Weinstein Declaration | Exhibit B: 100 Percent Housing | | | |
| 265 | | Weinstein Declaration Exhibit D | Weinstein Declaration | Exhibit D: Northeast Theological Housing | | | |
| 266 | | Weinstein Declaration Figure Paragraph 19 | Weinstein Declaration | Figure: Room Layouts | | | |
| 267 | 9/2/2007 | RC 665 | P 76 | New Hempstead United Blog | | | |
| 268 | | RC 5058 | | Nick Sanderson Election Video | | | |
| 269 | 4/23/2007 | RC 5061 | | Video of Pomona Board Meeting Video | | | |

| Ex. # | Date | Bates #/ Identifying Information | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 270 | 1/22/2007 | RC 5071 | | Video of Pomona Board Meeting Video | | | |
| | | | | All Affidavits submitted in this case | | | * |
| | | | | All deposition transcripts in this case | | | * |
| | | | | | | | |