UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CONGREGATION RABBINICAL COLLEGE OF TARTIKOV, INC., et. al., | : | |
| | : | |
| | : | CIVIL NO. 07:CV 6304 (KMK) |
| Plaintiffs, | : | |
| V. | : | |
| | : | |
| VILLAGE OF POMONA, NY, et. al., | : | |
| | : | |
| | : | APRIL 7, 2017 |
| Defendants. | : | |

**DEFENDANTS' PROPOSED EXHIBIT LIST**
**PER JOINT PRE-TRIAL ORDERS AND F.R.C.P.§ 26(a)(3)**

Defendants, Village of Pomona, NY, et al. ( "Pomona" or "Defendants"), through undersigned counsel, respectfully

submit the following list of proposed trial exhibits to be included in the parties Joint Pre-Trial Order.

At this time, Defendants do not claim that all exhibits identified herein are admissible as full exhibits.[1]  These

documents are being listed so as to comply with the Court's Trial Management Order rules are and subject to modification,

---

[1] By submitting this list and the accompanying exhibits, Defendants are in no way waiving their overarching relevancy objection as set forth in detail in Defendants' Motion in Limine to Exclude Legally Irrelevant Evidence (Dkt. No. 259) filed on March 31, 2017. Defendants' maintain their position that only the four local laws and the circumstances surrounding the enactment of those Local

amendment or addition at any time prior to filing of the parties' Joint Trial Management Report.  Defendants expressly reserve the right to supplement this list prior to filing of the Joint Pre-Trial Order.

Defendants further reserve the right to use other exhibits not identified herein for rebuttal and/or impeachment purposes.

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1000 | 07/xx/1997 adopted 10/20/1997 | POM0013088 - 0013144 | Pl. Ex.91 | Village of Pomona Master Plan Update | | | **[2] |

Laws are relevant and admissible.  Defendants submit this list and the accompanying exhibits to preserve their rights to mount a defense should the Court deny their motion.

[2] Because this is a preliminary exhibit list, Plaintiffs' indications as to objections other than authenticity are based on Plaintiffs' best guess as to the purpose for which the exhibit is being offered and which portion of the exhibit will be used. For documents for which Plaintiffs indicate that there is no objection on any ground, if it becomes evident at trial that the exhibit is being used for a purpose other than Plaintiffs' best guess, Plaintiffs reserve the right to object.  Similarly, for exhibits for which Plaintiffs have indicated that

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1001 | 08/06/2004 | RC_00002636 – 0002627 | Excerpt of Df. Ex. 10 | Resolutions of Board of Trustees and Members of Congregation Rabbinical College of Tartikov, Incorporated | | | ** |
| 1002 | | RC_0004129 | | Site Location of Rabbinical College of Tartikov by Saccardi & Schiff, Inc. | | | * |
| 1003 | | RC_0004130 | | Site Plan Layout of Location of Rabbinical College of Tartikov by Saccardi & Schiff, Inc. | | | * |

there is an objection (other than authenticity), Plaintiffs state that there might be a valid objection (such as relevancy) to some purpose or portion of the exhibit, but not for other purposes or portions.

