UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF　　　　　　　Case No. 07-CV6304(KMK)
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI WOLF BRIEF, RABBI HERMEN KAHANA,
RABBI MEIR MARGULIS, RABBI MEILECH MENCZER,
RABBI JACOB HERSHKOWITZ, RABBI
CHAIM ROSENBERG and RABBI DAVID A.
MENCZER,

　　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　-against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS as Trustee and in his official capacity,
ALMA SANDERS ROMAN as Trustee and in her official capacity,
RITA LOUIE as Trustee and in her official capacity,
and BRETT YAGEL, as Trustee and in his official capacity,

　　　　　　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS
## PURSUANT TO FINAL JUDGMENT ENTERED
## IN THIS ACTION ON MARCH 20, 2018,

　　　　　NOTICE IS HEREBY GIVEN that upon the accompanying Memorandum of Law dated April 19, 2018, the Declaration of Paul Savad, Esq., dated April 15, 2018, the Declaration of Joseph Churgin, Esq. dated April 19, 2018, the Declaration of Donna Sobel, Esq., dated April 18, 2018, the Declaration of Roman Storzer, Esq., dated April 18, 2018, the Declaration of John Stepanovich, Esq., dated April 19, 2018, the Declaration of Russell Yankwitt, Esq., dated April 13, 2018, the Declaration of Terry Rice, Esq., dated April 19, 2018, the Declaration of Susan Cooper, Esq., dated April 18, 2018, the Declaration of Beth Pacun Guterman, Esq., dated April 15, 2018, the Declaration of Laura Catina, Esq., dated April 18, 2018, the Declaration of

Jonathan Young, Esq., dated April 19, 2018, the Declaration of Robin Pick, Esq., dated April 19, 2018, and all exhibits attached thereto, the Plaintiffs Congregation Rabbinical College of Tartikov, Inc. ("Tartikov" or the "Rabbinical College"), Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Meilech Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg, and Rabbi David A. Menczer, (collectively, the "Plaintiffs"), by and through their attorneys, SAVAD CHURGIN, LLP, move this Court, before Hon. Kenneth M. Karas, USDJ, at the United States Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to the Final Judgment entered by the Hon. Kenneth M. Karas, USDJ on March 20, 2018 directing Defendants to pay $5,265,209.83 in attorneys' fees and $152,390.90 in costs.

PLEASE TAKE FURTHER NOTICE that responsive briefs and papers will be served pursuant to the schedule previously set by the Court.

Dated: Nanuet, New York
April 19, 2018

_____
Paul Savad (PS 5358)
Donna Sobel (DS 3267)
Savad Churgin LLP
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954

Roman P. Storzer (admitted pro hac vice)
Storzer & Greene, P.L.L.C.
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

John G. Stepanovich (JS 8876)
Stepanovich Law, PLC
618 Village Drive, Suite K
Virginia Beach, Virginia 23454

Attorneys for Plaintiffs

To: John F. X. Peloso, Jr., Esq. (Via ECF)
Robinson & Cole LLP
1055 Washington Boulevard
9th Floor
Stamford, CT 06901

Marci A. Hamilton, Esq. (Via ECF)
The Law Office of Marci Hamilton
36 Timber Knoll Drive
Washington Crossing, PA 18997

*Attorneys for Defendants*