# SAVAD CHURGIN, LLP
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| Paul Savad | 55 OLD TURNPIKE ROAD – SUITE 209 | 798 ROUTE 9, SUITE D1 |
| Joseph A. Churgin | (Rt. 59 & THRUWAY EXIT 14) | FISHKILL, NY 12524 |
| | NANUET, NEW YORK 10954 | |
| Susan Cooper | | |
| Donna Sobel | (845) 624-3820 | |
| | | |
| Of Counsel: | mail@savadchurgin.com | |
| Mark F. Goodfriend | Fax: (845) 624-3821 | |
| Andrew Cohen | website: SavadChugin.com | |
| James McEnroe | | |

May 5, 2020

*Via ECF*

Hon. Kenneth M. Karas, USDJ
United States District Court, Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

      Re:   *Congregation Rabbinical College of Tartikov et al. v. Village of Pomona, et al.,* Case No. 07 CV 6304 (KMK)

Your Honor:

We write regarding Plaintiffs' Memorandum of Law in support of their Motion for Attorneys' Fees to be filed on May 14, 2020. We are seeking the Court's permission to expand the limit of 25 pages to a limit of 30 pages. This request is due to the volume of issues and records addressed in the motion. Defendants' counsel consents to this request and requests that their opposition brief also be expanded to a limit of 30 pages.

Thank you for your consideration.

Respectfully submitted,

DONNA C. SOBEL

DS/mc

cc:    All Counsel via ECF