UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF                    Case No. 07-CV6304(KMK)
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI WOLF BRIEF, RABBI HERMEN KAHANA,
RABBI MEIR MARGULIS, RABBI MEILECH MENCZER,
RABBI JACOB HERSHKOWITZ, RABBI
CHAIM ROSENBERG and RABBI DAVID A.
MENCZER,

                                          Plaintiffs,
                 -against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS as Trustee and in his official capacity,
ALMA SANDERS ROMAN as Trustee and in her official capacity,
RITA LOUIE as Trustee and in her official capacity,
and BRETT YAGEL, as Trustee and in his official capacity,

                                          Defendants.
-------------------------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

NOTICE IS HEREBY GIVEN that upon the accompanying Memorandum of Law dated May 13, 2020, the Declaration of Paul Savad, Esq., dated April 15, 2018, the Declaration of Joseph Churgin, Esq. dated May 13, 2029, the Declaration of Donna Sobel, Esq., dated May 13, 2020, the Declaration of Roman Storzer, Esq., dated May 12, 2020, the Declaration of John Stepanovich, Esq., dated May 12, 2020, the Declaration of Russell Yankwitt, Esq., dated April 13, 2018, the Declaration of Terry Rice, Esq., dated April 19, 2018, the Declaration of Susan Cooper, Esq., dated May 12, 2020, the Declaration of Beth Pacun Guterman, Esq., dated April 15, 2018, the Declaration of Laura Catina, Esq., dated April 18, 2018, the Declaration of Jonathan Young, Esq., dated April 19, 2018, the Declaration of Robin Pick, Esq., dated May 12,

2020, the Declaration of Sarah Child, Esq., dated May 12, 2010, and all exhibits attached thereto, the Plaintiffs Congregation Rabbinical College of Tartikov, Inc. ("Tartikov" or the "Rabbinical College"), Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Meilech Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg, and Rabbi David A. Menczer, (collectively, the "Plaintiffs"), by and through their attorneys, SAVAD CHURGIN, LLP, move this Court, before Hon. Kenneth M. Karas, USDJ, at the United States Courthouse, located at 300 Quarropas Street, White Plains, New York 10601, for an Order pursuant to the Final Judgment in this case, entered on March 20, 2018 (Docket No. 356), as affirmed by the decision and mandate of the U.S. Court of Appeals for the Second Circuit (Docket Nos. 386 and 387), and pursuant to this Court's Order of March 30, 2020 (Docket No. 393), directing Defendants to pay $____ in attorneys' fees and $_____ in costs.

      PLEASE TAKE FURTHER NOTICE that responsive briefs and papers will be served pursuant to the schedule previously set by the Court.

Dated:   Nanuet, New York
           May 13, 2020

                                    /s/ Donna C. Sobel
                              Donna Sobel (DS 3267)
                              Joseph A. Churgin (JC 6854)
                              Savad Churgin LLP
                              55 Old Turnpike Road, Suite 209
                              Nanuet, New York 10954

                              Roman P. Storzer (admitted pro hac vice)
                              Storzer & Greene, P.L.L.C.
                              1025 Connecticut Avenue, N.W., Suite 1000
                              Washington, D.C. 20036

                              John G. Stepanovich (JS 8876)
                              Stepanovich Law, PLC
                              618 Village Drive, Suite K
                              Virginia Beach, Virginia 23454

                              Attorneys for Plaintiffs

To:    John F. X. Peloso, Jr., Esq. (Via ECF)
Robinson & Cole LLP
1055 Washington Boulevard
9th Floor
Stamford, CT 06901

Marci A. Hamilton, Esq. (Via ECF)
The Law Office of Marci Hamilton
36 Timber Knoll Drive
Washington Crossing, PA 18997

*Attorneys for Defendants*