```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CONGREGATION RABBINICAL COLLEGE OF              Case No. 07-CV6304(KMK)
TARTIKOV, INC., RABBI MORDECHAI BABAD,
RABBI WOLF BRIEF, RABBI HERMEN KAHANA,
RABBI MEIR MARGULIS, RABBI MEILECH MENCZER,
RABBI JACOB HERSHKOWITZ, RABBI CHAIM
ROSENBERG, and RABBI DAVID A. MENCZER,

                                              Plaintiffs,

-against-

VILLAGE OF POMONA, NY; BOARD OF TRUSTEES OF
THE VILLAGE OF POMONA, NY; NICHOLAS SANDERSON,
AS MAYOR; IAN BANKS as Trustee and in his official capacity,
ALMA SANDERS ROMAN as Trustee and in her official capacity,
RITA LOUIE as Trustee and in her official capacity,
and BRETT YAGEL, as Trustee and in his official capacity,

                                              Defendants.
-------------------------------------------------------------------------X
```

## JUDGMENT

This matter came on for a bench trial before the Court and for the reasons stated in the Opinion and Order dated March 31, 2021 (Dkt. #427), which are incorporated herein, granting Plaintiffs' attorneys' fees and costs for a total sum of $ 2,481,661.62, it is hereby:

ORDERED AND ADJUDGED, that Plaintiffs Congregation Rabbinical College of Tartikov, Inc., Rabbi Mordechai Babad, Rabbi Wolf Brief, Rabbi Hermen Kahana, Rabbi Meir Margulis, Rabbi Meilech Menczer, Rabbi Jacob Hershkowitz, Rabbi Chaim Rosenberg, and Rabbi David A. Menczer (collectively "Plaintiffs") are awarded judgment against Defendants Village of Pomona, N.Y., the Board of Trustees of the Village of Pomona, Brett Yagel, as Trustee and in his

official capacity, Nicholas Sanderson, as Mayor and in his official capacity, Ian Banks, as Trustee and in his official capacity, Alma Sanders Roman, as Trustee and in her official capacity, and Rita Louie as Trustee and in her official capacity in the sum of $ 2,481,661.62 with interest at the rate set forth in 28 U.S.C. § 1961 calculated from the date of entry of this judgment until the date such judgment is paid. Interest will be computed daily to the date of payment and will be compounded annually.

Dated at White Plains, New York, this __19__ day of _____April_____, 2021

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE