UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION RABBINCAL COLLEGE OF TARTIKOV, INC., *et al.*, | |
| Plaintiffs, | No. 07-CV-6304 (KMK) |
| v. | <u>ORDER</u> |
| VILLAGE OF POMONA, *et al.*, | |
| Defendants. | |

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on September 27, 2021, the Court adopted the following briefing schedule for Plaintiffs' Rule 60 Motion: Plaintiffs shall file their Rule 60 Motion by no later than October 27, 2021.  Defendants shall file a response by no later than December 1, 2021.  Plaintiffs shall file a reply by no later than December 20, 2021.

     The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    September 27, 2021
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE