# SAVAD CHURGIN
### ATTORNEYS AT LAW

| | |
|---|---|
| Paul Savad (1941-2020) | 55 OLD TURNPIKE ROAD – SUITE 209 |
| Joseph A. Churgin | (Rt. 59 & THRUWAY EXIT 14) |
| | NANUET, NEW YORK 10954 |
| **Of Counsel** | |
| Susan Cooper | (845) 624-3820 |
| Donna Sobel | Fax: (845) 624-3821 |
| Dennis E. A. Lynch | mail@savadchurgin.com |

June 2, 2022

**Via ECF**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas, USDJ
US District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Congregation Rabbinical College of Tartikov et al. v. Village of Pomona, et al.*, Case No. 07 CV 6304 (KMK)

    We are counsel for Plaintiffs in this matter. We are in receipt Defendants' letter of June 1, 2022 regarding Plaintiffs' currently pending Federal Rule of Civil Procedure 60(b) motion (ECF No. 442). In light of the Second Circuit's recent decision in the appeal of Case No. 21-2822, we respectfully ask the Court for permission to withdraw that motion.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JC/mc
cc:    All Counsel via ECF

**Granted. The Clerk of Court is respectfully directed to terminate the pending Motion at Dkt. No. 442.**

**Date: 6/2/2022**

SO ORDERED

KENNETH M. KARAS U.S.D.J.