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|-------|------|---------|--------------------|-------------|---------------|-----------|------------------------------------------------------------------------------------|
| 1004 | | | Df. Ex. 2 | Proposed Rabbinical College of Tartikov Program Schedule | | | ** |
| 1005 | 01/09/2007 | POM0013255 - 00013259 | Pl. Ex. 602 | Email with attachment from M. Castelluccio to preservamapo@optonline.net re: Re: Preserve Ramapo: Breaking News - Religious School with 4500 Residents Planned for Pomona | | | * |
| 1006 | | | Df. Ex. 12 | Color copy of Plans from www.preserveramapo.org | | | * |
| 1007 | | | Ulman Aff. Ex. 6 | Village Code § 130-2 | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1008 | 12/22/2003 | POM0005503 - 0005510 | | Rockland County Dep't of Planning General Municipal Law Review of Town of Ramapo Comprehensive Plan | | | ** |
| 1009 | | | Ulman Aff. Ex. 15 | New York State Village Law § 7-712(b) | | | ** |
| 1010 | | POM0014020 – 0014026 | Pl. Ex. 13  Ulman Aff. Ex. 1 | Local Law 1 of 2001 | | | ** |
| 1011 | | | Ulman Aff. Ex. 2 | Local Law 5 of 2004 | | | ** |
| 1012 | | | Ulman Aff. Ex. 3 | Local Law 1 of 2007 | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1013 | | | Ulman Aff. Ex. 4 | Local Law 5 of 2007 | | | ** |
| 1014 | 01/14/2000 | POM0004314 – 0004319 | Pl. Ex. 9 | Frederick P. Clark Memorandum to Village of Pomona Planning Board re: YSV – Pomona (Primary School and Pre-School) | | | ** |
| 1015 | 01/24/2000 | POM0014161 - 0014163 | Pl. Ex. 28 | Frederick P. Clark Memorandum to Mayor Herbert Marshall and Village of Pomona Board Trustees re: Proposed Primary School and Pre-School (YSV – Pomona) and the Village's Zoning and Regulations Regarding Schools | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1016 | 09/07/2004 | POM0000618 - 0000619 | Ulman Aff. Ex. 29 | Memorandum from D. Ulman to Mayor and Board of Trustee re: Proposed Amendment to Zoning Law in relation to Schools | | | ** |
| 1017 | | | Ulman Aff. Ex. 32 | Revised Code of Town of Ramapo Chapter 376 - Definition of Dormitory | | | ** |
| 1018 | | | Ulman Aff. Ex. 31 | Village of Chestnut Ridge Zoning Law Article XVIII- Word Usage – Definition of Dormitory | | | |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1019 | 05/19/2000 | POM0014128 - 0014136 | | Draft Memorandum from M. Healey, AICP (Frederick P. Clark) to Mayor Herbert Marshall and the Village of Pomona Board of Trustees Chairman Mel Cook and The Village of Pomona Planning Board | | | ** |
| 1020 | 08/09/2001 | POM0004581 - 0004582 | | Memorandum from M. Healey, AICP (Frederick P. Clark) to Village of Pomona Planning Board re: YSV Pomona | | | * |
| 1021 | 01/10/2008 | RC 141 – 142 | | Affidavit of Jacob Hershkowitz in Support of Opposition to Defendants' Motion to Dismiss | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1022 | 11/29/1999 | POM0004410 - 0004413 | Df. Ex. 102 | Narrative Summary, YSV Pomona by Leonard Jackson Associates | | | ** |
| 1023 | 12/15/1999 | POM0004680 - 0004693 | Pl. Ex. 10 | Village of Pomona Planning Board Agenda and Minutes | | | ** |
| 1024 | April 2002 | POM0017514 - 0017517 | | The Village Green Newsletter | | | ** |
| 1025 | 07/10/2000 | POMO015028 - 015036 | Pl. Ex. 12 | Facsimile with attached draft Memorandums  dated 7/5/2000 and 5/19/2000 from R. Ortenberg to H. Marshall | | | ** |
| 1026 | 08/15/2001 | POM0004709 - 0004731 | Pl. Ex. 14 | Village of Pomona Planning Board Agenda and Minutes | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity  ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1027 | 09/24/2001 | POM0004282 – 0004286 | Pl. Ex. 15 | Facsimile with attach Memorandum dated 09/22/01 from PJ Corless to Board of Trustees re: YSV Realty Subdivision Schedule | | | * |
| 1028 | 09/13/2001 | POM0004732 – 0004741 | Pl. Ex. 16 | Village of Pomona Planning Board Agenda and Minutes | | | ** |
| 1029 | 12/19/2001 | POM0004452 - 0004453 | Pl. Ex. 17 | State Environmental Quality Review Positive Declaration Notice of Intent to Prepare a Draft EIS Determination of Significance | | | * |
| 1030 | 11/20/2001 | POM0029541 – 0029553 | Pl. Ex. 18 | Village of Pomona Planning Board Agenda and Minutes | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|-------|------|---------|--------------------|-------------|---------------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1031 | 10/17/2001 | POM0004742 – 0004751 | Pl. Ex. 19 | Village of Pomona Planning Board Agenda and Minutes | | | * |
| 1032 | 06/20/2001 | POM0004414 – 0004416 | Pl. Ex. 20 | Letter with attachment from D. Zigler to Village of Pomona re Correct Narrative Summary of YSV Pomona project | | | ** |
| 1033 | 12/16/2004 | RC 267 | Pl. Ex. 21 | Affidavit of Rabbi Nosson Fromowitz | | | ** |
| 1034 | 02/23/2004 | POM0036121 | Pl. Ex. 22 | Letter from M. Metzger (YSV) to Scott Shedler re: Pomona | | | ** |
| 1035 | | | | Intentionally Left Blank | | | N/A |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1036 | 10/15/2001 | POM0017398 - 0017400 | Pl. Ex. 93 | Village of Pomona Corrected Workshop Meeting Minutes | | | ** |
| 1037 | 12/18/2000 | POMO016211 - 016219 | Pl. Ex. 98 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 1038 | 03/23/2004 | POM0036142 | Excerpt of Pl. Ex. 100 | Letter from M. Metzger (YSV) to H. Marshall | | | ** |
| 1039 | | | | Intentionally Left Blank | | | N/A |
| 1040 | | | | Intentionally Left Blank | | | N/A |
| 1041 | 12/18/2006 | POMO016258 – 016276 | Pl. Ex. 129 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1042 | 02/12/2007 | POMO016289 - 016294 | Pl. Ex. 204 and Pl. Ex. 221 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 1043 | 09/27/2004 | POM0000432 - 000437 | Pl. Ex. 207 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |
| 1044 | 05/29/1996 | POM0002978 – 0002980 | Pl. Ex. 226 | Village of Pomona Board of Trustees Minutes – Special Meeting – Public Hearing | | | * |
| 1045 | 06/15/2001 | POM0004417 – 0004418 | Pl. Ex. 318 | Memorandum from M. Healey (Frederick P. Clark) to Village of Pomona Planning Board re YSV Pomona review of "Concept Plan" | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1046 | 09/20/2001 | POM0004480 – 0004490 | Pl. Ex. 319 | Facsimile with attachment from M. Healey to H. Marshall attaching 09/07/2001 Memorandum re YSV Pomona – Residential Subdivision and Proposed School Development | | | * |
| 1047 | 01/15/2001 | | Pl. Ex. 333 | Memorandum from CEB to MAH re: Wetland Delineation and Soil & Erosion Comments for "The Park @ Pomona" | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1048 | 09/16/2008 | FPC 0672 – 0683 | Pl. Ex. 335 | Memorandum from M. Saadani of Frederick P. Clark to Village of Pomona Planning Board re Traffic Review of Mesfita Beth Shraga | | | ** |
| 1049 | 04/30/2003 | POM0005614 | Pl. Ex. 346 | Letter from L. Sanderson to Supervisor St. Lawrence and Town Council re opposition to downzoning of Patrick Farm property | | | ** |
| 1050 | 06/14/2004<br>06/28/2004 | POM0000401 – 0000411 | Pl. Ex. 466 | Village of Pomona Board of Trustees Meeting Minutes | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1051 | 06/22/2007 | POM0011625 - 0011626 | Pl. Ex. 484 | Letter from P. Savad to N. Sanderson  re Congregation Rabbinical College of Tartikov | | | ** |
| 1052 | 07/03/2007 | RC 42 | Pl. Ex. 485 | Letter from N. Sanderson to P. Savad | | | ** |
| 1053 | 01/23/2007 | POM0011931 - 0011932 | Pl. Ex. 364 | Letter from S. Corallo to Pomona Village Board re: General Municipal Law Review: Village of Pomona - (Wetland Protection) | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1054 | 09/24/2001 | POM0004270 – 0004281 | Pl. Ex. 380 | YSV Pomona Narrative Summary by Artzl, Scatassa & Zigler, Land Surveyors for the Village Board Meeting of September 24, 2001 with attached application | | | ** |
| 1055 | 06/08/2001 | POM0004694 – 0004708 | Pl. Ex. 382 | Facsimile with attachment M. Cook attaching Village of Pomona Planning Board Agenda dated June 20, 2001 | | | ** |
| 1056 | 08/05/2004 | RC_00002806 – 00002814 | Df. Ex. 8 | Rockland County Recording Certificate  Incorporation of Congregation Rabbinical College of Tartikov, Inc. | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1057 | 08/17/2004 | RC_00002023 - 00002028 | Gordon Aff. Ex. 19 | Rockland County Recording Certificate of Transfer of Deed and the Bargain and Sale Deed | | | ** |
| 1058 | 01/22/2007 | POMO016277 - 016279 | Pl. Ex. 412 | Village of Pomona Board of Trustee Meeting Minutes | | | |
| 1059 | 01/xx/2001 | POM0014137 - 0014140 | Pl. Ex. 521 | Mark Up Draft #2 of Local Law No.11-2000 | | | ** |
| 1060 | 01/03/2001 | POM0036811 - 0036816 | Pl. Ex. 522 | Facsimile with attachment from R. Ortenberg to H. Marshall attaching Mark Up Draft #3 of Local Law No. 11-2000 | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1061 | 01/09/2008 | RC 162 | Df. Ex. 4 | Letter from B. Fryshman, Association of Advanced Rabbinical and Talmudic Schools to M. Tauber | | | ** |
| 1062 | 05/14/2007 | RC 39 | Excerpt of Df. Ex.7 | Letter from D. Ulman to P. Savad | | | ** |
| 1063 | 05/10/2007 | | Excerpt of Df. Ex.7 | Letter to D. Ulman from P. Savad | | | ** |
| 1064 | 05/10/2007 | | Excerpt of Df. Ex.7 | Letter from P. Savad to D. Ulman | | | ** |
| 1065 | | | | Intentionally Left Blank | | | N/A |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1066 | 03/26/2007 | | Excerpt of Df. Ex.7 | Letter from P. Savad to D. Ulman | | | ** |
| 1067 | 08/17/2004 | RC_00002618 - 00002684 | Df. Ex. 10 | Closing Statement – Yeshiva of Spring Valley to Congregational Rabbinical College of Tartikov, Inc. | | | ** |
| 1068 | 02/14/2002 | POM0004668 | Df. Ex. 111 | Letter from D. Zigler to A. Lamer re: YSV Pomona - continuation of application | | | * |
| 1069 | | | | The Constitution of the State of New York Article IX(1) Local Governments | | | ** |
| 1070 | 05/09/2007 | RC 36 | | Letter from D. Ulman to P. Savad re: Review of applications | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1071 | 12/18/2006 | RC 72 -73 | | County of Rockland General Municipal Law Review: Village of Pomona – Dormitory Buildings | | | ** |
| 1072 | 01/18/2007 | POM0036196 – 0036201 | | Recorded Deed re: Property 620 Route 306 - Ramapo, Pomona (Book 2007 / Page 2599) | | | * |
| 1073 | 01/18/2006 | POM0036202 – 0036207 | | Recorded Deed re: Property 622 Route 306 – Ramapo, Pomona (Book 2007 / Page 2588) | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1074 | 01/18/2007 | POM0036208 – 0036212 | | Recorded Deed re: Property 672 Route 306 – Ramapo, Pomona (Book 2007 / Page 2572) | | | * |
| 1075 | 01/18/2007 | POM0036213 0036217 | | Recorded Deed re: Property 614 Route 306, Ramapo, Pomona (Book 2007 / Page 2614) | | | * |
| 1076 | 10/05/2006 | POM0036228 - 0036232 | | Recorded Deed re: Property 612 Route 306, Ramapo, Pomona (Book 2006 / Page 53231) | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1077 | 10/12/2006 | POM0036223 - 0036227 | | Recorded Deed re: Property 628/628A Route 306, Ramapo, Pomona (Book 2006 / Page 54447) | | | * |
| 1078 | 10/13/2006 | POM0036238 – 0036243 | | Recorded Deed re: Property 630 Route 306, Ramapo, Pomona (Book 2006 / 54586) | | | * |
| 1079 | | | | Intentionally Left Blank | | | N/A |
| 1080 | 01/22/2007 | POMO016379 - 016381 | | Local Law 2 of 2007 | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1081 | 03/06/2007 | POMO16308 - 016318 | | Memorandum with attachment from D. Ulman to Mayor and Board of Trustees Village of Pomona re: Wetlands Local Law | | | ** |
| 1082 | 08/17/1965 | POMO014668 - 014670 | | The Incorporation of the Village of Pomona | | | * |
| 1083 | 12/20/2006 | POMO016382 - 016383 | | County of Rockland re General Municipal Law Review: Village of Pomona – House of Worship | | | ** |
| 1084 | | | | Intentionally Left Blank | | | N/A |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1085 | 12/29/2003 | POMO016410 – 016411 | | Memorandum from I. Banks to Mayor Marshall & Members of the Board to Trustees re: Tree Law Revisions | | | * |
| 1086 | 05/14/1998 | POM0030355 – POM0030386 | | Memorandum with attachment from R. Ortenberg to H. Marshall and Board of Trustees Village of Pomona re: Proposed Local Law for the Regulation of Wetlands | | | ** |
| 1087 | 01/xx/1998 | POM0030387 – POM0030445 | | Model Ordinance for Wetland Protection – Westchester County Soil and Water Conservation District | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1088 | 04/xx/2009 | | | College and University Residence Hall Design Guideline | | | * |
| 1089 | 12/17/2002 | | | SUNY, University Wide Policies and Procedures, Minimum Living Standard (Document 3451) | | | * |
| 1090 | 2015 | | | New York State, Division of Local Government Services, Zoning and the Comprehensive Plan | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|-------|------|---------|--------------------|-------------|---------------|-----------|---------------------------------------------------|
| 1091 | 01/xx/1987 | | | US Army Corps of Engineers, Wetlands Delineation Manual, Wetlands Research Program Technical Report Y-87-1 (Online edition) | | | ** |
| 1092 | | | | New York State Environmental Conservation Law, Article 24, Section 24-0501 | | | |
| 1093 | | | | New Hempstead Code, Chapter 179, Wetlands Law | | | ** |
| 1094 | | | | Code of the Village of Wesley Hills, Chapter 221, Wetlands Law | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity   ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1095 | | | | Town of Clarkstown, Town Code Section 290-3, Definition of Dormitory | | | |
| 1096 | | | | Stony Point Town General Code, Section 215-5, Definition of Dormitory | | | ** |
| 1097 | | | | Code of the Village of Wesley Hills, Section 230-5 and 230-26 Laws re: Dormitory | | | ** |
| 1098 | | | | Town of Clarkstown, Town Code Section 290-3, Definition of School | | | |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|-------|------|---------|--------------------|-------------|---------------|-----------|----------------|
| 1099 | | | | Town of Haverstraw, Town Code, Section 167-3, Definition of Schools | | | ** |
| 1100 | | | | New Hempstead Code, Section 285-3, Definition of School | | | ** |
| 1101 | | | | Code of the Village of Wesley Hills, Section 230-5, Definition of School | | | |
| 1102 | | | | Local Law 1 of 2003 | | | ** |
| 1103 | | | | Local Law 2 of 2003 | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1104 | | | | Local Law 3 of 2003 | | | * |
| 1105 | | | | Local Law 4 of 2003 | | | * |
| 1106 | | | | Local Law 5 of 2003 | | | * |
| 1107 | | | | Local Law 6 of 2003 | | | * |
| 1108 | 09/xx/2003 | POM0013598 | | Local Law 7 of 2003 | | | * |
| 1109 | 10/31/2003 | POM0013650 – POM0013656 | | Local Law 8 of 2003 | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1110 | 11/25/2003 | POM0011906 – POM0011910 | | Local Law 9 of 2003 | | | * |
| 1111 | 02/27/2004 | POMO016813- POMO016815 | | Local Law 1 of 2004 | | | * |
| 1112 | | | | Local Law 2 of 2004 | | | * |
| 1113 | | | | Local Law 3 of 2004 | | | * |
| 1114 | 09/15/2004 | POM0011911- POM0011916 | | Local Law 4 of 2004 | | | * |
| 1115 | 09/27/2004 | POM0011714 – POM0011717 | | Local Law 6 of 2004 | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|-------|------|---------|--------------------|-------------|---------------|-----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1116 | | POMO016837-POMO06838 | | Local Law 7 of 2004 | | | * |
| 1117 | | | | Local Law 8 of 2004 | | | * |
| 1118 | | POM0013690-POM0013692 | | Local Law 1 of 2005 | | | * |
| 1119 | | | | Local Law 2 of 2005 | | | * |
| 1120 | 08/15/2005 | POM0012138 – POM0012141 | | Local Law 3 of 2005 | | | * |
| 1121 | | | | Local Law 4 of 2005 | | | * |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1122 | 06/xx/2007 | POM0017194 – POM0017197 | Pl. Ex. 527 | The Village Green Newsletter | | | ** |
| 1123 | | Rubenstein04076 | Df. Ex. 503 | Program for Community Forum on May, 21st | | | * |
| 1124 | 03/27/2007 | | Rubenstein 30(b)(b) Ex. 701 | Contract Agreement with invoice | | | * |
| 1125 | 01/21/2015 | | | Declaration of Michael Tauber | | | ** |
| 1126 | 01/21/2015 | | | Declaration of Jacob Hershkowitz | | | ** |
| 1127 | 01/21/2015 | | | Declaration of Meilech Menczer | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1128 | 01/21/2015 | | | Declaration of Chaim Rosenberg | | | ** |
| 1129 | 07/10/2007 | Rubenstein05139 | | Email chain re: media advice | | | * |
| 1130 | 04/24/2008 | Rubenstein04221 | | Email chain re: past due invoices | | | * |
| 1131 | 05/05/2008 | Rubenstein 05624 – 05625 | | Email chain re: Journal News | | | * |
| 1132 | 01/21/2007 | | | Article from Journal News Pomona college planner tried Staten Island site | | | * |
| 1133 | | | | Village of Nyack, Village Code, Zoning Portion | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1134 | | | | Town of Brookhaven Wetlands Regulations | | | ** |
| 1135 | | | | Town of Wappinger Wetlands Regulations | | | ** |
| 1136 | | | | Town of LaGrange Wetlands Regulations | | | ** |
| 1137 | | | | Town of Haverstraw Freshwater Wetlands Law | | | ** |
| 1138 | | | | Village of Airmont Freshwater Wetlands Law | | | ** |
| 1139 | | | | Village of Montebello Wetlands Law | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity ** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1140 | | | | Town of Stony Point - Freshwater Wetlands Law | | | ** |
| 1141 | | | | Village of Spring Valley Freshwater Wetlands Law | | | ** |
| 1142 | | | | Village of Wesley Hills Wetlands Law | | | ** |
| 1143 | | | | Village of Southampton Local Wetland Law | | | ** |
| 1144 | | | | Wetland Law for the Town of Yorktown | | | ** |
| 1145 | | | | Village of Piermont Local Wetland Laws | | | ** |

| Ex. # | Date | Bates # | Depo. / Aff. Ex. # | Description | Status F / ID | Adm. Date | * One Star indicating Exhibits to which No Party Objects on Grounds of Authenticity<br><br>** Two Stars indicating Exhibits to which No Party Objects on any Grounds |
|---|---|---|---|---|---|---|---|
| 1146 | | | | Town of East Fishkill - Freshwater Wetlands Law | | | ** |
| | | | | All Affidavits from named Plaintiffs submitted in this matter | | | |
| | | | | All Deposition Transcripts related to this matter | | | |
| | | | | The entire Village of Pomona Code (or relevant excerpts thereto) | | | |